David Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
Kaycie Wall, State Bar No. 226027
kwall@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice application to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
FACEBOOK, INC.

ORIGINAL
FILED

08 DEC 30 PM 2: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO D' ' A S.I

E-filing

ADR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FACEBOOK, INC., a Delaware
corporation,

        Plaintiff,

  v.

POWER VENTURES, INC. d/b/a
POWER.COM, a California corporation,

        Defendant.

C08 05780 WDB

PLAINTIFF FACEBOOK, INC.'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS PURSUANT TO
CIVIL LOCAL RULE 3-16

- 1 -

PLAINTIFF FACEBOOK INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS



## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  December 29, 2008

PERKINS COIE LLP

By:_____
David Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
Attorney for Plaintiff
FACEBOOK, INC.