# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



FACEBOOK, INC., a Delaware corporation

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

POWER VENTURES, INC. d/b/a POWER.COM, a California corporation

C08 05780 WDB

TO: (Name and address of defendant)
POWER VENTURES, INC. d/b/a POWER.COM
2425B Channing Way, Suite #216
Berkeley, CA 94704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Chiappetta, Esq. (State Bar No. 172099)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
SANDY MORRIS

DATE 12-30-08

ORIGINAL

FAXED

NDCAO440

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

 ☐   Served Personally upon the Defendant. Place where served: _____

    _____

 ☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

 ☐   Returned unexecuted:

 ☐   Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
       Date              Signature of Server

                   _____
                   Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.