David Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
Kaycie Wall, (State Bar No. 226027)
kwall@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice pending*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice pending*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation,<br><br>              Defendant. | **Case No.   C08 05780 WDB**<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br><br>AND<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

1 | DATED:  December 31, 2008 | **PERKINS COIE LLP**

By: /s/
David Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
Attorney for Plaintiff
FACEBOOK, INC.

60406-0005/LEGAL15107313.1         -2-         DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE