United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., a Delaware corporation

               Plaintiff,

   v.

POWER VENTURES, INC. d/b/a POWER.COM,
a California corporation

               Defendant.

_____/

NO. CV 08-05780 WDB

**NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT
JUDGE**

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for April 15, 2009, at 4:00 p.m. is vacated.

                                     Richard W. Wieking, Clerk
                                     United States District Court

Dated: December 31, 2008

                                    *Cynthia J. Lenahan*

                                     Cynthia Lenahan
                                     Deputy Clerk