**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                              510.637.3530

**December 31, 2008**

**CASE NUMBER:  CV 08-05780 WDB**
**CASE TITLE:  FACEBOOK, INC.-v-POWER VENTURES, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN JOSE** division.

**Honorable JEREMY FOGEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: December 31, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                                                             Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 12/31/08 cjl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA