# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., a Delaware corporation

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: C 08 05780 JF

POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature

TO: (Name and address of defendant)
POWER VENTURES, INC., a Cayman Island Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Chiappetta (State Bar No. 172099)
Kaycie L. Wall (State Bar No. 226027)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

DATE **JAN 1 4 2009**

(BY) DEPUTY CLERK

NDCAO440



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐ Served Personally upon the Defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

    ☐ Returned unexecuted:

    ☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                *Date*                                  *Signature of Server*

                                                         _____
                                                         *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.