UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br>         Plaintiff,<br>V.<br>POWER VENTURES, INC.,<br>         Defendant. | Case Number CV-08-5780-JF<br><br><br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on April 17, 2009 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

February 19, 2009                         For the Court
                                          Richard W. Wieking, Clerk

                                          By:   /s/
                                          Diana Munz
                                          Courtroom Deputy Clerk