# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., a Delaware corporation

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: C 08 05780 JF

POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature

TO: (Name and address of defendant)
POWER VENTURES, INC., a Cayman Island Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Chiappetta (State Bar No. 172099)
Kaycie L. Wall (State Bar No. 226027)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

DATE  JAN 1 4 2009

FAXED

NDCA0449

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2-11-09 |
| Name of SERVER James R. McCullagh | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: Power Ventures, Inc., Appleby Trust, Clifton House, 75 Fort St., Georgetown, Cayman Islands

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Served Summons and First Amended Complaint via registered mail on Power Ventures, Inc.'s registered agent pursuant to Hague Convention. A true and correct copy of the United States Postal Service mailing label and the return receipt are attached as Exhibit 1.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-26-09
Date

Signature of Server

Address of Server
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101
Email: JMCcullagh@perkinscoie.com
Tel: (206) 359-8000

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Name and Address of Sender | Check type of mail or service: | | | Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tim McCullash<br>Perkins Coie LLP<br>1201 Third Ave, Suite 4800<br>Seattle, WA 98101-3099 | ☐ Certified<br>☐ COD<br>☐ Delivery Confirmation<br>☐ Express Mail<br>☐ Insured | ☑ Recorded Delivery (International)<br>☑ Registered<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation | | | | | | | | | | | | |
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | RA774890845US | Power Ventures, Inc.<br>Appleby Trust (Cayman) Ltd<br>PO Box 1350 GT #1095A1050<br>Clifton House<br>75 Fort Street, George Town<br>Cayman Islands | | 91.50 | | ∅ | ∅ | | | | | | 230 |
| 2. | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |

| Number of Pieces by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | See Privacy Act Statement on Reverse |
|---|---|---|---|
| | | Um Lap-Luyun | |

Form 3877, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

**EXHIBIT 1 (page 1 of 2)**




**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

*Administration des Postes des Etats-Unis d'Amérique*

*Avis de réception*

*Par Avion*

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis — **C5**

| | |
|---|---|
| Return by the quickest route (air or surface mail), a découvert and postage free. / A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port. | The sender completes and indicates the address for the return of this receipt. *(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)* <br> **Name or Firm** *(Nom ou raison sociale)*: JAMES McCULLAGH — PERKINS COIE LLP <br> **Street and Number** *(Rue et no.)*: 1201 THIRD AVE SUITE 4800 <br> **City, State, and ZIP + 4**: SEATTLE WA 98101-3099 |

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form **2865**, October 1992

---

**Registered Article** *(Envoi recommandé)*

☐ Letter *(Lettre)*   ☐ Printed Matter *(Imprimé)*   ☐ *(Autre)*   ☒ ...ery *(Envoi à livraison attestée)*   ☐ Express Mail International

☐ Insured Parcel *(Colis avec valeur déclarée)*   Insured Value *(Valeur déclarée)*: —Ø—   Article Number: RA 774806892 US

Office of Mailing *(Bureau de dépôt)*: 98101   Date of Posting *(Date de dépôt)*: 1-23-09

Addressee Name or Firm: PERKINS COIE LLP
Street and No.: 1201 THIRD AVE SUITE 4800
Place and Country: SEATTLE WA 98101-3099 USA

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)*
Date: 11/FEB/09
Signature of Addressee / Office of Destination Employee Signature

PS Form 2865, October 1992 (Reverse)

**EXHIBIT 1** (page 2 of 2)