1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
2  L. Timothy Fisher (State Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
4  Facsimile:  (925) 945-8792

5  Attorneys for Defendants Steven Vachani
   and Power Ventures, Inc. (a Cayman Island Corporation)
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | FACEBOOK, INC., a Delaware Corporation,

13 |                                                              Case No. 5:08-cv-05780
                              Plaintiff,
14 |
   | v.
15 |
16 | POWER VENTURES, INC. d/b/a POWER.COM, a     **STIPULATION**
   | California corporation; POWER VENTURES, INC. a
17 | Cayman Island Corporation; STEVE VACHANI, an
   | individual; DOE 1, d/b/a POWER.COM, an individual
18 | and/or business entity of unknown nature; DOES 2
   | through 25, inclusive, individuals and/or business
19 | entities of unknown nature,

20

21                           Defendants.

Plaintiff, Facebook, Inc., a Delaware Corporation ("Facebook, Inc."), and defendants Power Ventures, Inc. a Cayman Island Corporation ("Power Ventures, Inc."), and Steve Vachani, an individual ("Steve Vachani"), hereby stipulate as follows:

1. Defendants Power Ventures, Inc. and Steve Vachani consent to accept services upon their undersigned counsel by email.

2. Defendants Power Ventures, Inc. and Steve Vachani shall have until March 23, 2009 to answer or otherwise respond to plaintiff's first amended complaint.

**SO STIPULATED**

DATED: March 2, 2009     PERKINS COIE LLP

By: D. Chiappetta /A Roy express authority
David P. Chiappetta

Attorneys for Plaintiff
FACEBOOK, INC.

DATED: March 2, 2009     BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER

By: Alan R. Plutzik

Attorneys for Defendants
STEVEN VACHANI AND POWER VENTURES, INC. (A CAYMAN ISLAND CORPORATION)