David Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
Kaycie Wall, (State Bar No. 226027)
kwall@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice application to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>Defendants. | Case No. 08-CV-05780-JF<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT POWER VENTURES, INC., A CALIFORNIA CORPORATION** |

1
NOTICE OF DISMISSAL
CASE NO. 08-CV-05780-JF

| | |
|---|---|
| 1 | TO: The Clerk of the Court |
| 2 | AND TO: All Parties and their Counsel of Record |

Notice is hereby given, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that plaintiff Facebook, Inc. hereby dismisses defendant Power Ventures, Inc., a California corporation, from the above-entitled action without prejudice. Defendant Power Ventures, Inc., a California corporation, has not filed a responsive pleading or motion for summary judgment in this action.

***Please note that defendant Power Ventures, Inc., a Cayman Island Corporation, remains a defendant in this action.***

The Clerk of the Court is hereby requested to enter the dismissal of Power Ventures, Inc. a California Corporation, in the records of the Court.

DATED this 10th day of March, 2009.

**PERKINS COIE LLP**

By: /s/
David Chiappetta

Attorneys for Plaintiff
FACEBOOK, INC.