BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 096135)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC., | Case No. 5:08-cv-05780 |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** |
| -against- | |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | Judge: Honorable Jeremy Fogel<br>Date: May 8, 2009<br>Time: 9:00 a.m.<br><br>Courtroom: 3 |
| Defendants. | |

NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT
57806

TO PLAINTIFF and all parties and their attorneys of record:

PLEASE TAKE NOTICE THAT on Friday May 8, 2009, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 3 of the above-captioned Court, located at 280 South First Street, San Jose, California, 95113, Defendants Power Ventures, Inc. and Steve Vachani ("Defendants") will move and hereby do move the Court for an Order dismissing Plaintiff's First Amended Complaint with prejudice pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rule of Civil Procedure, or in the alternative, for a more definite statement, pursuant to Federal Rule of Civil Procedure 12(e).

This Motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; all pleadings and documents on file in this action; and such other materials or argument as the Court may properly consider prior to deciding this Motion.

DATED: March 23, 2009      BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER

By: _____/s/_____
   Alan R. Plutzik

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 096135)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

| | |
|---|---|
| 1 | LAW OFFICES OF SCOTT A. BURSOR |
| 2 | Scott A. Bursor |
| 3 | 369 Lexington Avenue, 10th Floor |

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

Attorneys for Defendants Power Ventures, Inc.
and Steve Vachani