| | |
|---|---|
| 1 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | Alan R. Plutzik (State Bar No. 077785)<br>Michael S. Strimling (State Bar No. 096135) |
| 3 | L. Timothy Fisher (State Bar No. 191626)<br>2125 Oak Grove Road, Suite 120 |
| 4 | Walnut Creek, CA 94598<br>Telephone: (925) 945-0200 |
| 5 | Facsimile: (925) 945-8792 |
| 6 | LAW OFFICES OF SCOTT A. BURSOR<br>Scott A. Bursor |
| 7 | 369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531 |
| 8 | Telephone: (212) 989-9113<br>Facsimile: (212) 989-9163 |
| 9 | |
| 10 | Attorneys for Defendants Power Ventures, Inc.<br>and Steve Vachani |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 |
| | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |
| Plaintiff, | |
| -against- | Judge: Honorable Jeremy Fogel |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | Date: May 8, 2009<br>Time: 9:00 a.m.<br><br>Courtroom: 3 |
| Defendants. | |

[PROPOSED] ORDER ON MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT
57810

1 | Defendants' Motion to Dismiss Or, In the Alternative, for a More Definite Statement
2 | came on regularly for hearing before this Court on Friday, May 8, 2009.  Having considered the
3 | pleadings, papers and arguments submitted by the parties, being duly advised, and good cause
4 | appearing therefor,
5 |
6 | IT IS HEREBY ORDERED that Defendants' Motion To Dismiss is GRANTED with prejudice.
7 |
8 | DATED:

                                        Hon. Jeremy Fogel
                                    United States District Judge

ORDER ON MOTION PURSUANT TO FRCP 12(e) AND 9(b)    1