David Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
Kaycie Wall, (State Bar No. 226027)
kwall@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC., a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>Defendants. | **Case No. 08-CV-05780 JF**<br><br>**PLAINTIFF FACEBOOK INC.'S ALTERNATIVE DISPUTE RESOLUTION CERTIFICATION** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

---

60406-0005.0036/LEGAL15621965.1

-1-

PLAINTIFF FACEBOOK INC.'S ADR CERTIFICATION
Case No. 08-CV-05780 JF

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: March 25, 2009                    /s/ David Chiappetta
                                          David Chiappetta
                                          **PERKINS COIE LLP**
                                          Attorney for Facebook, Inc.

DATED: March 25, 2009                    /s/ Sam O'Rourke
                                          General Counsel
                                          Plaintiff Facebook, Inc.

I, David Chiappetta, am the ECF User whose ID and password are being used to file this ADR Certification by Parties and Counsel. In compliance with General Order 45, X.B., I hereby attest that Sam O'Rourke has concurred in this filing.

                                          /s/ David Chiappetta
                                          David Chiappetta (State Bar No. 172099)
                                          DChiappetta@perkinscoie.com