David Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone: 650.838.4300
Facsimile:  650.838.4350

James McCullagh, *pro hac to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. d/b/a POWER.COM,  a California Corporation; POWER VENTURES, INC. a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>　　　　　　Defendants. | **Case No.   08-CV-05780 JF**<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

99999-9454/LEGAL15645124.1

-1-

| | |
|---|---|
| 1 | The parties agree to participate in the following ADR process: |
| 2 | |
| 3 | **Court Process:** |
| 4 | Early Neutral Evaluation (ENE) (ADR L.R. 5) |
| 5 | |
| 6 | *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)* |
| 8 | |
| 9 | **Private Process:** Private ADR (*please identify process and provider*) _____ |
| 10 | The parties agree to hold the ADR session by: |
| 11 | The presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*) |
| 13 | Other requested deadline: 150 days from the date of the order referring the case to an ADR process unless otherwise ordered.) |
| 14 | |
| 15 | DATED: March 25, 2009           /s/ David Chiappetta<br>David Chiappetta<br>**PERKINS COIE LLP**<br>Attorney for Facebook, Inc. |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session

90 days from the date of this order

Other: 150 days from the date of this Order

IT IS SO ORDERED.


Dated: _____                                        _____
                                                        JEREMY FOGEL
                                                        UNITED STATES DISTRICT JUDGE

I, David Chiappetta, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process.. In compliance with General Order 45, X.B., I hereby attest that Sam O'Rourke has concurred in this filing.

      /s/ David Chiappetta
David Chiappetta (State Bar No. 172099)
DChiappetta@perkinscoie.com