1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
2  L. Timothy Fisher (State Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
4  Facsimile:  (925) 945-8792

5  Attorneys for Defendants

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10

11 | FACEBOOK, INC.,
12 |
13 |                              Plaintiff,          Case No. 5:08-cv-05780
14 | -against-
15 | POWER VENTURES, INC. d/b/a POWER.COM, a
16 | California corporation; POWER VENTURES, INC. a    **DEFENDANTS POWER**
   | Cayman Island Corporation, STEVE VACHANI, an      **VENTURES, INC.'S AND**
17 | individual; DOE 1, d/b/a POWER.COM, an individual  **STEVEN VACHANI'S**
   | and/or business entity of unknown nature; DOES 2   **ALTERNATIVE DISPUTE**
18 | through 25, inclusive, individuals and/or business **RESOLUTION**
   | entities of unknown nature,                        **CERTIFICATION**
19 |
20 |                              Defendants.
21

22         Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

23 that he or she has:

24         1.   Read the handbook entitled "Dispute Resolution Procedures in the Northern

25              District of California" on the Court's ADR Internet site

26              www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's

27

28

---

DEEFNDANTS POWER VENTURES, INC.'S AND STEVEN VACHANI'S ADR CERTIFICATION          1
Case No. 08-05780 JF

1    office for parties in cases not subject to the court's Electronic Case Filing

2    program (ECF) under General Order 45);

3        2.   Discussed the available dispute resolution options provided by the Court and

4    private entities; and

5        3.   Considered whether this case might benefit from any of the available dispute

6    resolution options.

7

8    DATED:  March 25, 2009                    _____/s/ Alan R. Plutzik_____
                                               Alan R. Plutzik (State Bar No. 077785)
9                                              L. Timothy Fisher (State Bar No. 191626)
                                               BRAMSON PLUTZIK MAHLER &
10                                             BIRKHAEUSER
                                               2125 Oak Grove Road, Suite 120
11                                             Walnut Creek, Ca  94598
                                               Telephone:  925-945-0200
12                                             Facsimile:  925-945-8792

13                                             Attorneys for Defendants Power Ventures,
                                               Inc., and Steven Vachani, an individual
14

15   DATED:  March 25, 2009                    _____/s/ Steven Vachani_____
                                               Steven Vachani, CEO
16                                             Power Ventures, Inc.

17

18   DATED:  March 25, 2009                    _____/s/ Steven Vachani_____
                                               Steven Vachani, an individual
19

20

21

22

23

24

25

26

27

28

---

DEEFNDANTS POWER VENTURES, INC.'S AND STEVEN VACHANI'S ADR CERTIFICATION      2
Case No. 08-05780 JF