1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
2  L. Timothy Fisher (State Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
4  Facsimile:  (925) 945-8792

5  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC., | |
|---|---|
| Plaintiff, | Case No. 5:08-cv-05780 |
| -against- | |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | **STIPULATION** |
| Defendants. | |

WHEREAS counsel for plaintiff, Facebook, Inc., and defendants Power Ventures, Inc. d/b/a Power.com, and Steve Vachani, have met and conferred on March 25, 2009, on the subjects of initial disclosures, early settlement, ADR process selection, and discovery plan, as required by the 12/30/08 Order Setting Initial Case Management Conference And ADR Deadlines;

WHEREAS defendants' motion to dismiss or, in the alternative, for a more definite statement, was filed on March 23, 2009, and set for hearing on May 8, 2009;

WHEREAS the pending motion extends the time for defendants to file a responsive pleading under Fed. R. Civ. P. 12(a)(4);

WHEREAS the parties agree that that the formulation of a discovery plan and Rule 26(f) report should take into account the complaint and the responsive pleading, to properly frame the issues in the case;

The parties hereby stipulate as follows:

1. The deadline to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement should be extended to 30 days after a ruling on defendants' pending motion to dismiss.

2. The initial case management conference set for April 17, 2009 should be adjourned and reset for a date approximately 45 days after a ruling on defendants' pending motion to dismiss, or in the alternative, for a more definite statement.

**SO STIPULATED**

DATED: March 25, 2009              PERKINS COIE LLP


                                   By: _____/s/_____
                                         David Chiappetta

                                   PERKINS COIE LLP
                                   David Chiappetta, (State Bar No. 172099)
                                   dchiappetta@perkinscoie.com
                                   101 Jefferson Drive
                                   Menlo Park, CA  94025-1114

Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff

DATED: March 25, 2009   BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER

By: _____/s/_____
    Alan R. Plutzik

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Attorneys for Defendants