David Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
   FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>          v.<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California Corporation; POWER VENTURES, INC. a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                              Defendants. | Case No.   08-CV-05780 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Dockets.Justia.com

The parties agree to participate in the following ADR process:

**Court Process:**

      __ Non-binding Arbitration (ADR L.R. 4)
**XX** Early Neutral Evaluation (ENE) (ADR L.R. 5)
__ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

    ___ The presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

    <u>XXX</u> Other requested deadline: **150 days from the date of the order referring the case to an ADR process.**

DATED: March 25, 2009          _____/s/ David Chiappetta_____
                              David Chiappetta
                              **PERKINS COIE LLP**
                              Attorney for Facebook, Inc.

DATED: March 25, 2009          _____/s/ Scott A. Bursor_____
                              Alan R. Plutzik
                              **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**

                              Scott A. Bursor (*pro hac vice*)
                              **LAW OFFICES OF SCOTT A. BURSOR**
                              Attorney for Defendants Power Ventures, Inc. and Steve Vachani

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    ___   Non-binding Arbitration (ADR L.R. 4)
    ___   Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ___   Mediation (ADR L.R. 6)
    ___   Private ADR

Deadline for ADR session

    ___   90 days from the date of this order

    ___   Other:  150 days from the date of this Order

IT IS SO ORDERED.


Dated: _____        _____
                             HONORABLE JEREMY FOGEL
                             UNITED STATES DISTRICT JUDGE

1

2       I, David Chiappetta, am the ECF User whose ID and password are being used to file this

3   Stipulation and [Proposed] Order Selecting ADR Process..  In compliance with General Order 45,

4   X.B., I hereby attest that Scott Bursor has concurred in this filing.

5                                                   /s/ David Chiappetta
                                              David Chiappetta (State Bar No. 172099)
6                                              DChiappetta@perkinscoie.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28