1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
2  L. Timothy Fisher (State Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
4  Facsimile:  (925) 945-8792

5  Attorneys for Defendants

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  FACEBOOK, INC.,

13                                              Case No. 5:08-cv-05780
                         Plaintiff,

14  -against-

15  POWER VENTURES, INC. d/b/a POWER.COM, a      **[PROPOSED] SCHEDULING**
16  California corporation; POWER VENTURES, INC. a   **ORDER PURSUANT TO**
    Cayman Island Corporation, STEVE VACHANI, an    **STIPULATION**
17  individual; DOE 1, d/b/a POWER.COM, an individual
    and/or business entity of unknown nature; DOES 2
18  through 25, inclusive, individuals and/or business
    entities of unknown nature,
19

20                       Defendants.

21

22

23

24

25

26

27

28
   _____
   [PROPOSED] SCHEDULING ORDER PURSUANT TO STIPULATION
   CASE NO. 08-05780
   57894

1      WHEREAS counsel for plaintiff, Facebook, Inc., and defendants Power Ventures, Inc.

2 d/b/a Power.com, and Steve Vachani, have met and conferred on March 25, 2009, on the subjects

3 of initial disclosures, early settlement, ADR process selection, and discovery plan, as required by

4 the 12/30/08 Order Setting Initial Case Management Conference And ADR Deadlines;

5      WHEREAS defendants' motion to dismiss or, in the alternative, for a more definite

6 statement, was filed on March 23, 2009, and set for hearing on May 8, 2009;

7      WHEREAS the pending motion extends the time for defendants to file a responsive

8 pleading under Fed. R. Civ. P. 12(a)(4);

9      WHEREAS the parties agree that that the formulation of a discovery plan and Rule 26(f)

10 report should take into account the complaint and the responsive pleading, to properly frame the

11 issues in the case; and

12      WHEREAS the parties have filed a stipulation with the Court providing for an extension

13 of time, as set forth in this Order, for the filing of a Rule 26(f) report, complete initial

14 disclosures, the assertion of objections and the filing of Case Management Statements, and for

15 the continuance of the initial Case Management Conference,

16      NOW, THEREFORE,  IT IS HEREBY ORDERED, pursuant to the stipulation of the

17 parties, as follows:

18      1.      The deadline to file a Rule 26(f) report, complete initial disclosures or state

19 objection in Rule 26(f) Report and file Case Management Statement is extended to 30 days after

20 a ruling on defendants' pending motion to dismiss, or in the alternative, for a more definite

21 statement.

22      2.      The initial case management conference set for April 17, 2009 is adjourned and

23 reset for a date approximately 45 days after a ruling on defendants' pending motion to dismiss,

24 or in the alternative, for a more definite statement.

25      **IT IS SO ORDERED.**

26      DATE: _____       _____

27                                Hon. Jeremy Fogel
United States District Judge

28