# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Facebook, Inc., | 08-05780 JF ENE |
|     Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Power Ventures, Inc., | |
|     Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> Daralyn Durie
> Durie Tangri Lemley Roberts & Kent
> 332 Pine St., Suite 200
> San Francisco, CA 94104
> 415-362-6666
> ddurie@durietangri.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-05780 JF ENE      - 1 -

| | |
|---|---|
| 1 | Counsel are reminded that the written ENE statements required by the ADR L.R. |
| 2 | 5-8 shall NOT be filed with the court. |
| 3 | |
| 4 | Dated: April 16, 2009 |

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
08-05780 JF ENE                                      - 2 -