*Paid*

ORIGINAL

FAXED

1   David Chiappetta, State Bar No. 172099
    *dchiappetta@perkinscoie.com*
2   PERKINS COIE LLP
3   101 Jefferson Drive
    Menlo Park, California 94025
4   Telephone: 650.838.4300
    Facsimile: 650.838.4350
5
6   James McCullagh, *pro hac vice application pending*
    *jmccullagh@perkinscoie.com*
7   Joseph Cutler, *pro hac vice application attached*
    *jcutler@perkinscoie.com*
8   PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
9   Seattle, Washington 98101
    Telephone: 206.359.8000
10  Facsimile: 206.359.9000
11
    Attorneys for Plaintiff
12    FACEBOOK, INC.
13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE DIVISION
16
17  FACEBOOK, INC., a Delaware          Case No: **08-CV-05780 JF**
18  corporation,
                                        APPLICATION FOR ADMISSION OF
19                 Plaintiff,           ATTORNEY JOSEPH P. CUTLER *PRO HAC*
                                        *VICE*
20       v.
21  POWER VENTURES, INC., a Cayman
    Island Corporation; STEVEN VACHANI,
22  an individual; DOE 1, d/b/a
    POWER.COM, an individual and/or
23  business entity of unknown nature; DOES
    2 through 25, inclusive, individuals and/or
24  business entities of unknown nature,
25                 Defendants.
26
27       Pursuant to Civil L.R. 11-3, Joseph P. Cutler, an active member in good standing of the

28  bar of Washington State, Western District of Washington, and Ninth Circuit Court of Appeals

hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Facebook, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of the bar of Washington State and the Ninth Circuit Court of Appeals, as indicated above;

2.  I agree to abide by the Standards of professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> David Chiappetta, Esq.
> E-mail: dchiappetta@perkinscoie.com
> PERKINS COIE LLP
> 101 Jefferson Drive
> Menlo Park, CA 94025
> Telephone: (650) 838-4300
> Facsimile: (650) 838-4350

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 1, 2009

PERKINS COIE LLP

By: _____
Joseph P. Cutler
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
jcutler@perkinscoie.com
WA Br No. 37234
Telephone: 206.359.8000
Facsimile: 206.359.7365

Attorney for Plaintiff
FACEBOOK, INC.

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611005169
Cashier ID: harwellt
Transaction Date: 05/01/2009
Payer Name: San Francisco Legal Support
------------------------------------
PRO HAC VICE
 For: Joseph P. Cutler
 Case/Party: D-CAN-5-09-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 50019
 Amt Tendered: $210.00
------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:      $0.00

Case # 06-5786-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.