ORIGINAL

1   David Chiappetta, State Bar No. 172099
    dchiappetta@perkinscoie.com
2   PERKINS COIE LLP
    101 Jefferson Drive
3   Menlo Park, California 94025
    Telephone: 650.838.4300
4   Facsimile: 650.838.4350
5

6   James McCullagh, *pro hac vice application pending*
    jmccullagh@perkinscoie.com
7   Joseph Cutler, *pro hac vice application attached*
    jcutler@perkinscoie.com
8   PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
9   Seattle, Washington 98101
    Telephone: 206.359.8000
10  Facsimile: 206.359.9000

11  Attorneys for Plaintiff
      FACEBOOK, INC.
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17  FACEBOOK, INC., a Delaware          Case No: **08-CV-05780 JF**
    corporation,
18                                      [PROPOSED] ORDER GRANTING
                Plaintiff,              APPLICATION FOR ADMISSION OF
19                                      ATTORNEY JOSEPH P. CUTLER
         v.                             *PRO HAC VICE*
20
    POWER VENTURES, INC., a Cayman
21  Island Corporation; STEVEN VACHANI,
    an individual; DOE 1, d/b/a
22  POWER.COM, an individual and/or
    business entity of unknown nature; DOES
23  2 through 25, inclusive, individuals and/or
    business entities of unknown nature,
24
                Defendants.
25

26

27       Joseph P. Cutler, an active member in good standing of the bar of Washington State,

28  Western and Eastern Districts of Washington, and Ninth Circuit Court of Appeals, whose business

Dockets.Justia.com

1  address and telephone number is Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle,

2  Washington 98101, (206) 359-8000, has applied in the above-entitled action for admission to

3  practice on the Northern District of California on a *pro hac vice* basis, representing FACEBOOK,

4  INC.

5      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

6  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

7  *vice*. Service of papers upon and communication with co-counsel designated in the application

8  will constitute notice to the party. All future filings in this action are subject to the requirements

9  contained in General Order No. 45, *Electronic Case Filing.*

10

11  DATED: May _____, 2009

12                                              _____
                                                The Honorable Jeremy Fogel
                                                United States District Judge
                                                Northern District of California