**E-Filed 5/6/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br>     Plaintiff, <br> v. <br> POWER VENTURES, INC., et al., <br>     Defendants. | Case Number C 08-5780 JF (RS) <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Motion Hearing set for May 8, 2009 at 9:00 a.m. is RESET for May 8, 2009 at 1:30 p.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED: 5/6/09

For the Court
Richard W. Weiking, Clerk

By:     /s/
Diana Munz
Courtroom Deputy Clerk