| Clerk's Use Only<br>Initial for fee pd.: | |
|---|---|

Type name, address, phone number of applicant here:
Scott A. Bursor
Law Offices of Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY 10017 / Phone: 212-989-9113

FILED
09 MAY -5 PM 3: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.

              Plaintiff(s),

v.

POWER VENTURES, INC. d/b/a
POWER.COM, et al.

              Defendant(s).

CASE NO. 5:08-cv-05780 JF

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Scott A. Bursor, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Power Ventures, et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Alan R. Plutzik, Bramson Plutzik Mahler & Birkhaeuser, 2125 Oak Grove Rd., Suite 120, Walnut Creek, CA 94598 / Phone: 925-945-0200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2009

*/s/ Scott A. Bursor*
ORIGINAL

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611031824
Cashier ID: bucklem
Transaction Date: 05/05/2009
Payer Name: bramson plutzik mahler
------------------------------------
PRO HAC VICE
 For: scott a bursor
 Case/Party: D-CAN-5-09-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 7409
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-578Wjf


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```