David Chiappetta, State Bar No. 172099
dchiappetta@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice application pending*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application attached*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC., a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>Defendants. | Case No: **08-CV-05780 JF**<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JOSEPH P. CUTLER *PRO HAC VICE* |

Joseph P. Cutler, an active member in good standing of the bar of Washington State, Western and Eastern Districts of Washington, and Ninth Circuit Court of Appeals, whose business

60406-0005.1002/LEGAL16093424.1 -1- [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* CASE NO. 08-CV-05780 JF

Dockets.Justia.com

address and telephone number is Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101, (206) 359-8000, has applied in the above-entitled action for admission to practice on the Northern District of California on a *pro hac vice* basis, representing FACEBOOK, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: May __6__, 2009

_____
The Honorable Jeremy Fogel
United States District Judge
Northern District of California