IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.<br><br>    Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC. d/b/a<br>POWER.COM, et al.<br><br>    Defendant. | CASE NO. 5:08-cv-05780<br><br>(Proposed)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Scott A. Bursor, whose business address and telephone number is 369 Lexington Avenue, 10th Floor, New York, NY 10017 / Phone: 212-989-9113

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/7/09

_____
The Honorable Jeremy Fogel
United States District Judge

ORIGINAL

Dockets.Justia.com