# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 8, 2009  Time: 4 mins
**Case Number:** CV-08-5780-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Gina Galvan

---

**TITLE:** **FACEBOOK, INC. V. POWER VENTURES, INC.**

**PLAINTIFF**  **DEFENDANT**

**Attorneys Present:** Joseph Cutler, David Chiappetta    **Attorneys Present:** Timothy Fisher

---

PROCEEDINGS:

Hearing on Motion to Dismiss held. Parties are present. The motion is taken under submission.