| | |
|---|---|
| 1 | David Chiappetta, (State Bar No. 172099) |
| | dchiappetta@perkinscoie.com |
| 2 | Kaycie Wall, (State Bar No. 226027) |
| | kwall@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 101 Jefferson Drive |
| 4 | Menlo Park, CA 94025-1114 |
| | Telephone: 650.838.4300 |
| 5 | Facsimile: 650.838.4350 |
| 6 | James McCullagh, *pro hac vice application to follow* |
| | jmccullagh@perkinscoie.com |
| 7 | Joseph Cutler, *pro hac vice* |
| | jcutler@perkinscoie.com |
| 8 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4800 |
| 9 | Seattle, WA 98101 |
| | Telephone: 206.359.8000 |
| 10 | Facsimile: 206.359.9000 |
| 11 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | 08-CV-05780 JF |
| Plaintiff, | **PLAINTIFF FACEBOOK, INC.'S MORE DEFINITIVE STATEMENT REGARDING COUNT EIGHT OF ITS COMPLAINT** |
| v. | |
| POWER VENTURES, INC., a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | |
| Defendants. | |

LEGAL16141682.3

FACEBOOK'S DEFINITIVE STATEMENT
REGARDING COUNT 8 OF ITS COMPLAINT
08-CV-05780 JF

In a written order dated May 11, 2009, this Court requested that Plaintiff Facebook, Inc. ("Facebook") file a supplemental written statement clarifying the grounds underlying Count Eight of its First Amended Complaint ("FAC") for violation of California Business and Professions Code § 17200, *et seq.* (the "UCL").

Facebook hereby clarifies that Count Eight of the FAC asserts that the conduct of Defendants, as alleged in paragraphs 1, 5-7, 10-14, 18, 20-86, 92-98, 105-111, 113-120, 123-132, 135-143, 146-153, 155-156, and 159 of the FAC, constitutes unfair business acts or practices in violation of the UCL.

Facebook further clarifies that Count Eight of the FAC additionally asserts that all of the conduct of Defendants, as alleged in the above-referenced paragraphs of the FAC, constitutes unlawful business acts or practices in violation of the UCL, in that it such conduct violates:

[1] The Controlling the Assault of Non-Solicited Pornography and Marketing Act, 15 U.S.C. § 7701, *et seq.*, as further detailed in the First Claim for Relief in the FAC;

[2] The Computer Fraud and Abuse Act 18 U.S.C. § 1030 *et seq.*, as further detailed in the Second Claim for Relief in the FAC;

[3] The California Comprehensive Computer Data Access and Fraud Act, California Penal Code § 502, as further detailed in the Third Claim for Relief in the FAC;

[4] Copyright Infringement of Facebook's copyrights under 17 U.S.C. § 101 *et seq.*, as further detailed in the Fourth Claim for Relief in the FAC;

[5] Violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201, *et seq.*, as further detailed in the Fifth Claim for Relief in the FAC

[6] Violations of Facebook's registered trademarks in violation of 15 U.S.C. §§ 1114 and 1125(a) and the common law of California, as further detailed in the Sixth and Seventh Claim for Relief in the FAC.

| | | |
|---|---|---|
| 1 | DATED: June 10, 2009 | **PERKINS COIE** LLP |
| 2 | | |
| 3 | | By:/s/_____<br>Joseph Cutler WSBA # 37234 |
| 4 | | jcutler@perkinscoie.com<br>Attorneys for Plaintiff |
| 5 | | FACEBOOK, INC. |