Dockets.Justia.com

1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
5  Facsimile:    +1-650-614-7401

6  JESSICA S. PERS (STATE BAR NO. 077740)
   jpers@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, CA  94105-2669
9  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
10

11 THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza
   Suite 1600
13 Irvine, CA  92614-2558
   Telephone:    +1-949-567-6700
14 Facsimile:    949-567 6710

15 Proposed Attorneys for Plaintiff
   FACEBOOK, INC.
16

17                 UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                     SAN JOSE DIVISION

20

21 FACEBOOK, INC.,                          Case No.  5:08-cv-05780 JF

22           Plaintiff,                     **REQUEST FOR APPROVAL OF
                                            CHANGE OF COUNSEL AND
23      v.                                  [PROPOSED] ORDER**

24 POWER VENTURES, INC. a Cayman Island
   Corporation; STEVEN VACHANI, an
25 individual; DOE 1, d/b/a POWER.COM,
   DOES 2-25, inclusive,
26
             Defendants.
27

28

# REQUEST FOR APPROVAL OF CHANGE OF COUNSEL

Plaintiff and Counter-Defendant Facebook, Inc. ("Facebook") hereby requests the Court approve the substitution of I. Neel Chatterjee (State Bar No. 173985) and Julio C. Avalos (State Bar No. 255350) of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, Jessica S. Pers (State Bar No. 077740) of Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94104, and Thomas J. Gray (State Bar No. 191411) of Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, CA 92614, retained counsel, as attorneys of record in the place and stead of Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA 94025 and Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101.

Facebook hereby directs the above substitution.

Dated: July 21, 2009

FACEBOOK, INC.

_____

MARK HOWITSON
On behalf of Facebook, Inc.

1

CASE NO.: 5:08-CV-05780

Perkins Coie LLP hereby consents to the above substitution and change of counsel.

Dated: July 23, 2009                           PERKINS COIE LLP

                                               By: _____
                                                    JAMES MCCULLAGH

I hereby certify that I and the other attorneys listed on the caption hereof are duly admitted to practice before this Court.

Dated: July 23, 2009                           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                               By: _____
                                                    THOMAS J. GRAY
                                                    California State Bar No. 191411

OHS West:260692498.1                    - 2 -

1

**[PROPOSED] ORDER**

2

    The Court hereby orders that Facebook's request to substitute I. Neel Chatterjee (State Bar

3

No. 173985) and Julio C. Avalos (State Bar No. 255350) of Orrick, Herrington & Sutcliffe LLP,

4

1000 Marsh Road, Menlo Park, CA 94025, Jessica S. Pers (State Bar No. 077740) of Orrick,

5

Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94104,

6

and Thomas S. Gray (State Bar No. 191411) of Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza,

7

Suite 1600, Irvine, CA 92614, retained counsel, as attorneys of record in the place and stead of

8

Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA 94025 and Perkins Coie LLP, 1201

9

Third Avenue, Suite 4800, Seattle, WA 98101, is hereby **GRANTED**.

10

11

DATED: _____, 2009

12

13

14

                            _____

15

                            Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 23, 2009.

Dated:  July 23, 2009.                        Respectfully submitted,

                                                    /s/ Thomas J. Gray /s/
                                                    THOMAS J. GRAY

1

OHS West:260697498.1