| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | JULIO C. AVALOS (STATE BAR NO. 255350) |
| | javalos@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: +1-650-614-7400 |
| 5 | Facsimile: +1-650-614-7401 |
| 6 | JESSICA S. PERS (STATE BAR NO. 077740) |
| | jpers@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 8 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 9 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 10 | |
| 11 | THOMAS J. GRAY (STATE BAR NO. 191411) |
| | tgray@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza |
| | Suite 1600 |
| 13 | Irvine, CA 92614-2558 |
| | Telephone: +1-949-567-6700 |
| 14 | Facsimile: 949-567 6710 |
| 15 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 JF |
| Plaintiff, | Assigned To: Hon. Jeremy Fogel |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Amended Complaint Filed: January 13, 2008 |
| Defendants. | |

OHS West:260697489.1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
CASE NO.: 5:08-CV-05780

1    This stipulation is entered into by and by and between Facebook, Inc. and Defendants
2    Power Ventures, Inc. and Steven Vachani ("Defendants") through their respective counsel as
3    follows:
4    WHEREAS, on July 9, 2009 Defendants filed their Answer to Facebook's Complaint and
5    asserted counterclaims against Facebook,
6    WHEREAS the Early Neutral Evaluation Conference between the parties is currently
7    scheduled for July 30, 2009,
8    WHEREAS, on July 23, 2009, Facebook filed a Request to Substitute Counsel, requesting
9    that the Court grant its request to change counsel from Perkins Coie LLP to Orrick, Herrington &
10   Sutcliffe LLP,
11   WHEREAS, the parties agree that it is in their best interests as well as in the interests of
12   the Court, its resources, and the interests of justice to allow Facebook's new counsel a reasonable
13   continuance to come up to speed on this matter,
14   NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and
15   agreed that Facebook's deadline to file its responses to Defendants' counterclaims is hereby
16   extended for thirty (30) days, from August 3, 2009 to September 2, 2009.  The parties further
17   stipulate that the Early Neutral Evaluation Conference be temporarily taken off-calendar.  The
18   parties agree to work in good faith to arrange a new date in September 2009 that is acceptable to
19   both them and the Evaluator.
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: July 23, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| | /s/ Thomas J. Gray |
| | THOMAS J. GRAY |
| | Attorneys for Plaintiff |
| | FACEBOOK, INC. |
| | |
| Dated: July 23, 2009 | LAW OFFICES OF SCOTT A. BURSOR |
| | |
| | /s/ Scott A. Bursor |
| | SCOTT A. BURSOR |
| | Attorneys for Defendants |
| | POWER VENTURES, INC. and STEVEN VACHANI |

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

| | |
|---|---|
| Dated: July 23, 2009 | Respectfully submitted, |
| | |
| | /s/ Thomas J. Gray |
| | THOMAS J. GRAY |

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, Facebook's deadline to respond to Defendants' counter-claims is extended thirty (30) days to September 2, 2009 and the Early Neutral Evaluation conference is hereby taken off-calendar.  The parties shall exercise good faith and reasonable efforts to reschedule the conference for such a date as is convenient for them and the evaluator.

IT IS SO ORDERED.

DATED: July ___, 2009

Hon. Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE