| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | JULIO C. AVALOS (STATE BAR NO. 255350) |
|   | javalos@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
|   | Telephone:   +1-650-614-7400 |
| 5 | Facsimile:   +1-650-614-7401 |
| 6 | JESSICA S. PERS (STATE BAR NO. 077740) |
|   | jpers@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 8 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 9 | Telephone:   +1-415-773-5700 |
|   | Facsimile:    +1-415-773-5759 |
| 10 | |
| 11 | THOMAS J. GRAY (STATE BAR NO. 191411) |
|    | tgray@orrick.com |
|    | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza |
|    | Suite 1600 |
| 13 | Irvine, CA 92614-2558 |
|    | Telephone:   +1-949-567-6700 |
| 14 | Facsimile:    949-567 6710 |
| 15 | Attorneys for Plaintiff |
|    | FACEBOOK, INC. |
| 16 | |

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 21 | FACEBOOK, INC., | Case No. 5:08-cv-05780 JF |
| 22 | Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| 23 | v. | |
| 24 | POWER VENTURES, INC. a Cayman Island Corporation; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| 25 | | |
| 26 | Defendants. | |

1  **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     PLEASE TAKE NOTICE THAT I. Neel Chatterjee (State Bar No. 173985) and Julio C.

3 Avalos (State Bar No. 255350) of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo

4 Park, CA 94025, Jessica S. Pers (State Bar No. 077740) of Orrick, Herrington & Sutcliffe LLP,

5 The Orrick Building, 405 Howard Street, San Francisco, CA 94104, and Thomas J. Gray (State

6 Bar No. 191411) of Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, CA

7 92614, hereby enter appearances in the above-captioned matter as counsel for Plaintiff Facebook

8 Inc.

10 Dated: July 23, 2009                           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                               /s/ Thomas J. Gray
                                                               THOMAS J. GRAY
                                                               Attorneys for Plaintiff
                                                               Facebook, Inc.

1

OHS West:260695366.1

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 23, 2009.

Dated: July 23, 2009.   Respectfully submitted,

/s/ Thomas J. Gray
Name of Attorney

OHS West:260695366.1