1 I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
2 JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
3 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
4 Menlo Park, CA  94025
Telephone:     +1-650-614-7400
5 Facsimile:      +1-650-614-7401

6 JESSICA S. PERS (STATE BAR NO. 077740)
jpers@orrick.com
7 ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
8 405 Howard Street
San Francisco, CA  94105-2669
9 Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

10

11 THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza
Suite 1600
13 Irvine, CA  92614-2558
Telephone:     +1-949-567-6700
14 Facsimile:      949-567 6710

15 Attorneys for Plaintiff
FACEBOOK, INC.
16

17                     UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19                              SAN JOSE DIVISION

20

21 FACEBOOK, INC.,                              Case No.  5:08-cv-05780 JF

22               Plaintiff,                    Assigned To: Hon. Jeremy Fogel

23        v.                                   **STIPULATION AND [PROPOSED]
                                               ORDER TO EXTEND TIME**
24 POWER VENTURES, INC. a Cayman Island
Corporation; STEVEN VACHANI, an                Amended Complaint Filed: January 13,
25 individual; DOE 1, d/b/a POWER.COM,          2008
DOES 2-25, inclusive,
26
                Defendants.
27

28

1   This stipulation is entered into by and by and between Facebook, Inc. and Defendants
2   Power Ventures, Inc. and Steven Vachani ("Defendants") through their respective counsel as
3   follows:

4   WHEREAS, on July 9, 2009 Defendants filed their Answer to Facebook's Complaint and
5   asserted counterclaims against Facebook,

6   WHEREAS the Early Neutral Evaluation Conference between the parties is currently
7   scheduled for July 30, 2009,

8   WHEREAS, on July 23, 2009, Facebook filed a Request to Substitute Counsel, requesting
9   that the Court grant its request to change counsel from Perkins Coie LLP to Orrick, Herrington &
10  Sutcliffe LLP,

11  WHEREAS, the parties agree that it is in their best interests as well as in the interests of
12  the Court, its resources, and the interests of justice to allow Facebook's new counsel a reasonable
13  continuance to come up to speed on this matter,

14  NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and
15  agreed that Facebook's deadline to file its responses to Defendants' counterclaims is hereby
16  extended for thirty (30) days, from August 3, 2009 to September 2, 2009.  The parties further
17  stipulate that the Early Neutral Evaluation Conference be temporarily taken off-calendar.  The
18  parties agree to work in good faith to arrange a new date in September 2009 that is acceptable to
19  both them and the Evaluator.

20
21
22
23
24
25
26
27
28

OHS West:260697489.1   - 1 -   STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
CASE NO.: 5:08-CV-05780

| | |
|---|---|
| Dated: July 23, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| | /s/ Thomas J. Gray |
| | THOMAS J. GRAY<br>Attorneys for Plaintiff<br>FACEBOOK, INC. |
| | |
| Dated: July 23, 2009 | LAW OFFICES OF SCOTT A. BURSOR |
| | |
| | /s/ Scott A. Bursor |
| | SCOTT A. BURSOR<br>Attorneys for Defendants<br>POWER VENTURES, INC. and STEVEN VACHANI |

**Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

| | |
|---|---|
| Dated: July 23, 2009 | Respectfully submitted, |
| | /s/ Thomas J. Gray<br>THOMAS J. GRAY |

1
2
3
4
5
6
7

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, Facebook's deadline to respond to Defendants' counter-claims is extended thirty (30) days to September 2, 2009 and the Early Neutral Evaluation conference is hereby taken off-calendar.  The parties shall exercise good faith and reasonable efforts to reschedule the conference for such a date as is convenient for them and the evaluator.

8
9

IT IS SO ORDERED.

10
11
12

DATED: July  24 , 2009

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28