1   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
3   Menlo Park, CA  94025
    Telephone:      650-614-7400
4   Facsimile:      650-614-7401

5    JESSICA S. PERS (STATE BAR NO. 77740)
    jpers@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
7   405 Howard Street
    San Francisco, CA  94105-2669
8   Telephone:      415-773-5700
    Facsimile:      415-773-5759

9

10  Attorneys for Plaintiff and Counterdefendant
    FACEBOOK, INC.

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14

15
    FACEBOOK, INC.,                    Case No.  5:08-cv-05780 JF (RS)
16
                    Plaintiff,         **[PROPOSED] ORDER GRANTING**
17                                     **FACEBOOK INC.'S MOTION TO**
            v.                         **DISMISS COUNTERCLAIMS AND**
18                                     **MOTION TO STRIKE**
    POWER VENTURES, INC. a Cayman Island   **AFFIRMATIVE DEFENSES**
19  Corporation; STEVE VACHANI, an
    individual; DOE 1, d/b/a POWER.COM,    Date:        October 30, 2009
20  DOES 2-25, inclusive,                  Time:        9:00 am
                                           Judge:       Hon. Jeremy D. Fogel
21                  Defendants.           Courtroom:  3

22

23

24

25

26

27

28

1             The Motion of Facebook, Inc. to dismiss the First through Sixth Counterclaim of

2   Defendant's Power Ventures, Inc. and Steve Vachani, pursuant to Fed. R. Civ. Pro. section

3   12(b)(6) and the Motion of Facebook, Inc. to strike the First through Sixth Affirmative Defenses

4   of Power Ventures, Inc. and Steve Vachani came on for hearing on October 30, 2009, before the

5   Honorable Jeremy D. Fogel;

6              The Court, having considered the papers filed in support of and in opposition to

7   the motions, the arguments presented at the hearing and other matters relevant to the

8   determination of these motions

9             Hereby finds and ORDERS

10             1. The First through Sixth Counterclaims are dismissed pursuant to Fed. R. Civ.

11   Pro. 12(b)(6)

12             2. The First through Sixth Affirmative Defenses are stricken pursuant to Fed. R.

13   Civ. Pro. 12(f).

14

15   Dated: September 2, 2009                     JESSICA S. PERS
                                     Orrick, Herrington & Sutcliffe LLP

16

17                                  */s/ Jessica S. Pers*

18                                      JESSICA S. PERS
                         Attorneys for Plaintiff and Counterdefendant

19                                      FACEBOOK, INC.

20

21                      **CERTIFICATE OF SERVICE**

22       I hereby certify that this document(s) filed through the ECF system will be sent

23   electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
    and paper copies will be sent to those indicated as non registered participants on September 2,

24   2009.

25   Dated: September 2, 2009                 Respectfully submitted,

26

                             /s/        *Jessica S. Pers*
27                                   JESSICA S. PERS

28   OHS West:260721316.1

- 1 -