UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK,INC,<br>    Plaintiff,<br>V.<br>POWER VENTURES, INC.,<br>    Defendant. | Case Number CV-08-5780-JF<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on January 29, 2010 at 10:30 a.m.

before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the

5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

November 18, 2009    For the Court
                     Richard W. Wieking, Clerk

                     By: /s/
                     Diana Munz
                     Courtroom Deputy Clerk