| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| 2 | nchatterjee@orrick.com<br>JULIO C. AVALOS (STATE BAR NO. 255350) |
| 3 | javalos@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 1000 Marsh Road<br>Menlo Park, CA  94025 |
| 5 | Telephone:     +1-650-614-7400<br>Facsimile:     +1-650-614-7401 |
| 6 | Attorneys for Plaintiff |
| 7 | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FACEBOOK, INC., | | Case No.  5:08-cv-05780 JF (RS) |
| | Plaintiff, | Assigned To: Hon. Judge Jeremy Fogel |
| v. | | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND [PROPOSED] BRIEFING SCHEDULE PURSUANT TO CIVIL L.R. 6-2** |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | | |
| | Defendants. | |

1   This stipulation is entered into by and between Plaintiff/Counter-Defendant Facebook,
2   Inc. ("Facebook") and Defendant/Counter-Plaintiffs Power Ventures, Inc. and Steven Vachani
3   ("Power") through their respective counsel as follows:

4   WHEREAS, on November 23, 2009, Power filed an Amended Answer and Counter-
5   Complaint Against Facebook ("Amended Answer");

6   WHEREAS, Facebook intends to file a Motion to Dismiss the Amended Answer as well
7   as a Motion to Strike the Affirmative Defenses Contained Therein;

8   WHEREAS, the parties have met and conferred regarding their respective intentions to
9   move for summary judgment on the present record before the Court;

10  WHEREAS, the parties have negotiated a briefing schedule that they believe is in the
11  interests of judicial efficiency and justice and no prior time modifications have been obtained;

12  WHEREAS, this stipulated briefing schedule would not have any adverse effect on the
13  schedule for this case, and would, in fact, likely serve to expedite its resolution;

14  NOW THEREFORE, subject to the approval of the Court, the parties hereby stipulate to
15  the following briefing schedule:

16  (1)   Facebook shall file its Motion for Summary Judgment on or before **December 23,**
17  **2009**;

18  (2)   Facebook's deadline to respond to Power's Amended Counter-Complaint is hereby
19  extended from December 17, 2009 to **December 30, 2009**; Facebook shall file its Motion
20  to Dismiss Power's Amended Counter-Complaint as well as its Motion to Strike Power's
21  Affirmative Defenses on or before that date;

22  (3)   Power shall file its Opposition to Facebook's Motion to Dismiss as well as
23  Power's own Motion for Summary Judgment on or before **January 15, 2009**;

24  (4)   Facebook shall file its Reply Brief In Support of Its Motion to Dismiss Power's
25  Amended Answer as well as its Opposition to Power's Motion for Summary Judgment on
26  or before **January 29, 2009**;

27  (5)   Power shall file its Reply Brief In Support of Its Motion for Summary Judgment
28  on or before **February 12, 2009**;

(6) The Court shall hear argument on the respective motions for summary adjudication as well as Facebook's Motion to Dismiss Power's Amended Counter-Complaint and Strike Power's Affirmative Defenses on **February 26, 2009**, or as soon thereafter as is practicable.

(7) The Case Management Conference scheduled for January 29, 2009 is continued to **February 26, 2009**.

Dated: December 17, 2009                    ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Neel Chatterjee
NEEL CHATTERJEE
Attorneys for Plaintiff
FACEBOOK, INC.

Dated: December 17, 2009                    LAW OFFICES OF SCOTT A. BURSOR

/s/ Scott A. Bursor
SCOTT A. BURSOR
Attorneys for Defendants
POWER VENTURES, INC. & STEVEN VACHANI

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: December 17, 2009                    Respectfully submitted,

/s/ Neel Chatterjee
NEEL CHATTERJEE

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the following briefing schedule is adopted:

(1) Facebook, Inc. ("Facebook") shall file its Motion for Summary Judgment on or before **December 23, 2009**;

(2) Facebook's deadline to respond to Power's Amended Counter-Complaint is hereby extended from December 17, 2009 to **December 30, 2009**; Facebook shall file its Motion to Dismiss Power's Amended Counter-Complaint as well as its Motion to Strike Power's Affirmative Defenses on or before that date;

(3) Power shall file its Opposition to Facebook's Motion to Dismiss as well as its Motion for Summary Judgment on or before **January 15, 2009**;

(4) Facebook shall file its Reply Brief In Support of Its Motion to Dismiss Power's Amended Answer as well as its Opposition to Power's Motion for Summary Judgment on or before **January 29, 2009**;

(5) Power shall file its Reply Brief In Support of Its Motion for Summary Judgment on or before **February 12, 2009**;

(6) The Court shall hear argument on the respective motions for summary adjudication as well as Facebook's Motion to Dismiss Power's Amended Counter-Complaint on **February 26, 2009**.

(7) The Case Management Conference scheduled for January 29, 2009 is continued to **February 26, 2009**.

IT IS SO ORDERED.

DATED: December ___, 2009

                                                                 Hon. Jeremy Fogel
                                      UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 17, 2009.

Dated: December 17, 2009              Respectfully submitted,

                                      /s/ Neel Chatterjee
                                      Neel Chatterjee