1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:     +1-650-614-7400
6  Facsimile:     +1-650-614-7401

7  JESSICA S. PERS (STATE BAR NO. 77740)
   jpers@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:     +1-415-773-5700
   Facsimile:     +1-415-773-5759

11

   Attorneys for Plaintiff and
12 FACEBOOK, INC.

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17
   FACEBOOK, INC.,                    Case No. 5:08-cv-05780 JF (RS)
18
                   Plaintiff,         **DECLARATION OF JULIO C.**
19                                    **AVALOS IN SUPPORT OF**
          v.                          **FACEBOOK INC.'S MOTION FOR**
20                                    **JUDGMENT ON THE PLEADINGS**
   POWER VENTURES, INC. a Cayman Island   **OR, IN THE ALTERNATIVE,**
21 Corporation; STEVE VACHANI, an      **MOTION FOR SUMMARY**
   individual; DOE 1, d/b/a POWER.COM, **JUDGMENT**
22 DOES 2-25, inclusive,
                                      Date:      February 26, 2010
23                 Defendants.        Time:      9:00 a.m.
                                      Judge:     Hon. Jeremy D. Fogel
24                                    Courtroom: 3, 5th Floor

25

26

27

28

   OHS West:260800311.1

1    I, Julio C. Avalos, declare as follows:

2        1.      I am a member of, and in good standing with, the Bar of the State of California and

3    am admitted to practice before this Court.  I am an associate at the law firm of Orrick, Herrington

4    & Sutcliffe LLP, counsel to Plaintiff/Counter-Defendant Facebook, Inc. ("Facebook").  I make

5    this declaration of my own personal knowledge unless otherwise indicated herein.  If called as a

6    witness, I could and would testify competently to the truth of the matters set forth herein.

7        2.      Attached hereto as **Exhibit A** are true and correct copies of e-mail correspondence

8    exchanged between Defendant Steven Vachani and Facebook counsel at various dates in

9    December 2008.  These emails have been maintained on secured databases in the normal course

10   and conduct of our law firm's business.

11       I declare under penalty of perjury under the laws of the United States that the foregoing is

12   true and correct and that this declaration was hereby executed at Menlo Park, California on

13   December 23, 2009.

14

15

16                                   /s/ Julio C. Avalos
                                     JULIO C. AVALOS

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

  I hereby certify that this document(s) filed through the ECF system will be sent
3
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on December 23,
4
2009.

5  Dated: December 23, 2009      Respectfully submitted,

6

               /s/     *Jessica S. Pers*
7                    JESSICA S. PERS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AVALOS DECL. ISO FACEBOOK'S MOTION FOR JUDGMENT
ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION FOR
SUMMARY JUDGMENT