| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | THOMAS J. GRAY (STATE BAR NO. 191411) |
|   | tgray@orrick.com |
| 3 | JULIO C. AVALOS (STATE BAR NO. 255350) |
|   | javalos@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
|   | Telephone:     +1-650-614-7400 |
| 6 | Facsimile:      +1-650-614-7401 |
| 7 | JESSICA S. PERS (STATE BAR NO. 77740) |
|   | jpers@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 9 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 10 | Telephone:     +1-415-773-5700 |
|   | Facsimile:      +1-415-773-5759 |
| 11 | |
| 12 | Attorneys for Plaintiff and FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780 JF (RS) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION TO DISMISS AMENDED COUNTERCLAIMS AND MOTION TO STRIKE AMENDED AFFIRMATIVE DEFENSES** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | Date:       February 26, 2009<br>Time:       9:00 am<br>Judge:      Hon. Jeremy D. Fogel<br>Courtroom: 3 |

OHS West:260800846.1

1  The Motion of Facebook, Inc. to dismiss the First through Third Counterclaims of Defendant's Power Ventures, Inc. and Steven Vachani, pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Motion of Facebook, Inc. to strike the First through Second Affirmative Defenses of Power Ventures, Inc. and Steven Vachani came on for hearing on February 26, 2009, before the Honorable Jeremy D. Fogel;

The Court, having considered the papers filed in support of and in opposition to the motions, the arguments presented at the hearing and other matters relevant to the determination of these motions

Hereby finds and ORDERS

1. The First through Third Counterclaims are dismissed pursuant to Fed. R. Civ. Pro. 12(b)(6)

2. The First and Second Affirmative Defenses are stricken pursuant to Fed. R. Civ. Pro. 12(f).

IT IS SO ORDERED.

Dated:

_____
Honorable Jeremy Fogel
United States District Judge