# UNITED STATES DISTRICT COURT

## Northern District of California

Facebook, Inc.,

    Plaintiff(s),

v.

Power Ventures, Inc.,

    Defendant(s).

No. C 08-05780 JF ENE

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make ANY additional comments on this page - simply fill in the blanks and check the appropriate boxes.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) Dec 14 2009

2. Did the case settle?
   - ☐ Yes, fully.
   - ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)
   - ☐ Yes, partially, and further facilitated discussions are *not* expected.
   - ☒ No, and further facilitated discussions are expected. (see no. 3, below)
   - ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? March 14 2010

4. IS THIS ADR PROCESS COMPLETE? ☐ YES ☒ NO

Dated: Dec 18/09

Evaluator, Daralyn Durie
Durie Tangri Lemley Roberts & Kent
332 Pine St Ste 200
San Francisco, CA 94104