# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

### CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing,  December 4, 2009　　　　Time: 27 mins
**Case Number:** CV-08-5788-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**　　　　　　　　　　　**ARAM HOVSEPIAN　V.　APPLE, INC.**
　　　　　　　　　　　　　　　　　　**PLAINTIFF**　　　　　　　　　　**DEFENDANT**


　　**Attorneys Present: Jonathan Shub, Jeffrey Leon**　　**Attorneys Present: Thomas Counts**

---

　　PROCEEDINGS:

　　Hearing on Motion to Dismiss and Motion to Strike held.  Parties are present.  The motions are taken under submission.