1   LAW OFFICES OF SCOTT A. BURSOR
    Scott A. Bursor (*pro hac vice*)
2   369 Lexington Avenue, 10th Floor
    New York, NY  10017
3   Telephone:  (212) 989-9113
    Facsimile:  (212) 989-9163
4
    BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
5   Alan R. Plutzik (State Bar No. 077785)
    L. Timothy Fisher (State Bar No. 191626)
6   2125 Oak Grove Road, Suite 120
    Walnut Creek, CA  94598
7   Telephone:  (925) 945-0200
    Facsimile:  (925) 945-8792
8
    Attorneys for Defendants Power
9   Ventures, Inc. and Steve Vachani

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13

14   FACEBOOK, INC.,                        Case No. 5:08-cv-05780

15                            Plaintiff,    **NOTICE OF MOTION, MOTION
                                            AND MEMORANDUM OF LAW IN
16   -against-                              SUPPORT OF DEFENDANTS'
                                            MOTION FOR SUMMARY
17   POWER VENTURES, INC. d/b/a POWER.COM, a   JUDGMENT**
     California corporation; POWER VENTURES, INC.
18   a Cayman Island Corporation, STEVE VACHANI,   Date: February 26, 2010
     an individual; DOE 1, d/b/a POWER.COM, an     Time: 9:00 a.m.
19   individual and/or business entity of unknown nature;   Judge: Hon. Jeremy D. Fogel
     DOES 2 through 25, inclusive, individuals and/or   Courtroom: 3
20   business entities of unknown nature,

21                            Defendants.

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

      PLEASE TAKE NOTICE that on February 26, 2010 at 9:00 am or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Jeremy D. Fogel, United States District Court, 280 S. First Street, San Jose, CA 95113, Power Ventures Inc. and Steven Vachani (collectively, "Defendants"), will move the court for summary judgment on Count 3 of the complaint, pursuant to Federal Rule of Civil Procedure 56.  This motion is based on the Notice of Motion and Motion, the supporting Memorandum Of Law, the Declaration of Steven Vachani, all pleadings on file in this action, oral argument of counsel, and any other matter that may be submitted at the hearing.

### STATEMENT OF ISSUES

      Defendants bring this motion for summary judgment on Count 3 of the complaint, for violation of California Penal Code § 502.  Facebook has not alleged, and cannot prove, any "damage," "injury" or "victim expenditure" as defined in Penal Cod §§ 502(b)(8)-(9) and 502(e).  Facebook therefore lacks standing to assert any claim under § 502.

NOTICE OF MOTION, MOTION AND MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:08-CV-05780 (JF)
60312

1

1

## MEMORANDUM OF LAW

2      Defendants adopt and incorporate by reference the arguments set forth in the Memorandum

3  Of Law In Opposition To Facebook Inc.'s  Motion For Judgment On The Pleadings Pursuant To

4  Fed. R. Civ. P. 12(c) Or, In The Alternative, Partial Summary Judgment Of Liability Under

5  California Penal Code § 502(c).  Defendants' arguments set forth therein demonstrate that

6  Facebook lacks standing to assert any claim under Penal Code § 502, that there is no genuine issue

7  of material fact concerning Facebook's lack of standing, and that Defendants are entitled to

8  judgment as a matter of law dismissing Facebook's claim.

9

10
Dated:  January 15, 2010

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP


By_____/s/_____
                 L. Timothy Fisher

Alan R. Plutzik (State Bar No. 77785)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113
Facsimile:   (212) 989-9163

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

NOTICE OF MOTION, MOTION AND MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:08-CV-05780 (JF)
60312

2