UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 26, 2010  Time: 12 mins
**Case Number:** CV-08-5780-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE: FACEBOOK, INC.  V.  POWER VENTURES, INC.

PLAINTIFF                                                    DEFENDANT

Attorneys Present:  Neel Chatterjee, Julio Avalos    Attorneys Present: Timothy Fisher, Scott Bursor

PROCEEDINGS:
This is the time set for hearing Motions for Summary Judgment and to Dismiss. Parties are present.  The Court recuses itself and orders the case shall be reassigned.