# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC,<br><br>Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC., et al.,<br><br>Defendants. | Case No. C 08-5780 JF (RS)<br><br>ORDER OF RECUSAL |

For the reasons stated on the record at the hearing on February 26, 2010, and pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I hereby recuse myself from further participation in the above-entitled matter. The Clerk shall reassign the matter to another district judge pursuant to this Court's Assignment Plan.

DATED: 2-26-10

JEREMY FOGEL
United States District Judge