1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JESSICA S. PERS (STATE BAR NO. 77740)
   jpers@orrick.com
3  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
4  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
7  Facsimile:    +1-650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>        Defendants. | Case No.  5:08-cv-05780 JW (HRL)<br><br>**NOTICE OF HEARING ON FACEBOOK INC.'S MOTION TO DISMISS DEFENDANTS' COUNTER-COMPLAINT**<br><br>Date:      June 7, 2010<br>Time:     9:00 a.m.<br>Judge:    Hon. James Ware<br>Courtroom: 8, 4th Floor |

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 7, 2010 at 9:00 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable James Ware, United States District Court, 280 S. First Street, San Jose, CA 95113, Facebook, Inc. ("Facebook") will move the Court for an order dismissing the Counterclaims of Power Ventures, Inc. and Steve Vachani (collectively, "Power") pursuant to Federal Rule of Civil Procedure 12(b)(6), and for an order striking the Affirmative Defenses pursuant to Federal Rule of Civil Procedure 12(f). This motion was originally noticed for hearing on February 26, 2010 before the Honorable Jeremy Fogel. However, Judge Fogel recused himself from this case at the hearing and the matter was reassigned to this Court. The Motion has been fully briefed by the parties:

| | |
|---|---|
| Dkt. No. 58 | Facebook's Notice of Motion, Motion and Memorandum In Support of Motion to Dismiss Counterclaims and Strike Affirmative Defenses |
| Dkt. No. 63 | Power's Memorandum of Law In Opposition to Facebook's Motion to Dismiss Counterclaims and Strike Affirmative Defenses |
| Dkt. No. 67 | Facebook's Reply Memorandum in Support of Motion to Dismiss Amended Counterclaims and Strike Affirmative Defenses |

Dated: March 10, 2010

JULIO C. AVALOS
Orrick, Herrington & Sutcliffe LLP


　　　　　　　　　　/s/ Julio C. Avalos
　　　　　　　　　JULIO C. AVALOS
　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　FACEBOOK, INC.