I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JESSICA S. PERS (STATE BAR NO. 77740)
jpers@orrick.com
THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>           Defendants. | Case No.  5:08-cv-05780 JW (HRL)<br><br>**NOTICE OF HEARING ON FACEBOOK INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:     June 7, 2010<br>Time:     9:00 a.m.<br>Judge:    Hon. James Ware<br>Courtroom: 8, 4th Floor |

OHS West:260857063.1

RE-NOTICE OF MOTION FOR JUDGMENT ON PLEADINGS
5:08-CV-05780 JF (RS)

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 7, 2010 at 9:00 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable James Ware, United States District Court, 280 S. First Street, San Jose, CA 95113, Facebook, Inc. ("Facebook") will move the court for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) or, in the alternative, for summary judgment on Facebook's second cause of action for violation of California Penal Code Section 502(c) against Defendants Power Ventures, Inc. and Steven Vachani (collectively, "Power"). This motion was originally noticed for hearing on February 26, 2010 before the Honorable Jeremy Fogel. However, Judge Fogel recused himself from this case at the hearing and the matter was reassigned to this Court. The motion has been fully briefed by the parties:

| | |
|---|---|
| Dkt. No. 56 | Facebook's Motion For Judgment On The Pleadings, Or, In The Alternative, Summary Judgment |
| Dkt. No. 57 | Declaration of Julio C. Avalos In Support of Motion for Judgment On The Pleadings |
| Dkt. No. 64 | Power's Memorandum of Law In Opposition to Facebook's Motion for Judgment On the Pleadings |
| Dkt. No. 65 | Declaration of Steve Vachani In Support of Memorandum of Law In Opposition to Facebook's Motion for Judgment On The Pleadings |
| Dkt. No. 66 | Facebook's Reply Memorandum re Motion for Judgment On The Pleadings |
| Dkt. No. 69 | Facebook's Objections to Dkt. No. 65, Declaration of Steve Vachani In Support of Defendant's Opposition |
| Dkt. No. 71 | Minute Entry from February 26 Hearing |
| Dkt. No. 74 | Power's Corrected Opposition to Facebook's Motion for Judgment on the Pleadings |

Dated: March 10, 2010

JULIO C. AVALOS
Orrick, Herrington & Sutcliffe LLP


/s/ Julio C. Avalos
JULIO C. AVALOS
Attorneys for Plaintiff
FACEBOOK, INC.