LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                          Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                          Defendants. | Case No. 5:08-cv-05780<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 7, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware<br>Courtroom: 8, 4th Floor |

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on June 7, 2010 at 9:00 am or as soon thereafter as the matter may be heard in the courtroom of the Honorable James Ware, United States District Court, 280 S. First Street, San Jose, California 95113, Power Ventures Inc. and Steven Vachani (collectively, "Defendants") will move the court for summary judgment on Count 3 of the complaint pursuant to Federal Rule of Civil Procedure 56.  This motion was originally noticed for hearing on February 26, 2010 before the Honorable Jeremy Fogel.  Judge Fogel recused himself from this case at the February 26th hearing, and the matter was reassigned to this Court.  The motion has been fully briefed by the parties:

| | |
|---|---|
| Dkt. No. 62 | Notice of Motion, Motion and Memorandum of Law in Support of Defendants' Motion for Summary Judgment |
| Dkt. No. 65 | Declaration of Steve Vachani in Support of Defendants' Opposition to Facebook Inc.'s Motion for Judgment on the Pleadings Pursuant to Fed.R.Civ. P. 12(c) or, in the Alternative, Partial Summary Judgment of Liability Under California Penal Code § 502(c) |
| Dkt. No. 66 | Facebook Inc.'s Reply Brief in Support of its Motion for Judgment on the Pleadings or, in the Alternative, Partial Summary Judgment of Liability Under California Penal Code Section 502 and Opposition to Defendants' Motion for Summary Judgment |
| Dkt. No. 68 | Defendant's Reply Brief in Support of Motion for Summary Judgment |

Dated:  March 16, 2010

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By _____/s/_____
         L. Timothy Fisher

Alan R. Plutzik (State Bar No. 77785)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani