CINDY A. COHN, (California Bar No. 145997)
cindy@eff.org
JENNIFER STISA GRANICK (California Bar No. 168423)
jennifer@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK,<br><br>　　　　　Plaintiff[s],<br><br>　v.<br><br>POWER VENTURES,<br><br>　　　　　Defendant[s]. | No. 5:08-cv-05780-JW<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT POWER VENTURES' MOTION FOR SUMMARY JUDGMENT ON CAL. PENAL CODE 502(C)**<br><br>Date:　June 7, 2010<br>Time:　1:30 p.m.<br>Dept.:　Hon. Judge James Ware |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that *Amicus* Electronic Frontier Foundation ("EFF") hereby moves pursuant to Civil Local Rule 7-11 for leave to file brief as *amicus curiae* supporting Defendant Power Venture's Opposition to Facebook's Motion for Summary Judgment on its California Penal Code section 502(c) claim. This motion is based on this Notice of Motion and Motion, the proposed *amicus* brief, proposed order and declaration of Jennifer Stisa Granick filed herewith and on the pleadings and the papers on file herein and on such other argument and

evidence as may be presented to the Court.

Electronic Frontier Foundation ("EFF") is a non-profit, member-supported digital civil liberties organization. As part of its mission, EFF has served as counsel or *amicus* in key cases addressing user rights to free speech, privacy, and innovation as applied to the Internet and other new technologies. With more than 14,000 dues-paying members, EFF represents the interests of technology users in both court cases and in broader policy debates surrounding the application of law in the digital age, and publishes a comprehensive archive of digital civil liberties information at one of the most linked-to web sites in the world, www.eff.org.

*Amicus* Electronic Frontier Foundation's interest in this case is the sound and principled interpretation and application of the California computer crime statute, California Penal Code § 502(c). *Amicus* believes that this brief may assist the Court in its consideration of consumer interests in this matter, as well as the proper scope of section 502(c). EFF has been instrumental to other courts in cases involving the application of computer crime statutes to modern communications technologies, including *United States v. Drew*, 259 F.R.D. 449, 465 (C.D. Cal. 2009).

If *Amicus* were authorized to file a brief, it will argue that merely providing a technology to assist a user in accessing his or her own data, even if that manner is prohibited by a terms of service document or the subject of a cease and desist letter, cannot and should not form the basis for criminal liability. To hold otherwise would create a massive expansion of the scope of California criminal law and hobble user choice and interfere with follow-on innovation. It will also improperly hinge criminal liability on arbitrary and often confusing terms chosen by private parties in the contracts of adhesion they present to users. This creates both vagueness and the risk of capricious enforcement. While users who choose services such as Power's may breach Facebook's terms of use (if those terms are otherwise enforceable), breaches of these sorts of private contracts should not be turned into criminal conduct. *Amicus* is concerned that if Facebook's proposed construction of section 502(c) in this case is correct, millions of otherwise innocent internet users are potentially violating criminal law through routine online behavior.

As noted in the Declaration of Jennifer Stisa Granick filed herewith, *Amicus* have discussed this brief with counsel for both the plaintiff and defendant. Counsel for the defendant Power.com have consented to the filing of this brief. Granick Declaration par. 3. Counsel for Facebook has stated that they object to the filing of this brief. Granick Declaration par. 4

*Amicus* EFF respectfully requests that the Court grant leave to file its brief as *Amicus Curiae* in Support of Defendant Power Ventures' Motion for Summary Judgment on Cal. Penal Code 502(c), which is filed conditionally with this Motion for Leave.

DATED: May 3, 2010

By /s/Jennifer Stisa Granick
Jennifer Stisa Granick, Esq
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone:    (415) 436-9333 x134
Facsimile:     (415) 436-9993

Attorneys for *Amicus Curiae*
ELECTRONIC FRONTIER FOUNDATION