CINDY A. COHN, (California Bar No. 145997)
cindy@eff.org
JENNIFER STISA GRANICK (California Bar No. 168423)
jennifer@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK,<br><br>  Plaintiff[s],<br><br>v.<br><br>POWER VENTURES,<br><br>  Defendant[s]. | No. 5:08-cv-05780-JW<br><br>**DECLARATION OF JENNIFER STISA GRANICK IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT POWER VENTURES' MOTION FOR SUMMARY JUDGMENT ON CAL. PENAL CODE 502(C)**<br><br>Date: June 7, 2010<br>Time: 1:30 p.m.<br>Dept.: Hon. Judge James Ware |

I, Jennifer Stisa Granick, declare and state:

   1.   I am an attorney duly licensed to practice before this court and all of the courts of the State of California. I am the Civil Liberties Director of *amicus* Electronic Frontier Foundation. I have personal knowledge of the matters stated herein. If called upon to do so, I could and would competently testify thereto.

   2.   In the course of preparing this brief I have discussed it and its contents with counsel for

--
DECLARATION OF JENNIFER STISA GRANICK IN SUPPORT
OF MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
EFF IN SUPPORT OF DEFENDANT POWER VENTURES'
MOTION FOR SUMMARY JUDGMENT ON CAL. P. C. SEC.
502(C)

plaintiff and defendants.

3. Counsel for defendant Power.com, Scott Bursor, has stated that defendant consents to the filing of this *amicus* brief.

4. On April 29, 2009, after several discussions, counsel for plaintiff Facebook, Neel Chatterjee, stated that plaintiff objects to the filing of this *amicus* brief.

5. I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 3, 2010

By ___*/s/Jennifer Stisa Granick*___
Jennifer Stisa Granick, Esq

-1-
DECLARATION OF JENNIFER STISA GRANICK IN SUPPORT
OF MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
EFF IN SUPPORT OF DEFENDANT POWER VENTURES'
MOTION FOR SUMMARY JUDGMENT ON CAL. P. C. SEC.
502(C)