CINDY A. COHN, (California Bar No. 145997)
cindy@eff.org
JENNIFER STISA GRANICK (California Bar No. 168423)
jennifer@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333 x108
Facsimile:   (415) 436-9993

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK,<br><br>            Plaintiff[s],<br><br>   v.<br><br>POWER VENTURES,<br><br>            Defendant[s]. | No. 5:08-cv-05780-JW<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF *AMICUS CURIAE* ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT POWER VENTURES' MOTION FOR SUMMARY JUDGMENT ON CAL. PENAL CODE 502(C)**<br><br>Date:   June 7, 2010<br>Time:  1:30 p.m.<br>Dept.:  Hon. Judge James Ware |

Having considered the Motion for Leave to file Brief of Amicus Curiae Electronic Frontier Foundation in Support of Defendant Power Ventures' Motion for Summary Judgment on California Penal Code section 502(c), and good cause appearing therefore, the motion is GRANTED.

IT IS SO ORDERED.

DATED: _____      _____
                                                                  United States District Judge