*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK,<br><br>　　　　　Plaintiff[s],<br><br>　v.<br><br>POWER VENTURES,<br><br>　　　　　Defendant[s]. | No. 5:08-cv-05780-JW<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF *AMICUS CURIAE* ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT POWER VENTURES' MOTION FOR SUMMARY JUDGMENT ON CAL. PENAL CODE 502(C)**<br><br>Date:　June 7, 2010<br>Time:　1:30 p.m.<br>Dept.:　Hon. Judge James Ware |

Having considered the Motion for Leave to file Brief of Amicus Curiae Electronic Frontier Foundation in Support of Defendant Power Ventures' Motion for Summary Judgment on California Penal Code section 502(c), and good cause appearing therefore, the motion is GRANTED.

The Amicus Brief shall be filed as a separate docket entry on or before **May 14, 2010.**

IT IS SO ORDERED.

Dated: May 5, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　United States District Judge