UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
<u>TOTAL TIME:</u> **1 hr**

<u>AMENDED CIVIL MINUTES</u>

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**  June 7, 2010 | **Court Reporter:** Summer Fisher |
| **Case No.:** C- 08-05780 JW | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

<u>TITLE</u>

Facebook Inc. v. Power Ventures, Inc.

**Attorney(s) for Plaintiff(s):** Neel Chatterjee, Jessica Pers, Julio Avalos
**Attorney(s) for Defendant(s)**: Timothy Fisher, Scott Bursor
**Other Appearance(s):** Jennifer Stisa Granick

<u>PROCEEDINGS</u>

1. Plaintiff's Motion for Judgment on the Pleadings or for Partial Summary Judgment [Doc. 56]
2. Plaintiff's Motion to Dismiss Counterclaims and to Strike Affirmative Defenses [Doc. 58]
3. Defendants' Motion for Summary Judgment on Count 3 [Doc. 62]

<u>ORDER AFTER HEARING</u>

Hearing held.  The Court set the following deadlines for supplemental briefing:

1. Supplemental Amicus Brief due June 21, 2010.
2. Simultaneous reply briefing due July 6, 2010.

The Court took the matter under submission after oral argument pending supplemental.   The Court to issue further order following hearing and completion of supplemental briefing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: