I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    +1-650-614-7400
Facsimile:    +1-650-614-7401

JESSICA S. PERS (STATE BAR NO. 77740)
jpers@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-650-614-7400
Facsimile:    +1-650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614-2558
Telephone:    +1-949-567-6700
Facsimile:    +1-949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br>                 Plaintiff, <br><br>      v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br>                 Defendants. | Case No.  5:08-cv-05780 JW (HRL) <br><br> **DECLARATION OF JULIO C. AVALOS IN SUPPORT OF REPLY TO *AMICUS CURIAE* ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT POWER VENTURES' MOTION FOR SUMMARY JUDGMENT** |

I, Julio C. Avalos, declare as follows:

1. I am a member of, and in good standing with, the Bar of the State of California and am admitted to practice before this Court. I am an associate at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to Plaintiff Facebook, Inc. ("Facebook"). I make this declaration of my own personal knowledge unless otherwise indicated herein. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a certified court reporter's transcript of the June 7, 2010 hearing on Facebook's motion for judgment on the pleadings and for partial summary judgment, Facebook's motion to dismiss counterclaims and to strike affirmative defenses, and defendant Power's motion for summary judgment on Facebook's California Penal Code 502(c) claim.

3. Attached hereto as **Exhibit B** is a true and correct copy of a 1984 Senate Committee On Judiciary Background Information questionnaire regarding Assembly Bill 2551.

4. Attached hereto as **Exhibit C** is a true and correct copy of "Proposed Chapter 949 (Assembly Bill No. 2551), an act to amend Section 502 of the Penal Code, relating to computers, 1984 Regular Session, Approved by the Governor on September 7, 1984 and filed with the Secretary of State on September 10, 1984."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was hereby executed at Menlo Park, California on July 6, 2010.

/s/ Julio C. Avalos
JULIO C. AVALOS

OHS West:260946889.1    - 1 -    DECL. OF JULIO C. AVALOS ISO REPLY TO AMICUS CURIAE BRIEF
CASE NO.: CV 05780 JW (HRL)