I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

JESSICA S. PERS (STATE BAR NO. 77740)
jpers@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: +1-949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780 JW (HRL) <br><br> **FACEBOOK, INC.'S REQUEST FOR JUDICIAL NOTICE** |

1    Plaintiff Facebook, Inc., ("Facebook") hereby respectfully requests that the Court take judicial notice of the documents listed below, a copy of which are attached hereto as **Exhibits 1 and 2**. Facebook makes this request in support of its Reply to *Amicus Curiae* Electronic Frontier Foundation's Brief In Support of Defendants' Motion for Summary Judgment, filed herewith.

Federal Rule of Evidence 201 permits judicial notice of facts "not subject to reasonable dispute" in that they are "either (1) generally known within the territorial jurisdiction or the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Paralyzed Veterans of Am. v. McPherson*, No. C 06-4670 SBA, 2006 U.S. Dist. LEXIS 89881, at *13 (N.D. Cal., Aug. 22, 2007). "[C]ourts routinely take judicial notice of legislative history." *Id*. at *13. "Legislative facts are 'established truths, facts or pronouncements that do not change from case to case but are applied universally, while adjudicative facts are those developed in a particular case." *Korematsu v. United States*, 584 F. Supp. 1406, 1414-15 (N.D. Cal. 1984) (citations omitted). "Legislative facts are facts of which courts take particular notice when interpreting a statute or considering whether Congress has acted within its constitutional authority. For example, <u>courts take judicial notice of legislative history, including committee reports</u>." *Id*., citing *Territory of Alaska v. American Can Co.*, 358 U.S. 224, 227, 3 L. Ed. 2d 257, 79 S. Ct. 274 (1959) (emphasis added).

1. Senate Committee On Judiciary Background Information questionnaire re AB 2551.

2. Proposed Chapter 949 (Assembly Bill No. 2551), An act to amend Section 502 of the Penal Code, relating to computers, 1984 Reg. Session, Approved by Governor September 7, 1984, Filed with Secretary of State September 10, 1984.

Dated: July 6, 2010         /s/ Julio C. Avalos
                            JULIO C. AVALOS

                            Attorneys for Plaintiff
                            FACEBOOK, INC.