# EXHIBIT 1

## SENATE COMMITTEE ON JUDICIARY

### BACKGROUND INFORMATION

AB 2551

1. **Source**

    (a) What group, organization, governmental agency, or other person, if any, requested the introduction of the bill? Please list the requestor's telephone number or, if unavailable, his address.

    Attorney General's Office
    Contact: Linda Cabatic   4-5475

    (b) Which groups, organizations, or governmental agencies have contacted you in support of, or in opposition to, your bill?

    See attached list

    (c) If a similar bill has been introduced at a previous session of the Legislature, what was its number and the year of its introduction?

    SB 2149 (Doolittle) 1984

2. **Purpose**

    What problem or deficiency under existing law does the bill seek to remedy?

    Non-malicious, but unauthorized, access of computers is currently not a crime, although such access can result in loss of personal privacy and costs to system owners to correct any damages or to assess whether or not damage to the system occured as a result of the unauthorized access.

If you have any further background information or material relating to the bill, please enclose a copy of it or state where the information or material is available.

PLEASE COMPLETE THIS FORM AND RETURN IT TO THE SENATE COMMITTEE ON JUDICIARY, ROOM 2187 AS SOON AS POSSIBLE. THE COMMITTEE STAFF CANNOT SET THE BILL FOR A HEARING UNTIL THIS FORM HAS BEEN RETURNED.

LIS-7