**United States District Court**
For the Northern District of California

1
2
3
4                     UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    FACEBOOK, INC.,                        No. C 08-05780 JW
8            Plaintiff(s),
                                            CLERK'S NOTICE CONTINUING CASE
9        v.                                 MANAGEMENT CONFERENCE
10   POWER VENTURES, INC.,
11           Defendant(s).
12   _____/
13
14   TO ALL PARTIES AND COUNSEL OF RECORD:
15
16   YOU ARE NOTIFIED THAT the case management conference before Judge James Ware
17   previously noticed for August 23, 2010 at 10:00 am has been reset to **August 24, 2010 at 10:00 AM**
     in Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.
18
19   Dated:  August 16, 2010                        August 16, 2010
                                                     FOR THE COURT,
20                                                   Richard W. Wieking, Clerk
21
22                                          by:  _____/s/_____
                                                     Elizabeth Garcia
23                                                   Courtroom Deputy
24
25
26
27
28