| | |
|---|---|
| 1 | BURSOR & FISHER, P.A. |
| 2 | Scott A. Bursor (*pro hac vice*) |
| | 369 Lexington Avenue, 10th Floor |
| | New York, NY 10017 |
| 3 | Telephone: (212) 989-9113 |
| | Facsimile: (212) 989-9163 |
| 4 | E-Mail: scott@bursor.com |

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | |
| Plaintiff, | Case No. 5:08-cv-05780 JF (RS) |
| -against- | **NOTICE OF CHANGE OF FIRM NAME AND CHANGE OF AFFILIAITION** |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Law Offices of Scott A. Bursor has changed its name to Bursor & Fisher, P.A.  Mr. Bursor's contact information is unchanged.

In addition, L. Timothy Fisher, who was previously affiliated with Bramson, Plutzik, Mahler & Birkhaeuser, LLP, is now affiliated with Bursor & Fisher, P.A.  The contact information for Mr. Fisher is as follows:

>L. Timothy Fisher
>Bursor & Fisher, P.A.
>2121 North California Blvd., Suite 1010
>Walnut Creek, CA 94596
>Telephone: (925) 482-1515
>Facsimile: (925) 407-2700
>E-Mail: ltfisher@bursor.com

Dated:  January 21, 2011                    BURSOR & FISHER, P.A.


By_____/s/_____
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113
Facsimile:   (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com

Attorneys for Defendants Power Ventures, Inc. and Steve Vachani