| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | THERESA A. SUTTON (STATE BAR NO. 211857) |
| | tsutton@orrick.com |
| 3 | JULIO C. AVALOS (STATE BAR NO. 255350) |
| | javalos@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
| | Telephone:    650-614-7400 |
| 6 | Facsimile:    650-614-7401 |
| 7 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW (HRL) |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Judge:        Hon. James Ware |
| | Courtroom: 8, 4th Floor |
| Defendants. | |

OHS West:260790805.1

STIPULATION OF DISMISSAL
PURSUANT TO FED.R.CIV.P. 41(A)(1)
5:08-CV-05780 JW (HRL)

Plaintiff Facebook, Inc. and defendants Power Ventures, Inc.; Steve Vachani; and POWER.COM hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of the following claims for relief :

1. **Fourth Claim for Relief**: Copyright Infringement, 17 U.S.C. § 101, *et seq.*

2. **Fifth Claim for Relief**: Violation of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §1201 *et. seq.*

3. **Sixth Claim for Relief**: Trademark Infringement, 15 U.S.C. §§ 1114 and 1125(a)

4. **Seventh Claim for Relief**: Trademark Infringement Under California Law

5. **Eighth Claim for Relief**: Unlawful, Unfair and Fraudulent Competition Under California Business & Professions Code § 17200, *et seq.*

All parties shall bear their own fees and costs. This stipulation shall have no effect on any other claim in the case.

Dated: February 17, 2011  ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ I. Neel Chatterjee*
I. NEEL CHATTERJEE
Attorneys for Plaintiff
FACEBOOK, INC.

Dated: February 17, 2011  BURSOR & FISHER, P.A.

*/s/ Scott A. Bursor*
SCOTT A. BURSOR
Attorneys for Defendants
POWER VENTURES, INC.; STEVE VACHANI;
and POWER.COM

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: February 17, 2011  Respectfully submitted,

*/s/ I. Neel Chatterjee*
I. NEEL CHATTERJEE

/ / /

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2

3

4  DATED: _____    _____
                                       JAMES WARE
5                                      United States District Judge