1   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
2   THERESA A. SUTTON (STATE BAR NO. 211857)
    tsutton@orrick.com
3   JULIO C. AVALOS (STATE BAR NO. 255350)
    javalos@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:     650-614-7400
6   Facsimile:     650-614-7401

7   Attorneys for Plaintiff
    FACEBOOK, INC.

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12
    FACEBOOK, INC.,                        Case No.  5:08-cv-05780 JW (HRL)
13
                    Plaintiff,             **STIPULATION OF DISMISSAL**
14                                         **PURSUANT TO FED. R. CIV. P.**
          v.                               **41(A)(1)**
15
    POWER VENTURES, INC. a Cayman Island   Judge:      Hon. James Ware
16  Corporation; STEVE VACHANI, an         Courtroom:  8, 4th Floor
    individual; DOE 1, d/b/a POWER.COM,
17  DOES 2-25, inclusive,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

OHS West:260790805.1

1   Plaintiff Facebook, Inc. and defendants Power Ventures, Inc.; Steve Vachani; and
2   POWER.COM hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
3   Procedure, to the dismissal with prejudice of the following claims for relief :

4       1.   **Fourth Claim for Relief**: Copyright Infringement, 17 U.S.C. § 101, *et seq.*

5       2.   **Fifth Claim for Relief**:  Violation of the Digital Millennium Copyright  Act
6   ("DMCA"), 17 U.S.C. §1201 *et. seq.*

7       3.   **Sixth Claim for Relief**: Trademark Infringement, 15 U.S.C. §§ 1114 and 1125(a)

8       4.   **Seventh Claim for Relief**: Trademark Infringement Under California Law

9       5.   **Eighth Claim for Relief**: Unlawful, Unfair and Fraudulent Competition Under
10   California Business & Professions Code § 17200, *et seq.*

11   All parties shall bear their own fees and costs. This stipulation shall have no effect on any
12   other claim in the case.

13

14   Dated: February 17, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

15

16                                                   */s/ I. Neel Chatterjee*
                                                    I. NEEL CHATTERJEE
17                                                   Attorneys for Plaintiff
                                                     FACEBOOK, INC.
18

19   Dated: February 17, 2011                    BURSOR & FISHER, P.A.

20

21                                                   */s/ Scott A. Bursor*
                                                     SCOTT A. BURSOR
                                                   Attorneys for Defendants
22                                            POWER VENTURES, INC.; STEVE VACHANI;
                                                      and POWER.COM

23

24   **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

25   perjury that concurrence in the filing of the document has been obtained from its signatory.

26   Dated: February 17, 2011              Respectfully submitted,

27                                                   */s/ I. Neel Chatterjee*
                                                    I. NEEL CHATTERJEE
28   / / /

STIPULATION OF DISMISSAL
PURSUANT TO FED.R.CIV.P. 41(A)(1)
5:08-CV-05780 JW (HRL)

1    PURSUANT TO STIPULATION, IT IS SO ORDERED:

2

3

4    DATED:  February 18, 2011                    _____
                                                  JAMES WARE
5                                                 Chief United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28