1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  2121 North California Blvd., Suite 1010
   Walnut Creek, CA 94596
3  Telephone: (925) 482-1515
   Facsimile: (925) 407-2700
4  E-Mail: ltfisher@bursor.com

5  BURSOR & FISHER, P.A.
   Scott A. Bursor (*pro hac vice*)
6  369 Lexington Avenue, 10th Floor
   New York, NY  10017
7  Telephone:  (212) 989-9113
   Facsimile:  (212) 989-9163
8  E-Mail: scott@bursor.com

9  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
10 Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
11 Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
12 Facsimile:  (925) 945-8792
   E-Mails: aplutzik@bramsonplutzik.com
13         mstrimling@bramsonplutzik.com

14 Attorneys for Defendants Power
   Ventures, Inc. and Steve Vachani
15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18
19 FACEBOOK, INC.,                                    Case No. 5:08-cv-05780 JW

20                            Plaintiff,              **[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS POWER VENUTRES, INC. d/b/a POWER.COM AND STEVE VACHANI**
21 -against-
22 POWER VENTURES, INC. d/b/a POWER.COM, a
   California corporation; POWER VENTURES, INC.
23 a Cayman Island Corporation, STEVE VACHANI,        Date:  September 19, 2011
   an individual; DOE 1, d/b/a POWER.COM, an          Time: 9:00 a.m.
24 individual and/or business entity of unknown nature; Judge: Hon. James Ware
   DOES 2 through 25, inclusive, individuals and/or   Courtroom: 5 – 17th Floor
25 business entities of unknown nature,
26
                              Defendants.
27
28
   [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
   Case No. 5:08-cv-05780 JW

1  The Motion for Summary Judgment filed by Defendants Power Ventures, Inc. d/b/a Power.com and Steve Vachani, came on regularly for hearing on September 19, 2011 at 9:00 a.m. in Courtroom 5 before the Honorable James Ware, United States District Chief Judge.  After due consideration of the moving, opposition, and reply papers, and after consideration of oral argument, the Court finds that Plaintiff Facebook, Inc. will be unable to provide any evidence of such a nature that a reasonable jury could return a verdict in its favor because there is no evidence upon which a jury could reasonably find that Defendants have any liability.  Based on the findings of the court, IT IS HEREBY ORDERED, that Summary Judgment is GRANTED in favor of Defendants Power Ventures, Inc. and Steve Vachani against Plaintiff Facebook, Inc.

IT IS SO ORDERED.


Dated: _____          _____
                                         Honorable James Ware
                                         United States District Chief Judge