| | |
|---|---|
| 1 | BURSOR & FISHER, P.A. |
| | L. Timothy Fisher (State Bar No. 191626) |
| 2 | 2121 North California Blvd., Suite 1010 |
| | Walnut Creek, CA 94596 |
| 3 | Telephone: (925) 482-1515 |
| | Facsimile: (925) 407-2700 |
| 4 | E-Mail: ltfisher@bursor.com |
| 5 | BURSOR & FISHER, P.A. |
| | Scott A. Bursor (*pro hac vice*) |
| 6 | 369 Lexington Avenue, 10th Floor |
| | New York, NY 10017 |
| 7 | Telephone: (212) 989-9113 |
| | Facsimile: (212) 989-9163 |
| 8 | E-Mail: scott@bursor.com |
| 9 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| | Alan R. Plutzik (State Bar No. 077785) |
| 10 | Michael S. Strimling (State Bar No. 96135) |
| | 2125 Oak Grove Road, Suite 120 |
| 11 | Walnut Creek, CA 94598 |
| | Telephone: (925) 945-0200 |
| 12 | Facsimile: (925) 945-8792 |
| | E-Mails: aplutzik@bramsonplutzik.com |
| 13 | mstrimling@bramsonplutzik.com |
| 14 | Attorneys for Defendants Power Ventures, Inc. and Steve Vachani |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 JW |
| Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT C OF DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| -against- | |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | |
| Defendants. | |

1   Pursuant to Local Rules 7-11 and 79-5, Defendants Power Ventures, Inc. and Steve
2   Vachani submit this Administrative Motion to file under seal Exhibit C to the Declaration of L.
3   Timothy Fisher in Support of Defendants' Motion for Summary Judgment.
4   Exhibit C to the L. Timothy Fisher Declaration contains a transcript of the February 17,
5   2011 deposition of Craig Clark.  Plaintiff Facebook, Inc. has designated the Craig Clark deposition
6   transcript as confidential.  Pursuant to Local Rule 79-5(d), Defendants are lodging with the Clerk
7   both a copy of the original document and a redacted version.

Dated:  May 9, 2011

Respectfully submitted,
BURSOR & FISHER, P.A.

By _____/s/_____
           L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone:  (925) 482-1515
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com

-and-

Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113
Facsimile:   (212) 989-9163
E-Mail:  scott@bursor.com

-and-

Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com
              mstrimling@bramsonplutzik.com

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani