I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No.  5:08-cv-05780 JW (HRL)<br><br>**[PROPOSED] ORDER RE ADMIN MOTION TO SEAL EXHIBIT C TO DECLARATION OF TIMOTHY FISHER**<br><br>Judge:　　Hon. James Ware<br>Courtroom:  8, 4th Floor |

OHS West:260790805.1

[PROPOSED] ORDER RE
ADMIN MOITON TO SEAL

1   This matter came before the Court on the Administrative Motion to File Under Seal
2   Exhibit C to the Declaration of Timothy Fisher. Dkt. No. 99. Having considered the papers filed
3   in support of and in response to the motion, and other matters relevant to the determination of this
4   motion, the Court HEREBY ORDERS:
5   Defendants shall file the following excerpts from the February 17, 2011, Deposition of
6   Craig Clark ("Clark Transcript"):  23:11-17, 26:2-12, 51:18-21, 58:5-7, 68:10-69:25, 74:16-75:6,
7   87:12-88:4, 98:18-99:25, 101:7-102:20, 116:14-18, 117:18-25, 118:20-23, 121:6-25, 125:22-
8   127:23. The remaining excerpts from the Clark Transcript are hereby stricken from the record,
9   and Defendants shall not file them as Exhibit C to the Declaration of Timothy Fisher, or
10  otherwise, in support of Defendants' Motion for Summary Judgment.
11  [ALTERNATIVELY]
12  The Court hereby grants Facebook's request to enlarge time to respond to Defendants'
13  Administrative Motion to File Under Seal. Facebook shall, by Friday, May 20, 2011, file and
14  serve a supplemental declaration and Proposed Order, pursuant to Civil Local Rule 79-5(d),
15  establishing which portions of the February 17, 2011 Deposition of Craig Clark are sealable.
16  **IT IS SO ORDERED**.

HONORABLE JAMES WARE
United States District Judge
Northern District of California