

1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
2 | THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
3 | MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5 | Menlo Park, CA  94025
Telephone:    650-614-7400
6 | Facsimile:    650-614-7401

7 | Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW (HRL) |
| Plaintiff, | **STIPULATION, PURSUANT TO CIVIL LOCAL RULE 6-2, TO ENLARGE TIME FOR FACEBOOK TO FILE DECLARATION IN SUPPORT OF MOTION TO SEAL EXHIBIT C TO FISHER DECLARATION (DKT. NO. 98)** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | Judge:     Hon. James Ware
Courtroom:  8, 4th Floor |

1    Plaintiff Facebook, Inc. and defendants Power Ventures, Inc.; Steve Vachani; and
2    POWER.COM hereby stipulate, pursuant to Civil Local Rule 6-2, to an enlargement of time for
3    Facebook, Inc. to file a declaration pursuant to Civil Local Rule 79-5(d).  An enlargement of time
4    is necessary and appropriate for the following reasons:
5    WHEREAS, on May 9, 2011, Defendant Power Ventures filed a Motion for Summary
6    Judgment, which is set for hearing on September 19, 2011.  Dkt. No. 98.  In support of that
7    motion, Power filed a motion to seal the deposition transcript of Craig Clark, in-house counsel at
8    Facebook.  *Id.*, Ex. C.
9    WHEREAS, Mr. Clark is currently out of the office (on his honeymoon), and unavailable
10   to assist outside counsel in preparing a declaration pursuant to Civil L.R. 79-5(d).
11   WHEREAS, Mr. Clark plans to return to the office Tuesday, May 17, 2011.
12   NOW THEREFORE, subject to the approval of the Court, the parties hereby agree and
13   stipulate that Facebook may file a declaration pursuant to Civil Local Rule 79-5(d) on or before
14   Friday, May 20, 2011.
15   On July 27, 2009, the Court extended time for Facebook to respond to Defendants'
16   counterclaims.  Dkt. No. 48.  On December 17, 2009, the Court continued the Case Management
17   Conference.  Dkt. No. 60.  The requested modification will have no effect on the schedule for this
18   case.
19   IT IS SO STIPULATED.

21   Dated: May 16, 2011                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                /s/ Theresa A. Sutton
23                                              THERESA A. SUTTON
                                                Attorneys for Plaintiff
24                                              FACEBOOK, INC.

| | | |
|---|---|---|
| 1 | Dated: May 16, 2011 | BURSOR & FISHER, P.A. |
| 2 | | |
| 3 | | /s/ Timothy Fisher |
|   | | TIMOTHY FISHER |
|   | | Attorneys for Defendants |
| 4 | | POWER VENTURES, INC.; STEVE VACHANI; |
|   | | and POWER.COM |
| 5 | | |

6  **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of
7  perjury that concurrence in the filing of the document has been obtained from its signatory.

8
9  Dated: May 16, 2011                          Respectfully submitted,

10                                              /s/ Theresa A. Sutton
                                                THERESA A. SUTON
11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED:
13
14      Facebook shall file a declaration pursuant to Civil Local Rule 79-5(d) on or before Friday,
15  May 20, 2011.

16  DATED: June 2, 2011                         _____
17                                              JAMES WARE
                                                United States District Judge

- 2 -

STIPULATION PURSUANT
TO CIVIL L.R. 6-2
5:08-CV-05780 JW (HRL)