BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
2121 North California Boulevard, Suite 1010
Walnut Creek, CA 94596
Telephone:  (925) 482-1515
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br>Defendants. | Case No.  5:08-cv-05780 JW (HRL)<br>Hon. Judge James Ware<br><br>**NOTICE OF WITHDRAWAL OF FISHER DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. NO. 98)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendants Power Ventures, Inc., Steve Vachani, and Power.com (collectively "Defendants"), by and through their respective counsel, hereby notify the Court and all parties of their withdrawal of the Declaration of L. Timothy Fisher filed in support of Defendants' Motion for Summary Judgment on May 9, 2011. Dkt. No. 98.

Attached as Exhibit C to the Fisher Declaration is the February 17, 2011 deposition of Craig Clark, in-house counsel at Facebook. *Id.* Defendants originally lodged the exhibit under seal because it had been designated as confidential pursuant to the Stipulated Protective Order. On June 6, 2011, counsel for Plaintiff and Defendants filed a stipulation agreeing to remove the confidentiality designation from the majority of the Clark deposition. Dkt. No. 103. Defendants therefore withdraw the Fisher Declaration, with the intention of re-filing a version including only the portions of the Clark deposition that are no longer confidential and are cited in Defendants' Motion for Summary Judgment.

Dated: June 10, 2011         BURSOR & FISHER, P.A.


                                    */s/*
                             L. Timothy Fisher

                             BURSOR & FISHER, P.A.
                             L. Timothy Fisher (State Bar No. 191626)
                             2121 North California Boulevard, Suite 1010
                             Walnut Creek, CA 94596
                             Telephone:  (925) 482-1515
                             Facsimile:  (925) 407-2700
                             E-Mail: ltfisher@bursor.com

                             BURSOR & FISHER, P.A.
                             Scott A. Bursor (State Bar No. 276006)
                             369 Lexington Avenue, 10th Floor
                             New York, NY  10017
                             Telephone:  (212) 989-9113
                             Facsimile:  (212) 989-9163
                             E-Mail: scott@bursor.com

                             *Attorneys for Defendants*