1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  2121 North California Boulevard, Suite 1010
   Walnut Creek, CA 94596
3  Telephone: (925) 482-1515
   Facsimile: (925) 407-2700
4  E-Mail: ltfisher@bursor.com

5  BURSOR & FISHER, P.A.
   Scott A. Bursor (State Bar No. 276006)
6  369 Lexington Avenue, 10th Floor
   New York, NY 10017
7  Telephone: (212) 989-9113
   Facsimile: (212) 989-9163
8  E-Mail: scott@bursor.com

9  *Attorneys for Defendants*

[APPROVED — Judge James Ware — seal of the United States District Court, Northern District of California]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 JW (HRL) |
| Plaintiff, | Hon. Judge James Ware |
| v. | **STIPULATION TO WITHDRAW EXHIBIT C TO FISHER DECLARATION (DKT. NO. 98)** |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

**STIPULATION**

Plaintiff Facebook, Inc. ("Plaintiff") and defendants Power Ventures, Inc., Steve Vachani, and Power.com (collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 9, 2011, Defendants filed a Motion for Summary Judgment, which is set for hearing on September 19, 2011. Dkt. No. 98. In support of that motion, Defendants attached as Exhibit C to the Declaration of L. Timothy Fisher the transcript of the February 17, 2011 Deposition of Craig Clark, in-house counsel at Facebook. *Id.* Ex. C. Defendants lodged the exhibit under seal, because it had been designated confidential pursuant to the Stipulated Protective Order.

WHEREAS, counsel for Plaintiff and Defendants have since met and conferred regarding the confidentiality designation of the Clark deposition transcript.

WHEREAS, counsel for Plaintiff has agreed to remove the confidential designation from the Clark deposition transcript, except for pages 41:7 through 44:15, which will remain designated as confidential.

WHEREAS, counsel for Plaintiff and Defendants have agreed that Defendants are not waiving their right to challenge the confidentiality designation of pages 41:7 through 44:15 at a later date.

WHEREAS, Defendants agree to withdraw the entire Clark deposition transcript filed as Exhibit C to the Declaration of L. Timothy Fisher in Support of Defendants' Motion for Summary Judgment.

WHEREAS, Defendants agree to re-file the Declaration of L. Timothy Fisher with Exhibit C containing only portions of the Clark deposition cited in Defendants' Motion for Summary Judgment, as those portions are no longer designated as confidential.

IT IS SO STIPULATED.

Dated: June 7, 2011                    BURSOR & FISHER, P.A.

/s/<br>L. Timothy Fisher

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
2121 North California Boulevard, Suite 1010
Walnut Creek, CA 94596
Telephone:  (925) 482-1515
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Defendants*

ORRICK, HERRINGTON & SUTCLIFFE, LLP

/s/<br>Theresa A. Sutton

ORRICK, HERRINGTON & SUTCLIFFE LLP
I. Neel Chatterjee (State Bar No. 173985)
Theresa A. Sutton (State Bar No.211857)
Morvarid Metanat (State Bar No. 268228)
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
E-Mail: nchatterjee@orrick.com
E-Mail: tsutton@orrick.com
E-Mail: mmetanat@orrick.com

*Attorneys for Plaintiff*

## ATTESTATION OF FILER

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this stipulation.

Dated: June 7, 2011                    Respectfully submitted,

/s/<br>L. Timothy Fisher