1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
3  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    650-614-7400
6  Facsimile:    650-614-7401

7  Attorneys for Plaintiff
   FACEBOOK, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13 FACEBOOK, INC.,                    Case No.  5:08-cv-05780 JW (HRL)

14           Plaintiff,               **NOTICE OF APPEARANCE OF COUNSEL**

15    v.

16 POWER VENTURES, INC. a Cayman Island    Judge:     Hon. James Ware
   Corporation; STEVE VACHANI, an          Courtroom: 8, 4th Floor
17 individual; DOE 1, d/b/a POWER.COM,
   DOES 2-25, inclusive,
18
             Defendants.
19

NOTICE OF APPEARANCE OF MORVARID METANAT
5:08-CV-05780 JW (HRL)

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Morvarid Metanat (State Bar No. 268228) of Orrick,

3  Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, hereby enters appearance

4  in the above-captioned matter as counsel for Plaintiff Facebook, Inc. ("Facebook").

6  Dated: June 23, 2011        ORRICK, HERRINGTON & SUTCLIFFE LLP

8                                      /s/ Morvarid Metanat
                                   MORVARID METANAT
9                                     Attorneys for Plaintiff
                                   FACEBOOK, INC.

OHS WEST:261195901.1

- 1 -        NOTICE OF APPEARANCE OF MORVARID METANAT
                5:08-CV-05780 JW (HRL)