| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | THERESA A. SUTTON (STATE BAR NO. 211857) |
|   | tsutton@orrick.com |
| 3 | MORVARID METANAT (STATE BAR NO. 268228) |
|   | mmetanat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
|   | Telephone:    650-614-7400 |
| 6 | Facsimile:    650-614-7401 |
| 7 | Attorneys for Plaintiff |
|   | FACEBOOK, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FACEBOOK, INC., | | Case No.  5:08-cv-05780 JW (HRL) |
| | Plaintiff, | **NOTICE OF WITHDRAWAL OF JULIO C. AVALOS AS COUNSEL FOR PLAINTIFF FACEBOOK, INC.** |
| | v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | | Judge:    Hon. James Ware |
| | | Courtroom: 8, 4th Floor |
| | Defendants. | |

NOTICE OF WITHDRAWAL
5:08-cv-05780 JW (HRL)

OHS WEST:261196391.1

1  TO ALL PARTIES AND THE HONORABLE COURT:

2      PLEASE TAKE NOTICE that Julio C. Avalos, counsel for Plaintiff, hereby withdraws

3  from representation of Plaintiff in the above-captioned matter.  Mr. Avalos is no longer an

4  associate with the law firm of Orrick, Herrington & Sutcliffe LLP.

5      PLEASE TAKE FURTHER NOTICE that I. Neel Chatterjee, Theresa A. Sutton, and

6  Morvarid Metanat of Orrick, Herrington & Sutcliffe LLP will continue to represent Plaintiff in

7  the above-captioned matter.

9  Dated: June 24, 2011        ORRICK, HERRINGTON & SUTCLIFFE LLP

11          /s/ Morvarid Metanat
        MORVARID METANAT
12          Attorneys for Plaintiff
        FACEBOOK, INC.