| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | THERESA A. SUTTON (STATE BAR NO. 211857) |
| | tsutton@orrick.com |
| 3 | MORVARID METANAT (STATE BAR NO. 268228) |
| | mmetanat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
| | Telephone:     650-614-7400 |
| 6 | Facsimile:      650-614-7401 |
| 7 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 | FACEBOOK, INC., | Case No.  5:08-cv-05780 JW (HRL) |
| 14 | Plaintiff, | **NOTICE OF WITHDRAWAL OF THOMAS J. GRAY AS COUNSEL FOR PLAINTIFF FACEBOOK, INC.** |
| 15 | v. | |
| 16 | POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Judge:       Hon. James Ware |
| 17 | | Courtroom: 8, 4th Floor |
| 18 | Defendants. | |

NOTICE OF WITHDRAWAL
5:08-CV-05780 JW (HRL)

OHS WEST:261195859.1

TO ALL PARTIES AND THE HONORABLE COURT:

PLEASE TAKE NOTICE that Thomas J. Gray, counsel for Plaintiff, hereby withdraws from representation of Plaintiff in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that I. Neel Chatterjee, Theresa A. Sutton, and Morvarid Metanat of Orrick, Herrington & Sutcliffe LLP will continue to represent Plaintiff in the above-captioned matter.

Dated: June 24, 2011                           ORRICK, HERRINGTON & SUTCLIFFE LLP


                                               /s/ Morvarid Metanat
                                               MORVARID METANAT
                                               Attorneys for Plaintiff
                                               FACEBOOK, INC.