| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | THERESA A. SUTTON (STATE BAR NO. 211857) |
| | tsutton@orrick.com |
| 3 | MORVARID METANAT (STATE BAR NO. 268228) |
| | mmetanat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
| | Telephone:    650-614-7400 |
| 6 | Facsimile:     650-614-7401 |
| 7 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FACEBOOK, INC., | | Case No.  5:08-cv-05780 JW (HRL) |
| | Plaintiff, | **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO ENLARGE TIME** |
| | v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | | Judge:       Hon. James Ware |
| | | Courtroom: 8, 4th Floor |
| | Defendants. | |

OHS WEST:261202121.2

1    The Court, having considered all papers filed in support of and in opposition to, Plaintiff
2 Facebook, Inc's ("Facebook") Administrative Motion to Enlarge Time Pursuant to Civil Local
3 Rule 6-3, good cause appearing, hereby orders as follows:
4    1.   The current Scheduling Order (Dkt. No. 92) in this action is hereby amended as
5 follows, all other dates therein (which are calculated from these dates) will change accordingly:

| | |
|---|---|
| Close of All Discovery (¶ 9) | November 29, 2011 |
| Last Date for Hearing Dispositive Motions (¶ 10) *(~60 days after the Close of All Discovery)* | January 30, 2012 |
| Preliminary Pretrial Conference at 11 a.m. (¶ 12) *(~30 days before the Close of All Discovery)* | October 28, 2011 |
| Preliminary Pretrial Conference Statements (¶ 11) *(Due 10 days before conference)* | October 18, 2011 |

13   2.   The September 19, 2011, hearing on Power Venture, Inc.'s Motion for Summary
14 Judgment (Dkt. No. 98), shall be continued to 35 days after defendants are deposed or 35 days
15 after the currently scheduled hearing, whichever occurs later. Facebook's Opposition to the
16 Motion for Summary Judgment and supporting papers, and defendants' Reply, if any, shall be filed
17 and served according to Civil Local Rule 7-3. For purposes of calculating filing dates pursuant to
18 Civil Local Rule 7-3, the motion will be deemed filed after defendants are deposed, and plaintiff
19 re-notices the hearing date according to this Order.
20   **IT IS SO ORDERED.**

Dated: _____

Honorable James Ware
United States District Chief Judge

- 1 -

[PROPOSED] ORDER GRANTING FACEBOOK'S
MOTION TO ENLARGE TIME
5:08-CV-05780 JW (HRL)

OHS WEST:261202121.2