# EXHIBIT G



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

June 9, 2011

Morvarid Metanat
(650) 614-7344
mmetanat@orrick.com

**VIA E-MAIL**

L. Timothy Fisher
BURSOR & FISHER, P.A.
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596

Re:   Facebook, Inc. v. Power Ventures, Inc., et al, Case No. 5:08-cv-05780 (N.D. Cal.)

Dear Timothy:

I write in response to your May 31, 2011 letter in which you object to the production of Power's raw computer source code requested in Facebook's First Set of Requests for Production to Power. You contend that the production of the raw source code is "unnecessary and duplicative of information contained in the June 2007 PowerScript Training Document and the PowerScript documentation Developer Manual" previously produced by Power. This is incorrect.

The documents you reference give little indication as to how Power.com actually functioned. Rather, the PowerScript Developer Manual document appears to instruct developers in how to use PowerScript to "extract data from any HTML document in a relatively simple way for the programmer." POWER 2011.02.03.000007. The Developer Manual goes on to describe the syntax programmers can use to extract that data. *See, e.g.*, POWER 2011.02.03.000007-2011.02.03.000009. These documents do not, however, provide any information about how Power actually used the PowerScript tool to appropriate information from the Facebook website. The facts of how Power.com operated are critical to Facebook's claims, and Power must therefore produce the computer code sought in Facebook's Requests for Production Nos. 3 and 4.

Based on Power's current production of documents, Facebook cannot determine exactly what source-code documentation will be necessary to prove its claims. However, Facebook's investigation suggests that Power.com may have been built in part using server-side scripting languages like Microsoft's Active Server Pages ("ASP") or PHP. At a minimum, then, Power must produce, for example and without limitation, any ASP or PHP code used to copy, extract, download, access, or retrieve data or information from the Facebook website. Please confirm that Power will produce its raw source code or if you would like to further discuss this. We


ORRICK

Timothy L. Fisher
June 9, 2011
Page 2

would like to resolve this issue by Tuesday, June 14. If we cannot, Facebook will move to compel production.

Best regards,

Morvarid Metanat