```
 1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
 2  MONTE M.F. COOPER (STATE BAR NO. 196746)
    mcooper@orrick.com
 3  THERESA A. SUTTON (STATE BAR NO. 211857)
    tsutton@orrick.com
 4  MORVARID METANAT (STATE BAR NO. 268228)
    mmetanat@orrick.com
 5  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 6  Menlo Park, CA  94025
    Telephone:    650-614-7400
 7  Facsimile:    650-614-7401

 8  Attorneys for Plaintiff
    FACEBOOK, INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 JW (HRL) |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Judge:      Hon. James Ware<br>Courtroom: 8, 4th Floor |
| Defendants. | |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Monte M.F. Cooper (State Bar No. 196746) of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, hereby enters appearance in the above-captioned matter as counsel for Plaintiff Facebook, Inc. ("Facebook").

Dated: July 22, 2011        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        /s/ Monte M.F. Cooper
                                    MONTE M.F. COOPER
                                    Attorneys for Plaintiff
                                    FACEBOOK, INC.