1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
3  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>    Defendants. | Case No.  5:08-cv-05780 JW (HRL)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE DEPOSITION TESTIMONY OF STEVE VACHANI IN SUPPORT OF THE PARTIES' JOINT STATEMENT PER JULY 14, 2011 COURT ORDER ON DISCOVERY DISPUTE JOINT REPORT #1 (DKT. NO. 113)**<br><br>Judge:     Hon. James Ware<br>Courtroom: 8, 4th Floor |

Admin. Mot. to Seal Steve Vachani Deposition Transcript
5:08-cv-05780 JF (RS)

OHS WEST:261245289.1

1   Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. ("Facebook") submits
2   this Administrative Motion to file under seal: 1) portions of the transcript of the July 20, 2011
3   deposition of Defendant Steve Vachani attached as **Exhibit 3** the Declaration of Morvarid
4   Metanat In Support of the Parties' Joint Statement per the Court's July 14, 2011 Court Order on
5   Discovery Dispute Joint Report #1 (Dkt. No. 113); and 2) portions of the Parties Joint Statement
6   filed per the Court's July 14, 2011 Court Order on Discovery Dispute Joint Report #1, that
7   reference the July 20, 2011 deposition transcript of Steve Vachani.

8   Defendants Power Ventures and Steve Vachani have designated the entirety of the
9   Steve Vachani deposition transcript as "Highly Confidential-Attorneys' Eyes Only" pursuant to
10  the Parties' February 4, 2011 Protective Order (Dkt. No. 95).  Pursuant to Local Rule 79-5(d),
11  Facebook is lodging with the Clerk a copy of the under seal documents and filing a redacted
12  version of the Parties' Joint Statement filed per the Court's July 14, 2011 Court Order on
13  Discovery Dispute Joint Report #1 so that public access to non-confidential materials will be
14  provided.

16  Dated: July 29, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

18                                               /s/ Morvarid Metanat
19                                          MORVARID METANAT
                                            Attorneys for Plaintiff
20                                          FACEBOOK, INC.

- 1 -

ADMIN. MOT. TO SEAL STEVE VACHANI DEPOSITION TRANSCRIPT
5:08-CV-05780 JF (RS)

OHS WEST:261245289.1