| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | THERESA A. SUTTON (STATE BAR NO. 211857) |
|   | tsutton@orrick.com |
| 3 | MONTE M.F. COOPER (STATE BAR NO. 196746) |
|   | mcooper@orrick.com |
| 4 | MORVARID METANAT (STATE BAR NO. 268228) |
|   | mmetanat@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 6 | Menlo Park, CA  94025 |
|   | Telephone:    650-614-7400 |
| 7 | Facsimile:     650-614-7401 |
| 8 | Attorneys for Plaintiff |
|   | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW (HRL) |
| Plaintiff, | **DECLARATION OF MORVARID METANAT IN SUPPORT OF THE PARTIES' JOINT STATEMENT PER JULY 14, 2011 COURT ORDER ON DISCOVERY DISPUTE JOINT REPORT #1 (DKT. NO. 113)** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | Judge:       Hon. James Ware |
| | Courtroom:  8, 4th Floor |

DECLARATION OF MORVARID METANAT ISO OF THE
PARTIES JOINT STATEMENT
5:08-CV-05780 JF (RS)

OHS WEST:261248050.1

1  I, Morvarid Metanat, declare:

2  1. I am a member of, and in good standing with, the Bar of the State of California and am admitted to practice before this Court. I am an associate at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to Plaintiff Facebook, Inc. ("Facebook"). I make this declaration in support of the Parties Joint Statement per July 14, 2011 Court Order on Discovery Dispute Joint Report #1 (Dkt. No. 113). I have personal knowledge of the matters stated herein, and if called as a witness could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Parties' Discovery Dispute Joint Report #1, Dkt No. 113, filed with the Court on July 7, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of Facebook's June 9, 2011 meet and confer letter to Power.

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the transcript of the July 20, 2011 deposition of Steve Vachani.

Dated: July 29, 2011                         ORRICK, HERRINGTON & SUTCLIFFE LLP

                                             /s/ Morvarid Metanat
                                             MORVARID METANAT

- 1 -

DECLARATION OF MORVARID METANAT ISO OF THE
PARTIES JOINT STATEMENT
5:08-CV-05780 JF (RS)

OHS WEST:261248050.1