1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
3  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:     650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                    Defendants. | Case No.  5:08-cv-05780 JW (HRL)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE DEPOSITION TESTIMONY OF STEVE VACHANI IN SUPPORT OF THE PARTIES' JOINT STATEMENT PER JULY 14, 2011 COURT ORDER ON DISCOVERY DISPUTE JOINT REPORT #1 (DKT. NO. 113)**<br><br>Judge:       Hon. James Ware<br>Courtroom:  8, 4th Floor |
|---|---|

OHS WEST:261245289.1

Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. ("Facebook") submits this Administrative Motion to file under seal: 1) portions of the transcript of the July 20, 2011 deposition of Defendant Steve Vachani attached as **Exhibit 3** the Declaration of Morvarid Metanat In Support of the Parties' Joint Statement per the Court's July 14, 2011 Court Order on Discovery Dispute Joint Report #1 (Dkt. No. 113); and 2) portions of the Parties Joint Statement filed per the Court's July 14, 2011 Court Order on Discovery Dispute Joint Report #1, that reference the July 20, 2011 deposition transcript of Steve Vachani.

Defendants Power Ventures and Steve Vachani have designated the entirety of the Steve Vachani deposition transcript as "Highly Confidential-Attorneys' Eyes Only" pursuant to the Parties' February 4, 2011 Protective Order (Dkt. No. 95).  Pursuant to Local Rule 79-5(d), Facebook is lodging with the Clerk a copy of the under seal documents and filing a redacted version of the Parties' Joint Statement filed per the Court's July 14, 2011 Court Order on Discovery Dispute Joint Report #1 so that public access to non-confidential materials will be provided.

Dated: July 29, 2011                                   ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                       /s/ Morvarid Metanat
                                                       MORVARID METANAT
                                                       Attorneys for Plaintiff
                                                       FACEBOOK, INC.