I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br>           Plaintiff, <br><br>     v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br>           Defendants. | Case No.  5:08-cv-05780 JW <br><br> **DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK, INC.'S MOTION TO POWER VENTURES, INC. TO PRODUCE DOCUMENTS** <br><br> Judge:        Hon. James Ware <br> Courtroom: 8, 4th Floor |

I, Morvarid Metanat, hereby declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Facebook's document production Bates labeled FBPOWER00136.

3. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from the July 20, 2011, deposition transcript of Defendant Steve Vachani. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

4. Attached hereto as **Exhibit 3** is a true and correct copy of Facebook's document production Bates labeled FBPOWER00063.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Facebook's document production Bates labeled FBPOWER00089.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Facebook, Inc.'s First Set of Requests for Production.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Power Venture's Response to Facebook's First Set of Requests for Production.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Power's document production Bates labeled POWER 2011.02.03 0000023-67. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

9. Attached hereto as **Exhibit 8** is a true and correct copy of Power's document production Bates labeled POWER 2011.02.03 000004-22. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

10. Attached hereto as **Exhibit 9** is a true and correct copy of my June 9, 2011, letter to Mr. Fisher.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge. Executed this 10th day of August 2011 at Menlo Park California.

3
4                                                    /s/ *Morvarid Metanat* /s/
                                                         Morvarid Metanat