# EXHIBIT 2

## CONFIDENTIAL DOCUMENT LODGED UNDER SEAL