# EXHIBIT 3






FBPOWER00063