# EXHIBIT 4

Power.com

Create your public address [?]

English | Username: Nicole Packer | Logout

Facebook Orkut MySpace Hi5

Enter friend's name Profile Message Photo Send Chat Radio Search Help 100 Dollars

StartPage Friends Messages Updates Communities Birthdays History Products Settings

**Profile**

profile

messag

photos

commu

Animated Photo
Nicole Packer

What are you doing?

Update it on your social networks:

☑ Facebook

Update

**Promotion Game**

Invite your friends and have fun playing

**Win 100 dollars!**

First 100 people who bring

**Friend Invitation** All Sites

+ See More

**Launch Promotion** by Power.com

**Win 100 dollars!**

First 100 people who bring 100 new friends to Power.com win $100. Join now!

- ☑ Share with friends through my photos
- ☑ Share with friends through events
- ☑ Share with friends through status

**Yes, I do!**

Rules No, thanks.

+ See More

**Communities** All Sites

+ See More

PROGRESSIVE DIRECT

The option to Name Your Price®.

New and only from Progressive.

Get Started Now

FBPOWER00089

