# EXHIBIT 7

## CONFIDENTIAL DOCUMENT LODGED UNDER SEAL