# EXHIBIT 8

# CONFIDENTIAL DOCUMENT LODGED UNDER SEAL