I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff and Counterdefendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.  5:08-cv-05780 JW <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION TO COMPEL POWER VENTURES, INC. TO PRODUCE DOCUMENTS** <br><br> Date:         N/.A (*See* Dkt. No. 122) <br> Time:        N/A (*See* Dkt. No. 122) <br> Judge:       Hon. James Ware <br> Courtroom: 8, 4th Floor |

The Court, having considered Facebook Inc.'s Motion to Compel Power Ventures, Inc. to Produce Documents, the papers filed in support of said motion, and the papers filed in opposition by Power Ventures, hereby **GRANTS** Facebook's Motion to Compel:

Power Ventures shall produce, within five days, all materials responsive to Request for Production No. 3, including all source code related to the website www.power.com that:

> (1) was used to access or connect with the website www.facebook.com;
>
> (2) was used to obtain and/or download information and data (including Facebook user data, Facebook images, "Friends lists," email addresses, etc.) from the Facebook website;
>
> (3) was used to "scrape" or "crawl" the website www.facebook to locate information or data to download to www.power.com;
>
> (4) was used by Power to generate IP addresses, such as IP addresses associated with proxy servers, that were used to communicate with Facebook;
>
> (5) that was used to store data and content within Power's own database(s), such as Facebook user information, Facebook images, etc. that had been downloaded from Facebook's website; and
>
> (6) was used to parse and generate images of Facebook content on the website www.power.com.

The materials produced shall include, at least, Power's PowerScript and PowerBrowser applications as well as MSSQL database, Power.com website source code, website sitemap, scripts, build files, readme files, tutorial examples, functional specifications and diagrams, architecture specifications and diagrams, system specifications and diagrams, website specifications and diagrams, server file system and database security documentation.

**IT IS SO ORDERED**.

Dated:

_____
Honorable James Ware
United States Chief Judge