I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC.,

Plaintiff,

v.

POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,

Defendants.

Case No. 5:08-cv-05780 JW (HRL)

**PROOF OF SERVICE VIA ELECTRONIC MAIL**

**DECLARATION OF SERVICE**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On August 10, 2011, I served the following document(s):

1. **FACEBOOK'S MOTION TO COMPEL POWER VENTURES TO PRODUCE DOCUMENTS [CONFIDENTIAL LODGED UNDER SEAL];**
2. **EXHIBITS 2, 7 AND 8 TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S MOTION TO COMPEL [CONFIDENTIAL LODGED UNDER SEAL];**
3. **DECLARATION OF LARRY MELLING IN SUPPORT OF FACEBOOK'S MOTION TO COMPEL [CONFIDENTIAL LODGED UNDER SEAL];**

| | |
|---|---|
| **X** | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 12:00 a.m. Midnight on August 10, 2011. |

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
**BURSOR & FISHER, P.A.**
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Tel: 925-482-1515
Fax: 925-407-2700

**COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, overnight delivery, and mailing in the United States Postal Service, to wit, that correspondence be electronically trasmitted, and deposited with the overnight courier and/or The United States Postal Service this same day in the ordinary course of business.

Executed on August 10, 2011 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Karen N. Mudurian