BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com
         mstrimling@bramsonplutzik.com

Attorneys for Defendants Power Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                              Defendants. | Case No. 5:08-CV-05780 JW<br><br>**DEFENDANT POWER VENTURES, INC.'S RESPONSE TO FACEBOOK'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

1    As it has repeatedly indicated during the meet and confer process, defendant Power
Ventures, Inc. ("Power") does not believe that its source code is relevant to any of the three
remaining claims Facebook asserts in this litigation.  Nevertheless, Power will produce its source
code pursuant to Section 8 of the Stipulated Protective Order entered by this Court on February 4,
2011.  Power requests that the parties promptly meet and confer to discuss the manner in which the
source code shall be produced and reviewed to ensure compliance with the protective order and to
ensure that there is no unauthorized disclosure of Power's highly confidential source code.

Dated:  August 17, 2011                             BURSOR & FISHER, P.A.


                                                    By_____/s/_____
                                                            L. Timothy Fisher

                                                    L. Timothy Fisher (State Bar No. 191626)
                                                    2121 North California Blvd., Suite 1010
                                                    Walnut Creek, CA 94596
                                                    Telephone:  (925) 482-1515
                                                    Facsimile:  (925) 407-2700
                                                    E-Mail:  ltfisher@bursor.com

                                                    BURSOR & FISHER, P.A.
                                                    Scott A. Bursor (*pro hac vice*)
                                                    369 Lexington Avenue, 10th Floor
                                                    New York, NY  10017-6531
                                                    Telephone:  (212) 989-9113
                                                    Facsimile:   (212) 989-9163
                                                    E-Mail:  scott@bursor.com

                                                    BRAMSON, PLUTZIK, MAHLER &
                                                    BIRKHAEUSER, LLP
                                                    Alan R. Plutzik (State Bar No. 77785)
                                                    Michael S. Strimling (State Bar No. 96135)
                                                    2125 Oak Grove Road, Suite 120
                                                    Walnut Creek, CA  94598
                                                    Telephone:  (925) 945-0200
                                                    Facsimile:  (925) 945-8792
                                                    E-Mail: aplutzik@bramsonplutzik.com
                                                              mstrimling@bramsonplutzik.com

                                                    Attorneys for Defendants Power
                                                    Ventures, Inc. and Steve Vachani