United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Facebook, Inc., | NO. C 08-05780 JW |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| Power Ventures, Inc., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion to Compel.[1] In its Motion, Plaintiff moves to compel Defendants to "produce all source code and associated documentation related to the website www.power.com" insofar as that source code and documentation was used for a number of specified purposes. (Id. at 1.) In their Response to the Motion, Defendants agree to "produce [Power Ventures'] source code pursuant to Section 8 of the Stipulated Protective Order entered by this Court on February 4, 2011." (See Docket Item No. 126 at 2.)

In light of Defendants' agreement to produce the source code, the Court GRANTS Plaintiff's Motion to Compel and ORDERS as follows:

(1) On or before **August 26, 2011**, the parties shall meet and confer to discuss the manner in which the source code shall be produced and reviewed to ensure compliance with the Stipulated Protective Order.

---

[1] (Facebook, Inc.'s Notice of Motion and Motion to Compel Power Ventures, Inc. to Produce Documents, hereafter, "Motion," Docket Item No. 124.)

(2) On or before **August 31, 2011**, the parties shall file a Stipulation as to how the source code shall be produced and reviewed for the Court's approval.

Dated: August 18, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Cindy Ann Cohn cindy@eff.org
David P. Chiappetta david.chiappetta@corrs.com.au
Indra Neel Chatterjee nchatterjee@orrick.com
Joseph Perry Cutler Jcutler@perkinscoie.com
Lawrence Timothy Fisher ltfisher@bursor.com
Monte M.F. Cooper mcooper@orrick.com
Morvarid Metanat mmetanat@orrick.com
Sarah Nicole Westcot swestcot@bursor.com
Scott A. Bursor scott@bursor.com
Theresa Ann Sutton tsutton@orrick.com

**Dated:  August 18, 2011**                    **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
          **Susan Imbriani**
          **Courtroom Deputy**