I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                    Defendants. | Case No.  5:08-cv-05780 JW<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF FACEBOOK, INC.'S MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE DOCUMENTS AND FOR PRODUCTION THEREOF**<br><br>Judge:      Hon. James Ware<br>Courtroom:  8, 4th Floor |

1    Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. submits this Administrative Motion to file under seal: 1) portions of Facebook's Motion to Compel Defendants to Perform Thorough Search for Responsive Documents and for Production Thereof; and 2) portions of the transcript of the July 20, 2011 deposition of Defendant Steve Vachani attached as **Exhibit E** to the Declaration of Theresa A. Sutton In Support of Facebook's Motion to Compel Defendants to Perform Thorough Search for Responsive Documents and for Production Thereof.

Defendants Power Ventures and Steve Vachani have designated the entirety of the Steve Vachani deposition transcript as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95). The Motion includes excerpts from the transcript designated as confidential by Power. Pursuant to Local Rule 79-5(d), Facebook is lodging with the Clerk a copy of the under seal documents and filing a redacted version of the Motion to Compel, so that public access to non-confidential materials will be provided.

Dated: August 22, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                          /s/ *Monte M.F. Cooper*
                                          MONTE M.F. COOPER
                                          Attorneys for Plaintiff
                                          FACEBOOK, INC.

- 1 -     ADMIN. MOT. TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF MOTION TO COMPEL
          5:08-CV-05780 JW

OHS WEST:261299520.1