1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:   650-614-7400
7  Facsimile:   650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>          Defendants. | Case No.  5:08-cv-05780 JW<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE DOCUMENTS AND FOR PRODUCTION THEREOF**<br><br>Date:     October 24, 2011<br>Time:     9:00 A.M.<br>Judge:    Honorable James Ware<br>Courtroom: 8, 4th Floor |

The Court, having considered Facebook, Inc.'s Motion to Defendants to Perform Thorough Search for Responsive Documents And For Production Thereof, the papers filed in support of said motion, and the papers filed in opposition by Power Ventures and Steve Vachani, hereby GRANTS Facebook's Motion to Compel:

Power Ventures and Steve Vachani shall, within 10 days of this Order,:

    (i)  perform a thorough search of all available repositories for information using a proper search and collection protocol agreed upon by the parties;

    (ii)  produce all materials relevant to Facebook's discovery requests, and supplement responses accordingly; and

    (iii) provide a declaration stating how defendants performed their search for responsive materials, including identifying the sources searched, who conducted the search, and specifying what was the search methodology.

To the extent defendants contends no responsive documents exist, despite a thorough search, defendants shall provide a declaration in conformance with subsection (iii) above and further certify that no documents exist.

**IT IS SO ORDERED.**

Dated:

                              Honorable James Ware
                              United States Chief Judge