I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>            Defendants. | Case No.  5:08-cv-05780 JW<br><br>**DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK, INC.'S MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE DOCUMENTS AND FOR PRODUCTION THEREOF**<br><br>Judge:       Hon. James Ware<br>Courtroom:  8, 4th Floor |

1   I, Theresa A. Sutton, hereby declare as follows:

2   1.   I am an attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, counsel
3   of record to Facebook, Inc. in the above-captioned matter. I make this declaration based on my
4   personal knowledge, unless otherwise noted. If called, I can and will testify competently to the
5   matters set forth herein.

6   2.   Attached hereto as **Exhibit A** is a true and correct copy of an e-mail from
7   Steve Vachani to Joseph Cutler dated December 12, 2008.

8   3.   Attached hereto as **Exhibit B** is a true and correct copy of an e-mail from
9   Joseph Cutler to Steve Vachani and Felipe Herrera dated December 15, 2008.

10   4.   Attached hereto as **Exhibit C** is a true and correct copy of an e-mail from
11   Steve Vachani to Joseph Cutler dated December 17, 2008.

12   5.   Attached hereto as **Exhibit D** is a true and correct copy of an e-mail chain between
13   Steve Vachani to Joseph Cutler dated December 4 and 5, 2008.

14   6.   Attached hereto as **Exhibit E** is a true and correct copy of relevant excerpts from
15   the July 20, 2011, deposition transcript of Defendant Steve Vachani. [**DESIGNATED HIGHLY
16   CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

17   7.   Attached hereto as **Exhibit F** is a true and correct copy of NYTimes.com article.
18   dated December 1, 2008, titled "Power.com: A One-Stop Shop for Social Networkers."

19   8.   Attached hereto as **Exhibit G** is a true and correct copy of Facebook's First Set of
20   Requests for Production to Defendant Power Ventures, Inc., served on October 22, 2010.

21   9.   Attached hereto as **Exhibit H** is a true and correct copy of Power Ventures, Inc.'s
22   Responses to Facebook's First Set of Requests for Production, dated December 15, 2010.

23   10.   Attached hereto as **Exhibit I** is a true and correct copy of Facebook's First Set of
24   Interrogatories to Power Ventures, Inc., served on October 22, 2010.

25   11.   Attached hereto as **Exhibit J** is a true and correct copy of Power Ventures, Inc.'s
26   Responses to Facebook's First Set of Interrogatories dated December 15, 2010.

27   12.   Attached hereto as **Exhibit K** is a true and correct copy of Facebook's Second Set
28   of Requests for Production of Documents to Power Ventures, Inc. served on June 3, 2011.

13. Attached hereto as **Exhibit L** is a true and correct copy of Power Ventures, Inc.'s Responses to Facebook's Second Set of Requests for Production served on July 5, 2011.

14. Attached hereto as **Exhibit M** is a true and correct copy of Facebook's First set of Requests for Production to Steve Vachani served on June 2, 2011.

15. Attached hereto as **Exhibit N** is a true and correct copy of Steve Vachani's Responses to Facebook's Second Set of Requests for Production served on July 5, 2011.

16. Attached hereto as **Exhibit O** is a true and correct copy of the May 31, 2011 letter from L. Timothy Fisher to Morvarid Metanat.

17. Attached hereto as **Exhibit P** is a true and correct copy of Judge Seeborg's Order Granting Motion to Compel Supplemental Interrogatory Responses and Setting Case Management Conference in *Facebook, Inc. v. ConnectU LLC., et al.,* Case No. C 07-01389 RS entered on December 12, 2007.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 22nd day of August 2011 at Menlo Park California.

/s/ *Theresa A. Sutton* /s/
Theresa A. Sutton