# EXHIBIT E

# DOCUMENT FILED SEPARATELY UNDER SEAL