```
 1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
 2  MONTE M.F. COOPER (STATE BAR NO. 196746)
    mcooper@orrick.com
 3  THERESA A. SUTTON (STATE BAR NO. 211857)
    tsutton@orrick.com
 4  MORAVIRD METANAT (STATE BAR NO. 268228)
    mmetanat@orrick.com
 5  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 6  Menlo Park, CA  94025
    Telephone:    +1-650-614-7400
 7  Facsimile:    +1-650-614-7401

 8  Attorneys for Plaintiff
    FACEBOOK, INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW (HRL) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE VIA ELECTRONIC MAIL** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

OHS WEST:261264141.2

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On August 22, 2011, I served the following document(s):

1. **FACEBOOK'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE DOCUMENTS AND FOR PRODUCTION THEREOF [CONFIDENTIAL FILED UNDER SEAL]**;

2. **EXHIBIT E TO THE DECLARATION OF THERESA SUTTON IN SUPPORT OF FACEBOOK'S MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE DOCUMENTS AND FOR PRODUCTION THEREOF [CONFIDENTIAL FILED UNDER SEAL]**.

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 12:00 a.m. Midnight on August 22, 2011. |
|---|---|

| | |
|---|---|
| Scott A. Bursor, Esq. *(admitted pro hac vice)*<br>scott@bursor.com<br>**BURSOR & FISHER, P.A.**<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531<br>Tel: 212-989-9113<br>Fax: 212-989-9163 | L. Timothy Fisher, Esq.<br>ltfisher@bursor.com<br>**BURSOR & FISHER, P.A.**<br>2121 North California Blvd., Suite 1010<br>Walnut Creek, CA 94596<br>Tel: 925-482-1515<br>Fax: 925-407-2700 |

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

Executed on August 22, 2011 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen N. Mudurian

OHS WEST:261264141.2