I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No.  5:08-cv-05780 JW<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF FACEBOOK, INC.'S MOTION TO COMPEL POWER VENTURES TO PRODUCE DOCUMENTS AND DOCUMENTS IN SUPPORT THEREOF**<br><br>Judge:　　Hon. James Ware<br>Courtroom: 8, 4th Floor |

Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. submits this Administrative Motion to file under seal: 1) portions of Facebook's Motion to Compel Power Ventures to Produce Documents; 2) portions of the transcript of the July 20, 2011 deposition of Defendant Steve Vachani attached as **Exhibit 2** to the Declaration of Morvarid Metanat In Support of Facebook's Motion to Compel Production of Source Code ("the Metanat Declaration"); 3) two documents produced by Power in this action, which are attached as **Exhibits 7** and **8** to the Metanat Declaration; and 4) portions of the Declaration of Larry Melling in Support of Facebook's Motion to Compel Power Ventures to Produce Documents.

Defendants Power Ventures and Steve Vachani have designated the entirety of the Steve Vachani deposition transcript as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95). Exhibits 7 and 8 to the Metanat Declaration are documents produced by Power in this action, which it designated as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' February 4, 2011 Protective Order. The Motion and Melling Declaration include excerpts from the transcript and other materials designated as confidential by Power. Pursuant to Local Rule 79-5(d), Facebook is lodging with the Clerk a copy of the under seal documents and filing a redacted version of the Motion to Compel and supporting Melling Declaration, so that public access to non-confidential materials will be provided.

Dated: August 10, 2011                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Monte M.F. Cooper*
MONTE M.F. COOPER
Attorneys for Plaintiff
FACEBOOK, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 10, 2011.

Dated:  August 10, 2011.                    Respectfully submitted,

                                             */s/ Monte M.F. Cooper /s/*
                                             Monte M.F. Cooper