1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14 | FACEBOOK, INC.,                              | Case No.  5:08-cv-05780 JW
15 |            Plaintiff,                         | **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S SECOND MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULES 6-3 AND 16-2**
16 |     v.                                        |
17 | POWER VENTURES, INC. a Cayman Island          |
   | Corporation; STEVE VACHANI, an                |
18 | individual; DOE 1, d/b/a POWER.COM,           |
   | DOES 2-25, inclusive,                         | Judge:      Hon. James Ware
19 |                                               | Courtroom:  15, 18th Floor
   |            Defendants.                        |
20

21
22
23
24
25
26
27
28

The Court, having considered all papers filed in support of and in opposition to, Plaintiff Facebook, Inc's Second Motion to Enlarge Time Pursuant to Civil Local Rule 6-3 and 16-2, good cause appearing, hereby orders as follows:

1. The current Scheduling Order (Dkt. No. 116) in this action is hereby extended by 60 days.

2. The October 31, 2011, hearing on Power Venture, Inc.'s Motion for Summary Judgment (Dkt. No. 98), shall be continued to December 19, 2012, or any other date convenient for the Court.

3. Facebook's Opposition to the Motion for Summary Judgment and supporting papers shall be filed and served on or before November 11, 2011; and

4. Defendants' Reply, if any, shall be filed and served on or before November 18, 2011.

**IT IS SO ORDERED.**

Dated: _____

                                        Honorable James Ware
                                United States District Chief Judge