1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.  5:08-cv-05780 JW <br><br> **JOINT STIPULATION PURSUANT TO THE COURT'S AUGUST 18, 2011 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL** <br><br> Judge:       Hon. James Ware <br> Courtroom: 15, 18th Floor |

1    Pursuant to the Court's August 8, 2011 Order Granting Plaintiff's Motion to Compel (Dkt.
2  No. 127), Plaintiff Facebook, Inc. ("Facebook") and Defendants Power Ventures, Inc. ("Power")
3  and Steven Vachani (collectively "Defendants"), by and through their respective counsel of
4  record, hereby stipulate to the following with regards to how Defendants' source code shall be
5  produced and reviewed:

    1.    Facebook's review of Defendants' source code will commence on and after
August 23, 2011 at the Office of Bursor & Fisher, P.A., located at 2121 North California Blvd.,
Suite 1010, Walnut Creek, CA 94596.

    2.    Pursuant to the Section 8 of the Parties' February 4, 2011 Stipulated Protective
Order, Defendants' source code shall be made available for inspection on a secured computer in a
secured room without Internet access or network access to other computers. The secured
computer shall have all external data access ports disabled, including, but not limited to, external
media drives, USB slots, and/or peripheral slots.  This review will be conducted by one or more
consultants and/or experts from Zeidman Consulting, as Facebook disclosed to Defendants on
July 14, 2011 pursuant to Section 7.4(a) of the Stipulated Protective Order.

    3.    In conjunction with Section 8 of the Parties' Protective Order, Facebook's experts
shall be permitted to install onto the secured computer, software by the name of "Understand" to
facilitate the review of Defendants' source code.

    4.    Pursuant to Section 8(e) of the Parties' Protective Order, the Parties shall maintain
an inspection log of any individual who has inspected any portion of the source code in electronic
or paper form.   Attached hereto as **Exhibit A** is a true and correct copy of the inspection log to
be maintained by the Parties.

/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED**.

Dated: August 31, 2011						ORRICK, HERRINGTON & SUTCLIFFE LLP


								/s/  Morvarid Metanat  /s/
								MORVARID METANAT
								Attorneys for Plaintiff
								FACEBOOK, INC.


Dated: August 31, 2011						BURSOR & FISHER, P.A.


								/s/  L. Timothy Fisher  /s/
								L. TIMOTHY FISHER
								Attorneys for Defendants
								POWER VENTURES, INC. AND STEVE VACHANI

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 31, 2011						Respectfully submitted,

								/s/  Morvarid Metanat  /s/
								MORVARID METANAT

**IT IS SO ORDERED:**

Dated: _____		_____
								Honorable James Ware
								United States District Chief Judge

- 2 -

JOINT STIPULATION PURSUANT TO COURT'S AUGUST 18, 2011 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
5:08-CV-05780 JW