# EXHIBIT A

# Facebook v. Power et al. Power Source Code Inspection Log

| NAME | COMPANY | DATE | BEGIN INSPECTION | END INSPECTION | E-FILES TO PRINT | PRODUCTION RANGE |
|------|---------|------|------------------|----------------|------------------|------------------|
|      |         |      |                  |                |                  |                  |