BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com
          mstrimling@bramsonplutzik.com

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                          Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                          Defendants. | Case No. 5:08-CV-05780 JW<br><br>**DECLARATION OF L. TIMOTHY FISHER, PURSUANT TO CIVIL L.R. 79-5(D), IN RESPONSE TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF FACEBOOK, INC.'S MOTION TO COMPEL** |

I, L. Timothy Fisher, declare:

1. I am an attorney with the law firm of Bursor & Fisher, P.A. and counsel for Defendants Power Ventures, Inc. ("Power") and Steve Vachani. I make this declaration, pursuant to Civil Rule 79-5(d), in response to Plaintiff's administrative motion to file under seal certain portions of Facebook, Inc.'s Motion to Compel. Dkt. No. 128.

2. Facebook, Inc.'s Motion to Compel includes portions of the transcript of the July 20, 2100 deposition of Defendant Steve Vachani, which has been designated in its entirety as Highly Confidential – Attorneys' Eyes Only.

3. Certain portions of the Vachani deposition transcript include references to and discussions of Power's source code. Power's source code is a highly confidential part of its business and has been granted special protection under the protective order in place in this case. *See* 2/4/11 Stipulated Protective Order for Standard Litigation at 12-13.

4. The following pages of the Vachani deposition cited in Facebook, Inc.'s Motion to Compel include references to Power's highly confidential source code: 36-40, 50, 53, 57-63, 91-92, 111-113, 133-134, 259-261, 266, 269, and 271-272. These pages of the Vachani deposition cited in Exhibit E to Facebook, Inc.'s Motion to Compel are sealable.

5. Defendants hereby withdraw the confidential designation of the following pages of the Vachani deposition cited in Facebook, Inc.'s Motion to Compel: 1-8, 21-22, 25, 48, 91, 132, 135-144, 155, 171-172, 182-183, 205-206, 229-230, 232, 245-246, 256-258, 270, 284-285, 290-291, 293-301, 333-339, 341-344, and 361-362.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 1st day of September, 2011, at Walnut Creek, California.

1
2                                                              _____
3                                                                        L. Timothy Fisher
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF L. TIMOTHY FISHER                                                              2
CASE NO. 5:08-CV-05780 JW