BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
   swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com
   mstrimling@bramsonplutzik.com

Attorneys for Defendants Power Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., <br><br>                    Plaintiff, <br><br> -against- <br><br> POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, <br><br>                    Defendants. | Case No. 5:08-CV-05780 JW <br><br> **[PROPOSED] ORDER SEALING CERTAIN PORTIONS OF FACEBOOK, INC.'S MOTION TO COMPEL** |

1. The Court, having considered the Declaration of L. Timothy Fisher Pursuant to Civil Rule 79-5(d) hereby seals the following portions of the July 20, 2011 transcript of the deposition of defendant Steve Vachani, which are included as Exhibit E to Facebook, Inc.'s August 22, 2011 Motion to Compel: Pages 36-40, 50, 53, 57-63, 91-92, 111-113, 133-134, 259-261, 266, 269, and 271-272.  Defendants Power Ventures and Steve Vachani have designated these pages of the Steve Vacahani deposition transcript as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95).

Dated:

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE