1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  Sarah N. Westcot (State Bar No. 264916)
   2121 North California Blvd., Suite 1010
3  Walnut Creek, CA 94596
   Telephone: (925) 482-1515
4  Facsimile: (925) 407-2700
   E-Mail: ltfisher@bursor.com
5          swestcot@bursor.com

6  BURSOR & FISHER, P.A.
   Scott A. Bursor (State Bar No. 276006)
7  369 Lexington Avenue, 10th Floor
   New York, NY 10017
8  Telephone: (212) 989-9113
   Facsimile: (212) 989-9163
9  E-Mail: scott@bursor.com

10 BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
11 Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
12 Walnut Creek, CA 94598
   Telephone: (925) 945-0200
13 Facsimile: (925) 945-8792
   E-Mails: aplutzik@bramsonplutzik.com
14          mstrimling@bramsonplutzik.com

15 Attorneys for Defendants Power
   Ventures, Inc. and Steve Vachani
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20 FACEBOOK, INC.,                          Case No. 5:08-cv-05780 JW

21                          Plaintiff,      **DECLARATION OF L. TIMOTHY**
                                            **FISHER IN SUPPORT OF**
22 -against-                                **DEFENDANTS' OPPOSITION TO**
                                            **FACEBOOK INC.'S MOTION TO**
23 POWER VENTURES, INC. d/b/a POWER.COM, a  **COMPEL PRODUCTION OF**
   California corporation; POWER VENTURES, INC. **DOCUMENTS**
24 a Cayman Island Corporation, STEVE VACHANI,
   an individual; DOE 1, d/b/a POWER.COM, an  Date: October 24, 2011
25 individual and/or business entity of unknown nature; Time: 9:00 a.m.
   DOES 2 through 25, inclusive, individuals and/or Courtroom 15, 18th Floor
26 business entities of unknown nature,     Judge James Ware

27                          Defendants.

28

───────────────────────────────────────────
DECLARATION OF L. TIMOTHY FISHER
CASE NO. 5:08-CV-05780 JW

I, L. Timothy Fisher, declare as follows:

1.      I am a partner at Bursor & Fisher, P.A., counsel of record for Defendants Power Ventures, Inc. and Steve Vachani.  I am an attorney at law licensed to practice in the State of California, and I am a member of the bar of this Court.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of portions of the July 20, 2011 deposition of Defendant Steve Vachani.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on September 6, 2011 at Walnut Creek, California.

_____
                    L. Timothy Fisher

DECLARATION OF L. TIMOTHY FISHER
CASE NO. 5:08-CV-05780 JW

1

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| FACEBOOK, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | | |
| POWER VENTURES, INC. d/b/a | : | |
| POWER.COM, a California | : | |
| corporation; POWER | : | Case No. |
| VENTURES, INC. a Cayman | : | 5:08-CV-05780 |
| Island Corporation, STEVE | : | JW (HRL) |
| VACHANI, an individual; | : | |
| DOE 1, d/b/a POWER.COM, an | : | |
| individual and/or business | : | |
| entity of unknown nature; | : | |
| DOES 2 through 25, | : | |
| inclusive, individuals | : | |
| and/or business entities | : | |
| of unknown nature, | : | |
| Defendants. | : | |

_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10:04  1          A.        Legally, no.  As I mentioned at

10:04  2    the moment, any new activities that I'm pursuing,

10:04  3    I'm pursuing under this entity, so I'm currently

10:04  4    engaged in conversations with -- with people.

10:04  5          Q.        And when did you join Power?

10:04  6          A.        Power was founded in -- It was

10:04  7    2006 is when our -- our primary activities started.

10:04  8    We incorporated Power, I believe it was, if I'm not

10:04  9    mistaken, late 2006 and -- but the activities

10:05 10    started previously as a start-up, we started

10:05 11    working on it.

10:05 12          Q.        Were you one of the creators of

10:05 13    Power?

10:05 14          A.        I was the founder of the company.

10:05 15          Q.        Now, when you say it was

10:05 16    incorporated in 2006 but started before then, was

10:05 17    it started under the Web site title www.power.com?

10:05 18          A.        No.  It was originally -- When we

10:05 19    originally started it, there was no Web site.  It

10:05 20    was a -- Like many startups we were -- we were

10:05 21    working on a core, you know, product idea, and

10:05 22    later the name power.com came about in 2007.  I

10:05 23    believe we acquired the domain in 2007.

10:05 24          Q.        Who helped -- Besides yourself,

10:05 25    who helped create Power.com.  You used the --

Page 112

01:06  1

01:06  2

01:06  3

01:06  4              —              REDACTED              —

01:06  5

01:06  6

01:06  7                                              .

01:07  8              Q.        Can you recall what software --

01:07  9    the names of the software programmers associated

01:07 10    with the development process to connect power.com

01:07 11    to Facebook?

01:07 12              A.        Well, of course, Eric was leading

01:07 13    this and it would have been Danilo or Carlos.

01:07 14              Q.        That's Eric Santos?

01:07 15              A.        Yes.

01:07 16              Q.        You think it also may have been --

01:07 17              A.        Well, it would have been Eric.

01:07 18    Eric would be the primary person.  He's the -- This

01:07 19    was an important, you know, new site, so we -- he

01:07 20    was -- he was driving all the decisions for that.

01:07 21              Q.        But with -- Is it Danielle, A-L,

01:07 22    or Danielle, _I-E-L-L-E?

01:07 23              A.        Danilo, D-A-N-I-L-O.

01:07 24              Q.        Is that a man?

01:07 25              A.        Yes.

01:31  1                    MR. BURSOR:  Let him finish.

01:31  2           A.      Yes.

01:31  3           Q.      If -- How many of those employees

01:31  4  were employed in the -- in the -- to the best of

01:31  5  your knowledge as programmers?

