I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.  5:08-cv-05780 JW <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF FACEBOOK, INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES FROM DEFENDANT POWER VENTURES, INC. AND EXHIBITS 1-3, 12-20, 24-29 IN SUPPORT THEREOF** <br><br> Judge:       Hon. James Ware <br> Courtroom: 8, 4th Floor |

Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. submits this Administrative Motion to file under seal: 1) portions of Facebook's Motion to Compel the Production of Documents and Discovery Responses from Defendant Power Ventures, Inc.; 2) portions of the July 20, 2011 deposition transcript of Defendant Steve Vachani attached as **Exhibit 1** to the Declaration of Monte M.F. Cooper In Support the Production of Documents and Discovery Responses from Defendant Power Ventures, Inc; and 3) **Exhibit Nos. 3, 12-20, and 24-29** attached to the Declaration of Monte M.F. Cooper In Support the Production of Documents and Discovery Responses from Defendant Power Ventures Declaration

Defendants Power Ventures and Steve Vachani have designated portions of Steve Vachani's deposition transcript cited by Facebook's Motion as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95).  Facebook disagrees with Defendants' confidentiality designations of these portions of the transcript.  The following portions of Mr. Vachani's deposition transcript cited in Facebook's Motion have been designated as "Highly Confidential-Attorneys' eyes only" by Defendants:

- pp. 107:4-12; 222:13-19; 240:2-11; 271:21-272:5; 327:9-328:16; 330:1-331:14.

In addition, Defendants have designated the following Exhibits, attached to the Declaration of Monte M.F. Cooper, as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95):

- Exhibit No. 3, 12-20—These documents have been produced and designated as "Highly Confidential-Attorneys' eyes only" by Defendant Power.
- Exhibit Nos. 24-29—These documents have been produced by Third-Party Ed Niehaus. Mr. Niehaus has designated these documents as "Highly Confidential-Attorneys' eyes only" in accordance with the parties' Protective Order.

The Motion includes excerpts from the transcript designated as confidential by Power. Pursuant to Local Rule 79-5(d), Facebook is lodging with the Clerk a copy of the under seal documents and filing a redacted version of the Motion to Compel and Exhibit 1, so that public access to non-confidential materials will be provided.

Dated: September 7, 2011                     ORRICK, HERRINGTON & SUTCLIFFE LLP

                                             /s/ *Monte M.F. Cooper*
                                             MONTE M.F. COOPER
                                             Attorneys for Plaintiff
                                             FACEBOOK, INC.