I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                Defendants. | Case No.  5:08-cv-05780 JW<br><br>**DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF FACEBOOK, INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES FROM DEFENDANT POWER VENTURES, INC.**<br><br>Judge:       Hon. James Ware<br>Courtroom:  8, 4th Floor |

I, Monte M. F. Cooper, hereby declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from the July 20, 2011, deposition transcript of Defendant Steve Vachani. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL. REDACTED VERSION FILED PUBLICALLY**]

3. Attached hereto as **Exhibit 2** is a true and correct copy of a New York Times article, titled "Power.com: A One-Stop Shop for Social Networkers," dated December 1, 2008.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000089-90. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

5. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant Power Ventures, Inc.'s Responses to Facebook, Inc.'s First Set of Requests For Admissions, served December 15, 2010.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Facebook, Inc.'s First Set of Requests for Production to Defendant Power Ventures, Inc., served October 22, 2010.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Facebook, Inc.'s Second Set of Requests For Production of Documents to Defendant Power Ventures, Inc., served June 3, 2011. To date, Defendnats have not produced a single document in response to these Requests.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Defendant Power Ventures, Inc.'s Responses to Facebook, Inc.'s First Set of Requests For Production, signed December 15, 2010.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Defendant Power Ventures, Inc.'s Responses to Facebook, Inc.'s Second Set of Requests For Production, served July 5, 2011.

1    10.    Attached hereto as **Exhibit 9** is a true and correct copy of an email from Morvarid Metanat to Timothy Fisher and Scott Bursor, dated September 6, 2011.

2    11.    Attached hereto as **Exhibit 10** is a true and correct copy of Facebook, Inc.'s First Set of Interrogatories to Defendant Power Ventures, Inc., served October 22, 2010.

3    12.    Attached hereto as **Exhibit 11** is a true and correct copy of Defendant Power Ventures, Inc.'s Responses to Facebook, Inc.'s First Set of Interrogatories, signed December 15, 2010.

4    13.    Attached hereto as **Exhibit 12** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000068.  [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

5    14.    Attached hereto as **Exhibit 13** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000069-71.  [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

6    15.    Attached hereto as **Exhibit 14** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000072-73.  [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

7    16.    Attached hereto as **Exhibit 15** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000074-77.  [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

8    17.    Attached hereto as **Exhibit 16** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000078-80.  [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

9    18.    Attached hereto as **Exhibit 17** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000081.  [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

10    19.    Attached hereto as **Exhibit 18** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000082-85.  [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

20. Attached hereto as **Exhibit 19** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000086. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

21. Attached hereto as **Exhibit 20** is a true and correct copy of a Power production document, bearing Bates Nos. POWER2011.02.03.0000087-88. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

22. Attached hereto as **Exhibit 21** is a true and correct copy of a letter from Theresa Sutton to Timothy Fisher, dated May 12, 2011.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a letter from Morvarid Metanat to Timothy Fisher, dated May 17, 2011.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a letter from Timothy Fisher to Morvarid Metanat, dated May 31, 2011.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a Non-Party Niehaus Production document, bearing Bates Nos. Niehaus 00056-64. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

26. Attached hereto as **Exhibit 25** is a true and correct copy of a Non-Party Niehaus Production document, bearing Bates Nos. Niehaus 00078-81. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

27. Attached hereto as **Exhibit 26** is a true and correct copy of a Non-Party Niehaus Production document, bearing Bates Nos. Niehaus 00089-93. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

28. Attached hereto as **Exhibit 27** is a true and correct copy of a Non-Party Niehaus Production document, bearing Bates Nos. Niehaus 00229-230. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

29. Attached hereto as **Exhibit 28** is a true and correct copy of a Non-Party Niehaus Production document, bearing Bates Nos. Niehaus 00545-557. [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

1  30. Attached hereto as **Exhibit 29** is a true and correct copy of a Non-Party Niehaus Production document, bearing Bates Nos. Niehaus 00610-631.  [**DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER – LODGED UNDER SEAL**]

31. Attached hereto as **Exhibit 30** is a true and correct copy of a Non-Party Leigh Power production document, LP00437.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a Non-Party Leigh Power production document, LP00437.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 7th day of September 2011 at Menlo Park California.

                                            /s/ *Monte M. F. Cooper* /s/
                                            Monte M. F. Cooper

OHS WEST:261324304.1