# EXHIBIT 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4

5    FACEBOOK, INC.              :

6              Plaintiff,   :

7                             :

8         v.                  :

9                    :

10   POWER VENTURES, INC. d/b/a:

11   POWER.COM, a California   :

12   corporation; POWER        :        Case No.

13   VENTURES, INC. a Cayman   :     5:08-CV-05780

14   Island Corporation, STEVE :       JW (HRL)

15   VACHANI, an individual;   :

16   DOE 1, d/b/a POWER.COM, an:

17   individual and/or business:

18   entity of unknown nature; :

19   DOES 2 through 25,         :

20   inclusive, individuals    :

21   and/or business entities  :

22   of unknown nature,        :

23              Defendants.   :

24   _____

25        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

BARKLEY
Court Reporters



107

BARKLEY
Court Reporters



222

BARKLEY
Court Reporters



240

STEVEN VACHANI- HIGHLY CONFIDENTIAL, AEO

BARKLEY
Court Reporters



271



272

05:09 1    and many people -- E mail was the preferred form of

05:10 2    communication in the company.

05:10 3              Q.       And did you -- Again, did you

05:10 4    search any of the word "system" documents to see if

05:10 5    there were any materials --

05:10 6              A.       Every document that I've ever

05:10 7    reviewed that I can -- To the best of my knowledge,

05:10 8    was usually E mailed to me, you know.  That was --

05:10 9    because I was not always -- I was moving -- I was

05:10 10   moving between traveling a lot, and in general, the

05:10 11   -- People would E mail it to me, so it would be my

05:10 12   E mailbox and I've searched that entire E mail box.

05:10 13             Q.       How far back does your E mail box

05:10 14   go back?

05:10 15             A.       It goes back to well before Power

05:10 16   was started.

05:10 17             Q.       Was any type of request sent out

05:10 18   to all employees of Power that they maintain

05:10 19   records of everything related to the development of

05:10 20   the Facebook integration?

05:10 21             A.       No.

05:10 22             Q.       So none of the employees were any

05:10 23   inform instructed to maintain their records?

05:11 24             A.       No.  They were not.

05:11 25             Q.       So -- what was -- For how much

                                  298

BARKLEY
Court Reporters



327

STEVEN VACHANI- HIGHLY CONFIDENTIAL, AEO

BARKLEY
Court Reporters



328

STEVEN VACHANI- HIGHLY CONFIDENTIAL, AEO

BARKLEY
Court Reporters



330

STEVEN VACHANI- HIGHLY CONFIDENTIAL, AEO

BARKLEY
Court Reporters



331

BARKLEY
Court Reporters

1           C E R T I F I C A T I O N

2

3           I, PATRICIA MULLIGAN CARRUTHERS, a

4    Certified Shorthand Reporter and Notary Public of

5    the State of New Jersey and a Notary Public of the

6    State of New York, do hereby certify that prior to

7    the commencement of the examination the witness was

8    sworn by me to testify as to the truth, the whole

9    truth, and nothing but the truth.

10          I do further certify that the foregoing is

11   a true and accurate transcript of the testimony as

12   taken stenographically by and before me at the

13   time, place, and on the date hereinbefore set

14   forth.

15          I do further certify that I am neither of

16   counsel nor attorney for any party in this action

17   and that I am not interested in the event nor

18   outcome of this litigation.

19
          _Patricia M Carruthers_
20        Patricia Mulligan Carruthers, CSR
          Certificate No. XI00780
21        Notary Public of the State of New York
          Notary Public of the State of New Jersey
22

23   Dated:  JULY 27, 2011

24

25   My commission expires October 28, 2015    (N.J.)
     My commission expires December 21, 2013   (N.Y.)
                        361

```
1                        JURAT

2

3                  I, STEVEN VACHIANI, do hereby

4   certify that I have read the foregoing transcript

5   of my testimony taken on July 20, 2011, and have

6   signed it subject to the following changes:

7

8   PAGE   LINE            CORRECTION

9

10

11

12

13

14

15

16

17

18

19

20   DATE:

21

22   Sworn and subscribed to before me on this    day

23   of

24

25   NOTARY PUBLIC
```

STEVEN VACHIANI- HIGHLY CONFIDENTIAL, AEO

BARKLEY
Court Reporters

# C E R T I F I C A T I O N

I, PATRICIA MULLIGAN CARRUTHERS, a

Certified Shorthand Reporter and Notary Public of

the State of New Jersey and a Notary Public of the

State of New York, do hereby certify that prior to

the commencement of the examination the witness was

sworn by me to testify as to the truth, the whole

truth, and nothing but the truth.

I do further certify that the foregoing is

a true and accurate transcript of the testimony as

taken stenographically by and before me at the

time, place, and on the date hereinbefore set

forth.

I do further certify that I am neither of

counsel nor attorney for any party in this action

and that I am not interested in the event nor

outcome of this litigation.


_____
Patricia Mulligan Carruthers, CSR
Certificate No. XI00780
Notary Public of the State of New York
Notary Public of the State of New Jersey


Dated:  JULY 27, 2011


My commission expires October 28, 2015      (N.J.)
My commission expires December 21, 2013     (N.Y.)