# EXHIBIT 3

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]