# EXHIBIT 4

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                              Defendants. | Case No. 5:08-cv-05780 JF (RS)<br><br>**DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS** |

# PRELIMINARY STATEMENT

Preliminarily, it should be noted that defendant Power has not fully completed its investigation of the facts relating to this case, has not fully completed discovery in this action and has not completed preparation necessary for trial.  All of the answers contained herein are based only on such information and documents which are presently available to and specifically known to Power.  It is anticipated that further discovery, independent investigation, and legal research and analysis will supply additional facts, add meaning to the known facts, and establish entirely new factual and legal conclusions.  All of these may lead to substantial additions to, modifications of and variations from the information set forth herein.  The following responses are given without prejudice to Power's right to produce evidence of subsequently discovered fact or facts which Power may recall or learn at a later date.  Power accordingly reserves the right to change all answers herein as additional facts are ascertained, analysis is made, and legal research is completed.

# GENERAL OBJECTIONS

Power incorporates by reference each of the following general objections and responses as an objection and response to each of the requests for admissions, whether or not stated as a specific objection to each request.

1.      Power generally objects to the requests for admissions on the ground that the requests, individually and taken as a whole, are overly broad, unduly burdensome, oppressive and seek to impose broader response obligations on Power than those imposed by the Federal Rules of Civil Procedure.  In addition, Power objects to the extent that the information is equally available to plaintiff.

2.      Power further objects to the requests for admissions on the ground and to the extent they seek information that is not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.      Power further objects to the requests for admissions to the extent they request information by reference to purported facts that Power disputes and/or which have not been established in this case.  Power has advanced certain positions of law and fact.  Power's statements

1   of law and fact are a matter of record and are not subject to recharacterization by plaintiff.  The fact

2   that Power responds to any such requests is not meant, and shall not be construed, as an admission

3   of the truth of any such fact, nor of the existence of any such event or contention.

4           4.      Power further objects to the requests for admissions on the ground and to the extent

5   they call for the disclosure of communications that are protected by the attorney-client privilege,

6   the attorney work product privilege, or any other applicable privilege.  Further, Power generally

7   objects to these requests for admissions on the ground and to the extent they seek information that

8   can only be provided, or will or should be provided at trial by persons qualified as experts in their

9   fields, including but not limited to economists and/or legal counsel.  Power expressly reserves the

10  right to call such persons to testify at trial without waiver of the right to protect the identities of

11  persons who it has consulted in the course of this litigation for purposes of expert advice.  Further,

12  the inadvertent production by Power of privileged communications shall not constitute a waiver or

13  any applicable privilege or ground for objecting to discovery.

14          5.      Power further objects to the requests for admission on the ground and to the extent

15  they purport to require disclosure of any information protected by Power's or third party's right to

16  privacy.

17          6.      Power further objects to the requests for admission on the grounds that discovery is

18  continuing in this action and Power has not yet completed factual investigation.  These responses

19  are made in good faith and after a reasonable, diligent inquiry into the facts and information now

20  known to Power.  Accordingly, without asserting any obligation to do so, and without waiving the

21  objections asserted herein, Power reserves the right to amend and/or supplement its responses as

22  and when additional facts are discovered.  Additionally, as Power's responses are based on facts

23  that Power has identified to date, they do not preclude Power from later relying on facts or

24  documents discovered or generated pursuant to subsequent investigation or discovery.

25          7.      Power further objects to the requests for admissions on the grounds and to the extent

26  they call for legal conclusions.

27

28

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR
ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

2

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that in a letter dated December 1, 2008, FACEBOOK requested confirmation that YOU "have ceased and desisted in…soliciting, using and/or retaining Facebook user login information"

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Admitted.

**REQUEST FOR ADMISSION NO. 2:**

Admit that in a letter dated December 1, 2008, FACEBOOK requested confirmation that YOU "ceased and desisted in …sending any manner of unsolicited commercial messages to Facebook users."

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admitted.

