# EXHIBIT 12

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]