# EXHIBIT 13

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]