# EXHIBIT 14

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]