# EXHIBIT 15

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]