# EXHIBIT 16

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]