# EXHIBIT 17

## [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]