# EXHIBIT 18

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]