# EXHIBIT 19

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]