# EXHIBIT 20

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]