# EXHIBIT 24

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]