# EXHIBIT 25

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]