# EXHIBIT 26

## [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]