# EXHIBIT 27

## [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]