# EXHIBIT 28

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]