# EXHIBIT 29

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]