| | |
|---|---|
| **From:** | Leigh Power <leigh@powerEmail.org> |
| **Sent:** | Friday, August 29, 2008 8:35 AM |
| **To:** | Felipe Herrera <felipe.herrera@powerinc.net> |
| **Subject:** | power.com launched? |

Felipe,

I notice that the power.com web page has recently changed to
what looks like an official login page.
Does this mark the official launch of power.com?

Leigh Power

--
Power Assist, Inc.
Coupeville, WA  98239
--