| | |
|---|---|
| **From:** | Felipe Herrera <felipe.herrera@powerinc.net> |
| **Sent:** | Thursday, September 25, 2008 10:04 PM |
| **To:** | Leigh Power <leigh@powerEmail.org> |
| **Subject:** | RE: touching base |

Hi Leigh,

Thank you for your email.  I trust things are going well with you too.

Yes, I do plan on doing the necessary paper work.  I apologize for taking s= long on this.  We are now trying to close another round of financing and =cquire some assets and companies at the same time, so things have been cra=y around here.  I will most likely get to this at the beginning of next we=k.

As for the payment plan, I do not anticipate any problems with it next year=  As soon as we close this financing (which should happen within a month t=ps) we will be good to go for a while even if we generated zero revenues.

Thanks,

Felipe


-----Original Message-----
From: Leigh Power [mailto:leigh@powerEmail.org]
Sent: Thursday, September 25, 2008 7:02 PM
To: Felipe Herrera
Subject: touching base



Felipe,

I hope things are going well with you and with Power Ventures.  Since
I haven't heard from you for a while I thought I'd touch base for a
quick update.

Based on our last conversation in early August, I expected some paper
work regarding issuing shares from the "reserved pool" so as not to
dilute shares outstanding.  Is this still something you want to do?
I will be on vacation the first two weeks of October, but I'll be
available after returning in mid-October.

In a month or so, I will be doing financial planning for the upcoming
fiscal year.  At that time, I would like to verify the current
payment plan with you.  Hopefully, we will be back on track for the
year 2009.  I will appreciate your input on this topic.

Thanks for your time.

Leigh Power

--
Power Assist, Inc.
Coupeville, WA  98239
--