I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>             Defendants. | Case No.  5:08-cv-05780 JW<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF FACEBOOK, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE DOCUMENTS AND THE PRODUCTION THEREOF AND EXHIBITS S-Y IN SUPPORT THEREOF.**<br><br>Judge:      Hon. James Ware<br>Courtroom: 15, 18th Floor |

1  Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. submits this
2  Administrative Motion to file under seal: 1) portions of Facebook's Reply in Support of Motion
3  to Compel Defendants to Perform Thorough Search for Responsive Documents and for
4  Production Thereof; and 2) **Exhibits S-Y** attached to the Declaration of Movarid Metanat In
5  Support of Facebook's Reply in Support of Motion to Compel Defendants to Perform Thorough
6  Search for Responsive Documents and for Production Thereof.

The following Exhibits, attached to the Declaration of Movarid Metanat, have been designated as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95):

- **Exhibit S-Y**—These documents have been produced by Third-Party Ed Niehaus. Mr. Niehaus has designated these documents as "Highly Confidential-Attorneys' eyes only" in accordance with the parties' Protective Order.

The Motion includes references to the above documents designated as confidential by Mr. Niehaus. Facebook is lodging with the Clerk a copy of the under seal documents and filing a redacted version of Facebook's Reply in Support of Motion to Compel Defendants to Perform Thorough Search for Responsive Documents and for Production Thereof, so that public access to non-confidential materials will be provided.

Dated: September 13, 2011            ORRICK, HERRINGTON & SUTCLIFFE LLP


                                      /s/ *Morvarid Metanat*
                                     MORVARID METANAT
                                     Attorneys for Plaintiff
                                     FACEBOOK, INC.

- 1 -

ADMIN. MOT. TO SEAL CERTAIN DOCUMENTS IN SUPPORT
OF MOTION TO COMPEL
5:08-CV-05780 JW