
1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14 | FACEBOOK, INC.,                                | Case No.  5:08-cv-05780 JW
15 |                  Plaintiff,                    | **DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE DOCUMENTS AND FOR PRODUCTION THEREOF**
16 |         v.                                     |
17 | POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, |
18 |                                                |
19 |                  Defendants.                   | Judge:     Hon. James Ware
20 |                                                | Courtroom: 15, 18th Floor

I, Morvarid Metanat, hereby declare and state as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit Q** is a true and correct copy of a Notice of Subpoena to Ed Niehaus, served August 16, 2011.

3. Attached hereto as **Exhibit R** is a true and correct copy of a letter from Timothy Fisher to Morvarid Metanat, dated September 1, 2011.

4. Attached hereto as **Exhibit S** is a true and correct copy of Non-Party Ed Niehaus's production document, bearing Bates Nos. Niehaus 00089-93. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

5. Attached hereto as **Exhibit T** is a true and correct copy of Non-Party Ed Niehaus's production document, bearing Bates Nos. Niehaus 00001-2. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

6. Attached hereto as **Exhibit U** is a true and correct copy of Non-Party Ed Niehaus's production document, bearing Bates Nos. Niehaus 00056-64. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

7. Attached hereto as **Exhibit V** is a true and correct copy of Non-Party Ed Niehaus's production document, bearing Bates Nos. Niehaus 00078-81. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

8. Attached hereto as **Exhibit W** is a true and correct copy of Non-Party Ed Niehaus's production document, bearing Bates Nos. Niehaus 00229-230. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

9. Attached hereto as **Exhibit X** is a true and correct copy of Non-Party Ed Niehaus's production document, bearing Bates Nos. Niehaus 00545-557. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

10.     Attached hereto as **Exhibit Y** is a true and correct copy of Non-Party Ed Niehaus's production document, bearing Bates Nos. Niehaus 00610-631. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

11.     Attached hereto as **Exhibit Z** is a true and correct copy of a Notice of Subpoena to Leigh R. Power, served August 19, 2011.

12.     Attached hereto as **Exhibit AA** is a true and correct copy of a letter from Leigh Power to Jeff Cox, signed August 29, 2011.

13.     Attached hereto as **Exhibit BB** is a true and correct copy of Non-Party Leigh Power's production document, bearing Bates No. LP00437.

14.     Attached hereto as **Exhibit CC** is a true and correct copy of Non-Party Leigh Power's production document, bearing Bates No. LP00438.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of September, 2011 at Menlo Park, California.

Dated: September 13, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                   */s/ Morvarid Metanat*
                                                   MORVARID METANAT
                                                   Attorneys for Plaintiff
                                                   FACEBOOK, INC.