# EXHIBIT Q

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA  94025 | | | | |

*Telephone No:* 650-614-7400          *FAX No:* 650-614-7401

*Ref. No. or File No.:* 16069-2012

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, For The Northern District Of California

*Plaintiff:* FACEBOOK, INC.

*Defendant:* POWER VENTURES, INC.; ET AL

| PROOF OF SERVICE<br>SUBPOENA TO PRODUCE | *Hearing Date:*<br>Thu, Sep. 01, 2011 | *Time:*<br>9:00AM | *Dept/Div:* | *Case Number:*<br>5:08-CV-05780 JW |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO PRODUCE DOCUMENTS; INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; ATTACHMENT A; NOTICE OF SUBPOENA

*3. a. Party served:*          ED NIEHAUS

*4. Address where the party was served:*      155 DE SOTO STREET
SAN FRANCISCO, CA  94127-2812

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 16, 2011 (2) at: 7:47PM
   b. *I received this subpena for service on:*       Tuesday, August 16, 2011

*6. Witness fees were not demanded or paid.*

*7. Person Who Served Papers:*                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIMOTHY J. ANDERSON             d. *The Fee for Service was:*

   e. I am: (3) registered California process server
      *(i)* Employee
      *(ii) Registration No.:*   311
      *(iii) County:*   San Mateo
      *(iv) Expiration Date:*   Sat, Jun. 29, 2013

A & A LEGAL SERVICE
1541 Bayshore Hwy.
Burlingame, CA 94010-1602
Toll Free (855) 388-9243
FAX (855) 388-9240
general@AALegalService.com

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Aug. 18, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUBPOENA TO PRODUCE

(TIMOTHY J. ANDERSON)     6147400.69203

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025 | | | | |

| | Ref. No or File No.: |
|---|---|
| Telephone No: 650-614-7400        FAX: No: 650-614-7401 | 16069-2012 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, For The Northern District Of California

Plaintiff: FACEBOOK, INC.

Defendant: POWER VENTURES, INC.; ET AL

| DECLARATION OF REASONABLE DILIGENCE | Hearing Date:<br>Thu, Sep. 01, 2011 | Time:<br>9:00am | Dept/Div: | Case Number:<br>5:08-CV-05780 JW |
|---|---|---|---|---|

1. I, RAFAEL FERNANDEZ, and any employee or independent contractors retained by A & A LEGAL SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness ED NIEHAUS as follows:

2. *Documents:*    SUBPOENA TO PRODUCE DOCUMENTS; INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; ATTACHMENT A; NOTICE OF SUBPOENA.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 08/15/11 | 2:58pm | Business | SPOKE TO THE OFFICE MANAGER WHO SAID THE SUBJECT IS ASSOCIATED WITH THE COMPANY BUT DOES NOT WORK HERE. Attempt made by: RAFAEL FERNANDEZ, Registration #450 San Mateo County. Attempt at: 1633 BAYSHORE HWY, SUITE 342 COLLABORATIVE DRUG DISCOVERY, INC. BURLINGAME CA. 94010. |
| Tue | 08/16/11 | | | CANCEL AND RETURN TO CLIENT. TRYING NEW ADDRESS.; |

3. *Person Executing*
   a. RAFAEL FERNANDEZ
   **b. A & A LEGAL SERVICE**
   1541 Bayshore Hwy.
   BURLINGAME, CA 94010
   c. (855) 388-9243, FAX (855) 388-9240

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d.. The Fee** *for service was:*
e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:*   450
   *(iii) County:*   San Mateo
   *(iv) Expiration Date:*   Wed, Sep. 12, 2012

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Fri, Aug. 19, 2011        **DECLARATION OF REASONABLE DILIGENCE** (RAFAEL FERNANDEZ)   6147400.69159