# EXHIBIT R

# BURSOR & FISHER
P.A.

2121 NORTH CALIFORNIA BLVD.  
SUITE 1010  
WALNUT CREEK, CA 94596-7351  
www.bursor.com

L. TIMOTHY FISHER  
Tel: 925.482.1515  
Fax: 925.407.2700  
ltfisher@bursor.com

September 1, 2011

*By e-mail and overnight mail*

Morvarid Metanat  
Orrick Herrington & Sutcliffe LLP  
1000 Marsh Road  
Menlo Park, CA 94025  
mmetanat@orrick.com

Re:   *Facebook, Inc. v. Power Ventures, Inc. et al., Case No. 5:08-cv-05780 (N.D. Cal.)*

Dear Morvarid:

     Enclosed please find a CD containing the documents responsive to the August 12, 2011 subpoena Facebook served on Ed Niehaus. The documents are bates numbered Niehaus Production 00001-00631. Please also note that the documents have been designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the February 4, 2011 protective order. Please call me if you have any questions.

Very truly yours,

L. Timothy Fisher