# EXHIBIT S

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]