# EXHIBIT T

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]