# EXHIBIT U

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]