# EXHIBIT V

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]