# EXHIBIT W

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]