# EXHIBIT X

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]