# EXHIBIT Y

# [CONFIDENTIAL DOCUMENT FILED UNDER SEAL]