# EXHIBIT AA


*Power Assist, Inc.*

210 Kineth Point Pl.
Coupeville, WA  98239

August 29, 2011

Orrick, Herrington & Sutcliffe LLP
c/o Jeff Cox
701 5th Avenue
Seattle, WA  98104

Re: Response to Notice of Subpoena to Leigh Power, Case No. 5:08-cv-05780 JW (HRL)

Dear Sir,

I hereby convey all available, non-privileged documents and communications requested concerning the lawsuit between FaceBook and Power Ventures.  Since all of these documents and communications are electronic files, they are conveyed under separate cover on a thumb drive, as agreed.  I have also attached a complete inventory of these files organized into two directories.

The "contracts" directory contains PDF files of the legal agreements between Power Assist Inc. and Power Ventures. Inc.  The original contract, signed on 11/13/2006, offered Power Ventured a lease to use, and optionally purchase this domain name from Power Assist, Inc..  This agreement was updated several times to modify and extend the form of payment, and was eventually terminated on 10/28/2010 with a refund of payments and a revocation of any rights to the power.com domain name by Power Ventures.  A second short term option to purchase the power.com domain name expired unexercised.

The "emails" directory contains yearly Unix mbox archives of all non-privileged correspondence between Power Assist, Inc. and Power Ventures, Inc.  A single archived email may include a thread of related messages.  Many of these messages contain attachments.  Several, with bank account numbers or administrative account passwords, have been redacted and scanned as PDF files.

The files in the "contracts" and "emails" directories correspond to the nine production categories listed in the subpoena as follows.

**REQUEST FOR PRODUCTIONS NO. 1:**

   ALL COMMUNICTIONS AND DOCUMENTS that RELATE TO POWER's integration of the FACEBOOK WEBSITE with Power.com.

   NONE FOUND.

**REQUEST FOR PRODUCTIONS NO. 2:**

   ALL DOCUMENTS that RELATE TO the services provided by POWER to access the FACEBOOK WEBSITE, including how they are provided AND all technology POWER uses OR has used to enable access to the FACEBOOK WEBSITE.  This includes, but is not limited to, the process by which POWER provided OR provides POWER USERS with access to the FACEBOOK WEBSITE.

   NONE FOUND.

 *Power Assist, Inc.*

210 Kineth Point Pl.
Coupeville, WA  98239

---

**REQUEST FOR PRODUCTIONS NO. 3:**

ALL DOCUMENTS that RELATE TO POWER, including, but not limited to, ALL DOCUMENTS relating to the lease, sale or use of the Power.com domain name by POWER, Power Assist, Inc. OR Steve Vachani.

All such documents are in the "contracts" directory.

**REQUEST FOR PRODUCTIONS NO. 4:**

ALL COMMUNICATIONS AND DOCUMENTS between YOU, POWER, Power Assist, Inc. and Steve Vachani regarding FACEBOOK OR the FACEBOOK WEBSITE.

NONE FOUND.

**REQUEST FOR PRODUCTIONS NO. 5:**

ALL COMMUNICATIONS AND DOCUMENTS between YOU and Steve Vachani that RELATE TO POWER, Power Assist, Inc. OR the Power.com website.

All of the contents of the "documents" and "emails" directories as listed in the attached inventory.

**REQUEST FOR PRODUCTIONS NO. 6:**

ALL COMMUNICATIONS AND DOCUMENTS between YOU and any employee, officer, or director of POWER OR Power Assist, Inc. regarding FACEBOOK OR the FACEBOOK WEBSITE.

NONE FOUND.

**REQUEST FOR PRODUCTIONS NO. 7:**

ALL COMMUNICATIONS AND DOCUMENTS  that RELATE TO any investment by YOU in POWER OR Power Assist, Inc., OR any financial interest by YOU in POWER OR Power Assist, Inc.

As the owner of Power Assist, Inc., an independent C-corp registered in the State of Washington, I have personal investments in Power Assist, Inc. that are clearly independent of Power Ventures, Inc.  It is assumed that there is an error in the wording of No. 7, and that this request is for any financial investment or financial interested in Power Ventures, Inc., and not in Power Assist, Inc.  If this is not the case, the I would have objected to this production and sought relief from the court.

All investments by Power Assist, Inc. in Power Ventures, Inc. are documented in the "contracts" directory.  These consisted entirely of payments by Power Ventures, Inc. to lease and purchase the power.com domain name from Power Assist, Inc.  Document numbered D.10.10.28-1 specifically canceled any potential residual equity investment by Power Assist, Inc. in Power Ventures, Inc.

 *Power Assist, Inc.*

210 Kineth Point Pl.
Coupeville, WA  98239

**REQUEST FOR PRODUCTIONS NO. 8:**

ALL COMMUNICATIONS AND DOCUMENTS between YOU, POWER, Power Assist, and Steve Vachani regarding POWER, the Power.com website, OR Power Assist.

Same as request for productions no. 5.

**REQUEST FOR PRODUCTIONS NO. 9**:

ALL COMMUNICATIONS AND DOCUMENTS that RELATE TO the litigation captioned *Facebook, Inc. v. Power Ventures, Inc., et al.*, Case No. C 08-5780 JW (N.D. Cal).

As the registered owner of the Power.com domain name, I received a Cease & Desist order from Perkins Coie, dated 12/1/2008.  This message was forwarded to Steve Vachani immediately.  See inventoried correspondences numbered E.08.12.01-2, E.08.12.01-3, E.08.12.04-1, and E.08.12.04-2.


Yours truly,

*[signature: Leigh Power]*

Leigh Power

Power Assist, Inc.
210 Kineth Point Pl.
Coupeville, WA  98239