1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  Sarah N. Westcot (State Bar No. 264916)
   2121 North California Blvd., Suite 1010
3  Walnut Creek, CA 94596
   Telephone: (925) 482-1515
4  Facsimile: (925) 407-2700
   E-Mail: ltfisher@bursor.com
5          swestcot@bursor.com

6  BURSOR & FISHER, P.A.
   Scott A. Bursor (State Bar No. 276006)
7  369 Lexington Avenue, 10th Floor
   New York, NY  10017
8  Telephone:  (212) 989-9113
   Facsimile:  (212) 989-9163
9  E-Mail: scott@bursor.com

10 BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
11 Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
12 Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
13 Facsimile:  (925) 945-8792
   E-Mails: aplutzik@bramsonplutzik.com
14         mstrimling@bramsonplutzik.com

15 Attorneys for Defendants Power
   Ventures, Inc. and Steve Vachani
16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19 |                                        | Case No. 5:08-CV-05780 JW
   | FACEBOOK, INC.,                        |
20 |                                        | **[PROPOSED] ORDER SEALING**
   |                            Plaintiff,  | **CERTAIN PORTIONS OF**
21 |                                        | **FACEBOOK, INC.'S MOTION TO**
   | -against-                              | **COMPEL**
22 |                                        |
   | POWER VENTURES, INC. d/b/a POWER.COM, a|
23 | California corporation; POWER VENTURES, INC.|
   | a Cayman Island Corporation, STEVE VACHANI,|
24 | an individual; DOE 1, d/b/a POWER.COM, an|
   | individual and/or business entity of unknown nature;|
25 | DOES 2 through 25, inclusive, individuals and/or|
   | business entities of unknown nature,   |
26 |                                        |
27 |                           Defendants.  |
28

[PROPOSED] ORDER SEALING CERTAIN PORTIONS OF FACEBOOK, INC.'S MOTION TO COMPEL
CASE NO. 5:08-CV-05780 JW

1    The Court, having considered the Declaration of L. Timothy Fisher Pursuant to Civil Rule

2    79-5(d) hereby seals the following portions of the July 20, 2011 transcript of the deposition of

3    defendant Steve Vachani, which are included as Exhibit E to Facebook, Inc.'s August 22, 2011

4    Motion to Compel: Pages 36-40, 50, 53, 57-63, 91-92, 111-113, 133-134, 259-261, 266, 269, and

5    271-272.  Defendants Power Ventures and Steve Vachani have designated these pages of the Steve

6    Vacahani deposition transcript as "Highly Confidential-Attorneys' Eyes Only" pursuant to the

7    parties' February 4, 2011 Protective Order (Dkt. No. 95).

8

9
     Dated:   September 14, 2011                    _____
10                                                     HONORABLE JAMES WARE
                                                       UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28