1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  Sarah N. Westcot (State Bar No. 264916)
   2121 North California Blvd., Suite 1010
3  Walnut Creek, CA  94596
   Telephone: (925) 482-1515
4  Facsimile: (925) 407-2700
   E-Mail: ltfisher@bursor.com
5          swestcot@bursor.com

6  BURSOR & FISHER, P.A.
   Scott A. Bursor (State Bar No. 276006)
7  369 Lexington Avenue, 10th Floor
   New York, NY  10017
8  Telephone:  (212) 989-9113
   Facsimile:  (212) 989-9163
9  E-Mail: scott@bursor.com

10 BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
11 Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
12 Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
13 Facsimile:  (925) 945-8792
   E-Mail: aplutzik@bramsonplutzik.com
14         mstrimling@bramsonplutzik.com

15 Attorneys for Defendants Power
   Ventures, Inc. and Steve Vachani
16
                     UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 JW |
| Plaintiff, | **DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO FACEBOOK INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES** |
| -against- | |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | Date: October 24, 2011<br>Time: 9:00 a.m.<br>Courtroom 15, 18th Floor<br>Judge James Ware |
| Defendants. | |

DECLARATION OF L. TIMOTHY FISHER
CASE NO. 5:08-CV-05780 JW

I, L. Timothy Fisher, declare as follows:

1. I am a partner at Bursor & Fisher, P.A., counsel of record for Defendants Power Ventures, Inc. and Steve Vachani. I am an attorney at law licensed to practice in the State of California, and I am a member of the bar of this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Beginning on August 23, 2011, Facebook's expert Lawrence Melling spent more than seven full days examining Power's source code.

3. On September 14, 2011, Power provided more than 1700 pages of Power's source code to Facebook and its expert for their review pursuant to Section 8(d) of the Protective Order.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on September 21, 2011 at Walnut Creek, California.

_____
L. Timothy Fisher

DECLARATION OF L. TIMOTHY FISHER
CASE NO. 5:08-CV-05780 JW

1