BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
2121 North California Blvd., Suite 1010
Walnut Creek, CA  94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com
        mstrimling@bramsonplutzik.com

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> -against- <br><br> POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, <br><br> Defendants. | Case No. 5:08-cv-05780 JW <br><br> **DECLARATION OF STEVE VACHANI IN SUPPORT OF DEFENDANTS' OPPOSITION TO FACEBOOK, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** <br><br> Date: October 24, 2011 <br> Time: 9:00 a.m. <br> Courtroom 15, 18th Floor <br> Judge James Wares |

DECLARATION OF STEVE VACHANI
CASE NO. 5:08-CV-05780 JW

I, Steve Vachani, declare:

1.      I am CEO of Power.com ("Power").  I make this declaration in support of Defendants' Opposition to Facebook, Inc.'s Motion to Compel Production of Documents.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify to the truth thereof.

2.      Power has already produced the actual source code it used to access Facebook's website.  The source code as well as the other documents Power has produced in this case such as the PowerScript Training documents and PowerScript Documentation Developer Manual show precisely how Power accessed Facebook's website.  Those documents constitute the best possible information Power has to understand how Power accessed Facebook's website.

3.      I also testified at length at my deposition about the process by which Power accessed Facebook's website.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed at New York, NY this 21ST day of September, 2011.

Steve Vachani