I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>    Defendants. | Case No.  5:08-cv-05780-JW<br><br>**ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D) IN CONNECTION WITH FACEBOOK, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL POWER VENTURES TO PRODUCE DOCUMENTS AND SUPPLEMENT DISCOVERY RESPONSES**<br><br>Date:         October 24, 2011<br>Time:        9:00 a.m.<br>Judge:       Hon. James Ware<br>Courtroom: 15, 18th Floor |

1   Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. submits this
2   Administrative Motion for sealing order of Exhibits 30 and 33 -- 37 to the Declaration of
3   Morvarid Metanat In Support of Reply Memorandum in Support of Facebook's Motion to
4   Compel Production of Source Code ("the Metanat Declaration").

5   Defendant Power Ventures designated these documents as "Highly Confidential-
6   Attorneys' Eyes Only" pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95).
7   Facebook takes no position with respect to whether these documents are, in fact, "Highly
8   Confidential." Instead, Facebook hereby lodges with the Clerk, pursuant to Civil L.R. 79-5(d),
9   Exhibits 30 and 33 -- 37 to the Metanat Declaration, pending the filing of Power's Declaration
10  (demonstrating good cause to seal these materials from the public record) and narrowly tailored
11  proposed sealing order. Civil L.R. 79-5(d).

13  Dated: September 28, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

15                                               */s/ Monte M.F. Cooper*
                                                 MONTE M.F. COOPER
16                                               Attorneys for Plaintiff
                                                 FACEBOOK, INC.

-1-

ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PURSUANT TO CIVIL L.R. 79-5(D)
CASE NO. 5:08-CV-05780-JW

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that this document(s) filed through the ECF system will be sent
3  electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
4  and paper copies will be sent to those indicated as non registered participants on September 28,
5  2011.

6  Dated:  September 28, 2011.                    Respectfully submitted,

7                                                    */s/ Monte M.F. Cooper /s/*
                                                      Monte M.F. Cooper
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28