I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　　Defendants. | Case No.  5:08-cv-05780-JW<br><br>**DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES FROM DEFENDANT POWER VENTURES, INC.**<br><br>Date:　　　　October 24, 2011<br>Time:　　　　9:00 a.m.<br>Judge:　　　　Hon. James Ware<br>Courtroom:　15, 18th Floor |

I, Morvarid Metanat, hereby declare and state as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the July 20, 2011 Deposition transcript of Steve Vachani. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

3. Attached hereto as **Exhibit 31** is a true and correct copy of Non-Party Zak Mandhro production document, bearing Bates Nos. ZM0298-325.

4. Attached hereto as **Exhibit 32** is a true and correct copy of Non-Party Zak Mandhro production document, bearing Bates Nos. ZM0398-405.

5. Attached hereto as **Exhibit 33** is a true and correct copy of Non-Party Rob Pollock production document, bearing Bates No. POLLOCK PRODUCTION 000065. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

6. Attached hereto as **Exhibit 34** is a true and correct copy of Non-Party Rob Pollock production document, bearing Bates No. POLLOCK PRODUCTION 000079. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

7. Attached hereto as **Exhibit 35** is a true and correct copy of Non-Party Rob Pollock production document, bearing Bates No. POLLOCK PRODUCTION 000095-96. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

8. Attached hereto as **Exhibit 36** is a true and correct copy of Non-Party Rob Pollock production document, bearing Bates No. POLLOCK PRODUCTION 000120. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER—LODGED UNDER SEAL]**

9. Attached hereto as **Exhibit 37** is a true and correct copy of Non-Party Ed Niehaus's production document, bearing Bates Nos. NIEHAUS PRODUCTION 00051-55. **[DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER— LODGED UNDER SEAL]**

10. Attached hereto as **Exhibit 38** is a true and correct copy of an email from Monte Cooper to Tim Fisher, dated September 22, 2011.

11. Attached hereto as **Exhibit 39** is a true and correct copy of an email from Monte Cooper to Tim Fisher, dated September 14, 2011.

12. Attached hereto as **Exhibit 40** is a true and correct copy of a Defendant Power Ventures, Inc.'s Responses to Facebook, Inc.'s First Set of Requests for Production, dated December 15, 2010.

13. Attached hereto as **Exhibit 41** is a true and correct copy of a letter from Tim Fisher to Morvarid Metanat, dated May 31, 2011.

14. Attached hereto as **Exhibit 42** is a true and correct copy of Defendant Power Ventures, Inc.'s Responses to Facebook, Inc.'s Second Set of Request for Production, served on July 5, 2011.

15. Attached hereto as **Exhibit 43** is a true and correct copy of Defendant Steve Vachani's Response to Facebook, Inc.'s Second Set of Request for Production, served on July 5, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of September, 2011 at Menlo Park, California.

Dated: September 28, 2011                ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Morvarid Metanat*
MORVARID METANAT
Attorneys for Plaintiff
FACEBOOK, INC.