I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORAVIRD METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780-JW |
| Plaintiff, | **PROOF OF SERVICE VIA ELECTRONIC MAIL** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

# DECLARATION OF SERVICE

I, Marilyn Ortiz, am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On September 28, 2011, I served the foregoing documents:

**EXHIBITS 30, 35-37 TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF FACEBOOK'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES FROM DEFENDANT POWER VENTURES, INC.**

by transmitting via electronic mail in Adobe PDF format the above-listed document(s) to the electronic address(es) set forth below:

| | |
|---|---|
| Scott A. Bursor, Esq. | L. Timothy Fisher, Esq. |
| scott@bursor.com | ltfisher@bursor.com |
| **BURSOR & FISHER, P.A.** | **BURSOR & FISHER, P.A.** |
| 369 Lexington Avenue, 10th Floor | 2121 North California Blvd., Suite 1010 |
| New York, NY 10017-6531 | Walnut Creek, CA 94596 |
| Tel: 212-989-9113 | Tel: 925-482-1515 |
| Fax: 212-989-9163 | Fax: 925-407-2700 |

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2011, at Menlo Park, California.

/s/ *Marilyn Ortiz*
Marilyn Ortiz