| | |
|---|---|
| 1 | BURSOR & FISHER, P.A. |
| 2 | L. Timothy Fisher (State Bar No. 191626)<br>Sarah N. Westcot (State Bar No. 264916) |
| 3 | 1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700 |
| 5 | E-Mail: ltfisher@bursor.com<br>          swestcot@bursor.com |
| 6 | BURSOR & FISHER, P.A. |
| 7 | Scott A. Bursor (State Bar No. 276006)<br>369 Lexington Avenue, 10th Floor |
| 8 | New York, NY  10017<br>Telephone:  (212) 989-9113 |
| 9 | Facsimile:  (212) 989-9163<br>E-Mail: scott@bursor.com |
| 10 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 11 | Alan R. Plutzik (State Bar No. 077785)<br>Michael S. Strimling (State Bar No. 96135) |
| 12 | 2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA  94598 |
| 13 | Telephone:  (925) 945-0200<br>Facsimile:  (925) 945-8792 |
| 14 | E-Mails: aplutzik@bramsonplutzik.com<br>            mstrimling@bramsonplutzik.com |
| 15 | Attorneys for Defendants Power |
| 16 | Ventures, Inc. and Steve Vachani |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                                        Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                                        Defendants. | Case No. 5:08-CV-05780 JW<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS AND TELEPHONE NUMBER** |

NOTICE OF CHANGE OF FIRM ADDRESS AND TELEPHONE NUMBER
CASE NO. 5:08-CV-05780 JW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the California office of Bursor & Fisher, P.A. has changed its address and telephone number.

The new contact information for Bursor & Fisher, P.A. is as follows:

L. Timothy Fisher
Sarah N. Westcot
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       swestcot@bursor.com

Dated:  October 3, 2011            BURSOR & FISHER, P.A.

                                            By            /s/
                                                  L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
        swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:   (212) 989-9163
E-Mail:  scott@bursor.com

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com
        mstrimling@bramsonplutzik.com

Attorneys for Defendants Power Ventures, Inc. and Steve Vachani