IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Facebook, Inc., | NO. C 08-05780 JW |
|       Plaintiff, | **ORDER OF REFERRAL TO MAGISTRATE JUDGE** |
|   v. | |
| Power Ventures, Inc., et al., | |
|       Defendants. | |

Pursuant to Civil Local Rule 72-1, the Court REFERS Plaintiff's Motion to Compel[1] and any further discovery disputes in this action to a randomly assigned Magistrate Judge for resolution. The hearing noticed for October 24, 2011 is vacated. Plaintiff shall re-notice the Motion for hearing before the Magistrate Judge pursuant to the Civil Local Rules of Court and any standing orders or procedures of the Magistrate Judge upon assignment.

Dated: October 6, 2011

                                                   JAMES WARE
                                                 United States District Chief Judge

---

[1] (Docket Item No. 139.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Cindy Ann Cohn cindy@eff.org
David P. Chiappetta david.chiappetta@corrs.com.au
Indra Neel Chatterjee nchatterjee@orrick.com
Joseph Perry Cutler Jcutler@perkinscoie.com
Lawrence Timothy Fisher ltfisher@bursor.com
Monte M.F. Cooper mcooper@orrick.com
Morvarid Metanat mmetanat@orrick.com
Sarah Nicole Westcot swestcot@bursor.com
Scott A. Bursor scott@bursor.com
Theresa Ann Sutton tsutton@orrick.com

**Dated:  October 6, 2011**                              **Richard W. Wieking, Clerk**

                                                         **By:      /s/ JW Chambers            **
                                                         **     Susan Imbriani**
                                                         **     Courtroom Deputy**