**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN FRANCISCO DIVISION

10   Facebook, Inc.,                                   NO. C 08-05780 JW

11              Plaintiff,                        **ORDER OF REFERRAL TO**
         v.                                       **MAGISTRATE JUDGE**
12
     Power Ventures, Inc., et al.,
13
                Defendants.
14   _____/

15        Pursuant to Civil Local Rule 72-1, the Court REFERS Plaintiff's Motions to Compel[1] and

16   any further discovery disputes in this action to a randomly assigned Magistrate Judge for resolution.

17   The hearing noticed for October 24, 2011 is vacated.  Plaintiff shall re-notice the Motions for

18   hearing before the Magistrate Judge pursuant to the Civil Local Rules of Court and any standing

19   orders or procedures of the Magistrate Judge upon assignment.

20

21   Dated:  October 6, 2011                    _____
                                                JAMES WARE
22                                              United States District Chief Judge

23

24

25

26

27

28        [1] (Docket Item Nos. 129, 139.)

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Cindy Ann Cohn cindy@eff.org
David P. Chiappetta david.chiappetta@corrs.com.au
Indra Neel Chatterjee nchatterjee@orrick.com
Joseph Perry Cutler Jcutler@perkinscoie.com
Lawrence Timothy Fisher ltfisher@bursor.com
Monte M.F. Cooper mcooper@orrick.com
Morvarid Metanat mmetanat@orrick.com
Sarah Nicole Westcot swestcot@bursor.com
Scott A. Bursor scott@bursor.com
Theresa Ann Sutton tsutton@orrick.com


**Dated:  October 6, 2011**                         **Richard W. Wieking, Clerk**


                                                    **By:      /s/ JW Chambers**
                                                         **Susan Imbriani**
                                                         **Courtroom Deputy**