I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.   5:08-cv-05780 JW <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S THIRD MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULES 6-3 AND 16-2** <br><br> Judge:       Hon. James Ware <br> Courtoom:  15, 18th Floor |

1 | The Court, having considered all papers filed in support of and in opposition to, Plaintiff Facebook, Inc's Third Motion to Enlarge Time Pursuant to Civil Local Rule 6-3 and 16-2, good cause appearing, hereby orders as follows:

1. The December 12, 2011, hearing on Power Venture, Inc.'s Motion for Summary Judgment (Dkt. No. 98), shall be vacated and a new hearing date set for March 2, 2012, or any other date convenient for the Court.

2. Facebook's Opposition to the Motion for Summary Judgment and supporting papers shall be filed and served on or before February 3, 2012; and

3. Defendants' Reply, if any, shall be filed and served on or before February 17, 2012.

4. Expert Reports are due 60 days after Power produces all of its source code.

**IT IS SO ORDERED**.

Dated:

**JAMES WARE**
United States District Chief Judge

[PROPOSED] ORDER GRANTING
MOTION TO ENLARGE TIME
5:08-CV-05780 JW