# EXHIBIT F

**Dalton, Amy**

**Subject:** FW: Facebook v. Power

**From:** L. Timothy Fisher [mailto:ltfisher@bursor.com]
**Sent:** Friday, August 26, 2011 11:58 AM
**To:** Cooper, Monte
**Cc:** Scott A. Bursor
**Subject:** Facebook v. Power

Dear Monte:
We received your letter from earlier today.  We are in the process of providing some additional files to Mr. Melling for his review including the requested database and PowerScript files.  If Mr. Melling concludes that there are additional files he requires, we are happy to work with you to provide them to the extent such files exist and can be recovered from Power's archives.

Tim
--
L. Timothy Fisher
Bursor & Fisher, P.A.
2121 North California Boulevard, Suite 1010
Walnut Creek, California 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com