# EXHIBIT G

**Dalton, Amy**

| | |
|---|---|
| **From:** | Cooper, Monte |
| **Sent:** | Thursday, September 01, 2011 12:48 PM |
| **To:** | L. Timothy Fisher; Scott A. Bursor |
| **Cc:** | Larry Mellng; Chatterjee, Neel; Sutton, Theresa A.; Metanat, Morvarid; Dalton, Amy; Beardsley, Megan M.; Mudurian, Karen N. |
| **Subject:** | RE: Facebook v. Power |

Tim and Scott:

Larry Mellng (who I am cc:ing) advises me that we still have not been able to review the Power MSSQL database(s) that includes the content for REDACTED, REDACTED, REDACTED, etc., which I understand he noted were missing from the code he reviewed.  I also understand that as of Monday, we still were missing information from the code.  By way of example, we're missing how the user initiated certain PowerScript applications.  It is my understanding Larry provided you two files reflecting the missing databases and the missing information.  Finally, I understand that Mr. Mellng was able to identify version control information, and we therefore want to know what versions of the Power code were produced, and which versions were not.

We also have not been advised when we will receive written copies of the code that Mr. Melling reviewed.  Please let us know when that may be forthcoming.

Finally, Mr. Melllng has requested that he review the code further next week.  Could you advise what dates he can come to the Walnut Creek office to further review the code?

As you know from our recent Motion for a Second Continuance, much of this information is time sensitive given the existing deadlines for Facebook to file its opposition to the Motion for Summary Judgment, and expert reports.  Facebook therefore reserves its right to bring these issues to the Court's attention, as necessary, to ensure that it is not prejudiced.

Thanks,

Monte

---

**From:** L. Timothy Fisher [mailto:ltfisher@bursor.com]
**Sent:** Friday, August 26, 2011 11:58 AM
**To:** Cooper, Monte
**Cc:** Scott A. Bursor
**Subject:** Facebook v. Power

Dear Monte:
We received your letter from earlier today.  We are in the process of providing some additional files to Mr. Melling for his review including the requested database and PowerScript files.  If Mr. Melling concludes that there are additional files he requires, we are happy to work with you to provide them to the extent such files exist and can be recovered from Power's archives.

Tim
--
L. Timothy Fisher
Bursor & Fisher, P.A.

1

2121 North California Boulevard, Suite 1010
Walnut Creek, California 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com