# EXHIBIT I

**Dalton, Amy**

| | |
|---|---|
| **From:** | L. Timothy Fisher [ltfisher@bursor.com] |
| **Sent:** | Friday, September 16, 2011 11:10 AM |
| **To:** | Cooper, Monte |
| **Cc:** | Metanat, Morvarid; scott@bursor.com; larry@zeidmanconsulting.com; Chatterjee, Neel; Sutton, Theresa A.; Dalton, Amy; Beardsley, Megan M.; Mudurian, Karen N.; Neal Deckant |
| **Subject:** | Re: Facebook v. Power |

Dear Monte:

This is in response to your e-mails from Wednesday and Thursday.

1. On Wednesday, we sent a CD to Ms. Dalton with the requested source code excerpts. After those excerpts are printed, please have her return the CD to us immediately.

2. We believe that the additional documents that Facebook and Mr. Melling are seeking are not remotely relevant to the claims in this case and are outside of the scope of the Court's order requiring the production of Power's source code. Nevertheless, in an effort to avoid any further delays and to move this case forward, we are working with our client to produce additional documents that should resolve most of the issues identified in your e-mails. We are currently in the process of working out some logistical issues and hope to have additional information for you next week about when those documents will be produced.

3. Neither Mr. Santos nor Mr. Herrera is an officer, director or managing agent of Power at this time. In fact, they have no involvement with Power whatsoever at this juncture. Accordingly, defendants cannot produce them for depositions.

4. We disagree with you regarding the responses to Interrogatories Nos. 20 and 21. The documents we anticipate producing shortly should provide the information sought by Interrogatory No. 20. The response to Interrogatory No. 21 is complete and fully responsive.

If you wish to meet and confer regarding these issues further, I am available most of the day on Tuesday or Wednesday next week.

Tim
--
L. Timothy Fisher
Bursor & Fisher, P.A.
2121 North California Boulevard, Suite 1010
Walnut Creek, California 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com


On Wed, Sep 14, 2011 at 1:17 AM, Cooper, Monte <mcooper@orrick.com> wrote:

Tim:

1