# EXHIBIT L

**Dalton, Amy**

| | |
|---|---|
| **From:** | L. Timothy Fisher [ltfisher@bursor.com] |
| **Sent:** | Friday, October 07, 2011 12:03 PM |
| **To:** | Cooper, Monte |
| **Cc:** | Neal Deckant; scott@bursor.com; Metanat, Morvarid; Chatterjee, Neel; Sutton, Theresa A.; Dalton, Amy; Beardsley, Megan M.; Mudurian, Karen N.; larry@zeidmanconsulting.com; bob@zeidmanconsulting.com; Rick Ostiller |
| **Subject:** | Re: Facebook v. Power |

Monte:

We will not agree to a third extension of time for you to respond to our summary judgment motion, which was filed more than five months ago on May 6.  Since that motion was filed, we have produced Power's entire source code as well as numerous other related documents.  You have also obtained thousands of pages of e-mails and other documents from third parties and former Power employees.  The additional documents that you now seek are far beyond the scope of the Court's order and may not even exist.

You have already obtained two extensions of time from the Court.  It is time for your client to put its cards on the table and to respond to the summary judgment motion.
Tim
--
L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

On Fri, Oct 7, 2011 at 11:29 AM, Cooper, Monte <mcooper@orrick.com> wrote:

Tim:


In light of Power's more than one month delay in producing the relevant databases referenced in my emails below that the Court has ordered be produced, and which you promised would be produced in response to Larry Melling's and my own multiple inquiries, Facebook would like to know if Power will stipulate to an extension for the filing of its Opposition to Power's pending Motion for Summary Judgment, and preparation of its Expert Reports, until the later of 60 days after the production of the databases, or 60 days after production of any documents that the Court orders be produced in conjunction with Facebook's pending motions to compel.


If Power won't agree to the proposed extension, please explain how Power proposes to correct the prejudice that Facebook has suffered by the on-going non-production of critical source code databases that the Court ordered be produced long before now.


Monte