1   BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
2   Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
3   Walnut Creek, CA  94596
Telephone: (925) 300-4455
4   Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
5          swestcot@bursor.com

6   BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
7   369 Lexington Avenue, 10th Floor
New York, NY  10017
8   Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
9   E-Mail: scott@bursor.com

10   BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
11   Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
12   Walnut Creek, CA  94598
Telephone:  (925) 945-0200
13   Facsimile:  (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com
14          mstrimling@bramsonplutzik.com

15   Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani
16
UNITED STATES DISTRICT COURT
17
NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19   FACEBOOK, INC., | Case No. 5:08-cv-05780 JW |
| 20                        Plaintiff, | **DECLARATION OF L. TIMOTHY** |
| 21   -against- | **FISHER IN SUPPORT OF** **DEFENDANTS' RESPONSE TO** |
| 22   POWER VENTURES, INC. d/b/a POWER.COM, a | **FACEBOOK, INC.'S THIRD** **MOTION TO ENLARGE TIME** |
| 23   California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, | |
| 24   an individual; DOE 1, d/b/a POWER.COM, an | Dept:        Courtroom 15, 18th Floor |
| 25   individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or | Judge:       Honorable James Ware |
| 26   business entities of unknown nature, | |
| 27                        Defendants. | |

28

DECLARATION OF L. TIMOTHY FISHER
 CASE NO. 5:08-CV-05780 JW

1    I, L. Timothy Fisher, declare as follows:

2    1.    I am a partner at Bursor & Fisher, P.A., counsel of record for Defendants Power

3    Ventures, Inc. and Steve Vachani.  I am an attorney at law licensed to practice in the State of

4    California, and I am a member of the bar of this Court.  I have personal knowledge of the facts set

5    forth in this declaration and, if called as a witness, I could and would testify competently thereto.

6    2.    Defendant Power Ventures, Inc. ("Power") produced its entire source code on

7    August 23, 2011.  Facebook's expert Lawrence Melling spent more than seven full days inspecting

8    the code.

9    3.    On September 14, 2011, Power produced excerpts of its source code totaling 1,733

10   pages in response to a request from Facebook pursuant to Section 8 (d) of the stipulated protective

11   order to Facebook.

12   4.    Following the inspection of Power's source code, Facebook's expert requested

13   additional documents largely consisting of Power's databases and subversion repositories.

14   5.    On October 14, 2011, Power provided the additional documents requested by

15   Facebook's expert.  The production spanned 5 DVDs and consisted of approximately 15.6 GB of

16   databases and approximately 4 GB of subversion repositories.

17   I declare under the penalty of perjury under the laws of the State of California that the

18   foregoing is true and correct, executed on October 17, 2011 at Walnut Creek, California.

19

20

21

22   _____

23   L. Timothy Fisher

24

25

26

27

28

DECLARATION OF L. TIMOTHY FISHER                    1
 CASE NO. 5:08-CV-05780 JW