1   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
2   MONTE M.F. COOPER (STATE BAR NO. 196746)
    mcooper@orrick.com
3   THERESA A. SUTTON (STATE BAR NO. 211857)
    tsutton@orrick.com
4   MORVARID METANAT (STATE BAR NO. 268228)
    mmetanat@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
6   Menlo Park, California  94025
    Telephone:     650-614-7400
7   Facsimile:     650-614-7401

8   Attorneys for Plaintiff
    FACEBOOK, INC.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  FACEBOOK, INC.,                        Case No. 5:08-cv-05780 JW

15            Plaintiff,                   **UNOPPOSED MOTION FOR
                                           ADMINISTRATIVE RELIEF
16       v.                                PURSUANT TO CIVIL L.R. 7-11 FOR
                                           ASSIGNMENT OF MAGISTRATE
17  POWER VENTURES, INC., a Cayman Island  JUDGE**
    corporation; STEVE VACHANI, an individual;
18  DOE 1, d/b/a POWER.COM, DOES 2-25,     Dept:      Courtroom 9, 19th Floor
    inclusive,                             Judge:     Honorable James Ware
19
            Defendants.
20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

1   On October 6, 2011, the Court issued an Order in which it referred Facebook's pending

2   "Motions to Compel [which had been noticed for hearing on October 24, 2011] and any further

3   discovery disputes in this action to a randomly assigned Magistrate Judge for resolution."   Dkt.

4   No. 156.  The Court further ordered Facebook to "re-notice the Motions for hearing before the

5   Magistrate Judge pursuant to the Civil Local Rules."  *Id.*

6   Two weeks have passed since the Court referred Facebook's Motions to a "randomly

7   assigned Magistrate Judge for resolution," but no Magistrate Judge has been assigned.  Facebook

8   is, thus, unable to re-notice its Motions to Compel, Dkt. Nos. 129 and 139, which have been fully

9   briefed since September 13 and September 28, 2011, respectively.   Further, Facebook cannot file

10  a third motion to compel that it has prepared, because it does not know which Magistrate Judge

11  the motion needs to be calendared with.  Facebook, therefore, respectfully requests that the Court

12  ask the Clerk to assign this case to a Magistrate Judge so that Facebook's motions may be heard,

13  and so that further discovery disputes have a judicial officer assigned to resolve them.

14  Dated: October 20, 2011                              ORRICK, HERRINGTON & SUTCLIFFE LLP

15

16                                                      By: _____*/s/ Theresa A. Sutton /s/*_____

17                                                           THERESA A. SUTTON
                                                             Attorneys for Plaintiff
18                                                           FACEBOOK, INC.

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

MOTION FOR ADMINISTRATIVE RELIEF
RE ASSIGNMENT OF MAGISTRATE JUDGE
CASE NO. 5:08-CV-05780 JW