I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780 JW <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 FOR ASSIGNMENT OF MAGISTRATE JUDGE** <br><br> Dept:    Courtroom 9, 19th Floor <br> Judge:   Honorable James Ware |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING ADMIN.RELIEF
RE ASSIGNMENT OF MAGISTRATE JUDGE
CASE NO. 5:08-CV-05780 JW

1  Having read and considered Facebook's Unopposed Motion for Administrative Relief
2  Pursuant to Civil Local Rule 7-11 For Assignment of Magistrate Judge, and good cause appearing
3  therefor,
4  The Court hereby **GRANTS** Facebook's Motion and directs the Clerk to assign a
5  Magistrate Judge to the above-captioned case for purposes of resolving discovery disputes.
6  **IT IS SO ORDERED**.

                Honorable James Ware
                Chief Judge, United States District Court
                Northern District of California

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

[PROPOSED] ORDER GRANTING ADMIN.RELIEF
RE ASSIGNMENT OF MAGISTRATE JUDGE
CASE NO. 5:08-CV-05780 JW