I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>             Defendants. | Case No. 5:08-cv-05780 JW<br><br>**DECLARATION OF THERESA A. SUTTON IN SUPPORT OF UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 FOR ASSIGNMENT OF MAGISTRATE JUDGE**<br><br>Dept:     Courtroom 9, 19th Floor<br>Judge:    Honorable James Ware |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

SUTTON DECL. ISO MOT. FOR ADMIN.RELIEF
RE ASSIGNMENT OF MAGISTRATE JUDGE
CASE NO. 5:08-CV-05780 JW

I, Theresa A. Sutton, declare as follows:

1. I am an associate with Orrick, Herrington & Sutcliffe, counsel of record for Plaintiff Facebook, Inc. I make this declaration based on my personal knowledge in support of Facebook's Motion for Administrative Relief for Assignment of Magistrate Judge. If called as a witness, I could and would testify competently as to the facts stated herein. On October 19, 2011, I emailed defendants' counsel, L. Timothy Fisher, to determine whether defendants would oppose Facebook's request for assignment of a Magistrate Judge in this matter. Mr. Fisher responded that defendants would not oppose this Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October, 2011 at Menlo Park, California.

          */s/ Theresa A. Sutton /s/*
          THERESA A. SUTTON

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

SUTTON DECL. ISO MOT. FOR ADMIN. RELIEF
RE ASSIGNMENT OF MAGISTRATE JUDGE
CASE NO. 5:08-CV-05780 JW