I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

1  This stipulation is entered into by and between Facebook, Inc., on the one hand, and
2  Defendants Power Ventures, Inc. and Steve Vachani ("Defendants"), on the other hand, through
3  their respective counsel as follows:
4  WHEREAS, on October 13, 2011, Facebook moved to enlarge time to Oppose
5  Defendants' pending Motion for Summary Judgment and to file Expert Reports,
6  WHEREAS, on October 14, 2011, Power produced portions of Power's source code as
7  identified by Facebook,
8  WHEREAS, the parties agree that, in light of the October 14, 2011 production of
9  additional source code files, Facebook should receive additional time to review the newly
10 produced files,
11 NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and
12 agreed that Facebook's deadline to file its Opposition to Defendants' pending Motion for
13 Summary Judgment is extended for twenty-six (26) days, from November 4, 2011, to November
14 30, 2011, and that the parties' Expert Report deadline is extended for thirty-one (31) days, from
15 November 18, 2011, to December 19, 2011.  Subject to the Court's approval, the parties stipulate
16 to a shortened Expert Report and Rebuttal Expert Report deadline to retain the current close of
17 discovery deadline.  Accordingly, the parties propose the following scheduling amendments,
18 subject to this Court's approval:

| Deadline | Current Schedule | New Case Schedule |
|---|---|---|
| Close of all discovery | January 20, 2012 | January 20, 2012 |
| Last date for Hearing Dispositive Motions *(=60 days after the close of all discovery)* | March 19, 2012 | March 19, 2012 |
| Preliminary Pretrial Conference *(=30 days before the close of all discovery)* | N/A<br><br>Court to set new dates | N/A<br><br>Court to set new dates |
| Preliminary Pretrial Conference Statements *(Due 10 days before conference)* | N/A<br><br>Court to set new dates | N/A<br><br>Court to set new dates |

| | | |
|---|---|---|
| Expert Reports *(=63 days before close of discovery)* | November 18, 2011 | December 19, 2011<br><br>*The parties stipulate to a shortened schedule to retain the current close of discovery date |
| Rebuttal Expert Reports *(=49 days prior to discovery cutoff)* | December 2, 2011 | January 3, 2012<br><br>*The parties stipulate to a shortened schedule to retain the current close of discovery date |
| Last day for Daubert Motions to be heard *(42 days after both expert and rebuttal expert disclosures on a Monday (Law and motion day) at 9:00 am* | -   January 9, 2012 | -   February 13, 2012 |
| **Summary Judgment Motion Amendments** | **Current Schedule** | **New Schedule** |
| Hearing on Power's MSJ | December 12, 2011 | At Court's convenience |
| Opp to Power's MSJ | November 4, 2011 | November 30, 2011 |
| Reply to MSJ | November 11, 2011 | December 7, 2011 |

Dated: October 20, 2011   ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____*/s/ Monte M.F. Cooper /s/*_____
MONTE M.F. COOPER
Attorneys for Plaintiff
FACEBOOK, INC.

1  Dated: October 20, 2011                                 BURSOR & FISHER, P.A.

3                                                          By:      */s/ Timothy Fisher /s/*
4                                                                    TIMOTHY FISHER
                                                                  Attorneys for Defendants
                                                              POWER VENTURES, INC.; STEVE
5                                                                VACHANI; and POWER.COM

7  **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

8  perjury that concurrence in the filing of the document has been obtained from its signatory.

10  Dated: October 20, 2011                                 Respectfully submitted,

                                                                    */s/ Monte Cooper*
11                                                                  MONTE F. COOPER

13  PURSUANT TO STIPULATION, IT IS SO ORDERED:

15  DATED: _____       _____
                                                    JAMES WARE
16                                                  United States District Judge