I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                    Defendants. | Case No. 5:08-cv-05780 JW<br><br>**NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 FOR ASSIGNMENT OF MAGISTRATE JUDGE**<br><br>Dept:         Courtroom 9, 19th Floor<br>Judge:       Honorable James Ware |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF WITHDRAWAL OF MOT. FOR ADMIN.
RELIEF RE ASSIGN. OF MAGISTRATE JUDGE
CASE NO. 5:08-CV-05780 JW

TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Facebook hereby withdraws its Unopposed Motion for Administrative Relief Pursuant to Civil L.R. 7-11 For Assignment of Magistrate Judge. Dkt. No. 160.

Dated: October 20, 2011                             ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____*/s/ Theresa A. Sutton /s/*_____
THERESA A. SUTTON
Attorneys for Plaintiff
FACEBOOK, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

MOTION FOR ADMINISTRATIVE RELIEF
RE ASSIGNMENT OF MAGISTRATE JUDGE
CASE NO. 5:08-CV-05780 JW