IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Facebook, Inc.,<br><br>                Plaintiff,<br>        v.<br><br>Power Ventures, Inc., et al.,<br><br>                Defendants. | NO. C 08-05780 JW<br><br>**ORDER ADOPTING IN PART STIPULATION TO EXTEND TIME** |

Presently before the Court is the parties' Stipulation to Extend Time. (Docket Item No. 161.) Upon review, the Court finds good cause to ADOPT in part the parties' Stipulation and ORDERS as follows:

(1) The close of all discovery in this case is set for **January 20, 2012**.

(2) The last date for hearing dispositive motions shall be **March 19, 2012**.

(3) The Court sets **December 19, 2011 at 11 a.m.** for a Preliminary Pretrial Conference. On or before **December 9, 2011**, the parties shall file a Joint Preliminary Pretrial Statement including, *inter alia*, a good faith proposed schedule for trial.

(4) Expert reports shall be due on **December 19, 2011**.

(5) Rebuttal expert reports shall be due on **January 3, 2012**.

(6) The last date for hearing Daubert motions shall be **February 13, 2012**.

(7) The hearing on Defendant Power Ventures' Motion for Summary Judgment is CONTINUED to **December 19, 2011 at 9 a.m.**

(8) On or before **November 28, 2011**, Plaintiff shall file its Opposition to the Motion for Summary Judgment.

(9) On or before **December 5, 2011**, Defendants shall file their Reply.

No further extensions of time shall be granted.[1]

Dated: October 24, 2011

JAMES WARE
United States District Chief Judge

---

[1] In light of the parties' Stipulation, the Court DENIES as moot Facebook Inc.'s Third Motion to Enlarge Time Pursuant to Civil Local Rules 6-3 and 16-12. (Docket Item No. 157.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Cindy Ann Cohn cindy@eff.org
David P. Chiappetta david.chiappetta@corrs.com.au
Indra Neel Chatterjee nchatterjee@orrick.com
Joseph Perry Cutler Jcutler@perkinscoie.com
Lawrence Timothy Fisher ltfisher@bursor.com
Morvarid Metanat mmetanat@orrick.com
Sarah Nicole Westcot swestcot@bursor.com
Scott A. Bursor scott@bursor.com
Theresa Ann Sutton tsutton@orrick.com

**Dated: October 24, 2011**              **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**