# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-05780 JW (JCS)**

**CASE NAME:  FACEBOOK, INC. v.  POWER VENTURES, INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: October 25, 2011      **TIME: 6 M** | **COURT REPORTER**: <u>Kathy Wyatt</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Neel Chatterjee (T)* | <u>**COUNSEL FOR DEFENDANT:**</u><br>Lawrence Timothy Fisher (T)* |

**PROCEEDINGS:**                                                                 **RULING:**

1. Telephonic Discovery Hearing                                          Held

___

<u>**ORDERED AFTER HEARING:**</u>

Counsel shall bring the necessary people to discuss terms of a search protocol at the Nov. 4th hearing.  Lead trial counsel, and Dft Mr. Vachani shall appear in person on 11/4/11.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant       () Court

**CASE CONTINUED TO: 11/04/11 at 1:30 p.m., for oral argument on Plaintiff's Motions to Compel (docket nos. 129 and 139).**

___

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**      at 9:30 a.m. | | **Pretrial Conference:**       at 1:30 p.m. |
| **Trial Date:**             at 8:30 a.m.  ()Jury   ()Court       Set for       days | | |

**cc:**       Chambers; Karen
* (T) = Telephonic Appearance