# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 08-5780 JW (JCS)**

**CASE NAME:** Facebook, Inc., v. Power Ventures

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Nov. 4, 2011      **TIME:** 10 M | **COURT REPORTER**: <u>Debra Pas</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Neel Chatterjee<br>Morvarid Metanat | **COUNSEL FOR DEFENDANT:**<br>Timothy Fisher |

| PROCEEDINGS: | RULING: |
|---|---|
| 1.  Motion to Compel Prod. Of Docs & Discovery Responses [docket 139] | Granted |
| 2.  Motion to Compel Defendant's to Perform a Thorough Search for Responsive Docs [docket 129] | Granted |

**ORDERED AFTER HEARING:**

**Motion to Compel Production of Documents & Discovery Responses [docket no. 139]** - Dft Power shall to produce documents in response to Requests for Production Nos. 8, 21, 22, 23, 24, 25, 26, 27, 28, 36, 40, 41, 56, 65 and 66 and supplement its responses to Interrogatory Nos. 1, 2, 3, 7, 13, 14, 15 and 19.

**Motion to Compel Defendant's To Perform a Thorough Search for Responsive Documents [docket no. 129]** - Counsel adjourned to jury room to meet and confer and provide a search protocol to the Court.

**At 3:33 PM:** Mr. Steve Vachani was placed under oath regarding electronic information stored on the ASA drive.  Agreed to search protocol was placed on the record.

**ORDER TO BE PREPARED BY:**         () Plaintiff       () Defendant       () Court

**CASE CONTINUED TO:**

**cc:**       Chambers; Karen
* (T) = Telephonic Appearance