I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No.   5:08-cv-05780 JW<br><br>**FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, JUDGMENT PURSUANT TO CIVIL LOCAL RULE 79-5(B), THE DECLARATIONS OF RYAN MCGEEHAN AND JOSEPH CUTLER, AND PORTIONS OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY**<br><br>Dept:　　Courtroom 9, 19th Floor<br>Judge:　　Honorable James Ware |

Pursuant to Civil Local Rule 79-5(b), Facebook Inc. respectfully submits this Motion for Administrative Relief to File Under Seal the entirety of: 1) the November 13, 2011 Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act ("McGeehan Declaration"), and Exhibits 2-4 thereto; 2) portions of the November 14, 2011, Declaration of Joseph Cutler ("Cutler Declaration") and portions of Exhibit C attached thereto; and 3) portions of Facebook's Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act. This Motion is accompanied by the Declaration of Morvarid Metanat in support of Facebook's Administrative Motion ("Metanat Declaration") as well as the attached Proposed Order.

Pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95), Facebook has designated as "Highly Confidential—Attorneys' Eyes Only," the entirety of the McGeehan Declaration, as well as portions of the Cutler Declaration. The McGeehan Declaration contains commercially sensitive and proprietary information, which Facebook has not disclosed publicly. The Cutler Declaration contains similarly commercially sensitive and proprietary Facebook and Perkins Coie information. As described in the Declaration of Morvarid Metanat in Support of Facebook's Motion to Seal ("Metanat Declaration") attached hereto, a compelling need exists to maintain the secrecy of the McGeehan Declaration, and Exhibits 2-4, thereto; portions of the Cutler Declaration and portions of Exhibit C attached thereto; and portions of Facebook's Motion for Partial Summary Judgment. Facebook, therefore, respectfully requests that the Court grant its Motion for Administrative Relief to Seal these declarations, as detailed in the Metanat Declaration.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2011 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ *Morvarid Metanat* /s/
**MORVARID METANAT**
Attorneys for Plaintiff
FACEBOOK, INC.