Case 5:08-cv-05780-LHK   Document 167-1   Filed 11/15/11   Page 1 of 3

I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                Plaintiffs,<br><br>        v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                Defendants. | Case No.   5:08-cv-05780 JW<br><br>**DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5(B), THE DECLARATIONS OF RYAN MCGEEHAN AND JOSEPH CUTLER, AND PORTIONS OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Dept:         Courtroom 9, 19th Floor<br>Judge:       Hon. James Ware |

5:08-CV-05780 JW

1      I, Morvarid Metanat, declare:

2      1.      I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP and
counsel for Plaintiff Facebook, Inc., I make this declaration in support of Facebook's
Administrative Motion, pursuant to Civil Local Rule 79-5(b), to file: 1) the entire November 13,
2011 Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary
Judgment on Count 1 of the CAN-SPAM Act ("McGeehan Declaration"), and Exhibits 2-4
thereto; 2) portions of the Declaration of Joseph Cutler in Support of Facebook's Motion for
Partial Summary Judgment on Count 1 of the CAN-SPAM Act ("Cutler Declaration") and
portions of Exhibit C attached thereto; and 3) the portions of Facebook's Motion for Partial
Summary Judgment on Count 1 of the CAN-SPAM Act referencing the McGeehan and Cutler
Declarations.  I make this Declaration based on facts made known to me, unless otherwise stated.

       2.      The McGeehan Declaration and the Cutler Declaration have been designated as
"HIGHLY-CONFIDENTIAL-ATTORNEY' EYES ONLY" pursuant to the Parties' Protective
Order, dated February 4, 2011 (Dkt. No. 95).

       3.      Facebook seeks to seal the McGeehan Declaration because it contains Facebook's
confidential and proprietary business information.  Specifically, the McGeehan Declaration
discusses Facebook's internal infrastructure in responding to attacks on Facebook's systems and
servers, including the technical measures implemented by Facebook to prevent such attacks.  This
information is highly sensitive and Facebook may suffer irreparable harm if this information is
not protected from disclosure through public filing.  Specifically, public disclosure of Facebook's
technical measures implemented to prevent attacks on Facebook would enable third parties to
circumvent such measures, putting Facebook at significant risk for future, pervasive attacks.  For
these reasons, Facebook respectfully requests that the McGeehan Declaration be sealed from the
public record.

       4.      Facebook also seeks to seal portions of the Cutler Declaration, specifically
Paragraphs 3-6, 10, 12 and Exhibits B and C attached thereto.  Like Mr. McGeehan, Mr. Cutler
discusses Facebook's confidential and proprietary business information, including specific details
related to the investigation the Perkins firm performed for Facebook, how Facebook responded to

1  Defendants' spam attacks, and Perkins' legal fees.  Public disclosure of Facebook's technical
2  measures implemented to prevent attacks on Facebook would enable third parties to circumvent
3  such measures, putting Facebook at significant risk for future, pervasive attacks.  In addition, both
4  Facebook and Perkins have a business desire to maintain the confidentiality of the legal fees
5  Facebook incurred, as such information is commercially sensitive.  For these reasons, Facebook
6  respectfully requests that portions of Paragraphs 10, 12, 15 of, as well as Exhibit C to, the Cutler
7  Declaration be sealed from the public record.

8      5.    To the extent Facebook, in its moving papers, quotes from or derives information
9  from either the McGeehan and Cutler Declarations, for the foregoing reasons, it also respectfully
10 requests that those portions of Facebook's Motion for Partial Summary Judgment on Count 1 of
11 the CAN-SPAM Act be sealed.

12 I declare under penalty of perjury under the laws of the United States that the foregoing is
13 true and correct.

14 Executed this 14th day of November, 2011 at Menlo Park, California.

                                        /s/  Morvarid Metanat
                                        **MORVARID METANAT**