1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  FACEBOOK, INC.,                         Case No.   5:08-cv-05780 JW

15              Plaintiffs,                  **[PROPOSED] ORDER GRANTING
                                             FACEBOOK INC.'S MOTION FOR
16       v.                                  ADMINISTRATIVE RELIEF TO
                                             FILE UNDER SEAL THE
17  POWER VENTURES, INC. a Cayman Island     DECLARATIONS OF RYAN
    Corporation,; STEVE VACHANI, an          MCGEEHAN AND JOSEPH CUTLER
18  individual; DOE 1, d/b/a POWER.COM,      AND PORTIONS OF FACEBOOK'S
    DOES 2-25, inclusive,                    MOTION FOR PARTIAL SUMMARY
19                                           JUDGMENT PURSUANT TO CIVIL
                                             LOCAL RULE 79-5(B)**
20              Defendants.

21                                           Dept:       Courtroom 9, 19th Floor
                                             Judge:      Hon. James Ware
22

23

24

25

26

27

28

1   Facebook seeks to file under seal, pursuant to Civil Local Rule 79-5(b), the Declarations
2   of Ryan McGeehan and Joseph Cutler in Support of Facebook's Motion for Partial Summary
3   Judgment on Count 1, and portions of Facebook's Motion for Partial Summary Judgment
4   incorporating or citing from said Declarations.  Having considered the papers filed in support of
5   and in opposition to the motion, and other matters relevant to the determination of this motion,
6   the Court HEREBY ORDERS that the motion is GRANTED, as follows:

7   (1) The Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial
8   Summary Judgment on Count 1, and Exhibits 2, 3, and 4 shall be filed under seal.

9   (2)  Paragraphs 3-6, 10 and 12, as well as portions of Exhibit C, to the Declaration of
10  Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment on Count 1, shall
11  be filed under seal.

12  (3) The portions of Facebook's Motion for Partial Summary Judgment on Count 1 of
13  the CAN-SPAM Act referencing the McGeehan and Cutler Declarations.

**IT IS SO ORDERED.**

Dated:                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Honorable James Ware
United States District Judge

[PROPOSED] ORDER GRANTING FACEBOOK'S MOTION TO
FILE UNDER SEAL
5:08-CV-05780 JW