I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORAVIRD METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    +1-650-614-7400
Facsimile:    +1-650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.  5:08-cv-05780 JW (HRL) <br><br> **PROOF OF SERVICE VIA ELECTRONIC MAIL** |

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On November 14, 2011, I served the following document(s):

1. **FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT;**

2. **DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT;**

3. **DECLARATION OF JOSEPH CUTLER IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT;**

4. **DECLARATION OF LAWRENCE MELLING IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT;**

5. **DECLARATION OF RYAN MCGEEHAN IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT.**

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 12:00 a.m. Midnight on November 14, 2011. |
|---|---|

| Scott A. Bursor, Esq. *(admitted pro hac vice)*<br>scott@bursor.com<br>**BURSOR & FISHER, P.A.**<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531<br>Tel: 212-989-9113<br>Fax: 212-989-9163 | L. Timothy Fisher, Esq.<br>ltfisher@bursor.com<br>**BURSOR & FISHER, P.A.**<br>2121 North California Blvd., Suite 1010<br>Walnut Creek, CA 94596<br>Tel: 925-482-1515<br>Fax: 925-407-2700 |

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

- 1 -

PROOF OF SERVICE
5:08-CV-05780 JF

OHS WEST:261264141.2

1 | Executed on November 14, 2011 at Menlo Park, California.  I declare under penalty of
2 | perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen N. Mudurian

## Mudurian, Karen N.

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Monday, November 14, 2011 11:56 PM |
| **To:** | 'ltfisher@bursor.com'; 'Scott A. Bursor' |
| **Cc:** | Sutton, Theresa A.; Dalton, Amy |
| **Subject:** | Facebook v. Power Ventures, USDC, ND of CA Case No. 08-5780-JW |
| **Attachments:** | Cutler Decl.zip; Melling Decl.zip; Ryan Decl.zip; Cooper Decl.zip; Proposed Order Granting MSJ.pdf; Facebook MSJ.pdf; Facebook POS.pdf |

DEAR COUNSEL,

ATTACHED PLEASE FIND SERVICE COPIES OF FACEBOOK'S BELOW LISTED DOCUMENTS FILED TODAY, NOVEMBER 14, 2011.

1. FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT;

2. DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT;

3. DECLARATION OF JOSEPH CUTLER IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT;

4. DECLARATION OF LAWRENCE MELLING IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT;

5. DECLARATION OF RYAN MCGEEHAN IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT;

6. FACEBOOK'S PROOF OF SERVICE.

Karen N. Mudurian
*Assistant to I. Neel Chatterjee, Theresa Sutton*
*Daniel Weinberg* and *Jacob Heath*
Orrick, Herrington, & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025
Direct: (650) 614-7396
Fax: (650) 614-7401