I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>               Plaintiffs,<br><br>   v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>               Defendants. | Case No.   5:08-cv-05780 JW<br><br>**FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5(B)**<br><br>Dept:      Courtroom 9, 19th Floor<br>Judge:    Honorable James Ware |

1    Pursuant to Civil Local Rule 79-5(b), Facebook Inc. respectfully submits this Motion for Administrative Relief to File under Seal the following: 1) portions of Exhibits 8 and 9 attached to the Declaration of Morvarid Metanat in Support of Facebook's Motion for Partial Summary Judgment under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 ("Metanat Decl."); and 2) portions of Facebook's Motion for Partial Summary Judgment under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030. This Motion is accompanied by the Declaration of Theresa A. Sutton in Support of Facebook's Administrative Motion ("Sutton Decl.") as well as the attached Proposed Order.

Pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95), Facebook has designated as "Highly Confidential—Attorneys' Eyes Only," portions of Exhibit 8 (the Declaration of Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment for Liability under the CAN-SPAM Act and Exhibits attached thereto), and Exhibit 9 (the Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment for Liability under the CAN-SPAM Act and Exhibits attached thereto).  These Exhibits contain commercially sensitive and propriety information that has not been disclosed publicly.  As described in the Sutton Declaration attached hereto, a compelling need exists to maintain the secrecy of portions of these Exhibits and portions of Facebook's Motion for Partial Summary Judgment.  Facebook, therefore, respectfully requests that the Court grant its Motion for Administrative Relief to Seal portions of these documents, as detailed in the Sutton Declaration.

Dated: November 17, 2011            ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Theresa A. Sutton* /s/
**THERESA A. SUTTON**
Attorneys for Plaintiff
FACEBOOK, INC.