1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | FACEBOOK, INC.,                         | Case No.   5:08-cv-05780 JW
15 |                    Plaintiffs,          | **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(B)**
16 |          v.                             |
17 | POWER VENTURES, INC. a Cayman Island    |
18 | Corporation,; STEVE VACHANI, an         |
   | individual; DOE 1, d/b/a POWER.COM,     | Dept:     Courtroom 9, 19th Floor
19 | DOES 2-25, inclusive,                   | Judge:    Hon. Chief Judge James Ware
20 |                    Defendants.          |

                                              [PROPOSED] ORDER GRANTING FACEBOOK'S MOTION TO
                                                                        FILE UNDER SEAL
                                                                        5:08-CV-05780 JW

Facebook seeks to file under seal, pursuant to Civil Local Rule 79-5(b), portions of Exhibits 8 and 9 to the Declaration of Morvarid Metanat in Support of Facebook's Motion of Partial Summary Judgment Under California Penal Code Section 502 and The Computer Fraud and Abuse Act, 18 U.S.C. § 1030 ("Metanat Declaration"), and portions of Facebook's Motion for Partial Summary Judgment incorporating or citing from said Declarations. Having considered the papers filed in support of and in opposition to the motion, and other matters relevant to the determination of this motion, the Court HEREBY ORDERS that the motion is GRANTED, as follows:

(1)     Portions of Exhibit 8, the Declaration of Joseph Cutler, attached to the Metanat Declaration shall be filed under seal.

(2)     Portions of Exhibit 9, the Declaration of Ryan McGeehan, attached to the Metanat Declaration shall be filed under seal.

(3)     The portions of Facebook's Motion for Partial Summary Judgment under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, referencing the portions of Exhibits 8 or 9 that have been designated as "HIGHLY-CONFIDENTIAL-ATTORNEY' EYES ONLY."

**IT IS SO ORDERED.**

Dated:

_____
Honorable James Ware
Chief Judge
Northern District of California

[PROPOSED] ORDER GRANTING FACEBOOK'S MOTION TO
FILE UNDER SEAL
5:08-CV-05780 JW