I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.   5:08-cv-05780 JW <br><br> **FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5(D)** <br><br> Dept:         Courtroom 9, 19th Floor <br> Judge:       Honorable James Ware |

1  Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. submits this
2  Administrative Motion for sealing order regarding: 1) portions of Facebook's Motion for Partial
3  Summary Judgment under California Penal Code § 502 and the Computer Fraud and Abuse Act,
4  18 U.S.C. § 1030 against Defendants; 2) portions of the July 20, 2011 deposition
5  transcript of Defendant Steve Vachani attached as Exhibit 2 to the Declaration of Morvarid
6  Metanat In Support of Facebook's Motion for Partial Summary Judgment under California Penal
7  Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; and 3) Exhibit Nos. 1, 3,
8  6, 7 and 10 attached to the Declaration of Morvarid Metanat In Support of Partial Summary
9  Judgment under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C.
10 § 1030.

11 Defendants Power Ventures, Inc., Steve Vachani, and other witnesses affiliated with
12 Power Ventures have designated the aforementioned materials as "Highly Confidential-
13 Attorneys' Eyes Only" pursuant to the parties' Protective Order (Dkt No. 95).  Facebook
14 disagrees with these confidentiality designations and hereby lodges with the Clerk, pursuant to
15 Civil L.R. 79-5(d), the aforementioned materials, pending this Court's decision following the
16 filing of Defendants' Declaration (demonstrating good cause to seal these materials from the
17 public record) and narrowly tailored proposed sealing order. Civil L.R. 79-5(d).

Dated: November 17, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                            _____/s/ *Theresa A. Sutton* /s/_____
                                                       **THERESA A. SUTTON**
                                                        Attorneys for Plaintiff
                                                        FACEBOOK, INC.