1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORAVIRD METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
7  Facsimile:    +1-650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No.  5:08-cv-05780 JW (HRL)<br><br>**PROOF OF SERVICE VIA ELECTRONIC MAIL** |

PROOF OF SERVICE
5:08-CV-05780 JF

OHS WEST:261264141.2

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On November 17, 2011, I served the following document(s):

1. **FACEBOOK'S NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES FOR PARTIAL SUMMARY JUDGMENT UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030 (WITH [PROPOSED] ORDER);**

2. **DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030.**

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 12:00 a.m. Midnight on November 17, 2011. |
|---|---|

| Scott A. Bursor, Esq. *(admitted pro hac vice)* | L. Timothy Fisher, Esq. |
| scott@bursor.com | ltfisher@bursor.com |
| **BURSOR & FISHER, P.A.** | **BURSOR & FISHER, P.A.** |
| 369 Lexington Avenue, 10th Floor | 2121 North California Blvd., Suite 1010 |
| New York, NY 10017-6531 | Walnut Creek, CA 94596 |
| Tel: 212-989-9113 | Tel: 925-482-1515 |
| Fax: 212-989-9163 | Fax: 925-407-2700 |

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

Executed on November 17, 2011 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen N. Mudurian

## Mudurian, Karen N.

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Thursday, November 17, 2011 5:40 PM |
| **To:** | 'Scott A. Bursor'; 'ltfisher@bursor.com' |
| **Cc:** | Dalton, Amy; Sutton, Theresa A.; Metanat, Morvarid |
| **Subject:** | Facebook v. Power Ventures, USDC, Case No. 08-5780-JW |
| **Attachments:** | 2011.11.17 [FB] (CONF) Motion for Partial SJ Under CPC 502 and CFAA.pdf; [Proposed] Order MSJ CFAA_502.pdf; 2011.11.17 [FB] POS.pdf; 2011.11.17 [FB] Metanat Decl ISO MSJ - 502 & CFAA.zip |

Dear counsel,

Attached please find service copies of Facebook's Confidential documents filed today, November 17, 2011 regarding the above referenced matter.

Karen N. Mudurian
Assistant to I. Neel Chatterjee, Theresa Sutton
Daniel Weinberg and Jacob Heath
Orrick, Herrington, & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA   94025
Direct: (650) 614-7396
Fax: (650) 614-7401

1