1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
2 | MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
3 | THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
4 | MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
5 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
6 | Menlo Park, CA  94025
Telephone:   650-614-7400
7 | Facsimile:    650-614-7401

8 | Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br>   Plaintiffs, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br>   Defendants. | Case No.   5:08-cv-05780 JW <br><br> **FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5(B), PORTIONS OF FACEBOOK'S CORRECTED MOTION FOR PARTIAL SUMMARY** <br><br> Dept:        Courtroom 9, 19th Floor <br> Judge:      Honorable James Ware |

1    Pursuant to Civil Local Rule 79-5(b), Facebook Inc. respectfully submits this Motion for
2    Administrative Relief to File Under Seal portions of Facebook's Corrected Motion for Partial
3    Summary Judgment on Count 1 of the CAN-SPAM Act.  This Motion is accompanied by the
4    Declaration of Morvarid Metanat in support of Facebook's Administrative Motion ("Metanat
5    Declaration") as well as the attached Proposed Order.
6    Portions of the Corrected Brief make reference to the Declarations of Ryan McGeehan
7    and Joseph Cutler (and the Exhibits attached thereto), in Support of Facebook's Motion for Partial
8    Summary Judgment on Count 1 of the CAN-SPAM Act, which have been designated as
9    confidential pursuant to parties' February 4, 2011 Protective Order (Dkt. No. 95).  These
10   Declarations contain the commercially sensitive and proprietary information of both Facebook,
11   and the law firm of Perkins Coie.  This information has not been disclosed publicly.   As
12   described in the Declaration of Morvarid Metanat in Support of Facebook's Motion to Seal
13   Facebook's Corrected Motion for Partial Summary Judgment on Count 1 ("Metanat Declaration")
14   attached hereto, a compelling need exists to maintain the secrecy of the portions of Facebook's
15   Corrected Motion referencing the McGeehan and Cutler Declarations.  Facebook, therefore,
16   respectfully requests that the Court grant its Motion for Administrative Relief to Seal portions of
17   its Corrected Motion, as detailed in the Metanat Declaration.

Dated: November 18, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                            /s/  *Morvarid Metanat* /s/
                                            **MORVARID METANAT**
                                            Attorneys for Plaintiff
                                            FACEBOOK, INC.