I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.   5:08-cv-05780 JW <br><br> **DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5(B), THE DECLARATIONS OF RYAN MCGEEHAN AND JOSEPH CUTLER, AND PORTIONS OF FACEBOOK'S CORRECTED MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Dept:          Courtroom 9, 19th Floor <br> Judge:       Hon. James Ware |

I, Morvarid Metanat, declare:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP and counsel for Plaintiff Facebook, Inc., I make this declaration in support of Facebook's Administrative Motion, pursuant to Civil Local Rule 79-5(b), to file under seal portions of Facebook's Corrected Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act. I make this Declaration based on facts made known to me, unless otherwise stated.

2. This Corrected Motion references portions of the Declarations of Ryan McGeehan and Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act, which have been designated as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to the parties' November 4, 2011 protective order (Dkt. No. 95).

3. On November 14, 2011, Facebook requested to be sealed portions of the Declarations of Ryan McGeehan and Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act. *See* Dkt No. 167. For the reasons set forth therein, to the extent Facebook, in its corrected moving papers, quotes from or derives information from portions of either the McGeehan and Cutler Declarations that have been designated as "HIGHLY-CONFIDENTIAL-ATTORNEY' EYES ONLY," it respectfully requests that those portions of Facebook's Corrected Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act be sealed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of November, 2011 at Menlo Park, California.

/s/ Morvarid Metanat
**MORVARID METANAT**