I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No.   5:08-cv-05780 JW<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF FACEBOOK'S CORRECTED MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULE 79-5(B)**<br><br>Dept:　　　Courtroom 9, 19th Floor<br>Judge:　　　Hon. James Ware |

1  Facebook seeks to file under seal, pursuant to Civil Local Rule 79-5(b), portions of
2  Facebook's Corrected Motion for Partial Summary Judgment incorporating or citing to the
3  Declarations of Ryan McGeehan and Joseph Cutler in Support of Facebook's Motion for Partial
4  Summary Judgment on Count 1.  Having considered the papers filed in support of and in
5  opposition to the motion, and other matters relevant to the determination of this motion, the Court
6  HEREBY ORDERS that the motion is GRANTED, as follows:

(1)   The portions of Facebook's Corrected Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act referencing portions of the McGeehan and Cutler Declarations designated as confidential.

**IT IS SO ORDERED.**

Dated:                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

---

Honorable James Ware
United States District Judge