I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                Plaintiffs,<br><br>       v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                Defendants. | Case No.   5:08-cv-05780 JW<br><br>**ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D) IN CONNECTION WITH FACEBOOK'S CORRECTED MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Dept:        Courtroom 9, 19th Floor<br>Judge:      Honorable James Ware |

Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. submits this Administrative Motion for sealing order regarding portions of Facebook's Corrected Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act against Defendants. These portions reference materials designated by Defendants Power Ventures, Inc., Steve Vachani, and other witnesses affiliated with Power Ventures, as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' Protective Order (Dkt. No. 95). Facebook disagrees with these confidentiality designations and hereby lodges with the Clerk, pursuant to Civil L.R. 79-5(d), a redacted copy of Facebook's Corrected Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act, pending this Court's decision following the filing of Defendants' Declaration (demonstrating good cause to seal these materials from the public record) and narrowly tailored proposed sealing order. Civil L.R. 79-5(d).

Dated: November 18, 2011

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Morvarid Metanat* /s/
**MORVARID METANAT**
Attorneys for Plaintiff
FACEBOOK, INC.