I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORAVIRD METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>        Defendants. | Case No.  5:08-cv-05780 JW<br><br>**PROOF OF SERVICE VIA ELECTRONIC MAIL** |

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025.  On November 18, 2011, I served the following document(s):

1. **ERRATA RE PLAINTIFF FACEBOOK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1;**

2. **FACEBOOK'S <u>CORRECTED</u> NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.**

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 12:00 a.m. Midnight on November 18, 2011. |
|---|---|

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
**BURSOR & FISHER, P.A.**
2121 North California Blvd., Suite 1010
Walnut Creek, CA  94596
Tel: 925-482-1515
Fax: 925-407-2700

**COUNSEL FOR DEFENDANTS**
**POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

Executed on November 18, 2011at Menlo Park, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Karen N. Mudurian

PROOF OF SERVICE
5:08-cv-05780 JF

OHS WEST:261264141.2

**Mudurian, Karen N.**

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Friday, November 18, 2011 5:27 PM |
| **To:** | 'Scott A. Bursor'; 'ltfisher@bursor.com' |
| **Cc:** | Sutton, Theresa A.; Dalton, Amy; Metanat, Morvarid |
| **Subject:** | Facebook, Inc. v. Power Ventures, Inc., et al., USDC, Case No. 08-5780-JW |
| **Attachments:** | 2011.11.18 [FB] CORRECTED Motion for Partial SJ [CONFIDENTIAL].pdf; 2011.11.18 [FB] Errata re Motion for Partial SJ on Count 1.pdf; 2011.11.18 [FB] POS.pdf |

Dear Counsel,

Attached please find service copies of Facebook's Confidential documents filed today, November 18, 2011 regarding the above referenced matter.

**Karen N. Mudurian**
*Assistant to I. Neel Chatterjee, Theresa Sutton*
*Daniel Weinberg and Jacob Heath*
**Orrick, Herrington, & Sutcliffe, LLP**
**1000 Marsh Road**
**Menlo Park, CA  94025**
**Direct: (650) 614-7396**
**Fax: (650) 614-7401**