BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br> Defendants. | Case No. 5:08-cv-05780 JW (JCS) <br> Hon. Judge James Ware <br><br> **STIPULATION REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

**STIPULATION**

Plaintiff Facebook, Inc. ("Plaintiff") and defendants Power Ventures, Inc. and Steve Vachani (collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 9, 2011, Defendants filed a Motion for Summary Judgment, which is set for hearing on December 19, 2011.

WHEREAS, on November 14, 2011, Plaintiff filed a Motion for Partial Summary Judgment on its claim under the CAN-SPAM Act, 15 U.S.C. § 7704 *et seq.*, which is set for hearing on December 19, 2011.

WHEREAS, on November 17, 2011, Plaintiff filed a Motion for Partial Summary Judgment on its claim under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, which is set for hearing on January 9, 2012.

WHEREAS, counsel for Plaintiff and Defendants have met and conferred regarding the briefing schedule for the motions for summary judgment and the date on which the motions shall be heard.

NOW THEREFORE, Plaintiff and Defendants have stipulated as follows:

1. Plaintiff and Defendants shall file their oppositions to the motions for summary judgment on or before December 2, 2011.

2. Plaintiff and Defendants shall file their reply briefs in support of their motions for summary judgment on or before December 12, 2011.

3. Plaintiff's Motion for Summary Judgment on its claims under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, shall be heard on December 19, 2011 at 9:00 a.m., along with all other pending motions for summary judgment.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

Dated: November 22, 2011      BURSOR & FISHER, P.A.

                              _____/s/_____
                              L. Timothy Fisher

                              BURSOR & FISHER, P.A.
                              L. Timothy Fisher (State Bar No. 191626)
                              1990 North California Boulevard, Suite 940
                              Walnut Creek, CA 94596
                              Telephone: (925) 300-4455
                              Facsimile: (925) 407-2700
                              E-Mail: ltfisher@bursor.com

                              BURSOR & FISHER, P.A.
                              Scott A. Bursor (State Bar No. 276006)
                              369 Lexington Avenue, 10th Floor
                              New York, NY 10017
                              Telephone: (212) 989-9113
                              Facsimile: (212) 989-9163
                              E-Mail: scott@bursor.com

                              *Attorneys for Defendants*


                              ORRICK, HERRINGTON & SUTCLIFFE, LLP


                              _____/s/_____
                              Morvarid Metanat

                              ORRICK, HERRINGTON & SUTCLIFFE LLP
                              I. Neel Chatterjee (State Bar No. 173985)
                              Monte Cooper (State Bar No. 196746)
                              Theresa A. Sutton (State Bar No.211857)
                              Morvarid Metanat (State Bar No. 268228)
                              1000 Marsh Road
                              Menlo Park, CA 94025
                              Telephone: (650) 614-7400
                              Facsimile: (650) 614-7401
                              E-Mail: nchatterjee@orrick.com
                              E-Mail: mcooper@orrick.com
                              E-Mail: tsutton@orrick.com
                              E-Mail: mmetanat@orrick.com

                              *Attorneys for Plaintiff*

**ATTESTATION OF FILER**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this stipulation.

Dated: November 22, 2011              Respectfully submitted,

/s/
L. Timothy Fisher