1

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)

2

1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596

3

Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700

4

E-Mail: ltfisher@bursor.com

5

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)

6

369 Lexington Avenue, 10th Floor
New York, NY  10017

7

Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163

8

E-Mail: scott@bursor.com

9

*Attorneys for Defendants*

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br>Defendants. | Case No.  5:08-cv-05780 JW (JCS)<br>Hon. Judge James Ware<br><br><br>**[PROPOSED] ORDER APPROVING STIPULATION REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

20

21

22

23

24

25

26

27

28

1    Presently before the Court is the parties' Stipulation Regarding Motions for Summary

2 Judgment.  Upon review, the Court finds good cause to ADOPT the parties' Stipulation and

3 ORDERS as follows:

4    1.    Plaintiff and Defendants shall file their oppositions to the motions for summary

5 judgment on or before December 2, 2011.

6    2.    Plaintiff and Defendants shall file their reply briefs in support of their motions for

7 summary judgment on or before December 12, 2011.

8    3.    All of the motions for summary judgment shall be heard on December 19, 2011 at

9 9:00 a.m. or as soon thereafter as the Court can hear the motions.

10    IT IS SO ORDERED

11

12 Dated:                                    _____

13                                         JAMES WARE
                                          United States District Chief Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28