```
1   BURSOR & FISHER, P.A.
    L. Timothy Fisher (State Bar No. 191626)
2   1990 North California Boulevard, Suite 940
    Walnut Creek, CA 94596
3   Telephone: (925) 300-4455
    Facsimile: (925) 407-2700
4   E-Mail: ltfisher@bursor.com

5   BURSOR & FISHER, P.A.
    Scott A. Bursor (State Bar No. 276006)
6   369 Lexington Avenue, 10th Floor
    New York, NY 10017
7   Telephone: (212) 989-9113
    Facsimile: (212) 989-9163
8   E-Mail: scott@bursor.com

9   Attorneys for Defendants
```

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC., | Case No. 5:08-cv-05780 JW (JCS) |
|---|---|
| Plaintiff, | Hon. Judge James Ware |
| v. | **[PROPOSED] ORDER APPROVING STIPULATION REGARDING MOTIONS FOR SUMMARY JUDGMENT** |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

Presently before the Court is the parties' Stipulation Regarding Motions for Summary Judgment. Upon review, the Court finds good cause to ADOPT the parties' Stipulation and ORDERS as follows:

1. Plaintiff and Defendants shall file their oppositions to the motions for summary judgment on or before December 2, 2011.

2. Plaintiff and Defendants shall file their reply briefs in support of their motions for summary judgment on or before December 12, 2011.

3. All of the motions for summary judgment shall be heard on ~~December 19, 2011~~ January 23, 2012, at 9:00 a.m. ~~or as soon thereafter as the Court can hear the motions~~. No further extensions will be granted.

IT IS SO ORDERED

Dated: 11/28/11

_____
JAMES WARE
United States District Chief Judge