1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
    mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
    tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
    mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
6  Menlo Park, CA  94025
    Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
    FACEBOOK, INC.

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>            Defendants. | Case No.   5:08-cv-05780 JW<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE DECLARATIONS OF RYAN MCGEEHAN AND JOSEPH CUTLER AND PORTIONS OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULE 79-5(B)**<br><br>Dept:      Courtroom 9, 19th Floor<br>Judge:     Hon. James Ware |

Facebook seeks to file under seal, pursuant to Civil Local Rule 79-5(b), the Declarations of Ryan McGeehan and Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment on Count 1, and portions of Facebook's Motion for Partial Summary Judgment incorporating or citing from said Declarations.  Having considered the papers filed in support of and in opposition to the motion, and other matters relevant to the determination of this motion, the Court HEREBY ORDERS that the motion is GRANTED, as follows:

(1) The Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment on Count 1, and Exhibits 2, 3, and 4 shall be filed under seal.

(2) Paragraphs 3-6, 10 and 12, as well as portions of Exhibit C, to the Declaration of Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment on Count 1, shall be filed under seal.

(3) The portions of Facebook's Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act referencing the McGeehan and Cutler Declarations.

**IT IS SO ORDERED.**

Dated: 11/28/11

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Honorable James Ware
United States District Judge