1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:   650-614-7400
7  Facsimile:   650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.   5:08-cv-05780 JW <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(B)** <br><br> Dept:         Courtroom 9, 19th Floor <br> Judge:       Hon. Chief Judge James Ware |

1   Facebook seeks to file under seal, pursuant to Civil Local Rule 79-5(b), portions of
2   Exhibits 8 and 9 to the Declaration of Morvarid Metanat in Support of Facebook's Motion of
3   Partial Summary Judgment Under California Penal Code Section 502 and The Computer Fraud
4   and Abuse Act, 18 U.S.C. § 1030 ("Metanat Declaration"), and portions of Facebook's Motion
5   for Partial Summary Judgment incorporating or citing from said Declarations.  Having considered
6   the papers filed in support of and in opposition to the motion, and other matters relevant to the
7   determination of this motion, the Court HEREBY ORDERS that the motion is GRANTED, as
8   follows:

9   (1)   Portions of Exhibit 8, the Declaration of Joseph Cutler, attached to the Metanat
10  Declaration shall be filed under seal.

11  (2)   Portions of Exhibit 9, the Declaration of Ryan McGeehan, attached to the Metanat
12  Declaration shall be filed under seal.

13  (3)   The portions of Facebook's Motion for Partial Summary Judgment under
14  California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030,
15  referencing the portions of Exhibits 8 or 9 that have been designated as "HIGHLY-
16  CONFIDENTIAL-ATTORNEY' EYES ONLY."

**IT IS SO ORDERED.**

Dated: 11/28/11

Honorable James Ware
Chief Judge
Northern District of California

[PROPOSED] ORDER GRANTING FACEBOOK'S MOTION TO
FILE UNDER SEAL
5:08-CV-05780 JW