1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

**IT IS SO ORDERED**
*(signature)* Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>       Defendants. | Case No.   5:08-cv-05780 JW<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF FACEBOOK'S CORRECTED MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULE 79-5(B)**<br><br>Dept:     Courtroom 9, 19th Floor<br>Judge:    Hon. James Ware |

Facebook seeks to file under seal, pursuant to Civil Local Rule 79-5(b), portions of Facebook's Corrected Motion for Partial Summary Judgment incorporating or citing to the Declarations of Ryan McGeehan and Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment on Count 1. Having considered the papers filed in support of and in opposition to the motion, and other matters relevant to the determination of this motion, the Court HEREBY ORDERS that the motion is GRANTED, as follows:

(1) The portions of Facebook's Corrected Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act referencing portions of the McGeehan and Cutler Declarations designated as confidential.

**IT IS SO ORDERED.**

Dated: 11/28/11

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Honorable James Ware
United States District Judge