| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | MONTE M.F. COOPER (STATE BAR NO. 196746) |
| | mcooper@orrick.com |
| 3 | THERESA A. SUTTON (STATE BAR NO. 211857) |
| | tsutton@orrick.com |
| 4 | MORVARID METANAT (STATE BAR NO. 268228) |
| | mmetanat@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 6 | Menlo Park, CA  94025 |
| | Telephone:    650-614-7400 |
| 7 | Facsimile:    650-614-7401 |
| 8 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.   5:08-cv-05780 JW |
| Plaintiffs, | **ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D) IN CONNECTION WITH ERRATA NO. 2 RE DECLARATION OF LAWRENCE MELLING IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | Dept:        Courtroom 9, 19th Floor |
| | Judge:       Honorable James Ware |

ADMINISTRATIVE MOTION FOR SEALING ORDER
5:08-cv-05780 JW

Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. submits this Administrative Motion for sealing order regarding Errata No. 2 Re Declaration of Lawrence Melling in Support of Plaintiff Facebook Inc.'s Motion for Partial Summary Judgment on Count 1. Facebook's Errata, including its exhibits, contains excerpts from materials that Defendants Power Ventures, Inc., and Steve Vachani have designated as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' Protective Order (Dkt. No. 95). Facebook takes no position with respect to Defendants' confidentiality designations and hereby lodges with the Clerk, pursuant to Civil L.R. 79-5(d), an unredacted copy of Errata No. 2 Re Declaration of Lawrence Melling in Support of Facebook's Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act, pending this Court's decision following the filing of Defendants' Declaration (demonstrating good cause to seal these materials from the public record) and narrowly tailored proposed sealing order. Civil L.R. 79-5(d).

Dated: November 29, 2011                ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        /s/ *Morvarid Metanat* /s/
                                        **MORVARID METANAT**
                                        Attorneys for Plaintiff
                                        FACEBOOK, INC.