| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | MONTE M.F. COOPER (STATE BAR NO. 196746) |
|   | mcooper@orrick.com |
| 3 | THERESA A. SUTTON (STATE BAR NO. 211857) |
|   | tsutton@orrick.com |
| 4 | MORAVIRD METANAT (STATE BAR NO. 268228) |
|   | mmetanat@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 6 | Menlo Park, CA  94025 |
|   | Telephone:    +1-650-614-7400 |
| 7 | Facsimile:    +1-650-614-7401 |
| 8 | Attorneys for Plaintiff |
|   | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW |
| Plaintiff, | **PROOF OF SERVICE VIA ELECTRONIC MAIL** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

OHS WEST:261264141.2

# DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On November 29, 2011, I served the following document(s):

1. **ERRATA NO. 2 RE DECLARATION OF LAWRENCE MELLING IN SUPPORT OF PLAINTIFF FACEBOOK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 (WITH CONFIDENTIAL EXHIBITS D AND N).**

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 12:00 a.m. Midnight on November 29, 2011. |
|---|---|

| Scott A. Bursor, Esq. *(admitted pro hac vice)*<br>scott@bursor.com<br>**BURSOR & FISHER, P.A.**<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531<br>Tel: 212-989-9113<br>Fax: 212-989-9163 | L. Timothy Fisher, Esq.<br>ltfisher@bursor.com<br>**BURSOR & FISHER, P.A.**<br>2121 North California Blvd., Suite 1010<br>Walnut Creek, CA 94596<br>Tel: 925-482-1515<br>Fax: 925-407-2700 |

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

Executed on November 29, 2011 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen N. Mudurian

# Mudurian, Karen N.

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Tuesday, November 29, 2011 2:58 PM |
| **To:** | Scott A. Bursor; ltfisher@bursor.com |
| **Cc:** | Sutton, Theresa A.; Metanat, Morvarid; Dalton, Amy |
| **Subject:** | Facebook, Inc. v. Power Ventures, Inc. et al, USDC Case No. 08-5780-JW |
| **Attachments:** | 2011.11.29 [FB] Errata No. 2.pdf; 2011.11.29 [FB] Ex. D to Errata No. 2.pdf; 2011.11.29 [FB] Ex. N to Errata No. 2.pdf; 2011.11.29 [FB] Proof Of Service re Errata No. 2.pdf |

Dear Counsel,

Attached please find service copies of Plaintiff Facebook, Inc.'s Confidential documents filed today, November 29, 2011.

- Errata No. 2 Re Declaration of Lawrence Melling In Support of Plaintiff Facebook, Inc.'s Motion for Partial Summary Judgment on Count 1 (with Confidential Exhibits D and N).

**Karen N. Mudurian**
*Assistant to I. Neel Chatterjee, Theresa Sutton
Daniel Weinberg* and *Jacob Heath*
Orrick, Herrington, & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025
Direct: (650) 614-7396
Fax: (650) 614-7401