BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
           swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com

Attorneys for Defendants Power Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                         Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                         Defendants. | Case No. 5:08-cv-05780 JW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D) IN CONNECTION WITH DEFENDANTS' OPPOSITIONS TO FACEBOOK, INC.'S MOTIONS FOR SUMMARY JUDGMENT** |

1 | Pursuant to Local Rules 7-11 and 79-5, Defendants Power Ventures, Inc. and Steve
2 | Vachani submit this Administrative Motion for sealing order regarding 1) portions of Defendants'
3 | Opposition to Facebook, Inc.'s Motion for Partial Summary Judgment on Count One; and 2)
4 | portions of Defendants' Opposition to Facebook, Inc.'s Motion for Partial Summary Judgment on
5 | Counts Two and Three.
6 | Portions of Defendants' Oppositions to Facebook's Motions for Partial Summary Judgment
7 | make reference to the Declaration of Ryan McGeehan.  The Declaration of Ryan McGeehan has
8 | been designated by Plaintiff as confidential pursuant to the parties' February 4, 2011 Protective
9 | Order (Dkt. No. 95).
10 | Defendants hereby lodge with the Clerk, pursuant to Local Rule 79-5(d), the
11 | aforementioned materials, pending this Court's decision following the filing of Plaintiff's
12 | Declaration (demonstrating good cause to seal the McGeehan declaration from the public record)
13 | and narrowly tailored proposed sealing order.  Civil L.R. 79-5(d).

Dated:  December 2, 2011

Respectfully submitted,

BURSOR & FISHER, P.A.


By:      /s/ L. Timothy Fisher
              L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
             swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113
Facsimile:   (212) 989-9163
E-Mail:  scott@bursor.com

1
2   BRAMSON PLUTZIK MAHLER &
    BIRKHAEUSER, LLP
3   Alan R. Plutzik (State Bar No. 77785)
    2125 Oak Grove Road, Suite 120
4   Walnut Creek, CA  94598
    Telephone:  (925) 945-0200
    Facsimile:  (925) 945-8792
5   E-Mail: aplutzik@bramsonplutzik.com

6   *Attorneys for Defendants Power
    Ventures, Inc. and Steve Vachani*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28