I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No.   5:08-cv-05780 JW (JCS)<br><br>**ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D) IN CONNECTION WITH FACEBOOK'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Dept:　　　Courtroom 9, 19th Floor<br>Judge:　　Hon. Chief Judge James Ware |

1   Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. submits this
2   Administrative Motion for sealing order regarding: 1) portions of Facebook's Opposition to
3   Defendants' Motion for Summary Judgment; 2) portions of the July 20, 2011 deposition
4   transcript of Defendant Steve Vachani attached as Exhibit 1 to the declaration of Theresa Sutton
5   In Support of Facebook's Opposition to Defendants' Motion for Summary Judgment; 3) Exhibit 2
6   to the declaration of Theresa Sutton In Support of Facebook's Opposition to Defendants' Motion
7   for Summary Judgment; 4) portions of, and exhibits to, the Declaration of Lawrence Melling in
8   Support of Facebook's Opposition to Defendants' Motion for Summary Judgment; and
9   5) portions of Facebook's Evidentiary Objections to Evidence Submitted by Defendants in
10  Support of Defendants' Motion for Summary Judgment.

11   Defendants Power Ventures, Inc., Steve Vachani, and other witnesses affiliated with
12  Power Ventures have designated the aforementioned materials as "Highly Confidential-
13  Attorneys' Eyes Only" pursuant to the parties' Protective Order (Dkt. No. 95).  Facebook
14  disagrees with these confidentiality designations and hereby lodges with the Clerk, pursuant to
15  Civil L.R. 79-5(d), the aforementioned materials, pending this Court's decision following the
16  filing of Defendants' Declaration (demonstrating good cause to seal these materials from the
17  public record) and narrowly tailored proposed sealing order.  Civil L.R. 79-5(d).

18  
19  Dated:  December 2, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP
20  
21                                               /s/ *Morvarid Metanat* /s/
                                              **MORVARID METANAT**
22                                              Attorneys for Plaintiff
                                               FACEBOOK, INC.
23