
| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | MONTE M.F. COOPER (STATE BAR NO. 196746) |
| | mcooper@orrick.com |
| 3 | THERESA A. SUTTON (STATE BAR NO. 211857) |
| | tsutton@orrick.com |
| 4 | MORAVIRD METANAT (STATE BAR NO. 268228) |
| | mmetanat@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 6 | Menlo Park, CA  94025 |
| | Telephone:    +1-650-614-7400 |
| 7 | Facsimile:     +1-650-614-7401 |
| 8 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW |
| Plaintiff, | **PROOF OF SERVICE VIA ELECTRONIC MAIL** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On December 2, 2011, I served the following document(s):

1. **PLAINTIFF FACEBOOK INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (WITH [PROPOSED] ORDER);**

2. **DECLARATION OF THERESA SUTTON IN SUPPORT OF PLAINTIFF FACEBOOK INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;**

3. **DECLARATION OF LAWRENCE MELLING IN SUPPORT OF PLAINTIFF FACEBOOK INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;**

4. **PLAINTIFF FACEBOOK INC.'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (WITH [PROPOSED] ORDER).**

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 5:30 p.m. on December 2, 2011. |
|---|---|

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
**BURSOR & FISHER, P.A.**
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Tel: 925-482-1515
Fax: 925-407-2700

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

Executed on December 2, 2011 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Karen N. Mudurian

- 1 -

PROOF OF SERVICE
5:08-cv-05780 JF

OHS WEST:261264141.2

# Mudurian, Karen N.

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Friday, December 02, 2011 3:12 PM |
| **To:** | 'ltfisher@bursor.com'; 'Scott A. Bursor' |
| **Cc:** | Sutton, Theresa A.; Metanat, Morvarid; Dalton, Amy |
| **Subject:** | Facebook, Inc. v. Power Ventures, et al., USDC, Case No. 08-5780 |
| **Attachments:** | 2011.12.02 [FB] Opp to Power MSJ (CONF) (with [Proposed] Order).pdf; 2011.12.02 [FB] Proof of Service.pdf; 2011.12.02 [FB] Decl. Sutton ISO Opp to Power's MSJ with Exhibits.pdf; 2011.12.02 [FB] Objections to Evidence with Appendix (CONF) (with [Proposed] Order).pdf; Melling Decl.zip |

Dear Counsel,

Attached please find service copies of Plaintiff Facebook, Inc.'s Confidential documents filed today, December 2, 2011.

1. **PLAINTIFF FACEBOOK INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (WITH [PROPOSED] ORDER);**

2. **DECLARATION OF THERESA SUTTON IN SUPPORT OF PLAINTIFF FACEBOOK INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;**

3. **DECLARATION OF LAWRENCE MELLING IN SUPPORT OF PLAINTIFF FACEBOOK INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;**

4. **PLAINTIFF FACEBOOK INC.'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (WITH [PROPOSED] ORDER).**

Sincerely,

Karen N. Mudurian
*Assistant to I. Neel Chatterjee, Theresa Sutton*
*Daniel Weinberg* and *Jacob Heath*
Orrick, Herrington, & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
Direct: (650) 614-7396
Fax: (650) 614-7401