I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No.   5:08-cv-05780 JW (JCS)<br><br>**PLAINTIFF FACEBOOK INC'S MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3**<br><br>Courtroom: 9, 19th Floor<br>Judge:    Hon. James Ware |

1       Pursuant to Local Rule 6-3, Facebook respectfully request an order enlarging time for the Pretrial Conference, currently scheduled for December 19, 2011, to January 23, 2012. Currently, both parties have motions for summary judgment on all remaining claims pending before the Court. See Declaration of Morvarid Metanat ("Metanat Decl."), ¶ 2. These motions are scheduled to be heard on January 23, 2012. *Id*. The hearing on the motions for summary judgment will determine which, if any, claims remain in this case, and thus may significantly impact the parties' pretrial considerations. Metanat Decl., ¶ 3. Consolidating the hearing on the Motions with the pretrial conference will save the Court and the parties from needlessly expending time and resources resolving these considerations after the fact, thereby serving judicial economy and efficiency. *See id*.

      Defendants do not object to continuing the Pretrial Conference to the same date as the hearing on the parties' Motions. *Id*., ¶ 4. Defendants, however, are waiting to determine whether they will need to ask the Court to continue the January 23, 2012 hearing on the motions for summary judgment due to a potential trial in another matter. *Id*. In an effort to provide the Court with as much notice as possible, Facebook hereby respectfully requests that the Court enlarge the time for the Pretrial Conference so that it occurs on the same date as the hearing on the parties' summary judgment motions, currently January 23, 2012.

Dated: December 7, 2011                  ORRICK, HERRINGTON & SUTCLIFFE LLP

                                       /s/  *Morvarid Metanat*  /s/
                                       **MORVARID METANAT**
                                       Attorneys for Plaintiff
                                       FACEBOOK, INC.