I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>             Plaintiffs,<br><br>    v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>             Defendants. | Case No.   5:08-cv-05780 JW (JCS)<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3**<br><br>Judge:       Hon. James Ware<br>Courtroom: 15, 18th Floor |

The Court, having considered all papers filed in support of and in opposition to, Plaintiff Facebook, Inc's Motion to Enlarge Time Pursuant to Civil Local Rule 6-3, good cause appearing, hereby orders as follows:

1. The December 19, 2011, Pretrial Conference shall be continued to January 23, 2012.

2. The parties' Joint Pretrial Conference Statement shall be filed and served on or before January 13, 2012.

**IT IS SO ORDERED**.

Dated:

---
**JAMES WARE**
United States District Chief Judge