# EXHIBIT A

# Dalton, Amy

| | |
|---|---|
| **From:** | Metanat, Morvarid |
| **Sent:** | Monday, November 28, 2011 4:03 PM |
| **To:** | L. Timothy Fisher; scott@bursor.com |
| **Cc:** | Dalton, Amy |
| **Subject:** | Pre-trial conference date |

Tim,

Tim,

Please let me know if Defendants will agree to move the pre-trial conference to January 23 so that the hearing on the motions for summary judgment and the pretrial conference can occur on the same day.  Thank you.

Morvarid



**MORVARID METANAT**
*Associate*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SILICON VALLEY

*tel* (650) 614-7344
mmetanat@orrick.com

www.orrick.com