# EXHIBIT B

**Dalton, Amy**

| | |
|---|---|
| **From:** | L. Timothy Fisher [ltfisher@bursor.com] |
| **Sent:** | Tuesday, November 29, 2011 1:30 PM |
| **To:** | Metanat, Morvarid |
| **Cc:** | scott@bursor.com; Dalton, Amy |
| **Subject:** | Re: Pre-trial conference date |

Dear Morvarid,

We do not object to the general idea of moving the preliminary pre-trial conference to the same date as the hearing on the motions for summary judgment.  As I mentioned in our call last week, however, Scott and I have a trial in another case scheduled to begin on January 23.  If that trial goes forward on January 23, we will need to ask Judge Ware to move the MSJ hearings and the pre-trial conference to another date.  In a couple weeks, we will have a better idea of whether the trial is going to begin on January 23 or not.

Tim
--
L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

On Tue, Nov 29, 2011 at 1:07 PM, Metanat, Morvarid <mmetanat@orrick.com> wrote:

Tim,


Please let us know by the close of business tomorrow whether Defendants agree to move the pre-trial conference date.  If we do not hear back from you, we will assume that Defendants do not agree and we will make an administrative request to the Court.  Thank you.


Morvarid

---

**From:** Metanat, Morvarid
**Sent:** Monday, November 28, 2011 4:03 PM
**To:** 'L. Timothy Fisher'; 'scott@bursor.com'
**Cc:** Dalton, Amy
**Subject:** Pre-trial conference date

1

Tim,

Please let me know if Defendants will agree to move the pre-trial conference to January 23 so that the hearing on the motions for summary judgment and the pretrial conference can occur on the same day.  Thank you.

Morvarid



**MORVARID METANAT**
*Associate*
**ORRICK**, **HERRINGTON & SUTCLIFFE LLP**
SILICON VALLEY

*tel* (650) 614-7344
mmetanat@orrick.com

www.orrick.com

==============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements
imposed by the IRS, we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any tax-related matter(s)
addressed herein.
==============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
==============================================================