BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                    Defendants. | Case No. 5:08-cv-05780 JW<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO FACEBOOK INC.'S MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3** |

1   Defendants Power Ventures, Inc. and Steve Vachani do not oppose plaintiff Facebook Inc.'s request to move the pre-trial conference currently scheduled for December 19, 2011 to January 23, 2012.  Defendants agree that moving the pre-trial conference to the date of the hearings on the parties' motions for summary judgment will conserve resources and is appropriate under the circumstances.

As indicated in Facebook's motion, defendants' counsel currently has a trial scheduled to begin on January 23 in another matter and may need to request that the hearings scheduled for January 23 be moved to another date.  Defendants anticipate that they will know shortly whether the trial in the other case is going to proceed on January 23 and will inform this Court immediately if it is necessary to request that the hearings in this case be moved to another date.

Dated:  December 8, 2011                    Respectfully submitted,

BURSOR & FISHER, P.A.

By:  _____/s/ L. Timothy Fisher_____

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113
Facsimile:   (212) 989-9163
E-Mail:  scott@bursor.com

BRAMSON PLUTZIK MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO FACEBOOK INC.'S MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3
Case No. 5:08-cv-05780 JW                                                                                                                      1