1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  Sarah N. Westcot (State Bar No. 264916)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   E-Mail: ltfisher@bursor.com
5          swestcot@bursor.com

6  BURSOR & FISHER, P.A.
   Scott A. Bursor (State Bar No. 276006)
7  369 Lexington Avenue, 10th Floor
   New York, NY  10017
8  Telephone:  (212) 989-9113
   Facsimile:  (212) 989-9163
9  E-Mail: scott@bursor.com

10 BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
11 2125 Oak Grove Road, Suite 120
   Walnut Creek, CA  94598
12 Telephone:  (925) 945-0200
   Facsimile:  (925) 945-8792
13 E-Mails: aplutzik@bramsonplutzik.com

14 *Attorneys for Defendants Power*
   *Ventures, Inc. and Steve Vachani*
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 FACEBOOK, INC.,                                   Case No. 5:08-cv-05780 JW

19                            Plaintiff,             **DEFENDANTS' ADMINISTRATIVE
                                                     MOTION FOR SEALING ORDER
20 -against-                                         PURSUANT TO CIVIL L.R. 79-5(D)
                                                     IN CONNECTION WITH
21                                                   DEFENDANTS' REPLY BRIEF IN
   POWER VENTURES, INC. d/b/a POWER.COM, a           SUPPORT OF MOTION FOR
22 California corporation; POWER VENTURES, INC.      SUMMARY JUDGMENT**
   a Cayman Island Corporation, STEVE VACHANI,
23 an individual; DOE 1, d/b/a POWER.COM, an
   individual and/or business entity of unknown nature;
24 DOES 2 through 25, inclusive, individuals and/or
   business entities of unknown nature,
25
                              Defendants.
26

27

28

ADMINISTRATIVE MOTION FOR SEALING ORDER
Case No. 5:08-cv-05780 JW

1. Pursuant to Local Rules 7-11 and 79-5, Defendants Power Ventures, Inc. and Steve Vachani submit this Administrative Motion for sealing order regarding portions of Defendants' Reply Brief in Support of Motion for Summary Judgment.

Portions of Defendants' Reply Brief in Support of Motion for Summary Judgment make reference to the Declaration of Ryan McGeehan. The Declaration of Ryan McGeehan has been designated by Plaintiff as confidential pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95).

Defendants hereby lodge with the Clerk, pursuant to Local Rule 79-5(d), the aforementioned brief, pending this Court's decision following the filing of Plaintiff's Declaration (demonstrating good cause to seal the McGeehan declaration from the public record) and narrowly tailored proposed sealing order. Civil L.R. 79-5(d).

Dated: December 12, 2011

Respectfully submitted,

BURSOR & FISHER, P.A.

By:    /s/ L. Timothy Fisher
           L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRAMSON PLUTZIK MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*