I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br>Plaintiff, <br><br>v. <br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive, <br><br>Defendants. | Case No. 5:08-cv-05780-JW (JCS) <br><br>**ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79(5)(D) IN CONNECTION WITH FACEBOOK, INC.'S REPLY MEMORANDUM IN SUPPORT OF FACEBOOK'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT UNDER : 1) ON COUNT 1 THE CAN-SPAM ACT; AND 2) CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030** <br><br>Dept:         Courtroom 9, 19th Floor <br>Judge:       Hon. Chief Judge James Ware |

Pursuant to Local Rules 7-11 and 79(5)(d), Plaintiff Facebook, Inc. submits this Administrative Motion for sealing order regarding: 1) portions of Facebook's Motion for Partial Summary Judgment under the CAN-SPAM Act; 2) portions of Facebook's Motion for Partial Summary Judgment under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; 3) Exhibit Nos. 1, 2, 4, and 6 attached to the Declaration of I. Neel Chatterjee in Support of Reply Memorandum in Support of Facebook's Motion for Partial Summary Judgment under Count 1 the CAN-SPAM Act and California Penal code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030.

Defendants Power Ventures, Inc., Steve Vachani, and other witnesses affiliated with Power Ventures have designated the aforementioned materials as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' Protective Order (Dkt No. 95). Facebook disagrees with these confidentiality designations and hereby lodges with the Clerk, pursuant to Civil L.R. 79-5(d), the aforementioned materials, pending this Court's decision following the filing of Defendants' Declaration (demonstrating good cause to seal these materials from the public record) and narrowly tailored proposed sealing order. Civil L.R. 79-5(d).

Dated: December 12, 2011                    Orrick, Herrington & Sutcliffe LLP

                                            By: _____/s/ I. Neel Chatterjee /s/_____
                                                    I. NEEL CHATTERJEE
                                                    Attorneys for Defendant
                                                    FACEBOOK, INC.

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

-1-

Admin. Mot. To Seal MSJ Replies
5:08-cv-05780-JW (JCS)