BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                              Defendants. | Case No. 5:08-cv-05780 JW<br><br>**REPLY DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 23, 2012<br>Time: 9:00 a.m.<br>Courtroom 9 – 19th Floor<br>Chief Judge James Ware |

I, L. Timothy Fisher, declare as follows:

1.      I am a partner at Bursor & Fisher, P.A., counsel of record for Defendants Power Ventures, Inc. ("Power") and Steve Vachani (collectively, "Defendants").  I am an attorney at law licensed to practice in the State of California and a member of the bar of this Court.  I make this reply declaration in support of defendants' motion for summary judgment.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit A are true and correct copies of excerpts from the July 20, 2011 transcript of the deposition of Steven Vachani.

3.      Facebook has requested a second deposition of Mr. Vachani.  On September 22, Facebook's counsel sent me an email requesting that Power "stipulate to a second day of deposition with Mr. Vachani."  On October 25, Facebook sent me a draft joint letter it intended to submit to the Court requesting a second deposition of Mr. Vachani.  Mr. Vachani agreed to a second deposition, which is currently scheduled for January, 2012.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on December 12, 2011 at Walnut Creek, California.

_____
L. Timothy Fisher

# EXHIBIT A

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


FACEBOOK, INC.               :

        Plaintiff,      :

                       :

      v.                     :


POWER VENTURES, INC. d/b/a:

POWER.COM, a California    :

corporation; POWER        :          Case No.

VENTURES, INC. a Cayman    :     5:08-CV-05780

Island Corporation, STEVE :       JW (HRL)

VACHANI, an individual;    :

DOE 1, d/b/a POWER.COM, an:

individual and/or business:

entity of unknown nature; :

DOES 2 through 25,         :

inclusive, individuals    :

and/or business entities  :

of unknown nature,        :

        Defendants.      :

