BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
　　　　swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com

Attorneys for Defendants Power Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>　　　　　　　　　　Defendants. | Case No. 5:08-CV-05780 JW<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 5:08-CV-05780 JW

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd., Suite 940, Walnut Creek, CA 94596. On December 12, 2011, I served the within document:

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DOCUMENT SUBMITTED UNDER SEAL)**

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (REDACTED VERSION)**

- ☐ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

- ☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Overnight/Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

- ☐ By causing a personal delivery of a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by facsimile transmission on that date. This document was transmitted by using a Brother MFC-9970CDW facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 407-2700. The transmission was reported as complete and without error.

- ☒ by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

> I. Neel Chatterjee
> Monte Cooper
> Theresa Sutton
> Morvarid Metanat
> Amy Dalton
> Karen Mudurian
> Orrick, Herrington & Sutcliffe, LLP
> 1000 Marsh Road
> Menlo Park, Ca 94025
> Emails:
> nchatterjee@orrick.com
> mcooper@orrick.com
> tsutton@orrick.com
> mmetanat@orrick.com
> adalton@orrick.com
> kmudurian@orrick.com

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same

1  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
2  motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
3       I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed December 12, 2011, at Walnut Creek, California.

4

5

6  *[signature: Debbie Schroeder]*

7                                   Debbie Schroeder

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28