1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORAVIRD METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:   +1-650-614-7400
7  Facsimile:   +1-650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FACEBOOK, INC., | Case No. 5:08-cv-05780 JW |
|---|---|
| Plaintiff, | **PROOF OF SERVICE VIA ELECTRONIC MAIL** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On December 12, 2011, I served the following document(s):

1. FACEBOOK, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030 [CONFIDENTIAL – FILED UNDER SEAL];

2. FACEBOOK, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 [CONFIDENTIAL – FILED UNDER SEAL];

3. DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF FACEBOOK'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT UNDER : 1) ON COUNT 1 THE CAN-SPAM ACT; AND 2) CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030 AND EXHIBITS 1-7 ATTACHED THERETO [CONFIDENTIAL – FILED UNDER SEAL];

4. FACEBOOK, INC.'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' OPPOSITION TO FACEBOOK'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 (CAN-SPAM ACT, 15 U.S.C. § 7704) AND UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030 AND APPENDIX A ATTACHED THERETO [CONFIDENTIAL – FILED UNDER SEAL];

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 12:00 Midnight on December 12, 2011. |
|---|---|

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
Sarah N. Westcot, Esq.
swestcot@bursor.com
**BURSOR & FISHER, P.A.**
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Tel: 925-482-1515
Fax: 925-407-2700

Alan R. Plutzik, Esq.
aplutzik@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: 925.300-4455
Fax: 925.407.2700

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

- 1 -

PROOF OF SERVICE
5:08-CV-05780 JF

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

Executed on December 12, 2011 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Amy Dalton*