1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  FACEBOOK, INC.,                          Case No.   5:08-cv-05780 JW

15         Plaintiffs,                       **DECLARATION OF MORVARID METANAT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D)**

16         v.

17  POWER VENTURES, INC. a Cayman Island
    Corporation,; STEVE VACHANI, an
18  individual; DOE 1, d/b/a POWER.COM,      Courtroom:   9, 19th Floor
    DOES 2-25, inclusive,                    Judge:       Hon. James Ware
19
20         Defendants.

I, Morvarid Metanat, declare:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP and counsel for Plaintiff Facebook, Inc. I make this declaration in support of Defendants' Administrative Motion for Sealing Order Pursuant to Civil L.R. 79-5(d), in connection with: 1) Defendants' Opposition to Facebook, Inc.'s Motion for Partial Summary Judgment on Count 1; and 2) Defendants' Opposition to Facebook, Inc.'s Motion for Partial Summary Judgment on Counts 2 and 3. Facebook seeks to File under Seal portions of Defendants' Oppositions that make reference to the Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment on Count 1 ("McGeehan Decl.").

2. Facebook has designated the McGeehan Declaration as "HIGHLY-CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to the Parties' Protective Order, dated February 4, 2011 (Dkt. No. 95). The McGeehan Declaration discusses Facebook's internal infrastructure in responding to attacks on Facebook's systems and servers, including the security and privacy-based technical measures implemented by Facebook to prevent such attacks. This security information is highly sensitive and Facebook may suffer irreparable harm if this information is not protected from disclosure though public filing. Specifically, public disclosure of Facebook's technical and security measures implemented to prevent attacks on Facebook would be potentially informative to third parties who wish to circumvent such measures, putting Facebook at significant risk for future, pervasive attacks. Facebook requests that the Defendants Oppositions to Facebook's Motions for Summary Judgment be redacted to the extent Defendants cite to or refer to any portions of the McGeehan Declaration in their Oppositions to Facebook's motions for summary judgment.

3. On November 28, 2011, the Court granted Facebook's Motion to Seal the Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment on Count 1, and thus, all excerpts from, and references to, the McGeehan Declaration should be filed under seal. *See* Dkt. No. 182.

4. Facebook, therefore, requests that the following portions of Defendants' Oppositions be redacted for good cause:

  (A)  The following portions of Defendants' Opposition to Facebook's Motion for Partial Summary Judgment on Count 1 shall be redacted:

- Page 15, Lines 20-22, beginning with "As" through "them."

  (B)  The following portions of Defendants' Opposition to Facebook's Motion for Partial Summary Judgment on Counts 2 and 3 shall be filed under seal:

- Page 11, Lines 12-14, beginning with "and" through "then."
- Page 11, Lines 16-18, beginning with "Mr. McGeehan" through "Use."
- Page 11, Line 19, beginning at "identify" through "'goodwill.'"

  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

  Executed this 13th day of December, 2011 at Menlo Park, California.


                    /s/  Morvarid Metanat /s/
                    MORVARID METANAT

- 2 -

DECLARATION OF MORVARID METANAT ISO
DEFENDANTS' MOTION TO SEAL OPPOSITIONS
5:08-CV-05780 JW (JCS)