1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.   5:08-cv-05780 JW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF DEFENDANTS OPPOSITIONS TO FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 AND FACEBOOK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS 2 AND 3, PURSUANT TO CIVIL LOCAL RULE 79-5(D)** <br><br> Courtroom:   9, 19th Floor <br> Judge:       Hon. James Ware |

This matter came before the Court on the Administrative Motion to File Under Seal filed by Defendants Power Ventures, Inc. and Steve Vachani (collectively "Defendants") pursuant to Civil Local Rule 79-5(d).  Facebook, Inc. ("Facebook") seeks to file under seal portions of Defendants' Oppositions to Facebook's Motion for Partial Summary Judgment on Count 1, and Facebook's Motion for Partial Summary Judgment on Counts 2 and 3, referencing or citing to the Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment on Count 1.  Having considered the papers filed in support of and in opposition to the motion and other matters relevant to the determination of this motion, the Court HEREBY ORDERS that the motion is GRANTED, as follows:

(1) The following portions of Defendants' Opposition to Facebook's Motion for Partial Summary Judgment on Count 1 shall be filed under seal:

- Page 15, Lines 20-22, beginning with "As" through "them."

(2) The following portions of Defendants' Opposition to Facebook's Motion for Partial Summary Judgment on Counts 2 and 3 shall be filed under seal:

- Page 11, Lines 12-14, beginning with "and" through "then."
- Page 11, Lines 16-18, beginning with "Mr. McGeehan" through "Use."
- Page 11, Line 19, beginning at "identify" through "'goodwill.'"

**IT IS SO ORDERED.**

Dated:                                     ORRICK, HERRINGTON & SUTCLIFFE LLP

                                              Honorable James Ware
                                              United States District Judge