IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Facebook, Inc., | NO. C 08-05780 JW |
| Plaintiff, | **ORDER VACATING PRETRIAL CONFERENCE** |
| v. | |
| Power Ventures, Inc., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion to Enlarge Time.[1] Plaintiff requests that the Pretrial Conference scheduled for December 19, 2011, be continued until January 23, 2012, to coincide with the hearing on the parties' pending dispositive Motions. Defendants do not oppose Plaintiff's Motion.[2]

Upon review, in light of the pending dispositive Motions, the Court finds that a Pretrial Conference is premature at this time. Accordingly, the Court VACATES the Conference. The Court will set another conference date in its Order addressing the parties' dispositive Motions.

Dated: December 13, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Plaintiff Facebook Inc's Motion to Enlarge Time Pursuant to Civil Local Rule 6-3, Docket Item No. 191.)

[2] (See Docket Item No. 192.)

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Alan R Plutzik aplutzik@bramsonplutzik.com
Cindy Ann Cohn cindy@eff.org
3 David P. Chiappetta david.chiappetta@corrs.com.au
Indra Neel Chatterjee nchatterjee@orrick.com
4 Joseph Perry Cutler Jcutler@perkinscoie.com
Lawrence Timothy Fisher ltfisher@bursor.com
5 Monte M.F. Cooper mcooper@orrick.com
Morvarid Metanat mmetanat@orrick.com
6 Sarah Nicole Westcot swestcot@bursor.com
Scott A. Bursor scott@bursor.com
7 Theresa Ann Sutton tsutton@orrick.com

10 **Dated:  December 13, 2011**                                **Richard W. Wieking, Clerk**

12                                                               **By:      /s/ JW Chambers**
                                                                      **Susan Imbriani**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California