BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com
         mstrimling@bramsonplutzik.com

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                        Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                        Defendants. | Case No. 5:08-CV-05780 JW (JCS)<br><br>**[PROPOSED] ORDER SEALING CERTAIN PORTIONS OF FACEBOOK, INC.'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND FACEBOOK'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1   Defendants Power Ventures, Inc. and Steve Vachani seek to file under seal, pursuant to
2   Civil L.R. 79-5(d), all or portions of the following documents: (1) Exhibits 2, 3, 4 and 9 to the
3   Declaration of Monte M.F. Cooper in Support of Facebook, Inc.'s Motion for Partial Summary
4   Judgment on Count 1 under the CAN-SPAM Act; (2) Exhibit 1 to the Declaration of Theresa
5   Sutton in Support of Plaintiff Facebook, Inc.'s Opposition to Defendants' Motion for Summary
6   Judgment; (3) the November 14, 2011 Declaration of Lawrence Melling in Support of Facebook,
7   Inc.'s Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act ; (4) the
8   December 2, 2011 Declaration of Lawrence Melling in Support of Facebook, Inc.'s Opposition to
9   Defendants' Motion for Summary Judgment; and (5) Exhibit 10 to the November 17, 2011
10  Declaration of Morvarid Metanat in Support of Facebook, Inc.'s Motion for Partial Summary
11  Judgment Under Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030.
12  Having considered the papers filed in support of the motion, the Court HEREBY ORDERS that the
13  motion is GRANTED and hereby seals the following documents:

- Pages 259-261 and 266-267 of the transcript of the deposition of Steve Vachani attached as Exhibit 2 to the Declaration of Monte M.F. Cooper in Support of Facebook, Inc.'s Motion for Partial Summary Judgment on Count 1 under the CAN-SPAM Act.
- Pages 259-261 and 266-267 of the transcript of the deposition of Steve Vachani attached as Exhibit 1 to the Declaration of Theresa Sutton in Support of Plaintiff Facebook, Inc.'s Opposition to Defendants' Motion for Summary Judgment.
- Exhibits 3, 4 and 9 to the Declaration of Monte M.F. Cooper in Support of Facebook, Inc.'s Motion for Partial Summary Judgment on Count 1 under the CAN-SPAM Act.
- The entire November 14, 2011 Declaration of Lawrence Melling in Support of Facebook, Inc.'s Motion for Partial Summary Judgment on Count 1 of the CAN-SPAM Act.
- The entire December 2, 2011 Declaration of Lawrence Melling in Support of Facebook, Inc.'s Opposition to Defendants' Motion for Summary Judgment.

1  - Exhibit 10 to the November 17, 2011 Declaration of Morvarid Metanat in Support of
2    Facebook, Inc.'s Motion for Partial Summary Judgment Under Penal Code § 502 and
3    the Computer Fraud and Abuse Act, 18 U.S.C. § 1030.
4  IT IS SO ORDERED.

6  Dated: _____

HONORABLE JAMES WARE
CHIEF JUDGE
UNITED STATES DISTRICT COURT