I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.   5:08-cv-05780 JW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D) IN CONNECTION WITH DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> Courtroom:  9, 19th Floor <br> Judge:        Hon. James Ware |

This matter came before the Court on the Administrative Motion to File Under Seal filed by Defendants Power Ventures, Inc. and Steve Vachani (collectively "Defendants") pursuant to Civil Local Rule 79-5(d).  Facebook, Inc. ("Facebook") seeks to file under seal portions of Defendants' Reply Brief in Support of their Motion for Summary Judgment, referencing or citing to the Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment on Count 1.  Having considered the papers filed in support of and in opposition to the motion and other matters relevant to the determination of this motion, the Court HEREBY ORDERS that the motion is GRANTED, as follows:

(1) The following portions of Defendants' Reply Brief in Support of their Motion for Summary Judgment shall be filed under seal:

- Page 7, Lines 23-24, beginning with "For" through "them."
- Page 7, Lines 26-28, beginning with "[t]he" through "Use."

**IT IS SO ORDERED.**

Dated: December 19, 2011

~~ORRICK, HERRINGTON & SUTCLIFFE LLP~~

_____
Honorable James Ware
Chief Judge
Northern District of California

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL
5:08-CV-05780 JW (JCS)