| | |
|---|---|
| 1 | CINDY A. COHN (SBN 145997) |
| | cindy@eff.org |
| 2 | MARCIA HOFMANN (SBN 250087) |
| | marcia@eff.org |
| 3 | HANNI FAKHOURY (SBN 252629) |
| | hanni@eff.org |
| 4 | ELECTRONIC FRONTIER FOUNDATION |
| | 454 Shotwell Street |
| 5 | San Francisco, CA 94110 |
| | Telephone: (415) 436-9333 |
| 6 | Fax: (415) 436-9993 (fax) |

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 JW |
| Plaintiff, | **DECLARATION OF MARCIA HOFMANN IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT POWER VENTURES' MOTION FOR SUMMARY JUDGMENT ON COUNT 1 (CAN-SPAM ACT, 15 U.S.C. § 7704) AND UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT** |
| v. | |
| POWER VENTURES, INC., | |
| Defendant. | |
| | Date:   January 23, 2012 |
| | Time:   9:00 a.m. |
| | Courtroom 9, 19th Floor |
| | Hon. Judge James Ware |

---

Case No. 5:08-cv-05780 JW     DECLARATION OF MARCIA HOFMANN IN SUPPORT OF
MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

I, Marcia Hofmann, declare and state:

1. I am Senior Staff Attorney at the Electronic Frontier Foundation. I am a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. Counsel for defendant Power Ventures, L. Timothy Fisher, has represented that Power Ventures consents to the filing of this amicus brief.

3. Counsel for plaintiff Facebook, Neel Chatterjee, has represented that Facebook opposes the filing of this amicus brief.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.  Executed January 17, 2012 in San Francisco, California.

*/s/ Marcia Hofmann*
Marcia Hofmann

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on January 17, 2012, in San Francisco, California.

*/s/ Marcia Hofmann*
Marcia Hofmann