1  CINDY A. COHN (SBN 145997)
   cindy@eff.org
2  MARCIA HOFMANN (SBN 250087)
   marcia@eff.org
3  HANNI FAKHOURY (SBN 252629)
   hanni@eff.org
4  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
5  San Francisco, CA 94110
   Telephone: (415) 436-9333
6  Fax: (415) 436-9993 (fax)

7  Attorneys for *Amicus Curiae*
   Electronic Frontier Foundation

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC., <br><br> Defendant. | Case No. 5:08-cv-05780 JW <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT POWER VENTURES' MOTION FOR SUMMARY JUDGMENT ON COUNT 1 (CAN-SPAM ACT, 15 U.S.C. § 7704) AND UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT <br><br> Date:    January 23, 2012 <br> Time:    9:00 a.m. <br> Courtroom 9, 19th Floor <br> Hon. Judge James Ware |

Before the Court is the Electronic Frontier Foundation's motion for leave to file an amicus curiae brief in support of defendant Power Venture's Motion for Summary Judgment and in opposition to plaintiff Facebook's Corrected Motion for Partial Summary Judgment on Count 1 (CAN-SPAM Act, 15 U.S.C. § 7704) and Motion for Partial Summary Judgment Under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030.

Having considered the papers, the parties' responses thereto, and good cause appearing, it is hereby **ORDERED** that the Electronic Frontier Foundation's motion for leave to file its amicus curiae brief is **GRANTED**. ~~It is **FURTHER ORDERED** that the Electronic Frontier Foundation may participate in the hearing scheduled before this Court on January 23, 2012~~.

**IT IS SO ORDERED.**

DATED: January 19, 2012                    _/s/ James Ware_
                                            United States Chief District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on January 17, 2012, in San Francisco, California.

*/s/ Marcia Hofmann*
Marcia Hofmann