1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
2 | MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
3 | THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
4 | MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
5 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
6 | Menlo Park, CA  94025
Telephone:    650-614-7400
7 | Facsimile:    650-614-7401

8 | Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FACEBOOK, INC.,

                    Plaintiffs,

        v.

POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,

                    Defendants.

Case No.   5:08-cv-05780 JW

**ERRATA RE PLAINTIFF FACEBOOK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1**

Dept:        Courtroom 9, 19th Floor
Judge:      Hon. James Ware

Plaintiff Facebook, Inc. submits this errata to correct the following errors in its recent Motion for Partial Summary Judgment on Count 1, lodged with the Court on November 14, 2011. Attached hereto as Exhibit A is a true and correct copy of Facebook's Corrected Motion for Partial Summary Judgment on Count 1.

| Original Text | Corrected Text |
|---|---|
| [text unintentionally omitted]<br><br>**Page ii, Line 5** | ***"Anderson v. Liberty Lobby, Inc.*, No. 477 U.S. 242 (1986) . . . . . . . . . . . . . . 9"**<br><br>**Error:** This citation was not included in the [redacted] |
| [redacted] | **Error**: Typographical<br>[redacted] |
| [redacted]<br><br>**Page 8, Lines 14-16** | **Error**: Typographical |
| "There is no genuine issue of material fact if the evidence [ ] is of insufficient caliber or quantity to allow a rational finder of fact" to find for the nonmoving party." *Id*. at 324."<br><br>**Page 9, Lines 12-14** | "There is no genuine issue of material fact if the evidence [ ] is of insufficient caliber or quantity to allow a rational finder of fact" to find for the nonmoving party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 254 (1986)."<br><br>**Error**: Incorrect citation |
| [redacted]<br><br>**Page 14, Lines 1-2** | **Error**: Typographical |
| [redacted]<br><br>**Page 17, Line 16-17** | **Error**: Typographical |

Dated: November 18, 2011      ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/   *Morvarid Metanat*   /s/
**MORVARID METANAT**
Attorneys for Plaintiff
FACEBOOK, INC.