I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.  5:08-cv-05780 JW <br><br> **DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF FACEBOOK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 UNDER THE CAN-SPAM ACT** <br><br> Date: December 19, 2011 <br> Time: 9:00 a.m. <br> Judge: Hon. James Ware <br> Courtroom: 9, 19th Floor |

I, Monte M. F. Cooper, hereby declare as follows:

1.  I am an attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of a New Scientist article titled, "Inside Facebook's massive cyber-security system," dated October 26, 2011.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from the July 20, 2011, deposition transcript of Defendant Steve Vachani. **[DESIGNATED HIGHLY CONFIDENTIAL]**

4.  Attached hereto as **Exhibit 3** is a true and correct copy of a Niehaus production document, bearing Bates Nos. NIEHAUS PRODUCTION 00056-00064. **[DESIGNATED HIGHLY CONFIDENTIAL]**

5.  Attached hereto as **Exhibit 4** is a true and correct copy of a Niehaus production document, bearing Bates Nos. NIEHAUS PRODUCTION 00432-00479. **[DESIGNATED HIGHLY CONFIDENTIAL]**

6.  Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from Power Ventures, Inc.'s Responses to Facebook, Inc.'s First Set of Interrogatories, served December 15, 2010.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from Power Ventures, Inc.'s Responses to Facebook, Inc.'s First Set of Requests for Admissions, served December 15, 2010.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of a Facebook production document, bearing Bates No. FBPOWER00041.

9.  Attached hereto as **Exhibit 8** is a true and correct copy of a Power production document, produced to Facebook via File Transfer Protocol on November 2, 2011. The document contains portions of text in Portuguese and is followed by a certified translation in English and a signed and notarized certification created by the company, TransPerfect Translations, Orrick

1  retained to perform the translation.  **[CONTAINS CONFIDENTIAL INFORMATION]**

2        10.    Attached hereto as **Exhibit 9** is a true and correct copy of an email from Timothy
3  Fisher to Morvarid Metanat, dated November 9, 2011.  **[DESIGNATED HIGHLY**
4  **CONFIDENTIAL]**

5        11.    Attached hereto as **Exhibit 10** is a true and correct copy of Federal Register
6  Volume 73, Number 99, Part IV, "Federal Trade Commission" 16 C.F.R. Part 316: Definitions
7  and Implementation Under the CAN-SPAM Act, published May 21, 2008.

8        12.    Attached hereto as **Exhibit 11** is a true and correct copy of a Power production
9  document, bearing Bates Nos. POWER 2011.02.03 000089-90.  **[DESIGNATED HIGHLY**
10  **CONFIDENTIAL]**

11  I declare under penalty of perjury that the foregoing is true and correct to the best of my
12  knowledge.  Executed this 14th day of November 2011 at Menlo Park California.

                /s/ *Monte M. F. Cooper* /s/
                Monte M. F. Cooper