# EXHIBIT 6

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                                     Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                                     Defendants. | Case No. 5:08-cv-05780 JF (RS)<br><br>**DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS** |

# REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that in a letter dated December 1, 2008, FACEBOOK requested confirmation that YOU "have ceased and desisted in…soliciting, using and/or retaining Facebook user login information"

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Admitted.

**REQUEST FOR ADMISSION NO. 2:**

Admit that in a letter dated December 1, 2008, FACEBOOK requested confirmation that YOU "ceased and desisted in …sending any manner of unsolicited commercial messages to Facebook users."

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admitted.

**REQUEST FOR ADMISSION NO. 3:**

Admit that in a letter dated December 1, 2008, FACEBOOK requested confirmation that YOU "removed compatibility with Facebook from your website."

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that "scraping content from Facebook" violated FACEBOOK's Terms of Use.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admitted.

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

3

**REQUEST FOR ADMISSION NO. 5:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[s]olicitation of Facebook user login information."

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Admitted.

**REQUEST FOR ADMISSION NO. 6:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[u]sing or attempting to use another person's Facebook account without authorization from the Company," i.e., FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Admitted.

**REQUEST FOR ADMISSION NO. 7:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[u]se of automated scripts to collect information from, or otherwise interact with, the Facebook website."

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Admitted.

**REQUEST FOR ADMISSION NO. 8:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[u]ploading, posting, transmitting, sharing or otherwise making available any unsolicited or unauthorized advertising, solicitations, promotional materials, 'junk mail,' 'spam,' 'chain letters,' 'pyramid schemes,' or any other form of solicitation."

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Admitted.

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO. 5:08-CV-05780 JF (RS)

4

**REQUEST FOR ADMISSION NO. 9:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[u]sing the Facebook service or site for commercial purposes, except under formal advertising programs offered by Facebook."

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Admitted.

**REQUEST FOR ADMISSION NO. 10:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[i]ncorporating any Facebook site content or information in any other database or compilation."

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Admitted.

**REQUEST FOR ADMISSION NO. 11:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, you continued to access the FACEBOOK WEBSITE through the services available at the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 12:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU allowed OR provided POWER USERS with the means to access the FACEBOOK WEBSITE through the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Admitted.

**REQUEST FOR ADMISSION NO. 13:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU provided POWER USERS with the means to access the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU solicited FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU stored FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admitted.

**REQUEST FOR ADMISSION NO. 16:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used the FACEBOOK WEBSITE for commercial purposes.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Denied.

/   /   /

/   /   /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO. 5:08-CV-05780 JF (RS)

6

**REQUEST FOR ADMISSION NO. 17:**

Admit that YOU have never entered into a formal advertising agreement with FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU developed OR created programming scripts OR language that would provide POWER with an automated mechanism to extract data from the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

Admit that YOU copied OR made use of at least some part, excerpt, OR portion of FACEBOOK's source code to develop, test implement, use OR provide POWER's aggregating services.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 20:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU incorporated FACEBOOK WEBSITE content, DATA, or information into the POWER WEBSIT OR that services located thereon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

/     /     /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

7

**REQUEST FOR ADMISSION NO. 21:**

Admit that in or about December 2008, YOU agreed to access the FACEBOOK WEBSITE OR cause others to access the FACEBOOK WEBSITE through means permitted by FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Admitted.

**REQUEST FOR ADMISSION NO. 22:**

Admit that after receiving notice that YOUR use of or access to FACEBOOK was not permitted by FACEBOOK, YOU took, copied, OR made use of DATA from the FACEBOOK WEBSITE without FACEBOOK'S permission to do so.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Admitted.

**REQUEST FOR ADMISSION NO. 23:**

Admit that FACEBOOK implemented technical measures to block YOU from accessing the FACEBOOK WEBSITE through the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Admitted.

**REQUEST FOR ADMISSION NO. 24:**

Admit that, in or about December 2008, FACEBOOK blocked YOUR IP address(es) from accessing the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

/   /   /

/   /   /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO. 5:08-CV-05780 JF (RS)

8

1  **REQUEST FOR ADMISSION NO. 36:**

2      Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used or attempted

3  to another person's FACEBOOK WEBSITE account information without authorization from

4  FACEBOOK.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

6      Objection compound, vague and ambiguous. Subject to and without waiving these

7  objections, denied.

8  **REQUEST FOR ADMISSION NO. 37:**

9      Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used automated

10  scripts or COMPUTER CODE to collect information from, or otherwise interact with, the

11  FACEBOOK WEBSITE.

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

13      Admitted.

14  **REQUEST FOR ADMISSION NO. 38:**

15      Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU uploaded, posted,

16  OR made available promotional materials OR solicitations on the FACEBOOK WEBSITE.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

18      Objection compound, vague and ambiguous. Subject to and without waiving these

19  objections, denied.

20  **REQUEST FOR ADMISSION NO. 39:**

21      Admit that on December 26, 2008, Steve Vachani sent an e-mail to Facebook stating

22  YOUR "business decision" to continue accessing or using the FACEBOOK WEBSITE without

23  implementing the Facebook Connect platform.

