# EXHIBIT 7



**Launch Promotion** — Power.com

**Win 100 dollars!**

First **100** people who bring **100 new friends** to Power.com win **$100**. Join now!

☑ Share with friends through my photos
☑ Share with friends through events
☑ Share with friends through status

**Yes, I do!**

Rules   No, thanks.

FBPOWER00041