# EXHIBIT 11

Scott A. Bursor <scott@bursor.com>

# Fwd: Cease and Desist Soliciting Login Credentials and Scraping Facebook Content

1 message

**steve@stevevachani.com** <steve@stevevachani.com>  Mon, Feb 9, 2009 at 12:12 PM
Reply-To: steve@stevevachani.com
To: scott@bursor.com
Cc: felipe.herrera@corp.power.com

--- On **Mon, 12/1/08, steve@stevevachani.com <steve@stevevachani.com>** wrote:

> From: steve@stevevachani.com <steve@stevevachani.com>
> Subject: Fwd: Cease and Desist Soliciting Login Credentials and Scraping Facebook Content
> To: "'Felipe Herrera'" <felipe.herrera@powerinc.net>, "'Eric Santos'" <eric.santos@powerinc.net>
> Date: Monday, December 1, 2008, 8:01 PM
>
> We need to prepare and think carefully how to transform this into an opportunity for Power. I will talk to my friends at Meebo and also see the best response.
>
> Eric, we need to be prepared for Facebook to try to block us and the turn this into a national battle that gets us huge attention. But before we do that, we need to be prepared to address their arguments.
>
> We need to address the scraping argument and the soliciting login credentials. Soliciting login credentials should be something with A LOT of precedent. Everybody has been soliciting login credentials for years. Scraping is also something we should be able to address.
>
> Let's discuss this. This is exciting. :)
>
> Keep this letter confidential.
>
> Thanks.
> Steve
>
> --- On **Mon, 12/1/08, hostmaster1@poweremail.org <hostmaster1@poweremail.org>** wrote:
>
>> From: hostmaster1@poweremail.org <hostmaster1@poweremail.org>
>> Subject: Fwd: Cease and Desist Soliciting Login Credentials and Scraping Facebook Content
>> To: "Steven Vachani" <steve@stevevachani.com>
>> Cc: "Felipe Herrera" <felipe.herrera@powerinc.net>
>> Date: Monday, December 1, 2008, 7:54 PM

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

POWER 2011.02.03.0000089

```
Steve,

This looks serious.  They want a response by Wednesday in writing.
If I can help, let me know.

Leigh Power

--
Power Assist, Inc.
Coupeville, WA  98239
--

----- Forwarded message from JCutler@perkinscoie.com -----
    Date: Mon, 1 Dec 2008 19:30:08 -0800
    From: "Cutler, Joseph P. (Perkins Coie)"
<JCutler@perkinscoie.com>
Reply-To: "Cutler, Joseph P. (Perkins Coie)"
<JCutler@perkinscoie.com>
 Subject: Cease and Desist Soliciting Login Credentials and Scraping Facebook
Content
      To: hostmaster1@poweremail.org

I misspelled your email address when I sent this earlier this evening.  Please
see below.

Sincerely,

Joe

Joseph P. Cutler
Attorney at Law
Perkins Coie, LLP
206. 359. 6104 (Office)
206. 359. 7104 (Fax)
jcutler@perkinscoie.com

-----Original Message-----
From: Cutler, Joseph P. (Perkins Coie)
To: 'hostmaster1@poeremail.org' <hostmaster1@poeremail.org>
CC: McCullagh, James R.  (Perkins Coie); Demetrescu, Nicole  (Perkins Coie)
Sent: Mon Dec 01 18:51:00 2008
Subject: Cease and Desist Soliciting Login Credentials and Scraping Facebook
Content

 <<C&D power.com.pdf>>
Please open, review and respond to the attached correspondence as directed
therein.



Sincerely,



Joe



Joseph P. Cutler | Perkins Coie LLP

Attorney at Law
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
jcutler@perkinscoie.com <mailto:jcutler@perkinscoie.com>

206.359.6104 (office) | 206.359.7104 (fax)

Professional Biography
<http://www.perkinscoie.com/professionals/professionals_detail.aspx?professional=139>

NOTICE: This communication may contain privileged or other confidential
information. If you have received it in error, please advise the sender by reply
email and immediately delete the message and any attachments without copying or
disclosing the contents. Thank you.

IMPORTANT TAX INFORMATION: This communication is not intended or written by
Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose
of avoiding penalties that may be imposed on the taxpayer under the Internal
Revenue Code of 1986, as amended.




----- End forwarded message -----
```

**3 attachments**


**ATT142348.txt**
2K


**ATT142351.htm**
3K

**C&D power.com.pdf**
173K

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

POWER 2011.02.03.0000090