# EXHIBIT 1

| | |
|---|---|
| **From:** | steve@stevevachani.com |
| **Sent time:** | Thursday, July 22, 2010 11:12:59 AM |
| **To:** | Rob Pollock <rob@power.com> |
| **Cc:** | Neil Azous <Neil.Azous@Navigateadvisors.com> |
| **Subject:** | Re: FACEBOOK LAWSUIT |

I spoke to Scott yesterday and discussed possible strategies which he also discussed with you. We also agreed that it makes sense to try to get a neutral outcome where both parties just drop the case and go there separate ways. Scott thinks this is good. There is a good chance Facebook will reject that and push for the same terms as before, which is not necessarily a good thing, but we have nothing to lose by trying.

I agree that we should let Scott reach out to the lawyers to try to get both sides to drop the case with no other terms and a neutral outcome on both sides.

In the event that Facebook rejects that, I am interested in discussing and continuing the defense on the case. But let's evaluate that option after we exhaust this simpler option that we all agree on and let's hope for a positive outcome.

--- On **Thu, 7/22/10, Rob Pollock *<rob@power.com>*** wrote:

> From: Rob Pollock <rob@power.com>
> Subject: FACEBOOK LAWSUIT
> To: "Neil Azous" <azousn@hotmail.com>, "Omar Amanat" <omar@amanatcapital.com>, "Andreas Stavropoulos" <andreas@dfj.com>, "Steve Vachani" <steve@stevevachani.com>, "Jonathan Jackson" <jonathan.jackson@lordship.eu>
> Cc: "Rob Pollock" <rob@power.com>
> Date: Thursday, July 22, 2010, 8:05 AM
>
> Gentlemen,
>
> After yesterdays Court decision, Neil and I spoke with Scott Bursor (Power's Counsel). Neil and I also then spoke with Steve.
>
> In a nutshell, Scott's opinion is that there is NO upside left for Power. Meaning, from a shareholder's standpoint, there is no upside from any potential damage claim as the Court Denied both of Power's counter claims with prejudice. He also felt that the Court clearly was leaning in FB's direction on their 502 claim. And, once in discovery, FB would be able to establish damages and receive a Summary Judgment against Power.
>
> The only option left for Power now is a defensive action. This would be costly and probably entail 12 to 18 months of discovery and depositions. And, in the end, if Power prevailed on all accounts, we might be able to appeal the ruling which denied our Claims (no guarantee). Scott will not take this on contingency.
>
> Scott proposed a strategy for him to go back to Facebook's attorneys and attempt to have both sides walk away. He recommended we do this immediately; however, we asked for 24 hours to discuss. I understand that Steve was to speak directly to Scott. Omar, you may want to call Scott as well. Or, call Neil.
>
> From my perspective, I believe we should follow Scott's advice and let him speak with the attorney's at Orrick. If you disagree, please get back to me before end of business, EST. I will be giving Scott the go ahead on this at that time.
>
> Best,
>
> Rob
>
>
> Power Ventures, Inc. | www.power.com
> **Rob Pollock**
> CEO
> Mobile 925-997-5755
> rob@power.com <mailto:rob@power.com> | www.power.com <http://www.power.com/>
> All information in this message is proprietary & confidential.