# EXHIBIT 3

**From:** Bruno Carvalho <bruno.carvalho@powerinc.net>
**Sent time:** Saturday, November 29, 2008 6:40:35 AM
**To:** SteveVachani <steve@stevevachani.com>
**Subject:** RES: important: please download digsby and add facebook account .they install app on facebook page

te mandei ontem os textos em ingles.

vou reenviar agora

---

De: steve@stevevachani.com [steve@stevevachani.com]
Enviado: sábado, 29 de novembro de 2008 6:19
Para: Bruno Carvalho
Assunto: Re: important: please download digsby and add facebook account .they install app on facebook page

Ainda eu nao recebi todos messagems e o text deles em ingles e portuguesea

Eric, how is yourfacebook app doing? How about open social power app? :)
Sent via BlackBerry by AT&T

-----Original Message-----
From: Bruno Carvalho <bruno.carvalho@powerinc.net>

Date: Sat, 29 Nov 2008 08:56:33
To: SteveVachani<steve@stevevachani.com>; Eric Santos<eric@power.com>; EricSantos<eric.santos@powerinc.net>
Subject: RE: important: please download digsby and add facebook account .
they install app on facebook page


Steve,

Fiz o dowmload do digsby e tb instalei ele no facebook e ele nao adicionou o widget automaticamente. Tive que colocalo manualmente no perfil.

Li tambem os termos de uso e a politica de privacidade e ele nao menciona nada sobre essa colocacao automatica no perfil.

Eric,

O digsby se comportou dessa maneira com vc tb?

Ats

Bruno

--- mensagem original ---
De: "steve@stevevachani.com" <steve@stevevachani.com>
Assunto: Fw: important: please download digsby and add facebook account. they install app on facebook page
Data: 28 de Novembro de 2008
Hora: 8:12:47


Bruno, please take care of this also.

--- On Fri, 11/28/08, steve@stevevachani.com <steve@stevevachani.com> wrote:
From: steve@stevevachani.com <steve@stevevachani.com>
Subject: important: please download digsby and add facebook account. they install app on facebook page
To: eric@power.com, eric@ericsantos.net
Date: Friday, November 28, 2008, 2:10 AM

Eric,

please download digsby.com and install it and add your facebook account. Digsby.com automatically adds a facebook app on your facebook page and they automatically make the facebook app the TOP app and the app which is on the front page ahead of all apps. This is exactly what we need to do.

please look at how they are doing this. make sure that the power app is installed on

we might need to also work with facebook terms and conditions to do this. please study exactly how digsby is doing this so we can learn from them. Facebook is not blocking them.

they are also pulling facebook messenger and doing many things with facebook.

after you look at digsby, let me know.

do you see how to make the app the first app on the profile page?

**From:** Bruno Carvalho <bruno.carvalho@powerinc.net>
**Sent time:** Saturday, November 29, 2008 6:40:35 a.m.
**To:** SteveVachani <steve@stevevachani.com>
**Subject:** RES: important: please download digsby and add facebook account .they install app on facebook page

I sent the texts in English to you yesterday.
I will re-send now.
_____

From: steve@stevevachani.com [steve@stevevachani.com]
Sent time: Saturday, November 29, 2008 6:19
To: Bruno Carvalho
Subject: Re: important: please download digsby and add facebook account .they install app on facebook page

I still have not received all messages and the text for them in English and Portuguese.

Eric, how is your facebook app doing? How about open social power app? :)

Sent via BlackBerry by AT&T


------Original Message------
From: Bruno Carvalho <bruno.carvalho@powerinc.net>
Date: Sat, 29 Nov 2008 08:56:33
To: SteveVachani<steve@stevevachani.com>; Eric Santos< eric@power.com>; Eric Santos<eric.santos@powerinc.net>
Subject: RE: important: please download digsby and add facebook account.
they install app on facebook page

Steve,

I did the download of digsby, and I also installed it on Facebook, and it did not automatically add the widget. I had to manually put it on the profile.

I also read the terms of use and the privacy policy and it did not mention anything about this automatic placement on the profile.


Eric,

Did Digsby have the same behavior with you as well?

Regards,

Bruno


------Original Message------

From: "steve@stevevachani.com" <steve@stevevachani.com>
Subject: Few: important: please download digsby and add facebook account. they install app on facebook page
Date: November 28, 2008
Time sent: 8:12:47



Bruno, please take care of this also.

On Fri, 11/28/08, steve@stevevachani.com <steve@stevevachani.com> wrote:
From: steve@stevevachani.com <steve@stevevachani.com>
Subject: important: please download digsby and add facebook account. they install app on facebook page
To: eric@power.com, eric@ericsantos.net
Date: Friday, November 28, 2008, 2:10 a.m.

Eric,

please download digsby.com and install it and add your facebook account. Digsby.com automatically adds a facebook app on your facebook page and they automatically make the facebook app the TOP app and the app which is on the front page ahead of all apps. This is exactly what we need to do.

please look at how they are doing this. make sure that the power app is installed on

we might need to also work with facebook terms and conditions to do this. please study exactly how digsby is doing this so we can learn from them. Facebook is not blocking them.

they are also pulling facebook messenger and doing many things with facebook.

after you look at digsby, let me know.

do you see how to make the app the first app on the profile page?



AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTÁ
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DÜSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Casey Dianni, hereby certify that the document:

- RES important please download digsby and add facebook account they install app on facebook page

is, to the best of my knowledge and belief, a true and accurate translation from Portuguese to English.

Casey Dianni

Sworn to before me this
November 14, 2011

Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 20/5

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM