**EXHIBIT 4**

1 | LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
2 | 369 Lexington Avenue, 10th Floor
New York, NY  10017
3 | Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
4 |
5 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
6 | 2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
7 | Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
8 |
9 | Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC., | |
|---|---|
| Plaintiff, | Case No. 5:08-cv-05780 JF (RS) |
| -against- | **DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS** |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | |
| Defendants. | |

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR
ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

**REQUEST FOR ADMISSION NO. 13:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU provided POWER USERS with the means to access the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU solicited FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU stored FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admitted.

**REQUEST FOR ADMISSION NO. 16:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used the FACEBOOK WEBSITE for commercial purposes.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Denied.

/   /   /

/   /   /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO. 5:08-CV-05780 JF (RS)

6

**REQUEST FOR ADMISSION NO. 17:**

Admit that YOU have never entered into a formal advertising agreement with FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU developed OR created programming scripts OR language that would provide POWER with an automated mechanism to extract data from the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

Admit that YOU copied OR made use of at least some part, excerpt, OR portion of FACEBOOK's source code to develop, test implement, use OR provide POWER's aggregating services.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 20:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU incorporated FACEBOOK WEBSITE content, DATA, or information into the POWER WEBSIT OR that services located thereon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

/   /   /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

7

**REQUEST FOR ADMISSION NO. 21:**

Admit that in or about December 2008, YOU agreed to access the FACEBOOK WEBSITE OR cause others to access the FACEBOOK WEBSITE through means permitted by FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Admitted.

**REQUEST FOR ADMISSION NO. 22:**

Admit that after receiving notice that YOUR use of or access to FACEBOOK was not permitted by FACEBOOK, YOU took, copied, OR made use of DATA from the FACEBOOK WEBSITE without FACEBOOK'S permission to do so.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Admitted.

**REQUEST FOR ADMISSION NO. 23:**

Admit that FACEBOOK implemented technical measures to block YOU from accessing the FACEBOOK WEBSITE through the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Admitted.

**REQUEST FOR ADMISSION NO. 24:**

Admit that, in or about December 2008, FACEBOOK blocked YOUR IP address(es) from accessing the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

/   /   /

/   /   /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO. 5:08-CV-05780 JF (RS)

8

1  **REQUEST FOR ADMISSION NO. 36:**

2  Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used or attempted

3  to another person's FACEBOOK WEBSITE account information without authorization from

4  FACEBOOK.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

6  Objection compound, vague and ambiguous. Subject to and without waiving these

7  objections, denied.

8  **REQUEST FOR ADMISSION NO. 37:**

9  Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used automated

10 scripts or COMPUTER CODE to collect information from, or otherwise interact with, the

11 FACEBOOK WEBSITE.

12 **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

13 Admitted.

14 **REQUEST FOR ADMISSION NO. 38:**

15 Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU uploaded, posted,

16 OR made available promotional materials OR solicitations on the FACEBOOK WEBSITE.

17 **RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

18 Objection compound, vague and ambiguous. Subject to and without waiving these

19 objections, denied.

20 **REQUEST FOR ADMISSION NO. 39:**

21 Admit that on December 26, 2008, Steve Vachani sent an e-mail to Facebook stating

22 YOUR "business decision" to continue accessing or using the FACEBOOK WEBSITE without

23 implementing the Facebook Connect platform.

24 **RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

25 Objection vague and ambiguous.  Subject to and without waiving these objections, Power

26 admits that Mr. Vachani sent an email to Facebook's counsel on December 26, 2008 stating:

27  Dear Joseph,
 I am writing to follow up to our discussions regarding Power.com's
28  integration of Facebook connect, your requests for us to take down

**REQUEST FOR ADMISSION NO. 54:**

Admit that, between December 1, 2008 and February 1, 2008, YOU did not delete the "Facebook friend information" in YOUR possession.

**RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Admitted.

**REQUEST FOR ADMISSION NO. 55:**

Admit that, to present date, you have not deleted, purged or destroyed all data that YOU obtained from the FACEBOOK network.

**RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

Admitted.

**REQUEST FOR ADMISSION NO. 56:**

Admit that, to present date, you have not deleted, purged or destroyed all FACEBOOK login information obtained from POWER users, including, but not limited to, FACEBOOK user names and/or passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Admitted.

Dated:  December 15, 2010        BRAMSON, PLUTZIK, MAHLER &
                                 BIRKHAEUSER, LLP


                                 By_____/s/_____
                                       L. Timothy Fisher

                                 Alan R. Plutzik (State Bar No. 77785)
                                 L. Timothy Fisher (State Bar No. 191626)
                                 2125 Oak Grove Road, Suite 120
                                 Walnut Creek, CA  94598
                                 Telephone:  (925) 945-0200
                                 Facsimile:  (925) 945-8792

                                 LAW OFFICES OF SCOTT A. BURSOR
                                 Scott A. Bursor (*pro hac vice*)
                                 369 Lexington Avenue, 10th Floor
                                 New York, NY  10017-6531
                                 Telephone:  (212) 989-9113
                                 Facsimile:   (212) 989-9163

1
2                                              Attorneys for Defendants Power Ventures, Inc. and Steve Vachani
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28