**EXHIBIT 5**

| | |
|---|---|
| 1 | LAW OFFICES OF SCOTT A. BURSOR |
| | Scott A. Bursor (*pro hac vice*) |
| 2 | 369 Lexington Avenue, 10th Floor |
| | New York, NY  10017 |
| 3 | Telephone:  (212) 989-9113 |
| | Facsimile:  (212) 989-9163 |
| 4 | |
| | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 5 | Alan R. Plutzik (State Bar No. 077785) |
| | L. Timothy Fisher (State Bar No. 191626) |
| 6 | 2125 Oak Grove Road, Suite 120 |
| | Walnut Creek, CA  94598 |
| 7 | Telephone:  (925) 945-0200 |
| | Facsimile:  (925) 945-8792 |
| 8 | |
| | Attorneys for Defendants Power |
| 9 | Ventures, Inc. and Steve Vachani |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | |
| Plaintiff, | Case No. 5:08-cv-05780 JF (RS) |
| -against- | **DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES** |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | |
| Defendants. | |

Power is presently unaware of any Facebook accounts created by Power employees for purposes of their employment with Power.

**INTERROGATORY NO. 5:**

Describe in detail how AND IDENTIFY when YOU first became aware that FACEBOOK had IP blocks to keep YOU OR POWER USERS from accessing the FACEBOOK WEBSITE.

**RESPONSE TO INTERROGATORY NO. 5:**

Power objects that this interrogatory is vague and ambiguous. Subject to and without waiving those objections, Power states that on or about December 15, 2008 it received an email from Facebook's counsel, Joseph P. Cutler, stating that "Facebook has taken technical measures to limit the interaction between Power.com and its network at this time."

**INTERROGATORY NO. 6:**

Describe in detail how AND IDENTIFY when YOU first learned that YOU did not have FACEBOOK's permission to access the FACEBOOK WEBSITE.

**RESPONSE TO INTERROGATORY NO. 6:**

Power objects that this interrogatory is vague and ambiguous, overbroad, unduly burdensome, and seeks information that is not within Power's possession, custody or control. Subject to and without waiving those objections, Power states that on or about December 1, 2008 it received a letter from Facebook's counsel, Joseph P. Cutler, stating that Power's activities violated "Facebook's Terms of Use."

**INTERROGATORY NO. 7:**

Describe in detail and IDENTIFY the process by which YOU continued to access, OR provide POWER USERS' with the means to access, the FACEBOOK WEBSITE following FACEBOOK's IP blocking, including, but not limited to the POWER employee(s) OR director(s) responsible for that process OR decision.

/    /    /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES
CASE NO.  5:08-CV-05780 JF  (RS)
63173

4

1  their personal data.  Power respects and honors the trust that Power users have placed in Power to
2  securely access and store their date.  Power responsibly and securely stores its users' data, and
3  Power has never had a security breach.  Unless a user requests that his or her data be deleted,
4  Power does not delete users' data.  Power has a responsibility to preserve and store this data for the
5  user, and Power respects and honors that responsibility.  Power does not delete data that users have
6  expect us to store and to maintain for them, just as Yahoo, Gmail and Facebook, for example, do
7  not delete data that their users expect them to store and to maintain.

Dated:  December 15, 2010              BRAMSON, PLUTZIK, MAHLER &
                                       BIRKHAEUSER, LLP


                                       By_____/s/_____
                                                L. Timothy Fisher

                                       Alan R. Plutzik (State Bar No. 77785)
                                       L. Timothy Fisher (State Bar No. 191626)
                                       2125 Oak Grove Road, Suite 120
                                       Walnut Creek, CA  94598
                                       Telephone:  (925) 945-0200
                                       Facsimile:  (925) 945-8792

                                       LAW OFFICES OF SCOTT A. BURSOR
                                       Scott A. Bursor (*pro hac vice*)
                                       369 Lexington Avenue, 10th Floor
                                       New York, NY  10017-6531
                                       Telephone:  (212) 989-9113
                                       Facsimile:   (212) 989-9163

                                       Attorneys for Defendants Power
                                       Ventures, Inc. and Steve Vachani

## **VERIFICATION**

I, Steve Vachani, declare that:

I am a defendant in the above-captioned action. I have read POWER VENTURES INC.'S RESPONSES TO FACEBOOK'S FIRST SET OF INTERROGATORIES, and know the contents thereof. The responses are true of my own knowledge except as to the matters therein stated on information and belief and as to those matters I believe them to be true.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed at 5:00pm in San Francisco on December 15, 2010.

_____    *Steve Vachani* (signature)
                                                Steve Vachani

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Bramson, Plutzik, Mahler & Birkhaeuser, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, CA  94598.  On December 15, 2010, I served the within documents:

- **DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS**
- **DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES**
- **DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION**

☒ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ By causing a process server to personally deliver a copy of the document(s) listed above to the person(s) at the address(es) set forth below

☐ by facsimile transmission on that date.  This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792.  The transmission was reported as complete and without error.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by pdf transmission.  These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

| | |
|---|---|
| I. Neel Chatterjee<br>Thomas J. Gray<br>Julio C. Avalos<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, Ca  94025<br>Telephone:  1-650-614-7400<br>Facsimile:  1-650-614-7401<br>Email:  nchatterjee@orrick.com'<br>tgray@orrick.com<br>javalos@orrick.com<br><br>Attorneys for Facebook, Inc. | Jessica Susan Pers<br>Orrick Herrington & Sutcliffe, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:  1-415-773-5700<br>Facsimile:  1-415-773-5759<br>Email:  jpers@orrick.com<br><br>Attorneys for Facebook, Inc. |

Proof of Service
63193

Law Offices of Scott A. Bursor
Scott A. Bursor (pro hac vice)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone: d 212-989-9113
Facsimile:  212-989-9163
Email:  scott@bursor.com

   I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on December 15, 2010, at Walnut Creek, California.

*[signature: Peggy Toovey]*

Peggy Toovey

Proof of Service
63193