# EXHIBIT 7

| | |
|---|---|
| **From:** | Eric Santos <eric.santos@corp.power.com> |
| **Sent time:** | Thursday, December 18, 2008 2:30:29 AM |
| **To:** | SteveVachani <steve@stevevachani.com> |
| **Subject:** | RES: RES: RES: Integrating new changes regarding Facebook, Facebook Connect - URGENT |

Ok.

Lembrando que a prioridade número 1 é a correção de bugs e melhorias na infra-estrutura (inclusive ficar pronto para bloqueios). A número 2 é a melhoria na campanha e comunicação para maximizar a ação. A 3ª prioridade está em desenvolver a solução do Facebook Connect e a solução de Integração de Redes (evitar que a gente fique com o usuário e senha).

Abraço

Eric

---

**De:** steve@stevevachani.com [mailto:steve@stevevachani.com]
**Enviada em:** quinta-feira, 18 de dezembro de 2008 05:22
**Para:** Eric Santos
**Assunto:** Re: RES: RES: Integrating new changes regarding Facebook, Facebook Connect - URGENT

Ok. Hopefully Facebook will give us an extension to keep Facebook working while we work on this new solution. I will need to present a presentation to Facebook with our product plan and progress on this. Hopefully we will be able to keep the site working while we do this and keep improving Facebook.

Also, during this time, we can make sure that our Amazon solution is working to distribute IP's through Amazon and other places.

Thanks,

Steve

--- On **Wed, 12/17/08, Eric Santos** *<eric.santos@corp.power.com>* wrote:

> From: Eric Santos <eric.santos@corp.power.com>
> Subject: RES: RES: Integrating new changes regarding Facebook, Facebook Connect - URGENT
> To: "SteveVachani" <steve@stevevachani.com>
> Date: Wednesday, December 17, 2008, 11:09 PM
>
> Bruno não está envolvido nessa atividade, somente a Carol. Para que se comece a especificação vou precisar que o Carlos Bacelar termine o estudo. Como te falei vamos ter que tirar o facebook e manter o site por enquanto sem facebook ...  já vou solicitar que eles trabalharem para que a Power.com fique pronta para estar sem o Facebook e aguardarei a sua confirmação.
>
> Atc,
>
> Eric

---

**De:** steve@stevevachani.com [mailto:steve@stevevachani.com]
**Enviada em:** quinta-feira, 18 de dezembro de 2008 04:31
**Para:** Eric Santos; Felipe Herrera; Bruno Carvalho; Eric Santos
**Cc:** Cornelius Conboy
**Assunto:** Re: RES: Integrating new changes regarding Facebook, Facebook Connect - URGENT

Eric, after Carole and Bruno finish the initial specifications and designs, please provide me a Power point showing visually how everything will work with this new version. I will take this to Facebook to show them our progress and work for them to provide additional time.

Please keep me updated.

Thanks,
Steve

--- On **Wed, 12/17/08, steve@stevevachani.com** *<steve@stevevachani.com>* wrote:

From: steve@stevevachani.com <steve@stevevachani.com>
Subject: Re: RES: Integrating new changes regarding Facebook, Facebook Connect - URGENT
To: "Eric Santos" <eric@power.com>, "Felipe Herrera" <felipe.herrera@corp.power.com>, "Bruno Carvalho" <bruno.carvalho@corp.power.com>, "Eric Santos" <eric.santos@corp.power.com>
Cc: "Cornelius Conboy" <cornelius.conboy@corp.power.com>
Date: Wednesday, December 17, 2008, 10:22 PM

Eric, if we make a lot of progress on the presentation and other parts of the implementation, I will return to Facebook and make a presentation with our product plan and implementation and ask them if they can give us an extra week. Do not REMOVE it without talking to me. Please be ready to remove it if necessary.

Please let me know after Carol and Bruno finish the full product presentation of how it will work.

Thanks,
Steve

--- On **Wed, 12/17/08, Eric Santos *<eric.santos@corp.power.com>*** wrote:

From: Eric Santos <eric.santos@corp.power.com>
Subject: RES: Integrating new changes regarding Facebook, Facebook Connect - URGENT
To: "SteveVachani" <steve@stevevachani.com>, "Eric Santos" <eric@power.com>, "Felipe Herrera" <felipe.herrera@corp.power.com>, "Bruno Carvalho" <bruno.carvalho@corp.power.com>
Cc: "Cornelius Conboy" <cornelius.conboy@corp.power.com>
Date: Wednesday, December 17, 2008, 8:07 AM

Steve,

Realisticamente NÃO conseguiremos implantar a Facebook Connect na Power.com até o dia 24. Só posso garantir até essa data a retirada do PowerSite Facebook da Power.com. Além disso, não temos equipe com esse conhecimento específico. Estou colocando dedicado 100% do tempo nessa atividade o Carlos Bacelar, mesmo assim não vai ser suficiente para que a gente tenha alguma solução pronta antes do ano que vem.

