1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:   650-614-7400
7  Facsimile:   650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No.   5:08-cv-05780 JW <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' OPPOSITION TO FACEBOOK'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 (CAN-SPAM ACT, 15 U.S.C. § 7704) AND UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030** <br><br> Dept:     Courtroom 9, 19th Floor <br> Judge:    Hon. Chief Judge James Ware |

1  The Court, having considered Facebook, Inc.'s Objections to Evidence Submitted in Support of Defendants' Opposition to Facebook's Motions for Partial Summary Judgment on Count 1 (CAN-SPAM Act, 15 U.S.C. § 7704) and under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and the records and papers on file in this action, hereby orders as follows:

Paragraphs 7-14 and 16-23 of the Declaration of Steve Vachani, as well as references to the deposition transcript of Craig Clark, in Support of Defendants' Opposition to Facebook's Motions for Partial Summary Judgment on Count 1 (CAN-SPAM Act, 15 U.S.C. § 7704) and under California Penal Code § 502 and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, shall be excluded for purposes of summary judgment.  Citations and references thereto in Defendants' Oppositions are stricken from the record, and the assertions they allegedly support shall be disregarded.

**IT IS SO ORDERED**.

Dated:

_____
Honorable James Ware
Chief Judge
Northern District of California