I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>           Plaintiffs,<br><br>    v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>           Defendants. | Case No.   5:08-cv-05780 JW (JCS)<br><br>**DECLARATION OF THERESA SUTTON IN SUPPORT OF PLAINTIFF FACEBOOK, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     January 23, 2012<br>Time:    9:00 A.M.<br>Dept:     Courtroom 9, 19th Floor<br>Judge:   Hon. Chief Judge James Ware |

I, Theresa Sutton, declare as follows:

1. I am a partner with the firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Plaintiff Facebook, Inc. I make this declaration in support of Facebook's Opposition to Defendants' Motion for Summary Judgment. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from the July 20, 2011, deposition transcript of Defendant Steve Vachani. **[DESIGNATED HIGHLY CONFIDENTIAL]**

3. Attached hereto as **Exhibit 2** is a true and correct copy of a Power production document Bates numbered Power 2011.03.03 000089 - Power 2011.03.03 000089. **[DESIGNATED HIGHLY CONFIDENTIAL]**

4. Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts from the February 17, 2011, deposition transcript of Craig Clark.

5. Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts from Defendant Power Ventures, Inc.'s Responses to Facebook, Inc.'s First set of Requests for Admissions, served December 15, 2010.

I declare under penalty of perjury that the foregoing is true and correct to the best if my knowledge. Executed this 2nd day of December 2011 at Menlo Park, California.

/s/ *Theresa Sutton* /s/
**THERESA SUTTON**