# EXHIBIT 4

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                                    Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                                    Defendants. | Case No. 5:08-cv-05780 JF (RS)<br><br>**DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS** |

**REQUEST FOR ADMISSION NO. 9:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[u]sing the Facebook service or site for commercial purposes, except under formal advertising programs offered by Facebook."

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Admitted.

**REQUEST FOR ADMISSION NO. 10:**

Admit that in a letter dated December 1, 2008, FACEBOOK told YOU that Facebook's Terms of Use prohibited "[i]ncorporating any Facebook site content or information in any other database or compilation."

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Admitted.

**REQUEST FOR ADMISSION NO. 11:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, you continued to access the FACEBOOK WEBSITE through the services available at the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 12:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU allowed OR provided POWER USERS with the means to access the FACEBOOK WEBSITE through the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Admitted.

**REQUEST FOR ADMISSION NO. 13:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU provided POWER USERS with the means to access the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU solicited FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU stored FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admitted.

**REQUEST FOR ADMISSION NO. 16:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used the FACEBOOK WEBSITE for commercial purposes.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Denied.

/     /     /

/     /     /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO. 5:08-CV-05780 JF (RS)

6

**REQUEST FOR ADMISSION NO. 17:**

Admit that YOU have never entered into a formal advertising agreement with FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU developed OR created programming scripts OR language that would provide POWER with an automated mechanism to extract data from the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

Admit that YOU copied OR made use of at least some part, excerpt, OR portion of FACEBOOK's source code to develop, test implement, use OR provide POWER's aggregating services.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 20:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU incorporated FACEBOOK WEBSITE content, DATA, or information into the POWER WEBSIT OR that services located thereon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

/   /   /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO. 5:08-CV-05780 JF (RS)

7

1   **REQUEST FOR ADMISSION NO. 21:**

2   Admit that in or about December 2008, YOU agreed to access the FACEBOOK WEBSITE

3   OR cause others to access the FACEBOOK WEBSITE through means permitted by FACEBOOK.

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

5   Admitted.

6   **REQUEST FOR ADMISSION NO. 22:**

7

8   Admit that after receiving notice that YOUR use of or access to FACEBOOK was not

9   permitted by FACEBOOK, YOU took, copied, OR made use of DATA from the FACEBOOK

10  WEBSITE without FACEBOOK'S permission to do so.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

12  Admitted.

13  **REQUEST FOR ADMISSION NO. 23:**

14

15  Admit that FACEBOOK implemented technical measures to block YOU from accessing

16  the FACEBOOK WEBSITE through the POWER WEBSITE.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

18  Admitted.

19  **REQUEST FOR ADMISSION NO. 24:**

20

21  Admit that, in or about December 2008, FACEBOOK blocked YOUR IP address(es) from

22  accessing the FACEBOOK WEBSITE.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

24  Objection compound, vague and ambiguous. Subject to and without waiving these

25  objections, denied.

26  /     /     /

27
    /     /     /
28

1    **REQUEST FOR ADMISSION NO. 36:**

2    Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used or attempted

3    to another person's FACEBOOK WEBSITE account information without authorization from

4    FACEBOOK.

5    **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

6    Objection compound, vague and ambiguous. Subject to and without waiving these

7    objections, denied.

8    **REQUEST FOR ADMISSION NO. 37:**

9    Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used automated

10   scripts or COMPUTER CODE to collect information from, or otherwise interact with, the

11   FACEBOOK WEBSITE.

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

13   Admitted.

14   **REQUEST FOR ADMISSION NO. 38:**

15   Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU uploaded, posted,

16   OR made available promotional materials OR solicitations on the FACEBOOK WEBSITE.

17   **RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

18   Objection compound, vague and ambiguous. Subject to and without waiving these

19   objections, denied.

20   **REQUEST FOR ADMISSION NO. 39:**

21   Admit that on December 26, 2008, Steve Vachani sent an e-mail to Facebook stating

22   YOUR "business decision" to continue accessing or using the FACEBOOK WEBSITE without

23   implementing the Facebook Connect platform.

24   **RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

25   Objection vague and ambiguous.  Subject to and without waiving these objections, Power

26   admits that Mr. Vachani sent an email to Facebook's counsel on December 26, 2008 stating:

27   > Dear Joseph,
28   > I am writing to follow up to our discussions regarding Power.com's
     > integration of Facebook connect, your requests for us to take down

1  **REQUEST FOR ADMISSION NO. 50:**

2  Admit that the "Launch Promotion" invitation described in Paragraphs 65 through 70 of

3  Facebook's First Amended Complaint against YOU (Dkt. No. 9) does not contain a valid e-mail

4  address, by which recipients of the invitation could contact YOU.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

6  Admitted.

7  **REQUEST FOR ADMISSION NO. 51:**

8  Admit that between January 1, 2008 and present date, YOU stored, saved, or otherwise

9  retained FACEBOOK user log-in information, such as user names and/or passwords.

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

11  Admitted.

12  **REQUEST FOR ADMISSION NO. 52:**

13  Admit that in an e-mail dated December 12, 2008, 1:24 p.m., YOU wrote that YOU "will

14  delete any Facebook friend information we currently have."

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

16  Admitted.

17  **REQUEST FOR ADMISSION NO. 53:**

18  Admit that in an e-mail dated December 15, 2008, 5:01 p.m., FACEBOOK, by and through

19  its counsel, wrote to YOU: "Meanwhile as you may know, Facebook has taken technical measure

20  to limit the interaction between Power.com and its network at this time.  In order to fully initialize

21  your integrated Facebook Connect status, and to lift those technical measures, Facebook requires

22  written confirmation of the following: 1. That Power has purged and destroyed all data that it

23  obtained from the Facebook network or from Facebook users prior to implementation of Facebook

24  Connect including all login information and/or any other data obtained or scraped from Facebook's

25  website."

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

27  Admitted.

28  /     /     /

1  **REQUEST FOR ADMISSION NO. 54:**

2       Admit that, between December 1, 2008 and February 1, 2008, YOU did not delete the

3  "Facebook friend information" in YOUR possession.

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

5       Admitted.

6  **REQUEST FOR ADMISSION NO. 55:**

7       Admit that, to present date, you have not deleted, purged or destroyed all data that YOU

8  obtained from the FACEBOOK network.

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

10      Admitted.

11 **REQUEST FOR ADMISSION NO. 56:**

12      Admit that, to present date, you have not deleted, purged or destroyed all FACEBOOK

13 login information obtained from POWER users, including, but not limited to, FACEBOOK user

14 names and/or passwords.

15 **RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

16      Admitted.

17 Dated:  December 15, 2010            BRAMSON, PLUTZIK, MAHLER &
18                                      BIRKHAEUSER, LLP

19

20                                      By_____/s/_____
                                               L. Timothy Fisher

21                                      Alan R. Plutzik (State Bar No. 77785)
                                        L. Timothy Fisher (State Bar No. 191626)
22                                      2125 Oak Grove Road, Suite 120
                                        Walnut Creek, CA  94598
23                                      Telephone:  (925) 945-0200
                                        Facsimile:  (925) 945-8792
24
                                        LAW OFFICES OF SCOTT A. BURSOR
25                                      Scott A. Bursor (*pro hac vice*)
                                        369 Lexington Avenue, 10th Floor
26                                      New York, NY  10017-6531
                                        Telephone:  (212) 989-9113
27                                      Facsimile:   (212) 989-9163

28

1
2                                                       Attorneys for Defendants Power
                                                        Ventures, Inc. and Steve Vachani
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28