I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive,<br><br>            Defendants. | Case No. 5:08-cv-05780-JW (JCS)<br><br>**DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF FACEBOOK'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT UNDER : 1) ON COUNT 1 THE CAN-SPAM ACT; AND 2) CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030**<br><br>Date:      January 23, 2012<br>Time:     9:00 A.M.<br>Dept:     Courtroom 9, 19th Floor<br>Judge:    Hon. Chief Judge James Ware |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

CHATTERJEE DECLARATION IN SUPPORT
OF FACEBOOK'S MSJ REPLY MEMORANDA
5:08-CV-05780-JW (JCS)

I, I. Neel Chatterjee, declare as follows:

1. I am a partner at the law firm of Orrick, Herrington & Sutcliffe, LLP, counsel for Facebook, Inc. in the above-referenced matter. I make this declaration in support of Facebook's Reply Memorandum in Support of its Motions for Partial Summary Judgment on: 1) Count 1 Under the CAN-SPAM Act; and 2) California Penal Code Section 502 and the Computer Fraud and Abuse Act, 18 U.S.C. Section 1030. I have personal knowledge of the facts stated herein and could testify competently thereto if called to do so.

2. Defendants complain that citation to this an email written by their former CEO, Robert Pollock, "tramples the attorney-client privilege" because it allegedly summarizes a discussion he had with one of the company's trial attorneys about why Facebook would receive summary judgment. However, the email is one of several documents produced by Defendants on November 2, 2011, and discussed during a meet-and-confer session of counsel held at a discovery hearing on November 4, 2011. At that conference, I sought confirmation that Defendants were not asserting privilege over any of the produced documents. During that discussion, Mr. Fisher, Defendants' counsel, confirmed Defendants intended to produce all of the documents that were produced on November 2, including this email, and that Defendants were not asserting privilege.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a November 2, 2011, email from Timothy Fisher to Morvarid Metanat.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a July 18, 2005, chat transcript between Steve Vachani and "abi." [**LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER**]

5. Attached hereto as **Exhibit 3** is a true and correct copy of January 4, 2009, email from Steve Vachani to Michael Ross. [**LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER**]

6. Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts from the July 20, 2011, deposition transcript of Defendant Steve Vachani. [**LODGED UNDER

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

CHATTERJEE DECLARATION IN SUPPORT
OF FACEBOOK'S MSJ REPLY MEMORANDA
5:08-cv-05780-JW (JCS)

**SEAL—DESIGNATED "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER**]

7. Attached hereto as **Exhibit 5** is a true and correct copy of a January 24, 2011, Notice of Deposition of Craig Clark.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Defendants' October 25, 2010, First Set of Interrogatories to Facebook, Inc.

9. Attached hereto as **Exhibit 7** is a true and correct copy of January 3, 2009, email from Felipe Herrera to Steve Vachani. [**LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER**]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of December, 2011, at Menlo Park, California.


*/s/ I. Neel Chatterjee /s/*
I. Neel Chatterjee

Orrick, Herrington & Sutcliffe LLP
Attorneys At Law
Silicon Valley

- 2 -

Chatterjee Declaration in Support
Of Facebook's MSJ Reply Memoranda
5:08-cv-05780-JW (JCS)