# EXHIBIT 1

| | |
|---|---|
| **From:** | L. Timothy Fisher |
| **To:** | Metanat, Morvarid |
| **Cc:** | Scott A. Bursor; Sutton, Theresa A.; Cooper, Monte; Dalton, Amy; Neal Deckant |
| **Subject:** | Facebook v. Power |
| **Date:** | Wednesday, November 02, 2011 12:42:28 PM |

Dear Morvarid:

Defendants are prepared to produce a significant number of additional documents including e-mails, board, minutes, organization charts, PowerPoint presentations and software documentation.  You can download the documents as follows:

IP: 206.214.217.143
protocol: FTP
port: 21
username: bffiles
pass: fileshare

The documents are segregated into two folders: (1) PowerProductions/Emails and (2) PowerProductions/Other Documents.  The "e-mails" folder is complete and ready to be downloaded now.  The "other documents" folder is still uploading, but should be done by the middle of the afternoon.  Please contact us if you have any problems downloading the documents.

Defendants also designate these documents as "Highly Confidential - Attorneys' Eyes Only."

Tim
--
L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com


On Tue, Nov 1, 2011 at 3:03 PM, Metanat, Morvarid <mmetanat@orrick.com> wrote:

> Tim,
>
> I have not received a response from you regarding the additional information and documents Mr. Vachani promised to produce during his July 20[th] deposition.  We expect to raise this issue with the Court at Friday's hearing, unless we receive the promised materials beforehand.  Please let us know if you do not intend to produce these materials and, if not, why not so that we may apprise Magistrate Judge Spero.
>
> Best,
>
> Morvarid

**From:** Metanat, Morvarid
**Sent:** Friday, October 14, 2011 4:18 PM
**To:** 'L. Timothy Fisher'; Scott A. Bursor
**Subject:** Supplemental production and information promised by Steve Vachani during his 7/20 deposition

Tim,

As you know, Steve Vachani made numerous promises during his July 20, 2011 deposition to provide Facebook with additional information and documents. I have attached a chart that identifies Mr. Vachani's promises. Nearly three months have passed since Mr. Vachani agreed to produce these materials, yet they have not been produced. All if this information is responsive to Facebook's Interrogatories and Requests for Production served on Power and Vachani. For example, Request Nos. 1, 2, 8, 11, 23, 27, 28, and 40 of Facebook's First Set of Requests for Production To Defendant Power Ventures, Inc., and Requests Nos. 2, 3 and 19 of the First Set of Requests for Production To Defendant Steve Vachani. This list is not exhaustive.

Please immediately produce this information. If the materials no longer exist, please confirm that Mr. Vachani did in fact conduct the additional searches as promised and explain why the information is no longer available.

Please let us know by close of business Monday when Mr. Vachani will produce these materials. Thank you.

Morvarid



**MORVARID METANAT**
*Associate*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SILICON VALLEY

tel (650) 614-7344
mmetanat@orrick.com

www.orrick.com

==============================================================

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
==============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
===============================================================