# EXHIBIT 2

| | |
|---|---|
| **From:** | Steven Vachani |
| **To:** | Steven Vachani |
| **Subject:** | discussion with abi |
| **Date:** | Monday, July 18, 2005 4:30:16 PM |

Abi says:
Hi
Steve says:
good day
Abi says:
Hwo are you doing
Steve says:
great. so we are ready to go
Abi says:
Yah
Abi says:
i read all your 19 pages chat
Abi says:
deeply
Steve says:
great. Is there any questions. Do you feel pretty comfortable with things on the project.
Abi says:
I agree with greg
Abi says:
that queries on every page is very imp that only will let 25000
Abi says:
per sec let it be happen
Abi says:
So we will use more of views
Abi says:
and store procedures ..
Abi says:
and about storing data what we extract from orkut
Abi says:
in XML but in diffrebt formats
Abi says:
all user who we extract and ther eprofile start with A will be on one XML file
Abi says:
and who start B will be saven in diffrent file and so on
Abi says:
this way processing time will reduce
Abi says:
when we need to featch things
Abi says:
and it wil featch from samller file then one large file
Steve says:
ok
Abi says:
what do u say ?
Steve says:
Do you feel confident in this strategy
Abi says:
yes ,

Steve says:
can you explain your understand of this strategy with
page view. Second, we had discussed creating a list of
all the different types of queries to better
understand where the roadblocks will take place in the
launch
Steve says:
i think we had discussed that there are about 65
different database queries
Abi says:
ididnt get you what you said in last
Steve says:
in the 19 page conversation. it was discussed that we
need to understand all the different database queries
Abi says:
oh yes
Steve says:
possibly create a list of all the database queries. it
was said that there are about 65
Steve says:
so that we can more clearly map out the potnetial
problems and also create compromises and possible
queries that can be removed permanently or temporarily
during the launch period
Abi says:
wiat
Abi says:
Sorry
Abi says:
i was on phone
Abi says:
ye swe are clear with quries part
Abi says:
let me show you software
Abi says:
what you can estimate server and site performace if
liek traffic hit to website in same time
Steve says:
ok
Abi says:
empirix.com
Abi says:
go here and see teh demo of flash pls
Abi says:
as i told you even We will have most of storeprocedure

Steve says:
so is our team all set to go... lets make it happen
Abi says:
yah but you hav e to tale license for thsi software
Abi says:
for testing
Steve says:
okay... when will we need to start testing
Abi says:
did you see task sheet
Steve says:
yes, what part of the task sheet are you referring to
Steve says:
you mean to see the task sheet of when we will start

testing
Steve says:
ok
Abi says:
Yes ..
Abi says:
i have define dates for testing in it
Steve says:
so should I assume that work has essentially started and our team is in action
Abi says:
it will be start from tomm morning
Steve says:
okay great
Abi says:
we will start an algo
Abi says:
but terms we have to decide yet
Steve says:
terms?
Abi says:
I mena are we okay
Abi says:
with funds and payent terms
Abi says:
what we talked
Steve says:
so I will be sending $833 (1/3 payment). That is correct
Abi says:
yes
Steve says:
do you have a bank account routing number and bank account number
Abi says:
Yes i will mail you
Abi says:
that and you can post me on it
Steve says:
ok
Abi says:
when we will be going to startfeatching profiles
Abi says:
we will doing from dedicated server what is very High end
Steve says:
yes, tell me what we will need to do it as efficiently and quick as possible
Steve says:
we also need to do some planning to make sure that we do it in a way where we are not really detected
Steve says:
possible rotating IP's or something. don't really understand this too well. Greg may also have some ideas
Abi says:
yah
Abi says:
rotating IP if we can set then its very good
Abi says:

as when orkut will see so much bandsidth use by perticular IP
Steve says:
we need to plan this very carefully
Abi says:
then they will block that perticulat IP
Steve says:
since we will only have one chance to do it
Steve says:
we might need to rotate with over 200 IP's or even more to do it perfectly
Abi says:
yah server you have to see .. as if they block us we will be wast e..
Abi says:
either open proxies
Abi says:
can do tricks or Ip switching
Steve says:
ok great. so lets make this happen
Steve says:
lets try to plan on getting the data grab done as soon as possible
Steve says:
and we need to spend some specific time to discussion later then registration process
Steve says:
this was discussed in the 19 page chat
Steve says:
but we really need to plan out the specifics of the launch and the invitation to make sure we can get the flow correctly
Abi says:
Okay
Steve says:
you understand the basic flow. A user will a  receive a standard invitation from a friend
Steve says:
when they click on the invitation, they arrive on a page with a short description and prompting them to enter their Orkut username and password
Steve says:
when they enter it, we grab their entire Orkut contact database of names and emails
Steve says:
we will automatically send out an email invitation to all members from these emails who are not yet registered.
Abi says:
yes
Steve says:
Those who are registered will not receive another invitation
Abi says:
yah i know
Steve says:
this will prevent users from receiving 100 invitation emails in the first week and dramatically reduce the amount of emails our server sends out
Abi says:

they will get mail telling ther efriend have joined teh network
Abi says:
oh then no mail will go
Abi says:
i thought it will be good telling them which all frineds of his/her joined
Steve says:
yes
Steve says:
we can possibly do a daily email
Steve says:
which tell thems which friends joined that day
Abi says:
okay
Steve says:
also, we need to make sure that all friends who are from Orkut are automatically added as friends
Steve says:
they do not need to accept them
Steve says:
this is important
Steve says:
since we will move all their friends automatically
Steve says:
we will just let them know who joined
Steve says:
in a daily email, but nobody will need to accept friends
Steve says:
this will dramatically reduce traffic also
Steve says:
and emails going out requiring people to accept
Steve says:
the first time they joined, they will already see all their friends in their friends network
Steve says:
and all their friends emails will be in their network list of friends
Abi says:
yes
Abi says:
when we extract profile and save we are saving his friend list in same node
Abi says:
in XML
Steve says:
same node? can you explain that
Abi says:
lets assume you are user on orkut name as steve
Abi says:
i am user name abi
Abi says:
in our XML we will have one node name as abi and one as steve
Abi says:
all your info is been sore under your node
Abi says:
that mena profile ., text pic , friend list and all
Abi says:

and under my node i will have all mine
Abi says:
di du get it
Steve says:
get what
Abi says:
i mena did u understood what i mean by node
Steve says:
no, can you explain
Abi says:
do u know how XML look like
Abi says:
liek DB have rows
Abi says:
and tables
Abi says:
XML have nodes
Abi says:
go here
Abi says:
http://www.getafreelancer.com/rss.xml
Abi says:
here channel is one parent node
Steve says:
ok
Abi says:
this is how we will keep one person profile wit us
Steve says:
so assuming we first grab the first 8 million of so profile. they will all be int he database and be considered inactive users, but their profiles and everything are viewable
Abi says:
No
Steve says:
we will insert 8 million profiles in the database. is that correct?
Abi says:
no
Abi says:
all profiles
Abi says:
will ne in XML
Steve says:
ok
Steve says:
but when a person joins
Steve says:
will all their friends and friends of friends be viewable immediately
Abi says:
as soon as one person give his user name password and we featch rest if his info we will move that to DB
Abi says:
Yes
Abi says:
all will be viewable right away
Abi says:
from XMl
Abi says:

as storing in XML and featching values from XML will be faster
Abi says:
then making queries and running it from DB
Abi says:
as each profile is Node so all we need to do is point that node
Abi says:
and all his value swill be shown in browser
Steve says:
great
Steve says:
right now, this module of grabbing all the data is extremely important. and very soon, we need to be able to demonstrate this feature working
Steve says:
this should be one of our key first milestones
Abi says:
yes this is what i am going to start first
Steve says:
working with the invitatations system and all.
Abi says:
ok
Steve says:
the other key feature will be the grabbing all contacts from Yahoo, Hotmail, AOl, and maybe Gmail
Steve says:
but just grabbing
Abi says:
hmm