# EXHIBIT 5

| | |
|---|---|
| 1 | BURSOR & FISHER, P.A. |
| | Scott A. Bursor (*pro hac vice*) |
| 2 | 369 Lexington Avenue, 10th Floor |
| | New York, NY  10017 |
| 3 | Telephone:  (212) 989-9113 |
| | Facsimile:  (212) 989-9163 |
| 4 | E-Mail: scott@bursor.com |
| 5 | BURSOR & FISHER, P.A. |
| | L. Timothy Fisher (State Bar No. 191626) |
| 6 | 2121 North California Blvd., Suite 1010 |
| | Walnut Creek, CA 94596 |
| 7 | Telephone: (925) 482-1515 |
| | Facsimile: (925) 407-2700 |
| 8 | E-Mail: ltfisher@bursor.com |
| 9 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| | Alan R. Plutzik (State Bar No. 077785) |
| 10 | 2125 Oak Grove Road, Suite 120 |
| | Walnut Creek, CA  94598 |
| 11 | Telephone:  (925) 945-0200 |
| | Facsimile:  (925) 945-8792 |
| 12 | E-Mail: aplutzik@bramsonplutzik.com |
| 13 | Attorneys for Defendants Power Ventures, Inc. and Steve Vachani |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | |
|           Plaintiff, | Case No. 5:08-cv-05780 JF (RS) |
| -against- | **NOTICE OF DEPOSITION OF CRAIG CLARK** |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | |
|           Defendants. | |

TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:

YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF Craig Clark will be taken at Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, California 94105-2669 on February 17, 2011 at 9:00 a.m.

The deposition will be taken by a notary public or other person qualified to administer oaths; will be recorded stenographically, including recording by instant visual display of the testimony; and will be videotaped. The deposition may continue from day to day or may be continued to a future date or dates until completed, excluding Saturdays, Sundays and legal holidays.

Dated: January 24, 2011

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com


By _____/s/_____
L. Timothy Fisher

BURSOR & FISHER, P.A.
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Bursor & Fisher, P.A. 2121 North California Blvd., Suite 1010, Walnut Creek, CA  94596.  On January 24, 20111, I served the within documents:

**NOTICE OF DEPOSITION OF CRAIG CLARK**

- ☐ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

- ☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

- ☐ By causing a process server to personally deliver a copy of the document(s) listed above to the person(s) at the address(es) set forth below

- ☐ by facsimile transmission on that date.  This document was transmitted by using a Brother MFC-846ON facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 407-2700.  The transmission was reported as complete and without error.

- ☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ by pdf transmission.  These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

    I. Neel Chatterjee
    Theresa Sutton
    Julio C. Avalos
    Morvarid Metanat
    Amy Dalton
    Karen Mudurian
    Orrick, Herrington & Sutcliffe, LLP
    1000 Marsh Road
    Menlo Park, Ca  94025
    Telephone:  1-650-614-7400
    Facsimile:  1-650-614-7401
    Email:  nchatterjee@orrick.com'
    tsutton@orrick.com
    javalos@orrick.com
    mmetanat@orrick.com
    adalton@orrick.com
    kmudurian@orrick.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on January 24, 2011, at Walnut Creek, California.

_____
L. Timothy Fisher