# EXHIBIT 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

                  Plaintiff,

-against-

POWER VENTURES, INC. et al.,

                  Defendants.

Case No. 5:08-cv-05780

**DEFENDANTS' FIRST SET OF INTERROGATORIES TO FACEBOOK, INC. PURSUANT TO FED. R. CIV. P. 33**

1. Please identify anyone that was misled by the messages referenced in ¶ 92 of your First Amended Complaint.

2. Where has the copyrighted work that you claim has been infringed appeared on the Facebook website? Please provide the URL and the specific material on the page that you claim has been infringed.

3. Where has the infringing content appeared on our site? Please provide the URL and the specific material on the page that you are referring to.

4. Where has the Facebook trademark appeared on our site? Please provide the URL and the specific material on the page that you are referring to.

5. Please identify anyone that experienced any form of "customer confusion," "mistake," or "deception" caused by a Facebook trademark that appeared on our site.

Dated: October 8, 2010

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By       /s/
      L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

Attorneys for Defendants Power Ventures, Inc. and Steve Vachani

1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
2  L. Timothy Fisher (State Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA 94598
   Telephone: (925) 945-0200
4  Facsimile: (925) 945-8792

5  LAW OFFICES OF SCOTT A. BURSOR
   Scott A. Bursor (*pro hac vice*)
6  369 Lexington Avenue, 10th Floor
   New York, NY 10017
7  Telephone: (212) 989-9113
   Facsimile: (212) 989-9163
8
   Attorneys for Defendants Power
9  Ventures, Inc. and Steve Vachani

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

14
   FACEBOOK, INC.,                              Case No. 5:08-cv-05780
15
                            Plaintiff,          **PROOF OF SERVICE**
16
   -against-
17
   POWER VENTURES, INC. d/b/a POWER.COM, a
18 California corporation; POWER VENTURES, INC.
   a Cayman Island Corporation, STEVE VACHANI,
19 an individual; DOE 1, d/b/a POWER.COM, an
   individual and/or business entity of unknown nature;
20 DOES 2 through 25, inclusive, individuals and/or
   business entities of unknown nature,
21
22                         Defendants.

Proof of Service
62532

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bramson, Plutzik, Mahler & Birkhaeuser, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, CA 94598. On October 25, 2010, I served the within documents:

- **DEFENDANTS' FIRST SET OF INTERROGATORIES TO FACEBOOK, INC. PURSUANT TO FED. R. CIV. P. 33**
- **DEFENDANTS' FIRST REQUESTS FOR PRODUCTION PURSUANT TO FED. R. CIV. P. 34**

[x] by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

[ ] by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ] By causing a process server to personally deliver a copy of the document(s) listed above to the person(s) at the address(es) set forth below

[ ] by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

[ ] by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

[x] by pdf transmission. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

**VIA U.S. MAIL**
I. Neel Chatterjee
Thomas J. Gray
Julio C. Avalos
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, Ca 94025
Telephone: 1-650-614-7400
Facsimile: 1-650-614-7401
Email: nchatterjee@orrick.com'
tgray@orrick.com
javalos@orrick.com

Attorneys for Facebook, Inc.

**VIA U.S. MAIL**
Jessica Susan Pers
Orrick Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 1-415-773-5700
Facsimile: 1-415-773-5759
Email: jpers@orrick.com

Attorneys for Facebook, Inc.

Proof of Service
62532

| | |
|---|---|
| 1 | |
| 2 | **VIA E-MAIL**<br>Law Offices of Scott A. Bursor |
| 3 | Scott A. Bursor (pro hac vice)<br>369 Lexington Avenue, 10th Floor |
| 4 | New York, NY 10017<br>Telephone: d 212-989-9113 |
| 5 | Facsimile: 212-989-9163<br>Email: scott@bursor.com |

    I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on October 25, 2010, at Walnut Creek, California.

*/s/ Debbie Schroeder*
_____
Debbie Schroeder

Proof of Service
57378