I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   +1-650-614-7400
Facsimile:   +1-650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:08-cv-05780 JW (HRL)<br><br>**PROOF OF SERVICE** |

OHS WEST:260698573.1

# DECLARATION OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On January 19, 2012, I served the within document(s):

1. JOINT STATEMENT PER JULY 14, 2011 COURT ORDER ON DISCOVERY DISPUTE JOINT REPORT #1 (DKT. NO. 113), FILED ON JULY 29, 2011 [ORDER TO SEAL DKT. NO. 121] (CONFIDENTIAL FILED UNDER SEAL);

2. EXHIBIT 3 TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF JOINT STATEMENT PER JULY 14, 2011 COURT ORDER ON DISCOVERY DISPUTE JOINT REPORT #1 (DKT. NO. 113), FILED ON JULY 29, 2011 [ORDER TO SEAL DKT NO. 121] (CONFIDENTIAL FILED UNDER SEAL);

3. FACEBOOK, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL POWER VENTURES, INC TO PRODUCE DOCUMENTS, FILED ON AUGUST 8, 2011 [ORDER TO SEAL DKT. NO. 131] (CONFIDENTIAL FILED UNDER SEAL);

4. EXHIBITS 2, 7, AND 8 TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL POWER VENTURES, INC TO PRODUCE DOCUMENTS, FILED ON AUGUST 8, 2011 [ORDER TO SEAL DKT. NO. 131] (CONFIDENTIAL FILED UNDER SEAL);

5. FACEBOOK, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH AND RESPONSIVE DOCUMENTS AND FOR THE PRODUCTION THEREOF, FILED ON AUGUST 22, 2011 [ORDER TO SEAL DKT. NO. 148] (CONFIDENTIAL FILED UNDER SEAL);

6. EXHIBIT E TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH AND RESPONSIVE DOCUMENTS AND FOR THE PRODUCTION THEREOF, FILED ON AUGUST 22, 2011 [ORDER TO SEAL DKT. NO. 148] (CONFIDENTIAL FILED UNDER SEAL);

7. FACEBOOK INC.'S NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES FROM DEFENDANT POWER VENTURES, INC., FILED ON SEPTEMBER 7, 2011 [ORDER TO SEAL DKT. NO. 178] (CONFIDENTIAL FILED UNDER SEAL);

8. EXHIBITS 1, 3, 12-20, 24-29 TO THE DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK INC.'S NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES FROM DEFENDANT POWER VENTURES, INC., FILED ON SEPTEMBER 7, 2011 [ORDER TO SEAL DKT. NO. 178] (CONFIDENTIAL FILED UNDER SEAL);

9. FACEBOOK INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE

OHS WEST:260698573.1

DOCUMENTS AND FOR THE PRODUCTION THEREOF, FILED ON SEPTEMBER 13, 2011 [ORDER TO SEAL DKT. NO. 179] (CONFIDENTIAL FILED UNDER SEAL);

10. EXHIBITS S, U-Y TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE DOCUMENTS AND FOR THE PRODUCTION THEREOF, FILED ON SEPTEMBER 13, 2011 [ORDER TO SEAL DKT. NO. 179] (CONFIDENTIAL FILED UNDER SEAL);

11. EXHIBITS 30, 33-37 TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF THE REPLY MEMORANDUM IN SUPPORT OF FACEBOOK'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES FROM DEFENDANT POWER VENTURES, INC, FILED ON SEPTEMBER 28, 2011 [ORDER TO SEAL DKT. NO. 180] (CONFIDENTIAL FILED UNDER SEAL);

12. NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND PROPOSED ORDER, FILED ON NOVEMBER 14, 2011 [ORDER TO SEAL DKT. NO. 182] (CONFIDENTIAL FILED UNDER SEAL);

13. DECLARATION OF JOSEPH CUTLER IN SUPPORT OF FACEBOOK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT, FILED ON NOVEMBER 14, 2011 [ORDER TO SEAL DKT. NO. 182] (CONFIDENTIAL FILED UNDER SEAL);

14. EXHIBIT C TO THE DECLARATION OF JOSEPH CUTLER IN SUPPORT OF FACEBOOK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY UNDER THE CAN-SPAM ACT, FILED ON NOVEMBER 14, 2011 [ORDER TO SEAL DKT. NO. 182] (CONFIDENTIAL FILED UNDER SEAL);

15. DECLARATION OF RYAN MCGEEHAN IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 UNDER THE CAN-SPAM ACT, FILED ON NOVEMBER 14, 2011 [ORDER TO SEAL DKT. NO. 182] (CONFIDENTIAL FILED UNDER SEAL);

16. EXHIBITS 2-4 IN SUPPORT OF THE DECLARATION OF RYAN MCGEEHAN IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 UNDER THE CAN-SPAM ACT, FILED ON NOVEMBER 14, 2011 [ORDER TO SEAL DKT. NO. 182] (CONFIDENTIAL FILED UNDER SEAL);

17. NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES FOR PARTIAL SUMMARY JUDGMENT UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030 AND PROPOSED ORDER, FILED ON NOVEMBER 17, 2011 [ORDER TO SEAL DKT. NO. 183] (CONFIDENTIAL FILED UNDER SEAL);

18. EXHIBITS 1-3, AND 6-10 TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF THE NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES FOR PARTIAL SUMMARY JUDGMENT UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE

OHS WEST:260698573.1

ACT, 18 U.S.C. § 1030 AND PROPOSED ORDER, FILED ON NOVEMBER 17, 2011 [ORDER TO SEAL DKT. NO. 183] (CONFIDENTIAL FILED UNDER SEAL);

19. FACEBOOK, INC.'S CORRECTED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, FILED ON NOVEMBER 18, 2011 [ORDER TO SEAL DKT. NO. 184] (CONFIDENTIAL FILED UNDER SEAL);

20. EXHIBITS 2-4 AND 9 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF FACEBOOK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 UNDER THE CAN SPAM ACT, FILED ON NOVEMBER 14, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

21. DECLARATION OF LAWRENCE MELLING IN SUPPORT OF FACEBOOK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 OF THE CAN-SPAM ACT, FILED ON NOVEMBER 14, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

22. EXHIBITS A-M TO THE DECLARATION OF LAWRENCE MELLING IN SUPPORT OF FACEBOOK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1 OF THE CAN-SPAM ACT, FILED ON NOVEMBER 14, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

23. ERRATA NO. 2 RE DECLARATION OF LAWRENCE MELLING IN SUPPORT OF PLAINTIFF FACEBOOK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1, FILED ON NOVEMBER 29, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

24. EXHIBIT D TO THE ERRATA NO. 2 RE DECLARATION OF LAWRENE MELLING IN SUPPORT OF PLAINTIFF FACEBOOK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1, FILED ON NOVEMBER 29, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

25. EXHIBIT N TO THE ERRATA NO. 2 RE DECLARATION OF LAWRENE MELLING IN SUPPORT OF PLAINTIFF FACEBOOK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1, FILED ON NOVEMBER 29, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

26. EXHIBIT 1 TO THE DECLARATION OF THERESA SUTTON IN SUPPORT OF PLAINTIFF FACEBOOK, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, FILED ON DECEMBER 2, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

27. DECLARATION OF LAWRENCE MELLING IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO DEFENDANTS'' MOTION FOR SUMMARY JUDGMENT, FILED ON DECEMBER 2, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

28. EXHIBITS A-Q TO THE DECLARATION OF LAWRENCE MELLING IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO DEFENDANTS'' MOTION FOR SUMMARY JUDGMENT, FILED ON DECEMBER 2, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

OHS WEST:260698573.1

29. FACEBOOK'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, FILED ON DECEMBER 2, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

30. FACEBOOK'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, FILED ON DECEMBER 2, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

31. EXHIBITS T TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PERFORM THOROUGH SEARCH FOR RESPONSIVE DOCUMENTS AND FOR THE PRODUCTION THEREOF, FILED ON SEPTEMBER 13, 2011 [ORDER TO SEAL DKT. NO. 179] (CONFIDENTIAL FILED UNDER SEAL).

| X | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 5:30 p.m. on January 19, 2012. |
|---|---|

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: 925-300-4455
Fax: 925-407-2700

Alan R. Plutzik, Esq.
aplutzik@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel:   925-300-4455
Fax:   925-407-2700

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing of correspondence for electronically transmitting, overnight delivery and/or mailing in the United States, to wit, that correspondence be electronically transmitted, and deposited with the Overnight Courier and/or United States Postal Service this same day in the ordinary course of business.

Executed on January 19, 2011 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Karen Mudurian