1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
7  Facsimile:    +1-650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14 | FACEBOOK, INC.,                               | Case No.  5:08-cv-05780 JW (HRL)
15 |                   Plaintiff,                  | **PROOF OF SERVICE**
16 |        v.                                     |
17 | POWER VENTURES, INC. a Cayman Island          |
   | Corporation; STEVE VACHANI, an                |
18 | individual; DOE 1, d/b/a POWER.COM,           |
   | DOES 2-25, inclusive,                         |
19 |                                               |
   |                   Defendants.                 |
20

21
22
23
24
25
26
27
28

OHSWEST:261515230.1

## DECLARATION OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On January 20, 2012, I served the within document(s):

1. FACEBOOK'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1, FILED ON DECEMBER 12, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL);

2. FACEBOOK'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER CALIFORNIA PENAL CODE § 502 AND THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030, FILED ON DECEMBER 12, 2011 [ORDER TO SEAL DKT. NO. 203] (CONFIDENTIAL FILED UNDER SEAL).

| X | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 5:30 p.m. on January 20, 2012. |
|---|---|

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: 925-300-4455
Fax: 925-407-2700

Alan R. Plutzik, Esq.
aplutzik@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel:   925-300-4455
Fax:   925-407-2700

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing of correspondence for electronically transmitting, overnight delivery and/or mailing in the United States, to wit, that correspondence be electronically transmitted, and deposited with the Overnight Courier and/or United States Postal Service this same day in the ordinary course of business.

- 1 -

PROOF OF SERVICE
5:08-CV-05780 JW

OHSWEST:261515230.1

Executed on January 20, 2012 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian