I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>               Plaintiffs,<br><br>       v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation,; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>               Defendants. | Case No.   5:08-cv-05780 JW(JCS)<br><br>**FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5(D)**<br><br>Dept:         Courtroom 9, 19th Floor<br>Judge:       Honorable James Ware |

1  Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. ("Facebook") submits this Administrative Motion for sealing order regarding: 1) portions of Facebook's Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 for Leave to File Supplemental Materials In Support of Motions for Partial Summary Judgment and Opposition To Defendants' Motion For Summary Judgment; 2) portions of the January 9, 2012 deposition of Defendant Power Ventures, Inc. ("Power") pursuant to Fed. R. Civ. P. 30(b)(6) attached as Exhibit H to the Declaration of Morvarid Metanat in Support of Facebook's Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 for Leave to File Supplemental Materials In Support of Motions for Partial Summary Judgment and Opposition To Defendants' Motion For Summary Judgment; and 3) Exhibit Nos. D, E, F, G, H, I, J, and K attached to the Declaration of Morvarid Metanat In Support of Facebook's Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 for Leave to File Supplemental Materials In Support of Motions for Partial Summary Judgment and Opposition To Defendants' Motion For Summary Judgment.

Per the Court's December 19, 2011 Order, Ex. C to the current motion was previously sealed as Exhibit 9 to the Declaration of Monte M.F. Cooper in Support of Facebook, Inc.'s Motion for Partial Summary Judgment on Count 1, under the CAN-SPAM Act. As for the other aforementioned materials, Defendants Power and Steve Vachani have designated these materials as "Highly Confidential-Attorneys' Eyes Only" pursuant to the parties' Protective Order (Dkt No. 95). Facebook disagrees with these confidentiality designations and hereby lodges with the Clerk, pursuant to Civil L.R. 79-5(d), the aforementioned materials, pending this Court's decision following the filing of Defendants' Declaration (demonstrating good cause to seal these materials from the public record) and narrowly tailored proposed sealing order. Civil L.R. 79-5(d).

Dated: January 20, 2012    ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Morvarid Metanat* /s/
**MORVARID METANAT**
Attorneys for Plaintiff
FACEBOOK, INC.