I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   +1-650-614-7400
Facsimile:   +1-650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>Defendants. | Case No.  5:08-cv-05780 JW (HRL)<br><br>**PROOF OF SERVICE** |

OHSWEST:261517244.1

## DECLARATION OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On January 20, 2012, I served the within document(s):

1. **FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [CONFIDENTIAL FILED UNDER SEAL];**

2. **DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [CONFIDENTIAL FILED UNDER SEAL].**

| X | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 12:00 midnight on January 20, 2012. |
|---|---|

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: 925-300-4455
Fax: 925-407-2700

Alan R. Plutzik, Esq.
aplutzik@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel:    925-300-4455
Fax:    925-407-2700

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing of correspondence for electronically transmitting, overnight delivery and/or mailing in the United States, to wit, that correspondence be electronically transmitted, and deposited with the Overnight Courier and/or United States Postal Service this same day in the ordinary course of business.

- 1 -

PROOF OF SERVICE
5:08-CV-05780 JW

OHSWEST:261517244.1

1 | Executed on January 20, 2011 at Menlo Park, California.  I declare under penalty of
2 | perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Karen Mudurian*
Karen Mudurian

# Mudurian, Karen N.

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Friday, January 20, 2012 7:25 PM |
| **To:** | ltfisher@bursor.com; Scott A. Bursor; aplutzik@bramsonplutzik.com |
| **Cc:** | Metanat, Morvarid; Dalton, Amy; Sutton, Theresa A. |
| **Subject:** | SERVICE (CONFIDENTIAL) - Facebook v. Power, Case No. 08-5780 |
| **Attachments:** | 2012.01.20 [FB] Metanat Decl ISO Mtn for Leave to Supp. Materials.pdf; 2012.01.20 [FB] Motion for Leave to Supp. Materials.pdf; 2012.01.20 [FB] Proof of Service re Motion for Leave to Supp. Materials.pdf; Exhibits to Metanat Declaration.zip |

Dear Counsel,

Attached please find service copies of Plaintiff Facebook, Inc.'s below listed Confidential documents dated January 20, 2012;

1. Facebook's Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 for Leave to File Supplemental Materials in Support of Motions for Partial Summary Judgment and Opposition to defendants' Motion for Summary Judgment;
2. Declaration of Morvarid Metanat in Support Thereof (with Exhibits A through M).

**Karen N. Mudurian**
*Assistant to I. Neel Chatterjee, Theresa Sutton*
*Daniel Weinberg and Jacob Heath*
Orrick, Herrington, & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025
**Direct: (650) 614-7396**
**Fax: (650) 614-7401**