UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Time in Court:** 50mins.

**Judge: James Ware**

**Date**: January 23, 2012

**Case No:** C08-5780JW

**Case Title**: Facebook, Inc. v. Power Ventures, Inc.

**Appearances:**

    For Plaintiff(s): Neel Chatterjee, Monte Cooper, Morvarid Metanat

    For Defendant(s): L. Timothy Fisher, Sarah Westcot

**Deputy Clerk**: Susan Imbriani      **Court Reporter**: Kathy Sullivan

### PROCEEDINGS

1. Motion for Summary Judgment

    MOTION/MATTER:  ( x ) Taken under submission

### SUMMARY

    Arguments heard.  Matter submitted.  Court to issue order.