BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
            swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com
             mstrimling@bramsonplutzik.com

Attorneys for Defendants Power Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                              Defendants. | Case No. 5:08-CV-05780 JW (JCS)<br><br>**DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

DECLARATION OF L. TIMOTHY FISHER
CASE NO. 5:08-CV-05780 JW

1  I, L. Timothy Fisher, declare as follows:

2  1. I am a partner at Bursor & Fisher, P.A., counsel of record for Defendants Power Ventures, Inc. ("Power") and Steve Vachani (collectively, "Defendants"). I am an attorney at law licensed to practice in the State of California, and I am a member of the bar of this Court. I make this declaration in support of Defendants' opposition to Facebook Inc.'s Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 for Leave to File Supplemental Materials in Support of Motions for Partial Summary Judgment and Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

3  2. Attached hereto as Exhibit A is a true and correct copy of a letter to Facebook's counsel dated October 24, 2011 regarding the 109 gigabyte production of Power's database and repositories.

4  3. Attached hereto as Exhibit B is a true and correct copy of an email exchange between me and Facebook's counsel regarding the date of Steve Vachani's deposition.

5  4. Before Facebook filed its summary judgment motions on November 14 and November 17, Power produced all of the documents in its possession including its source code, databases, SVN and internal memoranda. Defendants also gave Facebook direct access to Mr. Vachani's email account, which included approximately 300,000 emails.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on January 24, 2012 at Walnut Creek, California.

_____
L. Timothy Fisher

**EXHIBIT A**

# BURSOR & FISHER
P.A.

369 LEXINGTON AVENUE
10TH FLOOR
NEW YORK, NY 10017-6531
www.bursor.com

NEAL J. DECKANT
LAW CLERK
Tel: 646.837.7165
Fax: 212.989.9163
ndeckant@bursor.com

October 24, 2011

**By Overnight Delivery**

Orrick, Herrington & Sutcliffe LLP
Attn: Monte Cooper
1000 Marsh Road
Menlo Park, CA 94025-1015

    **Re:** *Facebook, Inc v. Power Ventures, Inc.,*
          **Civil Action No. 5:08-cv-05780**

Dear Mr. Cooper:

    Enclosed are the full versions of the eight files referenced in your October 19th email. The production is roughly 109 GB and contains the following files:
    (1) Async_bkp_full.bak (11.9 GB)
    (2) power_bkp_full.bak (58.7 GB)
    (3) power_flag_bkp_full.bak (2.98 GB)
    (4) power_massmail_manager_bkp_full.bak (2.32 GB)
    (5) PowerAccount_bkp_full.bak (7.01 GB)
    (6) powerscrap_bkp_full.bak (2.97 GB)
    (7) SVN.rar (8.51 GB)
    (8) svn_bkp_full.tar (15.1 GB)

    As you noted in your email, the file svn_bkp_full.tar is password protected. Mr. Vachani said he will ask former Power employees for the password. However, SVN.rar is not password protected. I was able to successfully extract and view the files.

    Very truly yours,

    Neal J. Deckant
    Law Clerk
    Tel: 646.837.7165
    Fax: 212.989.9163
    ndeckant@bursor.com

**EXHIBIT B**



Debbie Schroeder <dschroeder@bursor.com>

# Fwd: Facebook v. Power--Assignment of Magistrate Judge and the second day deposition of Vachani

1 message

**L. Timothy Fisher <ltfisher@bursor.com>**  Tue, Jan 24, 2012 at 5:30 PM
To: Debbie Schroeder <dschroeder@bursor.com>

---------- Forwarded message ----------
From: **Cooper, Monte** <mcooper@orrick.com>
Date: Wed, Oct 26, 2011 at 4:39 PM
Subject: RE: Facebook v. Power--Assignment of Magistrate Judge and the second day deposition of Vachani
To: "L. Timothy Fisher" <ltfisher@bursor.com>, Neal Deckant <ndeckant@bursor.com>, "Scott A. Bursor" <scott@bursor.com>
Cc: "Sutton, Theresa A." <tsutton@orrick.com>, "Dalton, Amy" <adalton@orrick.com>, "Chatterjee, I. Neel" <nchatterjee@orrick.com>, "Beardsley, Megan M." <mbeardsley@orrick.com>, "Mudurian, Karen N." <kmudurian@orrick.com>, "Ortiz, Marilyn" <mortiz@orrick.com>, "Metanat, Morvarid" <mmetanat@orrick.com>

Tim:

I have now already confirmed that neither November 15 nor November 18 will work for our taking the second deposition of Mr. Vachani. Also, upon further reflection, I believe Mr. Vachani's second deposition should only be scheduled once we receive Magistrate Judge Spero's ruling on the two motions to compel that are set for hearing next Friday. In the event that Power and Mr. Vachani are ordered to search for and produce additional documents, as the Magistrate Judge preliminarily suggested on the call yesterday he was inclined to order, then Facebook would prefer to wait until after that production to take Mr. Vachani's deposition. That also was the point of Facebook's position concerning the need for the second deposition set forth in the proposed Joint letter we sent yesterday, and in our earlier communications on this issue. At this point, therefore, you need not worry about seeing if Mr. Vachani is available on November 14.

I am more than happy to discuss this further, if you prefer.

Monte

**From:** Cooper, Monte
**Sent:** Wednesday, October 26, 2011 4:20 PM
**To:** 'L. Timothy Fisher'; Metanat, Morvarid
**Cc:** Scott A. Bursor; Sutton, Theresa A.; Dalton, Amy; Neal Deckant
**Subject:** RE: Facebook v. Power--Assignment of Magistrate Judge and the second day deposition of Vachani

Tim:

I will check with my colleagues about their availability November 15, but as of right now November 19 is not feasible for a second deposition. I am getting married on November 19 in Boston, and two other members of the team will be in Boston for that event. Also, the week after that date is unlikely to be convenient for anyone, as it includes the Thanksgiving holiday.

If you could kindly check if Mr. Vachani could, as an alternative to November 15, be made available for a deposition on November 14 or on at least one other date outside the range of November 15-27, we would be appreciative. Of course, if November 15 works for others, this request will be moot and I will let you know immediately.

Monte

**From:** L. Timothy Fisher [mailto:ltfisher@bursor.com]
**Sent:** Wednesday, October 26, 2011 3:01 PM
**To:** Metanat, Morvarid
**Cc:** Scott A. Bursor; Cooper, Monte; Sutton, Theresa A.; Dalton, Amy; Neal Deckant
**Subject:** Re: Facebook v. Power--Assignment of Magistrate Judge and the second day deposition of Vachani

Dear Morvarid:

Defendants will agree to produce Mr. Vachani for another deposition at your office in San Francisco on November 15 or November 18. Please let us know if either of those dates is acceptable to you.

Tim

--

L. Timothy Fisher

Bursor & Fisher, P.A.

1990 North California Blvd., Suite 940

Walnut Creek, California 94596

Telephone: (925) 300-4455

Facsimile: (925) 407-2700

E-Mail: ltfisher@bursor.com