1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  Sarah N. Westcot (State Bar No. 264916)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   E-Mail: ltfisher@bursor.com
5          swestcot@bursor.com

6  BURSOR & FISHER, P.A.
   Scott A. Bursor (State Bar No. 276006)
7  369 Lexington Avenue, 10th Floor
   New York, NY  10017
8  Telephone:  (212) 989-9113
   Facsimile:  (212) 989-9163
9  E-Mail: scott@bursor.com

10 BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
11 Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
12 Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
13 Facsimile:  (925) 945-8792
   E-Mails: aplutzik@bramsonplutzik.com
14         mstrimling@bramsonplutzik.com

15 Attorneys for Defendants Power
   Ventures, Inc. and Steve Vachani
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                             Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                             Defendants. | Case No. 5:08-CV-05780 JW (JCS)<br><br>**[PROPOSED] ORDER DENYING FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1   The Court having considered Plaintiff's Motion for Administrative Relief Pursuant to Civil
2   Local Rule 7-11 for Leave to File Supplemental Materials in Support of Motions for Partial
3   Summary Judgment and Opposition to Defendants' Motion for Summary Judgment, the papers
4   filed in support of said motion, and the papers filed in opposition by defendants, hereby orders that
5   Plaintiff's motion for leave to file supplemental materials is **DENIED.**
6   IT IS SO ORDERED.

8   Dated:

HONORABLE JAMES WARE
CHIEF JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER DENYING FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS
CASE NO. 5:08-CV-05780 JW

1