I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-JW (JCS) <br><br> **FACEBOOK, INC.'S OMNIBUS MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5(D)** <br><br> Date:         Courtroom 9, 19th Floor <br> Judge:       Hon. Chief Judge James Ware |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

FACEBOOK'S OMNIBUS MOTION TO SEAL
5:08-CV-05780-JW (JCS)

Pursuant to Local Rules 7-11 and 79(5)(d), Plaintiff Facebook, Inc. ("Facebook") submits this Administrative Motion for sealing order regarding: 1) portions of the Parties' Joint Letter Regarding the Re-deposition of Power Ventures, Inc.; 2) portions of the Parties' Joint Letter Regarding the Exclusion of Testimony at Trial of Power's Former Brazilian Employees, or in the Alternative, the Production of Former Power employees for Deposition; 3) portions of the Parties' Joint Letter Regarding Defendants' Production of Company Emails and the Further Deposition of Defendant Power Ventures, Inc. at Defendants' Expense; 4) Exhibit No. 2 attached to the Declaration of Morvarid Metanat in support of the Parties' Joint Letter Regarding the Re-deposition of Power Ventures, Inc.; and 5) Exhibit Nos. A, B, D, E, F, G and H attached to the Declaration of Monte M.F. Cooper in support of the Parties' Joint Letter Regarding Power Ventures, Inc.'s Trial Witnesses; and 6) Exhibit Nos. 1 and 2 attached to the Declaration of Monte M.F. Cooper in support of the Parties' Joint Letter Regarding Power Ventures, Inc.'s Production of Employee Emails.

Defendants Power and Steve Vachani have designated the aforementioned materials, as "highly Confidential-Attorneys' Eyes Only" pursuant to the parties' Protective Order (Dkt. NO. 95). Facebook disagrees with these confidentiality designations and hereby lodges with the Clerk, pursuant to Civil L.R. 79-5(d), the aforementioned materials, pending this Court's decision following the filing of Defendants' Declaration (demonstrating good cause to seal these materials from the public record) and narrowly tailored proposed sealing order. Civil L.R. 79-5(d).

Dated: January 26, 2012                     Orrick, Herrington & Sutcliffe LLP


By: _____/s/ Morvarid Metanat /s/_____
MORVARID METANAT
Attorneys for Plaintiff
FACEBOOK, INC.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

FACEBOOK'S OMNIBUS MOTION TO SEAL
5:08-CV-05780-JW (JCS)