1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW |
|---|---|
| Plaintiff, | **PROOF OF SERVICE VIA ELECTRONIC MAIL** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

# DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On January 26, 2012 I served the following document(s):

1. PARTIES' JOINT LETTER BRIEF REGARDING THE RE-DEPOSITION OF POWER VENTURES, INC. [CONFIDENTIAL – FILED UNDER SEAL];

2. DECLARATION OF MORVARID METANAT IN SUPPORT OF JOINT LETTER BRIEF REGARDING THE RE-DEPOSITION OF POWER VENTURES, INC. (WITH EXHIBITS 1-2) [CONFIDENTIAL – FILED UNDER SEAL];

3. PARTIES' JOINT LETTER BRIEF REGARDING POWER VENTURES, INC.'S TRIAL WITNESSES [CONFIDENTIAL – FILED UNDER SEAL];

4. DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF JOINT LETTER BRIEF REGARDING POWER VENTURES, INC.'S TRIAL WITNESSES (WITH EXHIBITS A-M)[CONFIDENTIAL – FILED UNDER SEAL]

5. PARTIES' JOINT LETTER BRIEF REGARDING POWER VENTURES, INC.'S PRODUCTION OF EMPLOYEE EMAILS [CONFIDENTIAL – FILED UNDER SEAL];

6. DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF JOINT LETTER BRIEF REGARDING POWER VENTURES, INC.'S PRODUCTION OF EMPLOYEE EMAILS (WITH EXHIBITS 1-9) [CONFIDENTIAL – FILED UNDER SEAL];

7. DECLARATION OF TIMOTHY L. FISHER REGARDING JANUARY 26, 2012 JOINT DISCOVERY DISPUTE LETTERS (WITH EXHIBITS 1-2).

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 12:00 Midnight on January 26, 2012. |
|---|---|

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
Sarah N. Westcot, Esq.
swestcot@bursor.com
**BURSOR & FISHER, P.A.**
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Tel: 925-482-1515
Fax: 925-407-2700

Alan R. Plutzik, Esq.
aplutzik@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel:  925.300-4455
Fax:  925.407.2700

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

1     I am readily familiar with my firm's practice for collection and processing correspondence
2 for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day
3 in the ordinary course of business.

4     Executed on January 26, 2012 at Menlo Park, California.  I declare under penalty of
5 perjury under the laws of the State of California that the foregoing is true and correct.

                                                            Karen Mudurian

# Mudurian, Karen N.

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Thursday, January 26, 2012 8:45 PM |
| **To:** | ltfisher@bursor.com; Scott A. Bursor; aplutzik@bramsonplutzik.com |
| **Cc:** | Metanat, Morvarid; Cooper, Monte; Sutton, Theresa A.; Dalton, Amy |
| **Subject:** | SERVICE (CONFIDENTIAL) - Facebook v. Power, Case No. 08-5780 |
| **Attachments:** | 2012.01.26 Cooper Decl ISO Ltr Brief re Missing Emails.pdf; 2012.01.26 Cooper Decl ISO Ltr Brief to Exclude Testimony at Trial.pdf; 2012.01.26 Ltr Brief re 30(b)(6) Depo.pdf; 2012.01.26 Ltr Brief re Missing Emails.pdf; 2012.01.26 Ltr Brief to Exclude Testimony at Trial.pdf; 2012.01.26 Metanat Decl ISO Ltr Brief re 30(b)(6) Depo.pdf; 2012.01.26 [FB] Exhibits to Decl of M. Metanat ISO Ltr Brief re 30(b)(6) Depo,.zip; 2012.01.26 [Power] Decl of T. Fisher ISO Ltr Briefs.pdf; 2012.01.26 [Power] Exhibits to Decl of T. Fisher ISO Ltr Briefs.zip; Exhibits to Cooper Decl ISO Ltr to Exclude Testimony at Trial.zip; Exhibits to Cooper Decl ISO Ltr re Missing Emails.zip; 2012.01.26 [Facebook] Proof of Service.pdf |

Dear Counsel;

Attached please find Plaintiff Facebook, Inc.'s service copies of the below listed documents dated January 26, 2012. Exhibits to the supporting declarations are attached hereto in separate zip files.

1. PARTIES' JOINT LETTER BRIEF REGARDING THE RE-DEPOSITION OF POWER VENTURES, INC. [CONFIDENTIAL – FILED UNDER SEAL];

2. DECLARATION OF MORVARID METANAT IN SUPPORT OF JOINT LETTER BRIEF REGARDING THE RE-DEPOSITION OF POWER VENTURES, INC. (WITH EXHIBITS 1-2) [CONFIDENTIAL – FILED UNDER SEAL];

3. PARTIES' JOINT LETTER BRIEF REGARDING POWER VENTURES, INC.'S TRIAL WITNESSES [CONFIDENTIAL – FILED UNDER SEAL];

4. DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF JOINT LETTER BRIEF REGARDING POWER VENTURES, INC.'S TRIAL WITNESSES (WITH EXHIBITS A-M)[CONFIDENTIAL – FILED UNDER SEAL]

5. PARTIES' JOINT LETTER BRIEF REGARDING POWER VENTURES, INC.'S PRODUCTION OF EMPLOYEE EMAILS [CONFIDENTIAL – FILED UNDER SEAL];

6. DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF JOINT LETTER BRIEF REGARDING POWER VENTURES, INC.'S PRODUCTION OF EMPLOYEE EMAILS (WITH EXHIBITS 1-9) [CONFIDENTIAL – FILED UNDER SEAL];

7. DECLARATION OF TIMOTHY L. FISHER REGARDING JANUARY 26, 2012 JOINT DISCOVERY DISPUTE LETTERS (WITH EXHIBITS 1-2);

8. PROOF OF SERVICE.

Sincerely,

**Karen N. Mudurian**
*Assistant to I. Neel Chatterjee, Theresa Sutton
Daniel Weinberg* and *Jacob Heath*
**Orrick, Herrington, & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
Direct: (650) 614-7396
Fax: (650) 614-7401**