BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com
         mstrimling@bramsonplutzik.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                          Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                          Defendants. | Case No. 5:08-CV-05780 JW (JCS)<br><br>**DECLARATION OF L. TIMOTHY FISHER, PURSUANT TO CIVIL L.R. 79-5(D), IN RESPONSE TO ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. NOS. 251 and 255)** |

I, L. Timothy Fisher, declare:

1. I am an attorney with the law firm of Bursor & Fisher, P.A. and counsel for Defendants Power Ventures, Inc. ("Power") and Steve Vachani. I make this declaration in response to the following motions filed by Facebook: (1) Facebook Inc.'s Motion for Administrative Relief to File Under Seal, Pursuant to Civil Local Rule 79-5(d) (**Dkt. No. 251**), and (2) Facebook's Omnibus Motion for Administrative Relief to File Under Seal, Pursuant to Civil Local Rule 79-5(d) (**Dkt. No. 255**). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I have reviewed the administrative motions to seal filed by Facebook and listed above. Having reviewed those motions and the documents referenced therein, defendants request that the Court seal the documents listed below.

**Transcript of the 30(b)(6) Deposition Transcript of Power Ventures, Inc.**

3. The Parties' Joint Letter Regarding Power Ventures, Inc.'s Trial Witnesses and the Parties' Joint Letter Regarding Power Ventures, Inc. Employee Emails include portions of the transcript of the January 9, 2012 Rule 30(b)(6) deposition of Defendant Steve Vachani, which has been designated as Highly Confidential – Attorneys' Eyes Only.

4. Certain portions of the Vachani deposition transcript include references to and discussions of Mr. Vachani's current business venture and its operation, finance and strategy. Such matters are confidential and not for public disclosure. Disclosure of this information could severely harm Mr. Vachani's business.

5. The following pages of the Vachani deposition transcript cited in Facebook's briefs include references to Mr. Vachani's highly confidential business venture: pages 186-197 and 293-294. These pages of the Vachani deposition transcript are cited in Exhibit B to the Declaration of Monte M.F. Cooper in support of the Parties' Joint Letter Regarding Power Ventures, Inc.'s Trial Witness and Exhibit B to the Declaration of L. Timothy Fisher Regarding January 26, 2012 Joint Discovery Dispute Letters. Exhibit 207 to the Vachani deposition transcript also includes extensive information related to Mr. Vachani's highly confidential business venture and is included

1  as Exhibit H to the Declaration of Monte M.F. Cooper in support of the Parties' Joint Letter
2  Regarding Power Ventures, Inc.'s Trial Witnesses.
3    6. Exhibit 221 to the Vachani deposition transcript includes extensive information
4  related to technical details regarding Power's business operations and is included as Exhibit 8 to
5  the Declaration of Monte M.F. Cooper in Support of Parties' Joint Letter Regarding Power
6  Ventures, Inc.'s Production of Employee Emails.  Disclosure of specific details regarding Power's
7  operations could lead to irreparable harm to the company's business.

**Defendants' Sealing Request**

  7. Defendants therefore respectfully request that the Court seal the following documents:

- Pages 186-197 and 293-294 of the transcript of the January 9, 2012 deposition of Steve Vachani, which is attached as Exhibit B to the Declaration of L. Timothy Fisher Regarding January 26, 2012 Joint Discovery Dispute Letters and a portion of which is attached as Exhibit B to the Declaration of Monte M.F. Cooper in support of the Parties' Joint Letter Regarding Power Ventures, Inc.'s Trial Witnesses.
- Exhibit 207 to the transcript of the deposition of Steve Vachani, attached as Exhibit H to the Declaration of Monte M.F. Cooper in support of the Parties' Joint Letter Regarding Power Ventures, Inc.'s Trial Witnesses.
- Exhibit 221 to the transcript of the deposition of Steve Vachani, attached as Exhibit 8 to the Declaration of Monte M.F. Cooper in Support of Parties' Joint Letter Regarding Power Ventures, Inc.'s Production of Employee Emails.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed this 3rd day of February, 2012, at Walnut Creek, California.

                 _____
                  L. Timothy Fisher