BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com
         mstrimling@bramsonplutzik.com

*Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                              Defendants. | Case No. 5:08-CV-05780 JW (JCS)<br><br>**[PROPOSED] ORDER SEALING CERTAIN PORTIONS OF THE TRANSCRIPT OF THE JANUARY 9, 2012 DEPOSITION OF STEVE VACHANI** |

1   Defendants Power Ventures, Inc. and Steve Vachani seek to file under seal, pursuant to
2   Civil L.R. 79-5(d), all or portions of the following documents: (1) pages 186-197 and 293-294 of
3   the transcript of the January 9, 2012 deposition of Steve Vachani, which is attached as Exhibit B to
4   the Declaration of L. Timothy Fisher Regarding January 26, 2012 Joint Discovery Dispute Letters
5   and a portion of which is attached as Exhibit B to the Declaration of Monte M.F. Cooper in support
6   of the Parties' Joint Letter Regarding Power Ventures, Inc.'s Trial Witnesses, (2) Exhibit 207 to the
7   transcript of the deposition of Steve Vachani, attached as Exhibit H to the Declaration of Monte
8   M.F. Cooper in support of the Parties' Joint Letter Regarding Power Ventures, Inc.'s Trial
9   Witnesses, and (3) Exhibit 221 to the transcript of the deposition of Steve Vachani, attached as
10  Exhibit 8 to the Declaration of Monte M.F. Cooper in Support of Parties' Joint Letter Regarding
11  Power Ventures, Inc.'s Production of Employee Emails.

12  Having considered the papers filed in support of the motion, the Court HEREBY ORDERS
13  that the motion is GRANTED and hereby seals the following documents:

- Pages 186-197 and 293-294 of the transcript of the January 9, 2012 deposition of Steve Vachani, which is attached as Exhibit B to the Declaration of L. Timothy Fisher Regarding January 26, 2012 Joint Discovery Dispute Letters and a portion of which is attached as Exhibit B to the Declaration of Monte M.F. Cooper in support of the Parties' Joint Letter Regarding Power Ventures, Inc.'s Trial Witnesses.

- Exhibit 207 to the transcript of the deposition of Steve Vachani, attached as Exhibit H to the Declaration of Monte M.F. Cooper in support of the Parties' Joint Letter Regarding Power Ventures, Inc.'s Trial Witnesses.

- Exhibit 221 to the transcript of the deposition of Steve Vachani, attached as Exhibit 8 to the Declaration of Monte M.F. Cooper in Support of Parties' Joint Letter Regarding Power Ventures, Inc.'s Production of Employee Emails.

25  /   /   /
26  /   /   /
27  /   /   /
28

1    IT IS SO ORDERED.

2    Dated: _____

3                                    HONORABLE JAMES WARE
                                     CHIEF JUDGE
4                                    UNITED STATES DISTRICT COURT