| | |
|---|---|
| 1 | BURSOR & FISHER, P.A. |
| | L. Timothy Fisher (State Bar No. 191626) |
| 2 | 1990 North California Blvd., Suite 940 |
| | Walnut Creek, CA 94596 |
| 3 | Telephone: (925) 300-4455 |
| | Facsimile: (925) 407-2700 |
| 4 | E-Mail: ltfisher@bursor.com |

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> -against- <br><br> POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, <br><br> Defendants. | Case No. 5:08-cv-05780 JW <br><br> **NOTICE OF WITHDRAWAL OF CONFIDENTIAL DESIGNATION REGARDING FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(d) (Dkt. No. 251)** <br><br> Chief Judge James Ware |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   Defendants Power Ventures, Inc. and Steve Vachani have reviewed Facebook's Motion for Administrative Relief to File Under Seal Pursuant to Civil Local Rule 79-5(d) (Dkt. No. 251) and the Declaration of Morvarid Metanat in Support of Facebook Inc.'s Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 for Leave to File Supplemental Materials in Support of Motions for Partial Summary Judgment and Opposition to Defendants' Motion for Summary Judgment and the exhibits attached thereto.  Pursuant to Civil Local Rule 79-5(d), Defendants hereby withdraw their confidential designation as to the documents attached as exhibits to the Metanat Declaration.

Dated:  February 7, 2012

Respectfully submitted,

BURSOR & FISHER, P.A.

By:  _____/s/ L. Timothy Fisher_____

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113
Facsimile:   (212) 989-9163
E-Mail:  scott@bursor.com

BRAMSON PLUTZIK MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*