1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  FACEBOOK, INC.,                        Case No. 5:08-cv-05780-JW (JCS)

15              Plaintiff,                 **FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5(D)**

16       v.

17  POWER VENTURES, INC. a Cayman Island
    corporation, STEVE VACHANI, an individual;   Date:      Dept:   Courtroom 9, 19th Floor
18  DOE 1, s/b/a POWER.COM, DOES 2-25,           Judge:            Hon. Chief Judge James Ware
    inclusive,
19
                Defendants.
20

1   Pursuant to Local Rules 7-11 and 79(5)(d), Plaintiff Facebook, Inc. ("Facebook") submits
2   this Administrative Motion for sealing order regarding: 1) portions of Facebook's Administrative
3   Motion to Enlarge Time for Hearing Dispositive Motions Pursuant to Civil L.R. 6-3 and 16-2; 2)
4   Exhibit Nos. B and C attached to the Declaration of Morvarid Metanat in support of Facebook's
5   Administrative Motion to Enlarge Time for Hearing Dispositive Motions Pursuant to Civil L.R.
6   6-3 and 16-2 ("Metanat Declaration"); and 3) portions of the Metanat Declaration.

7   Defendants Power Ventures, Inc. and Steve Vachani have designated the aforementioned
8   materials, as "highly Confidential-Attorneys' Eyes Only" pursuant to the parties' Protective
9   Order (Dkt. No. 95). Facebook disagrees with these confidentiality designations and hereby
10  lodges with the Clerk, pursuant to Civil L.R. 79-5(d), the aforementioned materials, pending this
11  Court's decision following the filing of Defendants' Declaration (demonstrating good cause to
12  seal these materials from the public record) and narrowly tailored proposed sealing order. Civil
13  L.R. 79-5(d).

Dated: February 8, 2012                    Orrick, Herrington & Sutcliffe LLP


                                           By:  _____*/s/ Morvarid Metanat /s/*_____
                                                MORVARID METANAT
                                                Attorneys for Plaintiff
                                                FACEBOOK, INC.