I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>   Defendants. | Case No. 5:08-cv-05780 JW<br><br>**PROOF OF SERVICE VIA ELECTRONIC MAIL** |

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On February 8, 2012, I served the following document(s):

1. **FACEBOOK, INC.'S MOTION TO ENLARGE TIME FOR HEARING DISPOSITIVE MOTIONS PURSUANT TO CIVIL L.R. 6-3 AND 16-2;**

2. **DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK, INC.'S MOTION TO ENLARGE TIME FOR HEARING DISPOSITIVE MOTIONS, PURSUANT TO CIVIL L.R. 6-3 AND 16-2;**

3. **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO ENGLARGE TIME FOR HEARING DISPOSITIVE MOTIONS PURSUANT TO CIVIL LOCAL RULES 6-3 AND 16-2;**

4. **DECLARATION OF SERVICE.**

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 12:00 Midnight on February 8, 2012. |
|---|---|

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
Sarah N. Westcot, Esq.
swestcot@bursor.com
**BURSOR & FISHER, P.A.**
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Tel: 925-482-1515
Fax: 925-407-2700

Alan R. Plutzik, Esq.
aplutzik@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel:   925.300-4455
Fax:   925.407.2700

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

1   Executed on February 8, 2012 at Menlo Park, California.  I declare under penalty of
2   perjury under the laws of the State of California that the foregoing is true and correct.

*[Signature: Diane Escamilla]*

Diane Escamilla

OHSWEST:261535561.1

# Escamilla, Diane

| | |
|---|---|
| **From:** | Escamilla, Diane |
| **Sent:** | Wednesday, February 08, 2012 10:10 PM |
| **To:** | ltfisher@bursor.com; scott@bursor.com; aplutzik@bramsonplutzik.com |
| **Cc:** | Metanat, Morvarid; Dalton, Amy |
| **Subject:** | SERVICE (CONFIDENTIAL) Facebook v. Power Ventures, Inc., Case No. 08-5780 |
| **Attachments:** | 2012.02.08 [FB] Motion to Enlarge Time for Hearing Dispositive Motions.pdf; 2012.02.08 [FB] Declaration of Morvarid Metanat ISO Motion to Enlarge.pdf; 2012.02.08 [FB] Proposed Order.pdf; Ex. A - 2010.10.22 [FB] 1st Set of RFPs (Nos. 1-50).pdf; Ex. B - 2011.07.20 [Power] Vachani, Steve (Excerpt) (CONF).pdf; Ex. C - 2012.01.09 Power Ventures [Excerpt] (CONF).pdf; Ex. D - 2011.05.31 [Power] Ltr Resp re Power's RFP Resps.pdf; Ex. E - 2011.08.26 [Power] Email Resp re Incomplete Source Code Files.pdf; Ex. F - 2011.11.09 [Power] Email with Server and YahooMail Production Info & Missing Databases.pdf; Ex. G - 2011.11.04 Hearing on FB's MTCs [Excerpt].pdf; Ex. H - 2012.01.26 [FB] Decl of M. Cooper ISO Ltr Brief to Compel Emails, Ex. 9.pdf; 2012.02.08 [FB] Proof of Service.pdf |

Dear Counsel:

Attached please find Plaintiff Facebook, Inc.'s service copies of the listed documents dated February 8, 2012:

1. FACEBOOK, INC.'S MOTION TO ENLARGE TIME FOR HEARING DISPOSITIVE MOTIONS PURSUANT TO CIVIL L.R. 6-3 AND 16-2;

2. DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK, INC.'S MOTION TO ENLARGE TIME FOR HEARING DISPOSITIVE MOTIONS, PURSUANT TO CIVIL L.R. 6-3 AND 16-2; EXHIBITS A – H ATTACHED HERETO;

3. [PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME FOR HEARING DISPOSITIVE MOTIONS PURSUANT TO CIVIL LOCAL RULES 6-3 AND 16-2;

4. PROOF OF SERVICE.

**Diane Escamilla**
IP Legal Secretary to
Matthew H. Poppe,
Suchi Somasekar
 & Morvarid Metanat
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
DD:  (650) 614-7437
Fax:  (650) 614-7401