United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

Plaintiff(s),

v.

POWER VENTURES, INC.,

Defendant(s).

_______________________________________/

No. C 08-05780 JW (JCS)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Discovery Hearing on the Joint Discovery issues has been scheduled for **February 24, 2012, at 9:30 a.m.,** before Magistrate Judge Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Mr. Fisher shall be on phone standby beginning at 9:30 a.m., and await the Court's call.

Dated: February 10, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

by: Karen L. Hom
Karen L. Hom
Courtroom Deputy