I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:08-cv-05780-JW (JCS)<br><br>**DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Dept:　　　Courtroom 9, 19th Floor<br>Judge:　　Hon. Chief Judge James Ware |

**FILED UNDER SEAL**

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

METANAT DECLARATION ISO OF ADMIN. MOTION
TO SUPPLEMENT
5:08-CV-05780-JW (JCS)

I, Morvarid Metanat, hereby declare and state as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Facebook's First Set of Requests for Production on Defendant Power, served on October 22, 2010.

3. Attached hereto as **Exhibit M** is a true and correct copy of an October 24, 2011 correspondence between Defendants' counsel and Facebook's counsel.

4. Attached hereto as **Exhibit B** is a true and correct copy of Power's May 31, 2011 letter to Facebook's counsel regarding Facebook's requests to Power to supplement its production.

5. Attached hereto as **Exhibit C** is a true and correct copy of Power's November 9, 2011 correspondence with Facebook's counsel regarding the supplemental production. Vachani's Yahoo! email inbox contains over 300,000 emails and five years. Power's backup server contains 120 gigabytes of data. **[LODGED UNDER SEAL—CONTAINS CONFIDENTIAL INFORMATION]**

6. On January 9, 2012, Facebook deposed Power pursuant to Fed. R. Civ. P. 30(b)(6). Defendant Steve Vachani was designated as Power's 30(b)(6) witness.

7. Attached hereto as **Exhibit D** is a true and correct copy of a December 12, 2008 email chain between Steve Vachani and Joe Shapiro. **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

8. Attached hereto as **Exhibit E** is a true and correct copy of an April 24, 2009 email between Juliane Conceicao and Steve Vachani. The document contains portions of text in Portuguese and is followed by a certified translation in English and a signed notarized certification created by the company, TransPerfect Translations, Orrick retained to perform the translation. **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—**

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

METANAT DECLARATION ISO OF ADMIN. MOTION
TO SUPPLEMENT
5:08-CV-05780-JW (JCS)

ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]

9. Attached hereto as **Exhibit F** is a true and correct copy of an August 11, 2005, chat transcript between Steve Vachani and "greg." **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

10. Attached hereto as **Exhibit G** is a true and correct copy of a September 12, 2005 email between Steve Vachani and Paul King. **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

11. Attached hereto as **Exhibit H** are true and correct copies of excerpts from the January 9, 2012 deposition of Power Ventures, pursuant to Fed. R. Civ. P. 30(b)(6). **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

12. Attached hereto as **Exhibit I** is a true and correct copy of a December 2, 2009 email chain between Steve Vachani and Eric Santos. The document contains portions of text in Portuguese and is followed by a certified translation in English and a signed notarized certification created by the company, TransPerfect Translations, Orrick retained to perform the translation. **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

13. Attached hereto as **Exhibit J** is a true and correct copy of a November 9, 2006 email chain between Steve Vachani and Kiran Inampudi. **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

14. Attached hereto as **Exhibit K** is a true and correct copy of a January 10, 2009 email chain between Steve Vachani and Rick Latona. **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

15. Attached hereto as **Exhibit L** is a true and correct copy of a November 24, 2010

email chain between Steve Vachani and Bruno Carvalho.  The document contains portions of text in Portuguese and is followed by a certified translation in English and a signed notarized certification created by the company, TransPerfect Translations, Orrick retained to perform the translation.  **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

16. On January 20, 2012, I emailed Defendants' counsel, Timothy Fisher, to seek a stipulation to Facebook's filing this motion.  Mr. Fisher responded that Defendants would not stipulate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 20th day of January, 2012 at Menlo Park, California.

Dated: January 20, 2012

Orrick, Herrington & Sutcliffe LLP

By: */s/ Morvarid Metanat /s/*
MORVARID METANAT
Attorneys for Plaintiff
FACEBOOK, INC.