# EXHIBIT B

# BURSOR & FISHER, P.A.
## ATTORNEYS AT LAW
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596-7351
(925) 482-1515 (tel)
(925) 407-2700 (fax)
www.bursor.com

May 31, 2011

<u>**By email only**</u>

Morvarid Metanat
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
mmetanat@orrick.com

Re:   *Facebook Inc. v. Power Ventures, Inc. d/b/a Power.com*
      Civil Action No. 5:08-cv-05780 (N.D. Cal.)

Dear Morvarid:

   I have reviewed your letter dated May 17, 2011 regarding Power's responses to Facebook's First Set of Requests for Production of Documents. Power identified and produced all responsive documents that were located after a diligent search, with the exception of raw computer source code. No documents other than raw source code were withheld. Power objects to the production of raw source code as unnecessary and duplicative of information contained in the June 2007 PowerScript Training document and the PowerScript Documentation Developer Manual. If you believe that raw source code should be produced, I would request that you explain what relevant information might be obtained from raw source code that is not already reflected in the June 2007 PowerScript Training document and the PowerScript Documentation Developer Manual. With that explanation, we would be better able to understand your concerns and have a productive discussion during the meet and confer process.

                                          Very truly yours,

                                          *[signature]*

                                          L. Timothy Fisher
                                          ltfisher@bursor.com

cc:   Scott A. Bursor, Esq., scott@bursor.com