# EXHIBIT J

| | |
|---|---|
| From: | Eric Santos |
| To: | "Kiran Inampudi"; eric@powerscrap.com; steve@stevevachani.com |
| Subject: | RE: Options:Multiple IP addresses for servers |
| Date: | Thursday, November 09, 2006 4:01:05 PM |

Thanks Kiran,

I am testing the option 1 now... If this option 1 isn't good, I will begin to test option 2.

Regards,

Eric

**From:** Kiran Inampudi [mailto:inamkiran@gmail.com]
**Sent:** quinta-feira, 9 de novembro de 2006 20:38
**To:** eric@powerscrap.com; steve@stevevachani.com
**Subject:** Options:Multiple IP addresses for servers

Option 1:

Have the servers hosted at multiple ISP's which provide these servers with IP addresses from different Class C pool.
For example 3 ISP's each providing 3 different IP address, that gives 9 IP addresses.

If the server's need to talk to each other, they can talk over the internet or have a private network to talk to each other.

Pros: More scalable
Cons: Latency issues if servers need to talk to each other

Option2:

Host the servers in a central location(your facility); then bring in ISP connections from different ISP's and have them provide different IP address from different Class C pool.
The servers can talk to each other over a Private LAN at high speed

Pros: Less Latency
Cons: Expensive



EXHIBIT 232
Power Ventures
30(b)(6) Vachan