# EXHIBIT K

| | |
|---|---|
| From: | steve@stevevachani.com |
| To: | Rick Latona |
| Subject: | RE: RickLatona.com: A question from |
| Date: | Saturday, January 10, 2009 5:13:42 PM |

Image page gets passed directly to the user. Our platform is actually extremely powerful. We can remix anything from any site into the site the user is viewing. We have also created a new programming language that allows us our in the future (any developer) to remix or reprogram anything on the web. It is the equivalent of a universal mashup platform with no API's necessary and no rules (technically). Anything the user see can be rerprogram or remixed.

For example, go to www.power.com and click Orkut and then type in a username and then put the wrong password 2 or 3 times. The site will automatically send a image capture to verify it's a real user. We catch that image capture in real time and program it in the page the user is viewing and pass it through to them.

Power does not have agreements with any sites and therefore does not violate the terms of use of the site.

We support the users right to make their own decisions. Just like Meebo.com and when users are using importing contacts, we let the user make that decision.

Users are technically violating the terms and conditions of all sites when they use contact book imports, when they login to Meebo, when they give their password to Firefox.

Facebook is violating Google's terms of conditions when they ask their users to give their user name and password for importing contacts.

We stand by the philosophy that we provide tools to enable the user to use tools and services that they choose and which add value for the user and have the users consent at all times.

--- On **Sat, 1/10/09, Rick Latona <rick@ricklatona.com>** wrote:

> From: Rick Latona <rick@ricklatona.com>
> Subject: RE: RickLatona.com: A question from
> To: "steve@stevevachani.com" <steve@stevevachani.com>
> Date: Saturday, January 10, 2009, 5:04 PM
>
> Steve,
>
> Then how do you deal with changes to the other sites, their terms of service being violated and image pass verification scripts?
>
> Rick Latona

EXHIBIT 223
Op Power Ventures.
30(b)(6) Vachani

**From:** steve@stevevachani.com [mailto:steve@stevevachani.com]
**Sent:** Saturday, January 10, 2009 8:03 PM
**To:** steve@power.com; Rick Latona
**Subject:** RE: RickLatona.com: A question from

Yes, we use browser emulation. It looks exactly like a regular use loggin in and a user is present during the login process.

--- On **Sat, 1/10/09, Rick Latona <rick@ricklatona.com>** wrote:

> From: Rick Latona <rick@ricklatona.com>
> Subject: RE: RickLatona.com: A question from
> To: "steve@power.com" <steve@power.com>
> Date: Saturday, January 10, 2009, 3:54 PM
>
> Steve,
>
> Can you please tell me if you are using browser emulation to login to these other sites?
>
> Rick Latona

**From:** rick@ricklatona.com [mailto:rick@ricklatona.com]
**Sent:** Saturday, January 10, 2009 3:44 PM
**To:** Rick Latona
**Subject:** RickLatona.com: A question from

**a form has been submitted on January 10, 2009, via:**
**http://www.ricklatona.com/contact-me/ [IP 68.175.113.172]**

| Contact Me | |
|---|---|
| **Your Name** | |
| **Email** | steve@power.com |

| | |
|---|---|
| **Website** | http://power.com |
| **Message** | Rick, |
| | I am the CEO of Power.com, a fast growing company which aggregates email, instant messenger, social networks, financial service accounts, and all of a users accounts together. We get millions of monthly visitors and growing faster than ever. We have an immediate cash crunch and are looking to get a loan or investment secured on our domain very quickly. Would love to chat with you about opportunities to work together with Power.com. can you call me now at 1-646-554-7773. Expect to put together a deal by the end of the day today and putting out word now. Sorry about short notice. |

--

**Verification**

powered by cformsII