# EXHIBIT L

| From: | Bruno Carvalho |
|---|---|
| To: | Steven Vachani |
| Subject: | Re: RES: campanha 100x100x100 |
| Date: | Wednesday, November 24, 2010 3:15:14 AM |

yes

On Nov 24, 2010, at 12:40 AM, Steven Vachani wrote:

> Did we send checks to these 30 people? Did we pay them?
>
> **From:** Bruno Carvalho <bruno@bcarvalho.com.br>
> **To:** SteveVachani Vachani <steve@stevevachani.com>
> **Sent:** Tue, November 23, 2010 8:52:56 PM
> **Subject:** Fwd: RES: campanha 100x100x100
>
>
> Begin forwarded message:
>
>> **From:** SteveVachani <steve@stevevachani.com>
>> **Date:** February 13, 2009 1:03:24 AM GMT-03:00
>> **To:** Bruno Carvalho <bruno.carvalho@corp.power.com>
>> **Subject: Re: RES: campanha 100x100x100**
>> **Reply-To:** SteveVachani <steve@stevevachani.com>
>>
>> Ok. Then let it finish. You can confirm these 30 people.
>> Sent via BlackBerry by AT&T
>>
>> -----Original Message-----
>> From: Bruno Carvalho <bruno.carvalho@corp.power.com>
>>
>> Date: Fri, 13 Feb 2009 01:53:05
>> To: SteveVachani<steve@stevevachani.com>
>> Subject: RES: campanha 100x100x100
>>
>>
>> Steve
>>
>> yesterday 25 people reach 100 friends ... I think until 13 march we will have 30 .
>>
>> The system checks automatically eache friend invited( if he have more than 2 contacts )  but we're checking manually too.
>>
>> Bruno



EXHIBIT
194
Power Ventures
30(b)(6) Vachani

De: steve@stevevachani.com [steve@stevevachani.com]
Enviado: quinta-feira, 12 de fevereiro de 2009 23:43
Para: Bruno Carvalho; Steve Vachani
Cc: Eric Santos
Assunto: Re: campanha 100x100x100

How many people have reached 100 friends? Did you verify how many are not fraud?

Sent via BlackBerry by AT&T

---

From: Bruno Carvalho
Date: Wed, 11 Feb 2009 17:18:55 -0200
To: SteveVachani<steve@stevevachani.com>; Steve Vachani<steve@corp.power.com>
Subject: campanha 100x100x100

Steve,

Conversei com Carol sobre prorrogarmos a campanha e ambos não entendemos o motivo que vc queria para poder prorrogar a campanha mais 100 dias. Minha opinião pessoal é que se não tivermos um bom motivo não deveríamos estender a campanha ainda mais com o Facebook sem funcionar.

Estou organizando para a divulgação dos atuais ganhadores e pagamento das premiações até dia 28 de março. Caso prorroguemos a campanha esses usuários devem ser pagos até esta data.

Aguardo instruções sobre como devo proceder.


Atenciosamente

Bruno Carvalho


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.0.238 / Virus Database: 270.11.18/2009 - Release Date: 03/18/09 07:17:00

| | |
|---|---|
| **From:** | Bruno Carvalho |
| **To:** | Steven Vachani |
| **Subject:** | Re: RE: 100x100x100 campaign |
| **Date:** | Wednesday, November 24, 2010 3:15:14 AM |

yes

On Nov 24, 2010, at 12:40 AM, Steven Vachani wrote:

> Did we send checks to these 30 people? Did we pay them?
>
> ---
>
> **From:** Bruno Carvalho <bruno@bcarvalho.com.br>
> **To:** SteveVachani Vachani <steve@stevevachani.com>
> **Sent:** Tue, November 23, 2010 8:52:56 PM
> **Subject:** Fwd: RES: 100x100x100 campaign
>
> Begin forwarded message:
>
>> **From:** SteveVachani <steve@stevevachani.com>
>> **Date:** February 13, 2009 1:03:24 AM GMT-03:00
>> **To:** Bruno Carvalho <bruno.carvalho@corp.power.com>
>> **Subject: Re: RE: 100x100x100 campaign**
>> **Reply-To:** SteveVachani <steve@stevevachani.com>
>>
>> Ok. Then let it finish. You can confirm these 30 people.
>> Sent via BlackBerry by AT&T
>>
>> -----Original Message-----
>> From: Bruno Carvalho <bruno.carvalho@corp.power.com>
>>
>> Date: Fri, 13 Feb 2009 01:53:05
>> To: SteveVachani<steve@stevevachani.com>
>> Subject: RES: 100x100x100 campaign
>>
>> Steve
>>
>> yesterday 25 people reach 100 friends ... I think until 13 march we will have 30 .
>>
>> The system checks automatically each friend invited (if he have more than 2 contacts) but we're checking manually too.
>>
>> Bruno

From: steve@stevevachani.com [steve@stevevachani.com]
Sent: Thursday, February 12 2009 11:43:00 PM
To: Bruno Carvalho; Steve Vachani
Cc: Eric Santos
Subject: Re: 100x100x100 campaign

How many people have reached 100 friends? Did you verify how many are not fraud?

Sent via BlackBerry by AT&T

---

From: Bruno Carvalho
Date: Wed, 11 Feb 2009 17:18:55 -0200
To: SteveVachani<steve@stevevachani.com>; Steve Vachani<steve@corp.power.com>
Subject: 100x100x100 campaign

Steve,

I talked to Carol about extending the campaign and we both fail to understand the reason for you wanting to extend the campaign for another 100 days. It is my personal opinion that if we do not have a good reason we should not extend the campaign even more so with Facebook not working.

I am organizing the announcement of the current winners and payment of prizes by March 28. If we extend the campaign these users must be paid by this date.

Please let me know how I should proceed.

Yours sincerely,

Bruno Carvalho


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.0.238 / Virus Database: 270.11.18/2009 - Release Date: 03/18/09 07:17:00


TRANSPERFECT

CERTIFICATION OF TRANSLATION

I, Matthew Orr, hereby certify that the attached Portuguese (Brazil) to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"Re: RES: campanha 100x100x100"

Signature

Sworn to before me this
January 6, 2012

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM