# EXHIBIT M

**Dalton, Amy**

| | |
|---|---|
| **From:** | L. Timothy Fisher [ltfisher@bursor.com] |
| **Sent:** | Monday, October 24, 2011 3:17 PM |
| **To:** | Cooper, Monte |
| **Cc:** | Neal Deckant; Scott A. Bursor; Sutton, Theresa A.; Metanat, Morvarid; Dalton, Amy; Beardsley, Megan M.; Chatterjee, I. Neel; Larry Melling; Bob Zeidman; Johnson-McKewan, Karen G. |
| **Subject:** | Re: FW: Problems with some of the Power Database files |

Monte,
The complete databases are being sent today via FedEx.  You should have them tomorrow.

The primary subversion repository file "SVN.rar" is not password protected.  We are still working with our client to obtain the password for the "svn_bkp_full.tar" file.  We will let you know if we are able to obtain the password.

Tim
--
L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com


On Mon, Oct 24, 2011 at 3:08 PM, Cooper, Monte <mcooper@orrick.com> wrote:

Tim:

Could you kindly apprise us of the status of Power's attempts to address the issues I identified in my November 19 email below regarding the corrupted MSSQL databases and Subversion repository we received last week?  In particular, could you provide us with a date when you expect to produce the un-corrupted databases and the password for the Subversion repository?

We expect to raise the importance of the long-promised production of these databases and the Subversion repository with Magistrate Judge Spero during our pre-hearing call tomorrow, and intend  to let him know the date(s) when production is anticipated, what problems (if any) Power is experiencing in obtaining the materials, and whether the delays with production are likely to engender additional motion practice that will need to be addressed during the November 4 hearing.

Thanks,

Monte

---

**From:** L. Timothy Fisher [mailto:ltfisher@bursor.com]
**Sent:** Thursday, October 20, 2011 2:32 PM
**To:** Cooper, Monte
**Cc:** Neal Deckant; Scott A. Bursor; Sutton, Theresa A.; Metanat, Morvarid; Dalton, Amy; Beardsley, Megan M.; Chatterjee, Neel; Larry Melling; Bob Zeidman; Johnson-McKewan, Karen G.
**Subject:** Re: FW: Problems with some of the Power Database files

Dear Monte:

We are in the process of obtaining the untruncated database files. They total size of the files is nearly 110 GB. Over the weekend, we will put the files on a portable hard drive and send that to you early next week.

We are still working on obtaining the password for the subversion repository.

Tim
--

L. Timothy Fisher

Bursor & Fisher, P.A.

1990 North California Blvd., Suite 940

Walnut Creek, California 94596

Telephone: (925) 300-4455

Facsimile: (925) 407-2700

E-Mail: ltfisher@bursor.com

On Thu, Oct 20, 2011 at 10:12 AM, Cooper, Monte <mcooper@orrick.com> wrote:

Thank you Tim.

However, would you kindly clarify what you mean when you state you anticipate having "most" of the issues worked out soon? Does that mean there are some problems with the corrupted data that you already have determined will take longer to address? If so, can you tell us now which problems you are referring to, and what is the reason they may need more time to remedy?

Thanks,

Monte

---

**From:** L. Timothy Fisher [mailto:ltfisher@bursor.com]
**Sent:** Thursday, October 20, 2011 10:06 AM
**To:** Metanat, Morvarid
**Cc:** Scott A. Bursor; Cooper, Monte; Sutton, Theresa A.; Neal Deckant
**Subject:** Re: FW: Problems with some of the Power Database files

Morvarid:

We are working on the problems mentioned in Monte's e-mail below and anticipate having most of the issues worked out soon.

The stipulation is fine and you have my permission to file it.

Tim
--

L. Timothy Fisher

Bursor & Fisher, P.A.

1990 North California Blvd., Suite 940

Walnut Creek, California 94596

Telephone: (925) 300-4455

Facsimile: (925) 407-2700

E-Mail: ltfisher@bursor.com

3

On Thu, Oct 20, 2011 at 9:47 AM, Metanat, Morvarid <mmetanat@orrick.com> wrote:

Tim,

Notwithstanding the problems with the October 14th production of source code (as outlined in the below email), we would like to go ahead and file the stipulation to extend the MSJ Opposition and Expert report deadlines. However, we will do so subject to your good faith promise to provide us with the uncorrupt, accessible versions of the recently produced code. If you do not plan on remedying the issues with the recent production, please let us know immediately.

I have also attached a draft of the stipulation we would like to file. Please let me know if you have any edits as soon as possible.

Thank you.

Morvarid

---

**From:** Cooper, Monte
**Sent:** Wednesday, October 19, 2011 4:27 PM
**To:** 'L. Timothy Fisher'; 'Neal Deckant'; 'scott@bursor.com'
**Cc:** Chatterjee, Neel; Sutton, Theresa A.; Metanat, Morvarid; Beardsley, Megan M.; Dalton, Amy; Mudurian, Karen N.; Larry Melling; 'Bob Zeidman'; Johnson-McKewan, Karen G.
**Subject:** Problems with some of the Power Database files

Tim, et al.:

We have had a chance to do a very quick analysis of the DVDs containing Power's database information that you sent to us over the weekend. Certain of the files in them are corrupted, Here is a list of files we already have determined are corrupted, and which we ask that you immediately produce in uncorrupted form:

Subversion Repository DVD : both files SVN.rar and svn_bkp_full.tar both of size 2,097,1xx KB

4

SQL 3 set 1: power_bkp_full.bak, power_flag_bkp_full.bak both of size 2,097,1xx KB

SQL 3 set 2: power_massmail_manager_bkp_full.bak, powerscrap_bkp_full.bak both of size 2,097,1xx KB

SQL 6: Async_bkp_full.bak size 2,097,149 KB

SQL 7: PowerAccount_bkp_full.bak size 2,097,151 KB

Our best guess what the problem is is that the files were truncated at this size, and therefore they are all corrupted. In an effort to remedy this problem without further delay, we ask that you run the following T-SQL command on the .bak files after you write them to the DVD.

RESTORE VERIFYONLY FROM DISK = 'C:\path\file.bak'

This command will verify that the DVDs are OK before you send the new ones and thereby avoid this problem. If it will expedite matters, I am happy to have our expert Larry Melling walk you through the process. To further assist you, we have attached a zip file of the 4 .rpt files that show the results of this command for each of the database.bak files delivered and grouped by DVD.

With respect to the Subversion DVD, here is the error we receive when we try to open the SVN.rar file:



And another problem occurs when we try to extract the tar file, as reflected in the screen shot shown below

5

```
/cygdrive/m/src/Power/Subversion Repository

larry@larry-PC ~
$ cd /cygdrive/m/src//Power/Subversion\ Repository/

larry@larry-PC /cygdrive/m/src/Power/Subversion Repository
$ ls
SVN.rar  svn_bkp_full.tar

larry@larry-PC /cygdrive/m/src/Power/Subversion Repository
$ tar xvf svn_bkp_full.tar
home/svn/
home/svn/permissions/
home/svn/permissions/svn-access.conf.bkp
tar: Skipping to next header
tar: A lone zero block at 38
tar: Exiting with failure status due to previous errors

larry@larry-PC /cygdrive/m/src/Power/Subversion Repository
$
```

Finally, please include the admin username and password associated with the Subversion repository files, so that we may actually review the code associated with those files. Again, I am happy to have you speak directly with Larry Melling if there is any confusion about any of these issues, and how they can be quickly remedied,

Thank you,

Monte

==============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
==============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.

THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
===============================================================

===============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
===============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
===============================================================

===============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
===============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit http://www.orrick.com/
==============================================================