I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive,<br><br>Defendants. | Case No. 5:08-cv-05780-JW (JCS)<br><br>**DECLARATION OF MORVARID METANAT IN SUPPORT OF THE PARTIES' JOINT LETTER REGARDING THE RE-DEPOSITION OF POWER VENTURES, INC.**<br><br>Dept:       Courtroom 9, 19th Floor<br>Judge:     Hon. Chief Judge James Ware |

OHSWEST:261521440.1

DECLARATION OF M. METANAT ISO OF JOINT
LETTER RE RE-DEPOSITION OF POWER
5:08-CV-05780-JW (JCS)

I, Morvarid Metanat, declare:

1. I am a member of, and in good standing with, the Bar of the State of California and am admitted to practice before this Court. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to Plaintiff Facebook, inc. ("Facebook"). I make this declaration in support of the Parties' Joint Letter Regarding the Re-deposition of Power Ventures, Inc. I have personal knowledge of the matters stated herein, and if called as a witness could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Facebook's Amended Notice of Deposition of Power Ventures, served on November 30, 2011.

3. Attached hereto as **Exhibit 2** is true and correct copies of transcript excerpts from the January 9, 2012 deposition transcript of Power Ventures, taken pursuant to Federal Rule of Civil Procedure 30(b)(6). **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 26th day of January, 2012 at Menlo Park, California.

By: _____*/s/ Morvarid Metanat /s/*_____
　　　MORVARID METANAT

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

OHSWEST:261521440.1

-1-

DECLARATION OF M. METANAT ISO OF JOINT LETTER RE RE-DEPOSITION OF POWER
5:08-cv-05780-JW (JCS)