I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:08-cv-05780-JW (JCS)<br><br>**DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF THE PARTIES' JOINT LETTER REGARDING THE EXCLUSION OF TESTIMONY AT TRIAL OF POWER'S FORMER BRAZILIAN EMPLOYEES, OR IN THE ALTERNATIVE, THE PRODUCTION OF FORMER POWER EMPLOYEES FOR DEPOSITION**<br><br>Dept:　　　Courtroom 9, 19th Floor<br>Judge:　　 Hon. Chief Judge James Ware |

OHSWEST:261521204.1

DECLARATION OF M. COOPER ISO OF JOINT
LETTER RE EXCLUSION OF TESTIMONY AT TRIAL
5:08-CV-05780-JW (JCS)

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

I, Monte M.F. Cooper, declare:

1. I am a member of, and in good standing with, the Bar of the State of California and am admitted to practice before this Court. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to Plaintiff Facebook, inc. ("Facebook"). I make this declaration in support of the Parties' Joint Letter regarding the Exclusion of Testimony at Trial of Power Ventures, Inc.'s Former Brazilian Employees, or in the alternative, the Production of Former Power Employees for Deposition. I have personal knowledge of the matters stated herein, and if called as a witness could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is true and correct copies of excerpts of the July 20, 2011 deposition transcript of Steve Vachani. **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

3. Attached hereto as **Exhibit B** is true and correct copies of transcript excerpts from the January 9, 2012 deposition of Power Ventures, Inc., taken pursuant to Federal Rule of Civil Procedure 30(b)(6). **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

4. Attached hereto as **Exhibit C** is a true and correct copy of Facebook's Second Amended Rule 26 disclosures served on Defendants on January 13, 2012.

5. Attached hereto as **Exhibit D** is a true and correct copy of a December 1, 2008 document titled "Power.com Executive Team, Bates numbered NIEHAUS PRODUCTION 00129 – FBPOWER00130. **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

6. Attached hereto as **Exhibit E** is a true and correct copy of a November 6, 2011 correspondence between Eric Santos and Steve Vachani, Bates numbered FBPOWER00322-FBPOWER00324. The document contains portions of text in Portuguese and is followed by a certified translation in English and a signed notarized certification created by the company,

OHSWEST:261521204.1

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

DECLARATION OF M. COOPER ISO OF JOINT
LETTER RE EXCLUSION OF TESTIMONY AT TRIAL
5:08-cv-05780-JW (JCS)

1  TransPerfect Translations, Orrick retained to perform the translation.  **[LODGED UNDER**
2  **SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY"**
3  **PURSUANT TO PROTECTIVE ORDER]**

4        7.     Attached hereto as **Exhibit F** is a true and correct copy of an October 20, 2011
5  correspondence between Eric Santos and Steve Vachani, Bates numbered FBPOWER00399-
6  FBPOWER00403. The document contains portions of text in Portuguese and is followed by a
7  certified translation in English and a signed notarized certification created by the company,
8  TransPerfect Translations, Orrick retained to perform the translation.  **[LODGED UNDER**
9  **SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY"**
10 **PURSUANT TO PROTECTIVE ORDER]**

11       8.     Attached hereto as **Exhibit G** is a true and correct copy of an August 21, 2011
12 correspondence between Eric Santos and Steve Vachani, Bates numbered FBPOWER00349-
13 FBPOWER00351. The document contains portions of text in Portuguese and is followed by a
14 certified translation in English and a signed notarized certification created by the company,
15 TransPerfect Translations, Orrick retained to perform the translation.  **[LODGED UNDER**
16 **SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY"**
17 **PURSUANT TO PROTECTIVE ORDER]**

18       9.     Attached hereto as **Exhibit H** is a true and correct copy of an October 8, 2011
19 correspondence between Eric Santos and Steve Vachani, Bates numbered FBPOWER00371-
20 FBPOWER00382. The document contains portions of text in Portuguese and is followed by a
21 certified translation in English and a signed notarized certification created by the company,
22 TransPerfect Translations, Orrick retained to perform the translation.  **[LODGED UNDER**
23 **SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY"**
24 **PURSUANT TO PROTECTIVE ORDER]**

25      10.    Attached hereto as **Exhibit I** is a true and correct copy of Facebook's Notice of
26 Deposition of Eric Santos served on June 6, 2011.

27      11.    Attached hereto as **Exhibit J** is a true and correct copy of a September 16, 2011
28 correspondence between Facebook's and Defendants' counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSWEST:261521204.1

- 2 -

DECLARATION OF M. COOPER ISO OF JOINT
LETTER RE EXCLUSION OF TESTIMONY AT TRIAL
5:08-cv-05780-JW (JSC)

1   12. Attached hereto as **Exhibit K** is a true and correct copy of a January 12, 2012
2   correspondence between Facebook's and Defendants' counsel.
3   13. Attached hereto as **Exhibit L** is a true and correct copy of a January 20, 2012
4   correspondence between Facebook's and Defendants' counsel.
5   14. Attached hereto as **Exhibit M** is a true and correct copy of a January 25, 2012
6   correspondence between Facebook's and Defendants' counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 26th day of January, 2012 at Menlo Park, California.

By: _*/s/ Monte M.F. Cooper /s/*_
MONTE  M.F. COOPER

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSWEST:261521204.1

- 3 -

DECLARATION OF M. COOPER ISO OF JOINT
LETTER RE EXCLUSION OF TESTIMONY AT TRIAL
5:08-CV-05780-JW (JSC)