# EXHIBIT E

**From:** ericsantos.net@gmail.com on behalf of Eric Santos [eric@ericsantos.net]
**Sent:** Sunday, November 06, 2011 7:36 PM
**To:** Steven Vachani
**Subject:** Re: Fw: Facebook_Power Search Protocol.DOC

Oi Steve,

Não encontrei nenhum email falando sobre a desativação dos logs da Power.

Segue abaixo alguns pontos importantes para seu entendimento sobre tudo isso -

1- O sistema de log da Power possuía varios níveis de log. Geralmente realizávamos logs do mínimo necessário para entender o comportamento da aplicação. Caso fosse preciso, aumentávamos a profundidade do log através de configuração.
2- Em alguns casos, quando tínhamos necessidades de mais performance desativávamos o sistema de log para ter mais recursos no sistema.
3- O banco de dados de log usualmente crescia bastante. Em períodos de 6 meses realizávamos uma redução do banco de dados colocando o log antigo no arquivo morto.
4- As rotinas de backup do banco de dados de log eram em períodos mais longos, uma vez por semana. E o banco de dados do log possuía baixa prioridade no backup.
5- Em caso de backup emergencial o backup assim como restauração do log entrava como a última fase do processo.
6- Em 2008 tivemos um mudança de datacenter no 2º semestre em um período curto de tempo. É bem provável que tenha sido perdido algum arquivo morto dos logs ou até parte do banco ativo. Ao migrarmos para o novo datacenter em 2008, estruturamos os servidores de forma a reduzir custos. Com certeza diminuímos a profundidade da ação do log.
7- Em alguns casos algumas outros bancos poderiam exercer a função do log por períodos pequenos. É o caso do banco do Async. Uma parte dos serviços que o site executava passava pelos sistema de serviços assincronos da Power, o Async. O banco do async gravava as filas de execução e seus status. As tarefas simples eram executadas diretamente pelo sistema Async sem passar pelo banco de dados.  Acredito que a campanha 100 deva ter utilizado o banco de dados, dessa forma, pode ter sido possível que as ações de marketing da campanha tenham sido registradas no bancos do Async, no entanto duvido que tenham sido permanecidas por muito tempo. A Power tinha uma rotina de limpeza tanto do banco do Async como de outros bancos de dados com conteúdo de fila e traceamento.

Para que eu possa te explicar com mais detalhe sobre algum funcionamento específico da Power, sugiro que seja montado um ambiente para teste da aplicação. Para isso é necessário um servidor, e a restauração de todos os backups, assim como ativação da aplicação com suas configurações e banco de dados.  André e Leandro são as pessoas indicadas para essa tarefa.

Espero que tenha ajudado...

Abraço

Eric

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00322

**From:** ericsantos.net@gmail.com on behalf of Eric Santos [eric@ericsantos.net]
**Sent:** Sunday, November 06, 2011 7:36 PM
**To:** Steven Vachani
**Subject:** Re: Fw: Facebook_Power Search Protocol.DOC

Hi Steve,

I have not found any email speaking about the deactivation of the Power logs.

Some important points follow below for your understanding of all this –

1. The Power log system has various log systems. Usually we performed the minimum required logs to understand the application behavior. If need be, we would increase the depth of the log through the configuration.
2. In some cases, when we were in need of more performance, we de-activated the log system so as to have greater resources in the system.
3. The log data bank would usually grow a lot. In six month periods we performed a reduction of the data base putting the old log in the dead file.
4. The log data bank back up routines were in longer periods, once a week. And the log data bank had low priority in the back up.
5. In the event of emergency backup, the back up as well as restoration of the log would enter as the last phase of the process.
6. In 2008, we had a change of data center in the second semester in a short period of time. It is highly likely that some of the dead files of the logs may have been lost or even a part of the active bank. On migrating to the new data center in 2008, we structured the servers so as to reduce costs. For sure, we reduced the depth of action of the log.
7. In some cases, some other banks were able to exercise the log function for short periods. That is the case of the Async bank. A part of the services that the site was carrying out passed by the asynchronous service system of the Power, Async. Async bank recorded the execution files and their status. The simple tasks were executed directly by the Async system without going by the data base. I believe that the 100 campaign should have used the data base, in this way, it may have been possible that the marketing operations of the campaign might have been recorded in the Async bank, however I doubt it would have remained for long. Power had a cleaning routine as much for the Async bank as for other data banks with a line and tracking content.

So that I might be able to explain in more detail on any specific working of the Power, I suggest that an environment be set up to test the application. For that, you need to have a server, and restoration of all backups, as well as activating the application with its configurations and database. Andre and Leandro are the people proposed for this task.

I hope that this might have helped…

Best Regards

Eric

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00323



AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTÁ
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DÜSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Christina Farah, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate rush translation, of the following document "Re: Fw: Facebook_Power Search Protocol.DOC" from Portuguese into English.

Signature

Sworn to before me this

Friday, December 09, 2011

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00324