# EXHIBIT F

| | |
|---|---|
| **From:** | Steven Vachani |
| **To:** | Eric Santos |
| **Subject:** | Re: First Look: The Web"s Most Amb... (readwriteweb.com) |
| **Date:** | Thursday, October 20, 2011 5:26:04 AM |

:)

---

**From:** Eric Santos <eric@ericsantos.net>
**To:** Steven Vachani <vachani@yahoo.com>
**Sent:** Thursday, October 20, 2011 5:02 AM
**Subject:** Re: First Look: The Web's Most Amb... (readwriteweb.com)

Hoje é possível fazer algo muito mais poderoso.

Por exemplo para cada usuário que entrar na nova Power podemos ativar -

- GMAIL    - Enviaremos email usando a conta do usuário
- Dropbox - Usaremos para compartilhar vídeos, fotos e imagens para os usuários.
- Google App Engine - Usaremos para realizar processamento de parte da navegação do usuário

Sem contar outras soluções como o Evernote, Git/Mercurial, Amazon WebServices.

O legal que utilizaremos a cota free desses serviços para trazer valor para Power e usuário.

Atc,

Eric


On Thu, Oct 20, 2011 at 9:17 AM, Steven Vachani <vachani@yahoo.com> wrote:
  We will be back :)

---

**From:** Eric Santos <eric@ericsantos.net>
**To:** Steven Vachani <vachani@yahoo.com>
**Sent:** Thursday, October 20, 2011 4:02 AM
**Subject:** Re: First Look: The Web's Most Amb... (readwriteweb.com)

Uma tal de empresa chamada Power já fazia isso, e muito mais... :P

De qualquer forma me cadastrei no site para a Beta version.


On Thu, Oct 20, 2011 at 6:19 AM, Steven Vachani <vachani@yahoo.com> wrote:
  Look at this

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00399

Sent from my iPhone

Begin forwarded message:

> **Subject: First Look: The Web's Most Amb... (readwriteweb.com)**
>
> Seems relevant to your Facebook litigation ?
>
> **First Look: The Web's Most Ambitious Personal Data Project, Singly, Goes Live Today**
> http://www.readwriteweb.com/archives/singly_platform_launch.php
>
> ---
> Sent from Zite personalized magazine iPad app.
> Available for free in the App Store.
> www.zite.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00400

| | |
|---|---|
| **From:** | Steven Vachani |
| **To:** | Eric Santos |
| **Subject:** | Re: First Look: The Web"s Most Amb... (readwriteweb.com) |
| **Date:** | Thursday, October 20, 2011 5:26:04 AM |

:)

---

**From:** Eric Santos <eric@ericsantos.net>
**To:** Steven Vachani <vachani@yahoo.com>
**Sent:** Thursday, October 20, 2011 5:02 AM
**Subject:** Re: First Look: The Web's Most Amb... (readwriteweb.com)

Today it is possible to make something much more powerful.

For example, for each user entering the new Power we can activate –

- GMAIL – We will send email using the user's account
- Dropbox – We will use this to share videos, photos and images for the users.
- Google App Engine – We will use this to perform processing of part of the user's navigation

That's without counting other solutions such as Evernote, Git/Mercurial, Amazon WebServices.

The great thing is that we will use the free cost of those services to bring value to Power and the user.

Regards,


Eric

On Thu, Oct 20, 2011 at 9:17 AM, Steven Vachani <vachani@yahoo.com> wrote:
We will be back :)

---

**From:** Eric Santos <eric@ericsantos.net>
**To:** Steven Vachani <vachani@yahoo.com>
**Sent:** Thursday, October 20, 2011 4:02 AM
**Subject:** Re: First Look: The Web's Most Amb... (readwriteweb.com)

Some company called Power was already doing that, and much more... :P

Anyway, I registered at the site for the Beta version.

On Thu, Oct 20, 2011 at 6:19 AM, Steven Vachani <vachani@yahoo.com> wrote:
Look at this

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00401

Sent from my iPhone

Begin forwarded message:

> **Subject: First Look: The Web's Most Amb... (readwriteweb.com)**
>
> Seems relevant to your Facebook litigation?
>
> **First Look: The Web's Most Ambitious Personal Data Project, Singly, Goes Live Today**
> http://www.readwriteweb.com/archives/singly_platform_launch.php
>
> ---
> Sent from Zite personalized magazine iPad app.
> Available for free in the App Store.
> www.zite.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00402


TRANSPERFECT

CERTIFICATION OF TRANSLATION

I, Matthew Orr, hereby certify that the attached Portuguese to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"Re:First Look: The Web"s Most Amb… (readwriteweb.com)"

Signature

Sworn to before me this
6th day of January, 2012

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4
Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00403