# EXHIBIT G

**From:** Eric Santos
**To:** steve@stevevachani.com
**Subject:** Re: Shared file: power-com_source-code.zip
**Date:** Sunday, August 21, 2011 6:21:56 PM

Todo o codigo da Power.com, menos scripts do banco de dados, configurações do sistema, documentação e os dados do banco de dados.

Eu não tenho esses dados. Sugiro que você restaure o backup da Power, e monte um ambiente para os advogados usando o André e Leandro.

Abraço

Eric

On 21/08/2011, at 05:35, steve@stevevachani.com wrote:

> Eric, can you tell me what appears to be included in the source code you sent me and what is not in there.
>
> How could we get the stuff that is not in there?
>
> I need to indicate and give an overview of what is in there and not in there to Facebook.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00349

**From:**     Eric Santos
**To:**       steve@stevevachani.com
**Subject:**  Re: Shared file: power-com_source-code.zip
**Date:**     Sunday, August 21, 2011 6:21:56 PM

All the Power.com code, minus the database scripts, the system configurations, documentation and the data of the databases.

I do not have that data. I suggest that you restore the backup of Power, and set up an environment for the lawyers using either André or Leandro.

Regards

Eric

On 08/21/2011, at 05:35, steve@stevevachani.com wrote:

> Eric, can you tell me what appears to be included in the source code you sent me and what is not in there.
>
> How could we get the stuff that is not in there?
>
> I need to indicate and give an overview of what is in there and not in there to Facebook.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00350



**TRANSPERFECT**

CERTIFICATION OF TRANSLATION

I, Matthew Orr, hereby certify that the attached Portuguese to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"Re: Shared file: power-com_source-code.zip"

Signature

Sworn to before me this
6th day of January, 2012

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 ___

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NY, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 75 CITIES WORLDWIDE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00351