# EXHIBIT I

1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
3  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:   650-614-7400
6  Facsimile:   650-614-7401

7  Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW (HRL) |
| Plaintiff, | **PLAINTIFF FACEBOOK, INC.'S NOTICE OF DEPOSITION OF ERIC SANTOS** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30, Plaintiff
2  Facebook, Inc. ("Facebook") will take, by oral examination, the deposition of Eric Santos, which
3  will commence on July 13, 2011 at 9 a.m., at the offices of Orrick, Herrington & Sutcliffe at 51
4  West 52nd Street, New York, NY, 10019, or at such other place, date and time mutually agreed
5  upon by counsel or ordered by the Court, before a Notary public or officer authorized to
6  administer oaths. The deposition will continue from day to day until completed. The testimony
7  of Mr. Santos will be recorded by video, as well as stenographic means.

Dated: June 6, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Morvarid Metanat
Attorneys for Plaintiff
FACEBOOK, INC.

- 1 -

NOTICE OF DEPOSITION OF ERIC SANTOS
5:08-CV-05780 JF (RS)

OHS WEST:261160482.1

| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | THERESA A. SUTTON (STATE BAR NO. 211857) |
| | tsutton@orrick.com |
| 3 | MORVARID METANAT (STATE BAR NO. 268228) |
| | mmetanat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
| | Telephone:    650-614-7400 |
| 6 | Facsimile:     650-614-7401 |
| 7 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW (HRL) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On June 6, 2011, I served the following document(s):

**FACEBOOK, INC.'S NOTICE OF DEPOSITION OF ERIC SANTOS.**

| | |
|---|---|
| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below on June 6, 2011. |
| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on June 6, 2011. |

Scott A. Bursor, Esq. *(admitted pro hac vice)*
(scott@bursor.com)
**BURSOR & FISHER, P.A**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

Lawrence Timothy Fisher, Esq.
(ltfisher@bursor.com)
**BURSOR & FISHER, P.A**
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Tel: 925-482-1515
Fax: 925-407-2700

Alan R Plutzik, Esq.
(aplutzik@bramsonplutzik.com)
Michael S. Strimling, Esq.
(mstrimling@bramsonplutzik.com)
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: 925-945-0200
Fax: 925-945-8792

**COUNSEL FOR DEFENDANTS POWER VENTURES, INC. A CAYMAN ISLAND CORPORATION AND STEVEN VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on June 6, 2011 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Morvarid Metanat