# EXHIBIT M

# BURSOR & FISHER
P.A.

**1990 NORTH CALIFORNIA BLVD.**
**SUITE 940**
**WALNUT CREEK, CA 94596**
www.bursor.com

**L. TIMOTHY FISHER**
Tel: **925.300-4455**
Fax: **925.407.2700**
ltfisher@bursor.com

January 25, 2012

*By overnight delivery*

Monte Cooper, Esq.
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   *Facebook, Inc. v. Power Ventures, Inc. et al., Case No. 5:08-cv-05780 (N.D. Cal.)*

Dear Monte:

    Following our meeting last week and our subsequent discussions, we followed up with our client, and it was discovered that a Microsoft Exchange file that may be a backup of Power's email server had inadvertently not been included on the AsaDrive when we gave you access in November, 2011. We have enclosed a drive that includes that file as well as four other backup files that were not included on the AsaDrive ("Aplicacoes.rar," "Backup servicos.rar," "BATS Power.com.rar," and "Kit IIS 6.0 Migration – Restore.rar").

    We have confirmed that no other files have been omitted from the ASA drive and that you now have the complete contents of Power's backup. Do not hesitate to contact me if you have any questions.

                                                           Very truly yours,

                                                          L. Timothy Fisher

Enclosure