I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:08-cv-05780-JW (JCS)<br><br>**DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF THE PARTIES' JOINT LETTER REGARDING DEFENDANTS' PRODUCTION OF COMPANY EMAILS AND THE FURTHER DEPOSITION OF DEFENDANT POWER VENTURES, INC. AT DEFENDANTS' EXPENSE**<br><br>Dept:　　　Courtroom 9, 19th Floor<br>Judge:　　Hon. Chief Judge James Ware |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

COOPER DECLARATION ISO OF JOINT LETTER RE EMAILS
AND FURTHER DEPOSITION
5:08-CV-05780-JW (JCS)

I, Monte M.F. Cooper, declare:

1. I am a member of, and in good standing with, the Bar of the State of California and am admitted to practice before this Court. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to Plaintiff Facebook, inc. ("Facebook"). I make this declaration in support of the Parties' Joint Letter Regarding Defendants' Production of Company Emails and the Further Deposition of Defendant Power Ventures, Inc. at Defendants' Expense. I have personal knowledge of the matters stated herein, and if called as a witness could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is true and correct copies of excerpts of the July 20, 2011 deposition transcript of Steve Vachani. **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

3. Attached hereto as **Exhibit 2** is true and correct copies of transcript excerpts from the January 9, 2012 deposition of Power Ventures, Inc., taken pursuant to Federal Rule of Civil Procedure 30(b)(6). **[LODGED UNDER SEAL—DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

4. Attached hereto as **Exhibit 3** is a true and correct copy of Facebook's First Set of Discovery Requests served on Defendant Power on October 22, 2010.

5. Attached hereto as **Exhibit 4** is true and correct copies of transcript excerpts from the November 4, 2011 hearing before the Honorable Judge Spero.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a January 25, 2012 correspondence between Defendants' counsel and Facebook's counsel.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a January 25, 2012 correspondence between Facebook's counsel and Defendants' counsel.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a January 25, 2012 correspondence between Defendants' counsel and Facebook's counsel.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Power's "Technology

1  Overview," Bates numbered ZM0398-ZM0405.

2      10.    Attached hereto as **Exhibit 9** is a true and correct copy of a December 26, 2008

3  correspondence between Elmo Cruz and Eric Santos. **[LODGED UNDER SEAL—**

4  **DESIGNATED "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" PURSUANT**

5  **TO PROTECTIVE ORDER]**

6      I declare under penalty of perjury that the foregoing is true and correct to the best of my

7  knowledge. Executed this 26th day of January, 2012 at Menlo Park, California.

By:    */s/ Monte M.F. Cooper /s/*
       MONTE M.F. COOPER

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

COOPER DECLARATION ISO OF JOINT LETTER RE EMAILS
AND FURTHER DEPOSITION
5:08-CV-05780-JW (JSC)