# EXHIBIT 5

**Dalton, Amy**

| | |
|---|---|
| **From:** | L. Timothy Fisher [ltfisher@bursor.com] |
| **Sent:** | Wednesday, January 25, 2012 5:33 PM |
| **To:** | Cooper, Monte |
| **Cc:** | scott@bursor.com; Chatterjee, I. Neel; Metanat, Morvarid; Sutton, Theresa A.; Dalton, Amy; Beardsley, Megan M.; Ortiz, Marilyn; Mudurian, Karen N.; Neal Deckant |
| **Subject:** | Re: Ltr. Brief re_ trial testimony.DOC |
| **Attachments:** | 2012.01.25 DRAFT Joint Letter Regarding Brazilian Witnesses.docx; 2012.01.25 Letter to Facebook's Counsel.pdf |

Monte:
Attached is a revised version of the letter regarding the Brazilian witnesses as well as a letter regarding the Power email server.  We will send you a revised version of the 30(b)(6) letter tomorrow.

Tim
--
L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com


On Wed, Jan 25, 2012 at 10:23 AM, Cooper, Monte <mcooper@orrick.com> wrote:

Tim:


Attached is Facebook's portion of the Joint Letter to Magistrate Judge Spero concerning the use at trial of former Power employees residing in Brazil.  We will shortly also be sending you Facebook's portion of the Joint Letters concerning a further supervised Rule 30(b)(6) deposition of Power, and re compelling production of the missing power.com emails generated by former Power employees.  Facebook of course reserves the right to make further edits to these portions before their filing tomorrow.  Please let me know if you have any questions.


Monte

============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements
imposed by the IRS, we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any tax-related matter(s)
addressed herein.

================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
================================================================

# BURSOR & FISHER
P.A.

| | |
|---|---|
| **1990 NORTH CALIFORNIA BLVD.**<br>**SUITE 940**<br>**WALNUT CREEK, CA 94596**<br>**www.bursor.com** | **L. TIMOTHY FISHER**<br>Tel: **925.300-4455**<br>Fax: **925.407.2700**<br>**ltfisher@bursor.com** |

January 25, 2012

*By overnight delivery*

Monte Cooper, Esq.
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   *Facebook, Inc. v. Power Ventures, Inc. et al., Case No. 5:08-cv-05780 (N.D. Cal.)*

Dear Monte:

Following our meeting last week and our subsequent discussions, we followed up with our client, and it was discovered that a Microsoft Exchange file that may be a backup of Power's email server had inadvertently not been included on the AsaDrive when we gave you access in November, 2011. We have enclosed a drive that includes that file as well as four other backup files that were not included on the AsaDrive ("Aplicacoes.rar," "Backup servicos.rar," "BATS Power.com.rar," and "Kit IIS 6.0 Migration – Restore.rar").

We have confirmed that no other files have been omitted from the ASA drive and that you now have the complete contents of Power's backup. Do not hesitate to contact me if you have any questions.

Very truly yours,

L. Timothy Fisher

Enclosure