# EXHIBIT 7

# Dalton, Amy

| | |
|---|---|
| **From:** | L. Timothy Fisher [ltfisher@bursor.com] |
| **Sent:** | Wednesday, January 25, 2012 6:39 PM |
| **To:** | Cooper, Monte |
| **Cc:** | scott@bursor.com; Chatterjee, I. Neel; Metanat, Morvarid; Sutton, Theresa A.; Dalton, Amy; Beardsley, Megan M.; Ortiz, Marilyn; Mudurian, Karen N.; Neal Deckant |
| **Subject:** | Re: Ltr. Brief re_ trial testimony.DOC |

Monte:

We are unable to open the file and tell you what it includes. Based solely on its name, we think it may be a backup of Power's Microsoft Exchange server, but we cannot verify that or verify when it was created.

Tim
--

L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com


On Wed, Jan 25, 2012 at 6:00 PM, Cooper, Monte <mcooper@orrick.com> wrote:

Tim:


Attached is Facebook's portion of the Joint Letter re the missing Power emails that I promised would be forthcoming.


In light of your letter attached to the email, including the acknowledgement that Defendants are producing only now following the close of all discovery the backup email server from the ASA drive which should have been produced in November, I anticipate Facebook will be revising this letter to seek appropriate sanctions. Please confirm that this email server includes all communications between Power employees.


Monte

1

**From:** L. Timothy Fisher [mailto:ltfisher@bursor.com]
**Sent:** Wednesday, January 25, 2012 5:33 PM
**To:** Cooper, Monte
**Cc:** scott@bursor.com; Chatterjee, I. Neel; Metanat, Morvarid; Sutton, Theresa A.; Dalton, Amy; Beardsley, Megan M.; Ortiz, Marilyn; Mudurian, Karen N.; Neal Deckant
**Subject:** Re: Ltr. Brief re_ trial testimony.DOC

Monte:

Attached is a revised version of the letter regarding the Brazilian witnesses as well as a letter regarding the Power email server. We will send you a revised version of the 30(b)(6) letter tomorrow.

Tim
--

L. Timothy Fisher

Bursor & Fisher, P.A.

1990 North California Blvd., Suite 940

Walnut Creek, California 94596

Telephone: (925) 300-4455

Facsimile: (925) 407-2700

E-Mail: ltfisher@bursor.com

On Wed, Jan 25, 2012 at 10:23 AM, Cooper, Monte <mcooper@orrick.com> wrote:

Tim:

Attached is Facebook's portion of the Joint Letter to Magistrate Judge Spero concerning the use at trial of former Power employees residing in Brazil. We will shortly also be sending you Facebook's portion of the Joint Letters concerning a further supervised Rule 30(b)(6) deposition of Power, and re compelling production of the missing power.com emails generated by former Power employees. Facebook of course reserves the right to make further edits to these portions before their filing tomorrow. Please let me know if you have any questions.

Monte

==============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
==============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
==============================================================

==============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
==============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
==============================================================