# EXHIBIT 9

| | |
|---|---|
| From: | Elmo Cruz |
| To: | Eric Santos; Bruno Carvalho |
| Cc: | Carlos Bacelar; Carolina Fialho; Juliane Conceicao |
| Subject: | RE: Facebook ** Importante |
| Date: | Friday, December 26, 2008 6:22:19 AM |

Eric,

Os números são:
1 - Número de usuários com conta primária Facebook = 22525
2 - Numero de usuários com conta secundária Facebook (vinculada) = 11576
3 - Logins com conta primária Facebook:
25/12/2008 - 561
24/12/2008 - 999
23/12/2008 - 273
22/12/2008 - 1548
21/12/2008 - 598
20/12/2008 – 570
4 - Tivemos 43412 logins de conta primária Facebook em dezembro e 5515 em novembro
5 - Não temos essa informação

Com relação, à possibilidade de tirar apenas o login primário do Facebook, as alterações feitas não contemplam essa possibilidade. Se for adotar essa opção, precisaremos alterar o site novamente. Com relação à divulgação, creio que deveria ter alguma mensagem na tela de login. Afinal, se o usuário só possuir facebook ele nem chegará na start page. Essa mensagem também não existe atualmente e precisaremos implementar isso.
Precisamos de definição para essas duas coisas ainda agora de manhã, ou corremos o risco de só ter isso pronto segunda-feira.

Com relação às datas, a previsão de Carlos terminar essa análise (item 1) é na segunda-feira, dia 29. Somente após isso, poderemos estimar datas para os itens 2 e 3.

Atc,
Elmo

**From:** Eric Santos [mailto:eric@power.com]
**Sent:** quinta-feira, 25 de dezembro de 2008 23:48
**To:** Bruno Carvalho; Elmo Cruz
**Cc:** Carlos Bacelar; Carolina Fialho; Juliane Conceicao
**Subject:** Facebook ** Importante

Bruno,

Provavelmente teremos que retirar o Facebook nos próximos dias. Steve precisa de algumas estatisticas para tomar definitivamente essa decisão, se possível consiga para ele:
1- Número de usuários com conta primária Facebook
2- Numero de usuários com conta secundária Facebook (vinculada)
3- Número de logins por dia com a conta primária do Facebook
4- Número de logins por mês com a conta primária do Facebook



5- Número médio de usuários com conta secundária Facebook que acessam a Power por dia.

Baseado nesses números o Steve estará tomando a decisão se irá tirar e quando o Facebook da Power.com. Uma possibilidade também é retirarmos só a possibilidade do usuário criar e logar com a conta primária do Facebook (ele continuará poder do vincular e navegar com o facebook vinculado).

De qualquer maneira vamos precisar passar alguma comunicação ao nosso usuário sobre a retirada do Facebook (seja ela completa ou parcial). Por favor trabalhe com Carolina Fialho nessa comunicação. Acho que podemos ter um EMAIL, NOTIFICAÇÕES NO BOX DE AJUDA ...

Elmo,

Preciso que você me confirme uma data para as seguintes atividades:
1- Analise de todos os recursos que podem ser mantidos na Power.com usando o Facebook Connect e API.
2- Novas interface para utilização do login e funcionalidades através do Facebook Connect e API. Um powerpoint que será inclusive apresentado para a equipe do Facebook.
3- Previsão de alteração do Power.com para suporte a essa nova infra-estrutura, mantendo a opção de re-ativar a infra-estrutura atual.

Abraço

Eric


Abraço

Eric

----- Forwarded Message ----
**From:** "steve@stevevachani.com" <steve@stevevachani.com>
**To:** Eric Santos <eric.santos@powerinc.net>; bruno.carvalho@corp.power.com
**Sent:** Thursday, December 25, 2008 9:25:32 PM
**Subject:** Facebook

We need to be prepared to remove facebook by 4am on saturday rio time or 10pm california time.

I will try to speak with facebook tomorrow. Did you guys define the user experience for power with facebook connect? I would like to show the user experience to facebook and ask them for more time. I believe they will say no.

What is the status of facebook connect? Did we determine everything that is possible with facebook connect.

Lets discuss this tomorrow morning at 9am rio time if possible.

Did we define the user experience for this?
Sent via BlackBerry by AT&T