BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com
          mstrimling@bramsonplutzik.com

Attorneys for Defendants Power Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC., | Case No. 5:08-CV-05780 JW (JCS) |
|---|---|
| Plaintiff, | **DECLARATION OF L. TIMOTHY FISHER REGARDING JANUARY 26, 2012 JOINT DISCOVERY DISPUTE LETTERS** |
| -against- | |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | |
| Defendants. | |

DECLARATION OF L. TIMOTHY FISHER REGARDING JANUARY 26, 2012 JOINT DISCOVERY DISPUTE LETTERS
CASE NO. 5:08-CV-05780 JW

I, L. Timothy Fisher, declare as follows:

1. I am a partner at Bursor & Fisher, P.A., counsel of record for Defendants Power Ventures, Inc. ("Power") and Steve Vachani (collectively, "Defendants"). I am an attorney at law licensed to practice in the State of California, and I am a member of the bar of this Court. I make this declaration in support of Defendants' positions set forth in the joint letters submitted to the Court today. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the July 20, 2011 deposition transcript of Steven Vachani.

3. Attached hereto as Exhibit B is a true and correct copy the January 9, 2012 deposition transcript of Power Ventures, Inc.'s 30 (b)(6) Designee Steven Vachani.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on January 26, 2012 at Walnut Creek, California.

_____
L. Timothy Fisher