| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|  | nchatterjee@orrick.com |
| 2 | MONTE M.F. COOPER (STATE BAR NO. 196746) |
|  | mcooper@orrick.com |
| 3 | THERESA A. SUTTON (STATE BAR NO. 211857) |
|  | tsutton@orrick.com |
| 4 | MORVARID METANAT (STATE BAR NO. 268228) |
|  | mmetanat@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | 1000 Marsh Road |
| 6 | Menlo Park, CA  94025 |
|  | Telephone:     650-614-7400 |
| 7 | Facsimile:      650-614-7401 |
| 8 | Attorneys for Plaintiff |
|  | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-05780 JW |
| Plaintiff, | **PROOF OF SERVICE VIA ELECTRONIC MAIL** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

**DECLARATION OF SERVICE**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On February 10, 2012 I served the following document(s):

1. CONFIDENTIAL LETTER BRIEF REGARDING COMPELLING BRAZILIAN WITNESSES TO DEPOSITION;
2. CONFIDENTIAL EXHIBIT B TO THE DECLARATION OF MONTE COOPER IN SUPPORT OF LETTER BRIEF REGARDING COMPELLING BRAZILIAN WITNESSES TO DEPOSITION;
3. CONFIDENTIAL EXHIBIT H TO THE DECLARATION OF MONTE COOPER IN SUPPORT OF LETTER BRIEF REGARDING COMPELLING BRAZILIAN WITNESSES TO DEPOSITION;
4. CONFIDENTIAL LETTER BRIEF REGARDING COMPELLING PRODUCTION OF EMAILS;
5. CONFIDENTIAL EXHIBIT 8 TO THE DECLARATION OF MONTE COOPER IN SUPPORT OF LETTER BRIEF REGARDING COMPELLING PRODUCTION OF EMAILS;
6. CONFIDENTIAL EXHIBIT B TO THE DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF JOINT DISCOVERY DISPUTE LETTERS.

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below before 5:30 pm on February 10, 2012. |
|---|---|

Scott A. Bursor, Esq. *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

L. Timothy Fisher, Esq.
ltfisher@bursor.com
Sarah N. Westcot, Esq.
swestcot@bursor.com
**BURSOR & FISHER, P.A.**
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Tel: 925-482-1515
Fax: 925-407-2700

Alan R. Plutzik, Esq.
aplutzik@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel:   925.300-4455
Fax:   925.407.2700

**COUNSEL FOR DEFENDANTS
POWER VENTURES, INC. AND STEVE VACHANI**

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

1 | Executed on February 10, 2012 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian

# Mudurian, Karen N.

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Friday, February 10, 2012 5:02 PM |
| **To:** | scott@bursor.com; ltfisher@bursor.com; swestcot@bursor.com; aplutzik@bramsonplutzik.com |
| **Cc:** | Metanat, Morvarid; Dalton, Amy |
| **Subject:** | CONFIDENTIAL Service - Facebook v. Power, USDC, Case No. 08-5780 |
| **Attachments:** | 2012.01.26 (CONF) Ex. B to Decl of M. Cooper ISO Ltr Brief to Compel Brazil Witnesses.pdf; 2012.01.26 (CONF) Ex. H to Decl of M. Cooper ISO Ltr Brief to Compel Brazil Witnesses.PDF; 2012.01.26 (CONF) Ltr Brief to Compel Brazil Witnesses.pdf; 2012.01.26 (CONF) Ex. 8 to Decl of M. Cooper ISO Ltr Brief to Compel Emails.pdf; 2012.01.26 (CONF) Ltr Brief to Compel Emails.pdf; 2012.01.26 (CONF) Ex. B to Decl of T. Fisher ISO Ltr Briefs.pdf; 2012.02.10 [FB] Proof of Service of CONFIDENTIAL Docs.pdf |

Dear Counsel,

Attached please find plaintiff Facebook's service copies of CONFIDENTIAL documents filed today, February 10, 2012 regarding the above referenced matter. Please note these Confidential documents were originally served to you on January 26, 2012.



ORRICK

**KAREN MUDURIAN**
*Assistant to*
*I. Neel Chatterjee, Theresa A. Sutton and Daniel J. Weinberg*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 MARSH ROAD
MENLO PARK, CA 94025

*tel* 650-614-7396
*fax* 650-614-7401
kmudurian@orrick.com

www.orrick.com

1