BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                                    Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                                    Defendants. | Case No. 5:08-cv-05780 JW<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO FACEBOOK'S MOTION TO ENLARGE TIME FOR HEARING DISPOSITIVE MOTIONS PURSUANT TO CIVIL L.R. 6-3 AND 16-2**<br><br>Chief Judge James Ware |

1   Defendants Power Ventures, Inc. and Steve Vachani do not oppose Facebook's motion to extend the deadline to hear dispositive motions from March 19 to April 18.  Defendants dispute Facebook's hyperbolic and inflammatory argument that defendants have "engaged in blatant and egregious discovery abuses."  Defendants' document production in this case has been voluminous and complete.  Defendants have produced more than 300,000 emails from Mr. Vachani.  They have produced Power's entire source code. They have produced all of Power's database and other backup files, totaling more than 120 gigabytes of data. There are no documents in Power's possession that have not been produced.  Defendants intend to oppose any motion regarding their purported "discovery abuses."

Dated:  February 13, 2012               Respectfully submitted,

                                        BURSOR & FISHER, P.A.

                                        By:        /s/ L. Timothy Fisher

                                        L. Timothy Fisher (State Bar No. 191626)
                                        1990 North California Blvd., Suite 940
                                        Walnut Creek, CA 94596
                                        Telephone:  (925) 300-4455
                                        Facsimile:  (925) 407-2700
                                        E-Mail:  ltfisher@bursor.com

                                        BURSOR & FISHER, P.A.
                                        Scott A. Bursor (State Bar No. 276006)
                                        369 Lexington Avenue, 10th Floor
                                        New York, NY  10017-6531
                                        Telephone:  (212) 989-9113
                                        Facsimile:   (212) 989-9163
                                        E-Mail:  scott@bursor.com

                                        BRAMSON PLUTZIK MAHLER &
                                        BIRKHAEUSER, LLP
                                        Alan R. Plutzik (State Bar No. 77785)
                                        2125 Oak Grove Road, Suite 120
                                        Walnut Creek, CA  94598
                                        Telephone:  (925) 945-0200
                                        Facsimile:  (925) 945-8792
                                        E-Mail: aplutzik@bramsonplutzik.com

                                        *Attorneys for Defendants Power
                                        Ventures, Inc. and Steve Vachani*