# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5   FACEBOOK, INC.              :

 6             Plaintiff,        :

 7                               :

 8        v.                     :

 9                               :

10   POWER VENTURES, INC. d/b/a  :

11   POWER.COM, a California     :

12   corporation; POWER          :        Case No.

13   VENTURES, INC. a Cayman     :     5:08-CV-05780

14   Island Corporation, STEVE   :        JW (HRL)

15   VACHANI, an individual;     :

16   DOE 1, d/b/a POWER.COM, an  :

17   individual and/or business  :

18   entity of unknown nature;   :

19   DOES 2 through 25,          :

20   inclusive, individuals      :

21   and/or business entities    :

22   of unknown nature,          :

23             Defendants.       :

24   _____

25          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                            1
```

| | | | |
|---|---|---|---|
|10:13|1|have reflected the corporate structure of the||
|10:13|2|company.|||
|10:13|3|A.|Correct.|
|10:13|4|Q.|Do you have any documents that|
|10:13|5|reflect the employees and their roles?||
|10:13|6|A.|Yeah.|
|10:13|7|Q.|And what type of documents are|
|10:13|8|those?|||
|10:13|9|A.|Those would be standard employment|
|10:13|10|contracts, and NDAs, and standard proprietary||
|10:13|11|invention agreements.|||
|10:13|12|Q.|Do you have any document that,|
|10:13|13|like, provides a table of the roles of the||
|10:13|14|employees and who their supervisors are?||
|10:13|15|A.|I could -- I would -- I could find|
|10:13|16|that.|||
|10:13|17|Q.|Is power.com still operating?|
|10:13|18|A.|The company is still operational.|
|10:13|19|Q.|How many employees are there|
|10:13|20|currently?|||
|10:13|21|A.|There are currently no -- no|
|10:13|22|employees for the company.|||
|10:13|23|Q.|Are you the sole --|
|10:14|24|A.|I'm the sole person at the company|
|10:14|25|right now.|||

25

STEVEN VACHANI- HIGHLY CONFIDENTIAL, AEO

BARKLEY
Court Reporters

```
10:15   1              A.      No.
10:15   2              Q.      Did it formerly?
10:15   3              A.      Yes, did it.
10:15   4              Q.      Where did it formerly operate out
10:15   5      of?
10:15   6              A.      It was based in -- in the city of
10:15   7      Rio de Janeiro was the primary offices, and there
10:15   8      was secondary offices we had in Salvador.  It's in
10:15   9      Brazil, also.
10:15  10              Q.      Is that a short name for it --
10:15  11              A.      No.  It's the city.
10:15  12              Q.      And where was the company -- Where
10:15  13      is the company incorporated?
10:15  14              A.      It's incorporated in Cayman
10:15  15      Islands and in the United States.
10:15  16              Q.      Where in the US?
10:15  17              A.      Delaware.
10:15  18              Q.      Do you pay a Delaware franchise
10:16  19      tax annually?
10:16  20              A.      Yes, we do.
10:16  21              Q.      Pay any type of franchise tax in
10:16  22      the Cayman Islands?
10:16  23              A.      Yeah.  There are -- There are
10:16  24      taxes paid.  Correct.
10:16  25              Q.      From where is the revenue
```

27

```
11:03  1   two forms, either it was done through E mail or
11:03  2   there would be text documents that would -- that
11:03  3   would -- If in some products there would be -- that
11:03  4   required more definition, there would be more
11:03  5   formal requirement documents that would be in the
11:03  6   form of a text form.  That's correct.
11:03  7         Q.      All right.  So some of the
11:03  8   development and functionality was described in
11:03  9   internal E mails amongst the employees?
11:03 10         A.      Correct.
11:03 11         Q.      Is that -- Are those E mails
11:03 12   indexed anywhere?
11:03 13         A.      Typically when -- during the
11:03 14   declarations, I went through every E mail that
11:03 15   related to Facebook and I believe all those were
11:03 16   provided to -- in the declarations, provided to our
11:03 17   lawyer.
11:03 18         Q.      I understand we'll get to the
11:04 19   product issues, but all I'm asking about are all
11:04 20   the E mails that were ever generated describing the
11:04 21   functionality of PowerScript, are they maintained
11:04 22   anywhere anymore?
11:04 23         A.      They are maintained I would -- in
11:04 24   my E mailbox.
11:04 25         Q.      Would -- What E mail service was
```

61

| | | |
|---|---|---|
| 11:04 | 1 | used internally at power.com for -- for discussions |
| 11:04 | 2 | amongst employees? |
| 11:04 | 3 |     A.    It was -- Well, our -- on Power |
| 11:04 | 4 | domain but it would be so it would on -- on the |
| 11:04 | 5 | servers. |
| 11:04 | 6 |     Q.    For instance, did you use Outlook? |
| 11:04 | 7 |     A.    Yes.  Some people used Outlook, |
| 11:04 | 8 | some people used different services, but Outlook |
| 11:04 | 9 | was the primary -- primary service.  Each |
| 11:04 | 10 | individual had their own E mail platform.  For |
| 11:04 | 11 | example, I used Web-based E mail where I received |
| 11:04 | 12 | everything in my Yahoo E mail. |
| 11:04 | 13 |     Q.    Were the E mails sent intra-- |
| 11:04 | 14 | intra, I-N-T-R-A company so that they only went to |
| 11:04 | 15 | other employees in the company? |
| 11:04 | 16 |     A.    They would go to -- It was not -- |
| 11:05 | 17 | It would go to whoever was copied on the E mail. |
| 11:05 | 18 |     Q.    Were those E mails backed up |
| 11:05 | 19 | anywhere? |
| 11:05 | 20 |     A.    I believe they were backed up on |
| 11:05 | 21 | our servers. |
| 11:05 | 22 |     Q.    Okay.  And those are the servers |
| 11:05 | 23 | that were hosted by IWEB and Amazon.com. |
| 11:05 | 24 |     A.    That's correct. |
| 11:05 | 25 |     Q.    And is that backup information |

62

11:05  1    still available to you through your site that
11:05  2    you're currently hosting on a monthly basis?
11:05  3           A.      Everything was instructed to be
11:05  4    copied there, and so I'm assuming that it's all
11:05  5    there.  I haven't looked at it individually
11:05  6    personally, but I made a backup of everything.
11:05  7           Q.      Now, you also said some
11:05  8    documentation relating to coding was maintained in
11:05  9    text form?
11:05 10           A.      Yes.  Some products -- Some
11:05 11    products -- Text form meaning an electronic file.
11:05 12    If -- If a product required -- Usually, in the
11:05 13    early stages of a -- of a product, later on, as it
11:05 14    evolved, a lot was done informally by E mails.
11:05 15           Q.      And those text files are they also
11:06 16    still available to you?
11:06 17           A.      They would be in my E mailbox if
11:06 18    they -- if they're available.
11:06 19                   MR. COOPER:  I can do this one of
11:06 20    two ways.  The Northern District typically --
11:06 21    there's a rule that says we're to try and do depo
11:06 22    exhibits consecutively.  I believe the last one
11:06 23    ended on six.  We can start at seven.  However, if
11:06 24    there's any concern about confusion with that, I
11:06 25    often just start, like, say at 100 so we'd have

63

```
01:30  1   where the conversations on those existed, but yes.
01:30  2   There are specific scripts like Get photo that, you
01:30  3   know, that are -- that are -- that we've discussed
01:30  4   and talked about and that are available.  I mean,
01:30  5   if you want to prove that we were -- we were
01:30  6   getting photos or getting contents, I think we've
01:30  7   said it many times that we are -- that's what our
01:30  8   -- that's what our users are asking us to do to
01:30  9   access their information.
01:31 10          Q.      All right.  But that code was not
01:31 11   produced by you.  Correct?
01:31 12                  MR. BURSOR:  We would stipulate
01:31 13   the source code has not been produced.
01:31 14          A.      Yeah, we've already stipulated
01:31 15   it's not been produced.
01:31 16          Q.      Nor -- And the only technical
01:31 17   documentation you suggest was developed in
01:31 18   conjunction with that source code are the two
01:31 19   documents I put in front of you, 100 and 101?
01:31 20          A.      This is the foundation of how
01:31 21   every PowerScript is created.
01:31 22          Q.      Right.  And you indicated there
01:31 23   were 100 employees at Power at the height of its --
01:31 24          A.      That's correct.  Yes.
01:31 25          Q.      -- operation?
```

134

```
03:44  1    other priorities obviously before that.
03:44  2              Q.      At any time, do you recall Power
03:44  3    expending revenue for marketing surveys to see what
03:44  4    -- what features that users of the Power site might
03:45  5    like?
03:45  6              A.      No, we didn't.  We already -- We
03:45  7    -- We didn't spend money to do marketing surveys.
03:45  8    We looked -- We had a lot of -- We had enough data
03:45  9    from our current users of what was working and we
03:45 10    looked at the sites.  We didn't really get to that
03:45 11    point.  We turned on just a basic test of Facebook,
03:45 12    as I said, for a few weeks.  We didn't even get to
03:45 13    that point where they had -- were able to implement
03:45 14    all the next generation of features.
03:45 15              Q.      Do you have a recollection how
03:45 16    fast after its creation Power got to 100 employees?
03:45 17              A.      Yeah.  In about one year.  There
03:45 18    were about a hundred employees grown in a year.  In
03:45 19    the year of 2007 from the -- basically from the
03:45 20    beginning to the end, essentially we grew to -- we
03:45 21    added about a hundred employees.
03:45 22              Q.      At the time Facebook launched, did
03:45 23    you still have about 100 employees?
03:45 24              A.      When Facebook launched we had
03:45 25    about 100 employees.  That's correct.
```

```
04:39  1   on the top of Exhibit Number 106?
04:39  2              A.      Yes.
04:39  3              Q.      Do you see it's January 13, 2009?
04:39  4              A.      Yes.
04:39  5              Q.      As of January 13, 2009, did Power
04:39  6   still have the ability to locate a script that was
04:39  7   used in conjunction with the launch promotion?
04:39  8              A.      If it existed, yes.
04:39  9              Q.      Do you know if at any time Power
04:39 10   had in place what is known as a litigation hold
04:39 11   instructing employees not to destroy documents
04:39 12   after this case was filed?
04:39 13              A.      We never -- We didn't destroy any
04:39 14   documents after that -- anything -- destroy
04:39 15   anything after this case started.
04:39 16              Q.      Then does that mean the
04:39 17   PowerScript should still exist?
04:39 18              A.      What I know is PowerScripts are
04:39 19   dynamic script's that are constantly updated, so I
04:40 20   don't know what exists for this.
04:40 21              Q.      If you go back to Exhibit 106 --
04:40 22   First of all, was any instruction ever given to
04:40 23   employees not to destroy any documentation relating
04:40 24   to the Facebook program?
04:40 25              A.      Not to -- We don't -- It's not our
```

271

| | | |
|---|---|---|
| 04:40 | 1 | standard practice to destroy anything, so there's |
| 04:40 | 2 | not -- Since we don't actively destroy something, |
| 04:40 | 3 | there's no need to tell them not to destroy it.  We |
| 04:40 | 4 | don't have any policy for destroying -- destroying |
| 04:40 | 5 | our documents. |
| 04:40 | 6 |     Q.    And that includes your |
| 04:40 | 7 | PowerScripts? |
| 04:40 | 8 |     A.    Well, PowerScripts, I believe, are |
| 04:40 | 9 | dynamic things.  There was no policy saying change |
| 04:40 | 10 | -- preserve an earlier version of that.  I don't |
| 04:40 | 11 | know how the -- The PowerScripts are like HTML |
| 04:40 | 12 | changes.  They're very similar to making an HTML |
| 04:40 | 13 | change. |
| 04:40 | 14 |     Q.    Do you know when the promotion |
| 04:40 | 15 | shown on Exhibit 103 exist -- when it lasted from? |
| 04:41 | 16 |     A.    That lasted from December of 2008 |
| 04:41 | 17 | -- Was that eight?  Yes.  December of 2008 until |
| 04:41 | 18 | 2000 -- I guess -- like the -- January -- Well, |
| 04:41 | 19 | Facebook -- It lasted well beyond Facebook, so it |
| 04:41 | 20 | probably lasted until about March or April, but |
| 04:41 | 21 | Facebook was only alive for four weeks, five weeks. |
| 04:41 | 22 |     Q.    I'm sorry.  At that time in that |
| 04:41 | 23 | timeframe is when Power was sued by Facebook. |
| 04:41 | 24 | Correct? |
| 04:41 | 25 |     A.    That's correct. |

272

```
05:07  1   with PowerScript or I searched with the word
05:08  2   "Facebook."  Specifically, relating to this issue
05:08  3   as I told you earlier, I went through -- Actually,
05:08  4   I went through all the E mail also of that time
05:08  5   period, and I also searched the word "Facebook."  I
05:08  6   also searched the word "PowerScript" and I also
05:08  7   searched a range of other terms that I thought were
05:08  8   related to this issue.
05:08  9           Q.      You indicated nobody -- that it
05:08 10   was not the policy to destroy documents at -- at
05:08 11   Power.
05:08 12           A.      That's correct.
05:08 13           Q.      Where were those documents stored?
05:08 14           A.      Any document that was sent
05:08 15   electronically is still in my E mailbox.
05:08 16           Q.      What if it wasn't sent
05:08 17   electronically?
05:08 18           A.      If it wasn't sent electronically,
05:08 19   -- There's -- I don't know which -- They're -- For
05:08 20   the most part, I would say most of our
05:08 21   communications were sent electronically, but if
05:08 22   somebody prepared, for example, a -- a Word
05:08 23   document and never sent it out to anyone, which I
05:08 24   don't think happened very often, and then there
05:08 25   would be no way to locate that.
```

296

```
05:08  1          Q.      Where were employee records stored
05:08  2   at Power when they were in their own personal
05:09  3   possession?
05:09  4          A.      If they were in their own personal
05:09  5   possession, they would be on the laptop, but if
05:09  6   they were shared documents they would be on our --
05:09  7   on our servers.
05:09  8          Q.      If -- Did you use word "system" at
05:09  9   Power?
05:09 10          A.      We used a -- We had a -- We had a
05:09 11   -- We had a shared server for documents that were
05:09 12   appropriate that were in -- in intercompany
05:09 13   discussions.
05:09 14          Q.      Did you search this -- Is this
05:09 15   word "system" still stored anywhere --
05:09 16          A.      I personally, whenever somebody
05:09 17   wanted me to review something, I would get it in my
05:09 18   E mailbox because I just preferred that, so I would
05:09 19   always request that to be sent to my E mail.  So
05:09 20   if, there was anything related to Facebook or these
05:09 21   other issues, it would have been in my E mailbox.
05:09 22   Also, because that was my personal practice and
05:09 23   preference if people if they had a document -- I
05:09 24   personally never -- never used that -- the shared
05:09 25   stuff -- shared -- put it on the servers very often
```

297

05:09  1   and many people -- E mail was the preferred form of
05:10  2   communication in the company.
05:10  3              Q.     And did you -- Again, did you
05:10  4   search any of the word "system" documents to see if
05:10  5   there were any materials --
05:10  6              A.     Every document that I've ever
05:10  7   reviewed that I can -- To the best of my knowledge,
05:10  8   was usually E mailed to me, you know.  That was --
05:10  9   because I was not always -- I was moving -- I was
05:10 10   moving between traveling a lot, and in general, the
05:10 11   -- People would E mail it to me, so it would be my
05:10 12   E mailbox and I've searched that entire E mail box.
05:10 13              Q.     How far back does your E mail box
05:10 14   go back?
05:10 15              A.     It goes back to well before Power
05:10 16   was started.
05:10 17              Q.     Was any type of request sent out
05:10 18   to all employees of Power that they maintain
05:10 19   records of everything related to the development of
05:10 20   the Facebook integration?
05:10 21              A.     No.
05:10 22              Q.     So none of the employees were any
05:10 23   inform instructed to maintain their records?
05:11 24              A.     No.  They were not.
05:11 25              Q.     So -- what was -- For how much

                                    298

```
 1                    C E R T I F I C A T I O N
 2
 3            I, PATRICIA MULLIGAN CARRUTHERS, a
 4    Certified Shorthand Reporter and Notary Public of
 5    the State of New Jersey and a Notary Public of the
 6    State of New York, do hereby certify that prior to
 7    the commencement of the examination the witness was
 8    sworn by me to testify as to the truth, the whole
 9    truth, and nothing but the truth.
10            I do further certify that the foregoing is
11    a true and accurate transcript of the testimony as
12    taken stenographically by and before me at the
13    time, place, and on the date hereinbefore set
14    forth.
15            I do further certify that I am neither of
16    counsel nor attorney for any party in this action
17    and that I am not interested in the event nor
18    outcome of this litigation.
19
                   [signature: Patricia M Carruthers]
20         Patricia Mulligan Carruthers, CSR
           Certificate No. XI00780
21         Notary Public of the State of New York
           Notary Public of the State of New Jersey
22
23    Dated: JULY 27, 2011
24
25    My commission expires October 28, 2015   (N.J.)
      My commission expires December 21, 2013  (N.Y.)
                              361
```

```
 1                         JURAT
 2
 3              I, STEVEN VACHIANI, do hereby
 4   certify that I have read the foregoing transcript
 5   of my testimony taken on July 20, 2011, and have
 6   signed it subject to the following changes:
 7
 8   PAGE    LINE                CORRECTION
 9
10
11
12
13
14
15
16
17
18
19
20   DATE:
21
22   Sworn and subscribed to before me on this     day
23   of
24
25   NOTARY PUBLIC
```

362

# CERTIFICATION

I, PATRICIA MULLIGAN CARRUTHERS, a Certified Shorthand Reporter and Notary Public of the State of New Jersey and a Notary Public of the State of New York, do hereby certify that prior to the commencement of the examination the witness was sworn by me to testify as to the truth, the whole truth, and nothing but the truth.

I do further certify that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth.

I do further certify that I am neither of counsel nor attorney for any party in this action and that I am not interested in the event nor outcome of this litigation.

*Patricia M Carruthers*
Patricia Mulligan Carruthers, CSR
Certificate No. XI00780
Notary Public of the State of New York
Notary Public of the State of New Jersey

Dated: JULY 27, 2011

My commission expires October 28, 2015    (N.J.)
My commission expires December 21, 2013   (N.Y.)