1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California 94025
   Telephone:   650-614-7400
7  Facsimile:   650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | FACEBOOK, INC.,                                    | Case No. 5:08-cv-05780-JW (JCS)
15 |         Plaintiff,                                 | **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO ENLARGE TIME FOR HEARING DISPOSITIVE MOTIONS PURSUANT TO CIVIL LOCAL RULES 6-3 AND 16-2**
16 |     v.                                             |
17 | POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive, |
18 |                                                    | Dept:    Courtroom 9, 19th Floor
19 |         Defendants.                                | Judge:   Hon. Chief Judge James Ware

OHSWEST:261535220.1

[PROPOSED] ORDER GRANTING FACEBOOK'S
MOTION TO ENLARGE TIME
5:08-cv-05780-JW (JCS)

1 | The Court, having considered all papers filed in support of and in opposition to, Plaintiff Facebook, Inc.'s Motion to Enlarge Time for Hearing Dispositive Motions Pursuant to Civil Local Rule 6-3 and 16-2, good cause appearing, hereby orders as follows:

The March 19, 2012 deadline to hear dispositive motions shall be extended 30 days, to April 18, 2012.

**IT IS SO ORDERED.**

Dated: _____

                                  **JAMES WARE**
                        United States District Chief Judge