**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,                          No. C 08-05780 JW (JCS)

    Plaintiff,

                                             **ORDER TO SUBMIT LETTER BRIEFS**

    v.

POWER VENTURES, INC., et al.,

    Defendants.
_____/

The Court orders the parties to file letter briefs, not to exceed two pages, by Thursday, February 23, 2012 addressing the significance of Judge Ware's order granting summary judgment for the discovery matters scheduled for hearing on Friday, February 24, 2012.

    IT IS SO ORDERED.

Dated: February 21, 2012

                                                        JOSEPH C. SPERO
                                                        United States Magistrate Judge