1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California  94025
   Telephone:     650-614-7400
7  Facsimile:     650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  FACEBOOK, INC.,                      Case No. 5:08-cv-05780 JW

15            Plaintiff,                 **STIPULATION AND [PROPOSED]
                                         ORDER, PURSUANT TO CIVIL
16       v.                              LOCAL RULE 6-2, FOR ORDER
                                         CHANGING TIME**
17  POWER VENTURES, INC., a Cayman Island
    corporation; STEVE VACHANI, an individual;
18  DOE 1, d/b/a POWER.COM, DOES 2-25,
    inclusive,
19
              Defendants.
20

21

22

23

24

25

26

27

28

OHSUSA:750091064.3

1     This stipulation and the accompanying Declaration of counsel is entered into by and

2  between Plaintiff Facebook, Inc., on the one hand, and Defendants Power Ventures, Inc. and

3  Steve Vachani ("Defendants"), on the other hand, through their respective counsel as follows:

4     WHEREAS, on February 16, 2012, the Court entered summary judgment of liability on

5  behalf of Facebook and against Defendants on Facebook's claims for violations of the CAN-

6  SPAM Act, the Computer Fraud and Abuse Act, and California Penal Code Section 502 (Dkt. No.

7  275);

8     WHEREAS as part of the summary judgment Order, this Court further ordered the parties

9  to file simultaneously supplemental briefs by March 2, 2012 addressing the individual liability of

10  Defendant Vachani and the amount of damages to be awarded to Facebook (Dkt. No. 275, at 19);

11     WHEREAS, on February 24, 2012, the Court ordered Power Ventures to attend a further

12  deposition pursuant to Fed.R.Civ.P. 30(b)(6) on Wednesday, February 29, 2012 (Dkt. No. 279);

13     WHEREAS, the parties agree that to ensure that the briefing and deposition schedules

14  adequately address the issues remaining in this case, the deadlines for supplemental briefing and

15  the taking of the Rule 30(b)(6) deposition should each be extended by one week;

16     NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and

17  agreed that Facebook's and Defendants' deadline to file their supplemental briefs in response to

18  this Court's February 16, 2012 Order Granting Facebook's Motions for Summary Judgment is

19  extended until Friday, March 9, 2012; and Power Ventures Rule 30(b)(6) deposition shall be

20  completed by Wednesday, March 7, 2012.

21

22  Dated: February 29, 2012          ORRICK, HERRINGTON & SUTCLIFFE LLP

23

24               By:   _____/s/ Monte M.F. Cooper /s/_____
                          MONTE M.F. COOPER
25                        Attorneys for Plaintiff
                          FACEBOOK, INC.

26

27  / / /

28

-1-                    STIPULATION TO EXTEND DEADLINES
                       CASE NO. 5:08-CV-05780 JW

OHSUSA:750091064.3

1   Dated: February 29, 2012                          BURSOR & FISHER, P.A.

2
                                                      By:        /s/ L. Timothy Fisher /s/
3                                                            L. TIMOTHY FISHER
                                                           Attorneys for Defendants
4                                                     POWER VENTURES, INC.; STEVE
                                                        VACHANI; and POWER.COM
5

6

7

8        **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

9   perjury that concurrence in the filing of the document has been obtained from its signatory.

10  Dated: February 29, 2012                          Respectfully submitted,

11                                                            /s/ Monte Cooper
                                                           MONTE F. COOPER
12

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED:

15

16  DATED: _____   _____

17                                                    JAMES WARE
                                                      United States District Judge
18

19

20

21

22

23

24

25

26

27

28

                                      - 2 -                STIPULATION TO EXTEND DEADLINES
                                                           5:08-CV-05780 JW

OHSUSA:750091064.3