| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | MONTE M.F. COOPER (STATE BAR NO. 196746) |
| | mcooper@orrick.com |
| 3 | THERESA A. SUTTON (STATE BAR NO. 211857) |
| | tsutton@orrick.com |
| 4 | MORVARID METANAT (STATE BAR NO. 268228) |
| | mmetanat@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 6 | Menlo Park, California 94025 |
| | Telephone: 650-614-7400 |
| 7 | Facsimile: 650-614-7401 |
| 8 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | FACEBOOK, INC., | Case No. 5:08-cv-05780 JW |
| 15 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER, PURSUANT TO CIVIL LOCAL RULE 6-2, FOR ORDER CHANGING TIME** |
| 16 | v. | |
| 17 | POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| 18 | | |
| 19 | Defendants. | |

STIPULATION TO EXTEND DEADLINES
CASE NO. 5:08-CV-05780 JW

OHSUSA:750091064.3

This stipulation and the accompanying Declaration of counsel is entered into by and between Plaintiff Facebook, Inc., on the one hand, and Defendants Power Ventures, Inc. and Steve Vachani ("Defendants"), on the other hand, through their respective counsel as follows:

WHEREAS, on February 16, 2012, the Court entered summary judgment of liability on behalf of Facebook and against Defendants on Facebook's claims for violations of the CAN-SPAM Act, the Computer Fraud and Abuse Act, and California Penal Code Section 502 (Dkt. No. 275);

WHEREAS as part of the summary judgment Order, this Court further ordered the parties to file simultaneously supplemental briefs by March 2, 2012 addressing the individual liability of Defendant Vachani and the amount of damages to be awarded to Facebook (Dkt. No. 275, at 19);

WHEREAS, on February 24, 2012, the Court ordered Power Ventures to attend a further deposition pursuant to Fed.R.Civ.P. 30(b)(6) on Wednesday, February 29, 2012 (Dkt. No. 279);

WHEREAS, the parties agree that to ensure that the briefing and deposition schedules adequately address the issues remaining in this case, the deadlines for supplemental briefing and the taking of the Rule 30(b)(6) deposition should each be extended by one week;

NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed that Facebook's and Defendants' deadline to file their supplemental briefs in response to this Court's February 16, 2012 Order Granting Facebook's Motions for Summary Judgment is extended until Friday, March 9, 2012; and Power Ventures Rule 30(b)(6) deposition shall be completed by Wednesday, March 7, 2012.

Dated: February 29, 2012                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        By:    */s/ Monte M.F. Cooper /s/*
                                               MONTE M.F. COOPER
                                               Attorneys for Plaintiff
                                               FACEBOOK, INC.

/ / /

-1-

STIPULATION TO EXTEND DEADLINES
CASE NO. 5:08-CV-05780 JW

OHSUSA:750091064.3

| | | |
|---|---|---|
| Dated: February 29, 2012 | | BURSOR & FISHER, P.A. |
| | By: | /s/ L. Timothy Fisher /s/ |
| | | L. TIMOTHY FISHER |
| | | Attorneys for Defendants |
| | | POWER VENTURES, INC.; STEVE VACHANI; and POWER.COM |

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: February 29, 2012            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Monte Cooper
　　　　　　　　　　　　　　　　　　　　　　MONTE F. COOPER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: March 1, 2012            _____
　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　United States District Judge