1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California  94025
   Telephone:     650-614-7400
7  Facsimile:     650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  FACEBOOK, INC.,                      Case No. 5:08-cv-05780 JW

15              Plaintiff,               **STIPULATION AND [PROPOSED]
                                         ORDER, PURSUANT TO CIVIL
16       v.                              LOCAL RULE 6-2, FOR ORDER
                                         CHANGING TIME**
17  POWER VENTURES, INC., a Cayman Island
    corporation; STEVE VACHANI, an individual;
18  DOE 1, d/b/a POWER.COM, DOES 2-25,
    inclusive,
19
                Defendants.
20

21

22

23

24

25

26

27

28

1        This stipulation and the accompanying Declaration of counsel is entered into by and

2    between Plaintiff Facebook, Inc., on the one hand, and Defendants Power Ventures, Inc. and

3    Steve Vachani ("Defendants"), on the other hand, through their respective counsel as follows:

4        WHEREAS, on February 16, 2012, the Court entered summary judgment of liability on

5    behalf of Facebook and against Defendants on Facebook's claims for violations of the CAN-

6    SPAM Act, the Computer Fraud and Abuse Act, and California Penal Code Section 502 (Dkt. No.

7    275);

8        WHEREAS as part of the summary judgment Order, this Court further ordered the parties

9    to file simultaneously supplemental briefs by March 2, 2012 addressing the individual liability of

10   Defendant Vachani and the amount of damages to be awarded to Facebook (Dkt. No. 275, at 19);

11       WHEREAS, on March 7, 2012, Facebook deposed Power Ventures, but a final transcript

12   is not yet available;

13       WHEREAS, the parties agree that, to ensure that the briefing schedule adequately

14   addresses the issues remaining in this case, including the testimony of Power Ventures and other

15   outstanding discovery issues, the deadline for supplemental briefing should be extended by two

16   weeks;

17       NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and

18   agreed that Facebook's and Defendants' deadline to file their supplemental briefs in response to

19   this Court's February 16, 2012 Order Granting Facebook's Motions for Summary Judgment is

20   extended until Friday, March 23, 2012.

21   / / /

22   / / /

23

24

25

26

27

28

-1-                    STIPULATION TO EXTEND DEADLINES
                       CASE NO. 5:08-CV-05780 JW

1   Dated: March 8, 2012                   ORRICK, HERRINGTON & SUTCLIFFE LLP

2

3                                   By: _____ */s/ Monte M.F. Cooper /s/* _____
                                          MONTE M.F. COOPER

4                                          Attorneys for Plaintiff
                                          FACEBOOK, INC.

5

6   Dated: March 8, 2012                   BURSOR & FISHER, P.A.

7

8                                     By: _____ */s/ L. Timothy Fisher /s/* _____
                                          L. TIMOTHY FISHER

9                                          Attorneys for Defendants
                                        POWER VENTURES, INC.; STEVE

10                                        VACHANI; and POWER.COM

11

12

13        **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of

14   perjury that concurrence in the filing of the document has been obtained from its signatory.

15   Dated: March 8, 2012                   Respectfully submitted,

16                                      _____ */s/ Monte Cooper* _____

17                                        MONTE F. COOPER

18

19   PURSUANT TO STIPULATION, IT IS SO ORDERED:

20

21   DATED: _____   _____

22                                 JAMES WARE
                                 United States District Judge

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINES
5:08-CV-05780 JW