I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

**APPROVED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780 JW <br><br> **STIPULATION AND [PROPOSED] ORDER, PURSUANT TO CIVIL LOCAL RULE 6-2, FOR ORDER CHANGING TIME** |

1  This stipulation and the accompanying Declaration of counsel is entered into by and
2  between Plaintiff Facebook, Inc., on the one hand, and Defendants Power Ventures, Inc. and
3  Steve Vachani ("Defendants"), on the other hand, through their respective counsel as follows:

4  WHEREAS, on February 16, 2012, the Court entered summary judgment of liability on
5  behalf of Facebook and against Defendants on Facebook's claims for violations of the CAN-
6  SPAM Act, the Computer Fraud and Abuse Act, and California Penal Code Section 502 (Dkt. No.
7  275);

8  WHEREAS as part of the summary judgment Order, this Court further ordered the parties
9  to file simultaneously supplemental briefs by March 2, 2012 addressing the individual liability of
10 Defendant Vachani and the amount of damages to be awarded to Facebook (Dkt. No. 275, at 19);

11 WHEREAS, on March 7, 2012, Facebook deposed Power Ventures, but a final transcript
12 is not yet available;

13 WHEREAS, the parties agree that, to ensure that the briefing schedule adequately
14 addresses the issues remaining in this case, including the testimony of Power Ventures and other
15 outstanding discovery issues, the deadline for supplemental briefing should be extended by two
16 weeks;

17 NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and
18 agreed that Facebook's and Defendants' deadline to file their supplemental briefs in response to
19 this Court's February 16, 2012 Order Granting Facebook's Motions for Summary Judgment is
20 extended until Friday, March 23, 2012.
21 / / /
22 / / /

| | | |
|---|---|---|
| 1 | Dated: March 8, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: ____*/s/ Monte M.F. Cooper /s/*____<br>MONTE M.F. COOPER |
| 4 | | Attorneys for Plaintiff<br>FACEBOOK, INC. |
| 5 | | |
| 6 | Dated: March 8, 2012 | BURSOR & FISHER, P.A. |
| 7 | | |
| 8 | | By: ____*/s/ L. Timothy Fisher /s/*____<br>L. TIMOTHY FISHER |
| 9 | | Attorneys for Defendants<br>POWER VENTURES, INC.; STEVE VACHANI; and POWER.COM |

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: March 8, 2012                Respectfully submitted,

                                                        ____*/s/ Monte Cooper*____
                                                        MONTE F. COOPER


PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: March 9, 2012                ____[signature]____
                                                         JAMES WARE
                                                         United States District Judge