1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  FACEBOOK, INC.,                    Case No. 5:08-cv-05780 JW

15              Plaintiff,             **STIPULATION AND [PROPOSED]
                                       ORDER, PURSUANT TO CIVIL
16       v.                            LOCAL RULE 6-2, FOR ORDER
                                       CHANGING TIME**
17  POWER VENTURES, INC., a Cayman Island
    corporation; STEVE VACHANI, an individual;
18  DOE 1, d/b/a POWER.COM, DOES 2-25,
    inclusive,
19
                Defendants.
20

21

22

23

24

25

26

27

28

1   This stipulation and the accompanying Declaration of counsel is entered into by and
2   between Plaintiff Facebook, Inc., on the one hand, and Defendants Power Ventures, Inc. and
3   Steve Vachani ("Defendants"), on the other hand, through their respective counsel as follows:
4   WHEREAS, on February 16, 2012, the Court entered summary judgment of liability on
5   behalf of Facebook and against Defendants on Facebook's claims for violations of the CAN-
6   SPAM Act, the Computer Fraud and Abuse Act, and California Penal Code Section 502 (Dkt. No.
7   275);
8   WHEREAS as part of the summary judgment Order, this Court further ordered the parties
9   to file simultaneously supplemental briefs by March 2, 2012 addressing the individual liability of
10  Defendant Vachani and the amount of damages to be awarded to Facebook (Dkt. No. 275, at 19);
11  WHEREAS, the parties agree that, to ensure that the briefing schedule adequately
12  addresses the issues remaining in this case, including the testimony of Power Ventures and other
13  outstanding discovery issues, the deadline for supplemental briefing should be extended by one
14  week;
15  NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and
16  agreed that Facebook's and Defendants' deadline to file their supplemental briefs in response to
17  this Court's February 16, 2012 Order Granting Facebook's Motions for Summary Judgment is
18  extended until Friday, March 30, 2012.
19  / / /
20  / / /

| | | |
|---|---|---|
| 1 | Dated: March 22, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By:  */s/ Monte M.F. Cooper /s/*<br>MONTE M.F. COOPER |
| 4 | | Attorneys for Plaintiff<br>FACEBOOK, INC. |
| 5 | | |
| 6 | Dated: March 22, 2012 | BURSOR & FISHER, P.A. |
| 7 | | |
| 8 | | By:  */s/ L. Timothy Fisher /s/*<br>L. TIMOTHY FISHER |
| 9 | | Attorneys for Defendants<br>POWER VENTURES, INC.; STEVE<br>VACHANI; and POWER.COM |

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: March 22, 2012          Respectfully submitted,

*/s/ Monte Cooper*
MONTE F. COOPER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____          _____
JAMES WARE
United States District Judge