| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | MONTE M.F. COOPER (STATE BAR NO. 196746) |
| | mcooper@orrick.com |
| 3 | THERESA A. SUTTON (STATE BAR NO. 211857) |
| | tsutton@orrick.com |
| 4 | MORVARID METANAT (STATE BAR NO. 268228) |
| | mmetanat@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 6 | Menlo Park, California 94025 |
| | Telephone: 650-614-7400 |
| 7 | Facsimile: 650-614-7401 |
| 8 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FACEBOOK, INC.,

    Plaintiff,

v.

POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,

    Defendants.

Case No. 5:08-cv-05780-JW

**STIPULATION AND [PROPOSED] ORDER, PURSUANT TO CIVIL LOCAL RULE 6-2, FOR ORDER CHANGING TIME**

STIPULATION TO EXTEND DEADLINES
CASE NO. 5:08-CV-05780 JW

1    This stipulation and the accompanying Declaration of counsel is entered into by and
2 between Plaintiff Facebook, Inc., on the one hand, and Defendants Power Ventures, Inc. and
3 Steve Vachani ("Defendants"), on the other hand, through their respective counsel as follows:
4    WHEREAS, on February 16, 2012, the Court entered summary judgment of liability on
5 behalf of Facebook and against Defendants on Facebook's claims for violations of the CAN-
6 SPAM Act, the Computer Fraud and Abuse Act, and California Penal Code Section 502 (Dkt. No.
7 275);
8    WHEREAS as part of the summary judgment Order, this Court further ordered the parties
9 to file simultaneously supplemental briefs by March 2, 2012 addressing the individual liability of
10 Defendant Vachani and the amount of damages to be awarded to Facebook (Dkt. No. 275, at 19);
11    WHEREAS, the parties agree that, to ensure that the briefing schedule adequately
12 addresses the issues remaining in this case, including the testimony of Power Ventures and other
13 outstanding discovery issues, the deadline for supplemental briefing should be extended by one
14 week;
15    NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and
16 agreed that Facebook's and Defendants' deadline to file their supplemental briefs in response to
17 this Court's February 16, 2012 Order Granting Facebook's Motions for Summary Judgment is
18 extended until Friday, March 30, 2012.
19 / / /
20 / / /

| | | |
|---|---|---|
| 1 | Dated: March 22, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By:     /s/ Monte M.F. Cooper /s/<br>MONTE M.F. COOPER<br>Attorneys for Plaintiff<br>FACEBOOK, INC. |
| 4 | | |
| 5 | | |
| 6 | Dated: March 22, 2012 | BURSOR & FISHER, P.A. |
| 7 | | |
| 8 | | By:     /s/ L. Timothy Fisher /s/<br>L. TIMOTHY FISHER<br>Attorneys for Defendants<br>POWER VENTURES, INC.; STEVE<br>VACHANI; and POWER.COM |
| 9 | | |
| 10 | | |

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: March 22, 2012          Respectfully submitted,

                                                                       /s/ Monte Cooper<br>
                                                                       MONTE F. COOPER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: March 23, 2012          *[signature: James Ware]*<br>
                                                                     JAMES WARE<br>
                                                                     United States District Judge