BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                              Defendants. | Case No. 5:08-cv-05780 JW<br><br>**ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D) IN CONNECTION WITH BRIEF OF DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI REGARDING (1) AMOUNT OF DAMAGES AND (2) INDIVIDUAL LIABILITY OF DEFENDANT VACHANI** |

Pursuant to Local Rules 7-11 and 79-5, Defendants Power Ventures, Inc. and Steve Vachani submit this Administrative Motion for sealing order regarding portions of the Brief of Defendants Power Ventures, Inc. and Steve Vachani Regarding (1) Amount of Damages and (2) Individual Liability of Defendant Vachani

Portions of the brief make reference to the November 13, 2011 Declaration of Ryan McGeehan.  The Declaration of Ryan McGeehan has been sealed by order of this Court.  *See* Dkt. No. 182.

Defendants hereby lodge with the Clerk, pursuant to Local Rule 79-5(d), the aforementioned brief, pending this Court's decision following the filing of Plaintiff's Declaration demonstrating good cause to seal portions of the brief from the public record and narrowly tailored proposed sealing order.  Civil L.R. 79-5(d).

Dated:  March 30, 2012

Respectfully submitted,

BURSOR & FISHER, P.A.

By:  _____/s/ L. Timothy Fisher_____
       L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
            swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113
Facsimile:   (212) 989-9163
E-Mail:  scott@bursor.com

| | |
|---|---|
| 1 | |
| 2 | BRAMSON PLUTZIK MAHLER & BIRKHAEUSER, LLP |
| 3 | Alan R. Plutzik (State Bar No. 77785)<br>2125 Oak Grove Road, Suite 120 |
| 4 | Walnut Creek, CA  94598<br>Telephone:  (925) 945-0200 |
| 5 | Facsimile:  (925) 945-8792<br>E-Mail: aplutzik@bramsonplutzik.com |
| 6 | *Attorneys for Defendants Power Ventures, Inc. and Steve Vachani* |