1

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)

2

Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940

3

Walnut Creek, CA 94596
Telephone: (925) 300-4455

4

Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

5

        swestcot@bursor.com

6

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)

7

369 Lexington Avenue, 10th Floor
New York, NY 10017

8

Telephone: (212) 989-9113
Facsimile: (212) 989-9163

9

E-Mail: scott@bursor.com

10

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)

11

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

12

Telephone: (925) 945-0200
Facsimile: (925) 945-8792

13

E-Mails: aplutzik@bramsonplutzik.com

14

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

18

FACEBOOK, INC.,

19

                  Plaintiff,

20

-against-

21

22

POWER VENTURES, INC. d/b/a POWER.COM, a
California corporation; POWER VENTURES, INC.

23

a Cayman Island Corporation, STEVE VACHANI,
an individual; DOE 1, d/b/a POWER.COM, an

24

individual and/or business entity of unknown nature;
DOES 2 through 25, inclusive, individuals and/or

25

business entities of unknown nature,

26

                Defendants.

27

28

Case No. 5:08-CV-05780 JW

**PROOF OF SERVICE**

1

2

**PROOF OF SERVICE**

3        I am a resident of the State of California, over the age of eighteen years, and not a party to

the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd., Suite

4     940, Walnut Creek, CA  94596.  On March 30, 2012, I served the within document:

5     **ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-
5(D) IN CONNECTION WITH BRIEF OF DEFENDANTS POWER VENTURES, INC.**

6     **AND STEVE VACHANI REGARDING (1) AMOUNT OF DAMAGES AND (2)
INDIVIDUAL LIABILITY OF DEFENDANT VACHANI**

7

8     **BRIEF OF DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI
REGARDING (1) AMOUNT OF DAMAGES AND (2) INDIVIDUAL LIABILITY OF**

9     **DEFENDANT VACHANI  [DOCUMENT SUBMITTED UNDER SEAL]**

10    **BRIEF OF DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI
REGARDING (1) AMOUNT OF DAMAGES AND (2) INDIVIDUAL LIABILITY OF**

11    **DEFENDANT VACHANI  [REDACTED VERSION]**

12

13    ☐  by placing a copy of the document(s) listed above for collection and mailing
          following the firm's ordinary business practice in a sealed envelope with postage
          thereon fully prepaid for deposit in the United States mail at Walnut Creek,

14        California addressed as set forth below.

15    ☐  by depositing a true copy of the same enclosed in a sealed envelope with delivery
          fees provided for a Overnight/Federal Express pick up box or office designated

16        for overnight delivery, and addressed as set forth below.

17    ☐  By causing a personal delivery of a copy of the document(s) listed above to the
          person(s) at the address(es) set forth below.

18    ☐  by facsimile transmission on that date.  This document was transmitted by using a
          Brother MFC-9970CDW facsimile machine that complies with California Rules

19        of Court Rule 2003(3), telephone number (925) 407-2700.  The transmission was
          reported as complete and without error.

20    ☒  by e-mail transmission on that date.  These documents were transmitted via e-
          mail to the following e-mail addresses as set forth below.

21

22            I. Neel Chatterjee
              Monte Cooper

23            Theresa Sutton
              Morvarid Metanat

24            Amy Dalton
              Karen Mudurian

25            Orrick, Herrington & Sutcliffe,
              LLP

26            1000 Marsh Road
              Menlo Park, CA  94025

27            E-mail:
              nchatterjee@orrick.com

28            mcooper@orrick.com

---

tsutton@orrick.com
mmetanat@orrick.com
adalton@orrick.com
 kmudurian@orrick.com

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed March 30, 2012, at Walnut Creek, California.

_____

Debbie Schroeder