1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE COOPER
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Defendant
   FACEBOOK, INC.
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  FACEBOOK, INC., | Case No. 5:08-cv-05780-JW (JCS) |
| 15            Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(c)** |
| 16       v. | |
| 17  POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive, | Date:        Dept:   Courtroom 9, 19th Floor<br>Judge:       Hon. Chief Judge James Ware |
| 18 | |
| 19            Defendants. | |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750198629.1                                                [PROPOSED] ORDER GRANTING ADMIN.
                                                                                MOTION TO SEAL
                                                                         5:08-CV-05780-JW (JCS)

1. Facebook seeks to lodge under seal, pursuant to Civil Local Rule 79-5(c), portions of the Expert Report of Richard Ostiller ("Ostiller Report") and portions of Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani referencing or citing to the Ostiller Report. Having considered the papers filed in support of and in opposition to the motion, and other matters relevant to the determination of this motion, the Court HEREBY ORDERS that the motion is GRANTED, as follows:

The following portions of the Ostiller Report be redacted for good cause:

- The monetary figures referenced in Paragraph 13, with the exception of the statutory and aggravated damages amounts.
- The monetary figure referenced in Paragraph 15
- Paragraph 16

The following portions of Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani be redacted for good cause:

- The monetary figure referenced at page 10, line 2.
- The monetary figure referenced at page 17, line 7.

**IT IS SO ORDERED.**

Dated:

---

Honorable James Ware
United States District Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750198629.1

[PROPOSED] ORDER GRANTING ADMIN.
MOTION TO SEAL
5:08-CV-05780-JW (JCS)