1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:     650-614-7400
7  Facsimile:      650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  FACEBOOK, INC.,                         Case No.  5:08-cv-05780 JW(JCS)

15              Plaintiffs,                 **FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5(D)**

16         v.

17  POWER VENTURES, INC. a Cayman Island    Dept:    Courtroom 9, 19th Floor
    Corporation,; STEVE VACHANI, an         Judge:   Honorable James Ware
18  individual; DOE 1, d/b/a POWER.COM,
    DOES 2-25, inclusive,
19
                Defendants.
20

1  Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Facebook, Inc. ("Facebook") submits
2  this Administrative Motion for sealing order regarding: 1) portions of Facebook's Supplemental
3  Brief Regarding Damages and Liability of Defendant Steve Vachani; 2) portions of the January 9,
4  2012 deposition of Defendant Power Ventures, Inc. ("Power") pursuant to Fed. R. Civ. P.
5  30(b)(6) attached as Exhibit 14 to the Declaration of Monte M.F. Cooper in Support of
6  Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani;
7  3) portions of the March 7, 2012 deposition of Defendant Power Ventures, Inc. ("Power")
8  pursuant to Fed. R. Civ. P. 30(b)(6) attached as Exhibit 2 to the Declaration of Monte M.F.
9  Cooper in Support of Facebook's Supplemental Brief Regarding Damages and Liability of
10 Defendant Steve Vachani; and 4)  Exhibit Nos. 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 20,
11 24, 26, , 27, 28, 29, 34, and 36 attached to the Declaration of Monte Cooper In Support of
12 Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani.

13  Defendants Power and Steve Vachani have designated these materials as "Highly
14 Confidential-Attorneys' Eyes Only" pursuant to the parties' Protective Order (Dkt No. 95).
15 Facebook disagrees with these confidentiality designations and hereby lodges with the Clerk,
16 pursuant to Civil L.R. 79-5(d), the aforementioned materials, pending this Court's decision
17 following the filing of Defendants' Declaration (demonstrating good cause to seal these materials
18 from the public record) and narrowly tailored proposed sealing order. Civil L.R. 79-5(d).

19 Dated: March 30, 2012               ORRICK, HERRINGTON & SUTCLIFFE LLP

                                     /s/  *Morvarid Metanat* /s/
                                     MORVARID METANAT
                                     Attorneys for Plaintiff
                                     FACEBOOK, INC.