I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:08-cv-05780-JW (JCS)<br><br>**DECLARATION OF MORVARID METANAT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D) IN CONNECTION WITH THE BRIEF OF DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI REGARDING (1) AMOUNT OF DAMAGES AND (2) INDIVIDUAL LIABILITY OF DEFENDANT VACHANI**<br><br>Dept:　　Courtroom 9, 19th Floor<br>Judge:　Hon. Chief Judge James Ware |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

DECLARATION OF MORVARID METANAT ISO
DEFENDANTS' MOTION TO SEAL
5:08-CV-05780-JW (JCS)

I, Morvarid Metanat, declare:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP and counsel for Plaintiff Facebook, Inc. I make this declaration in support of Defendants' Administrative Motion for Sealing Order Pursuant to Civil L.R. 79-5(d), in Connection with the Brief of Defendant Power Ventures, Inc. and Steve Vachani Regarding (1) Amount of Damages and (2) Individual Liability of Defendant Vachani. *See* Dkt. No. 288.

2. Facebook seeks to Lodge under Seal portions of the Brief of Defendants Power Ventures, Inc. and Steve Vachani Regarding (1) Amount of Damages and (2) Individual Liability of Defendant Vachani that make reference or cite to the Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment on Count 1 of CAN-SPAM Act ("McGeehan Declaration").

3. Facebook has designated the entirety of the McGeehan Declaration as "HIGHLY-CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to the Parties' Protective Order, dated February 4, 2011 (Dkt. No. 95). The McGeehan Declaration discusses Facebook's internal infrastructure in responding to attacks on Facebook's systems and servers, including the security and privacy-based technical measures implemented by Facebook to prevent such attacks. This security information is highly sensitive and Facebook may suffer irreparable harm if this information is not protected from disclosure though public filing. Specifically, public disclosure of Facebook's technical and security measures implemented to prevent attacks on Facebook would be potentially informative to third parties who wish to circumvent such measures, putting Facebook at significant risk for future, pervasive attacks. Facebook requests that the Ostiller Report and the Supplemental Brief Regarding Damages and Liability of Steve Vachani be redacted to the extent that they contain citations or references to any portions of the McGeehan Declaration.

4. On November 28, 2011, the Court granted Facebook's Motion to Seal the Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment on Count 1, and thus, all excerpts from, and references to, the McGeehan Declaration should be filed under seal. *See* Dkt. No. 182.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

DECLARATION OF MORVARID METANAT ISO
DEFENDANTS' MOTION TO SEAL
5:08-CV-05780-JW (JCS)

5. Facebook, therefore, requests that the following portions of the Brief of Defendants Power Ventures, Inc. and Steve Vachani Regarding (1) Amount of Damages and (2) Individual Liability of Defendant Vachani should be redacted for good cause:

- Page 2, Lines 19-22, beginning with "In" through "in them')."
- Page 3, Lines 20-25, beginning with "It makes" through ""in them')."
- Page 4, Lines 3-5, beginning with "Mr. McGeehan" through "Use.""

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of April, 2012 at Menlo Park, California.

Dated: April 6, 2012                           ORRICK, HERRINGTON & SUTCLIFFE LLP


                                               By:      /s/ Morvarid Metanat
                                                        Morvarid Metanat
                                                        Attorneys for Plaintiff
                                                        FACEBOOK, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

DECLARATION OF MORVARID METANAT ISO
DEFENDANTS' MOTION TO SEAL
5:08-CV-05780-JW (JSC)