```
 1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
 2  MONTE COOPER (STATE BAR NO. 196746)
    mcooper@orrick.com
 3  MORVARID METANAT (STATE BAR NO. 268228)
    mmetanat@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 5  Menlo Park, California  94025
    Telephone:    650-614-7400
 6  Facsimile:    650-614-7401

 7  Attorneys for Plaintiff
    FACEBOOK, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FACEBOOK, INC., | Case No. 5:08-cv-05780-JW (JCS) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(D) IN CONNECTION WITH THE BRIEF OF DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI REGARDING (1) AMOUNT OF DAMAGES AND (2) INDIVIDUAL LIABILITY OF DEFENDANT VACHANI** |
| v. | |
| POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |
| | Dept:    Courtroom 9, 19th Floor |
| | Judge:   Hon. Chief Judge James Ware |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION FOR SEALING ORDER
5:08-CV-05780-JW (JCS)

1. This matter came before the Court on Defendants Administrative Motion for Sealing Order Pursuant to Civil L.R. 79-5(d). Facebook seeks to file under seal portions of the Brief of Defendants' Power Ventures, Inc. and Steve Vachani Regarding (1) Amount of Damages and (2) Individual Liability of Defendant Vachani, referencing or citing to the Declaration of Ryan McGeehan in Support of Facebook's Motion for Partial Summary Judgment on Count 1 of CAN-SPAM Act ("McGeehan Declaration"). Having considered the papers filed in support of and in opposition to the motion and other matters relevant to the determination of this motion, the Court HEREBY ORDERS that the motion is GRANTED, as follows:

2. The following portions of the Brief of Defendants Power Ventures, Inc. and Steve Vachani Regarding (1) Amount of Damages and (2) Individual Liability of Defendant Vachani should be redacted for good cause:

- Page 2, Lines 19-22, beginning with "In" through "in them')."
- Page 3, Lines 20-25, beginning with "It makes" through ""in them')."
- Page 4, Lines 3-5, beginning with "Mr. McGeehan" through "Use.""

**IT IS SO ORDERED.**

Dated: _____   By: _____
       Honorable James Ware
       United States District Court Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION FOR SEALING ORDER
5:08-CV-05780-JW (JCS)