BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
E-Mails: aplutzik@bramsonplutzik.com
         mstrimling@bramsonplutzik.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                             Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                             Defendants. | Case No. 5:08-CV-05780 JW (JCS)<br><br>**DECLARATION OF L. TIMOTHY FISHER PURSUANT TO CIVIL L.R. 79-5(D), IN RESPONSE TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 291)** |

DECLARATION OF L. TIMOTHY FISHER
CASE NO. 5:08-CV-05780 JW

I, L. Timothy Fisher, declare:

1. I am an attorney with the law firm of Bursor & Fisher, P.A. and counsel for Defendants Power Ventures, Inc. ("Power") and Steve Vachani. I make this declaration in response to Facebook Inc.'s Motion for Administrative Relief to File Under Seal, Pursuant to Civil Local Rule 79-5(d) (Dkt. No. 291). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I have reviewed the administrative motion to seal filed by Facebook and listed above. Having reviewed the motion and the documents referenced therein, defendants hereby remove the confidential designation of the following documents:

- Portions of Facebook's Supplemental Brief Regarding Damages and Liability of Steve Vachani.
- Portions of the January 9, 2012 Deposition of Defendant Power Ventures, Inc. ("Power") pursuant to Fed. R. Civ. P. 30(b)(6) attached as Exhibit 14 to the Declaration of Monte M.F. Cooper in Support of Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani.
- Portions of the March 7, 2012 deposition of Defendant Power pursuant to F. R. Civ. P. 30(b)(6) attached as Exhibit 2 to the Declaration of Monte M.F. Cooper in Support of Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani.
- Exhibit Nos. 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 20, 24, 26, 27, 28, 29, 34, and 36 attached to the Declaration of Monte M.F. Cooper in Support of Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 11th day of April, 2012, at Walnut Creek, California.

                                                  */s/ L. Timothy Fisher*
                                                  L. Timothy Fisher