1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  Sarah N. Westcot (State Bar No. 264916)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   E-Mail: ltfisher@bursor.com
5          swestcot@bursor.com

6  BURSOR & FISHER, P.A.
   Scott A. Bursor (State Bar No. 276006)
7  369 Lexington Avenue, 10th Floor
   New York, NY  10017
8  Telephone:  (212) 989-9113
   Facsimile:  (212) 989-9163
9  E-Mail: scott@bursor.com

10 BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 077785)
11 Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
12 Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
13 Facsimile:  (925) 945-8792
   E-Mails: aplutzik@bramsonplutzik.com
14         mstrimling@bramsonplutzik.com

15 *Attorneys for Defendants Power
   Ventures, Inc. and Steve Vachani*
16
                   UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-05780 JW |
| Plaintiff, | **[PROPOSED] ORDER PERMITTING THE PUBLIC FILING OF PORTIONS OF FACEBOOK INC.'S SUPPLEMENTAL BRIEF REGARDING DAMAGES AND LIABILITY OF DEFENDANT STEVE VACHANI** |
| -against- | |
| POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | |
| Defendants. | |

[PROPOSED] ORDER PERMITTING THE PUBLIC FILING OF PORTIONS OF FACEBOOK INC.'S SUPPLEMENTAL
BRIEF REGARDING DAMAGES AND LIABILITY OF DEFENDANT STEVE VACHANI
CASE NO. 5:08-CV-05780 JW

1  The Court, having considered the Declaration of L. Timothy Fisher Pursuant to Civil Rule 79-5(d) which removes the confidential designation of the documents referenced in Facebook Inc.'s Motion for Administrative Relief to File Under Seal (Dkt. No. 291), the Court hereby orders the documents referenced below to be filed publicly:

- Portions of Facebook's Supplemental Brief Regarding Damages and Liability of Steve Vachani that have not been previously designated by Facebook
- Portions of the January 9, 2012 Deposition of Defendant Power Ventures, Inc. ("Power") pursuant to Fed. R. Civ. P. 30(b)(6) attached as Exhibit 14 to the Declaration of Monte M.F. Cooper in Support of Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani.
- Portions of the March 7, 2012 deposition of Defendant Power pursuant to F. R. Civ. P. 30(b)(6) attached as Exhibit 2 to the Declaration of Monte M.F. Cooper in Support of Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani.
- Exhibit Nos. 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 20, 24, 26, 27, 28, 29, 34, and 36 attached to the Declaration of Monte M.F. Cooper in Support of Facebook's Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani.

Dated: April 17, 2012

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER PERMITTING THE PUBLIC FILING OF PORTIONS OF FACEBOOK INC.'S SUPPLEMENTAL BRIEF REGARDING DAMAGES AND LIABILITY OF DEFENDANT STEVE VACHANI
CASE NO. 5:08-CV-05780 JW