# EXHIBIT 4

| | |
|---|---|
| From: | steve@stevevachani.com |
| To: | Eric.santos |
| Subject: | Re: biggest problem about power.com in the usa is that is doesn"t really work yetbiggest problem about power.com in the usa is that is doesn"t really work yet |
| Date: | Tuesday, December 02, 2008 5:03:15 AM |

</table>
correct. if they can't block us, this will give us a lot of power... we can then create lots of media attention at the right time.

please just make sure they cannot block us

--- On **Tue, 12/2/08, Eric Santos <eric.santos@powerinc.net>** wrote:

> From: Eric Santos <eric.santos@powerinc.net>
> Subject: Re: biggest problem about power.com in the usa is that is doesn't really work yet
> To: steve@stevevachani.com
> Date: Tuesday, December 2, 2008, 1:52 AM
>
> Realmente eles n�o podem fazer nada judicialmente contra a gente.
> Vou me preparar j� para um poss�vel bloqueio por parte do Facebook.
>
> Atc,
>
> Eric
>
> ---
>
> **From:** "steve@stevevachani.com" <steve@stevevachani.com>
> **To:** Eric Santos <eric.santos@powerinc.net>
> **Sent:** Tuesday, December 2, 2008 12:24:17 AM
> **Subject:** biggest problem about power.com in the usa is that is doesn't really work yet
>
> Eric,
>
> my biggest problem with Power.com is that it still has some major problems. The aggregation still has some bugs. People don't really see their messages aggregated by date for all sites. They don't really see their feeds aggregated by date or birthdays. it is not really working. A lot of times, it still doesn't come up. We really need to solve this quickly.
>
> Second, we really need to add Facebook private mail and Myspace private mail, and Hi5 private mail, Twitter, and Linkedin.
>
> We need to get these bugsour and make it quicker.
>
> USA users really won't find a need until we have private mail. And after we add Linkedin and Twitter, this will really be good. After we add Yahoo, will be even better.



EXHIBIT
240
Vachani