# EXHIBIT 7

| | |
|---|---|
| **From:** | steve@stevevachani.com |
| **To:** | Michael Ross |
| **Subject:** | Re: Technical question |
| **Date:** | Sunday, January 04, 2009 11:39:07 PM |

It means that it is very difficult too block up. Facebook took what should of been a standard measure, but we were able to easily adjust and could have continued

--- On **Sun, 1/4/09, Michael Ross *<mross@JoCapLLC.com>*** wrote:

> From: Michael Ross <mross@JoCapLLC.com>
> Subject: Technical question
> To: steve@stevevachani.com
> Date: Sunday, January 4, 2009, 10:10 PM
>
> Dear Steve,
> The NY Times article claims:
> Facebook then blocked access to its site from Power.com, which "deliberately circumvented Facebook's technological security measures in order to continue its unlawful practice of accessing Facebook's computer systems without authorization," the complaint stated.
> Is this true? If so, does it mean that any site can block you from accessing them if they wish to?
> Please explain.
> Thanks,
> Michael P. Ross, Ph.D., CFA
> President, Joseph Capital LLC
> 501 Fifth Avenue | NYC | 10017
> (212) 875-1500 | mob: (917) 817-7674 | fax: (212) 553-7390
>
> *Joseph Capital LLC - Member, FINRA/SIPC. The information herein has been obtained from various sources. We do not guarantee its accuracy. Neither the information, recommendations, nor opinions expressed herein constitutes an offer to buy or sell any securities, futures, options, or investment products. Joseph Capital LLC and/or its parent company Joseph Advisors Ltd. and/or any of their affiliates may trade for its or their own account(s) in the securities or other products described herein.*
>
> *Some or all of the information in this transmission including any attachment, may be confidential and is intended solely for delivery to and authorized use by the intended addressee(s) identified above. If you are not an accredited or a qualified investor, please immediately delete this e-mail should it contain any investment-relevant information.*
>
> *Any Presentation or other Offering materials attached are in connection with the private offering of the shares of common stock and do not constitute an offer or solicitation by anyone in any jurisdiction in which such an offer or solicitation is not authorized. Any reproduction or distribution of this Presentation or any other Offering materials in whole or in part, or the divulgence of any of their contents, without our prior written consent, is prohibited. Any offeree acting contrary to the foregoing restrictions may place itself and the Issuer in violation of federal or state securities laws.*
>
> *Any company-specific information has been obtained from the relevant company directly and prospective investors must conduct their own due-diligence and verify any such information, both directly with the company and with third-party sources prior to investing, as Joseph Capital LLC makes no independent representations or warranties. Any forward-looking statements are made under the Safe Harbor provision of the Private Securities Litigation Reform Act of 1995. For private placement transactions, investors should use only risk-capital that they are prepared and able to lose in its entirety.*

