# EXHIBIT 8



# Power.com Introduces Social Inter-networking to the World

**Stealth Brazilian company quietly registers over 5,000,000 for site that lets users bring together their own presence on major social networks and messaging services**

**Media Inquiries:**

Ed Niehaus
Power.com
m) 650-255-9976
edniehaus@gmail.com

Myles Weissleder
Mylermedia
m) 415-990-0970
myles@mylermedia.com

**FOR IMMEDIATE RELEASE**

San Francisco, CA --Dec 1, 2008 -- Today Power.com ushers in the era of Social Inter-networking with its global launch. Now, for the first time, social network users don't have to jump from site to site to synchronize their logins, content, messages and friends across Facebook, Hi5, LinkedIn, MSN, MySpace and Google's Orkut.

"Today many people have multiple social network, email and IM accounts," said Steve Vachani, CEO of Power.com. "Power synchronizes their friends, messages, photos, updates, and everything they care about. We're taking down the boundaries between social sites, so users can keep in touch, and even synchronize friends and photos automatically. We call this Social Inter-networking."

"Social is about people, not about place," Vachani continued, "So we're making the virtual 'where' irrelevant. Social Inter-networking is the basis for our vision of the future of the Internet."

**Stealth roll-outs: five million registered users and counting**
Power.com, based in Rio de Janeiro, Brazil, held "stealth roll-outs" in Latin America and India in the past year. The company quietly let over 5 million people register themselves — about the population of Sweden. These users arrived organically after seeing their friends using Power.com; no one either blogged about the company or wrote about it in the press, no websites linked to Power.com, and the company sent out no invitations, yet 5 million people joined.

**No Vested Interests: unlike Facebook, Google or Microsoft**
"Power.com works because it doesn't require the big websites to get together and break down their walls," Vachani stated. "Instead, millions of Power users are breaking down these walls on their own, and experiencing the benefits of Social Inter-networking without waiting for Yahoo, Microsoft, Google, Facebook, and MySpace to all agree. This independence contrasts with all previous efforts to bring social networks together, including Facebook Connect, Google Friend Connect, Microsoft Passport, OpenID and OpenSocial.

"There is currently an industry wide trend among all sites and consumers to break up and atomize the web with widgets, applications, feeds, and mashup tools," Vachani explained. "Although Power is significantly accelerating this imminent evolution toward a borderless






internet, we are preserving the essence of these sites' terms of use by giving users rightful control of their own content and friends. We are focused on delivering applications which increase user's usage of and add new value to their existing sites. Soon, we will provide tools for sites themselves to add the most popular Social Inter-networking applications directly into their entire sites.

"These previous efforts assume the problem to be 'interoperability,' a technology issue," Vachani continued. "We are the first to address Social Inter-networking as a consumer proposition. Power.com is well-positioned to deliver our vision of an ecosystem in which individuals, websites and even large social networks can create new ways to satisfy customers and build businesses in a socially inter-networked world."

**Media Inquiries:**

Ed Niehaus
Power.com
m) 650-255-9976
edniehaus@gmail.com

Myles Weissleder
Mylermedia
m) 415-990-0970
myles@mylermedia.com

### How Power.com works

Users join by registering their social networks at Power.com. Their Power start page shows them all of their friends, messages, and content -- from all their social networks, instant messengers, and email accounts -- in one place. Updates, pictures of friends, messages that they'd see on Facebook show up next to ones they have on MySpace, LinkedIn, etc. Communities, birthdays, any social network features they choose, are all arranged by people -- not by website -- on their Power.com start page.

Once users log on to Power.com, they are automatically logged on everywhere that matters to them. They go from Power.com to their page on any one of their social networks with one click. Another click brings them to their page on another social network. One click also brings them back to Power.com, where they can simultaneously update the content of all their social pages. For example, they can browse for their latest photos or videos, pick the ones they want, and -- click -- make the pictures appear on any or all of their personal pages at the same time.

Messaging is especially nimble with Power.com: all their friends and messages from all sites show up in one place. Users can write one message and just choose recipients, without regard to what social network or messaging provider actually reaches each friend. Power sorts it out and sends the message off to each friend via the appropriate system. If any one friend has multiple ways to exchange messages, Power lets the user choose which one to use.

Today, Power.com now supports users on Facebook, MySpace, Hi5, MSN Messenger, Orkut, and YouTube. In the near future, Power will support them on LinkedIn, Twitter, Flickr, Hotmail, Yahoo, Gmail, AOL, Skype and other email and communication accounts.

### Virality -- how Power got 5 million registered users so quickly

Messaging is a prime driver of Power.com's virality. Users communicate with all their friends on all of their sites, email, and instant messengers, using Power Messaging. The historic analogy is Hotmail, which grew to be the world's largest Internet service with over 500 million users by promoting itself at the bottom of each email its users sent. Power users are sending millions of inter-networked messages every day, across all social networks, email, and instant messengers. Like Hotmail, each Power Messenger message promotes Power.com.


Power.com

**Media Inquiries:**

Ed Niehaus
Power.com
m) 650-255-9976
edniehaus@gmail.com

Myles Weissleder
Mylermedia
m) 415-990-0970
myles@mylermedia.com

Furthermore, millions of Power users have already added Power widgets, links, and watermarks to their social network profile pages, photos, and messages, so when friends visit these enhanced pages, they click to learn more about Power.com. Power also encourages users to invite their friends. At Power's current growth rates, the company expects to have over 30 million registered users by the end of 2009.

### The Brazilian advantage

"To me the important issue is that users are driving Power themselves," said **Esther Dyson**, one of the technology industry's preeminent global trend spotters and a seed investor in Power.com. "And it excites me that these users are not just in the US. Nor are the software's creators: Latin America has impressive software design and engineering talent. Silicon Valley is not the only place to find great talent to build a world-class company."

Vachani, a self-proclaimed "global adventurer" arrived in Brazil 5 years ago to take a break from the Silicon Valley. A UC Berkeley graduate, and a serial entrepreneur, Vachani, who lives in Rio de Janeiro, said, "I came to Brazil with a smile, a backpack and a passion for Brazilian dance and music. I just wanted to get my mind off of technology, and I thought I would go back to the US and start a new project after a year or so. Little did I know..."

Vachani soon recognized Latin America's hidden treasure: undiscovered great minds. Vachani stated, "I quickly realized that Latin America was like India 30 years ago, before Silicon Valley discovered it. Back then, most of India's brilliant minds were trapped in academia or working as bureaucrats in the government, with no entrepreneurial opportunities. Today, thousands of brilliant minds in Latin America are likewise underutilized and undervalued, with their biggest dreams being jobs as government bureaucrats and academics. Little capital and few role models are available to young entrepreneurs. If I could create a project that truly pushed the limits of innovation, and that had capital, I knew I would be able to attract hundreds of Brazil's and Latin America's brightest minds. Together we have built Latin America's first global technology company built upon the Silicon Valley adage to first bring the brilliant minds together and then they will create a brilliant product and company."

Vachani did just that. As founder and CEO of Power.com, he attracted the world renowned Silicon Valley venture capital firm Draper Fisher Jurvetson, famous for investing in Skype, Baidu, and Hotmail, to invest $6 million in Power and complete DFJ's first ever investment in Latin America. A group of private investors -- including Esther Dyson -- added another $2 million. Power has attracted over 70 of Brazil's brightest minds, including self-made entrepreneurs, professors, PhD's and top graduates from Brazil's most prestigious universities.

Igor Barenboim, Power's Director of Business Development, PhD graduate from Harvard University and former Global Economist for Latin America's largest hedge fund, stated, "I joined Power when it was just an idea on paper because I truly believed that Steve's vision would help jumpstart Latin America's transformation into an economy which truly values its intellectual capital. As a Brazilian with great dreams for the future of Latin America, I knew I needed to join this adventure"



**Vision -- People, not websites, at core of Power's Social Inter-networking platform**
Eric Santos, a Brazilian native and the company's Chief Technology Officer, stated, "We visualize a social world that centers around people, not websites. People have grown to love sharing their lives. They love to stay in touch, share their pictures, their relationships and everything they care about. The boundaries between different websites and different providers are irrelevant to these relationships. Power removes these boundaries, creating a much more natural and open social experience. We are creating a borderless Internet."

Power.com is now building an open platform for developers to create thousands of new Social Inter-networking applications. Today, thousands of developers are creating Facebook and Google applications. Soon these developers, and anyone creating social applications, will be able to add Social Inter-networking functionality on top of their existing Facebook and Google applications and dream up new Social Inter-networking applications which will help Power.com realize its vision of a borderless internet powered by the users, not corporations.

**About Power**
Power.com is the world's leading Social Inter-networking company, with 5 million registered users. Headquartered in Rio de Janeiro Brazil, Power.com is a privately held company with 70 people. This month, Power.com is opening new offices in San Francisco, California and Hyderabad, India. The company received an $8 million Series A investment led by Draper Fisher Jurvetson of Menlo Park, California and notable investors including Esther Dyson. For more information visit www.Power.com.

Contact:   Myles Weissleder, o 415-332-3205, m 415-990-0970 mw@mylermedia.com
          Ed Niehaus, Power.com, m 650-255-9976, edniehaus@gmail.com
          Steve Vachani, Power.com, m 646-554-7773, Steve@power.com

**Media Inquiries:**

Ed Niehaus
Power.com
m) 650-255-9976
edniehaus@gmail.com

Myles Weissleder
Mylermedia
m) 415-990-0970
myles@mylermedia.com

#30#



# Power.com Product Overview

## Ten Key Social Inter-networking Features

**Media Inquiries:**

Ed Niehaus
Power.com
m) 650-255-9976
edniehaus@gmail.com

Myles Weissleder
Mylermedia
m) 415-990-0970
myles@mylermedia.com

1. Enjoy all your friends from your Facebook, Myspace, Google, MSN, and other sites, brought together in Power.com

2. Read and respond to your messages from all your sites in one place at Power.com

3. Enter and browse all your social network, email, and IM accounts simultaneously with one login at Power.com

4. Use MSN Messenger inside your Facebook, Myspace, Hi5, and Orkut at Power.com (Yahoo Messenger, Gtalk, and AOL Buddy coming soon)

5. Send messages, photos, and videos to multiple friends simultaneously on all your sites, email, and IM from Power.com

6. Access Facebook, Orkut, Hi5, or Myspace from blocked computers at work or school through Power.com

7. Interact with with users from all social networks around the world in Power.com Chat rooms

8. Use Hotmail, Gmail, Yahoo Mail, Facebook Mail, and work email together in one place at Power.com (coming soon)

9. Synchronize and manage all your photos, music, applications, blogs, and videos on all sites at Power.com (coming soon)

10. Add LinkedIn, Twitter, Flickr, Yahoo, Hotmail, Gmail, AOL, Blogger, and Skype to your Power.com start page (coming soon)



# Power.com Executive Team

**Steve Vachani, CEO** - Experienced startup CEO, serial entrepreneur, board member, viral/loyalty/user experience marketing innovator. From age 16 to 20, started 3 small businesses generating over $4 million in combined revenues while simultaneously completing multiple degrees at UC Berkeley. Founded pioneering e-commerce site in 1994 putting campus food delivery business online. During the past 13 years, launched 5 major Internet sites through grass roots and viral marketing campaigns that generated over 70 million combined registered users. CEO of leading loyalty and Internet marketing company Qool Media for 8 years. Oversaw creation of over 50 online marketing and loyalty building campaigns for fortune 500 and leading internet startups. Undergraduate degrees in Political Science and Business from UC Berkeley

**Eric Santos, Director of Product and Engineering** - Product Manager overseeing an elite team of framework engineers and specialists at Latin America and Brazil's largest technology services firm – CPM International/Braxis/Unitech. As an entrepreneur, Eric managed from concept to launch the creation of approximately 20 outside client's projects. With no outside resources in his spare, he individually incubated, executed, and obtained more than 500k registered members marketing a set of social network, viral marketing, and user generated media tools. Masters in Engineering from prestigious Federal University – Salvador, Brazil.

**Igor Barenboim, Director of Global Business Development** – Global economist, lead analyst, and founding team member of Gavea Investimentos, Latin America's largest hedge fund. PhD in Economics from Harvard University.

**Michael Ross, Director of Business Development – North America** – President of New York-based investment bank, Joseph Capital LLC. Served in the Investment Banking Division of Salomon Smith Barney and as Vice President at Bank of America and at Lehman Brothers. Served as lead analyst to hedge fund, Vision Capital, and as buy-side analyst at Sanford C. Bernstein. PhD in Finance from UC Berkeley.

**Cornelius Conboy, Director of Administration** – Senior operational and engineering executive on founding management team of Ifilm (sold to Viacom). Was with Ifilm.com from startup to maturity. Previously, he served as VP technology for industry leading news portal. MBA at Pepperdine University where he emphasized entrepreneurship and marketing. Launched the Brazilian offices for another US global technology company gaining significant startup and operations experience in Brazil.

**Ed Niehaus,  Director of Marketing & Global Communications** – Experienced entrepreneur, venture capitalist, global marketing professional, and CEO. Cofounder & CEO of the Internet's top public relations agency in the 1990's, helping drive the market entry of 45 leading Internet companies. Launched Yahoo's market entry when they had 3 employees, no CEO and no VP Marketing; oversaw Yahoo's public relations for the following five years as Niehaus Ryan helped

**Media Inquiries:**

Ed Niehaus
Power.com
m) 650-255-9976
edniehaus@gmail.com

Myles Weissleder
Mylermedia
m) 415-990-0970
myles@mylermedia.com



Yahoo build one of the largest global brands ever built with PR. Drove Apple's turn around PR efforts from Steve Job's return, through the development of the Think Different campaign, the launch of the iMac and beyond. Former General Partner in VC firm Cypress Ventures. Currently Chairman of Collaborative Drug Discovery which raised investment from top VC firms, Founders Fund and Omidyar Network. B.S.E. in Mechanical Engineering from Duke University.

**Felipe Herrera, Director of Legal and Corporate Affairs** – Worked for top Brazilian law firm, Levy & Salomão Advogados as a legal consultant, dealing with Mergers and Acquisitions, Antitrust Law, Banking, Corporate and International Commerce. International Law experience working with Administrative Tribunal for the Organization of American States (OEA) in Washington, D.C. Analyst at the Bear Stearns Investment Bank in New York. Bachelors International Relations from USA and Law School at prestigious State University of Rio De Janeiro.

*Cleomar Rocha, Product Marketing Manager* – Professor in Design and Communications at prestigious University of Salvador, Brazil. Nationally respected product marketing & product management consultant. Post Doctorate from prestigious PUC University specializing in Visual Communications and Technology Product Communications. Masters and PhD degrees in Digital Communications from prestigious Federal University of Bahia.

**Media Inquiries:**

Ed Niehaus
Power.com
m) 650-255-9976
edniehaus@gmail.com

Myles Weissleder
Mylermedia
m) 415-990-0970
myles@mylermedia.com