# EXHIBIT 9

| | |
|---|---|
| From: | Eric Santos |
| To: | Bruno Carvalho |
| Cc: | Danilo Assis; Danilo Delgado; Carolina Fialho; Juliana Kalid; Elmo Cruz; Steve Vachani |
| Subject: | Campanha 100x100x100 |
| Date: | Wednesday, November 26, 2008 9:22:21 PM |

Oi Bruno,

Steve está solicitando TODOS os textos para a campanha 100x100x100. Ele deseja os textos dos EMAILS, FACEBOOK MAIL, MENSAGENS PRIVADAS, SCRAP / FACEBOOK WALL e TEXTOS DE SPLASHS. Envia também junto a versão HTML ou COM FORMATAÇÃO DE CADA TEXTO. Ele precisa ver a versão tanto INGLÊS ou PORTUGUÊS.

No último material sobre a campanha 100x100x100, faltou ter as interfaces traduzidas e os textos em inglês, naquele material não constava de textos para SCRAPS / WALL, MENSAGEM PRIVADA e FACEBOOK MAIL. Precisamos também ter tanto a versão em HTML quanto a versão TEXTO PLANO dos convites em EMAIL. Quais são as variações de TÍTULOS e TEXTOS DOS CONVITES?

É importante garantirmos que a campanha tenha nela o máximo de exposição possível, por isso se faz necessário que seja enviado através dela também RECADOS PRIVADOS PARA TODOS AMIGOS. Se pudermos, vamos ativar um EVENTO para que o usuário modifique o STATUS de todas as redes convidando os amigos a entrarem na POWER através do link personalizado. Existe algum outro elemento viral nessa campanha que não foi abordado nesse email? Tem alguma nova sugestão para adicionarmos nela.

Aproveite também para me enviar qual é o conteúdo e o layout dos BANNERS (widgets) da campanha.

Atc,

Eric

No virus found in this outgoing message. Checked by AVG. Version: 7.5.549 / Virus Database: 270.9.10/1812 - Release Date: 25/11/2008 19:53



| | |
|---|---|
| **From:** | Eric Santos |
| **To:** | Bruno Carvalho |
| **Cc:** | Danilo Assis; Danilo Delgado; Carolina Fialho; Juliana Kalid; Elmo Cruz; Steve Vachani |
| **Subject:** | 100x100x100 Campaign |
| **Date:** | Wednesday, November 26, 2008 9:22:21 PM |

Hi Bruno,

Steve is asking for ALL the texts for the 100x100x100 campaign. He wants the texts from the E-MAILS, FACEBOOK MAIL, PRIVATE MESSAGES, SCRAP / FACEBOOK WALL and SPLASH TEXTS. Also send the HTML version or versions WITH THE FORMATTING OF EACH TEXT. He needs to see both the ENGLISH or PORTUGUESE versions.

In the last material for the 100x100x100 campaign the translated interfaces and texts in English were missing, the material did not include texts for SCRAPS / WALL, PRIVATE MESSAGES and FACEBOOK MAIL. We also need to have both the version in HTML and the PLAIN TEXT version of the E-MAIL invitations. What are the various INVITATION HEADERS and TEXTS?

It is important that we ensure the campaign achieves the maximum exposure possible and therefore PRIVATE MESSAGES TO ALL FRIENDS must also be sent as part of it.
If we can, let's activate an EVENT so that users modify the STATUS of all networks inviting friends to join POWER via the personalized link. Is there any other viral element in this campaign that was not mentioned in this e-mail? Are there any new suggestions to add to this.

Also can you also send me the content and layout of the BANNERS (widgets) of the campaign, please.

Regards,

Eric

No virus found in this outgoing message. Checked by AVG. Version: 7.5.549 / Virus Database: 270.9.10/1812 - Release Date: 25/11/2008 19:53


TRANSPERFECT

## CERTIFICATION OF TRANSLATION

I, Matthew Orr, hereby certify that the attached Portuguese (Brazil) to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"Campanha 100x100x100"

_____
Signature

Sworn to before me this
January 6, 2012

_____
Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 ____

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM