# EXHIBIT 10

**From:** Bruno Carvalho
**To:** Steve Vachani
**Subject:** dados da campanha
**Date:** Sunday, December 14, 2008 5:57:42 AM
**Attachments:** estatisticas.xlsx

Segue em anexo

Ats

Bruno



**From:** Bruno Carvalho
**To:** Steve Vachani
Subject: campaign data
**Date:** Sunday, December 14, 2008 5:57:42 AM
**Attachments:** estatísticas.xlsx

It follows as an attachment

Sincerely Yours

Bruno



**TRANSPERFECT**

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTÁ
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DÜSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Christina Farah, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate rush translation, of the following document "estatísticas" from Portuguese into English.

_____
Signature

Sworn to before me this

Friday, December 09, 2011

_____
Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4, 20__

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

Total de logins

| | 2-Dec | 3-Dec | 4-Dec | 5-Dec | 6-Dec | 7-Dec | 8-Dec | 9-Dec | 10-Dec | 11-Dec |
|---|---|---|---|---|---|---|---|---|---|---|
| Logins únicos no site | 63,809 | 124,915 | 124,627 | 118,380 | 68,166 | 49,337 | | | | |
| Conversão | 1.57% | 9.84% | 7.27% | 4.78% | 0.20% | 0.25% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Pageviews na página da campanha | 974 | 12,291 | 9,066 | 5,658 | 137 | 123 | 113 | 4204 | 11247 | 7422 |
| Conversão | 19% | 16% | 21% | 21% | 957% | 826% | 1035% | 28% | 22% | 15% |
| Quantidade de usuários que enviaram convites | 181 | 2,184 | 1,860 | 1,204 | 1,311 | 1,016 | 1,169 | 1,165 | 2,444 | 1,114 |
| Total de convites enviados (e-mail) | 2,894 | 33,243 | 29,847 | 18,525 | 19,890 | 15,569 | 17,612 | 45,002 | 47,252 | 52,456 |
| convites/usuário | 15.99 | 15.22 | 16.05 | 15.39 | 15.17 | 15.32 | 15.07 | 38.63 | 19.33 | 47.09 |
| Conversão | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Cliques totais nos convites | | | | | | | | | | |
| Conversão | 0.79% | 0.79% | 0.69% | 0.40% | 0.16% | 0.02% | 0.00% | 8.68% | 1.81% | 0.53% |
| Pageviews da land page | 23 | 262 | 205 | 74 | 31 | 3 | 0 | 3905 | 854 | 279 |
| Conversão | 26% | 65% | 68% | 215% | 1800% | 5367% | #DIV/0! | 8% | 25% | 120% |
| Novos usuários | 6 | 169 | 140 | 159 | 558 | 161 | 166 | 300 | 217 | 336 |



Total logins

| | | 2-Dec | 3-Dec | 4-Dec | 5-Dec | 6-Dec | 7-Dec | 8-Dec | 9-Dec | 10-Dec | 11-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Logins on the Site | | 63,809 | 124,915 | 124,627 | 118,380 | 68,166 | 49,337 | | | | |
| | Conversion | 1.53% | 9.84% | 7.27% | 4.76% | 0.20% | 0.25% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Pageviews on the campaign page | | 974 | 12,291 | 9,066 | 5,653 | 137 | 123 | 113 | 4204 | 11247 | 7422 |
| | Conversion | 19% | 19% | 21% | 21% | 957% | 826% | 1035% | 28% | 22% | 15% |
| Amount of users who sent invitations | | 181 | 2,184 | 1,860 | 1,204 | 1,311 | 1,016 | 1,169 | 1,165 | 2,444 | 1,114 |
| Total invitations sent (e-mail) | | 2,894 | 33,243 | 29,847 | 18,525 | 19,880 | 15,569 | 17,612 | 45,002 | 47,252 | 52,456 |
| Invitations / user | | 15.99 | 15.22 | 16.05 | 15.39 | 15.17 | 15.32 | 15.07 | 38.63 | 19.33 | 47.09 |
| | Conversion | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Total clicks on the invitations | | | | | | | | | | | |
| | Conversion | 0.79% | 0.79% | 0.69% | 0.40% | 0.16% | 0.02% | 0.00% | 8.68% | 1.81% | 0.53% |
| Page views of the land page | | 23 | 262 | 205 | 74 | 31 | 3 | 0 | 3905 | 854 | 279 |
| | Conversion | 26% | 64% | 68% | 215% | 1800% | 5367% | #DIV/0! | 8% | 25% | 120% |
| New users | | 6 | 169 | 140 | 159 | 558 | 161 | 166 | 300 | 217 | 336 |



AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTÁ
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DÜSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Christina Farah, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate rush translation, of the following document "dados da campanha" from Portuguese into English.

Signature

Sworn to before me this

Friday, December 09, 2011

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 1, 20__

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM