# EXHIBIT 11



Scott A. Bursor <scott@bursor.com>

# Fw: FACEBOOK POWER EMAILS - Fw: Facebook ** Importante

1 message

**Steven Vachani <steve@stevevachani.com>**  Tue, Nov 30, 2010 at 12:52 AM
To: "Scott A. Bursor" <scott@bursor.com>

----- Forwarded Message ----
**From:** Steven Vachani <steve@stevevachani.com>
**To:** Steve Vachani <steve@stevevachani.com>
**Sent:** Mon, November 22, 2010 12:07:59 PM
**Subject:** FACEBOOK POWER EMAILS - Fw: Facebook ** Importante


----- Forwarded Message ----
**From:** Eric Santos <eric.santos@corp.power.com>
**To:** SteveVachani <steve@stevevachani.com>; Steve Vachani <steve@corp.power.com>
**Sent:** Fri, December 26, 2008 2:12:32 PM
**Subject:** FW: Facebook ** Importante


Steve,


Temos um total de 22k usuários que entraram na Power.com através do Facebook. Temos 11k usuários com conta do Facebook vinculada. Um total de 33k usuários usando o Facebook na Power.com.

Diariamente temos em média 700 usuários logando na Power.com usando a conta do Facebook. E nesse mês de dezembro/08 tivemos 43k usuários que logaram com a conta do Facebook.


Baseado nesses dados devemos tirar o Facebook do ar?

Atc,


Eric


**From:** Elmo Cruz
**Sent:** sexta-feira, 26 de dezembro de 2008 12:21
**To:** Eric Santos ; Bruno Carvalho
**Cc:** Carlos Bacelar ; Carolina Fialho; Juliane Conceicao
**Subject:** RE: Facebook ** Importante


Eric,

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

POWER 2011.02.03.0000074

Os números são:

1 - Número de usuários com conta primária Facebook = 22525

2 - Numero de usuários com conta secundária Facebook (vinculada) = 11576

3 - Logins com conta primária Facebook:

25/12/2008 - 561

24/12/2008 - 999

23/12/2008 - 273

22/12/2008 - 1548

21/12/2008 - 598

20/12/2008 – 570

4 - Tivemos 43412 logins de conta primária Facebook em dezembro e 5515 em novembro

5 - Não temos essa informação


Com relação, à possibilidade de tirar apenas o login primário do Facebook, as alterações feitas não contemplam essa possibilidade. Se for adotar essa opção, precisaremos alterar o site novamente.

Com relação à divulgação, creio que deveria ter alguma mensagem na tela de login. Afinal, se o usuário só possuir facebook ele nem chegará na start page. Essa mensagem também não existe atualmente e precisaremos implementar isso.

Precisamos de definição para essas duas coisas ainda agora de manhã, ou corremos o risco de só ter isso pronto segunda-feira.


Com relação às datas, a previsão de Carlos terminar essa análise (item 1) é na segunda-feira, dia 29. Somente após isso, poderemos estimar datas para os itens 2 e 3.


Atc,

Elmo


---

**From:** Eric Santos [mailto: eric@power.com ]
**Sent:** quinta-feira, 25 de dezembro de 2008 23:48
**To:** Bruno Carvalho ; Elmo Cruz
**Cc:** Carlos Bacelar ; Carolina Fialho; Juliane Conceicao
**Subject:** Facebook ** Importante

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

POWER 2011.02.03.0000075

Bruno,

Provavelmente teremos que retirar o Facebook nos próximos dias. Steve precisa de algumas estatísticas para tomar definitivamente essa decisão, se possível consiga para ele:

1- Número de usuários com conta primária Facebook

2- Numero de usuários com conta secundária Facebook (vinculada)

3- Número de logins por dia com a conta primária do Facebook

4- Número de logins por mês com a conta primária do Facebook

5- Número médio de usuários com conta secundária Facebook que acessam a Power por dia.

Baseado nesses números o Steve estará tomando a decisão se irá tirar e quando o Facebook da Power.com. Uma possibilidade também é retirarmos só a possibilidade do usuário criar e logar com a conta primária do Facebook (ele continuará poder do vincular e navegar com o facebook vinculado).

De qualquer maneira vamos precisar passar alguma comunicação ao nosso usuário sobre a retirada do Facebook (seja ela completa ou parcial). Por favor trabalhe com Carolina Fialho nessa comunicação. Acho que podemos ter um EMAIL, NOTIFICAÇÕES NO BOX DE AJUDA ...

Elmo,

Preciso que você me confirme uma data para as seguintes atividades:

1- Analise de todos os recursos que podem ser mantidos na Power.com usando o Facebook Connect e API.

2- Novas interface para utilização do login e funcionalidades através do Facebook Connect e API. Um powerpoint que será inclusive apresentado para a equipe do Facebook.

3- Previsão de alteração do Power.com para suporte a essa nova infra-estrutura, mantendo a opção de re-ativar a infra-estrutura atual.

Abraço

Eric

Abraço

Eric

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

POWER 2011.02.03.0000076

----- Forwarded Message ----
**From:** "steve@stevevachani.com" <steve@stevevachani.com>
**To:** Eric Santos <eric.santos@powerinc.net>; bruno.carvalho@corp.power.com
**Sent:** Thursday, December 25, 2008 9:25:32 PM
**Subject:** Facebook

We need to be prepared to remove facebook by 4am on saturday rio time or 10pm california time.

I will try to speak with facebook tomorrow. Did you guys define the user experience for power with facebook connect? I would like to show the user experience to facebook and ask them for more time. I believe they will say no.

What is the status of facebook connect? Did we determine everything that is possible with facebook connect.

Lets discuss this tomorrow morning at 9am rio time if possible.

Did we define the user experience for this?
Sent via BlackBerry by AT&T

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

POWER 2011.02.03.0000077

Law Offices Of Scott A. Bursor Mail - Fw: FACEBOOK POWER EMAILS - Fw: Facebook ** Important



**Scott A. Bursor <scott@bursor.com>**

**Fw:
FACEBOOK POWER EMAILS – Fw: Facebook **
Important**
1 message

**Steven Vachani steve@stevevachani.com**  Tuesday, Nov 30, 2010 at 12:52 a.m.
To: "Scott A. Bursor" <scott@bursor.com>

----- Forwarded Message ----
From: Steven Vachani <steve@stevevachani.com>
To: Steve Vachani <steve@stevevachani.com>
Sent: Mon, November 22, 2010 12:07:59 p.m.
Subject: FACEBOOK POWER EMAILS - Fw: Facebook ** Important

----- Forwarded Message ----
From: Eric Santos <eric.santos@corp.power.com>
To: Steve Vachani <steve@stevevachani.com>; Steve Vachani <steve@corp.power.com>
Sent: Fri, December 26, 2008 2:12:32 p.m.
Subject: FW: Facebook ** Important

Steve,

We have a total of 22k users that entered into Power.com through Facebook. We have 11k users with linked Facebook accounts. A total of 33k users using Facebook on Power.com.

Daily, we have about 700 users logging onto Power.com using the Facebook account. And in the month of December '08 we had 43K users that logged in with the Facebook account.

Based on these data should we take Facebook off the air?

Regards,
Eric

**From:** Elmo Cruz

**Sent:** Friday, December 26, 2008 12:21
**To:** Eric Santos; Bruno Carvalho
**Cc:** Carlos Bacelar; Carolina Fialho; Juliane Conceicao
**Subject:** RE: Facebook ** Important

Eric,

The numbers are:

1 - Number of users with Facebook primary account = 22525

2 - Number of users with Facebook secondary account (linked) = 11576

3 - Logins with Facebook primary account:

12/25/2008 - 561
12/24/2008 - 999
12/23/2008 - 273
12/22/2008 - 1548
12/21/2008 - 598
12/20/2008 – 570

4 - We had 43412 Facebook primary account logins in December and 5515 in November.

5 - We don't have this information.

In regard to the possibility of taking only the primary login from Facebook, the changes made do not consider this possibility.

In regard to the marketing/release, I believe that it should have some message on the login screen. In the end, if the user only has Facebook it will not arrive on the start page. This message also does not currently exist, and we will need to implement this.

We need to decide on these two issues this morning, or we run the risk of having this ready only on Monday.

In regard to the dates, Carlos' plan to finish this analysis (item 1) is on Monday the 29th. Only after this will we be able to estimate dates for items 2 and 3.

Regards,
Elmo

---

**From:** Eric Santos [mailto: eric@power.com ]
**Sent:** Thursday, December 25, 2008 11:48 p.m.
**To:** Bruno Carvalho; Elmo Cruz
**Cc:** Carlos Bacelar; Carolina Fialho; Juliane Conceicao
**Subject:** Facebook ** Important

Law Offices Of Scott A. Bursor Mail - Fw: FACEBOOK POWER EMAILS - Fw: Facebook ** Important

Bruno,

We will probably have to remove Facebook in the next few days. Steve needs some statistics in order to definitively make this decision. If possible, get him this information:

1 - Number of users with Facebook primary account

2 - Number of users with Facebook secondary account (linked)

3 - Number of Logins per day with Facebook primary account

4 - Number of logins per month with Facebook primary account

5 - Average number of users that access Power per day with Facebook secondary account.

Based on these numbers, Steve will be making the decision whether and when to remove Facebook from Power.com. Another possibility is that we remove only the possibility of the user to create and login with the Facebook primary account (it will continue to be able to connect and navigate with Facebook linked).

In any event we are going to need to pass on some communication to our users about the removal from Facebook (whether it is complete or partial). Please work with Carolina Fialho on this communication. I think we can have an EMAIL, NOTIFICATIONS IN THE HELP BOX...

Elmo,

I need you to confirm a date with me for the following activities:

1 - Analysis of all of the resources that can be maintained on Power.com using Facebook Connect and API.

2 - New interface for the utilization of the login and functionalities through Facebook Connect and API. A PowerPoint that will also be presented to the Facebook team.

3 - Prediction for the change of Power.com to support this new infrastructure, maintaining the option to re-activate the current infrastructure.

Hug

Eric


Hug

Eric

Law Offices Of Scott A. Bursor Mail - Fw: FACEBOOK POWER EMAILS - Fw: Facebook ** Important

----- Forwarded Message ----
**From:** "steve@stevevachani.com" <steve@stevevachani.com>
**To:** Eric Santos <eric.santos@powerinc.net>; bruno.carvalho@corp.power.com
**Sent:** Thursday, December 25, 2008 9:25:32 p.m.
**Subject:** Facebook

We need to be prepared to remove facebook by 4 a.m. on Saturday Rio time or 10 p.m. California time.

I will try to speak with facebook tomorrow. Did you guys define the user experience for power with facebook connect? I would like to show the user experience to facebook and ask them for more time. I believe they will say no.

What is the status of facebook connect? Did we determine everything that is possible with facebook connect.

Let's discuss this tomorrow morning at 9 a.m. Rio time if possible.

Did we define the user experience for this?
Sent via BlackBerry by AT&T



**TRANSPERFECT**

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTÁ
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DÜSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Casey Dianni, hereby certify that the document:

- POWER 2011.02.03 000074-77 (AEO)

is, to the best of my knowledge and belief, a true and accurate translation from Portuguese to English.

*Casey Dianni*

Sworn to before me this
November 14, 2011

*Sarah E Mullen*
Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 20/5

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM