# EXHIBIT 13

**From:**     Eric Santos
**To:**       steve.vachani@powerinc.net
**Subject:**  Fw: pagamento da campanha 100x100x100
**Date:**     Sunday, March 29, 2009 10:24:05 PM

Steve,

We need to pay winners of 100x100x100 campaign. Not pay it, will be so bad for us.
Please get this money to pay these winners as soon possible...

Regards,

Eric

--- On **Sun, 3/29/09, Bruno Carvalho *<bruno.carvalho@corp.power.com>***
wrote:

> From: Bruno Carvalho <bruno.carvalho@corp.power.com>
> Subject: pagamento da campanha 100x100x100
> To: "Eric Santos" <eric.santos@corp.power.com>
> Date: Sunday, March 29, 2009, 7:26 PM
>
> Eric,
>
> Quando poderemos pagar os ganhadores da campanha 100x100 ... ?
>
> O prazo era ate dia 28 .. já tem gente no site indagando isso
>
> Ats
>
> Bruno

| | |
|---|---|
| **From:** | Eric Santos |
| **To:** | steve.vachani@powerinc.net |
| **Subject:** | Fw: payment of 100x100x100 campaign |
| **Date:** | Sunday, March 29, 2009 10:24:05 PM |

Steve,

We need to pay winners of 100x100x100 campaign. Not pay it, will be so bad for us.
Please get this money to pay these winners as soon possible...

Regards,

Eric

--- On **Sun, 3/29/09, Bruno Carvalho <*bruno.carvalho@corp.power.com*>**
wrote:

> From: Bruno Carvalho <bruno.carvalho@corp.power.com>
> Subject: payment of 100x100x100 campaign
> To: "Eric Santos" <eric.santos@corp.power.com>
> Date: Sunday, March 29, 2009, 7:26 PM
>
> Eric,
>
> When can we pay the winners of the 100x100 campaign...?
>
> The deadline expired on the 28th... people are already questioning this on the website
>
> Regards,
>
>
> Bruno



**TRANSPERFECT**

CERTIFICATION OF TRANSLATION

I, Matthew Orr, hereby certify that the attached Portuguese (Brazil) to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"Fw: pagamento de campanha 100x100x100"

Signature

Sworn to before me this
January 6, 2012

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2014

Stamp, Notary Public