# EXHIBIT 18

```
                                            Pages 1 - 16

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

     BEFORE THE HONORABLE JOSEPH C. SPERO, MAGISTRATE

FACEBOOK, INC.,                    )
                                   )
          Plaintiff,               )
                                   )
  VS.                              ) NO. C 08-5780 JW (JCS)
                                   )
POWER VENTURES, INC.,              )
                                   )San Francisco, California
          Defendant.               )  Friday
                                   )  February 24, 2012
_____    )  9:30 a.m.

                 TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:         Orrick, Herrington & Sutcliffe
                       1000 Marsh Road
                       Menlo Park, California  94025
                  BY:  MORVARID METANAT, ESQ.
                       MONTE COOPER ESQ.




For Defendant:         Bursor & Fisher, P.A.
                       1900 North California Boulevard
                       Suite 940
                       Walnut Creek, California 94596
                  BY:  LAWRENCE TIMOTHY FISHER, ESQ.
                       - appeared telephonically
```

Reported By:   Debra L. Pas, CSR 11916, CRR, RMR, RPR
               *Official Reporter - US District Court*
               *Computerized Transcription By Eclipse*

```
 1  the plaintiffs won't voice the time that I would give them to
 2  go into, but for the most part there still substantial issues
 3  to be resolved; isn't that right?
 4          MR. FISHER:  I think the issues are very narrow at
 5  this point and are outside the scope of the subjects listed in
 6  the 30(b)6 notice.
 7          THE COURT:  I'm sorry.  They didn't want -- I mean, I
 8  read the deposition.  They were trying to figure out how the
 9  program operated, how many times it invaded Facebook's space
10  and that sort of thing.  And the knowledge of Mr. Vachani's on
11  that subject and others on that subject, those things all seem
12  relevant to damages to me.  Aren't they?
13          MR. FISHER:  And I think he's already testified about
14  those subjects and I think the Court has already determined the
15  number of times that emails were sent.
16          THE COURT:  Number of times?  The Court made a
17  finding on number of times?
18          MR. FISHER:  That was submitted by Mr. Mehling,
19  Facebook's expert, who determined there were 60,000 emails that
20  were sent and defendants have not disputed that.
21          THE COURT:  Well, that's -- that's different.  I
22  mean, they want to say it's many more than that.  That's what
23  they know from what they got.  Now they want to do an
24  investigation that they thought they should have been able to
25  do before and say, well, that -- that's the minimum number that
```

### CERTIFICATE OF REPORTER

I, DEBRA L. PAS, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in C 08-5780 JW (JCS), FACEBOOK, INC. vs POWER VENTURES, INC. were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

/s/ Debra L. Pas

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Monday, February 27, 2012