# EXHIBIT 21

LAW OFFICES OF SCOTT A. BURSOR
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>          Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>          Defendants. | Case No. 5:08-cv-05780 JF (RS)<br><br>**DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS** |

**REQUEST FOR ADMISSION NO. 13:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU provided POWER USERS with the means to access the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU solicited FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU stored FACEBOOK USER login information, including, but not limited to, user login names, e-mail addresses OR passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admitted.

**REQUEST FOR ADMISSION NO. 16:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used the FACEBOOK WEBSITE for commercial purposes.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Denied.

/ / /

/ / /

CASE NO. 5:08-CV-05780 JF (RS)

6

**REQUEST FOR ADMISSION NO. 17:**

Admit that YOU have never entered into a formal advertising agreement with FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Objection vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU developed OR created programming scripts OR language that would provide POWER with an automated mechanism to extract data from the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

Admit that YOU copied OR made use of at least some part, excerpt, OR portion of FACEBOOK's source code to develop, test implement, use OR provide POWER's aggregating services.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

**REQUEST FOR ADMISSION NO. 20:**

Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU incorporated FACEBOOK WEBSITE content, DATA, or information into the POWER WEBSIT OR that services located thereon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

/ / /

DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO. 5:08-CV-05780 JF (RS)

7

**REQUEST FOR ADMISSION NO. 21:**

Admit that in or about December 2008, YOU agreed to access the FACEBOOK WEBSITE OR cause others to access the FACEBOOK WEBSITE through means permitted by FACEBOOK.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Admitted.

**REQUEST FOR ADMISSION NO. 22:**

Admit that after receiving notice that YOUR use of or access to FACEBOOK was not permitted by FACEBOOK, YOU took, copied, OR made use of DATA from the FACEBOOK WEBSITE without FACEBOOK'S permission to do so.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Admitted.

**REQUEST FOR ADMISSION NO. 23:**

Admit that FACEBOOK implemented technical measures to block YOU from accessing the FACEBOOK WEBSITE through the POWER WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Admitted.

**REQUEST FOR ADMISSION NO. 24:**

Admit that, in or about December 2008, FACEBOOK blocked YOUR IP address(es) from accessing the FACEBOOK WEBSITE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Objection compound, vague and ambiguous. Subject to and without waiving these objections, denied.

/   /   /

/   /   /
DEFENDANT POWER VENTURES, INC.'S RESPONSES TO FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS
CASE NO.  5:08-CV-05780 JF  (RS)

8

1  **REQUEST FOR ADMISSION NO. 36:**

2  Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used or attempted

3  to another person's FACEBOOK WEBSITE account information without authorization from

4  FACEBOOK.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

6  Objection compound, vague and ambiguous. Subject to and without waiving these

7  objections, denied.

8  **REQUEST FOR ADMISSION NO. 37:**

9  Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU used automated

10  scripts or COMPUTER CODE to collect information from, or otherwise interact with, the

11  FACEBOOK WEBSITE.

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

13  Admitted.

14  **REQUEST FOR ADMISSION NO. 38:**

15  Admit that after receiving FACEBOOK's December 1, 2008 letter, YOU uploaded, posted,

16  OR made available promotional materials OR solicitations on the FACEBOOK WEBSITE.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

18  Objection compound, vague and ambiguous. Subject to and without waiving these

19  objections, denied.

20  **REQUEST FOR ADMISSION NO. 39:**

21  Admit that on December 26, 2008, Steve Vachani sent an e-mail to Facebook stating

22  YOUR "business decision" to continue accessing or using the FACEBOOK WEBSITE without

23  implementing the Facebook Connect platform.

24  **RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

25  Objection vague and ambiguous.  Subject to and without waiving these objections, Power

26  admits that Mr. Vachani sent an email to Facebook's counsel on December 26, 2008 stating:

27      Dear Joseph,
    I am writing to follow up to our discussions regarding Power.com's
28      integration of Facebook connect, your requests for us to take down

> our current Power browser compatibility with Facebook, and your complaints regarding our users storing their Facebook login information inside the Power Browser. I hope you will pass this letter on to Sam and other appropriate parties inside of Facebook to communicate our sincere desire to diplomatically resolve our current disagreement and help you reduce these disagreements with well intentioned companies like Power.
>
> Power.com is very committed to working with Facebook and we sincerely hope that this message of diplomacy and good intention is very clear in this letter. We would like to reiterate that we have made the decision to make every diplomatic effort possible to cooperate with Facebook to integrate your Facebook Connect solution on our login page. We had originally expected that it would take us 2 weeks to complete this integration, but with the holidays and the amount of work necessary to complete this integration, we realistically don't expect have this new solution fully integrated until January 30th. After careful consideration and after previously thinking that it would better to take Facebook compatibility down while we implemented this new solution, we have made the business decision to not prevent the interruption of service to our millions of users while working closely to make these changes to address Facebook's concerns. We sincerely hope that while this is not your desired action, you will respect our reasons for doing this and keep the door open and approve Power.com inside of Facebook connect when we go live in one month. Furthermore, we would like to work with Facebook to offer our complete browser tools to users with Facebook's consent and input into the user experience.
>
> The Power.com browser provides our users value added features across their Internet experience. Like most browsers, we have little interest to cause harm to Facebook or reduce Facebook's revenues. On the contrary, we are taking proactive steps to pass all Facebook ads through to the user inside our browser. Similar to Firefox, Internet Explorer, Flock, and other browsers and browser add-ons, we provide our users a browser to navigate and continue to use their existing sites and do not in any way attempt to obstruct users from using the sites they are accustomed to using every day. Like most browsers, we do offer our users the option to either start their experience on our home page or start on their default social network.
>
> Furthermore, we are about to launch a new solution which will pass Facebook ads inside of all Facebook content which is displayed outside of Facebook. This is something we can have ready by the end of January and which we can also enable for you to offer to other development partners whose only desire is to create positive applications for Facebook users. We are committed to working with the entire industry to responsibly create a borderless web where all parties interests are respected when widgets, apps, messages, and

other content are distributed outside of Facebook or outside the host site of any other web publisher.

Power strives for complete transparency with our users by providing them explicit statements on our front page in two different places about the nature of our application, the fact that we are a value added browser with no endorsement by other sites, and we also require a user before using our service to read through and proactively accept our terms and conditions where we for the third time clarify the users consent and understanding that we are in no way affiliated with or endorsed by Facebook.

We completely understand Facebook's position to not begin any business discussions with Power.com until we have become compliant with Facebook requests. We request that you please reconsider this decision and enable us to meet with Facebook as early as possible to diplomatically resolve this issue in a way that will allow us to keep creating new applications for Facebook and also help Facebook better accommodate other innovators and application developers like Power.com who only want to enrich your user's experiences. We are working to implement this complete solution with Facebook's cooperation by January 30th and sincerely hope that you will not misinterpret this delay and our decision to not interrupt the user experience of our mutual users as our lack of desire to work together with Facebook.

If you maintain that you cannot faciliate a direct meeting, we will happily use our own contacts to start these discussions with Facebook, but it is difficult to start these discussions until after the holidays are over. We have no problem using our own contacts to get to the appropriate people at Facebook engaged in discussions in January to resolve this, but naturally prefer your assistance to speed things up.

We believe that it would be a serious strategic mistake to disrupt the experience of the millions of Power.com users while we are actively working to complete the integration of Facebook connect. We believe that this would create unnecessary attention and disruption among users, the media, and the industry around what we believe is a discussion that can be handled maturely and quietly between our companies.

I believe that Facebook understands the current challenges as Meebo and soon thousands of other sites that will connect to Facebook using open source technology solutions and other user driven solutions that are not endorsed by Facebook. We respect Facebook's objectives to create an open Internet which respects and protects users and enables developers to create new innovations to serve Facebook users. We think that it is important that we all diplomatically work together to

achieve these goals for the best interests of users. The borderless web is inevitable and we all need to work together to define the best practices for this new and exciting Internet which Facebook has already played such a pivotal role in helping create over the past years.

Power.com is very interested in sitting down with Facebook to discuss together the future of the borderless internet and work to address all of Facebook's concerns. I am willing to fly to San Francisco as early as possible to proactively present our solutions or we are happy to wait until after January 30th when we complete our integration of Facebook connect on our initial login page.

We believe that that your number one concern of protecting a users username and password will be resolved by our implementation of Facebook connect or by Facebook using an extension to Facebook connect that we would like to present to you which would allow Power and other outside developers maximum flexibility to innovate on top of Facebook while keeping the users username and password locked securely and safely outside the reach of Power.com or any other developer. We are currently supporting and helping introduce a new industry wide solution that will ensure that sites like Power.com, Meebo, eBuddy, and thousands of others will never have access or store Facebook usernames and passwords, but still have the maximum flexibility to innovate new applications on top of Facebook and all other sites on the Internet. We all share similar investors and partners and we are all striving for the same objectives.

We believe that Facebook's second concern is the potential loss of revenues when Facebook content is accessed outside of Facebook. This coming month, Power.com will be introducing a solution which will pass all Facebook advertising through with your content that is displayed outside of Facebook. We are proceeding with this without being asked in order to further demonstrate our desire to diplomatically and responsibly address the issues of distributed content inside of mashed up websites. Power.com has no interest to interfere or to prevent Facebook from receiving revenue from all its content and will go out of its way to showcase to the industry how to responsibly solve this problem. We would welcome the opportunity to work with you to define these standards together with the leading sites on the web and introduce these standards together to the industry and inside of Facebook connect.

Finally, as a browser, most of our users experience is actually inside of Facebook and other destination sites and we do not in any way prevent users from viewing the entire Facebook experience with all ads and revenues streams intact.

> While we understand your current requests to take down the current Facebook compatibility with the Power Browser today, we strongly believe that it is a mistake to disrupt the user experience of our millions of users and create attention around our private discussions.
>
> Unlike some other sites that you are dealing with that may truly be causing harm to Facebook, Power.com's only goal is to enable new applications which enhance Facebook's users experience inside your site.
>
> Therefore, we diplomatically request that you please grant us an extension until January 30th to work to achieve compliance with Facebook's request and to have time to diplomatically sit down with Facebook to present solutions that will assist you in dealing with these core issues not only with Power.com, but with the hundreds of other well intentioned developers who are only looking to create new innovations for Facebook, but who do not yet have the flexibility from Facebook to support their innovations. The floodgates are about to open and we would love to work proactively to solve these challenges together.
>
> We sincerely hope you respect our decision on this and look forward to building a healthy and diplomatic dialogue with Facebook to address your true concerns of protecting your users. And we apologize for the lack of clarity on our position until today and for any confusion we may have created from this lack of clarity. Facebook's initial strong reaction did catch us off guard and after careful consideration, we have crafted this letter to make clear our position and desire and commitment to work together.
>
> Best Regards,
>
> Steve Vachani
>
> CEO, Power.com

**REQUEST FOR ADMISSION NO. 40:**

Admit that on December 15, 2008, YOU received an e-mail from FACEBOOK's legal counsel indicating that FACEBOOK had implemented "technical measures to limit the interaction between Power.com and its network." Dkt. No. 56 at Ex. A.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Admitted.

/ / /

/ / /

1    **REQUEST FOR ADMISSION NO. 41:**

2    Admit that, between January 1, 2008 and present date, YOU displayed the FACEBOOK

3    name OR logo on the POWER WEBSITE.

4    **RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

5    Objection compound vague and ambiguous.  Subject to and without waiving these

6    objections, Power admits that it used the word Facebook on its website.

7    **REQUEST FOR ADMISSION NO. 42:**

8    Admit that on or before December 26, 2008, YOU began a "Launch Promotion" that

9    promised POWER USERS the chance to win one hundred dollars if they successfully invited AND

10   signed up new POWER USERS.

11   **RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

12   Admitted.

13   **REQUEST FOR ADMISSION NO. 43:**

14   Admit that as part of the "Launch Promotion" described in Request for Admission No. 42,

15   YOU provided POWER USERS with a list of their FACEBOOK friends that might be solicited to

16   take part in the "Launch Promotion."

17   **RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

18   Admitted.

19   **REQUEST FOR ADMISSION NO. 44:**

20   Admit that as part of the "Launch Promotion" described in Request for Admission No. 42,

21   YOU requested that POWER USERS' select which of their FACEBOOK friends should receive an

22   invitation to the "Launch Promotion" event.

23   **RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

24   Admitted.

25   **REQUEST FOR ADMISSION NO. 45:**

26   Admit that as part of the "Launch Promotion" described in Request for Admission No. 42,

27   YOU created a FACEBOOK event titled, "Bring 100 friends and win 100 bucks!" scheduled for

28   March 20, 2009 at 1 a.m.

**REQUEST FOR ADMISSION NO. 50:**

Admit that the "Launch Promotion" invitation described in Paragraphs 65 through 70 of Facebook's First Amended Complaint against YOU (Dkt. No. 9) does not contain a valid e-mail address, by which recipients of the invitation could contact YOU.

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Admitted.

**REQUEST FOR ADMISSION NO. 51:**

Admit that between January 1, 2008 and present date, YOU stored, saved, or otherwise retained FACEBOOK user log-in information, such as user names and/or passwords.

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Admitted.

**REQUEST FOR ADMISSION NO. 52:**

Admit that in an e-mail dated December 12, 2008, 1:24 p.m., YOU wrote that YOU "will delete any Facebook friend information we currently have."

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Admitted.

**REQUEST FOR ADMISSION NO. 53:**

Admit that in an e-mail dated December 15, 2008, 5:01 p.m., FACEBOOK, by and through its counsel, wrote to YOU: "Meanwhile as you may know, Facebook has taken technical measure to limit the interaction between Power.com and its network at this time. In order to fully initialize your integrated Facebook Connect status, and to lift those technical measures, Facebook requires written confirmation of the following: 1. That Power has purged and destroyed all data that it obtained from the Facebook network or from Facebook users prior to implementation of Facebook Connect including all login information and/or any other data obtained or scraped from Facebook's website."

**RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Admitted.

/   /   /

1  **REQUEST FOR ADMISSION NO. 54:**

2  Admit that, between December 1, 2008 and February 1, 2008, YOU did not delete the

3  "Facebook friend information" in YOUR possession.

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

5  Admitted.

6  **REQUEST FOR ADMISSION NO. 55:**

7  Admit that, to present date, you have not deleted, purged or destroyed all data that YOU

8  obtained from the FACEBOOK network.

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

10  Admitted.

11  **REQUEST FOR ADMISSION NO. 56:**

12  Admit that, to present date, you have not deleted, purged or destroyed all FACEBOOK

13  login information obtained from POWER users, including, but not limited to, FACEBOOK user

14  names and/or passwords.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

16  Admitted.

17  Dated:  December 15, 2010                    BRAMSON, PLUTZIK, MAHLER &
18                                               BIRKHAEUSER, LLP

19
20                                               By_____/s/_____
                                                        L. Timothy Fisher

21                                               Alan R. Plutzik (State Bar No. 77785)
                                                 L. Timothy Fisher (State Bar No. 191626)
22                                               2125 Oak Grove Road, Suite 120
                                                 Walnut Creek, CA  94598
23                                               Telephone:  (925) 945-0200
                                                 Facsimile:  (925) 945-8792
24
                                                 LAW OFFICES OF SCOTT A. BURSOR
25                                               Scott A. Bursor (*pro hac vice*)
                                                 369 Lexington Avenue, 10th Floor
26                                               New York, NY  10017-6531
                                                 Telephone:  (212) 989-9113
27                                               Facsimile:   (212) 989-9163

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        Attorneys for Defendants Power
                                        Ventures, Inc. and Steve Vachani