# EXHIBIT 26

| | |
|---|---|
| **From:** | Danilo Delgado |
| **To:** | Danilo Delgado; Eric Santos; Elmo Cruz |
| **Cc:** | Juliane Conceicao |
| **Subject:** | RES: Bloqueio de IPs [se preparar] |
| **Date:** | Tuesday, December 16, 2008 11:14:33 AM |

Pessoal,

Alterei a PowerNetwork para se adequar a esse requisito, agora podemos configurar uma lista de proxy por rede.

Isso esta funcionando para as navegações e ações associadas ao site, ex: deletar recados, enviar recados simples, etc; apenas o async que ainda não esta funcionando.

As dlls já foram comitadas e os bancos alterados tanto em produção como local.

Qualquer duvida estou a disposição.

Atc,
Danilo Delgado

**De:** Danilo Delgado
**Enviado:** segunda-feira, 15 de dezembro de 2008 17:18
**Para:** Eric Santos; Elmo Cruz
**Cc:** Juliane Conceicao
**Assunto:** RES: Bloqueio de IPs [se preparar]

Eric / Elmo,

Atualmente o wwHTTP pode ser utilizado para trabalhar com ProxyLocal, Squid(Proxy Externo) e PowerProxy, entretanto essas configurações são globais, não estão implementados para cada powersite utilizar de forma independente.

Posso mudar algo na PowerNetwork para se adequar a esses requisitos.

Não aconselho o uso do PowerProxy, pois aumenta muito a taxa de erro e a performance cai razoavelmente, se for para usar Proxy aconselho o uso do squid.

Atc,
Danilo Delgado

**De:** Eric Santos
**Enviado:** segunda-feira, 15 de dezembro de 2008 15:43
**Para:** Elmo Cruz; Danilo Delgado
**Cc:** Juliane Conceicao
**Assunto:** Bloqueio de IPs [se preparar]



Oi Danilo,

Provavelmente nas próximas semanas começaremos ser bloqueados por Facebook /Hi5/MySpace. Precisamos ter a nossa estrutura pronta para desviar dos bloqueios quando os mesmos começarem. Como está a nossa estrutura para isso?

Elmo, por favor configure a Power.com para utilizar outro servidores de proxies somente em


alguns powersites. Por exemplo: Orkut usando Proxy local, Facebook usando Squid da Amazon, MySpace usando PowerProxy distribuído. Temos que priorizar essa atividade também.

Abraço

Eric

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.9.18/1849 - Release Date: 15/12/2008 09:01
No virus found in this outgoing message. Checked by AVG. Version: 7.5.552 / Virus Database: 270.9.18/1849 - Release Date: 15/12/2008 09:01