# EXHIBIT 27

| | |
|---|---|
| **From:** | Eric Santos |
| **To:** | SteveVachani |
| **Subject:** | FWD: Bloqueio do Orkut |
| **Date:** | Friday, April 24, 2009 8:38:32 AM |
| **Attachments:** | Bloqueio do Orkut.msg |

Steve
O orkut está bloqueando nossos ips... Estamos configurando proxies da amazon.
Abraço

--- mensagem original ---
De: "Juliane Conceicao" <juliane.conceicao@corp.power.com>
Assunto: Bloqueio do Orkut
Data: 24 de Abril de 2009
Hora: 11:1:50

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00434

| | |
|---|---|
| **From:** | Eric Santos |
| **To:** | SteveVachani |
| **Subject:** | FWD: Orkut Blocking |
| **Date:** | Friday, April 24, 2009 8:38:32 a.m. |
| **Attachments:** | Orkut Blocking.msg |

Steve
Orkut is blocking our IPs... We're configuring proxies from Amazon.
Regards,

--- original message ---
From: "Juliane Conceicao" <juliane.conceicao@corp.power.com>
Subject: Orkut blocking
Date: April 24, 2009
Time: 11:01:50 a.m.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00435



CERTIFICATION OF TRANSLATION

I, Lauren M. Lee, hereby certify that the attached Portuguese to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"FWD: Bloqueio do Orkut"

Lauren M. Lee

Sworn to before me this
12th day of January, 2012

Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 20__

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00436