# EXHIBIT 28

**From:** Juliane Conceicao
**To:** Eric Santos; Steve Vachani; Bruno Carvalho
**Subject:** Bloqueio do Orkut
**Date:** Friday, April 24, 2009 7:01:50 AM

Caros,

Informo que o Orkut bloqueou os IP da Power. Estamos trabalhando para colocar o Proxy pela Amazon.

Att.
Juliane

Nenhum vírus encontrado nessa mensagem recebida.
Verificado por AVG - www.avgbrasil.com.br
Versao: 8.5.287 / Banco de dados de vírus: 270.12.4/2077 - Data de Lançamento: 04/24/09 07:54:00

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00437

| | |
|---|---|
| **From:** | Juliane Conceicao |
| **To:** | Eric Santos; Steve Vachani; Bruno Carvalho |
| **Subject:** | Blocked by Orkut |
| **Date:** | Friday, April 24, 2009 7:01:50 a.m. |

Dear All,

I am informing you that Orkut has blocked Power's IPs. We're working on setting up a Proxy via Amazon.

Regards,
Juliane

No virus was found in this message received.
Verified by AVG - www.avgbrasil.com.br
Version: 8.5.287 / Virus Database: 270.12.4/2077 – Launch Date: 04/24/09 07:54:00 a.m.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00438


TRANSPERFECT

## CERTIFICATION OF TRANSLATION

I, Lauren M. Lee, hereby certify that the attached Portuguese to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"Bloqueio do Orkut"

Lauren M. Lee

Sworn to before me this
12th day of January, 2012

Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00439