# EXHIBIT 29

| | |
|---|---|
| **From:** | Eric Santos |
| **To:** | steve@stevevachani.com |
| **Subject:** | Re: biggest problem about power.com in the usa is that is doesn"t really work yet |
| **Date:** | Tuesday, December 02, 2008 1:52:38 AM |

Realmente eles não podem fazer nada judicialmente contra a gente.
Vou me preparar já para um possível bloqueio por parte do Facebook.

Atc,

Eric

---

**From:** "steve@stevevachani.com" <steve@stevevachani.com>
**To:** Eric Santos <eric.santos@powerinc.net>
**Sent:** Tuesday, December 2, 2008 12:24:17 AM
**Subject:** biggest problem about power.com in the usa is that is doesn't really work yet

Eric,

my biggest problem with Power.com is that it still has some major problems. The aggregation still has some bugs. People don't really see their messages aggregated by date for all sites. They don't really see their feeds aggregated by date or birthdays. it is not really working. A lot of times, it still doesn't come up. We really need to solve this quickly.

Second, we really need to add Facebook private mail and Myspace private mail, and Hi5 private mail, Twitter, and Linkedin.

We need to get these bugsour and make it quicker.

USA users really won't find a need until we have private mail. And after we add Linkedin and Twitter, this will really be good. After we add Yahoo, will be even better.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00499

**From:** Eric Santos
**To:** steve@stevevachani.com
**Subject:** Re: biggest problem about power.com in the usa is that is doesn't really work yet
**Date:** Tuesday, December 02, 2008 1:52:38 a.m.

There's really nothing that they can legally do against us.
I'll prepare myself for a possible block by Facebook.

Regards,

Eric

---

**From:** "steve@stevevachani.com" <steve@stevevachani.com>
**To:** Eric Santos <eric.santos@powerinc.net>
**Sent:** Tuesday, December 2, 2008 12:24:17 a.m.
**Subject:** biggest problem about power.com in the usa is that is doesn't really work yet

Eric,

my biggest problem with Power.com is that it still has some major problems. The aggregation still has some bugs. People don't really see their messages aggregated by date for all sites. They don't really see their feeds aggregated by date or birthdays. it is not really working. A lot of times, it still doesn't come up. We really need to solve this quickly.

Second, we really need to add Facebook private mail and Myspace private mail, and Hi5 private mail, Twitter, and Linkedin.

We need to get these bugsour and make it quicker.

USA users really won't find a need until we have private mail. And after we add Linkedin and Twitter, this will really be good. After we add Yahoo, will be even better.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00500


TRANSPERFECT

CERTIFICATION OF TRANSLATION

I, Lauren M. Lee, hereby certify that the attached Portuguese to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"Re: biggest problem about power.com in the usa is that is doesn"t really work yet"

_____
Lauren M. Lee

Sworn to before me this
12th day of January, 2012

_____
Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015
Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00501