# EXHIBIT 30

| | |
|---|---|
| From: | joe.shapiro@ushow.com |
| To: | steve@stevevachani.com; Eric Santos; Eric Santos |
| Cc: | steve@power.com; gloria@power.com |
| Subject: | Re: UShow & Power |
| Date: | Friday, December 12, 2008 2:22:49 PM |

Steve, look forward to speaking.

Gloria, I am avail. before 3pm on tues to speak with Steve.

- Joe

Sent via BlackBerry by AT&T

---

**From**: steve@stevevachani.com
**Date**: Fri, 12 Dec 2008 13:28:38 -0800 (PST)
**To**: Eric Santos<eric.santos@corp.power.com>; Eric Santos<eric@power.com>; <joe.shapiro@ushow.com>
**Subject**: Re: UShow & Power

apologize that I am just between meetings.

Gloria, can you arrange a time for Joe and I to either chat by phone or meeting person on Tuesday evening around 7pm in San Francisco or by phone.

Thanks,
Steve

--- On **Fri, 12/12/08, joe.shapiro@ushow.com <joe.shapiro@ushow.com>** wrote:

> From: joe.shapiro@ushow.com <joe.shapiro@ushow.com>
> Subject: Re: UShow & Power
> To: "Eric Santos" <eric.santos@corp.power.com>, "Eric Santos" <eric@power.com>
> Cc: "SteveVachani" <steve@stevevachani.com>, "steve@power.com" <steve@power.com>
> Date: Friday, December 12, 2008, 1:27 PM
>
> Eric,
>
> To clarify:
>
> 1. Have any social networks tried to block you or any other websites you know of?
>
> 2. Did your subnet of proxy servers strategy solve this issue with the social networks (in the short term)? Another strategy could be to use javascript to maintain user's ip address.
>
> 3. Why do you feel that, if you have many users from facebook or myspace, these social networks won't execute their terms of use?

EXHIBIT
198
Power Ventures
30(b)(6) Vachani


Highly value your perspective Eric.

- Joe
Sent via BlackBerry by AT&T

**From:** Eric Santos
**Date:** Fri, 12 Dec 2008 18:37:04 -0200
**To:** Joe Shapiro<joe.shapiro@ushow.com>; Eric Santos<eric@power.com>
**Subject:** RE: UShow & Power

Hi Joe,

If you have a high traffic, probably these social network◆s firewalls are going to block your access [like delay server response or denied some service]. You should put more ips in your proxy server. We created in our network a subnet only for proxy servers. Generally some social networks◆s terms have a clause to forbidden theirs users to use external tools not affiliated. Really, if you have a many users of one social networks is unprobably that one social network are going to execute this clause.

Regards,

Eric

---

**From:** Joe Shapiro [mailto:joseph.e.shapiro@gmail.com] **On Behalf Of** Joe Shapiro
**Sent:** sexta-feira, 12 de dezembro de 2008 04:05
**To:** Eric Santos ; Eric Santos
**Cc:** SteveVachani ; steve@power.com
**Subject:** Re: UShow & Power

Eric,

First, thank you for your prompt response and willingness to speak.

Steven, nice to meet you. I am impressed with the product you and Eric have built. It would be great to meet in person and give you a demo of uShow once we enter Alpha. We're a team of serial startup entrepreneurs all based in Palo Alto who've raised a seed round and are excited to release our online video innovation.

Regarding the previous email questions:

Once uShow is in private beta, I will provide a guest account for you.

Your experience with winning user trust through value-added utility is what I've heard from others and what I assumed would be the case. We will likely implement a similar strategy. Regarding this strategy:

1. Do the social networks see a whole group of users with the same ip address (power.com) and get curious? Do they care?

2. Do you know if any of the social networks Terms of Use prohibit this strategy?

- Joe

----

Joe Shapiro

c. (408) 368-5353

On Dec 11, 2008, at 8:56 PM, Eric Santos wrote:

Hi Joe,

It is a pleasure to share my experience with you. I'd like to know more about your project, if possible please create one guest account for me.

We don't have problem with users. They like us. When users want something useful (like a aggregated page with all messages of all social sites), they give all credentials to get it. No problem with user privacy.

About the second question, this subject is more complicated. We don't know exactly

what theses social site will do, because we was testing more than one year our technology in steath-mode over only Orkut. Based in this experience, i believe that Orkut didn't see Power like a enemy.

I am coping Steven Vachani, our CEO. He is in San Francisco, probably you can show more about your project with him.

Best Regards,

Eric

CTO Power.com

+55 21 76740494

--- On **Thu, 12/11/08, joe.shapiro@ushow.com <*joe.shapiro@ushow.com*>** wrote:

> From: joe.shapiro@ushow.com <joe.shapiro@ushow.com>
> Subject: Formulário de Contato
> To: eric@ericsantos.net
> Date: Thursday, December 11, 2008, 11:19 PM
>
> **Nome:** joe shapiro
> **Telefone(s):** 408 368 5353
> **Assunto:** Interested in your experience at power.com
>
> **Mensagem:**
> Greetings Eric, I identified you on LinkedIn as the founder of Power.com. Impressed with your work - Nice to meet you. As background, I am Founder, CEO of uShow, an online video startup in Palo Alto. uShow is currently in stealth-mode and preparing to enter Alpha with an exciting new video sharing service. I wanted to contact you because we are considering implementing a similar registration system as you, in which users provide us their social network login information, and in exchange, we sync our service with their networks. This approach presents a more seamless user-experience but presents some risks a) user concern about privacy may prevent them from providing this info and b) Im not sure how facebook and myspace react. I'd like to discuss these issues with you and see what you have experienced in the market. I can also provide some info on our integration with sites like Twitter - which you may be thinking about. Is there a time we can chat, skype, or email about this. Thanks for your interest, help, time Eric. -Joe