# EXHIBIT 36

**From:** Steven Vachani
**To:** steve@stevevachani.com
**Subject:** Fw: update?
**Date:** Saturday, November 05, 2011 11:31:08 AM

----- Forwarded Message -----
**From:** Eric Santos <eric@ericsantos.net>
**To:** Steven Vachani <vachani@yahoo.com>
**Sent:** Sunday, April 24, 2011 9:12 PM
**Subject:** Re: update?

Acredito que o site funciona sem os dois serviços, ambos são plugáveis.

Abs

Eric


2011/4/17 Steven Vachani <vachani@yahoo.com>
> We are backing everything at power. We might lose power logger and power friends. Is this okay?
> Sent from my iPod
>
> Begin forwarded message:
>
>> **From:** Ghostday <ghostday@gmail.com>
>> **Date:** April 17, 2011 13:23:39 CDT
>> **To:** Andre Fernandes <andrefernandesba@gmail.com>
>> **Cc:** Steven Vachani <vachani@yahoo.com>, Steven Vachani <steve@stevevachani.com>
>> **Subject: Re: update?**
>>
>> O powerLogger serve para logar o acesso ao site e a links especificos, por exemplo saber quantas pessoas clicaram num determinado link na navbar, ou algum botão que deseje saber. O powerfriends é a base da app do orkut PowerFriends, tem os usuarios do powerfriends com suas informações salvas.
>>
>> Em 17 de abril de 2011 14:51, Andre Fernandes <andrefernandesba@gmail.com> escreveu:
>>> São grandes, demora mais de 1 semana para terminar. Mas é possível levantar o site sem eles. Leandro, por favor explique ao Steve a utilidade desses dois bancos de dados.
>>>
>>>
>>> Em 17 de abril de 2011 14:49, Steven Vachani <vachani@yahoo.com> escreveu:



Quandong vice Achaemenid que vai terminal esse dois archives?

Sent from my iPod

On Apr 17, 2011, at 12:21, Andre Fernandes <andrefernandesba@gmail.com> wrote:

> Steve,
>
> Apenas dois arquivos não foram copiados ainda. Os arquivos são dois bancos de dados: Logger e Powerfriends. Eles são muito grandes, 185GB é o tamanho do Logger e 110GB é o tamnho do banco de dados Powerfriends. Perguntei a Leandro e ele disse que o site pode funcionar sem esses dois. Está copiando, mas vai demorar muitos dias ainda.
>
> André
>
>
> 2011/4/17 <steve@stevevachani.com>
>
>> Will we finish everything by tomorrow. IWEB will shut everything off permanently on Monday early morning. We need to have the complete backup finished by Sunday late night.
>>
>> Thanks,
>> Steve

| | |
|---|---|
| **From:** | Steven Vachani |
| **To:** | steve@stevevachani.com |
| **Subject:** | Fw: update? |
| **Date:** | Saturday, November 05, 2011 11:31:08 AM |

----- Forwarded Message -----
**From:** Eric Santos <eric@ericsantos.net>
**To:** Steven Vachani <vachani@yahoo.com>
**Sent:** Sunday, April 24, 2011 9:12 PM
**Subject:** Re: update?

I think the website will run without the two services, both are plug-ins.

Regards,

Eric


2011/4/17 Steven Vachani <vachani@yahoo.com>
> We are backing everything at power. We might lose power logger and power friends. Is
> this okay?
> Sent from my iPod
>
> Begin forwarded message:
>
>
>> **From:** Ghostday <ghostday@gmail.com>
>> **Date:** April 17, 2011 13:23:39 CDT
>> **To:** Andre Fernandes <andrefernandesba@gmail.com>
>> **Cc:** Steven Vachani <vachani@yahoo.com>, Steven Vachani
>> <steve@stevevachani.com>
>> **Subject: Re: update?**
>>
>> The purpose of [P]owerLogger is to log access to the website and to specific links, for
>> example to find out how many people clicked on a given link in the navbar, or
>> any button you want to know about. PowerFriends is the basis of the Orkut app
>> Powerfriends, it contains PowerFriends users with their saved information.
>>
>> On April 17 2011 2:51:00 PM, Andre Fernandes
>> <andrefernandesba@gmail.com> wrote:
>> They are large, it will take more than 1 week to finish. But it is possible
>> to get the website up and running without them. Leandro, please explain the use
>> of these two databases to Steve.
>>
>>
>>
>>
>> On April 17 2011 2:49:00 PM, Steven Vachani <vachani@yahoo.com>
>> wrote:

When do you think [sic: corrected translation] you will finish these two files?

Sent from my iPod

On Apr 17, 2011, at 12:21, Andre Fernandes <andrefernandesba@gmail.com> wrote:

Steve,

Only two files have not yet been copied. The files are two databases: Logger and PowerFriends. They are very large. 185GB is the size of Logger and 110GB is the size of the PowerFriends database. I asked Leandro and he said that the website can run without these two. They are being copied, but it will take quite a few more days.

André

2011/4/17 <steve@stevevachani.com>

Will we finish everything by tomorrow. IWEB will shut everything off permanently on Monday early morning. We need to have the complete backup finished by Sunday late night.

Thanks,
Steve


TRANSPERFECT

CERTIFICATION OF TRANSLATION

I, Matthew Orr, hereby certify that the attached Portuguese (Brazil) to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"Fw: update?"

Signature

Sworn to before me this
January 6, 2012

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4, 2014

Stamp, Notary Public

THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM