1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (STATE BAR NO. 211857)
   tsutton@orrick.com
4  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
7  Facsimile:    +1-650-614-7401

8  Attorneys for Plaintiff
   FACEBOOK, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14 | FACEBOOK, INC.,                              | Case No.  5:08-cv-05780 JW (HRL)
15 |                 Plaintiff,                   | **PROOF OF SERVICE VIA ELECTRONIC MAIL**
16 |       v.
17 | POWER VENTURES, INC. a Cayman Island
   | Corporation; STEVE VACHANI, an
18 | individual; DOE 1, d/b/a POWER.COM,
   | DOES 2-25, inclusive,
19 |
   |                 Defendants.
20

# DECLARATION OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On April 17, 2012, I served the within document(s):

1. **FACEBOOK, INC.'S SUPPLEMENTAL BRIEF REGARDING DAMAGES AND LIABILITY OF DEFENDANT STEVE VACHANI [CONFIDENTIAL FILED UNDER SEAL];**

2. **EXHIBIT 25 TO: DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK, INC.'S SUPPLEMENTAL BRIEF REGARDING DAMAGES AND LIABILITY OF DEFENDANT STEVE VACHANI [CONFIDENTIAL FILED UNDER SEAL].**

| X | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 12:00 Midnight on April 17, 2012. |
|---|---|

### COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI

**Scott A. Bursor, Esq.** *(admitted pro hac vice)*
scott@bursor.com
**BURSOR & FISHER, P.A.**
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-989-9113
Fax: 212-989-9163

**L. Timothy Fisher, Esq.**
ltfisher@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: 925-300-4455
Fax: 925-407-2700

**Alan R. Plutzik, Esq.**
aplutzik@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: 925-300-4455
Fax: 925-407-2700

I am readily familiar with my firm's practice for collection and processing of correspondence for electronically transmitting, overnight delivery and/or mailing in the United States, to wit, that correspondence be electronically transmitted, and deposited with the Overnight Courier and/or United States Postal Service this same day in the ordinary course of business.

Executed on April 17, 2012 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian

# Mudurian, Karen N.

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Tuesday, April 17, 2012 12:19 PM |
| **To:** | scott@bursor.com; ltfisher@bursor.com; aplutzik@bramsonplutzik.com |
| **Subject:** | [CONFIDENTIAL] Service - Case 5:08-cv-05780-JW Facebook, Inc. v. Power Ventures, Inc. Document E-Filed Under Seal |
| **Attachments:** | 2012.04.17 [FB] Proof of Service.pdf; 2012.03.30 [FB] Cooper Decl ISO Supp Brief re Damages, Ex. 25 (FB CONF).pdf; 2012.03.30 [FB] Supp Brief re Damages (Conf).pdf |

Dear Counsel,

Attached please find Plaintiff Facebook, Inc.'s below listed documents efiled Under Seal today regarding the above referenced matter.

1. Facebook, Inc.'s Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani [Confidential];
2. <u>EXHIBIT 25 TO</u>: Declaration of Monte Cooper In Support of Facebook, Inc.'s Supplemental Brief Regarding Damages and Liability of Defendant Steve Vachani [Confidential] .

Sincerely,



ORRICK

**KAREN MUDURIAN**
*Assistant to*
*I. Neel Chatterjee, Theresa A. Sutton, Daniel J. Weinberg and Morvarid Metanat*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 MARSH ROAD
MENLO PARK, CA 94025

*tel* 650-614-7396
*fax* 650-614-7401
kmudurian@orrick.com

www.orrick.com