BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, <br><br> Defendants. | Case No. 5:08-CV-05780 JW <br><br> **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI** <br><br> Honorable Chief Judge James Ware <br><br> Date: July 9, 2012 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 9, 19th Floor |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on July 9, 2012, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable James Ware, United States District Judge, Courtroom 9, 19th Floor of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California 94102, Bursor and Fisher, P.A., shall and hereby does respectfully seek leave of this Court, pursuant to Local Rule 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700, to withdraw as counsel for Defendants Power Ventures, Inc. and Steve Vachani.

Pursuant to Local Rule 11-5, Bursor & Fisher, P.A. hereby notifies the parties and the Court of its intent to withdraw as counsel for Defendants. Bursor & Fisher, P.A. states the following grounds for this notice and motion: (1) Defendants Power Ventures, Inc. and Steve Vachani have not paid counsel's outstanding invoices.

The motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of L. Timothy Fisher, all documents on file in this action, and any oral arguments the court may entertain.

Dated: June 4, 2012                          BURSOR & FISHER, P.A

By:            */s/ L. Timothy Fisher*
                    L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI
CASE NO. 5:08-CV-05780 JW

i

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     INTRODUCTION**

Bursor & Fisher, P.A. ("Counsel") seeks to withdraw as counsel for defendants Power Ventures, Inc., and Steve Vachani (collectively "Defendants") because Counsel's outstanding invoices have gone unpaid.  This reason is an enumerated ground for withdrawing as counsel under California statutory law.  Counsel's withdrawal will cause no harm to Defendants, as summary judgment has already been granted in favor of Plaintiff Facebook, Inc. ("Facebook").  Furthermore, Counsel's withdrawal will not unduly delay resolution of the case, as all issues related to damages have been fully briefed.  Finally, Counsel has complied with all local rules relevant to withdrawing as counsel and has filed this Motion as soon as practicable upon learning the facts giving rise to it and conferring with Plaintiff's counsel.  Counsel, therefore, respectfully requests that the Court grant their Motion to Withdraw.

**II.    DEFENDANTS' INABILITY TO PAY THEIR ATTORNEYS' FEES WARRANT COUNSEL'S WITHDRAWAL**

Under this District's Local Rules, "Counsel may not withdraw from an action until relieved by order of the Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." N.D. Cal. L. R. 11-5(a); *Ortega v. Giammalvo*, 2010 WL 3489396 at *1 (N.D. Cal. Sept. 2, 2010).  In making their determination, courts will typically look to "applicable state rules to determine whether adequate grounds exist to excuse counsel from further representation." *Board of Trustees v. Harrison,* 2010 WL 1753275 at *1 (N.D. Cal. Apr. 22, 2011).  The California Rules of Professional Conduct provide that an attorney may withdraw as counsel under California law if the client: (1) "renders it unreasonably difficult for the member to carry out the employment effectively," or (2) "breaches an agreement or obligation to the member as to expenses or fees." Cal. Rules of Professional Conduct, Rules 3-700(C)(1)(d) and (C)(1)(f).

The decision to grant or deny counsel's motion to withdraw is within the discretion of the trial court, however there are four factors courts often weigh in exercising that discretion: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal

will delay the resolution of the case." *Nedbank Int'l., Ltd. v. Xero Mobile, Inc.,* 2008 WL 4814706 at *1 (C.D. Cal. Oct. 30, 2008)

In this case, all four factors support granting Counsel's Motion. First, Counsel's reason for withdrawal is supported by California law. *See* Cal. Rules of Professional Conduct, Rule 3-700(C)(1)(f). Defendants have failed to pay Counsel's outstanding invoices for over one year. Fisher Decl. ¶ 2-3. Refusal to pay Counsel's fees by itself warrants withdrawal. *See Board of Trustees v. Harrison,* 2011 WL 1753275 at *1 ("Defendants' lack of cooperation and refusal to pay counsel constitutes good cause for withdrawal.")

Second, Plaintiff will suffer no prejudice as a result of Counsel's withdrawal. Plaintiff's counsel was notified of this Motion, and expressed no opposition. Fisher Decl. ¶ 4. Plaintiff's non-opposition to this motion shows that there will be no harm to its interests.

Third, the withdrawal will cause no harm to the administration of justice. Summary judgment has already been granted in favor of Plaintiff, and the issues regarding damages have been fully briefed pursuant to the Court's request. Additionally, Counsel has complied with all local rules relevant to withdrawing as counsel, and has met and conferred with both the client and Plaintiff's counsel. *Id.* ¶ 2-3, 6.

Fourth, and finally, withdrawal will not delay resolution of the case, as the case has already been resolved. All legal issues have been decided, with summary judgment having been granted in favor of Plaintiff. The issue of damages has been fully briefed, with no further action required on the part of Counsel. Furthermore, Counsel filed this Motion as soon as practicable upon learning the facts giving rise to it. Fisher Decl. ¶ 5.

## III.  CONCLUSION

For the foregoing reasons, and for good cause shown, Counsel respectfully requests that the Court grant its Motion to Withdraw as Counsel.

/

/

/

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI
CASE NO. 5:08-CV-05780 JW

2

1  Dated:  June 4, 2012 BURSOR & FISHER, P.A

3 By: */s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone:  (925) 300-4455
Facsimile:   (925) 407-2700
E-Mail:  ltfisher@bursor.com

*Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani*

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI
CASE NO. 5:08-CV-05780 JW

3