[PROPOSED] ORDER GRANTING BURSOR & FISHER, P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                                    Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                                    Defendants. | Case No. 5:08-CV-05780 JW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI**<br><br>Honorable Chief Judge James Ware<br><br>Date:  July 9, 2012<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 9, 19th Floor |

1  This matter came before the Honorable James Ware upon Bursor & Fisher, P.A.'s Motion
2  to Withdraw as Counsel. The Court, having carefully considered the motion, all other papers filed
3  in connection therewith, and all other pertinent documents and pleadings filed in this action, and
4  for good cause appearing,
5  **IT IS HEREBY ORDERED** that Bursor & Fisher, P.A.'s Motion to Withdraw as Counsel
6  for Defendants Power Ventures, Inc. and Steve Vachani is **GRANTED.**
7  **IT IS SO ORDERED.**

DATED: _____  _____
                                              Hon. Chief Judge James Ware
                                              United States District Judge