BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>Defendants. | Case No. 5:08-CV-05780 JW<br><br>**REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI**<br><br>Honorable Chief Judge James Ware<br><br>Date:    July 9, 2012<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 9, 19th Floor |

REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI
CASE NO. 5:08-CV-05780 JW

On June 4, 2012, Bursor & Fisher, P.A. moved to withdraw as counsel for defendants Power Ventures, Inc., and Steve Vachani (collectively "Defendants"). Dkt. No. 302. On June 11, 2012, Bramson, Plutzik, Mahler & Birkhaeuser, LLP, co-counsel for Defendants, joined in Bursor & Fisher, P.A.'s motion to withdraw as counsel. Dkt No. 303.

Defendants' counsel has complied with all local rules related to a motion to withdraw as counsel.

The deadline for any opposition to the motion of Defendants' counsel was June 18, 2012. No opposition was filed. Defendants' counsel therefore requests that the Court grant the motion to withdraw without a hearing.

Dated:  June 25, 2012                           BURSOR & FISHER, P.A


By:     */s/ L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone:  (925) 300-4455
Facsimile:   (925) 407-2700
E-Mail:  ltfisher@bursor.com

*Attorneys for Defendants Power
Ventures, Inc. and Steve Vachani*