BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
   swestcot@bursor.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> -against- <br><br> POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, <br><br> Defendants. | Case No. 5:08-CV-05780 JW <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 5:08-CV-05780 JW

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd., Suite 940, Walnut Creek, CA 94596. On June 25, 2012, I served the within document:

**REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS POWER VENTURES, INC. AND STEVE VACHANI**

☒ by e-mail transmission on that date. Based on an agreement of the parties to accept service by email or electronic transmission, these documents were transmitted via e-mail to the following e-mail address as set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Steve Vachani
steve@stevevachani.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed June 25, 2012, at Walnut Creek, California.

*Debbie Schroeder* (signature)

Debbie Schroeder