BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          swestcot@bursor.com

*Attorneys for Defendants Power Ventures, Inc. and Steve Vachani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>POWER VENTURES, INC. d/b/a POWER.COM, a California corporation; POWER VENTURES, INC. a Cayman Island Corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                              Defendants. | Case No. 5:08-CV-05780 JW<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 5:08-CV-05780 JW

# PROOF OF SERVICE

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd., Suite 940, Walnut Creek, CA 94596. On July 3, 2012, I served the within document:

**ORDER GRANTING WITHDRAWAL OF BURSOR & FISHER, P.A., AND BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP AS DEFENSE COUNSEL**

☒    by e-mail transmission on that date. Based on an agreement of the parties to accept service by email or electronic transmission, these documents were transmitted via e-mail to the following e-mail address as set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Steve Vachani
steve@stevevachani.com

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed July 3, 2012, at Walnut Creek, California.

*Debbie Schroeder* (signature)

Debbie Schroeder