**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Facebook, Inc., | NO. C 08-05780 JW |
| Plaintiff, | **ORDER SETTING HEARING ON ORDER TO SHOW CAUSE RE. FAILURE TO OBTAIN COUNSEL** |
| v. | |
| Power Ventures, Inc., et al., | |
| Defendants. | |

On July 2, 2012, the Court issued an Order Granting Bursor & Fisher, P.A. and Bramson, Plutzik, Mahler & Birkhaeuser, LLP's Motions to Withdraw as Defense Counsel.[1] In that Order, the Court also directed Defendants to file Notices of Identification of Substitute Counsel or Self-Representation on or before July 17, 2012. (Id. at 2.) To date, neither Defendant has filed a Notice of Identification.

In light of Defendants' failure to comply with the Court's July 2 Order, the Court finds good cause to set a hearing to determine whether the Answer should be stricken and default entered in favor of Plaintiff.[2] Accordingly, on **August 6, 2012 at 9 a.m.**, Defendants shall appear in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA to show cause, if any, by actual appearance in Court and by certification filed with the Court on or before **July 27, 2012**, why the Answer to Plaintiff's Complaint should not be stricken and default entered against Defendants.

Dated: July 19, 2012

JAMES WARE
United States District Chief Judge

---

[1] (See Order Granting Withdrawal of Bursor & Fisher, P.A., and Bramson, Plutzik, Mahler & Birkhaeuser, LLP as Defense Counsel, hereafter, "July 2 Order," Docket Item No. 306.)

[2] In its July 2 Order, the Court warned Defendants that "[f]ailure to file timely Notices of Identification and Substitution of Counsel may result in a default of this case." (July 2 Order at 2.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Cindy Ann Cohn cindy@eff.org
David P. Chiappetta david.chiappetta@corrs.com.au
Indra Neel Chatterjee nchatterjee@orrick.com
Joseph Perry Cutler Jcutler@perkinscoie.com
Lawrence Timothy Fisher ltfisher@bursor.com
Marcia Clare Hofmann marcia@eff.org
Monte M.F. Cooper mcooper@orrick.com
Morvarid Metanat mmetanat@orrick.com
Sarah Nicole Westcot swestcot@bursor.com
Scott A. Bursor scott@bursor.com
Theresa Ann Sutton tsutton@orrick.com

Dated: July 19, 2012                    Richard W. Wieking, Clerk

                                        By:    /s/ JW Chambers
                                               William Noble
                                               Courtroom Deputy