**ORIGINAL**

BY FAX

1  NAME: Power Ventures Inc.
2  TELEPHONE – 1-917-267-8823
   EMAIL: vachani@yahoo.com
3
            UNITED STATES DISTRICT COURT
4
            NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-05780 JW |
| Plaintiff, | TITLE |
| -against- | Date: August 6th, 2012 |
| POWER VENTURES, INC. d/b/a POWER.COM, a Cayman Island Corporation, STEVE VACHANI, an individual and foreign resident; DOE 1, d/b/a POWER.COM, an individual and/or business entity of unknown nature; DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature, | Time: 9:00am<br>Courtroom 9 – 19th Floor<br>Chief Judge James Ware |
| Defendants. |  |

FILED 2012 JUL 26 P 12:46 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

On July 2, 2012, the Court issued an Order Granting Bursor & Fisher, P.A. and Bramson, Plutzik, Mahler & Birkhaeuser, LLP's Motions to Withdraw as Defense Counsel. On July 19th, the court sent a communication to defendant's old counsel that requested an appearance in court on August 6th, 2012 and requested a certification be filed by defendant by July 27th, 2012 regarding the matter of Substitute Counsel or Self Representation. Defendant has now received an informal communication from their old counsel regarding this issue, but as of today has not had any direct or official communication from the court on any of these issues.

Defendant Power Ventures Inc. is a foreign corporation and Steven Vachani is a foreign resident. As of this date, No proper service has taken place to properly communicate with defendant. On July 26th, 2012, in an act of good faith by the defendant and in order to facilitate orderly and official communication with the court, defendant filed a Motion for Permission for Electronic Case filing to facilitate for the court to serve all notices and communication electronically and allow defendant to file

CASE NO. 5:08 CV 05780 JW

documents and orders electronically with court.

Per the courts request for certification filed by August 27th, 2012 and the courts request for the defendant to appear in court on August 6th, this notice should hereby serve as official certification and affirmative response to courts request that defendant appear in court on August 6th at Courtroom 9, 19th Floor, at 450 Golden Gate Avenue, San Francisco, CA.

At this hearing, defendant will hereby request to receive request to officially receive any past communication that court has attempted to serve over the past month to Power Ventures Inc. and will accept electronic communication for all future notices if the court approves defendant's request for electronic communication. Defendant will also agree to comply with whatever method of communication the court deems best in the future.

If for any reason the court does not approve defendant request for electronic filing and communication, defendant will happily and in good faith provide an official address whereby Power Ventures Inc. can receive official communication in the defendant's home country.

In order to avoid any lack of clarity on the issue of regarding the matter of substitute counsel or self-representation, let this notice hereby clarify that the defendant is now attempting and making a best effort to get proper legal advice and either seek and retain new counsel or make an informed decision regarding moving forward with self-representation. Defendant will hereby request that the court provide a minimum of 30 days, but preferably 60 days to get proper legal advice and have the opportunity to either retain new counsel or finalize a decision to move forward with self-representation.

Defendants shall appear in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA and this notice shall serve as certification filed with Court on or before **July 27, 2012** clarifying defendant's intent and effort to seek new counsel or choose self-representation on this case.

Dated: July 26th, 2012

Dated: July 26th, 2012

By: *[signature: Steven Vachani]*
Steven Vachani - Director and authorized representative for Power Ventures Inc.

NAME: Power Ventures Inc.
TELEPHONE: 1-917-267-8823
EMAIL: vachani@yahoo.com

Currently self representing Defendant Power Ventures, Inc. and Steven Vachani