1  Name: Power Ventures Inc.
2  Address: _____
3  Phone Number: 1-917-267-8823
4  E-mail Address: vachani@yahoo.com
5  Pro Se

BY FAX

FILED
2012 JUL 25  A 11: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Facebook, Inc.
                Plaintiff,

vs.

Power Ventures Inc., A Cayman Islands Corporation, Steve Vachani, an individual, DOE 1, d/b/a Power.com Defendant, a business entity of unknown nature, DOES 2 through 25, inclusive, individuals and/or business entities of unknown nature,

Case Number: 5:08-CV-05780 JW

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

Judge James Ware

As the (Plaintiff/Defendant) Power Ventures Inc. in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   ☑ A computer with internet access;
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create to create required paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 7/24/2012         Signature: [signed] Steve Vachani