Name: Power Ventures Inc.
Address: _____
Phone Number: 1-917-267-8823
E-mail Address: Vachani@yahoo.com
*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Facebook, Inc.

Plaintiff,

vs. Power Ventures Inc., A Cayman Islands Corporation, Steven Vachani, ~~[struck through]~~
DOE 1, d/b/a Power.com

Defendant.

Case Number: 5:08-CV-05780 JW

**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____    _____
                     United States District/Magistrate Judge

BY FAX

RECEIVED 2012 JUL 25 A 11:34 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT
COPY