UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | James Ware | Time in Court: | 15 minutes |
| Date: | August 6, 2012 | | |
| Case No. | **C 08-05780-JW** | | |
| Case Title: | **Facebook, Inc. v. Power Ventures, Inc., et al.** | | |

Appearances:

    For Plaintiff:    Monte M.F. Cooper
    For Defendant:    Steven S. Vachani (appearing in pro se)

| | | | |
|---|---|---|---|
| Deputy Clerk: | William Noble | Reporter: | Connie Kuhl |

## *PROCEDEDINGS*

1. Order to Show Cause Hearing.

## *SUMMARY*

1. Court to issue order. Mr. Vachani shall file a document notifying his appearance in pro se.