**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 9, 2012

RE:  CV 08-05780 JW     FACEBOOK, INC.-v- POWER VENTURES, INC., et al.

Default is entered as to Power Ventures, Inc. on August 9, 2012.



RICHARD W. WIEKING, Clerk

by William Noble
Courtroom Deputy

NDC TR-4  Rev. 3/89