NAME: Steven Vachani
TELEPHONE 1-917-267-8823
EMAIL  vachani@yahoo.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

                           Plaintiff,

-against-

POWER VENTURES, INC. d/b/a
POWER.COM, a California corporation;
POWER VENTURES, INC. a Cayman Island
Corporation, STEVE VACHANI, an individual;
DOE 1, d/b/a POWER.COM, an individual
and/or business entity of unknown nature; DOES
2 through 25, inclusive, individuals and/or
business entities of unknown nature,

                           Defendants.

Case No. 5:08-CV-05780 JW

**TITLE**
**NOTICE OF SELF REPRESENTATION**

Date: August 9, 2012
Chief Judge James Ware

NOTICE OF SELF-REPRESENTATION

On August 8th, 2012, Court granted Steven Vachani an extension to secure proper representation. This grant was conditioned on Defendant Vachani immediately filing a Notice of Self-Representation by August 9th, 2012.

Per the courts request for Vachani to file a notice of Self-Representation, this notice is being filed on August 9th, 2012 by Steven Vachani to clarify that he will be representing him self in this case until such a time that new counsel can be secured.

CASE NO. 5:08-CV-05780 JW

Dated: August 9th, 2012

By: /s/ *Steven Vachani*
NAME

NAME  Steven Vachani
ADDRESS
TELEPHONE  1-917-267-8823
FACSIMILE
EMAIL  vachani@yahoo.com

Representing Self - Steve Vachani