| | |
|---|---|
| 1 | Amy Sommer Anderson (STATE BAR NO. 282634) |
| | anderson@aroplex.com |
| 2 | Aroplex Legal Services & the Law Practice of Amy Sommer Anderson |
| 3 | 156 2nd Street |
| | San Francisco, California 94105 |
| 4 | Telephone:   415-529-5148 |
| | Facsimile:    415-520-0606 |
| 5 | |
| 6 | Attorney for Defendant |
| | POWER VENTURES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-05780 JW |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation and d//b/a POWER.COM, a California corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take note that **Amy Sommer Anderson** of Aroplex Legal Service and the Law Practice of Amy Sommer Anderson, 156 2nd Street, San Francisco, CA 94105, hereby enters appearance in the above-captioned matter as counsel on behalf of **Defendant Power Ventures, Inc.**

Dated: August 15, 2012            By: /s/ Amy Sommer Anderson
                                                      Amy Sommer Anderson
                                                      Attorney for Defendant Power Ventures, Inc.