**CERTIFICATE OF SERVICE**

     I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Aroplex Legal Services and the Law Practice of Amy Sommer Anderson, 156 2nd Street, San Francisco, CA 94105.

     On **August 15, 2012,** I served the following document(s) by the method indicated below:

- Notice of Appearance of Counsel

**X   ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

     I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

     Executed August 15, 2012 at San Francisco, California.

Dated: August 15, 2012               By: /s/ Amy Sommer Anderson
                                     Amy Sommer Anderson