I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE M.F. COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>Defendants. | Case No. 5:08-cv-05780 JW (JCS)<br><br>**[PROPOSED] ORDER DENYING DEFENDANT POWER VENTURES, INC.'S MOTION FOR RECONSIDERATION OF DEFAULT, AND GRANTING PLAINTIFF FACEBOOK, INC.'S CROSS-APPLICATION FOR DEFAULT JUDGMENT** |

1   The matters before the Court are the Motion for Reconsideration of Order Entering

2   Default as to Defendant Power Ventures, Inc., and Plaintiff Facebook, Inc.'s Cross-Application

3   for the Entry of Default Judgment Against Power Ventures Inc.  For the reasons set forth herein,

4   the Court finds that Power Ventures has not offered good cause within the meaning of Fed. R.

5   Civ. P. 55(c) to set aside default judgment, and that default judgment against Power Ventures is

6   warranted.   Having reviewed the moving and opposing papers and supporting declarations filed

7   with the Court, and having heard the arguments of counsel, **IT IS HEREBY ORDERED THAT**:

8        The Court **DENIES** the Motion for Reconsideration of Order Entering Default as to

9   Defendant Power Ventures, Inc.

10       The Court **GRANTS** the Cross-Application for Entry of Default Judgment Against

11   Defendant Power Ventures, Inc. filed by Plaintiff Facebook, Inc.  Accordingly, **DEFAULT**

12   **JUDGMENT** is entered in favor of Facebook, Inc. against defendant Power Ventures, Inc. as

13   follows:

14       Statutory damages in the amount of $18,188,100.00 in damages are awarded in favor of

15   Plaintiff Facebook, Inc. against Defendant Power Ventures, Inc. for violations of the CAN-SPAM

16   Act.  The award of statutory damages includes treble damages pursuant to 15 U.S.C. § 7706(f) for

17   Power Ventures' aggravated violations of the CAN-SPAM Act.

18       Damages in the amount of $80,543.00 are awarded in favor of Facebook, Inc. against

19   Defendant Power Ventures, Inc. for violations of the Computer Fraud and Abuse Act, and

20   California Penal Code § 502.  Although the Court finds that Facebook, Inc. has presented

21   substantial evidence that it is entitled to punitive damages on these claims, the Court accepts

22   Facebook, Inc.'s waiver of its right to recover such damages.

23       Facebook, Inc. is entitled to its reasonable attorneys fees pursuant to the CAN-SPAM Act,

24   § 7706(g)(4) and California Penal Code § 502(e)(2) in an amount to be established through

25   declarations complying with Local Rule 54-6(b)(2) and (b)(3), to be filed with the Court no later

26   than thirty (30) days after this Order; plus costs of suit.  Facebook shall notify the Court by the

27   deadline set herein if it intends to seek such costs or attorneys fees.

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

[PROPOSED] ORDER
CASE NO. 5:08-CV-05780 JW

1    Facebook, Inc. is entitled to a permanent injunction pursuant to Rule 65 of the Federal

2    Rules of Civil Procedure against Defendant Power Ventures, Inc. pursuant to 15 U.S.C. §

3    7706(g)(1), 18 U.S.C. § 1030(g), and California Penal Code § 502(e)(1).  Facebook shall submit

4    the proposed form of its Permanent Injunction within thirty (30) days of this Order.

5    **IT IS SO ORDERED.**

6

7    Dated:                                By: _____

8                                                Honorable James Ware
                                            United States District Court Chief Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

[PROPOSED] ORDER
CASE NO. 5:08-CV-05780 JW