Amy Sommer Anderson (STATE BAR NO. 282634)
anderson@aroplex.com
Aroplex Legal Services & the Law Practice of Amy Sommer Anderson
156 2nd Street
San Francisco, California 94105
Telephone:    415-529-5148
Facsimile:    415-520-0606

Attorney for Defendant
POWER VENTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation and d//b/a POWER.COM, a California corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-CV-05780 JW <br><br> **DEFENDANT POWER VENTURES, INC.'S SUGGESTION OF BANKRUPTCY** |

      PLEASE TAKE NOTICE that on August 27, 2012 Defendant Power Venture's Inc. filed a voluntary petition in the United States Bankruptcy Court for the Northern District of California for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in Case No. 12-32488. A copy of the voluntary petition is attached hereto as "Exhibit A".

      PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of its voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the

commencement of the Debtor's case or (ii) to recover any claims against the debtor that arose before the commencement of the Debtor's case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estates, of a judgment obtained before the commencement of the Debtor's cases; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

**Dated: August 27, 2012**  **Respectfully Submitted,**

By:
  /s/ Amy Sommer Anderson
Amy Sommer Anderson, Esq.
Attorney for Defendant Power Ventures, Inc.

- 3 -

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Aroplex Legal Services and the Law Practice of Amy Sommer Anderson, 156 2nd Street, San Francisco, CA 94105.

On **August 27, 2012,** I served the following document(s) by the method indicated below:

- Defendant Power Ventures, Inc.'s Suggestion of Bankruptcy

**X   ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed August 27, 2012 at San Francisco, California.

By: /s/ Amy Sommer Anderson
Amy Sommer Anderson