Steven Vachani
steve@stevevachani.com
2425B Channing #216
Berkeley, CA 94704
Telephone:     917-267-8823

Representing Self – Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and Power Ventures International Inc, a Delaware Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>            Defendants. | Case No. 5:08-CV-05780 JW<br><br>**DEFENDANT STEVEN VACHANI, SUGGESTION OF BANKRUPTCY** BY *PRO SE* DEFENDANT STEVEN VACHANI<br><br><br>Date: August 27, 2012<br>Chief Judge James Ware |

PLEASE TAKE NOTICE that on August 27, 2012 Defendant Steven Vachani filed a voluntary petition in the United States Bankruptcy Court for the Northern District of California for relief under chapter 13 of title 11 of the United States Code (the "Bankruptcy Code") in the case 'in re Steven Vachani', Case No. 4:12-bk-47150. A copy of the voluntary petition is attached hereto as "Exhibit A".

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of its voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of judicial, administrative, or other

actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's case or (ii) to recover any claims against the debtor that arose before the commencement of the Debtor's case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estates, of a judgment obtained before the commencement of the Debtor's cases; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

Dated: August 27, 2012                    Respectfully Submitted,

                                          By:/s/ *[signature]*              Steven Vachani
                                              Steven Vachani
                                              **FILING BY *PRO SE***

# CERTIFICATE OF SERVICE

On **August 27, 2012,** I served the following document(s) by the method indicated below:

- Defendant Steven Vachani Suggestion of Bankruptcy

X   **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed August 27, 2012 at San Francisco, California.

By: _/s/ Steven Vachani_
By Pro Se - Steven Vachani

2