IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Facebook, Inc., | NO. C 08-05780 JW |
| Plaintiff, | **ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE** |
| v. | |
| Power Ventures, Inc., et al., | |
| Defendants. | |

On August 27, 2012, the Court received notice that both Defendants in this action have filed voluntary Petitions for Chapter 11 bankruptcy.[1] Pursuant to the Bankruptcy Code, the filing of a bankruptcy petition operates as an automatic stay of all judicial actions pending against the debtor. See 11 U.S.C. § 362(a)(1). Accordingly, this action is STAYED pending resolution of Defendants' Petitions before the bankruptcy court.

To mange its docket, the Court finds good cause to administratively close this case while the stay is in effect. Any party may seek to lift the stay and reopen the case after the bankruptcy proceedings have been resolved. In addition, the Court DENIES Defendant Power Ventures' First Motion for Reconsideration[2] as premature. This is without prejudice to Defendant Power Ventures to refile once the stay is lifted and the case is reopened.

The Clerk of Court shall close this file.[3]

Dated: August 29, 2012

_James Ware_
JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item Nos. 323, 324.)

[2] (Docket Item No. 321.)

[3] All other Motions are DENIED as moot. (See Docket Item No. 264, 274.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Amy Sommer Anderson anderson@aroplex.com
Cindy Ann Cohn cindy@eff.org
David P. Chiappetta david.chiappetta@corrs.com.au
Indra Neel Chatterjee nchatterjee@orrick.com
Joseph Perry Cutler Jcutler@perkinscoie.com
Lawrence Timothy Fisher ltfisher@bursor.com
Marcia Clare Hofmann marcia@eff.org
Monte M.F. Cooper mcooper@orrick.com
Morvarid Metanat mmetanat@orrick.com
Sarah Nicole Westcot swestcot@bursor.com
Scott A. Bursor scott@bursor.com
Steven Suraj Vachani vachani@yahoo.com
Theresa Ann Sutton tsutton@orrick.com

**Dated: August 29, 2012**          **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
     **William Noble**
     **Courtroom Deputy**