# EXHIBIT A

Entered on Docket
November 28, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 27, 2012

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

DONNA S. TAMANAHA
Assistant U.S. Trustee (WI#1013199)
VIKAS KUMAR, Trial Attorney (#267063)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: vikas.kumar@usdoj.gov

Attorneys for Acting United States Trustee
August B. Landis

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**POWER VENTURES, INC.**<br><br>                         Debtor. | ) Case No. 12-32488-TEC<br>)<br>) Chapter 11<br>)<br>) Date:   November 27, 2012<br>) Time:  9:30<br>) Ctrm:  Hon. Thomas E. Carlson<br>)            235 Pine Street, Courtroom 23<br>)            San Francisco, CA<br>) |

### ORDER DISMISSING CASE

The matter of the United States Trustee's Motion to Convert the Case to Chapter 7 or Dismiss under 11 U.S.C. § 1112(b) came on for hearing on November 27, 2012 at 9:30 a.m. before the Honorable Thomas E. Carlson. Appearances were noted on the record. For the reasons stated on the record, and notice being proper,

IT IS HEREBY ORDERED

(1)   The United States Trustee's Motion is granted; and

(2)   The case is hereby dismissed.

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Power Ventures, Inc.<br>548 Market Str., Ste 81200 |
| 3 | San Francisco, CA 94104-5401 |
| 4 | Steven Suraj Vachani<br>2425B Channing Way #216 |
| 5 | Berkeley, CA 94704 |