# EXHIBIT B

Entered on Docket
February 13, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 13, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

| | |
|---|---|
| 1 | FREDERICK D. HOLDEN, JR. (Calif. Bar No. 61526) |
| 2 | MONTE COOPER (Calif. Bar No. 196746) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | The Orrick Building |
| | 405 Howard Street |
| 4 | San Francisco, California 94105-2669 |
| | Telephone:  (415) 773-5985 |
| 5 | Facsimile:  (415) 773-5759 |

1 FREDERICK D. HOLDEN, JR. (Calif. Bar No. 61526)
  MONTE COOPER (Calif. Bar No. 196746)
2 ORRICK, HERRINGTON & SUTCLIFFE LLP
  The Orrick Building
3 405 Howard Street
  San Francisco, California 94105-2669
4 Telephone:  (415) 773-5985
  Facsimile:  (415) 773-5759
5
  I. NEEL CHATTERJEE (Calif. Bar No. 1
6 ORRICK, HERRINGTON & SUTCLIFFE
  1000 Marsh Road
7 Menlo Park, CA 94025-1015
  Telephone:  (650) 614-7400
8 Facsimile:  (614) 614-7401

9 Attorneys for Creditor
  FACEBOOK, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re | Case No. 12-47150 RLE 13 |
|---|---|
| STEVEN SURAJ VACHANI, | Chapter 13 |
| Debtor. | Hearing<br>Date: February 13, 2013<br>Time: 1:30 p.m.<br>Judge: Hon. Roger L. Efremsky |

**ORDER GRANTING FACEBOOK RELIEF FROM AUTOMATIC STAY**

The Motion for Relief from Automatic Stay (the "Motion"), filed herein by Facebook, Inc. ("Facebook") on January 30, 2013, as Docket No. 117, came on for hearing by the Honorable Roger L. Efremsky of the above-captioned Court on February 13, 2013, at 1:30 p.m. Frederick D. Holden, Jr. of Orrick, Herrington & Sutcliffe LLP appeared for Facebook and advised the Court that debtor Steven Suraj Vachani (the "Debtor") has approved and consented to the form and substance of this Order Granting Facebook Relief from Automatic Stay.

Therefore, good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1    1.    the Motion is granted as hereinafter described;

2.    the automatic stay of 11 U.S.C. § 362(a), as applicable in this bankruptcy case, is hereby modified to permit Facebook to take any and all actions necessary or appropriate to cause the reopening and completion of *Facebook, Inc. v. Power Ventures, Inc., etc., et al.*, Case No. C08-05780 (the "District Court Action") in the United States District Court for the Northern District of California (the "District Court"), heretofore administratively closed by the District Court;

3.    notwithstanding the foregoing, Facebook is not permitted to enforce against the Debtor, other than in this bankruptcy case, any money judgment or monetary sanctions awarded to Facebook in the District Court Action, unless and until this bankruptcy case is dismissed or further order of this Court; and

4.    the stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

APPROVED AND CONSENTED TO AS
TO FORM AND SUBSTANCE


   */s/ Steven Suraj Vachani*
STEVEN SURAJ VACHANI

February 12, 2013


* * END OF ORDER * *

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | All ECF Participants |
| 3 | Steven Suraj Vachani |
| | 2425B Channing Way #216 |
| 4 | Berkeley, CA 94704 |