# EXHIBIT C

Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621-1900
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
February 22, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 22, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Steven Suraj Vachani<br><br>Debtors(s) | Chapter 13 Case Number:<br>12-47150-RLE13<br><br>In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |

**ORDER OF DISMISSAL AFTER DEFAULT OF CHAPTER 13 PLAN PAYMENTS**

Upon consideration of the declaration dated February 22, 2013 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the plan; upon the continuing default of the debtor. The Court being satisfied that the Chapter 13 Trustee served the debtor(s) and counsel for debtor(s) with a MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS, and upon good cause shown.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

| | |
|---|---|
| COURT SERVICE LIST | |

Steven Suraj Vachani
2425B Channing Way #216
Berkeley, CA  94704

(Debtor)

Craig Clark, Facebook Inc
1601 S California Ave
Palo Alto, CA  94304

Franchise Tax Board
Po Box 2952
Sacramento, CA  95812-2952

Jefferson Capital Systems
Po Box 7999
Saint Cloud, MN  56302-9617

Maple Bear Canadian School
Rua Martinho De Mesquita, 136 Barra De Tijuca
Rio De Janeiro, Rj 22630-220, Brazil

Reis Principe
Avenida Das Americas 4790
Bara Da Tijuca  Rio De Janeiro -Rj
22640-905  Brazil

United States Treasury
Po Box 7346
Philadelphia, PA  19101-7346

Aila Gil Piedade
Av Sernambetiba 4420 Ap 301 Bl 6
Rio De Janeiro, Rj 22630-011, Brazil

Estado Do Rio De Janeiro Poder Judiciario
Cartorio Da 2 Vara De Familia Avenida Erasmus Brag
115 Corredor Dsala 202 Cep 20020 903
Rio De Janeiro Rj Brazil

Frederick D Holden Jr
Orrick Herringting And Sutcliffe
405 Howard St
San Francisco, CA  94105-2669

Jefferson Capital Systems
Po Box 953185
St Louis, MO  63195-3185

Quantum3 Group
Galaxy Asset Purchasing Llc
Po Box 788
Kirkland, WA  98083-0788

Sallie Mae Pc Trust C/O Sallie Mae Inc
220 Lasley Ave
Wilkes-Barre, PA  18706