1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12   FACEBOOK, INC.,                          )   Case No.: 08-CV-5780
                                             )
13                          Plaintiff,        )   ORDER LIFTING STAY
         v.                                  )
14                                           )
     POWER VENTURES, INC., a Cayman Island    )
15   corporation, and STEVE VACHANI, an       )
     individual,                             )
16                                           )
                            Defendants.       )
17   _____ )

18

On August 29, 2012, following the filing of bankruptcy petitions by both Defendants in this

19   action, Judge James Ware stayed and administratively closed this case pursuant to 11 U.S.C. §

20   362(a)(1).  ECF No. 325.  On March 20, 2013, Plaintiff Facebook, Inc. requested that the stay be

21   lifted, in light of the fact that both of Defendants' bankruptcy proceedings have been dismissed,

22   and the fact that Defendant Vachani has separately stipulated that the action may be reopened.

23   ECF No. 327.  *See* 11 U.S.C. § 362(c)(2) ("[T]he stay of any other act under subsection (a) of this

24   section continues until the earliest of . .  (B) the time the case is dismissed.").

25       As the March 2013 Duty Judge, the undersigned judge hereby ORDERS that the stay be

26   lifted, and the case be reopened and reassigned.

27   **IT IS SO ORDERED.**

28

1

**United States District Court**
For the Northern District of California

1    Dated: April 8, 2013

2                                            LUCY H. KOH
                                             United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2

Case No.: 08-CV-5780-LHK
ORDER LIFTING STAY