1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
3  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Plaintiff
   FACEBOOK, INC.

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  FACEBOOK, INC.,                          Case No.  5:08-cv-05780-LHK

14              Plaintiff,                    **PROOF OF SERVICE**

15       v.

16  POWER VENTURES, INC. a Cayman Island
    Corporation; STEVE VACHANI, an
17  individual; DOE 1, d/b/a POWER.COM,
    DOES 2-25, inclusive,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

OHSUSA:260698573.2

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California  94025. On April 29, 2013, I served the within document(s):

1.  **FACEBOOK, INC.'S CASE MANAGEMENT STATEMENT;**

| | |
|---|---|
| X | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 5:30 p.m. on April 29, 2013. |
| | By placing a true and correct copy of the document(s) in a U.P.S. envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid U.P.S. air bill, and causing the envelope to be delivered to a U.P.S. agent for delivery. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on April 29, 2013. |

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
Tel:    (917) 267-8823

**Amy Sommer Anderson**
anderson@aroplex.com
AROPLEX LEGAL SERVICES & THE LAW
PRACTICE OF AMY SOMMER ANDERSON
156 2nd Street
San Francisco, CA 94105
Tel: (415) 529-5148
Fax: (415) 520-0606

**COUNSEL FOR DEFENDANT
POWER VENTURES, INC.**

I am readily familiar with my firm's practice for collection and processing correspondence for mailing or overnight delivery in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service or U.P.S. this same day in the ordinary course of business.

Executed on April 29, 2013 at Menlo Park, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen N. Mudurian

PROOF OF SERVICE
5:08-CV-05780-LHK

OHSUSA:260698573.2

## Mudurian, Karen N.

| | |
|---|---|
| **From:** | Mudurian, Karen N. |
| **Sent:** | Monday, April 29, 2013 10:18 AM |
| **To:** | vachani@yahoo.com; anderson@aroplex.com |
| **Cc:** | Cooper, Monte |
| **Subject:** | SERVICE: Facebook v. Power, Case No. 08-5780-LHK |
| **Attachments:** | 2013.04.29 [Facebook] Case Management Statement.pdf; 2013.04.29 [Facebook] Proof of Service.pdf |

Dear Mr. Vachani and Ms. Anderson,

Attached please find a service copy of Plaintiff Facebook, Inc.'s Case Management Statement dated April 29, 2013.

Sincerely,



ORRICK

**KAREN MUDURIAN**
*Assistant to*
*I. Neel Chatterjee, Morvarid Metanat, Frances Cheever and James Freedman*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 MARSH ROAD
MENLO PARK, CA 94025

*tel* 650-614-7396
*fax* 650-614-7401
kmudurian@orrick.com

www.orrick.com

1