1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA BURRELL, VICKYE HAYTER, MARGARET HEADD, ) ) ) | Case No.: 11-CV-4569-LHK |
| Plaintiffs, ) ) v. ) ) | ORDER RE: WITNESS AND EXHIBIT LISTS AND PLAINTIFFS' DEPOSITION DESIGNATION |
| COUNTY OF SANTA CLARA, DAN PEDDYCORD, RAE WEDEL, MARTY FENSTERSHEIB AND DOES 1 THROUGH 50, INCLUSIVE, ) ) ) ) ) Defendants. ) ) | |

The Court orders the parties to file by noon on Thursday, May 2, 2013, revised witness and exhibit lists in light of the Court's intended rulings on Defendants' pending motions as set forth in ECF No. 98. The parties' revised witness lists shall identify which witnesses will be called and which witnesses may be called. The parties' revised witness lists also shall identify whether each witness will testify live or by deposition.

Plaintiffs' Designation of Deposition Testimony in Lieu of Live Testimony, ECF No. 82, designates the entire deposition of Belita Proctor, LCPC. Such designation of the entire transcript is overly broad. Plaintiffs must file a designation of specific page and line numbers of Belita Proctor's deposition by 10 a.m. on Wednesday, May 1, 2013.

1

Case No.: 11-CV-04569-LHK
ORDER RE: WITNESS AND EXHIBIT LISTS AND PLAINTIFFS' DEPOSITION DESIGNATION

**IT IS SO ORDERED.**

Dated: April 30, 2013

        *Lucy H. Koh*
LUCY H. KOH
United States District Judge