1

2  NAME: Steven Vachani
3  TELEPHONE: 1-917-267-8823
   EMAIL: vachani@yahoo.com
4

*GRANTED*
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC., | Case No. 5:08-CV-05780 LHK |
|---|---|
| Plaintiff, | **REQUEST TO PARTICIPATE TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE ON 5/01/2013 AT 2:00PM IN COURTROOM 8, 4TH FLOOR SAN JOSE.** |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation and d//b/a POWER.COM; STEVEN VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

I, Defendant Steven Vachani, submit this REQUEST TO PARTICIPATE TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE ON 5/01/2013 AT 2:00PM IN COURTROOM 8, 4TH FLOOR, SAN JOSE.

I am currently living in Rio De Janeiro, Brazil with my family and this is my primary place of residence and work, thereby making it difficult financially and logistically to attend this CASE MANAGEMENT CONFERENCE in person on such short notice.

I currently have a registered account with COURTCALL, the approved service in this court that will enable my participation. I have previously used this service in other telephonic court appearances in California and am fully aware of and am in agreement with all requirements and terms of conditions regarding telephonic appearances established by COURTCALL. On April 30th, 2013, I spoke with staff at COURTCALL who confirmed that provided this request is approved prior to 1:00pm on May 1st, 2012, I could participate telephonically through the COURTCALL service for this case management conference.

WHEREFORE, I respectfully request that this Court approve this request, and I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this document was executed in Rio de Janeiro, Brazil.

Dated: April 30th, 2013                    Respectfully Submitted,

By: _____

Steven Suraj Vachani

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 30th, 2013,** I served the following document(s) by the method indicated below:

- REQUEST TO PARTICIPATE TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE ON 5/01/2013 AT 2:00PM IN COURTROOM 8, 4TH FLOOR SAN JOSE.

X    **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Rio de Janeiro, Brazil on April 30th, 2013.

By:

_____
Steven Suraj Vachani