1

2

3

4

5

6

7

8     UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA

10    SAN JOSE DIVISION

11    FACEBOOK, INC.,                                    )     Case No.: 5:08-CV-05780-LHK
                                                         )
12                        Plaintiff,                     )
                                                         )
         v.                                              )
13                                                       )     MINUTE AND CASE MANAGEMENT
      POWER VENTURES, INC., a Cayman Island              )     ORDER
14    corporation, and STEVE VACHANI, an                 )
      individual,                                        )
15                                                       )
                          Defendants.                    )
16    _____        )

17    Clerk:  Martha Parker Brown          Plaintiff's Attorney:        Neel Chatterjee and Monte Cooper
      Reporter:  Lee-Anne Shortridge       Defendants' Attorneys:       Amy Anderson for Power Ventures
18    Length of hearing: 31 minutes                                     Steven Vachani, pro per

19        An initial Case Management Conference was held on May 1, 2013.  A further CMC will be
20    held on September 26, 2013.

21        The parties shall file a motion before Magistrate Judge Joseph C. Spero to enforce Judge
      Spero's 2012 Order that Defendant shall pay reasonable costs, including attorneys' fees, for a
22    renewed 30(b)(6) deposition.

23        For the reasons stated on the record, the Court GRANTED Defendant Power Venture's
      motion to set aside default, ECF No. 321.  For the reasons stated on the record, the Court DENIED
24    Plaintiff's motion for default judgment, ECF No. 322.

25        The Court DENIED as moot Defendant Steven Vachani's motion for clarification regarding
      the status of Vachani's liability, ECF No. 332.  The Court clarified that Judge Ware's Order
26    Granting Plaintiff's Motions for Summary Judgment; Denying Defendants' Motion for Summary
      Judgment, filed on February 16, 2012, ECF No. 275, did not decide Defendant Vachani's liability
27    or damages, and no subsequent decision has decided these issues.

28        The Court set the briefing schedule on Plaintiff's motion for injunctive relief and damages
      as follows: motion to be filed on August 1, 2013; opposition to be filed on August 15, 2013; and
      reply to be filed on August 22, 2013.

      Case No.: 5:08-CV-05780-LHK
      MINUTE AND CASE MANAGEMENT ORDER

The hearing on Defendant Vachani's liability, damages, injunctive relief and attorney's fees will be held on September 26, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 2, 2013



LUCY H. KOH
United States District Judge

**United States District Court**
For the Northern District of California

Case No.: 5:08-CV-05780-LHK
MINUTE AND CASE MANAGEMENT ORDER