1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
2  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
3  MORVARID METANAT (State Bar No. 268228)
   mmetanat@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.
5  Menlo Park, California  94025
   Telephone:     650-614-7400
6  Facsimile:     650-614-7401

7  FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
   fholden@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.
9  Menlo Park, California  94025
   Telephone:     415-773-5958
10 Facsimile:     415-773-5759

11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive,<br><br>          Defendants. | Case No. 5:08-cv-05780-LHK (JCS)<br><br>**FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(B) & (C)**<br><br>Dept:    Courtroom G, 15th Floor<br>Judge:  Hon. Judge Joseph C. Spero |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL
5:08-CV-05780-LHK (JCS)

Pursuant to Civil Local Rule 79-5(b) &(c), Facebook Inc. ("Facebook") respectfully submits this Motion for Administrative Relief to File Under Seal: 1) portions of Facebook's Letter Brief for Fees and Costs ("Letter Brief"); 2) portions of the May 31, 2013 Declaration of Morvarid Metanat in Support of Facebook's Letter Brief for Fees and Costs ("Metanat Declaration in Support of Letter Brief"); and 3) portions of Exhibits B & C and the entirety of Exhibits D & E, attached thereto.  This Motion is accompanied by the Declaration of Morvarid Metanat in support of Facebook's Administrative Motion ("Metanat Declaration") as well as the attached Proposed Order.

Pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95), Facebook designates as "Highly Confidential—Attorneys' Eyes Only," portions of the Letter Brief, portions of the Metanat Declaration in Support of the Letter Brief, and portions of Exhibits B & C and the entirety of Exhibits D & E, as these documents contain Facebook's and Orrick's commercially sensitive and proprietary information that generally is not publicly disclosed.  As described in the Metanat Declaration, a compelling need exists to maintain the secrecy of this information.  Facebook, therefore, respectfully requests that the Court grant its Motion for Administrative Relief to Seal these documents, as detailed in the Metanat Declaration.

Dated: May 30, 2013

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Morvarid Metanat_____
MORVARID METANAT
Attorneys for Plaintiff
FACEBOOK, INC.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL
5:08-CV-05780-LHK (JCS)

**CERTIFICATE OF SERVICE**

I hereby certify that the document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as follows:

By transmitting via electronic mail to the email addresses set forth below before 5:30 p.m. on May 30, 2013.

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:    (917) 267-8823

Dated: May 30, 2013                                        */s/ Morvarid Metanat*
                                                              Morvarid Metanat

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL
5:08-CV-05780-LHK (JCS)