1   I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
2   MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
3   MORVARID METANAT (State Bar No. 268228)
    mmetanat@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Rd.,
5   Menlo Park, California  94025
    Telephone:     650-614-7400
6   Facsimile:     650-614-7401

7   FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
    fholden@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Rd.,
9   Menlo Park, California  94025
    Telephone:     415-773-5958
10  Facsimile:     415-773-5759

11
    Attorneys for Plaintiff
12  FACEBOOK, INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17  FACEBOOK, INC.,                          Case No. 5:08-cv-05780-LHK (JCS)

18                     Plaintiff,            **[PROPOSED] ORDER GRANTING**
                                             **ADMINISTRATIVE MOTION FOR**
19            v.                             **SEALING ORDER PURSUANT TO**
                                             **CIVIL L.R. 79-5(B) & (C)**
20  POWER VENTURES, INC. a Cayman Island
21  corporation, STEVE VACHANI, an individual;   Dept:     Courtroom G, 15th Floor
    DOE 1, s/b/a POWER.COM, DOES 2-25,           Judge:    Hon. Judge Joseph C. Spero
22  inclusive,

23                     Defendants.

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK (JCS)

The Court, having considered Facebook Inc.'s ("Facebook") Administrative Motion to Seal pursuant to Civil Local Rule 79-5(b) & (c), the Declaration of Morvarid Metanat, attached thereto, and all other matters relevant to the determination of this motion, HEREBY ORDERS that the motion is GRANTED, as follows:

    1.    The following portions of Facebook's Letter Brief for Costs and Fees ("Letter Brief) be redacted for good cause:

- The monetary figure referenced on page 1 of Facebook's Letter Brief;
- The monetary figures referenced on page 3, paragraphs 1 of the Letter Brief;
- The billing rates referenced on page 4, paragraph 3 of the Letter Brief;
- The monetary figure referenced on page 5, paragraph 2 of the Letter Brief; and
- The monetary figure referenced in the final paragraph of page 5 of the Letter Brief.

    2.    The following portions of the Metanat Declaration in Support of Facebook's Letter Brief for Costs and Fees ("Metanat Declaration") be redacted for Good cause:

- The monetary figure referenced in paragraph 5, line 20;
- The Billing Rates and Expenses referenced in the table at paragraph 5;
- The monetary figure referenced in paragraph 11, line 16;
- The monetary figure referenced in paragraph 12, line 20; and
- The monetary figure referenced in paragraph 13, line 24.

    3.    The following portions of Exhibit B to the Metanat Declaration be redacted for good cause:

- The monetary figure referenced under the Unit Costs and Extended Costs categories of each Invoice;
- The monetary figure referenced in the Total to Bill category of each Invoice; and
- The monetary figure referenced in the Total Amount Due category of each Invoice.

    4.    The following portions of Exhibit C to the Metanat Declaration be redacted for good cause:

- All monetary figures referenced in the Invoice

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK (JCS)

5.      The entirety of Exhibits D and E be redacted for good cause.


IT IS SO ORDERED

1

2

3

4

5
Dated:                                               By: _____

6                                                          Honorable Joseph C. Spero
                                                              Magistrate Judge
                                                      Northern District of California
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK (JCS)

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that the document(s) filed through the ECF system will be sent

3 electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

4 and paper copies will be sent to those indicated as non registered participants as follows:

5      By transmitting via electronic mail to the email addresses set forth below before 5:30 p.m.

6 on May 30, 2013.

7

**Steven Vachani (*Pro Per*)**
Email: vachani@yahoo.com

8 2425B Channing, #216
Berkeley, CA 94704

9 Tel:     (917) 267-8823

10

11 Dated: May 30, 2013                    _____
                                          */s/ Morvarid Metanat*

12                                          Morvarid Metanat

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL
5:08-cv-05780-LHK (JCS)