I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
MORVARID METANAT (State Bar No. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5958
Facsimile: 415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK(JCS) <br><br> **DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 79-5(B) & (C)** <br><br> Dept: Courtroom G, 15th Floor <br> Judge: Hon. Judge Joseph C. Spero |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

METANAT DECLARATION IN SUPPORT OF MOTION TO SEAL
5:08-CV-05780-LHK (JCS)

I, Morvarid Metanat, declare:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP and counsel for Plaintiff Facebook, Inc. ("Facebook"). I make this declaration in support of Facebook's Administrative Motion, pursuant to Civil local Rule 79-5(b), to file under seal: 1) portions of Facebook's Letter Brief for Fees and Costs ("Letter Brief"); 2) portions of the May 31, 2013 Declaration of Morvarid Metanat in Support of Facebook's Letter Brief for Fees and Costs ("Metanat Declaration in Support of Letter Brief"); and 3) portions of Exhibits B & C, and the entirety of Exhibits D & E, attached thereto. I make this Declaration based on facts made known to me, unless otherwise stated.

2. Facebook seeks to seal portions Exhibits B & C and the entirety of Exhibits D & E because these documents include Facebook's and Orrick's confidential and proprietary business information, including specific details related to Orrick's legal fees and vendor pricing and payments. Both Facebook and Orrick have a business desire to maintain the confidentiality of the legal fees and costs incurred in taking the renewed deposition of Power, as such business information is commercially sensitive and not generally disclosed to the public. For instance, Exhibits B and C consist of vendor invoices. Orrick procures services from many vendors, including vendors who compete against one another. If Orrick's payment information were made public, vendors would have information about the terms of their competitors' relationships with Orrick and Orrick could be disadvantaged in negotiations. Exhibits D & E consist of Orrick's invoices to Facebook which include Orrick's billing entries and rates. This information is propriety information that Orrick treats as confidential and does not publicly disclose. The public disclosure of this information may cause Orrick competitive harm.

3. Facebook has sealed the portions of Exhibits D & E which include time entries and billing information unrelated to the attorneys' preparation for Power's renewed deposition. This information is subject to the attorney client privilege and work product doctrine. Should the Court require fully un-redacted versions of Orrick's invoices, Orrick will submit these documents *in camera*.

4. Facebook also seeks to seal the portions of the Letter Brief and the Metanat

Declaration in Support of the Letter Brief because both documents quote from or reference the confidential and proprietary business information included in Exhibits B-E as discussed above. For these reasons, Facebook respectfully requests that portions of the Letter Brief, portions of the Metanat Declaration in Support of the Letter Brief, and portions of Exhibits B & C and the entirety of Exhibits D & E, be sealed from the public record.

    I declare under penalty of perjury under the laws of the United States that he foregoing is true and correct.

Dated: May 30, 2013            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    /s/ Morvarid Metanat
MORVARID METANAT
Attorneys for Plaintiff
FACEBOOK, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as follows:

By transmitting via electronic mail to the email addresses set forth below before 5:30 p.m. on May 30, 2013.

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:   (917) 267-8823

Dated: May 30, 2013

*/s/ Morvarid Metanat*
Morvarid Metanat

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

METANAT DECLARATION IN SUPPORT OF MOTION TO SEAL
5:08-CV-05780-LHK (JCS)