| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (State Bar No. 173985) |
|   | nchatterjee@orrick.com |
| 2 | MONTE COOPER (State Bar No. 196746) |
|   | mcooper@orrick.com |
| 3 | MORVARID METANAT (State Bar No. 268228) |
|   | mmetanat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Rd. |
| 5 | Menlo Park, California 94025 |
|   | Telephone:   650-614-7400 |
| 6 | Facsimile:   650-614-7401 |
| 7 | FREDERICK D. HOLDEN, JR. (State Bar No. 61526) |
|   | fholden@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 9 | 405 Howard Street |
|   | San Francisco, California  94105-2669 |
| 10 | Telephone:   415-773-5958 |
|    | Facsimile:   415-773-5759 |
| 11 | |
| 12 | Attorneys for Plaintiff |
|    | FACEBOOK, INC. |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FACEBOOK, INC., | | Case No. 5:08-cv-05780-LHK (JCS) |
| | Plaintiff, | **PROOF OF SERVICE VIA ELECTRONIC MAIL** |
| | v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | | |
| | Defendants. | |

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On May 30, 2013 I served the following document(s):

1. CONFIDENTIAL LETTER BRIEF FOR FEES AND COSTS;
2. CONFIDENTIAL DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S LETTER BRIEF FOR FEES AND COSTS;
3. CONFIDENTIAL EXHIBITS A-E TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S LETTER BRIEF FOR FEES AND COSTS.

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below on May 30, 2013. |
|---|---|

| **Amy Sommer Anderson** | **Steven Vachani** *(Pro Per)* |
|---|---|
| Anderson@aroplex.com | vachani@yahoo.com |
| AROPLEX LEGAL SERVICES & THE LAW PRACTICE OF AMY SOMMER ANDERSON | 2425B Channing, #216 |
| 156 2nd Street | Berkeley, CA  94704 |
| San Francisco, CA  94105 | Tel:    (917) 267-8823 |
| Tel:    (415) 970-5016 | |
| **COUNSEL FOR DEFENDANT POWER VENTURES, INC** | |

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

Executed on May 30, 2013 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian