1    I. NEEL CHATTERJEE (State Bar No. 173985)
     nchatterjee@orrick.com
2    MONTE COOPER (State Bar No. 196746)
     mcooper@orrick.com
3    MORVARID METANAT (State Bar No. 268228)
     mmetanat@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Rd.,
5    Menlo Park, California 94025
     Telephone: 650-614-7400
6    Facsimile: 650-614-7401

7    FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
     fholden@orrick.com
8    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Rd.,
9    Menlo Park, California 94025
     Telephone: 415-773-5958
10    Facsimile: 415-773-5759

12    Attorneys for Plaintiff
      FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK (JCS) <br><br> **[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(B) & (C)** <br><br> Dept:     Courtroom G, 15th Floor <br> Judge:    Hon. Judge Joseph C. Spero |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK (JCS)

The Court, having considered Facebook Inc.'s ("Facebook") Administrative Motion to Seal pursuant to Civil Local Rule 79-5(b) & (c), the Declaration of Morvarid Metanat, attached thereto, and all other matters relevant to the determination of this motion, HEREBY ORDERS that the motion is GRANTED, as follows:

1. The following portions of Facebook's Letter Brief for Costs and Fees ("Letter Brief) be redacted for good cause:

    - The monetary figure referenced on page 1 of Facebook's Letter Brief;
    - The monetary figures referenced on page 3, paragraphs 1 of the Letter Brief;
    - The billing rates referenced on page 4, paragraph 3 of the Letter Brief;
    - The monetary figure referenced on page 5, paragraph 2 of the Letter Brief; and
    - The monetary figure referenced in the final paragraph of page 5 of the Letter Brief.

2. The following portions of the Metanat Declaration in Support of Facebook's Letter Brief for Costs and Fees ("Metanat Declaration") be redacted for Good cause:

    - The monetary figure referenced in paragraph 5, line 20;
    - The Billing Rates and Expenses referenced in the table at paragraph 5;
    - The monetary figure referenced in paragraph 11, line 16;
    - The monetary figure referenced in paragraph 12, line 20; and
    - The monetary figure referenced in paragraph 13, line 24.

3. The following portions of Exhibit B to the Metanat Declaration be redacted for good cause:

    - The monetary figure referenced under the Unit Costs and Extended Costs categories of each Invoice;
    - The monetary figure referenced in the Total to Bill category of each Invoice; and
    - The monetary figure referenced in the Total Amount Due category of each Invoice.

4. The following portions of Exhibit C to the Metanat Declaration be redacted for good cause:

    - All monetary figures referenced in the Invoice

Orrick, Herrington & Sutcliffe LLP
Attorneys At Law
Silicon Valley

[Proposed] Order Granting Admin. Mot. to Seal
5:08-cv-05780-LHK (JCS)

5.      The entirety of Exhibits D and E be redacted for good cause.

IT IS SO ORDERED

Dated:  06/04/13                                By: 
                                                  Honorable Joseph C. Spero
                                                  Magistrate Judge
                                                  Northern District of California

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK (JCS)

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that the document(s) filed through the ECF system will be sent |
| 3 | electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) |
| 4 | and paper copies will be sent to those indicated as non registered participants as follows: |
| 5 | By transmitting via electronic mail to the email addresses set forth below before 5:30 p.m. |
| 6 | on May 30, 2013. |

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:     (917) 267-8823

Dated: May 30, 2013                                   */s/ Morvarid Metanat*
                                                                Morvarid Metanat