| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (State Bar No. 173985) |
|   | nchatterjee@orrick.com |
| 2 | MONTE COOPER (State Bar No. 196746) |
|   | mcooper@orrick.com |
| 3 | MORVARID METANAT (State Bar No. 268228) |
|   | mmetanat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Rd., |
| 5 | Menlo Park, California  94025 |
|   | Telephone:     650-614-7400 |
| 6 | Facsimile:      650-614-7401 |

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:     415-773-5958
Facsimile:      415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780-LHK (JCS) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S LETTER BRIEF FOR COSTS AND FEES** |
| v. | |
| POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive, | Dept:        Courtroom G, 15th Floor |
| | Judge:      Hon. Judge Joseph C. Spero |
| Defendants. | |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING FACEBOOK'S LETTER
BRIEF FOR COSTS AND FEES
5:08-CV-05780-LHK (JCS)

1   The Court, having considered Facebook Inc.'s ("Facebook") Letter Brief for Costs and
2   Fees, the papers filed in support of said motion, and the records on file in this action, hereby
3   orders as follows:
4   It is hereby ordered that Facebook's Letter Brief for Costs and Fees is GRANTED.
5   **IT IS SO ORDERED**

Dated:

By: _____
Honorable Joseph C. Spero
Magistrate Judge
Northern District of California

Orrick, Herrington &
Sutcliffe LLP
Attorneys At Law
Silicon Valley

[Proposed] Order Granting Facebook's Letter
Brief For Costs and Fees
5:08-cv-05780-LHK (JCS)

**CERTIFICATE OF SERVICE**

I hereby certify that the document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as follows:

By transmitting via electronic mail to the email addresses set forth below before 5:30 p.m. on May 30, 2013.

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:    (917) 267-8823

Dated: May 30, 2013                       */s/ Morvarid Metanat*
                                         Morvarid Metanat

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING FACEBOOK'S LETTER
BRIEF FOR COSTS AND FEES
5:08-CV-05780-LHK (JCS)