# EXHIBIT C

# INVOICE



**BARKLEY**
*Court Reporters*
barkley.com

*File No. 50217*
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 422744 | 3/9/2012 | 337121 |

| Job Date | Case No. | |
|---|---|---|
| 3/7/2012 | 5:08-cv-05780 JW (HRL) | |

| Case Name |
|---|
| Facebook, Inc. v. Power Ventures, Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

Original/Index transcript of deposition of:
  Steve Vachani 30(b)(6)

Videotape Recording of:
  Steve Vachani 30(b)(6).

This invoice includes an expedite surcharge for $1,509.65

**TOTAL DUE  >>>**  ███████

**Tax ID:** 95-3312349                               Phone: 650-614-7400    Fax:

---

*Please detach bottom portion and return with payment.*

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

Job No.     : 337121          BU ID        :.BCR - SF
Case No.    : 5:08-cv-05780 JW (HRL)
Case Name  : Facebook, Inc. v. Power Ventures, Inc.

Invoice No. : 422744          Invoice Date  : 3/9/2012
**Total Due  :**  ███████

## PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Barkley Court Reporters**
          **File No 50217**
          **Los Angeles CA  90074**