1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
2  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
3  MORVARID METANAT (State Bar No. 268228)
   mmetanat@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.
5  Menlo Park, California 94025
   Telephone:    650-614-7400
6  Facsimile:    650-614-7401

7  FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
   fholden@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, California  94105-2669
10 Telephone:    415-773-5958
   Facsimile:    415-773-5759
11

12 Attorneys for Plaintiff
   FACEBOOK, INC.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                     SAN JOSE DIVISION

17

18 FACEBOOK, INC.,                    | Case No. 5:08-cv-05780-LHK (JCS)
19            Plaintiff,              | **PROOF OF SERVICE VIA ELECTRONIC MAIL**
20     v.
21 POWER VENTURES, INC. a Cayman Island
   Corporation; STEVE VACHANI, an
22 individual; DOE 1, d/b/a POWER.COM,
   DOES 2-25, inclusive,
23
              Defendants.
24

# DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On June 6, 2013 I served the following document(s):

1. **CONFIDENTIAL** LETTER BRIEF FOR FEES AND COSTS;
2. **CONFIDENTIAL** DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S LETTER BRIEF FOR FEES AND COSTS;
3. **CONFIDENTIAL** EXHIBITS B-E TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S LETTER BRIEF FOR FEES AND COSTS.

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below on June 6, 2013. |
|---|---|

**Amy Sommer Anderson**
Anderson@aroplex.com
AROPLEX LEGAL SERVICES & THE LAW PRACTICE OF AMY SOMMER ANDERSON
156 2nd Street
San Francisco, CA 94105
Tel:   (415) 970-5016

**COUNSEL FOR DEFENDANT POWER VENTURES, INC**

**Steven Vachani** *(Pro Per)*
vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:   (917) 267-8823

And:

1. **REDACTED** LETTER BRIEF FOR FEES AND COSTS;
2. **REDACTED** DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S LETTER BRIEF FOR FEES AND COSTS;
3. EXHIBIT A TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S LETTER BRIEF FOR FEES AND COSTS;
4. **REDACTED** EXHIBITS B-E TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S LETTER BRIEF FOR FEES AND COSTS

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below on June 6, 2013. |
|---|---|

**Steven Vachani** *(Pro Per)*
vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:   (917) 267-8823

1  I am readily familiar with my firm's practice for collection and processing correspondence
2  for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day
3  in the ordinary course of business.
4  Executed on June 6, 2013 at Menlo Park, California. I declare under penalty of perjury
5  under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian