1  Amy Sommer Anderson (STATE BAR NO. 282634)
   anderson@aroplex.com
2  Aroplex Legal Services & the Law Practice of Amy
   Sommer Anderson
3  156 2nd Street
   San Francisco, California  94105
4  Telephone:     415-529-5148
   Facsimile:     415-520-0606
5
6  Attorney for Defendant
   POWER VENTURES, INC.
7
   STEVEN VACHANI (*pro se*)
8  2425B Channing, #216
   Berkeley, CA  94704
9  Telephone: (917) 267-8823

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14 FACEBOOK, INC.,                          Case No. 5:08-CV-05780 LHK (JCS)
                Plaintiff,

15

16        v.                               **[PROPOSED] ORDER GRANTING
                                           DEFENDANTS' RESPONSIVE LETTER
                                           BRIEF ON FACEBOOK'S MOTION FOR
17 POWER VENTURES, INC. d/b/a              COSTS**
   POWER.COM, a California corporation;
18 POWER VENTURES, INC. a Cayman Island    Dept.: Courtroom G – 15th Floor
   Corporation, STEVE VACHANI, an individual;  Judge: Honorable Judge Joseph C. Spero
19 DOE 1, d/b/a POWER.COM, an individual
   and/or business entity of unknown nature; DOES
20 2 through 25, inclusive, individuals and/or
   business entities of unknown nature,
21

22        Defendants.

23

24

25

26

27

28

1      The Court, having considered Defendant Power Venture, Inc. and Steven Vachani's

2  Responsive Letter Brief on Facebook, Inc.'s Motion for Costs and Fees, the papers filed in support of

3  said response, and the records on file in this action, hereby orders as follows:

4      It is hereby ordered that Defendants' Responsive Letter Brief on Facebook's Motion for Costs

5  and Fees is GRANTED.

6

7

8

9  IT IS SO ORDERED.

10

11

12  Dated: _____        _____

13                                 Joseph C. Spero
                                   United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

**X**    **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed June 10, 2013 at San Francisco, California.

By: /s/ Amy Sommer Anderson

Amy Sommer Anderson