1   Amy Sommer Anderson (STATE BAR NO. 282634)
    anderson@aroplex.com

2   Aroplex Law
    156 2ⁿᵈ Street

3   San Francisco, California  94105
    Telephone:    415-529-5148

4   Facsimile:    415-520-0606

5   Attorney for Defendant
    POWER VENTURES, INC.

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

    FACEBOOK, INC.,                              Case No. 5:08-CV-05780 LHK (JCS)
12
                    Plaintiff,                    **DECLARATION OF AMY SOMMER**
13                                                **ANDERSON IN SUPPORT OF POWER**
                                                  **VENTURE, INC. AND STEVEN**
14              v.                                **VACHANI'S RESPONSE TO**
                                                  **FACEBOOK, INC.'S MOTION FOR**
15  POWER VENTURES, INC., a Cayman Island         **COSTS**
    corporation and d//b/a POWER.COM, a
    California corporation; STEVE VACHANI, an
16  individual; DOE 1, d/b/a POWER.COM,
    DOES 2-25, inclusive,                         Dept.: Courtroom G – 15ᵗʰ Floor
17                                                Judge: Honorable Judge Joseph C. Spero
                    Defendants.
18

19          I, Amy Sommer Anderson, declare as follows:

20          1.      I am an attorney licensed to practice law in the State of California and currently

21

22  serve as counsel to Power Ventures, Inc. ("Power"). I make this declaration in support of

23  Defendant Power's positions set forth in the Defendants Response to Facebook, Inc.'s Motion for

24  Costs. I have personal knowledge of the facts set forth in this declaration and, if called as a

25  witness, I could and would testify competently thereto.

26          2.      On May 15, 2013, Defendants attended a meet-and-confer arranged by Facebook.

27  At the start, Facebook proposed that the parties simply agree that we disagree as to the amount

28

ANDERSON DECL. IN SUPPORT OF POWER'S
RESPONSE TO MOTION FOR COSTS                    -1-          CASE NO. 5:08-CV-05780 LHK (JCS)

1  owed Facebook for the renewed 30(b)(6) deposition. Power readily expressed a willingness to

2  agree to reasonable costs and fees but that it was impossible to assess actual, let alone reasonable,

3  damages in light of Facebook's refusal to substantiate any one of their broad-ranging demands.

4  Instead of coming to their own meeting equipped to discuss the matter at hand, Facebook berated

5  Defendants for not making an offer in settlement. Further contrary to Facebook's recount of the

6  Defendants' position (Metanat Decl., Dkt. No. 348-2 at 5), Defendants strongly opposed

7  Facebook's proposition that defendants pay for preparation fees and only stipulated to Mr.

8  Cooper's hourly rate, as that was the only rate disclosed to Defendants. It is also untrue that

9  Defendants expressed any ambivalence as to which defendant was responsible for Court-ordered

10  costs, as Defendants made it clear that they consider the matter to be specific to the corporate

11  defendant.

12      3.      I declare under penalty of perjury under the laws of the United States and the State

13  of California that he foregoing is true and correct. This document is executed at San Francisco,

14  CA.

15
16
17
18  Dated:  June 10, 2013                AROPLEX LEGAL SERVICES & THE LAW PRACTICE
                                         OF AMY SOMMER ANDERSON
19
                                         By      /s/ Amy Sommer Anderson
20                                       _____
21                                       AMY SOMMER ANDERSON
                                         AROPLEX LEGAL SERVICES & THE LAW
22                                       PRACTICE OF AMY SOMMER ANDERSON
                                         156 2nd Street
23                                       San Francisco, CA 94105
24
25                                       Attorney for Defendant
                                         POWER VENTURES, INC.
26
27
28

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that this document(s) has been or will be filed through the ECF

4

system, and notice will be sent via the following method(s):

5

6

**X**       **ECF System:** By filing the document(s) listed above on the Court's Electronic Case

7

Filing System, I am informed and believe that the documents will be electronically served

8

on all individuals registered with such system. To my knowledge, every individual to

9

whom notice is required is registered with this system and, thus, has been served with due

10

notice by action of this electronic filing.

11

12

13

I declare under penalty of perjury under the laws of the State of California that the above

14

statements are true and correct.

15

Executed June 10, 2013 at San Francisco, California.

16

By: /s/ Amy Sommer Anderson

17

Amy Sommer Anderson

18

19

20

21

22

23

24

25

26

27

28

ANDERSON DECL. IN SUPPORT OF POWER'S
RESPONSE TO MOTION FOR COSTS                           - 3 -                    CASE NO. 5:08-CV-05780 LHK (JCS)