1  STEVEN VACHANI (*pro se*)
2  2425B Channing, #216
   Berkeley, CA  94704
3  Telephone: (917) 267-8823

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12  FACEBOOK, INC.,                          Case No. 5:08-CV-05780 LHK (JCS)

                  Plaintiff,                 **DECLARATION OF STEVEN
13                                           VACHANI IN SUPPORT OF POWER
                                             VENTURE, INC. AND STEVEN
        v.                                   VACHANI'S RESPONSE TO
14                                           FACEBOOK, INC.'S MOTION FOR
    POWER VENTURES, INC., a Cayman Island    COSTS**
15  corporation and d//b/a POWER.COM, a
    California corporation; STEVE VACHANI, an
16  individual; DOE 1, d/b/a POWER.COM,
    DOES 2-25, inclusive,                    Dept.: Courtroom G – 15th Floor
17                                           Judge: Honorable Judge Joseph C. Spero
                  Defendants.
18

19

20         I, Steven Vachani, declare as follows:

21         1.      I am representing myself as co-defendant in the above-referenced matter. I make

22  this declaration in support of my positions set forth in the Defendants Response to Facebook,

23  Inc.'s Motion for Costs. I have personal knowledge of the facts set forth in this declaration and, if

24  called as a witness, I could and would testify competently thereto.

25         2.      A true and correct copy of Facebook's claim entered in my Chapter 13 bankruptcy

26  case is attached hereto at Exhibit A.

27

28

1          3.      I declare under penalty of perjury under the laws of the United States and the State

2    of California that he foregoing is true and correct.

3

4    Dated:  June 10, 2013

5

6                               By       /s/ Steven Vachani

7                                PRO SE DEFENDANT STEVEN VACHANI
                                 Steven Vachani (pro per)

8                                2425B Channing, #216
                                 Berkeley, CA  94704

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

**X**     **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed June 10, 2013 at San Francisco, California.

By: /s/ Amy Sommer Anderson

Amy Sommer Anderson