UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

    Plaintiff,

v.

POWER VENTURES, INC., et al.,

    Defendants.

Case No. 08-cv-05780-LHK (JCS)

**ORDER FOR FACEBOOK TO SUBMITT UNREDACTED EVIDENCE SUPPORTING ATTORNEY'S FEES**

Exhibits D and E to the Declaration of Morvadid Metanat are redacted in the Court's sealed database. Facebook is ordered to submit the unredacted versions of Exhibits D and E for *in camera* review by 12:00 p.m. on Friday, August 2, 2013.

    **IT IS SO ORDERED**.

Dated: July 29, 2013

JOSEPH C. SPERO
United States Magistrate Judge