

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA  94025

tel  +1-650-614-7400
fax  +1-650-614-7401
WWW.ORRICK.COM

July 31, 2013

Morvarid Metanat
(650) 614-7344
mmetanat@orrick.com

**VIA ELECTRONIC CASE FILING**

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Facebook, Inc. v. Power Ventures, Inc.*, et al., Case No. 5:08-cv-05780-LHK (JCS)

Dear Magistrate Judge Spero:

Pursuant to the Court's July 29, 2013 Order (Docket No. 351), Plaintiff Facebook, Inc. ("Facebook") hereby submits the Confidential Exhibits D and E to the Declaration of Morvarid Metanat for *in camera* review.  These documents contain Facebook's and Orrick's commercially sensitive and proprietary information that is not generally publicly disclosed.  Additionally, these documents contain protected attorney work product.  As such, we respectfully request that the Court maintain the confidentiality of these documents.


Respectfully submitted,

*/s/ Morvarid Metanat*

Morvarid Metanat


cc:  Amy Sommer Anderson (via ECF without enclosures)
     Steven Vachani *(Pro Per)* (via Email without enclosures)