I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
MORVARID METANAT (State Bar No. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:   415-773-5958
Facsimile:   415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK <br><br> **FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO LOCAL RULE 79-5(C)** <br><br> Dept:     Courtroom 8, 4th Floor <br> Judge:   Hon. Judge Lucy H. Koh |

OHSUSA:754235146.2

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK

1  Pursuant to Civil Local Rule 79-5(c), Facebook, Inc. ("Facebook") respectfully submits
2  this Motion for Administrative Relief to File under Seal portions of Facebook's Supplemental
3  Memorandum of Points and Authorities in Support of Request for Injunctive Relief
4  ("Supplemental Memorandum").  This Motion is accompanied by the Declaration of Morvarid
5  Metanat in Support of Facebook's Administrative Motion ("Metanat Declaration") as well as the
6  attached proposed order.
7  Per the Court's November 28, 2011 Order (Dkt. No. 182), portions of the Declaration of
8  Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment for Liability under
9  the CAN-SPAM Act ("Cutler Declaration," Dkt. No. 213-2) were previously sealed.  Facebook
10 had designated these portions as "Highly Confidential—Attorneys' Eyes Only," pursuant to the
11 parties February 4, 2011 Protective Order (Dkt. No. 95).  It remains that the Cutler Declaration
12 contains commercially sensitive and propriety information that has not been disclosed publicly
13 and as described in the Metanat Declaration attached hereto, a compelling need remains to
14 maintain the secrecy of such information.  Therefore, Facebook respectfully requests that the
15 Court grant its Motion for Administrative Relief to Seal these portions of its Supplemental
16 Memorandum, as detailed in the Metanat Declaration.

Dated: August 1, 2013                            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                 By:      /s/ Morvarid Metanat
                                                          MORVARID METANAT
                                                          Attorneys for Plaintiff
                                                          FACEBOOK, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754235146.2

ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that the document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as follows:

By transmitting via electronic mail to the email addresses set forth below before 5:30 p.m. on August 1, 2013.

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:   (917) 267-8823

Dated: August 1, 2013                              */s/ Morvarid Metanat*
                                                          Morvarid Metanat

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754235146.2

ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK