1 I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
2 MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
3 MORVARID METANAT (State Bar No. 268228)
mmetanat@orrick.com
4 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
5 Menlo Park, California  94025
Telephone:     650-614-7400
6 Facsimile:     650-614-7401

7 FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
8 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
9 Menlo Park, California  94025
Telephone:     415-773-5958
10 Facsimile:     415-773-5759

11
Attorneys for Plaintiff
12 FACEBOOK, INC.

13
UNITED STATES DISTRICT COURT
14
NORTHERN DISTRICT OF CALIFORNIA
15
SAN JOSE DIVISION
16

17
FACEBOOK, INC.,                                    Case No. 5:08-cv-05780-LHK
18
                  Plaintiff,                       **[PROPOSED] ORDER GRANTING**
19                                                 **FACEBOOK INC.'S MOTION FOR**
         v.                                        **ADMINISTRATIVE RELIEF TO FILE**
20                                                 **UNDER SEAL, PURSUANT TO LOCAL**
POWER VENTURES, INC. a Cayman Island               **RULE 79-5(C)**
21 corporation, STEVE VACHANI, an individual;
DOE 1, s/b/a POWER.COM, DOES 2-25,                 Dept:        Courtroom 8, 4th Floor
22 inclusive,                                       Judge:       Hon. Judge Lucy H. Koh

23                Defendants.

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754235559.1

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK

1.      Facebook seeks to lodge under seal, pursuant to Civil Local Rule 79-5(c), portions of Facebook's Supplemental Memorandum of Points and Authorities in Support of Request for Injunctive Relief ("Supplemental Memorandum") referencing or citing to confidential portions of the Declaration of Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment for Liability under the CAN-SPAM Act ("Cutler Declaration," Dkt. No. 213-2).  Having considered the papers filed in support of and in opposition to the motion and other materials relevant to the determination of this motion, the Court HEREBY ORDERS that the motion is GRANTED, as follows:

The following portions of the Supplemental Memorandum be redacted for good cause:

- The monetary figure referenced at page 3, Line 19.

IT IS SO ORDERED.

Dated:

_____
Honorable Lucy Koh
United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754235559.1

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that the document(s) filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non registered participants as follows:

By transmitting via electronic mail to the email addresses set forth below before 5:30 p.m.

on August 1, 2013.

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:     (917) 267-8823

Dated: August 1, 2013                                                    */s/ Morvarid Metanat*
                                                                                 Morvarid Metanat

OHSUSA:754235559.1

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO SEAL
5:08-CV-05780-LHK