I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
MORVARID METANAT (State Bar No. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:     415-773-5958
Facsimile:      415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, s/b/a POWER.COM, DOES 2-25, inclusive,<br><br>     Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL, PURSUANT TO LOCAL RULE 79-5(C)**<br><br>Dept:  Courtroom 8, 4th Floor<br>Judge:  Hon. Judge Lucy H. Koh |

OHSUSA:754235179.2

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

I, Morvarid Metanat, declare:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP and counsel for Plaintiff Facebook, Inc. ("Facebook"). I make this declaration in support of Facebook's Administrative Motion, pursuant to Civil Local Rule 79-5(c), to file under seal portions of Facebook's Supplemental Memorandum of Points and Authorities in Support of Request for Injunctive Relief ("Supplemental Memorandum"). I make this declaration based on facts made known to me, unless otherwise stated.

2. Facebook has designated portions of the Declaration of Joseph Cutler in Support of Facebook's Motion for Partial Summary Judgment for Liability under the CAN-SPAM Act ("Cutler Declaration," Dkt. No. 213-2) as "Highly Confidential—Attorneys' Eyes Only," pursuant to the parties' February 4, 2011 Protective Order (Dkt. No. 95). These portions discuss confidential and proprietary business information, including Perkins Coie's legal fees incurred as a result of its investigation for Facebook. Both Facebook and Perkins have a business desire to maintain the confidentiality of the legal fees Facebook incurred, as such information is commercial sensitive.

3. On November 28, 2011, the Court granted Facebook's Motion to Seal portions of the Cutler Declaration, and thus, all excerpts from, and references to, the sealed portions of the Cutler Declaration should be filed under seal.

4. Facebook, therefore, requests that the following portion of Facebook's Supplemental Memorandum be redacted for good cause:

- The monetary figure referenced at page 3, line 19.

Dated: August 1, 2013

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Morvarid Metanat_____
MORVARID METANAT
Attorneys for Plaintiff
FACEBOOK, INC.

OHSUSA:754235179.2

**CERTIFICATE OF SERVICE**

I hereby certify that the document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as follows:

By transmitting via electronic mail to the email addresses set forth below before 5:30 p.m. on August 1, 2013.

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:   (917) 267-8823

Dated: August 1, 2013                          */s/ Morvarid Metanat*
                                               Morvarid Metanat

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754235179.2