1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
2  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
3  MORVARID METANAT (State Bar No. 268228)
   mmetanat@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.
5  Menlo Park, California 94025
   Telephone:   650-614-7400
6  Facsimile:   650-614-7401

7  FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
   fholden@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, California  94105-2669
10 Telephone:   415-773-5958
   Facsimile:   415-773-5759
11

12 Attorneys for Plaintiff
   FACEBOOK, INC.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN JOSE DIVISION

17

18 FACEBOOK, INC.,                        Case No. 5:08-cv-05780-LHK

19            Plaintiff,                  **PROOF OF SERVICE VIA ELECTRONIC MAIL**

20     v.

21 POWER VENTURES, INC. a Cayman Island
   Corporation; STEVE VACHANI, an
22 individual; DOE 1, d/b/a POWER.COM,
   DOES 2-25, inclusive,
23
              Defendants.
24

25

26

27

28

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On August 1, 2013 I served the following document(s):

1. FACEBOOK'S **CONFIDENTIAL** SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR INJUNCTIVE RELIEF;

2. FACEBOOK'S **PUBLIC REDACTED** SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR INJUNCTIVE RELIEF.

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below on August 1, 2013. |
|---|---|

| Amy Sommer Anderson<br>Anderson@aroplex.com<br>AROPLEX LEGAL SERVICES & THE LAW PRACTICE OF AMY SOMMER ANDERSON<br>156 2nd Street<br>San Francisco, CA 94105<br>Tel: (415) 970-5016 | Steven Vachani *(Pro Per)*<br>vachani@yahoo.com<br>2425B Channing, #216<br>Berkeley, CA 94704<br>Tel: (917) 267-8823 |
|---|---|

**COUNSEL FOR DEFENDANT POWER VENTURES, INC**

And:

1. FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL (WITH [PROPOSED] ORDER);

2. DECLARATION OF MORVARID METANAT IN SUPPORT OF FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL.

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below on August 1, 2013. |
|---|---|

Steven Vachani *(Pro Per)*
vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel: (917) 267-8823

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

- 1 -

Case 5:08-cv-05780-LHK   Document 355   Filed 08/01/13   Page 3 of 3

1      Executed on August 1, 2013 at Menlo Park, California.  I declare under penalty of perjury
2  under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian

<2>- 2 -

PROOF OF SERVICE
5:08-CV-05780 LHK</2>