# EXHIBIT C

**Step 1**
Find Friends

**Step 2**
Profile Information

**Step 3**
Join a Network

### Find friends using your email account

Searching your email account is the fastest and most effective way to find your friends on Facebook.

Your Email: email@gmail.com     **Valid webmail address**

Password: 

[Find Friends]

We won't store your password or contact anyone without your permission.

**Find people you Instant Message**

Skip this step





