STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA 94704
Telephone: (917) 267-8823

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>POWER VENTURES, INC., et al.<br><br>    Defendants. | Case No. 5:08-CV-05780 LHK<br><br>**NOTICE OF APPEAL** |

### NOTICE OF APPEAL

Please take notice that Defendant Steven Vachani hereby appeals to the Ninth Circuit United States Court of Appeals from the Order Re Attorneys Fees and Costs for Renewed Deposition (Dkt. No. 356) entered in this action on August 7, 2013.

Respectfully submitted,

Dated: September 6, 2013

By _/s/ Steven Vachani_ _____

PRO SE DEFENDANT STEVEN VACHANI

Steven Vachani (pro per)
2425B Channing, #216
Berkeley, CA 94704

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

**X**    **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed September 6, 2013.

By ___*/s/ Steven Vachani*___

PRO SE DEFENDANT STEVEN VACHANI
Steven Vachani (pro per)
2425B Channing, #216
Berkeley, CA  94704