STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA  94704
Telephone: (917) 267-8823

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-05780 LHK |
| Plaintiff, | **DECLARATION OF STEVEN VACHANI IN SUPPORT OF NOTICE OF APPEAL** |
| v. | |
| POWER VENTURES, INC., et al. | |
| Defendants. | |

1    I, Steven Vachani, declare as follows:

2        1.    I am a defendant in the above-captioned matter.

3        2.    Attached hereto as Exhibit A is a true and correct copy of the *Order Re Attorneys*

4

5    *Fees and Costs for Renewed Deposition* entered by Magistrate Judge Joseph C. Spero on August

6    7, 2013.

7        3.    I declare under penalty of perjury under the laws of the United States and the State

8    of California that the foregoing is true and correct.

9

10   Dated: September 6, 2013

11

12   By ___*Steven Vachani*_____

13

14   PRO SE DEFENDANT STEVEN VACHANI
     Steven Vachani (pro per)

15   2425B Channing, #216
     Berkeley, CA  94704

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

**X    ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed September 6, 2013.

By: _____

STEVEN VACHANI
Steven Vachani (pro per)
2425B Channing, #216
Berkeley, CA  94704