```
1   Amy Sommer Anderson (STATE BAR NO. 282634)
    anderson@aroplex.com
2   Aroplex Law
    156 2nd Street
3   San Francisco, California 94105
    Telephone:    415-529-5148
4   Facsimile:    415-520-0606

5   Attorney for Defendant
    POWER VENTURES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation and d//b/a POWER.COM, a California corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-CV-05780 LHK <br><br> **DECLARATION OF AMY SOMMER ANDERSON ATTESTING TO CONCURRENCE OF SIGNATORY IN FILING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF COURT'S ORDER FOR SUMMARY JUDGMENT** |

I, Amy Sommer Anderson, declare as follows:

1. I am an attorney licensed to practice law in the State of California and currently serve as counsel to Power Ventures, Inc. ("Power"), co-defendant of Steven Vachani. I make this declaration in support of Defendants' Motion for Leave to File Motion for Reconsideration of Court's Order for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. FILER'S ATTESTATION: Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of Defendants' Motion for Leave to File Motion

for Reconsideration of Court's Order for Summary Judgment has been obtained from signatory Steven Vachani and was so obtained prior to filing said Motion on August 1, 2013. Failure to include filer's attestation in the August 1st filing was an inadvertent, clerical oversight and in no way affects the veracity of the Motion or concurrence of the parties signed thereto.

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This document is executed at San Francisco, CA.

Dated: September 8, 2013        AROPLEX LAW

                                    By    /s/ Amy Sommer Anderson

                                    AMY SOMMER ANDERSON
Aroplex Law
156 2nd Street
San Francisco, CA 94105

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

**X**     **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed September 8, 2013 at San Francisco, California.

By: /s/ Amy Sommer Anderson
Amy Sommer Anderson
Aroplex Law
156 2nd Street
San Francisco, CA 94105