**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

September 9, 2013

Steven Vachani
2425B Channing, #216
Berkeley, California 94704


SUBJECT:    Request for Payment of Docket Fee

    Title:  **FACEBOOK, INC. -v- POWER VENTURES, INC.**
    Case Number:    **CV 08-05780 LHK**
    Court of Appeals Number:  **13-16795**

A notice of appeal was filed with this Court on September 6, 2013 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

    Sincerely,

    RICHARD W. WIEKING, Clerk


    by:  /s/ D. Miyashiro
    **Case Systems Administrator**

**cc: U.S. Court of Appeals**