```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611014108
Cashier ID: macicq
Transaction Date: 09/10/2013
Payer Name: Rapid Legal
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: Steven Vachani
  Case/Party: D-CAN-5-08-CV-005780-001
  Amount:         $455.00
-----------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 072802
  Amt Tendered: $455.00
-----------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

5:08-CV-05780-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

BY FAX

September 9, 2013

Steven Vachani
2425B Channing, #216
Berkeley, California 94704

SUBJECT:   Request for Payment of Docket Fee

   Title: **FACEBOOK, INC. -v- POWER VENTURES, INC.**
   Case Number:   **CV 08-05780 LHK**
   Court of Appeals Number:   13-16795

A notice of appeal was filed with this Court on September 6, 2013 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by:   /s/ D. Miyashiro
Case Systems Administrator

cc: U.S. Court of Appeals