I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
MORVARID METANAT (State Bar No. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:      650-614-7400
Facsimile:      650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:      415-773-5958
Facsimile:      415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 LHK (JCS) |
| Plaintiff, | **PERMANENT INJUNCTION AND [PROPOSED] ORDER** |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1 d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

OHSUSA:754173396.2

This Permanent Injunction and [Proposed] Order is entered pursuant to Rule 65 of the Federal Rules of Civil Procedure by the Court enjoining Defendants Power Ventures, Inc. and Steve Vachani, and all persons described in Federal Rule of Civil Procedure 65(d)(2), from further activities in violation of the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030, California Penal Code section 502, and the Controlling the Assault of Non-Solicited Pornography and Marketing Act ("CAN-SPAM Act"), 15 U.S.C. §§ 7701.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

1.      This is an action by Facebook and under the CAN-SPAM Act, 15 U.S.C. § 7706(g), the CFAA, 18 U.S.C. § 1030, and California Penal Code § 502.  Facebook has standing to obtain the relief herein.

2.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337(a).

3.      Venue is proper in this district under 28 U.S.C. § 1391(b).

4.      On February 16, 2012, the Court entered summary judgment of liability on behalf of Facebook and against Power Ventures, Inc. and Steven Vachani ("Defendants") on Facebook's claims for violations of the CAN-SPAM Act, the CFAA, and California Penal Code § 502. (Dkt. No. 275).  Facebook is entitled to permanent injunctive relief pursuant to 15 U.S.C. § 7706(g)(1), 18 U.S.C. § 1030(g), California Penal Code § 502(e)(1), and Rule 65 of the Federal Rules of Civil Procedure.

5.      The record demonstrates that there is a reasonable likelihood of future violations of the CAN-SPAM Act, the CFAA, and California Penal Code § 502(e)(1) by Defendants.

6.      Facebook will be irreparably harmed if Defendants are not permanently enjoined from violating the CAN-SPAM Act, the CFAA, and California Penal Code § 502, because Defendants' violations of law injure Facebook's goodwill and compromise the security of Facebook-user data.  There is no available remedy at law that can remediate such injuries.

7.      The balance of hardships between the parties weighs in favor of an injunction because Facebook will suffer much greater harm if no Permanent Injunction is entered than

OHSUSA:754173396.2

Defendants will suffer from the entry of the Permanent Injunction, particularly since Defendants' conduct, if permitted to continue, is violative of federal law and deceptive in nature.

8.      The public interest will be served through the entry of this Permanent Injunction, especially since the laws that have been violated by Defendants are intended to protect the public from unwanted spam electronic mail messages and deceptive practices aimed at computer users.

**PERMANENT INJUNCTION**

**IT IS HEREBY ORDERED** that:

1.      Defendants, their agents, officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them, are permanently enjoined from:

A.      Sending, or assisting others in the sending of, or procuring the sending of unauthorized or unsolicited commercial electronic text messages to users of the Facebook website, www.facebook.com, or via the Facebook website or service.

B.      Making, or assisting others in making, any false or misleading oral or written statement or representation of material fact when advertising, promoting, or selling any good or service, including, but not limited to any false or misleading statement or representation that Defendants, their representatives, or any other person is affiliated or associated with, under contract with, acting in partnership with, endorsed or approved by, or otherwise connected to Facebook or to a service offered by Facebook.

C.      Accessing or using, or directing, aiding, facilitating, causing, or conspiring with others to use or access the Facebook website or servers for any purpose, without Facebook's prior permission.

D.      Using any data, including without limitation Facebook-user data and data regarding Facebook's website or computer networks, obtained as a result of the unlawful conduct alleged in the operative complaint in this action.

PERMANENT INJUNCTION AND [PROPOSED] ORDER
5:08-cv-05780 LHK (JCS)

OHSUSA:754173396.2

E.      Developing, using, selling, offering for sale, or distributing, or directing, aiding, or conspiring with others to develop, sell, offer for sale, or distribute, any software that allows the user to engage in the unlawful conduct alleged in the operative complaint in this action.

2.      Defendants and their agents, officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them shall destroy any software, script(s), or code designed to access or interact with the Facebook website, Facebook users, or the Facebook service.

3.      Defendants and their agents, officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them shall destroy Facebook data and/or information obtained from Facebook or Facebook's users, or anything derived from such data and/or information.

4.      Within three (3) calendar days of entry of this Permanent Injunction and [Proposed] Order, Defendants shall notify their current and former officers, agents, servants, employees, successors, and assigns, and any persons acting in concert or participation with them of this Permanent Injunction.

5.      Within seven (7) calendar days of entry of this Permanent Injunction and [Proposed] Order, Defendants shall certify in writing, under penalty of perjury, that they have complied with the provisions of this [Proposed] Order.

6.      The Court shall continue to retain jurisdiction over the parties to this case for the purpose of enforcing this Permanent Injunction and [Proposed] Order.

**IT IS SO ORDERED.**

Dated:                                    By: _____
                                               Honorable Lucy H. Koh
                                               United States District Court Judge

PERMANENT INJUNCTION AND [PROPOSED]
ORDER
5:08-cv-05780 LHK (JCS)

OHSUSA:754173396.2

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that the document(s) filed through the ECF system will be sent

3

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

4

and paper copies will be sent to those indicated as non registered participants as follows:

5

      By transmitting via electronic mail to the email addresses set forth below before 5:30 p.m.

6

on August 2, 2013.

7

**Steven Vachani (*Pro Per*)**
Email: vachani@yahoo.com

8

2425B Channing, #216
Berkeley, CA 94704

9

Tel:    (917) 267-8823

10

11

Dated: August 2, 2013                      */s/ Morvarid Metanat*

12

                                          Morvarid Metanat

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PERMANENT INJUNCTION AND [PROPOSED]
ORDER
5:08-cv-05780 LHK (JCS)

OHSUSA:754173396.2