I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
MORVARID METANAT (State Bar No. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   415-773-5958
Facsimile:   415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK <br><br> **PROOF OF SERVICE VIA ELECTRONIC MAIL** |

## DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On September 25, 2013 I served the following document(s):

1. FACEBOOK'S CONFIDENTIAL SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR INJUNCTIVE RELIEF [DOCKET NO. 368];

2. FACEBOOK'S PUBLIC REDACTED SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR INJUNCTIVE RELIEF [DOCKET NO. 369].

| X | By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below on September 25, 2013. |
|---|---|

**Amy Sommer Anderson**
Anderson@aroplex.com
AROPLEX LEGAL SERVICES & THE LAW PRACTICE OF AMY SOMMER ANDERSON
156 2nd Street
San Francisco, CA 94105
Tel: (415) 970-5016

**COUNSEL FOR DEFENDANT POWER VENTURES, INC**

**Steven Vachani *(Pro Per)***
vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel: (917) 267-8823

I am readily familiar with my firm's practice for collection and processing correspondence for electronic trasmission, to wit, that correspondence be electronically trasmitted this same day in the ordinary course of business.

Executed on September 25, 2013 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian