I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
MORVARID METANAT (State Bar No. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California 94025
Telephone:   415-773-5958
Facsimile:   415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                    Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE BILL OF COSTS**<br><br>Dept:    Courtroom 8, 4th Floor<br>Judge:   Hon. Judge Lucy H. Koh |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO FILE BILL OF COSTS
5:08-CV-05780-LHK

Plaintiff Facebook, Inc. ("Facebook") and Defendants Power Ventures, Inc. and Steven Vachani (collectively "Defendants"), pursuant to Civil Local Rule 6-2, hereby stipulate as follows:

WHEREAS, on September 25, 2013, the Court granted Facebook's motion for permanent injunctive relief and damages and granted summary judgment regarding the personal liability of Defendant Vachani,

WHEREAS, on September 25, 2013, the Court entered judgment in favor of Facebook and against Defendants,

WHEREAS, Facebook's Bill of Costs is currently due on October 9, 2013 pursuant to Local Rule 54-1(a) and Federal Rule of Civil Procedure 54,

WHEREAS, the deadline for Defendants to file objections to Facebook's Bill of Costs is currently October 28, 2013,

WHEREAS, the parties are currently engaged in good faith settlement discussions to resolve the above-captioned action, including the appeal of Judgment,

WHEREAS, the parties agree that additional time is necessary to comply and analyze five years worth of costs arising from this heavily litigated action,

NOW THEREFORE, subject to the approval of the Court, the parties agree and stipulate that:

1. The deadline for Facebook to file its Bill of Costs shall be extended by thirty (30) days until November 8, 2013.
2. Defendants' deadline to file any objections to Facebook's Bill of Costs shall be extended by thirty (30) days until November 22, 2013.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO FILE BILL OF COSTS
5:08-CV-05780-LHK

Dated: October 8, 2013                     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ I. Neel Chatterjee*_____
I. NEEL CHATTERJEE
Attorneys for Plaintiff
FACEBOOK, INC.

Dated: October 8, 2013                     AROPLEX LAW

By: _____*/s/*_____
AMY SOMMER ANDERSON
Attorneys for Defendant
POWER VENTURES, INC.

Dated: October 8, 2013                     STEVEN VACHANI

By: _____*/s/*_____
STEVEN VACHANI
PRO PER

**Filer's Attestation**: Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

Dated:      October 8, 2013                     Respectfully submitted,

_____/s/_____*I. Neel Chatterjee*_____
I. Neel Chatterjee

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754660495.1

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO FILE BILL OF COSTS
5:08-CV-05780-JW (JSC)

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. The deadline for Facebook to file its Bill of Costs shall be extended by thirty (30) days until November 8, 2013.

2. Defendants' deadline to file any objections to Facebook's Bill of Costs shall be extended by thirty (30) days until November 22, 2013.

Dated: _____, 2013.

HONORABLE LUCY KOH
UNITED STATES DISTRICT JUDGE

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754660495.1

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE BILL OF COSTS
5:08-CV-05780-JW (JSC)

## CERTIFICATE OF SERVICE

I hereby certify that the document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as follows:

By transmitting via electronic mail to the email addresses set forth below before 12:00 midnight on October 8, 2013.

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:    (917) 267-8823

Dated: October 8, 2013                             */s/ I. Neel Chatterjee*
                                                                I. Neel Chatterjee

Orrick, Herrington & Sutcliffe LLP
Attorneys At Law
Silicon Valley

OHSUSA:754660495.1

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE BILL OF COSTS
5:08-CV-05780-JW (JSC)