UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 21 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FACEBOOK, INC., a Delaware corporation,

Plaintiff - Appellee,

v.

STEVEN VACHANI,

Defendant - Appellant.

No. 13-17102

D.C. No. 5:08-cv-05780-LHK
U.S. District Court for Northern California, San Jose

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., November 1, 2013** | Transcript shall be ordered. |
| **Mon., December 2, 2013** | Transcript shall be filed by court reporter. |
| **Fri., January 10, 2014** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., February 10, 2014** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk