Amy Sommer Anderson (STATE BAR NO. 282634)
anderson@aroplex.com
Aroplex Law
156 2nd Street
San Francisco, California  94105
Telephone:      415-529-5148
Facsimile:      415-970-5016

Attorney for Defendant
POWER VENTURES, INC.

STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA  94704
Telephone: (917) 267-8823

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-05780 LHK |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| POWER VENTURES, INC., et al. | |
| Defendants. | |

# NOTICE OF APPEAL

Please take notice that Defendants Power Ventures, Inc. and Steven Vachani hereby appeal to the Ninth Circuit United States Court of Appeals from the Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendants' Motion for Summary Judgment (Dkt. No. 275) entered in this action on February 16, 2012 and from the Final Judgment (Dkt. No. 374) entered in this action on September 25, 2013.

Respectfully submitted,

Dated: October 23, 2013            AROPLEX LAW

By      /s/
Aroplex Law
156 2nd Street
San Francisco, California 94105
anderson@aroplex.com
Telephone:    415-529-5148
Facsimile:    415-970-5016
Attorney for Defendant
POWER VENTURES, INC.

Dated: October 23, 2013            STEVEN VACHANI

By      /s/
STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA 94704
Telephone: (917) 267-8823

FILER'S ATTESTATION: Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 23, 2013            Respectfully submitted,

/s/
Amy Sommer Anderson

**RULE 3-2 REPRESENTATION STATEMENT**

1. Plaintiff Facebook, Inc. is represented by

   I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
   MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
   MORVARID METANAT (State Bar No. 268228)
   mmetanat@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.,
   Menlo Park, California 94025
   Telephone: 650-614-7400
   Facsimile: 650-614-7401

   FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
   fholden@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.,
   Menlo Park, California 94025
   Telephone: 415-773-5958
   Facsimile: 415-773-5759

2. Defendant Power Ventures, Inc. is represented by

   Amy Sommer Anderson (STATE BAR NO. 282634)
   anderson@aroplex.com
   Aroplex Law
   156 2nd Street
   San Francisco, California  94105
   Telephone:   415-529-5148
   Facsimile:   415-970-5016

3. Defendant Steven Vachani is a *pro se* appellant.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

**X**   **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed October 23, 2013 at San Francisco, California.

By: /s/ Amy Sommer Anderson

Amy Sommer Anderson