1  I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
2  MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
3  MORVARID METANAT (State Bar No. 268228)
mmetanat@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
5  Menlo Park, California  94025
Telephone:     650-614-7400
6  Facsimile:     650-614-7401

7  FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
9  Menlo Park, California  94025
Telephone:     415-773-5958
10  Facsimile:     415-773-5759

11
Attorneys for Plaintiff
12  FACEBOOK, INC.

13
UNITED STATES DISTRICT COURT
14
NORTHERN DISTRICT OF CALIFORNIA
15
SAN JOSE DIVISION
16

17  FACEBOOK, INC.,                                              Case No. 5:08-cv-05780-LHK
18              Plaintiff,                                        **ITEMIZATION OF COSTS IN
19       v.                                                       SUPPORT OF PLAINTIFF
                                                                  FACEBOOK, INC.'S BILL OF COSTS**
20  POWER VENTURES, INC. a Cayman Island
21  corporation, STEVE VACHANI, an individual;    Dept:    Courtroom 8, 4th Floor
    DOE 1, d/b/a POWER.COM, DOES 2-25,             Judge:   Hon. Judge Lucy H. Koh
22  inclusive,

23              Defendants.

24
25
26
27
28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

BILL OF COSTS
5:08-CV-05780-LHK

**FEES FOR SERVICE OF SUMMONS AND SUBPOENA**

| Invoice Date | Invoice Number | Vendor | Description | Cost |
|---|---|---|---|---|
| 8/24/2011 | 132605 | U.S. Document Retrieval Service, Inc. | Fees for Service of Process on Leigh Power | $782.12 |
| 11/18/2011 | 614740070913 | A & A Legal Service | Fees for Service of Process on Zak Mandhro | $248.05 |
| 11/28/2011 | 614740070765 | A & A Legal Service | Fees for Service of Process on Zak Mandhro | $198.00 |
| 11/28/2011 | 614740070770 | A & A Legal Service | Fees for Service of Process on Zak Mandhro | $267.00 |
| | | | **TOTAL** | **$1,495.17** |

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE**

| Invoice Date | Invoice Number | Vendor | Deponent/ Hearing | Event Date | Cost |
|---|---|---|---|---|---|
| 6/7/2010 | 20070648 | Summer A. Fisher, CSR | Motion for Summary Judgment and Motion to Dismiss Hearing (Transcript) | 6/7/2010 | $84.75 |
| 6/8/2010 | 711994735 | Federal Express Corporation | Expedited Transcript Delivery | 6/7/2010 | $11.13 |
| 3/17/2011 | 18179029 | Legalink, Inc. | Deposition of Craig Clark (Transcript) | 2/17/2011 | $605.80 |
| 7/27/2011 | 411198 | Barkley Court Reporters | Deposition of Steve Vachani (Transcript & Video) | 7/20/2011 | $5,449.34 |
| 10/11/2011 | 414963 | Barkley Court Reporters | Deposition of Ed Niehaus (Transcript & Video) | 10/5/2011 | $3,894.42 |
| 10/11/2011 | 414743 | Barkley Court Reporters | Deposition of Rob Pollock (Transcript & Video) | 9/29/2011 | $3,631.80 |
| 10/13/2011 | 766928739 | Federal Express Corp | Expedited Transcript Delivery | 10/5/2011 | $10.39 |
| 11/10/2011 | N/A—No invoice number provided | Debra L. Pas, CSR | Motions to Compel Hearing (Transcript) | 11/4/2011 | $76.20 |
| 12/20/2011 | 419096 | Barkley Court | Deposition of Zak | 12/14/2011 | $4,352.51 |

| Invoice Date | Invoice Number | Vendor | Deponent/ Hearing | Event Date | Cost |
|---|---|---|---|---|---|
| | | Reporters | Mandhro (Video) | | |
| 1/13/2012 | 420149 | Barkley Court Reporters | Deposition of Steve Vachani 30(b)(6) (Transcript & Video) | 1/9/2012 | $6,256.32 |
| 1/23/2012 | 20111190 | Katherine Powell Sullivan | Motions for Summary Judgment Hearing (Transcript) | 1/23/2012 | $115.00 |
| 2/24/2012 | 20120955 | Debra L. Pas, CSR | Letter Briefs Hearing (Transcript) | 2/24/2012 | $116.00 |
| 3/9/2012 | 422744 | Barkley Court Reporters | Deposition of Steve Vachani 30(b)(6) (Transcript & Video) | 3/7/2012 | $5,128.73 |
| 8/7/2012 | 00001044 | Connie Kuhl, RMR, CRR | Order to Show Cause Hearing (Transcript) | 8/6/2012 | $66.95 |
| 11/27/2012 | 112912 | Palmer Reporting Services | Motion to Convert or Dismiss Hearing (Transcript) | 11/27/2012 | $122.30 |
| | | | | **TOTAL** | **$29,921.64** |

**FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

| Invoice Date | Invoice Number | Vendor | Description | Cost |
|---|---|---|---|---|
| 7/14/2011 | 757012444 | Federal Express Corporation | Send Document Production to Opposing Counsel | $6.98 |
| 9/2/2011 | B29032 | Advanced Discovery | Formatting Document Production for Production to Opposing Counsel | $135.49 |
| 9/27/2011 | B31805 | Advanced Discovery | Formatting Document Production for Production to Opposing Counsel | $168.71 |
| 10/6/2011 | 766140885 | Federal Express Corporation | Send Document Production to Opposing Counsel | $19.60 |
| 10/25/2011 | 102511 | Nellis Freeman | External hard drive to hold electronic documents made available for inspection and copying by opposing counsel | $149.63 |

| Invoice Date | Invoice Number | Vendor | Description | Cost |
|---|---|---|---|---|
| 11/10/2011 | B37218 | Advanced Discovery | Formatting Document Production for Production to Opposing Counsel | $1,140.00 |
| 11/23/2011 | B37210 | Advanced Discovery | Document Collection for Production to Opposing Counsel | $9,545.62 |
| 1/17/2012 | 777244816 | Federal Express Corporation | Send Document Production to Opposing Counsel | $9.04 |
| 1/18/2012 | N/A-in-house cost | Orrick; Williams Lea | Printing of Certified Translations of Document Production | $120.00 |
| 2/29/2012 | B45272 | Advanced Discovery | Formatting Document Production for production to opposing counsel | $18,372.96 |
| 9/12/2013 | B96474 | Advanced Discovery | Formatting Document Production for production to opposing counsel | $685.94 |
| | | | **TOTAL** | **$30,353.97** |

**OTHER COSTS – TRANSLATION SERVICES**

| Invoice Date | Invoice Number | Vendor | Description | Cost |
|---|---|---|---|---|
| 11/16/2011 | 391157 | Transperfect Translations | Translation of produced documents from Portuguese to English | $405.00 |
| 11/23/2011 | 392745 | Transperfect Translations | Translation of produced documents from Portuguese to English | $195.00 |
| 12/15/2011 | 398087 | Transperfect Translations | Translation of produced documents from Portuguese to English | $607.76 |
| 1/12/2012 | 404531 | Transperfect Translations | Translation of produced documents from Portuguese to English | $3,686.09 |
| 1/17/2012 | 405305 | Transperfect Translations | Translation of produced documents from Portuguese to English | $883.58 |
| 2/17/2012 | 412391 | Transperfect Translations | Translation of produced documents from Portuguese to English | $2,915.00 |
| 2/28/2012 | 414944 | Transperfect Translations | Translation of produced documents from Portuguese to English | $317.50 |
| 3/8/2012 | 417426 | Transperfect Translations | Translation of produced documents from Portuguese to | $342.50 |

| Invoice Date | Invoice Number | Vendor | Description | Cost |
|---|---|---|---|---|
| 3/9/2012 | 417694 | Transperfect Translations | Translation of produced documents from Portuguese to English | $317.50 |
| 4/5/2012 | 425160 | Transperfect Translations | Translation of produced documents from Portuguese to English | $220.00 |
| | | | **TOTAL** | **$9,889.93** |

Dated: November 8, 2013                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                           */s/ Monte Cooper*
                                           MONTE COOPER
                                           Attorneys for Plaintiff
                                           FACEBOOK, INC.