I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
MORVARID METANAT (State Bar No. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California 94025
Telephone:   415-773-5958
Facsimile:   415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>          Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF PLAINTIFF FACEBOOK, INC.'S BILL OF COSTS**<br><br>Dept:     Courtroom 8, 4th Floor<br>Judge:    Hon. Judge Lucy H. Koh |

OHSUSA:754808184.1

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

COOPER DECL. ISO BILL OF COSTS
5:08-CV-05780-LHK

I, Monte Cooper, declare:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Facebook, Inc. ("Facebook"). I make this declaration in support of Facebook's Bill of Costs. I am an active member in good standing of the California State Bar, and I am admitted to appear before this Court. I have personal knowledge of the facts set forth in this declaration and I could and would testify competently to them if called as a witness.

2. Facebook's costs for service of the summons and subpoenas, as reflected on the itemization of costs, for the period of August 2011 through November 2011, are based on records maintained by Orrick's accounting department in the ordinary course of business. These costs reflect the process server fees for serving process (deposition and/or document production subpoenas) on third party witnesses Leigh Powers and Zak Mandhro. These costs listed on Facebook's Bill of Costs were necessarily incurred in this action, and the services for which these fees have been charged were actually and necessarily performed. Attached hereto as **Exhibit A** are true and correct copies of invoices for these costs.

3. Facebook's costs for fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case, as reflected on the itemization of costs, for the period of June 2010 through November 2012, are based on records maintained by Orrick's accounting department in the ordinary course of business. These costs reflect the reporter and videographer fees incurred by Facebook for deposition and hearing transcripts. These costs listed on Facebook's Bill of Costs were necessarily incurred in this action, and the services for which these fees have charged were actually and necessarily performed. Attached hereto as **Exhibit B** are true and correct copies of invoices for these costs.

4. Facebook's costs for fees for exemplification and copies of papers necessarily obtained for use in the case, as reflected on the itemization of costs, for the period of July 2011 to September 2013, are based on records maintained by Orrick's or Williams Lea's accounting department in the ordinary course of business. These costs reflect costs incurred by Facebook to produce documents to Defendants Power Ventures, Inc. and Steve Vachani (collectively "Defendants") and to make copies of documents Defendants made available for inspection and

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754808184.1

COOPER DECL. ISO BILL OF COSTS
5:08-CV-05780-LHK

1   copying.  These costs listed on Facebook's Bill of Costs were necessarily incurred in this action,
2   and the services for which these fees have been charged were actually and necessarily performed.
3   Attached hereto as **Exhibit C** are true and correct copies of invoices for these costs.

4        5.     Facebook's costs for fees for translation of Portuguese language documents
5   Defendants made available for inspection and copying, as reflected on the itemization of costs,
6   for the period of November 2011 to April 2012, are based on records maintained by Orrick's
7   accounting department in the ordinary course of business. These costs listed on Facebook's Bill
8   of Costs were necessarily incurred in this action and the services for which these fees have been
9   charged were actually and necessarily performed.  Attached hereto as **Exhibit D** are true and
10  correct copies of invoices for these costs.

11       I declare under penalty of perjury that the foregoing is true and correct and that this
12  declaration was executed on November 8th, 2013 in San Francisco, California.

                                                  */s/ Monte Cooper*
                                                  MONTE COOPER

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:754808184.1

- 2 -

COOPER DECL. ISO BILL OF COSTS
5:08-CV-05780-JW (JSC)