01:31  6           A.      Probably about 40.

01:31  7           Q.      So approximately 40 percent of

01:31  8  your employees were programmers?

01:31  9           A.      That's correct.  Programming

01:31 10  related.

01:32 11           Q.      If -- If, in fact, all these

01:32 12  functions were identical, why did you need 40

01:32 13  programmers to consistently develop new programs?

01:32 14           A.      We were -- We were -- we're not --

01:32 15  Our business did not revolve around Facebook.  We

01:32 16  were a very well-funded, venture funded company

01:32 17  building a very -- a very unique and technology

01:32 18  platform programming language and other components

01:32 19  on something that, you know, was -- that was having

01:32 20  and would continue to have a major impact on the

01:32 21  future of the Internet.

01:32 22           Q.      Did you maintain employee records

01:32 23  related to, like, time that was spent by employees

01:32 24  on projects?

01:32 25           A.      No.  I mean, I wouldn't say we

01:32  1    have formal records, but we could obviously -- we

01:32  2    know what people were working on.

01:32  3         Q.      And how did you know what people

01:32  4    were working on, just word of mouth?

01:33  5         A.      The managers manage their

01:33  6    employees and they know what -- they know what

01:33  7    people are working on and they assign tasks and

01:33  8    those are E mails.  What we did is we searched all

01:33  9    E mails and conversations related to Facebook which

01:33  10   was a very, very, minute part of our overall

01:33  11   business.

01:33  12        Q.      How did you search -- What was

01:33  13   your search methodology for E mails?

01:33  14        A.      I searched -- I took every term

01:33  15   relating to Facebook and PowerScript and

01:33  16   conversations that related to the Power -- the

01:33  17   PowerScript for Facebook.  I don't know the exact

01:33  18   terms I searched.  I searched all terms.  The

01:33  19   second thing I did is I went -- I went to that

01:33  20   period of time and I went through every single.  I

01:33  21   scanned down every single E mail to see if I had --

01:33  22   if I had possibly missed any E mails in the search

01:33  23   in the standard search just to see -- to be

01:33  24   thorough.  I, then, went to the people that I knew

01:34  25   that were involved with that like Eric and

01:34  1     requested them to -- to provide me any kind of

01:34  2     E mails that were relating to the subject of the

01:34  3     PowerScript for Facebook, and basically in good

01:34  4     faith, I -- I pushed to get everything that was

01:34  5     available and provided those to you.  Obviously,

01:34  6     there could be, you know, it could be more stuff

01:34  7     but we made a best -- best -- good faith -- best

01:34  8     faith effort to provide everything.

01:34  9              Q.        When you say you searched for

01:34 10     E mails, did you use keyword searches?

01:34 11              A.        As I said, a combination.  First,

01:34 12     I looked at everything in that date period just one

01:34 13     by one manually and scanned down to see if there

01:34 14     were any messages.  The second thing I did is I

01:34 15     searched the name of Facebook, PowerScript, and

01:34 16     anything that I thought was related to -- that

01:35 17     would be related to Facebook to find conversations

01:35 18     on the subject on the development.  They were --

01:35 19     And then provided those to you.

01:35 20              Q.        When you say you searched E mails,

01:35 21     were you searching your own in box?

01:35 22              A.        I searched my in box and I also

01:35 23     requested, you know, from the individuals that were

01:35 24     involved.

01:35 25              Q.        Okay.  How did you employ a

Page 138

01:35  1    keyword search on your in box?

01:35  2              A.        In Yahoo which is where I -- where

01:35  3    my E mail is they have a search -- a search

01:35  4    functionality where you can search any -- You know,

01:35  5    if you're familiar with the Yahoo mail, I used

01:35  6    their search functionality, and as I said, then I

01:35  7    went to the sent box and the in box of all E mails

01:35  8    around that period and also scanned through those

01:35  9    E mails without individually -- went down the list

01:36 10    of all the E mails that looked like they might be

01:36 11    relevant, so I did a combination of a search and

01:36 12    also a review of E mails in that period.

01:36 13              Q.        What's the period you searched?

01:36 14              A.        I actually searched everything

01:36 15    from -- I did a -- an entire four years first, but

01:36 16    the individual E mails I searched over a -- You

01:36 17    know, I think that whole -- that whole period from

01:36 18    the six-month period until, I guess, January or

01:36 19    February of 2008.  Actually, I searched afterwards,

01:36 20    too, but the primary activity relating to Facebook

01:36 21    was in the November, December, January, February of

01:36 22    2007 and 2008, but I did search before and after,

01:37 23    too, to see if there was other stuff.

01:37 24              Q.        The E mails you searched, are they

01:37 25    only the E mails that are on your own -- are on

01:37  1    your own computer?

01:37  2            A.        None of them are on my computer.

01:37  3    They're all on -- Every E mail was on Yahoo.  Yahoo

01:37  4    is where I had all my Power E mails, and I accessed

01:37  5    all my E mail in my Yahoo Web mail.

01:37  6            Q.        Did you search backup systems?

01:37  7            A.        There is no backups of my E mails.

01:37  8    All of them -- every -- Every E mail I've sent or

01:37  9    received it comes -- it comes through Yahoo, so

01:37 10    that is my E mail.

01:37 11            Q.        So --

01:37 12            A.        That is -- Every E mail that I've

01:37 13    ever received for Power since I -- I've been using

01:37 14    that Yahoo account before I started Power and

01:37 15    that's been my interface all my E mail.

01:37 16            Q.        What e-mail accounts were

01:37 17    Mr. Santos using to discuss development of the

01:37 18    Facebook PowerScript application with his

01:38 19    programers?

01:38 20            A.        Most likely it would be Eric at

01:38 21    power.com.  He does have a personal E mail which on

01:38 22    rare occasion, but it might have come -- it most

01:38 23    likely came from Eric at power.com.  There may be

01:38 24    an E mail or two that came from eric@ericsantos.net

01:38 25    which is his personal E mail, but in general,

Page 140

01:38  1   people use their company E mail to send E mails and

01:38  2   in the records, you know, most of them were Eric.

01:38  3   I don't know what was sent, but those are the two

01:38  4   E mails that he would most likely have used.

01:38  5          Q.       Did you search -- First of all,

01:38  6   are those -- is that -- are E mails on that

01:38  7   power.com e-mail address still available on the

01:38  8   servers that are being hosted to this day?

01:38  9          A.       I have -- I would have to verify

01:38  10  that.  I -- I haven't looked directly, but I made a

01:38  11  backup of everything that was there.

01:38  12         Q.       When you say you "haven't looked"

01:38  13  does that mean you didn't search to see if there

01:39  14  were E mails on that system?

01:39  15         A.       Didn't need to.  I have every

01:39  16  E mail that I ever received or sent was -- I have

01:39  17  access to on my Yahoo account.

01:39  18         Q.       Were you copied on every E mail

01:39  19  that every employee of Power ever --

01:39  20         A.       No.  And that's why I also went to

01:39  21  Eric, you know, Eric -- because he was -- he was --

01:39  22  asked him for E mails.  Typically, you know, if --

01:39  23  if there was E mails that were secondary he would

01:39  24  have been copied on them.

01:39  25         Q.       But you didn't search the E mails

01:39  1   that are stored on --

01:39  2          A.      I trusted Eric to search for

01:39  3   himself.  I requested him and then he's pretty

01:39  4   good.

01:39  5          Q.      Did you oversee his search?

01:39  6          A.      I was very explicit in my request.

01:39  7   I don't need to -- to look over his shoulder, you

01:39  8   know.  I asked him, you know, to look and he

01:39  9   provided it.

01:39 10          Q.      Mr. Santos is currently residing

01:39 11   in Brazil?

01:39 12          A.      That's correct.

01:39 13          Q.      Do you know if -- Do you know if

01:40 14   Mr. Delgado searched for E mails?

01:40 15          A.      I requested from -- I requested

01:40 16   for Eric to contact anyone that he -- any E mails

01:40 17   that he would have been involved in, so in general,

01:40 18   if -- if any E mail that Eric -- that Mr. Delgado

01:40 19   was writing, he would have copied Eric on it,

01:40 20   because in our protocol of our company, he was his

01:40 21   manager so anything related to the project would

01:40 22   have gone through Eric; so while I didn't -- I

01:40 23   didn't go into every detail because I know that it

01:40 24   was common practice to copy your manager on E mails

01:40 25   on a product or project that you're working on.

01:40  1          Q.      Do you know if Mr. Bacelar

01:40  2     searched for E mails?

01:40  3          A.      I would have to ask Eric to --

01:40  4     exactly his specific -- his specific procedure that

01:40  5     he used.  I cannot clarify the micro-details of how

01:40  6     they did that.  What I do know is I -- Eric, based

01:41  7     on the best of my knowledge, would have been copied

01:41  8     on -- on relevant E mails relating to product

01:41  9     decisions since he's -- since he's the -- he's the

01:41 10     core person behind that.

01:41 11          Q.      Do you know how often Power purged

01:41 12     E mails or old E mails while you were -- it was

01:41 13     operating the --

01:41 14          A.      We do not -- We do not purge

01:41 15     E mails.

01:41 16          Q.      Do you know if Power backed up --

01:41 17          A.      We backed it up on our servers but

01:41 18     the backups I have not looked at them personally,

01:41 19     so I cannot say what they -- what they looked like.

01:41 20          Q.      But to the best of your knowledge,

01:41 21     they still exist?

01:41 22          A.      I backed up everything that's on

01:41 23     the servers, so I -- but I don't know -- E mail

01:41 24     servers, you know, I don't know how they were done,

01:41 25     but I do know, as I mentioned, that Eric has access

01:41  1    to all his E mails and all E mails that, to the

01:42  2    best of my knowledge, you know, any relevant

01:42  3    E mails relating to Facebook which there were not

01:42  4    that many.  As I said, this is a very minor part of

01:42  5    our business.  I mean, in terms of technical

01:42  6    resources.  Facebook was a very important site so

01:42  7    we obviously -- But since we had already built the

01:42  8    core structure and the core platform, adding

01:42  9    Facebook was not a major change in strategy.  It

01:42  10   was just another site to add.

01:42  11         Q.       Are there any documentations that

01:42  12   reflect -- First of all, what precise search terms

01:42  13   did you use in searching your Yahoo e-mail account?

01:42  14         A.       I think I've answered that to the

01:42  15   best of my knowledge already.

01:42  16         Q.       The one I heard was Facebook.

01:42  17         A.       No.  I think I said I searched

01:42  18   every E mail that had any discussion of the word

01:42  19   Facebook in it between our employees, and then I

01:42  20   also searched PowerScript, and then PowerScript

01:42  21   with Facebook, and then related terms I can't

01:43  22   remember every -- every micro-term.  But as I

01:43  23   mentioned, I also went through that period of time

01:43  24   and looked at E mails.

01:43  25         Q.       When you say "looked at E mails"

01:43  1   how long did you take looking at E mails?

01:43  2          A.      I -- I probably spent several

01:43  3   hours.  I don't know exactly how much time.

01:43  4   Several hours to go through all the E mails that

01:43  5   were relevant to the combination of the initial

01:43  6   searches and then going through that date period.

01:43  7   I would estimate like a few hours, but I cannot

01:43  8   remember -- I wasn't counting my time.

01:43  9          Q.      When did this happen?

01:43  10          A.      When it was requested.  In the

01:43  11  declarations.  Around that time period.

01:43  12          Q.      Do you know if you searched, for

01:43  13  instance, the letters F-B?

01:43  14          A.      Did I search the letters F-B?

01:44  15          Q.      Yes.

01:44  16          A.      I believe I did.

01:44  17          Q.      Do you know?

01:44  18          A.      I -- I searched Facebook and I

01:44  19  probably -- I would be happy to do another search

01:44  20  again, but I believe I searched for F-B because

01:44  21  that's a terminology that -- Although, we don't use

01:44  22  that terminology internally, I've searched -- I

01:44  23  searched quite a lot of terms that day.  As I

01:44  24  mentioned, I went through every individual --

01:44  25  Irrelevant of the searching, I went through every

01:44  1   E mail in that period, so if I had missed something

01:44  2   in a search term, I would have found it in my

01:44  3   manual search by date.  I mean, again, it's

01:44  4   possible.  Anything's possible, but I did -- I made

01:44  5   my best effort to -- to search and provide

01:44  6   everything.

01:44  7           Q.        In 2008 did -- did Power have

01:44  8   identified officers of the company?

01:45  9           A.        Yes.

01:45 10           Q.        Who were they?

01:45 11           A.        They were Eric Santos, myself, and

01:45 12   Filipe Herrera.

      13           Q.        How do you spell that last name?

01:45 14           A.        H-E-R-R-E-R-A.  That's the most

01:45 15   significant individuals.

01:45 16           Q.        What was Mr. Herrera's role?

01:45 17           A.        Corporate development and --

01:45 18   Corporate development.

01:45 19           Q.        Did anybody else have a corporate

01:45 20   title?

01:45 21           A.        There were -- I don't know what --

01:45 22   officer as, you know, there's different levels.

01:45 23   There were people that participate at the board

01:45 24   level and those were -- those are the individuals

01:45 25   that were most involved, but there were many

01:50 1   with the E mail.  I don't -- I will double-check on

01:50 2   that, but I don't believe we did, although we -- we

01:50 3   -- would like to have because our users desperately

01:50 4   requested this.  I mean, one of the main values of

01:50 5   our services was I want to be able to abrogate all

01:50 6   my contacts in one place, and so it would have been

01:50 7   something we would have willingly and -- done and

01:51 8   had we continued to grow, I think it would be

01:51 9   something we would welcome doing.

01:51 10        Q.      All right.  Do you know, again, if

01:51 11  any attempt what -- even if it was unsuccessful,

01:51 12  was ever made to capture that information to users.

01:51 13        A.      I don't know offhand, but I would

01:51 14  be happy to check on that.

01:51 15        Q.      Do you know what documentation

01:51 16  would -- What type of documentation was typically

01:51 17  created by Power that would reflect one way or the

01:51 18  other --

01:51 19        A.      It would have been -- It would

01:51 20  have been in the E mails that we sent because

01:51 21  everything relating to the conversation -- that

01:51 22  would have -- That wasn't even a feature, so it

01:51 23  wouldn't have got beyond a conversation in E mail.

01:51 24        Q.      You say that users wanted that

01:51 25  feature.  How do you know users wanted that

01:53 1     They did access.  They did have full access to

01:53 2     their contacts in Facebook.  If you go here, they

01:53 3     had full access.  They could -- They could click on

01:53 4     that and write messages so we gave our users

01:53 5     incredible functionality with their Facebook users

01:53 6     with -- with -- to communicate with -- you know, to

01:53 7     see their contacts on Facebook.

01:53 8           Q.        But my question was:  Do you

01:53 9     recall one way or the other if there were

01:53 10    complaints --

01:53 11          A.        There were no complaints that I

01:53 12    know of -- that we know of.

01:53 13          Q.        Well, I'm just wondering you said

01:53 14    users desperately wanted that E mail --

01:53 15          A.        I didn't.

01:53 16          MR. BURSOR:  Let him finish.

01:53 17          Q.        What I understood, you used the

01:53 18    words "desperately wanted" the function to use --

01:53 19    to show their e-mail addresses, and I just wanted

01:53 20    to know if that -- if you were referring to

01:53 21    complaints that power.com --

01:53 22          A.        Let me -- Let me rephrase that.

01:53 23    The desperately was -- was an opinion based on a

01:53 24    subjective opinion based on the value of our

01:53 25    service.  Knowing that our users, you know, one of

01:53 1    our main value propositions was, you know, our core

01:53 2    message was all your -- all your -- everything in

01:54 3    one place that we -- I made that assumption, so I'm

01:54 4    not at liberty to know the opinions of every single

01:54 5    one of our users.

01:54 6          Q.      Did Power have any function that

01:54 7    permitted users to make specific requests for

01:54 8    additional features?

01:54 9          A.      Yeah.  We had message boards.  We

01:54 10   had chat rooms.  We had, you know, basically places

01:54 11   where people could interact in forums and obviously

01:54 12   tell us -- give us comments on feedback.

01:54 13               MR. BURSOR:  Take a break.

01:54 14               THE VIDEOGRAPHER:  1:53, off the

01:54 15   record.

01:54 16               (Whereupon, a recess is taken.)

02:00 17               THE VIDEOGRAPHER:  1:59, going on

02:00 18   the record.

02:01 19          Q.      Mr. Vachani, returning to Exhibit

02:01 20   103 -- 102 your declaration --

02:01 21          A.      Sure.

02:01 22          Q.      You referred to the specific

02:01 23   example of the fact that e-mail addresses on

02:01 24   Facebook are imaged as one of the difficulties for

02:01 25   -- one of the ways that Facebook, quote, makes it

02:24  1    -- are very small over all since we had so -- so

02:25  2    few users.  I think less than one percent of our

02:25  3    entire user base were Facebook users, so Facebook

02:25  4    was a -- from our perspective, a relatively small

02:25  5    -- It was growing obviously, but at the time we

02:25  6    were on there, it was not a -- it was a small -- a

02:25  7    very small amount, but if you want to get into the

02:25  8    micro-number, I mean, we could make best guess

02:25  9    estimates and try to give you our estimates on

02:25  10   those; and if it was really relevant, I don't know

02:25  11   what else we could do.

02:25  12        Q.      Did you ever log the amount of

02:25  13   Facebook users that were accessing your site?

02:25  14        A.      I believe we provided --

02:25  15             THE WITNESS:  Have we provided --

02:25  16        A.      What have we provided?  We

02:25  17   provided the information that we were able to

02:25  18   access if I'm not mistaken, but I haven't -- been

02:25  19   awhile since we provided this information, so I

02:25  20   don't know.

02:25  21        Q.      Do you know just offhand if, as a

02:25  22   general practice, Power logged the number of users

02:25  23   of any given Web site at any given time on Power?

02:26  24        A.      Yes.

02:26  25        Q.      So for instance, you knew how many

Page 174

02:26  1   Orkut registered users were using Power?

02:26  2        A.      Yes.

02:26  3        Q.      So you -- And that was because

02:26  4   that type of information can be logged into your

02:26  5   database.

02:26  6        A.      Yeah.  We know all the sites that

02:26  7   our users have registered in the system.  That is

02:26  8   correct.

02:26  9        Q.      And you also know what -- the time

02:26  10  they are registered with Power.  Correct?

02:26  11       A.      We know when the user registered

02:26  12  with Power and, I guess, we know their -- their --

02:26  13  their log-ins.  That's correct.

02:26  14       Q.      And that -- that information

02:26  15  remains or does it?  Does that information remain

02:26  16  on the documentation on the servers --

02:26  17       A.      I don't know if it's still

02:26  18  available because those were -- but we have

02:26  19  provided those macro-level numbers on those when

02:26  20  they were requested previously.  Obviously, they're

02:26  21  extremely small since Facebook was only up on our

02:26  22  site for a few weeks and before we voluntarily took

02:26  23  it down.

02:26  24       Q.      Do you know how the PowerScript

02:26  25  that was used to access the Facebook site for data

02:37  1    you would be invited to ask your friends to join

02:37  2    power.com?

02:37  3         A.        No.  You would have the option to

02:37  4    invite your friends to join just like you have the

02:37  5    option on Facebook to invite your friends to join

02:37  6    Facebook and every other site on the Internet, and

02:37  7    if they did, if they reach a hundred friends that

02:37  8    joined, they would earn $100.

02:37  9         Q.        And if you accepted the feature

02:37  10   that came up saying would you -- it said something

02:37  11   like, "Would you like to invite your friends to

02:37  12   Power"?

02:37  13        A.        Yes.

02:37  14        Q.        If you hit "yes" or "I agree" --

02:37  15        A.        Yes.

02:37  16        Q.         -- how -- what -- what

02:37  17   automation would occur at that point?

02:37  18        A.        So first of all, you have to

02:38  19   remember that 99 percent of our users were not --

02:38  20   were not using -- were not using Facebook.  They

02:38  21   were users on other sites, so we actually -- I

02:38  22   guess you could say we were actually a big source

02:38  23   of providing users to Facebook in Brazil.  In fact,

02:38  24   as -- I guess you could say it was a gift, but we

02:38  25   -- we brought a large amount of Orkut users to

Page 191

02:44  1   looked in the database.  Correct?

02:44  2            A.          We looked in our database,

02:44  3   correct.  And we provided the numbers, I believe,

02:44  4   on that promotion to you guys.

02:45  5            Q.          When somebody clicked on the

02:45  6   launch promotion and they were given, like you to

02:45  7   invite your friend" --

02:45  8            A.          That's correct.

02:45  9            Q.          -- and they hit yes, at that

02:45  10  point the importer, as we've been calling it, would

02:45  11  automatically contact all friends on Facebook to

02:45  12  invite them to --

02:45  13           A.          Let's be clear.  We don't have

02:45  14  access to any friends' e-mail addresses, so there

02:45  15  was not a single E mail sent by Face -- by Power

02:45  16  for -- We have e-mail addresses for friends on

02:45  17  other sites, but on -- so we -- If they wanted to

02:45  18  invite, as I said 99 -- well over 90 percent of our

02:45  19  users were Orkut users and Orkut friends and had

02:45  20  friends from other sites where they -- on sites

02:45  21  that allowed their E mails, but Facebook didn't --

02:45  22  didn't allow E mails, otherwise, we would have been

02:45  23  happy to send an invitation to those friends to

02:45  24  invite them; so that was not available for us for

02:46  25  Facebook.

02:53  1    that you could determine how many Facebook

02:53  2    registered users were contacted as part of this

02:53  3    promotion?

02:53  4         A.        Facebook registered users?

02:53  5    Meaning if they were contacted -- In what manner?

02:53  6    If they happened -- If they were contacted at Orkut

02:53  7    and they happened to have an account on Facebook

02:53  8    but were not contacted through -- through the help

02:53  9    of Facebook?

02:53 10         Q.        No.  I'm talking about were there

02:53 11    individuals at Facebook contacted on the Facebook

02:53 12    -- through the Facebook system --

02:53 13         A.        Yes.

02:53 14         Q.          -- as a result of this promotion?

02:53 15         A.        Yes.  Of course.

02:53 16         Q.        Is there a way to determine how

02:53 17    many were contacted?

02:54 18         A.        Well, we could do -- If you take a

02:54 19    few minutes, we can probably figure out -- It's

02:54 20    obviously very small, but -- Because the Facebook

02:54 21    users were so small, but let's think about -- So

02:54 22    people created events on Facebook, so promoting it,

02:54 23    because our users were -- You know, some of them

02:54 24    created events saying, "Come on Facebook," about

02:54 25    come and joining, they created messages.  They

Page 200

02:54  1   sent -- I really don't know, but I mean, what I can

02:54  2   tell you is how many total, you know, users --

02:54  3   Well, if we had -- I'm trying to think about this.

02:54  4   We could probably go through an exercise to try to

02:54  5   figure out the amount.  It was not a large amount,

02:54  6   but I'm guessing in the ten -- the amount of people

02:54  7   that might have -- that might have had some

02:54  8   interaction might have been in the tens -- in the

02:54  9   tens -- in the tens of thousands maybe.  When I say

02:54 10   "interaction" meaning they might have seen an

02:54 11   event.  They might have been contacted over the

02:54 12   phone.  They might have been, you know, told them

02:54 13   in person -- I'm just -- I'm extrapolating.  I have

02:55 14   no idea.  I know that the total amount of users

02:55 15   that signed up for Facebook, so this is the maximum

02:55 16   it could be, I think, were -- I don't remember

02:55 17   this.  I think it might have been 30 something.  I

02:55 18   don't know the number of how many users actually

02:55 19   were registered who integrated their Facebook

02:55 20   account, so it couldn't be any more than that.  I

02:55 21   think it represented less than one percent of our

      22   overall users.  I don't know.  I don't know that

02:55 23   number.

02:55 24           Q.     What documentation at Power exists

02:55 25   that would tell me that number?

03:34   1    I mean by "click-through"?

03:34   2         A.      We were not actively selling ads

03:34   3    at that time.  We were -- You know, we were focused

03:34   4    more on building our platform, so there was very

03:34   5    nominal revenues in the company at that time.  In

03:34   6    fact, we probably earned less than 10 -- It would

03:34   7    be very, very, small amounts.

03:34   8         Q.      How were you able to pay your

03:34   9    employees?

03:34   10        A.      We were a venture capital funded

03:34   11   company.  Essentially, capital funded.

03:34   12        Q.      In 2009, how much revenue, if you

03:34   13   can estimate, did the company still have?

03:34   14        A.      Probably less than -- 2009

03:34   15   probably -- one to $300,000 of revenue for the

03:34   16   whole year.

03:34   17        Q.      How about 2008?

03:34   18        A.      Probably similar.  I don't know

03:34   19   the exact number.  It's under -- It would be a few

03:34   20   hundred thousand dollars at the most for the entire

03:34   21   company for the whole year, and probably 99 percent

03:34   22   of that was generated from Orkut, so maybe less

03:35   23   than one percent of that -- I don't know the exact

03:35   24   number, but I would say that if you -- A simple way

03:35   25   we could get this exact number, but if we took,

Page 224

03:35 1   like, 300,000 so maybe 1 to $3,000 of revenue were

03:35 2   generated.  Maybe even less than that, related to

03:35 3   Facebook, $1,000, $2,000, and that's probably

03:35 4   overestimating of total revenues that might have

03:35 5   been generated from Facebook because it was such a

03:35 6   small amount.  And then the amount earned -- We had

03:35 7   millions of users on the other sites so it would be

03:35 8   -- it would be so minuscule.  Probably, I'm

03:35 9   guessing, 1 to $3,000, but I would be happy to run

03:35 10  a calculation and exercise.

03:35 11              MR. BURSOR:  Just answer the

03:35 12  questions.  Don't volunteer to do work.  Okay?

03:35 13  You've done that several times.  Just yes,

03:35 14  question, you give an answer.  Not I'm happy to do

03:35 15  this or I'm happy to do that.  We'll discuss that

03:35 16  separately.

03:35 17        Q.        The Facebook -- In 2008 did you

03:36 18  have demographics as to how many users were

03:36 19  accessing the site from particular countries?

03:36 20        A.        Yes.

03:36 21        Q.        Did you have demographics how many

03:36 22  users were accessing the site through particular

03:36 23  social networks?

03:36 24        A.        Yes.

03:36 25        Q.        Earlier -- And correct me if I'm

03:36 1    wrong.  -- I understood from one of your answers

03:36 2    you said Brazil and India were your two largest

03:36 3    countries.

03:36 4         A.        That's correct.

03:36 5         Q.        What percentage, if you're able to

03:36 6    estimate, of your users were made up of users in

03:36 7    the United States of one or the other social

03:36 8    networks?

03:36 9         A.        I think it was like around under

03:36 10   five -- under five percent of our total users.  I

03:36 11   don't -- We could find that information.

03:36 12        Q.        Where would the information about

03:36 13   the number -- or the demographics of the users

03:36 14   exist still?

03:36 15        A.        Well, we could query our database

03:37 16   and find out -- because we have -- We know our

03:37 17   demographics of our users.

03:37 18        Q.        In 2008, were you making such

03:37 19   queries?

03:37 20        A.        We -- We used Alexa, also.  Alexa

03:37 21   was our primary.  It was just easier.  It was not

03:37 22   such a relevant fact to us because we knew that

03:37 23   over 90 percent or more were coming from India and

03:37 24   Brazil, so I believe Alexa showed under five

03:37 25   percent.  That's where I referred to that number

Page 227

03:38  1          Q.       Let me narrow that instead of

03:38  2    using a full year.  If you know, do you know

03:38  3    approximately how many users you had -- Power had

03:39  4    in December of 2008?

03:39  5          A.       Talking about registered users or

03:39  6    monthly?

03:39  7          Q.       Registered --

03:39  8          A.       Because --

03:39  9          Q.       Let me restate it.  That's a valid

03:39  10   question.  In December of 2008 do you have -- as

03:39  11   you sit here today, do you have an approximate

03:39  12   number of registered users of Power that existed

03:39  13   worldwide?

03:39  14         A.       I believe we made a public

03:39  15   announcement.  It was around 5 to 6 million that

03:39  16   existed in that time, and I -- Yeah.  Yes.

03:39  17         Q.       In December 2008, do you have an

03:39  18   understanding how many of that population were

03:39  19   registered Facebook users?

03:39  20         A.       I believe it was under $30,000 --

03:39  21   30,000 users, but I don't -- would have -- I would

03:39  22   have to double confirm that.

03:39  23         Q.       Does that information exist, as I

03:39  24   understand it, in the data -- The database can be

03:39  25   queried for that information?

03:39  1          A.        I believe that information was

03:39  2   provided in previous requests.  Something of that

03:40  3   nature.  I'm not a hundred-percent sure, but I

03:40  4   guess we could try to run it, a database query.

03:40  5          Q.        Regardless of whether it was

03:40  6   provided previously, a database query would obtain

03:40  7   that information.  Correct?

03:40  8          A.        Yes.

03:40  9          Q.        Would a same sort of query

03:40 10   identify the total number of Facebook users that

03:40 11   ever used -- registered --

03:40 12                    MR. COOPER:  Strike that.

03:40 13          Q.        Would the same sort of database

03:40 14   query identify the number of registered Power users

03:40 15   that were also Facebook members over time?

03:40 16          A.        "Over time," what do you mean by

03:40 17   that.

03:40 18          Q.        However long Facebook was made

03:40 19   accessible to Power users?

03:40 20          A.        Facebook was made accessible for

03:40 21   approximately -- You know, the dates, but

03:40 22   approximately one month more or less -- a little

03:40 23   more than a month, like five weeks, and then,

03:40 24   again, we launched with Facebook Connect working

03:40 25   with -- we launched with Facebook Connect for a few

03:40  1    days, and then -- before Facebook took it down.  So

03:41  2    I don't -- I don't know the -- the answer to that,

03:41  3    but I think it was -- I think it was around 30 --

03:41  4    the number that rings my -- that my memory, is

03:41  5    around 30,000 users that registered their Facebook

03:41  6    accounts.

03:41  7           Q.      In December 2008, were you aware

03:41  8    of what was the largest social network in the

03:41  9    world?

03:41 10           A.      I believe it was -- it was either

03:41 11    Myspace or Facebook or -- Yeah.  Myspace or

03:41 12    Facebook.

03:41 13           Q.      Was it important -- Did, at any

03:41 14    time, you recall discussions internal at Power that

03:41 15    Power's management deemed it important to be able

03:41 16    to aggregate Facebook on its site because it was

03:41 17    one of the two largest social networks in the

03:41 18    world?

03:41 19           A.      It was extremely important for us

03:41 20    for our future.

03:41 21           Q.      When did those discussions begin?

03:42 22           A.      Those discussions began right

03:42 23    around the time -- In that six-month period,

03:42 24    basically we made the decision that adding Facebook

03:42 25    would be something that we wanted to do, and so it

03:42  1    was the same time period I've given you earlier.

03:42  2           Q.        And this was six-month period

03:42  3    over -- before Facebook actually was launched on

03:42  4    power.com?

03:42  5           A.        There may have been verbal -- As I

03:42  6    said, most of the activity took place in the -- in

03:42  7    the three months -- at the end of 2007.  The last

03:42  8    three months of the year that's when all the

03:42  9    activity and conversations focused on Facebook.  I

03:42 10    believe the launch date was -- was November 30th or

03:42 11    December 1st that we turned Facebook on, so it

03:42 12    would have been the two to three months before that

03:42 13    where the most conversations took place.

03:42 14           Q.        In December 2007, do you know what

03:42 15    the largest social network in the world was?

03:43 16           A.        That would be Facebook or Myspace.

03:43 17           Q.        And was Power operating publicly

03:43 18    not as a public company but the Web site for Power

03:43 19    operating on the Web in December of 2007?

03:43 20           A.        Yes.

03:43 21           Q.        Were the -- Were there discussions

03:43 22    internal at Power as early as December of 2007 of

03:43 23    including Facebook on -- as a Web site that would

03:43 24    be included in your social aggregation?

03:43 25           A.        What point?

04:01  1    answers that you had approximately 100 employees,

04:01  2    power.com did?

04:01  3         A.        On December 1st, 2008?

04:01  4         Q.        Yes.

04:01  5         A.        Approximately, yes.

04:01  6         Q.        Besides yourself, were any of

04:01  7    those employees involved in discussions with

04:01  8    Facebook about integration of Facebook Web site?

04:01  9         A.        At what point?

04:01  10        Q.        In December 2008?

04:01  11        A.        Yes.  There were -- I was leading

04:01  12   the discussions.  I led all those discussions with

04:01  13   Facebook.  There were quite extensive discussions

04:01  14   going -- going on about integration, creating the

04:02  15   schedule.  We actually, as a courtesy, had -- had

04:02  16   offered to try -- to try working with Facebook

04:02  17   Connect as least as a first measure, although it

04:02  18   was not necessary, so there was a conversation

04:02  19   going on.

04:02  20        Q.        Who were the other employees who

04:02  21   were involved in the discussions?

04:02  22        A.        Eric Santos was the primary

04:02  23   person.  I don't remember who else.  There were

04:02  24   other people that were in the conversations.

04:02  25        Q.        Were any of your investors

Page 294

05:05  1   agenda for these weekly meetings?

05:05  2          A.       There would typically be some kind

05:05  3   of agenda.

05:05  4          Q.       Would that be a written document

05:05  5   circulated amongst management?

05:05  6          A.       Yes.  At that time, yeah.

05:06  7          Q.       Do you know if those agendas still

05:06  8   exist?

05:06  9          A.       I don't know if they still exist,

05:06  10  but I do -- I can tell you that Facebook Connect

05:06  11  was not -- it was definitely not at a high level --

05:06  12  It's something we reviewed.  It definitely wouldn't

05:06  13  have been on an agenda item.  It might have come up

05:06  14  in a discussion.

05:06  15         Q.       Earlier you said you had discussed

05:06  16  Facebook Connect extensively --

05:06  17         A.       We discussed it technically, like,

05:06  18  technical discussions about it.  Not about -- It

05:06  19  wouldn't have been a major issue in these meetings.

05:06  20  I would have basically said to Eric, "I need you to

05:06  21  go play around," probably off line.  "Eric, I need

05:06  22  you to go -- you and your team to evaluate Facebook

05:06  23  Connect, what it's capable and if it's possible to

05:06  24  -- what we can and can't do with it."

05:06  25         Q.       Did you search for these agendas

Page 295

05:06  1    when you produced documents in this case?

05:06  2           A.       They're not electronic.  This

05:06  3    would typically be somebody put it on a word thing

05:06  4    and then distributed an electronic copy and it was

05:06  5    a very informal agenda, if there was even a agenda.

05:07  6    It was no formal process for that.

05:07  7           Q.       When you searched earlier, did you

05:07  8    search with key words for text documents that were

05:07  9    attached to any E mails?

05:07 10           A.       Those are included in -- Those get

05:07 11    included.  When you do a search on Yahoo, it

05:07 12    searches text documents.

05:07 13           Q.       Did you search for on the -- the

05:07 14    -- whether or not there were simply store copies of

05:07 15    these agendas that were not attached to E mails?

05:07 16           A.       They would have come up in the

05:07 17    message -- All agendas?  Most agendas I would say

05:07 18    are typically -- If they were relevant, they would

05:07 19    be sent out in E mails, so when I searched the

05:07 20    E mails with anything related to Facebook they

05:07 21    could have come up -- they would have come up in

05:07 22    the E mail searches for the most part.

05:07 23           Q.       How did you find the documents

05:07 24    related to PowerScript?

05:07 25           A.       I searched for things that were

Page 296

05:07  1    with PowerScript or I searched with the word

05:08  2    "Facebook."  Specifically, relating to this issue

05:08  3    as I told you earlier, I went through -- Actually,

05:08  4    I went through all the E mail also of that time

05:08  5    period, and I also searched the word "Facebook."  I

05:08  6    also searched the word "PowerScript" and I also

05:08  7    searched a range of other terms that I thought were

05:08  8    related to this issue.

05:08  9         Q.      You indicated nobody -- that it

05:08 10    was not the policy to destroy documents at -- at

05:08 11    Power.

05:08 12         A.      That's correct.

05:08 13         Q.      Where were those documents stored?

05:08 14         A.      Any document that was sent

05:08 15    electronically is still in my E mailbox.

05:08 16         Q.      What if it wasn't sent

05:08 17    electronically?

05:08 18         A.      If it wasn't sent electronically,

05:08 19    -- There's -- I don't know which -- They're -- For

05:08 20    the most part, I would say most of our

05:08 21    communications were sent electronically, but if

05:08 22    somebody prepared, for example, a -- a Word

05:08 23    document and never sent it out to anyone, which I

05:08 24    don't think happened very often, and then there

05:08 25    would be no way to locate that.

Page 297

05:08  1          Q.         Where were employee records stored

05:08  2   at Power when they were in their own personal

05:09  3   possession?

05:09  4          A.         If they were in their own personal

05:09  5   possession, they would be on the laptop, but if

05:09  6   they were shared documents they would be on our --

05:09  7   on our servers.

05:09  8          Q.         If -- Did you use word "system" at

05:09  9   Power?

05:09 10          A.         We used a -- We had a -- We had a

05:09 11   -- We had a shared server for documents that were

05:09 12   appropriate that were in -- in intercompany

05:09 13   discussions.

05:09 14          Q.         Did you search this -- Is this

05:09 15   word "system" still stored anywhere --

05:09 16          A.         I personally, whenever somebody

05:09 17   wanted me to review something, I would get it in my

05:09 18   E mailbox because I just preferred that, so I would

05:09 19   always request that to be sent to my E mail.  So

05:09 20   if, there was anything related to Facebook or these

05:09 21   other issues, it would have been in my E mailbox.

05:09 22   Also, because that was my personal practice and

05:09 23   preference if people if they had a document -- I

05:09 24   personally never -- never used that -- the shared

05:09 25   stuff -- shared -- put it on the servers very often

Page 298

05:09  1   and many people -- E mail was the preferred form of

05:10  2   communication in the company.

05:10  3           Q.        And did you -- Again, did you

05:10  4   search any of the word "system" documents to see if

05:10  5   there were any materials --

05:10  6           A.        Every document that I've ever

05:10  7   reviewed that I can -- To the best of my knowledge,

05:10  8   was usually E mailed to me, you know.  That was --

05:10  9   because I was not always -- I was moving -- I was

05:10  10  moving between traveling a lot, and in general, the

05:10  11  -- People would E mail it to me, so it would be my

05:10  12  E mailbox and I've searched that entire E mail box.

05:10  13          Q.        How far back does your E mail box

05:10  14  go back?

05:10  15          A.        It goes back to well before Power

05:10  16  was started.

05:10  17          Q.        Was any type of request sent out

05:10  18  to all employees of Power that they maintain

05:10  19  records of everything related to the development of

05:10  20  the Facebook integration?

05:10  21          A.        No.

05:10  22          Q.        So none of the employees were any

05:10  23  inform instructed to maintain their records?

05:11  24          A.        No.  They were not.

05:11  25          Q.        So -- what was -- For how much