**REQUEST FOR ADMISSION NO. 3:**

Admit that in a letter dated December 1, 2008, FACEBOOK requested confirmation that YOU "removed compatibility with Facebook from your website."

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that "scraping content from Facebook" violated FACEBOOK's Terms of Use.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admitted.

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

3

**REQUEST FOR ADMISSION NO. 5:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[s]olicitation of Facebook user login information."

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Admitted.

**REQUEST FOR ADMISSION NO. 6:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[u]sing or attempting to use another person's Facebook account without authorization from the Company," i.e., FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Admitted.

**REQUEST FOR ADMISSION NO. 7:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[u]se of automated scripts to collect information from, or otherwise interact with, the Facebook website."

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Admitted.

**REQUEST FOR ADMISSION NO. 8:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[u]ploading, posting, transmitting, sharing or otherwise making available any unsolicited or unauthorized advertising, solicitations, promotional materials, 'junk mail,' 'spam,' 'chain letters,' 'pyramid schemes,' or any other form of solicitation."

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Admitted.

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

4

**REQUEST FOR ADMISSION NO. 9:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[u]sing the Facebook service or site for commercial purposes, except under formal advertising programs offered by Facebook."

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Admitted.

**REQUEST FOR ADMISSION NO. 10:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[i]ncorporating any Facebook site content or information in any other database or compilation."

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Admitted.

**REQUEST FOR ADMISSION NO. 11:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, you continued to access the FACEBOOK WEBSITE through the services available at the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 12:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU allowed OR provided POWER USERS with the means to access the FACEBOOK WEBSITE through the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Admitted.

**REQUEST FOR ADMISSION NO. 13:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU provided POWER USERS with the means to access the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU solicited FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU stored FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admitted.

**REQUEST FOR ADMISSION NO. 16:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used the FACEBOOK WEBSITE for commercial purposes.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Denied.

/      /      /

/      /      /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

6

**REQUEST FOR ADMISSION NO. 17:**

Admit that YOU have never entered into a formal advertising agreement with FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU developed OR created programming scripts OR language that would provide POWER with an automated mechanism to extract data from the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

Admit that YOU copied OR made use of at least some part, excerpt, OR portion of FACEBOOK's source code to develop, test implement, use OR provide POWER's aggregating services.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 20:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU incorporated FACEBOOK WEBSITE content, DATA, or information into the POWER WEBSIT OR that services located thereon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

/     /     /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

7

**REQUEST FOR ADMISSION NO. 21:**

Admit that in or about December 2008, YOU agreed to access the FACEBOOK WEBSITE OR cause others to access the FACEBOOK WEBSITE through means permitted by FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Admitted.

**REQUEST FOR ADMISSION NO. 22:**

Admit that after receiving notice that YOUR use of or access to FACEBOOK was not permitted by FACEBOOK, YOU took, copied, OR made use of DATA from the FACEBOOK WEBSITE without FACEBOOK'S permission to do so.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Admitted.

**REQUEST FOR ADMISSION NO. 23:**

Admit that FACEBOOK implemented technical measures to block YOU from accessing the FACEBOOK WEBSITE through the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Admitted.

**REQUEST FOR ADMISSION NO. 24:**

Admit that, in or about December 2008,  FACEBOOK blocked YOUR IP address(es) from accessing the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

/        /        /

/        /        /

**REQUEST FOR ADMISSION NO. 25:**

Admit that, in or about January 2009,  FACEBOOK blocked YOUR IP address(es) from accessing the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 26:**

Admit that FACEBOOK implemented technical measures to block YOU from providing POWER USERS with the means to access the FACEBOOK WEBSITE through the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 27:**

Admit that, on or about December 2008, YOU knew that FACEBOOK had implemented measures to block YOU OR POWER USERS from accessing the FACEBOOK WEBSITE through the services available at the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 28:**

Admit that, on or about January 2009, YOU knew that FACEBOOK had implemented measures to block YOU OR POWER USERS from accessing the FACEBOOK WEBSITE through the services available at the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 29:**

Admit that at some point subsequent to learning that FACEBOOK had implemented measures to block YOUR access to the FACEBOOK WEBSITE through the POWER WEBSITE,

1  YOU circumvented those technical measures AND accessed OR gained access to the FACEBOOK

2  WEBSITE.

3  **RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

4      Denied.

5  **REQUEST FOR ADMISSION NO. 30:**

6      Admit that at some point subsequent to learning that FACEBOOK had implemented

7  measures to block YOUR access to the FACEBOOK WEBSITE through the POWER WEBSITE,

8  YOU accessed OR gained access to the FACEBOOK WEBSITE.

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

10      Objection compound, vague and ambiguous. Subject to and without waiving these

11  objections, denied.

12  **REQUEST FOR ADMISSION NO. 31:**

13      Admit that at some point subsequent to learning that FACEBOOK had implemented

14  measures to block POWER USERS' access to the FACEBOOK WEBSITE through the POWER

15  WEBSITE, YOU provided POWER USERS with the means to access the FACEBOOK

16  WEBSITE.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

18      Objection compound, vague and ambiguous. Subject to and without waiving these

19  objections, denied.

20  **REQUEST FOR ADMISSION NO. 32:**

21      Admit that at any time between January 1, 2007 and the present date, YOU registered for

22  OR created at least one FACEBOOK account to access the FACEBOOK WEBSITE, including, but

23  not limited to, to copy, take, OR use DATA contained thereon.

24  **RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

25      Objection compound, vague and ambiguous. Subject to and without waiving these

26  objections, denied.

27  /    /    /

28  /    /    /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

10

1   **REQUEST FOR ADMISSION NO. 33:**

2        Admit that at some point subsequent to learning that FACEBOOK had implemented

3   measures to block YOUR access to the FACEBOOK WEBSITE through the POWER WEBSITE,

4   POWER used accounts on third-party websites, including, but not limited to, any accounts located

5   on OR registered through www.amazon.com, to access the FACEBOOK WEBSITE, including for

6   the purposes of copying, taking, OR making use of DATA from the FACEBOOK WEBSITE.

7   **RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

8        Objection compound, vague and ambiguous. Subject to and without waiving these

9   objections, denied.

10   **REQUEST FOR ADMISSION NO. 34:**

11        Admit that at some point subsequent to learning that FACEBOOK had implemented

12   measures to block YOUR access to the FACEBOOK WEBSITE through the POWER WEBSITE,

13   POWER used accounts on third-party websites, including, but not limited to, any accounts located

14   on OR registered through www.amazon.com, to access the FACEBOOK WEBSITE, including for

15   the purposes of copying, taking, OR making use of DATA from the FACEBOOK WEBSITE.

16   **RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

17        Objection compound, vague and ambiguous. Subject to and without waiving these

18   objections, denied.

19   **REQUEST FOR ADMISSION NO. 35:**

20        Admit that at some point subsequent to learning that FACEBOOK had implemented

21   measures to block YOUR access to the FACEBOOK WEBSITE through the POWER WEBSITE,

22   YOU accessed the FACEBOOK WEBSITE to send, OR to encourage POWER USERS to send,

23   unsolicited commercial messages to FACEBOOK USERS.

24   **RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

25        Objection compound, vague and ambiguous. Subject to and without waiving these

26   objections, denied.

27   /     /     /

28   /     /     /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

11

**REQUEST FOR ADMISSION NO. 36:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used or attempted to another person's FACEBOOK WEBSITE account information without authorization from FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 37:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used automated scripts or COMPUTER CODE to collect information from, or otherwise interact with, the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Admitted.

**REQUEST FOR ADMISSION NO. 38:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU uploaded, posted, OR made available promotional materials OR solicitations on the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 39:**

Admit that on December 26, 2008, Steve Vachani sent an e-mail to Facebook stating YOUR "business decision" to continue accessing or using the FACEBOOK WEBSITE without implementing the Facebook Connect platform.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Objection vague and ambiguous.  Subject to and without waiving these objections, Power admits that Mr. Vachani sent an email to Facebook's counsel on December 26, 2008 stating:

> Dear Joseph,
> I am writing to follow up to our discussions regarding Power.com's
> integration of Facebook connect, your requests for us to take down

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

12

our current Power browser compatibility with Facebook, and your complaints regarding our users storing their Facebook login information inside the Power Browser. I hope you will pass this letter on to Sam and other appropriate parties inside of Facebook to communicate our sincere desire to diplomatically resolve our current disagreement and help you reduce these disagreements with well intentioned companies like Power.

Power.com is very committed to working with Facebook and we sincerely hope that this message of diplomacy and good intention is very clear in this letter. We would like to reiterate that we have made the decision to make every diplomatic effort possible to cooperate with Facebook to integrate your Facebook Connect solution on our login page. We had originally expected that it would take us 2 weeks to complete this integration, but with the holidays and the amount of work necessary to complete this integration, we realistically don't expect have this new solution fully integrated until January 30th. After careful consideration and after previously thinking that it would better to take Facebook compatibility down while we implemented this new solution, we have made the business decision to not prevent the interruption of service to our millions of users while working closely to make these changes to address Facebook's concerns. We sincerely hope that while this is not your desired action, you will respect our reasons for doing this and keep the door open and approve Power.com inside of Facebook connect when we go live in one month. Furthermore, we would like to work with Facebook to offer our complete browser tools to users with Facebook's consent and input into the user experience.

The Power.com browser provides our users value added features across their Internet experience.  Like most browsers, we have little interest to cause harm to Facebook or reduce Facebook's revenues. On the contrary, we are taking proactive steps to pass all Facebook ads through to the user inside our browser. Similar to Firefox, Internet Explorer, Flock, and other browsers and browser add-ons, we provide our users a browser to navigate and continue to use their existing sites and do not in any way attempt to obstruct users from using the sites they are accustomed to using every day. Like most browsers, we do offer our users the option to either start their experience on our home page or start on their default social network.

Furthermore, we are about to launch a new solution which will pass Facebook ads inside of all Facebook content which is displayed outside of Facebook. This is something we can have ready by the end of January and which we can also enable for you to offer to other development partners whose only desire is to create positive applications for Facebook users. We are committed to working with the entire industry to responsibly create a borderless web where all parties interests are respected when widgets, apps, messages, and

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

13

other content are distributed outside of Facebook or outside the host site of any other web publisher.

Power strives for complete transparency with our users by providing them explicit statements on our front page in two different places about the nature of our application, the fact that we are a value added browser with no endorsement by other sites, and we also require a user before using our service to read through and proactively accept our terms and conditions where we for the third time clarify the users consent and understanding that we are in no way affiliated with or endorsed by Facebook.

We completely understand Facebook's position to not begin any business discussions with Power.com until we have become compliant with Facebook requests. We request that you please reconsider this decision and enable us to meet with Facebook as early as possible to diplomatically resolve this issue in a way that will allow us to keep creating new applications for Facebook and also help Facebook better accommodate other innovators and application developers like Power.com who only want to enrich your user's experiences. We are working to implement this complete solution with Facebook's cooperation by January 30th and sincerely hope that you will not misinterpret this delay and our decision to not interrupt the user experience of our mutual users as our lack of desire to work together with Facebook.

If you maintain that you cannot faciliate a direct meeting, we will happily use our own contacts to start these discussions with Facebook, but it is difficult to start these discussions until after the holidays are over. We have no problem using our own contacts to get to the appropriate people at Facebook engaged in discussions in January to resolve this, but naturally prefer your assistance to speed things up.

We believe that it would be a serious strategic mistake to disrupt the experience of the millions of Power.com users while we are actively working to complete the integration of Facebook connect. We believe that this would create unnecessary attention and disruption among users, the media, and the industry around what we believe is a discussion that can be handled maturely and quietly between our companies.

I believe that Facebook understands the current challenges as Meebo and soon thousands of other sites that will connect to Facebook using open source technology solutions and other user driven solutions that are not endorsed by Facebook. We respect Facebook's objectives to create an open Internet which respects and protects users and enables developers to create new innovations to serve Facebook users. We think that it is important that we all diplomatically work together to

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

14

achieve these goals for the best interests of users. The borderless web is inevitable and we all need to work together to define the best practices for this new and exciting Internet which Facebook has already played such a pivotal role in helping create over the past years.

Power.com is very interested in sitting down with Facebook to discuss together the future of the borderless internet and work to address all of Facebook's concerns. I am willing to fly to San Francisco as early as possible to proactively present our solutions or we are happy to wait until after January 30th when we complete our integration of Facebook connect on our initial login page.

We believe that that your number one concern of protecting a users username and password will be resolved by our implementation of Facebook connect or by Facebook using an extension to Facebook connect that we would like to present to you which would allow Power and other outside developers maximum flexibility to innovate on top of Facebook while keeping the users username and password locked securely and safely outside the reach of Power.com or any other developer. We are currently supporting and helping introduce a new industry wide solution that will ensure that sites like Power.com, Meebo, eBuddy, and thousands of others will never have access or store Facebook usernames and passwords, but still have the maximum flexibility to innovate new applications on top of Facebook and all other sites on the Internet. We all share similar investors and partners and we are all striving for the same objectives.

We believe that Facebook's second concern is the potential loss of revenues when Facebook content is accessed outside of Facebook. This coming month, Power.com will be introducing a solution which will pass all Facebook advertising through with your content that is displayed outside of Facebook. We are proceeding with this without being asked in order to further demonstrate our desire to diplomatically and responsibly address the issues of distributed content inside of mashed up websites. Power.com has no interest to interfere or to prevent Facebook from receiving revenue from all its content and will go out of its way to showcase to the industry how to responsibly solve this problem. We would welcome the opportunity to work with you to define these standards together with the leading sites on the web and introduce these standards together to the industry and inside of Facebook connect.

Finally, as a browser, most of our users experience is actually inside of Facebook and other destination sites  and we do not in any way prevent users from viewing the entire Facebook experience with all ads and revenues streams intact.

While we understand your current requests to take down the current Facebook compatibility with the Power Browser today, we strongly believe that it is a mistake to disrupt the user experience of our millions of users and create attention around our private discussions.

Unlike some other sites that you are dealing with that may truly be causing harm to Facebook, Power.com's only goal is to enable new applications which enhance Facebook's users experience inside your site.

Therefore, we diplomatically request that you please grant us an extension until January 30th to work to achieve compliance with Facebook's request and to have time to diplomatically sit down with Facebook to present solutions that will assist you in dealing with these core issues not only with Power.com, but with the hundreds of other well intentioned developers who are only looking to create new innovations for Facebook, but who do not yet have the flexibility from Facebook to support their innovations. The floodgates are about to open and we would love to work proactively to solve these challenges together.

We sincerely hope you respect our decision on this and look forward to building a healthy and diplomatic dialogue with Facebook to address your true concerns of protecting your users. And we apologize for the lack of clarity on our position until today and for any confusion we may have created from this lack of clarity. Facebook's initial strong reaction did catch us off guard and after careful consideration, we have crafted this letter to make clear our position and desire and commitment to work together.

Best Regards,

Steve Vachani

CEO, Power.com

**REQUEST FOR ADMISSION NO. 40:**

Admit that on December 15, 2008, YOU received an e-mail from FACEBOOK's legal counsel indicating that FACEBOOK had implemented "technical measures to limit the interaction between Power.com and its network." Dkt. No. 56 at Ex. A.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Admitted.

/      /      /

/      /      /

**REQUEST FOR ADMISSION NO. 41:**

Admit that, between January 1, 2008 and present date, YOU displayed the FACEBOOK name OR logo on the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Objection compound vague and ambiguous.  Subject to and without waiving these objections, Power admits that it used the word Facebook on its website.

**REQUEST FOR ADMISSION NO. 42:**

Admit that on or before December 26, 2008, YOU began a "Launch Promotion" that promised POWER USERS the chance to win one hundred dollars if they successfully invited AND signed up new POWER USERS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Admitted.

**REQUEST FOR ADMISSION NO. 43:**

Admit that as part of the "Launch Promotion" described in Request for Admission No. 42, YOU provided POWER USERS with a list of their FACEBOOK friends that might be solicited to take part in the "Launch Promotion."

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Admitted.

**REQUEST FOR ADMISSION NO. 44:**

Admit that as part of the "Launch Promotion" described in Request for Admission No. 42, YOU requested that POWER USERS' select which of their FACEBOOK friends should receive an invitation to the "Launch Promotion" event.

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Admitted.

**REQUEST FOR ADMISSION NO. 45:**

Admit that as part of the "Launch Promotion" described in Request for Admission No. 42, YOU created a FACEBOOK event titled, "Bring 100 friends and win 100 bucks!" scheduled for March 20, 2009 at 1 a.m.

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

17

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

2      Denied.

3  **REQUEST FOR ADMISSION NO. 46:**

4      Admit that no event occurred on March 12, 2009 at 1 a.m. in relation to YOUR "Launch

5  Promotion" described in Request for Admission No. 42.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

7      Denied.

8  **REQUEST FOR ADMISSION NO. 47:**

9      Admit that no actual one hundred dollar payment was ever made to a POWER USER as

10  part of YOUR "Launch Promotion" described

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

12      Admitted.

13  **REQUEST FOR ADMISSION NO. 48:**

14      Admit that YOU did not inform POWER USERS participating in the "Launch Promotion"

15  described in Request for Admission No. 42 that participation in the "promotion" would require that

16  YOU use their FACEBOOK login information (including user name and password) to create a

17  FACEBOOK event titled, Bring 100 friends and win 100 bucks!" scheduled for March 20, 2009 at

18  1 a.m.

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

20      Denied.

21  **REQUEST FOR ADMISSION NO. 49:**

22      Admit that the "Launch Promotion" invitation described in Paragraphs 65 through 70 of

23  Facebook's First Amended Complaint against YOU (Dkt. No. 9) does not contain information

24  describing how recipients may opt-out of receiving future promotional messages relating to OR

25  from YOU.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

27      Objection vague and ambiguous.  Subject to and without waiving these objections, denied.

28  /       /       /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

18

1  **REQUEST FOR ADMISSION NO. 50:**

2      Admit that the "Launch Promotion" invitation described in Paragraphs 65 through 70 of

3  Facebook's First Amended Complaint against YOU (Dkt. No. 9) does not contain a valid e-mail

4  address, by which recipients of the invitation could contact YOU.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

6      Admitted.

7  **REQUEST FOR ADMISSION NO. 51:**

8      Admit that between January 1, 2008 and present date, YOU stored, saved, or otherwise

9  retained FACEBOOK user log-in information, such as user names and/or passwords.

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

11      Admitted.

12  **REQUEST FOR ADMISSION NO. 52:**

13      Admit that in an e-mail dated December 12, 2008, 1:24 p.m., YOU wrote that YOU "will

14  delete any Facebook friend information we currently have."

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

16      Admitted.

17  **REQUEST FOR ADMISSION NO. 53:**

18      Admit that in an e-mail dated December 15, 2008, 5:01 p.m., FACEBOOK, by and through

19  its counsel, wrote to YOU:  "Meanwhile as you may know, Facebook has taken technical measure

20  to limit the interaction between Power.com and its network at this time.  In order to fully initialize

21  your integrated Facebook Connect status, and to lift those technical measures, Facebook requires

22  written confirmation of the following: 1. That Power has purged and destroyed all data that it

23  obtained from the Facebook network or from Facebook users prior to implementation of Facebook

24  Connect including all login information and/or any other data obtained or scraped from Facebook's

25  website."

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

27      Admitted.

28  /      /      /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

19

**REQUEST FOR ADMISSION NO. 54:**

Admit that, between December 1, 2008 and February 1, 2008, YOU did not delete the "Facebook friend information" in YOUR possession.

**RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Admitted.

**REQUEST FOR ADMISSION NO. 55:**

Admit that, to present date, you have not deleted, purged or destroyed all data that YOU obtained from the FACEBOOK network.

**RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

Admitted.

**REQUEST FOR ADMISSION NO. 56:**

Admit that, to present date, you have not deleted, purged or destroyed all FACEBOOK login information obtained from POWER users, including, but not limited to, FACEBOOK user names and/or passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Admitted.

Dated:  December 15, 2010                    BRAMSON, PLUTZIK, MAHLER &
                                             BIRKHAEUSER, LLP


                                             By_____/s/_____
                                                        L. Timothy Fisher

                                             Alan R. Plutzik (State Bar No. 77785)
                                             L. Timothy Fisher (State Bar No. 191626)
                                             2125 Oak Grove Road, Suite 120
                                             Walnut Creek, CA  94598
                                             Telephone:  (925) 945-0200
                                             Facsimile:  (925) 945-8792

                                             LAW OFFICES OF SCOTT A. BURSOR
                                             Scott A. Bursor (*pro hac vice*)
                                             369 Lexington Avenue, 10th Floor
                                             New York, NY  10017-6531
                                             Telephone:  (212) 989-9113
                                             Facsimile:   (212) 989-9163

1

2

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR
ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

21

1    BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
     Alan R. Plutzik (State Bar No. 077785)
2    L. Timothy Fisher (State Bar No. 191626)
     2125 Oak Grove Road, Suite 120
3    Walnut Creek, CA  94598
     Telephone:  (925) 945-0200
4    Facsimile:  (925) 945-8792

5    LAW OFFICES OF SCOTT A. BURSOR
     Scott A. Bursor (*pro hac vice*)
6    369 Lexington Avenue, 10th Floor
     New York, NY  10017
7    Telephone:  (212) 989-9113
     Facsimile:  (212) 989-9163
8
     Attorneys for Defendants Power
9    Ventures, Inc. and Steve Vachani

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13

14   | FACEBOOK, INC.,                                          | Case No. 5:08-cv-05780 |
15   |                                          Plaintiff,       | **PROOF OF SERVICE**   |
16   | -against-                                                |                        |
17   |                                                          |                        |
18   | POWER VENTURES, INC. d/b/a POWER.COM, a                  |                        |
     | California corporation; POWER VENTURES, INC.             |                        |
19   | a Cayman Island Corporation, STEVE VACHANI,              |                        |
     | an individual; DOE 1, d/b/a POWER.COM, an                |                        |
20   | individual and/or business entity of unknown nature;     |                        |
     | DOES 2 through 25, inclusive, individuals and/or         |                        |
21   | business entities of unknown nature,                     |                        |
22   |                                          Defendants.      |                        |

23

24

25

26

27

28

Proof of Service
63193

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Bramson, Plutzik, Mahler & Birkhaeuser, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, CA  94598.  On December 15, 2010, I served the within documents:

- **DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS**

- **DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES**

- **DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION**

☒ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ By causing a process server to personally deliver a copy of the document(s) listed above to the person(s) at the address(es) set forth below

☐ by facsimile transmission on that date.  This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792.  The transmission was reported as complete and without error.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by pdf transmission.  These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

I. Neel Chatterjee
Thomas J. Gray
Julio C. Avalos
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, Ca  94025
Telephone:  1-650-614-7400
Facsimile:  1-650-614-7401
Email:  nchatterjee@orrick.com'
tgray@orrick.com
javalos@orrick.com

Attorneys for Facebook, Inc.

Jessica Susan Pers
Orrick Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  1-415-773-5700
Facsimile:  1-415-773-5759
Email:  jpers@orrick.com

Attorneys for Facebook, Inc.

Law Offices of Scott A. Bursor
Scott A. Bursor (pro hac vice)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone: d 212-989-9113
Facsimile:  212-989-9163
Email:  scott@bursor.com

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on December 15, 2010, at Walnut Creek, California.

_____
Peggy Toovey

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service

63193