_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

```
 1            Videotaped Deposition of STEVEN VACHANI
 2   taken on behalf of the Plaintiff at the offices of
 3   BURSOR & FISHER, P.A., 369 Lexington Avenue, New
 4   York, New York, on Wednesday, July 20, 2011,
 5   commencing at 9:47 in the forenoon before PATRICIA
 6   MULLIGAN CARRUTHERS, a Certified Court Reporter and
 7   Notary Public of the State of New Jersey and Notary
 8   Public of the State of New York.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

1  A P P E A R A N C E S:

2

3  ORRICK, HERRINGTON & SUTCLIFFE, LLP

4  1000 Marsh Road

5  Menlo Park, California  94025-1015

6  (650) 614-7375

7  BY:  MONTY M.F. COOPER, ESQ.

8       mcooper@orrick.com

9  Attorneys for the Plaintiff Facebook, Inc.

10

11  LAW OFFICES OF SCOTT A. BURSOR

12  369 Lexington Avenue, 10th Floor

13  New York, New York  10017-6531

14  (212) 989-9113

15  BY:  SCOTT A. BURSOR, ESQ.

16       scott@bursor.com

17  Attorney for the Defendants Power Ventures, Inc.

18

19  Present:

20           Peter Ledwith, Videographer

21

22

23

24

25

1      Q.      Does Myspace have friends list?      11:47

2      A.      They have friends list, yes.      11:47

3      Q.      Do they refer to them as friends?      11:47

4      A.      I don't know what they -- what      11:47

5   they have -- I would assume they call them friends.      11:47

6      Q.      Do you know if all the social      11:47

7   networks use the same terminology to describe the      11:47

8   content that is made available to their user?      11:47

9      A.      What terminology they use and what      11:47

10  terminology we use internally is irrelevant.  It's      11:47

11  what it's actually doing.  It's getting friends      11:47

12  list.  If they want to call it pals or something      11:47

13  else, it doesn't change our, you know, our -- what      11:47

14  we have here.  It's just a -- It's a -- It's doing      11:47

15  the same thing.      11:47

16     Q.      All right.  If you want to      11:47

17  initiate a communication through the Web site, for      11:47

18  instance, www.facebook.com, is there a function in      11:48

19  the PowerScript that permits that communication to      11:48

20  occur?      11:48

21     A.      If a user is validly logged into      11:48

22  their account with full capability and they want --      11:48

23  they want to send a message to a friend, they --      11:48

24  they can send a message to a friend just like they      11:48

25  can -- just like on Facebook sends messages to      11:48

99

| | | |
|---|---|---|
| 1 | billions of friends that are instructed by the | 11:48 |
| 2 | users.  Facebook has been doing that for -- for a | 11:48 |
| 3 | long time. | 11:48 |
| 4 | Q.      Whose system is sending the | 11:48 |
| 5 | message, Facebook or Power's in that situation? | 11:48 |
| 6 | A.      Facebook. | 11:48 |
| 7 | Q.      All right.  How is Facebook | 11:48 |
| 8 | instructed to send the message? | 11:48 |
| 9 | A.      The user is instructing the | 11:48 |
| 10 | message to be sent. | 11:48 |
| 11 | Q.      How is the user instructing the | 11:48 |
| 12 | message to be sent when they're logged into the | 11:48 |
| 13 | www.power.com Web site. | 11:48 |
| 14 | A.      It's a browser.  Power.com is a -- | 11:48 |
| 15 | is a -- for practical purposes, it's a browser just | 11:49 |
| 16 | like Explorer.  Obviously, it's a different -- It's | 11:49 |
| 17 | a Web page browser, so it's a browser within a | 11:49 |
| 18 | browser, but you -- they're -- they're logged into | 11:49 |
| 19 | Facebook.  They're using Facebook site.  They're on | 11:49 |
| 20 | the Facebook site and they're interacting with | 11:49 |
| 21 | Facebook just as they do on a day-to-day basis. | 11:49 |
| 22 | Just like if you turned on your browser and then | 11:49 |
| 23 | you go to Facebook, you're using the browser and | 11:49 |
| 24 | then you still go to Facebook.  The best way to | 11:49 |
| 25 | think is Power browser is the way that they're | 11:49 |

1    Q.      And their Facebook ID, for

2  instance, is a variable associated with the

3  power.com ID.  Correct?

4    A.      They would have given their user

5  name, their user name and password to Facebook

6  which the user has authorized and wants to store

7  with us in a secure manner.  That's correct.

8    Q.      But my question was:  In your

9  database, the users' Facebook ID will be referenced

10  as a variable associated with the user ID of the

11  power.com Web site.  Correct?

12    A.      It would be referred to -- Yes.

13  Some unique ID and then their Facebook.  Usually,

14  it's their log in user name and password.

15    Q.      And the log in information is also

16  simply a variable associated with the power.com ID

17  of that user.  Correct?

18    A.      The log in information is a

19  combination of that unique ID and the information

20  that they have uniquely shared saying this is my

21  user name and password for Facebook when they log

22  in.

23    Q.      Okay.

24    A.      So both of those pieces of

25  information.

11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:53
11:54
11:54
11:54
11:54
11:54

11:54
11:54

1          Q.       So when the user logs into

2    power.com, the user ID associated with that user in

3    your database recognizes the registration

4    credentials in its own database that go to

5    Facebook.  Correct?

6          A.       That's correct.  The user said

7    this is my Facebook user name and password.  I

8    would authorize you to access that on my behalf.

9          Q.       And then you just said "access on

10   my behalf."  It's actually the power.com Web site

11   that makes the connection to Facebook.  Correct?

12         A.       Well, the user is the one -- Yeah.

13   It gives that and then accesses it.  It's very

14   similar if he's on Facebook and he says access my

15   other site, Facebook then accesses it on behalf of

16   the user at their instruction.  It's exact same,

17   you know, methodology.

18         Q.       But it is the power.com Web site

19   that is actually contacting Facebook.  Correct?

20         A.       Yes.  Well, it's the -- they're --

21   they're at Power.  They're inside power.com sites

22   so they're instructing Power to get or access

23   information.

24         Q.       Do you consider Google to be a

25   browser?

11:54
11:54
11:54
11:54
11:54
11:54
11:54
11:54
11:54
11:54
11:54
11:54
11:54
11:54
11:54
11:55
11:55
11:55
11:55
11:55
11:55
11:55
11:55
11:55
11:55

1    you would be invited to ask your friends to join                    02:37

2    power.com?                                                          02:37

3            A.        No.  You would have the option to               02:37

4    invite your friends to join just like you have the                  02:37

5    option on Facebook to invite your friends to join                   02:37

6    Facebook and every other site on the Internet, and                  02:37

7    if they did, if they reach a hundred friends that                   02:37

8    joined, they would earn $100.                                        02:37

9            Q.        And if you accepted the feature                  02:37

10   that came up saying would you -- it said something                  02:37

11   like, "Would you like to invite your friends to                     02:37

12   Power"?                                                             02:37

13           A.        Yes.                                              02:37

14           Q.        If you hit "yes" or "I agree" --                 02:37

15           A.        Yes.                                              02:37

16           Q.        -- how -- what -- what                           02:37

17   automation would occur at that point?                               02:37

18           A.        So first of all, you have to                    02:37

19   remember that 99 percent of our users were not --                   02:38

20   were not using -- were not using Facebook.  They                    02:38

21   were users on other sites, so we actually -- I                      02:38

22   guess you could say we were actually a big source                   02:38

23   of providing users to Facebook in Brazil.  In fact,                 02:38

24   as -- I guess you could say it was a gift, but we                   02:38

25   -- we brought a large amount of Orkut users to                      02:38

| | | |
|---|---|---|
| 1 | Facebook, so that's where a lot of our promotions | 02:38 |
| 2 | were -- Because our users already, as you know, | 02:38 |
| 3 | have -- Prior to having Facebook, we had millions | 02:38 |
| 4 | of users who have hundreds of friends already in | 02:38 |
| 5 | the system, and that represented 99 percent of our | 02:38 |
| 6 | contacts in our system.  Facebook was a very small | 02:38 |
| 7 | part of this world.  At that time, obviously it's a | 02:38 |
| 8 | much larger site today but in our world, in our | 02:38 |
| 9 | growth it was -- it was introduced later.  So we | 02:38 |
| 10 | were encouraging our friends -- our users to go and | 02:38 |
| 11 | register at Facebook and become Facebook users. | 02:38 |
| 12 | Because in our -- in our view, the more social | 02:38 |
| 13 | networks that users were using, the more value it | 02:39 |
| 14 | would be to, you know, to aggregate different | 02:39 |
| 15 | sites.  So we encouraged users to sign up for | 02:39 |
| 16 | Facebook.  In fact, we're giving free marketing to | 02:39 |
| 17 | Facebook.  So to answer your question, a lot of | 02:39 |
| 18 | these users -- You could see all your friends from | 02:39 |
| 19 | all your sites and say, "Hey.  Join Facebook when | 02:39 |
| 20 | you're at Facebook."  That was a big part of our | 02:39 |
| 21 | promotions.  That was the largest part of our | 02:39 |
| 22 | promotions.  And then, of course, if they have | 02:39 |
| 23 | friends that are already using Facebook -- Facebook | 02:39 |
| 24 | and they wanted to invite their friends to come use | 02:39 |
| 25 | Power, that's the smaller part.  But the biggest | 02:39 |

technically it was -- it was much easier just to

manually look and I believe -- We can see how many

friends people invited so -- and then we just

manually took those people out.  I think they were

-- When we provided it, I think there might have

been 30 or 40 people that achieved it, so it was

literally just looked on the list of people who

invited friends to Power who had more than a

hundred.

   Q.  All right.  But when say, "looked

on the list" you were looking in a database table.

Correct?

   A.  Yeah.  We went to our database.

Importing friends is a -- is a feature.  It's a --

It's a -- As I mentioned many times, it's one of

our features on our site.

   Q.  And in order to see how the

promotion was set up in terms of identification of

those who were participating in it, I'd need to see

the database.  Correct?

   A.  To see the -- Every single user on

our site has the option to invite friends.  Who

achieved a hundred, I can tell you.  I don't know

the number but it was 30 something people that

received -- that reached a hundred friends, so I

02:42
02:42
02:42
02:42
02:42
02:42
02:42
02:42
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43
02:43

can tell you that every single user of our site had

the ability to invite friends.  And if -- if some

of them reached a hundred, which was obviously not

an easy task to reach, they would -- they would win

this award, so I think only 30 something people

reached it, if I -- if I remember correctly.

      Q.      All right.

      A.      So I don't know if that answers

your question correctly.

      Q.      What data was -- Whether it was

automatedly or manually viewed, what data was

viewed in order to determine who had invited 100

friends to join Facebook?

      A.      Well, it's -- In the same -- When

any site creates an import or invitation, when a

friend registers because of your invitation, you

know this is -- This is a feature that was in our

site, always in our site.  We know how many friends

were invited.  We know how many friends were

converted.  Just as Facebook publicly displays it

on their site and every other site does that.  So

we just looked and saw the people that were above

the hundred on that date, and we -- and we -- and

we gave them a hundred dollar check.

      Q.      And when you say you looked, you

1        Q.      At this point, I haven't even    02:46

2  talked about E mail.  All I meant is at the point    02:46

3  at which someone said yes they'd like to invite    02:46

4  their friends, the database would then recognize,    02:46

5  using its importer function and the idea of the    02:46

6  registered user Power, who the friends were.    02:46

7  Correct?    02:46

8        A.      It would show you a list of all    02:46

9  your friends, yes, from your friends list.    02:46

10        Q.      And the invitation to join was    02:46

11  then automatically forwarded to those friends    02:46

12  whether through E mail if you're on Orkut or some    02:46

13  other way on Facebook.  Correct?    02:46

14        A.      A user had to say, "I want to    02:46

15  invite this friend," so it's -- An authorized user    02:46

16  said, "Yes, these are my friends, and these are the    02:46

17  friends I want to invite to this site."  That is    02:46

18  correct.    02:46

19        Q.      All right.  And at that point, an    02:46

20  automated script would contact whatever friends    02:46

21  were identified.  Correct?    02:46

22        A.      Depends on -- So if the friend was    02:46

23  a non-- Facebook did not provide E mails.  If the    02:46

24  friend was, like, on another site and they had the    02:47

25  E mail, they could -- they could send on E mail    02:47

1   friend.  They could create an event or they could                      03:01

2   go and, I guess, take that link up and paste it and                    03:01

3   write an E mail to their friend.                                       03:01

4          Q.      Was one of the ways that Power was                      03:01

5   able to make the invitation available to Facebook                      03:01

6   users is that the PowerScript would set up an event                    03:01

7   on Facebook on behalf of the user who had clicked                      03:01

8   on --                                                                  03:01

9          A.      If the user authorized for the                         03:01

10  creation of the event, yes.                                            03:01

11         Q.      And if the -- How did the -- How                       03:01

12  did Power know it was to set up an event as opposed                    03:01

13  to any other way of communicating --                                  03:01

14         A.      Because the user said, "Create an                      03:01

15  event for me," so user authorized the creation of                     03:01

16  an event.                                                              03:01

17         Q.      Was that made available on the                         03:01

18  promotion -- on the pop-up that made -- would come                    03:01

19  up --                                                                  03:02

20         A.      That was -- As I said, if you                          03:02

21  clicked that, that was one of the options that the                    03:02

22  user had an option to create an event.                                03:02

23         Q.      What other options did the user                        03:02

24  have?  We can take a break here.                                       03:02

25                 THE VIDEOGRAPHER:  It's 3:01.  Off                     03:02

1          Q.        And it was sued, in part, because

2     of Facebook's allegations relating to how this

3     launch promotion was employed.  Correct?

4          A.        I don't know what Facebook made

5     allegations to is right there.

6          Q.        Earlier you said that Facebook is

7     responsible for sending the E mail notification

8     about the invite.

9          A.        Yeah.  That was sent by Facebook

10    servers.

11         Q.        But Facebook's E mail servers

12    would not send the invite, but for the initiation

13    of the event.  Correct?

14         A.        A user has to authorize -- A user

15    has to create an event for Facebook to do that and

16    a user has to log in with their user name and

17    password and do this, so Facebook authorizes its

18    users to create events as part of their -- That's

19    the relationship Facebook has with its users.

20         Q.        You indicated some of the events

21    are set up through the automated scripted?

22         A.        No.  What I indicated is that

23    users -- users created these events.  Whether the

24    user authorized -- whether they authorized an agent

25    to go do it for them or they did it, it's the same

04:41
04:41
04:41
04:41
04:41
04:41
04:41
04:41
04:41
04:42
04:42
04:42
04:42
04:42
04:42
04:42
04:42
04:42
04:42
04:42
04:42
04:42
04:42
04:42
04:42

| | |
|---|---|
| 1 | thing.  It's initiated by the user, that's what we | 04:42 |
| 2 | know. | 04:42 |
| 3 | Q.     The automated script, though, is | 04:42 |
| 4 | operated by power.com? | 04:42 |
| 5 | A.     It's a -- An automated script for | 04:42 |
| 6 | PowerScript, are initiated by users and executed by | 04:42 |
| 7 | power.com in the same way that an exporter is | 04:42 |
| 8 | initiated by user and managed by the site that's | 04:43 |
| 9 | doing it on behalf of the user.  Did you get that? | 04:43 |
| 10 | Yes. | 04:43 |
| 11 | (Whereupon, Exhibit 107 is marked | 04:43 |
| 12 | for identification by the reporter.) | 04:43 |
| 13 | Q.     Mr. Vachani, Exhibit 107 is | 04:43 |
| 14 | Exhibit A to the first amended complaint that was | 04:43 |
| 15 | 106.  Have you seen this document before today? | 04:43 |
| 16 | A.     What is this document I'm looking | 04:43 |
| 17 | at? | 04:43 |
| 18 | Q.     Exhibit A to the first amended | 04:43 |
| 19 | complaint. | 04:43 |
| 20 | A.     Is this the Facebook Terms and | 04:43 |
| 21 | Conditions? | 04:43 |
| 22 | Q.     Yes. | 04:43 |
| 23 | A.     I have -- Vaguely -- I've seen | 04:44 |
| 24 | this before, yes.  I don't know if I've seen this | 04:44 |
| 25 | specific version.  I've read the Facebook Terms and | 04:44 |

1        Q.        Do you see where it says,

2   "Meanwhile, as you may know, Facebook has taken

3   technical measures to limit the interaction between

4   power.com and its network at this time"?

5        A.        Yes.

6        Q.        Do you know what technical

7   measures are being referred to there?

8        A.        I don't.

9        Q.        Do you know if Facebook ever

10  instituted an IP block Facebook -- on power.com's

11  IP addresses?

12       A.        Power.com has hundreds of IP

13  addresses and they rotate so it would have -- it

14  would have refreshed -- Normally as we do, we had a

15  whole database, hundreds maybe even more IP

16  addresses.

17       Q.        Does power.com employ proxy

18  servers?

19       A.        We had proxy servers, yes.

20       Q.        Were some of those hundred of IP

21  addresses the IP addresses of --

22       A.        They were Amazon actually --

23  because Amazon it refreshes IPs and there were many

24  other -- We had a bank of, you know -- of proxies

25  it was around -- constantly updating IPs.

05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:55
05:56
05:56
05:56
05:56
05:56
05:56
05:56

328

```
 1          Q.        My question was:  Were any of the          05:56
 2    IPs addresses you were referring to that power.com        05:56
 3    employed proxy servers.  IP addresses or IP proxy         05:56
 4    servers?                                                  05:56
 5          A.        For -- I believe -- What do you           05:56
 6    mean by "proxy servers."                                  05:56
 7          Q.        Would they be servers that would          05:56
 8    employ a different IP address than the IP address         05:56
 9    which was contacting them?                                05:56
10          A.        The -- Amazon as they're aware was        05:56
11    one of the primary sources of the IP addresses, and      05:56
12    Amazon has a wide range.  It's pretty dynamic             05:56
13    because they have in the cloud we were implementing       05:56
14    there -- we were utilizing Amazon cloud along with       05:56
15    four other different sources of -- There was a            05:56
16    pretty wide range of IPs in our system.                   05:57
17          Q.        Where would the documentation             05:57
18    exist that shows me what IP addresses were employed      05:57
19    by Power as of December 17, 2008?                         05:57
20          A.        I believe IP addresses are dynamic        05:57
21    and constantly changing.  It wouldn't be something       05:57
22    we would document.                                        05:57
23          Q.        IP addresses also are assigned in         05:57
24    ranges.  Correct?                                         05:57
25          A.        I believe so.  I don't know               05:57
```

1          C E R T I F I C A T I O N

2

3          I, PATRICIA MULLIGAN CARRUTHERS, a

4    Certified Court Reporter and Notary Public of the

5    State of New Jersey and a Notary Public of the

6    State of New York, do hereby certify that prior to

7    the commencement of the examination the witness was

8    sworn by me to testify as to the truth, the whole

9    truth, and nothing but the truth.

10          I do further certify that the foregoing is

11   a true and accurate transcript of the testimony as

12   taken stenographically by and before me at the

13   time, place, and on the date hereinbefore set

14   forth.

15          I do further certify that I am neither of

16   counsel nor attorney for any party in this action

17   and that I am not interested in the event nor

18   outcome of this litigation.

19

20                    Patricia Mulligan Carruthers, CCR

                      Certificate No. XI00780

21                    Notary Public of the State of New York

                      Notary Public of the State of New Jersey

22

23   Dated: JULY 27, 2011

24

     My commission expires October 28, 2015.   (N.J.)

25   My commission expires December 21, 2013.   (N.Y.)

362

JURAT

    I, STEVEN VACHIANI, do hereby
certify that I have read the foregoing transcript
of my testimony taken on July 20, 2011, and have
signed it subject to the following changes:

PAGE    LINE                CORRECTION

DATE:

Sworn and subscribed to before me on this     day
of

NOTARY PUBLIC