24  **RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

25      Objection vague and ambiguous.  Subject to and without waiving these objections, Power

26  admits that Mr. Vachani sent an email to Facebook's counsel on December 26, 2008 stating:

27          Dear Joseph,
        I am writing to follow up to our discussions regarding Power.com's

28          integration of Facebook connect, your requests for us to take down

1 **REQUEST FOR ADMISSION NO. 41:**

2     Admit that, between January 1, 2008 and present date, YOU displayed the FACEBOOK

3 name OR logo on the POWER WEBSITE.

4 **RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

5     Objection compound vague and ambiguous.  Subject to and without waiving these

6 objections, Power admits that it used the word Facebook on its website.

7 **REQUEST FOR ADMISSION NO. 42:**

8     Admit that on or before December 26, 2008, YOU began a "Launch Promotion" that

9 promised POWER USERS the chance to win one hundred dollars if they successfully invited AND

10 signed up new POWER USERS.

11 **RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

12     Admitted.

13 **REQUEST FOR ADMISSION NO. 43:**

14     Admit that as part of the "Launch Promotion" described in Request for Admission No. 42,

15 YOU provided POWER USERS with a list of their FACEBOOK friends that might be solicited to

16 take part in the "Launch Promotion."

17 **RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

18     Admitted.

19 **REQUEST FOR ADMISSION NO. 44:**

20     Admit that as part of the "Launch Promotion" described in Request for Admission No. 42,

21 YOU requested that POWER USERS' select which of their FACEBOOK friends should receive an

22 invitation to the "Launch Promotion" event.

23 **RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

24     Admitted.

25 **REQUEST FOR ADMISSION NO. 45:**

26     Admit that as part of the "Launch Promotion" described in Request for Admission No. 42,

27 YOU created a FACEBOOK event titled, "Bring 100 friends and win 100 bucks!" scheduled for

28 March 20, 2009 at 1 a.m.

1 **REQUEST FOR ADMISSION NO. 50:**

2   Admit that the "Launch Promotion" invitation described in Paragraphs 65 through 70 of

3 Facebook's First Amended Complaint against YOU (Dkt. No. 9) does not contain a valid e-mail

4 address, by which recipients of the invitation could contact YOU.

5 **RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

6   Admitted.

7 **REQUEST FOR ADMISSION NO. 51:**

8   Admit that between January 1, 2008 and present date, YOU stored, saved, or otherwise

9 retained FACEBOOK user log-in information, such as user names and/or passwords.

10 **RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

11   Admitted.

12 **REQUEST FOR ADMISSION NO. 52:**

13   Admit that in an e-mail dated December 12, 2008, 1:24 p.m., YOU wrote that YOU "will

14 delete any Facebook friend information we currently have."

15 **RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

16   Admitted.

17 **REQUEST FOR ADMISSION NO. 53:**

18   Admit that in an e-mail dated December 15, 2008, 5:01 p.m., FACEBOOK, by and through

19 its counsel, wrote to YOU:  "Meanwhile as you may know, Facebook has taken technical measure

20 to limit the interaction between Power.com and its network at this time.  In order to fully initialize

21 your integrated Facebook Connect status, and to lift those technical measures, Facebook requires

22 written confirmation of the following: 1. That Power has purged and destroyed all data that it

23 obtained from the Facebook network or from Facebook users prior to implementation of Facebook

24 Connect including all login information and/or any other data obtained or scraped from Facebook's

25 website."

26 **RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

27   Admitted.

28 /     /     /

1  **REQUEST FOR ADMISSION NO. 54:**

2  Admit that, between December 1, 2008 and February 1, 2008, YOU did not delete the

3  "Facebook friend information" in YOUR possession.

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

5  Admitted.

6  **REQUEST FOR ADMISSION NO. 55:**

7  Admit that, to present date, you have not deleted, purged or destroyed all data that YOU

8  obtained from the FACEBOOK network.

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

10  Admitted.

11  **REQUEST FOR ADMISSION NO. 56:**

12  Admit that, to present date, you have not deleted, purged or destroyed all FACEBOOK

13  login information obtained from POWER users, including, but not limited to, FACEBOOK user

14  names and/or passwords.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

16  Admitted.

17  Dated:  December 15, 2010                BRAMSON, PLUTZIK, MAHLER &
18                                          BIRKHAEUSER, LLP

19
20                                          By_____/s/_____
                                                    L. Timothy Fisher
21
                                            Alan R. Plutzik (State Bar No. 77785)
22                                          L. Timothy Fisher (State Bar No. 191626)
                                            2125 Oak Grove Road, Suite 120
23                                          Walnut Creek, CA  94598
                                            Telephone:  (925) 945-0200
24                                          Facsimile:  (925) 945-8792

25                                          LAW OFFICES OF SCOTT A. BURSOR
                                            Scott A. Bursor (*pro hac vice*)
26                                          369 Lexington Avenue, 10th Floor
                                            New York, NY  10017-6531
27                                          Telephone:  (212) 989-9113
                                            Facsimile:   (212) 989-9163
28

1
2                                            Attorneys for Defendants Power
                                             Ventures, Inc. and Steve Vachani
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28