Temos os seguintes etapas que devemos passar para fazer algo com Facebook Connect:

1-   Estudar o Facebook Connect e realizar um estudo comparativo com a nossa tecnologia. Verificar o que poderemos fazer e o que não poderemos. [Carlos Bacelar]

2-   Desenvolver projeto do novo powersite do Facebook com Facebook Connect na Power.com. [Carolina Fialho]

3-   Desenvolver infra-estrutura para acessar o Facebook Connect. [Carlos Bacelar]

4-   Desenvolver a integração do powersite do Facebook Connect na Power.com. [Elmo – Tyago e Leandro]

  *Ainda temos o esforço de retirada da atual solução.

Ou seja, se contente se essa solução estiver no ar antes do dia 15 de janeiro. Infelizmente não acho indicado parar as atividades de correção de bug e melhoria de perfomance.

Posso tentar te confirmar a retirada do facebook da Power.com no dia 24. Perderemos aproximadamente 30k usuários. Ok?

Atc,

Eric

---

**De:** steve@stevevachani.com [mailto:steve@stevevachani.com]
**Enviada em:** quarta-feira, 17 de dezembro de 2008 09:28
**Para:** Eric Santos; Felipe Herrera; Bruno Carvalho
**Cc:** Cornelius Conboy
**Assunto:** Integrating new changes regarding Facebook, Facebook Connect - URGENT

Eric,

As we discussed, we will proceed to make changes to implement Facebook connect for the initial login and our start page.

Please see www.joost.com, www.digsby.com, and some other sites that have integrated Facebook connect.

On the first page, we will put a Login Using Facebook approved logo. Please see the approved logos. When a person clicks that, it will popup the Facebook connect login.

We can customize the text and graphics. Please see how Joost implemented this.

After the person logs in, We can use their Facebook photo with the Facebook logo inside (see Joost). We can also access the Facebook IM inside our Facebook messenger.

Please confirm if we can access updates, Facebook mail, birthdays, and other information on the start page.

Facebook allows the option for a user to remain logged in to a site with their Facebook account.

So if a Power Facebook user returns, we can go automatically to their logged in start page. We can also let Facebook users automatically have a Power account and we can store all their other accounts inside of Power.

We might need to create a separate window for Facebook inside of the Power Start page, but lets see if we can integrate the information more naturally inside.

In the short term, lets be Facebook's most INNOVATIVE partner and then when we are ready, I will request for them to give us more flexibility and allow us to create extensions to Facebook connect.

I don't like to do this, but I think in the short term, we should try. We are not strong enough right now.

Also, if a user enters Facebook, for now, we should just keep a Power Frame open and then past them into Facebook. The user will need to login. If they have a Facebook cookie, they will not need to login. Let's try to keep the Power Frame.

Maybe we can still use the Power Proxy also if Facebook allows us to stay logged in. Let's try to to see if we can use the proxy.

I realize that this is a big change, but it is important that we try our best. Diplomatically, this will allow us to have more flexibiliy to try new things with Facebook,

Facebook has given us a deadline to have EVERYTHING installed and working by next week. We need to complete everything by December 24th.

Let me be clear. THIS IS VERY URGENT.

Let's determine the best possible user experience.

We will not let users login right now directly.

In the short term, we will integrate Facebook Connect inside our Power Login API also.

We will need to follow Facebook connects policies regarding displaying their logo on our site. They have approved logos and other stuff at this link

1. That Power.com has ceased displaying Facebook's trademarks on its website, except as expressly permitted by Facebook's Terms of Use, Developer Terms of Service, and/or Facebook's Connect Policies (see http://wiki.developers.facebook.com/index.php/Facebook_Connect_Policies).
2. That Power.com has implemented Facebook Connect in strict adherence to Facebook's Terms of Use, Developer Terms of Service, and/or Connect Policies.

Eric, please study Facebook connect carefully and please look at Joost, Digsby, and other Facebook connect partners to see how they have implemented. More importantly, lets' try to be Facebook's most innovative partner so they will then work with us on new ideas.

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.9.19/1853 - Release Date: 17/12/2008 08:31

No virus found in this outgoing message. Checked by AVG. Version: 7.5.552 / Virus Database: 270.9.19/1853 - Release Date: 17/12/2008 08:31

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.9.19/1854 - Release Date: 17/12/2008 19:21

No virus found in this outgoing message. Checked by AVG. Version: 7.5.552 / Virus Database: 270.9.19/1854 - Release Date: 17/12/2008 19:21

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.9.19/1854 - Release Date: 17/12/2008 19:21

No virus found in this outgoing message. Checked by AVG. Version: 7.5.552 / Virus Database: 270.9.19/1854 - Release Date: 17/12/2008 19:21

**From:** Eric Santos <eric.santos@corp.power.com>
**Sent time:** Thursday, December 18, 2008 2:30:29 a.m.
**To:** SteveVachani <steve@stevevachani.com>
**Subject:** RES: RES: RES: Integrating new changes regarding Facebook, Facebook Connect URGENT

Ok.
Remember that the number 1 priority is the correction of bugs and the improvement of the infrastructure (including being ready for blocks). Number 2 is the improvement of the campaign and communication to maximize the action. The 3rd priority is to develop the Facebook Connect solution and the solution for the Integration of Networks (to keep us from having the username and password).

Hug

Eric

---

**From:** steve@stevevachani.com [mailto:steve@stevevachani.com]
**Sent date:** Thursday, December 18, 2008 5:22 a.m.
**To:** Eric Santos
**Subject:** Re: RES: RES: Integrating new changes regarding Facebook, Facebook Connect - URGENT

Ok.

Hopefully Facebook will give us an extension to keep Facebook working while we work on this new solution. I will need to present a presentation to Facebook with our product plan and progress on this. Hopefully we will be able to keep the site working while we do this and keep improving Facebook.

Also, during this time, we can make sure that our Amazon solution is working to distribute IP's through Amazon and other places.

Thanks,

Steve

---On **Wed, 12/17/08, Eric Santos** *<eric.santos@corp.power.com>* **wrote:**

> From: Eric Santos <eric.santos@corp.power.com>
> Subject: RES: RES: Integrating new changes regarding Facebook, Facebook Connect URGENT
> To: "SteveVachani" <steve@stevevachani.com>
> Date: Wednesday, December 17, 2008, 11:09 p.m.
>
> Bruno is not involved in this activity; only Carol. In order to begin the specification, I will need Carlos Bacelar to finish the study. As I already told you, we are going to have to remove Facebook and maintain the site without Facebook for now…I will request that they work so that Power.com is ready to be without Facebook, and I will await your confirmation.
>
> Regards,
>
> Eric

---

**From:** steve@stevevachani.com [mailto:steve@stevevachani.com]
**Sent on:** Thursday, December 18, 2008 4:31a.m.
**To:** Eric Santos; Felipe Herrera; Bruno Carvalho; Eric Santos
**Cc:** Cornelius Conboy
**Subject:** Re: RES: Integrating new changes regarding Facebook, Facebook Connect URGENT

Eric, after Carole and Bruno finish the initial specifications and designs, please provide me a Power point showing visually how everything will work with this new version. I will take this to Facebook to show them our progress and work for them to provide additional time.

Please keep me updated.

Thanks,
Steve

---On **Wed, 12/17/08, steve@stevevachani.com** *<steve@stevevachani.com>* wrote:

From: steve@stevevachani.com <steve@stevevachani.com>
Subject: Re: RES: Integrating new changes regarding Facebook, Facebook Connect URGENT
To: "Eric Santos" <eric@power.com>, "Felipe Herrera" <felipe.herrera@corp.power.com>, "Bruno Carvalho" <bruno.carvalho@corp.power.com>, "Eric Santos" <eric.santos@corp.power.com>
Cc: "Cornelius Conboy" <cornelius.conboy@corp.power.com>
Date: Wednesday, December 17, 2008, 10:22 p.m.

Eric, if we make a lot of progress on the presentation and other parts of the implementation, I will return to Facebook and make a presentation with our product plan and implementation and ask them if they can give us an extra week. Do not REMOVE it without talking to me. Please be ready to remove it if necessary.

Please let me know after Carol and Bruno finish the full product presentation of how it will work.

Thanks,
Steve

----On **Wed, 12/17/08, Eric Santos** *<eric.santos@corp.power.com>* wrote:

From: Eric Santos <eric.santos@corp.power.com>
Subject: RES: Integrating new changes regarding Facebook, Facebook Connect URGENT
To: "SteveVachani" <steve@stevevachani.com>, "Eric Santos" <eric@power.com>, "Felipe Herrera" <felipe.herrera@corp.power.com>, "Bruno Carvalho" <bruno.carvalho@corp.power.com>
Cc: "Cornelius Conboy" <cornelius.conboy@corp.power.com>
Date: Wednesday, December 17, 2008, 8:07 a.m.

Steve,

Realistically we will NOT be able to implement Facebook Connect on Power.com until the 24th. Until that date, I can only guarantee the removal of the PowerSite Facebook from Power.com. In addition, we do not have a team with this specific knowledge. I am putting Carlos Bacelar to dedicate 100% time to this activity, even though it is not going to be sufficient for us to have a solution ready before next year.

We have the following stages that we need to go through to do something with Facebook Connect:

1 – Study Facebook Connect and realize a comparative study with our technology. Verify what we can and can't do. [Carlos Bacelar]

2 – Develop project of new powersite of Facebook with Facebook Connect on Power.com. [Carolina Fialho]

3 – Develop infrastructure to access Facebook Connect. [Carlos Bacelar]

4 – Develop the integration of the Facebook Connect powersite on Power.com. [Elmo – Tyago and Leandro]

*We still have the effort to remove the current solution.

Or, rather, is it OK if this solution is live before January 15. Unfortunately I do not think it's appropriate to stop the bug correction activities and performance improvement.

I can try to confirm with you the removal of Facebook from Power.com on the 24th. We will lose approximately 30k users. OK?

Regards,

Eric

From: steve@stevevachani.com [mailto:steve@stevevachani.com]
Sent on: Wednesday, December 17, 2008, 9:28 a.m.
To: Eric Santos; Felipe Herrera; Bruno Carvalho
Cc: Cornelius Conboy
Subject: Integrating new changes regarding Facebook, Facebook Connect URGENT

Eric,

As we discussed, we will proceed to make changes to implement Facebook connect for the initial login and our start page.

Please see www.joost.com, www.digsby.com, and some other sites that have integrated Facebook connect.

On the first page, we will put a Login Using Facebook approved logo. Please see the approved logos. When a person clicks that, it will popup the Facebook connect login.

We can customize the text and graphics. Please see how Joost implemented this.

After the person logs in, we can use their Facebook photo with the Facebook logo inside (see Joost). We can also access the Facebook IM inside our Facebook messenger.

Please confirm if we can access updates, Facebook mail, birthdays, and other information on the start page.

Facebook allows the option for a user to remain logged in to a site with their Facebook account.

So if a Power Facebook user returns, we can go automatically to their logged in start page. We can also let Facebook users automatically have a Power account and we can store all their other accounts inside of Power.

We might need to create a separate window for Facebook inside of the Power Start page, but lets see if we can integrate the information more naturally inside.

In the short term, lets be Facebook's most INNOVATIVE partner and then when we are ready, I will request for them to give us more flexibility and allow us to create extensions to Facebook connect.

I don't like to do this, but I think in the short term, we should try. We are not strong enough right now.

Also, if a user enters Facebook, for now, we should just keep a Power Frame open and then past them into Facebook. The user will need to login. If they have a Facebook cookie, they will not need to login. Let's try to keep the Power Frame.

Maybe we can still use the Power Proxy also if Facebook allows us to stay logged in. Let's try to see if we can use the proxy.

I realize that this is a big change, but it is important that we try our best. Diplomatically, this will allow us to have more flexibility to try new things with Facebook,

Facebook has given us a deadline to have EVERYTHING installed and working by next week. We need to complete everything by December 24th.

Let me be clear. THIS IS VERY URGENT.

Let's determine the best possible user experience.

We will not let users login right now directly.

In the short term, we will integrate Facebook Connect inside our Power Login API also.

We will need to follow Facebook connects policies regarding displaying their logo on our site. They have approved logos and other stuff at this link

1. That Power.com has ceased displaying Facebook's trademarks on its website, except as expressly permitted by Facebook's Terms of Use, Developer Terms of Service, and/or Facebook's Connect Policies (see http://wiki.developers.facebook.com/index.php/Facebook_Connect_Policies).

2. That Power.com has implemented Facebook Connect in strict adherence to Facebook's Terms of Use, Developer Terms of Service, and/or Connect Policies.

Eric, please study Facebook connect carefully and please look at Joost, Digsby, and other Facebook connect partners to see how they have implemented. More importantly, lets' try to be Facebook's most innovative partner so they will then work with us on new ideas.

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.9.19/1853 Release Date: 17/12/2008 08:31

No virus found in this outgoing message. Checked by AVG. Version: 7.5.552 / Virus Database: 270.9.19/1853 Release Date: 17/12/2008 08:31

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.9.19/1854 Release Date: 17/12/2008 19:21

No virus found in this outgoing message. Checked by AVG. Version: 7.5.552 / Virus Database: 270.9.19/1854 Release Date: 17/12/2008 19:21

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.9.19/1854 Release Date: 17/12/2008 19:21

No virus found in this outgoing message. Checked by AVG. Version: 7.5.552 / Virus Database: 270.9.19/1854 Release Date: 17/12/2008 19:21



**TRANSPERFECT**

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTÁ
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DÜSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Casey Dianni, hereby certify that the document:

- RES RES RES Integrating new changes regarding Facebook, Facebook Connect - URGENT - Eric Santos (eric.santos@corp.power.com) - 2008-12-18 0230

is, to the best of my knowledge and belief, a true and accurate translation from Portuguese to English.

_Casey Dianni_
Casey Dianni

Sworn to before me this
November 14, 2011

_Sarah E. Mullen_
Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM