# EXHIBIT A

U. S. Document Retrieval Service, Inc.

11 Park Place
Suite 1512
New York, New York 10007
Tel. (212) 528-0777

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/24/2011 | 132605 |

| CLIENT'S I.D.# |
|---|
| 16069-2012. |

| TERMS | Due on receipt |
|---|---|

**BILL TO**
Orrick, Herrington & Sutcliffe LLP
Karen Mudurian
1000 Marsh Road
Menlo Park, CA 94025

| DATE OF REQUEST: | 8/5/2011 |
|---|---|
| SERVICES REQUESTE... | Facebook v Power |

| DATE | CODE | SERVICES RENDERED | HRS/QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/5/2011 | Service of P... | Attempted Service of Process upon Leigh R. Power located at 210 Kineth Point Place in Coupeville, WA. | 1.5 | 85.00 | 127.50T |
| 8/6/2011 | Service of P... | Attempted Service of Process upon Leigh R. Power located at 210 Kineth Point Place in Coupeville, WA. | 1.5 | 125.00 | 187.50T |
| 8/10/2011 | Service of P... | Attempted Service of Process upon Leigh R. Power located at 210 Kineth Point Place in Coupeville, WA. | 1.5 | 100.00 | 150.00T |
| 8/16/2011 | Service of P... | Service of Process upon Leigh R. Power located at 210 Kineth Point Place in Coupeville, WA.  Rec'd affidavit of fedex and sent to client via regular mail. | 1.5 | 85.00 | 127.50T |
| | Witness Fee | Witness Fee | 1 | 15.00 | 15.00 |
| | SP Transpo... | Transportation | 4 | 20.00 | 80.00 |
| | Service of P... | Saturday Service | 1 | 50.00 | 50.00T |
| | Fed-Ex | Overnight-Fed-Ex | 1 | 34.18 | 34.18 |
| | Mail | Postage | 1 | 0.44 | 0.44 |
| | Notary | | 1 | 10.00 | 10.00T |
| | | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

Q335153

| **Total** | **$782.12** |
|---|---|
| **Balance Due** | **$782.12** |


ORRICK

# PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | U.S. Document Retrieval Service, Inc. | AMOUNT: | $782.12 |
| MAILING ADDRESS: | 11 Park Place, Suite 1512 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | New York | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | New York    PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 10007    COUNTRY | SOCIAL SECURITY # (Individuals) | |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ■ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | ■ | * PRACTICE GROUP LEADER: | Weiss, Gary E. |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |
| BUSINESS PURPOSE: | Process Service Subpoena upon Leigh Power (U.S. Doc Retrieval Invoice #132605) | | |
| HARD DISBURSEMENT CODE(S): | Service of Process: Personal Service of Subpoena (SVCPRO); | OFFICE: | SV |
| SPECIAL DELIVERY INSTRUCTIONS: | Mail to payee    9/20/2011 | | |
| | Date Needed by    (call info) Name | Phone | Ext. |

## APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | [signature] | ■ | 8/29/2011 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Chatterjee, Neel | [signature] | ■ | 8/29/2011 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS: **CLIENT DISBURSEMENTS**
$500 or less: Office Administrator; $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

*Practice Group Leaders may designate in writing attorneys and relevant practice managers to approve on their behalf.

ENTERED
SEP 0 2 2011
BY:

RECEIVED
AUG 31 2011
ACCOUNTS PAYABLE

| | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 HOWARD STREET<br>SAN FRANCISCO, CA 94105 | Wells Fargo Bank, N.A.<br>Van Wert, OH<br>For Inquiries call:<br>800-289-3557 option 1, option 2 | | 21175 |
|---|---|---|---|---|
| **ORRICK** | | | Req. No. 1337025 | |
| | | | Date: 9/2/2011 | 56-382<br>412 |

PAY  THE SUM OF 782 DOLLARS AND 12 CENTS******************************  CHECK AMOUNT  $782.12*

TO THE
ORDER OF   U.S. DOCUMENT RETRIEVAL SERVICE, INC.
11 PARK PLACE, SUITE 1512
NEW YORK, NY  10007

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS



| Req. No. | 1337025 | | | | No. | 21175 |
|---|---|---|---|---|---|---|
| Date | | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | | Amount |
| 8/24/2011 | | 132605 | USDOC | CA SV S#139356/ SA  process service<br>subpoena up on Leigh Power | | $782.12 |
| | | | | Total Payment This Check: | | $782.12 |

Non-Negotiable

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RI
IN FULL PAYMENT OF THE ITEMIZED ACC



# A & A LEGAL SERVICE

123 10th Street
San Francisco, CA 94103-2604

GENERAL@AALEGALSERVICE.COM
FAX (855) 388-9240
Toll Free (855) 388-9243

1541 Bayshore Hwy.
Burlingame, CA 94010-1602

Attention: DIANE ESCAMILLA
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 MARSH ROAD
MENLO PARK CA 94025

| Friday November 18, 2011 | *INVOICE* | 6147400.70913 |
|---|---|---|

Attorney File #: **16069-2012**
    Case #: 5:08-CV-05780 JW (JCS)
    Court: United States District Court For The Northern District Of California
    Title: FACEBOOK, INC. vs. POWER VENTURES, INC.; ET AL
    Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 11/15/11 07:18AM | Personal Service ZAK MANDHRO, SHOPON, LLC, Race: Middle Eastern, Sex: Male, Hair: Black, Eyes: Glasses, Height: 5' 8", Weight: 160, AT Home 93 THOBURN CT., #106 STANFORD CA 94305, Served By: RAFAEL FERNANDEZ | |
| 11/15/11 | SERVICE- (STANFORD. CA) | 99.00 |
| 11/15/11 | RUSH CHARGE | 99.00 |
| 11/15/11 | FEES ADVANCED | 45.55 |
| 11/15/11 | CHECK CHARGE ADVANCE FEE | 4.50 |
| **PLEASE PAY FROM THIS INVOICE** | | **248.05** |

Q355750

1541 Bayshore Hwy., BURLINGAME, CA 94010
Telephone: (855) 388-9243, FAX: (855) 388-9240, Tax ID: 94-3289453


ORRICK



## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | A & A Legal Service | AMOUNT: | $713.05 |
| MAILING ADDRESS: | 1541 Bayshore Hwy. | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Burlingame | | Submit IRS form W9 for all new vendors. |
| U. S. STATE: | California   PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 94010-1602   COUNTRY   USA | SOCIAL SECURITY # (Individuals) | |

BILLABLE: DO NOT use a firm chargeable number, i.e. any number beginning with a "1".

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ■ | BILLING ATTORNEY: | Esmaili-Metanat, Morvarid |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: | |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Service of subpoena on Zak Mandhro - Invoice Nos. 6147400.70765 - $198.00, 6147400.70770 - $267.00, 6147400.70913 - $248.05 = $713.05

HARD DISBURSEMENT CODE(S): Hand Delivery (HNDDEL);     OFFICE: SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee   12/20/2011
Date Needed by   (call info) Name   Phone   Ext.

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Escamilla, Diane | *Diane Escamilla* | ■ | 12/13/2011 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Esmaili-Metanat, Morvarid | | ■ | 12/13/2011 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS: CLIENT DISBURSEMENTS
$500 or less: Office Administrator; $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*
*Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.

ENTERED
DEC 1 5 2011
BY:

RECEIVED
DEC 15 2011
ACCOUNTS PAYABLE

| | ORRICK, HERRINGTON & SUTCLIFFE LLP | Wells Fargo Bank, N.A. | | 27004 |
|---|---|---|---|---|
| **ORRICK** | 405 HOWARD STREET | Van Wert, OH | | Req. No. 1354818 |
| | SAN FRANCISCO, CA 94105 | For Inquiries call: 800-289-3557 option 1, option 2 | Date: 12/20/2011 | 66-382 412 |

**PAY** THE SUM OF 1,038 DOLLARS AND 05 CENTS******************************

CHECK AMOUNT  $1,038.05*

TO THE ORDER OF
A & A LEGAL SERVICE
1541 BAYSHORE HWY.
BURLINGAME, CA 94010

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No. 1354818

No. 27004

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|---|---|---|---|---|
| 11/18/2011 | 6147400.70913 | A&ALS | CA SV S#144558/ SA   service of subpoena on Zak Mandhro | $248.05 |
| | | | Total Payment This Check: | $1,038.05 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RI
IN FULL PAYMENT OF THE ITEMIZED AC(



# A & A LEGAL SERVICE

123 10th Street
San Francisco, CA 94103-2604

GENERAL@AALEGALSERVICE.COM
FAX (855) 388-9240
Toll Free (855) 388-9243

1541 Bayshore Hwy.
Burlingame, CA 94010-1602

Attention: DIANE ESCAMILLA
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 MARSH ROAD
MENLO PARK CA  94025

| Monday November 28, 2011 | *INVOICE* | 6147400.70765 |
|---|---|---|

Attorney File #: **16069-2012**
   Case #:  5:08-CV-05780 JW (JCS)
   Court:  United States District Court For The Northern District Of California
   Title:  FACEBOOK, INC. vs. POWER VENTURES, INC.; ET AL
   Documents:  SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 11/15/11 03:00PM | Returned Not Served ZAK MANDHRO, SHOPON, LLC, AT Business 2225 BAYSHORE ROAD, #200 PALO ALTO CA 94303, Returned By: RAFAEL FERNANDEZ | |
| 11/15/11 | DOCUMENT PREPARATION  NO CHARGE | 0.00 |
| 11/15/11 | NON SERVICE/RETURN  PALO ALTO | 99.00 |
| 11/15/11 | RUSH | 99.00 |

**PLEASE PAY FROM THIS INVOICE**                                       198.00


Q355744

1541 Bayshore Hwy., BURLINGAME, CA 94010
Telephone: (855) 388-9243, FAX: (855) 388-9240, Tax ID: 94-3289453


ORRICK

3rd S

# PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | A & A Legal Service | AMOUNT: | $713.05 |
| MAILING ADDRESS: | 1541 Bayshore Hwy. | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Burlingame | | Submit IRS form W9 for all new vendors. |
| U.S. STATE: | California   PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE: | 94010-1602   COUNTRY USA | SOCIAL SECURITY # (Individuals) | |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: | Esmaili-Metanat, Morvarid |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: | |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Service of subpoena on Zak Mandhro - Invoice Nos. 6147400.70765 - $198.00, 6147400.70770 - $267.00, 6147400.70913 - $248.05 = $713.05

HARD DISBURSEMENT CODE(S): Hand Delivery (HNDDEL);     OFFICE: SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee   12/20/2011
Date Needed by   (call info) Name   Phone   Ext.

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Escamilla, Diane | *Diane Escamilla* | ▮ | 12/13/2011 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Esmaili-Metanat, Morvarid | [signature] | ▮ | 12/13/2011 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | [signature] | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS: CLIENT DISBURSEMENTS
$500 or less: Office Administrator; $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*
*Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.

ENTERED
DEC 19 2011
BY:

RECEIVED
DEC 15 2011
ACCOUNTS PAYABLE

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

Date: 12/20/2011

27004

Req. No. 1354818

56-382
412

PAY THE SUM OF 1,038 DOLLARS AND 05 CENTS******************************

CHECK AMOUNT  $1,038.05*

TO THE ORDER OF
A & A LEGAL SERVICE
1541 BAYSHORE HWY.
BURLINGAME, CA 94010

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No. 1354818

No. 27004

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|---|---|---|---|---|
| 11/28/2011 | 6147400.70765 | A&ALS | CA SV S#144558/ SA service of subpoena on Zak Mandhro | $198.00 |

Total Payment This Check: $1,038.05

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED AC(



# A & A LEGAL SERVICE

123 10th Street
San Francisco, CA 94103-2604

GENERAL@AALEGALSERVICE.COM
FAX (855) 388-9240
Toll Free (855) 388-9243

1541 Bayshore Hwy.
Burlingame, CA 94010-1602

Attention: DIANE ESCAMILLA
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 MARSH ROAD
MENLO PARK CA  94025

| Monday November 28, 2011 | *INVOICE* | 6147400.70770 |
|---|---|---|

Attorney File #: **16069-2012**
    Case #: **5:08-CV-05780 JW (JCS)**
    Court: United States District Court For The Northern District Of California
    Title: **FACEBOOK, INC. vs. POWER VENTURES, INC.; ET AL**
    Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 11/15/11 03:00PM | Returned Not Served ZAK MANDHRO, SHOPON, LLC, AT Home 699 FREESIA DRIVE  SOUTH SAN FRANCISCO CA  94080, Returned By: ANANDA P. BOUGANIM | |
| 11/15/11 | DOCUMENT PREPARATION  (WITH OTHER) - NO CHARGE | 0.00 |
| 11/15/11 | NON SERVICE/RETURN  SOUTH SAN FRANCISCO | 89.00 |
| 11/15/11 | RUSH | 89.00 |
| 11/15/11 | ADDITIONAL  ATTEMPT @ SERVICE | 89.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **267.00** |

Q355747

# ORRICK

## PAYMENT AND FUNDS REQUEST FORM - Billable

3ind S

| | | | |
|---|---|---|---|
| PAYABLE TO: | A & A Legal Service | AMOUNT: | $713.05 |
| MAILING ADDRESS: | 1541 Bayshore Hwy. | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Burlingame | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | California   PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 94010-1602   COUNTRY   USA | SOCIAL SECURITY # (Individuals) | |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | [redacted] | BILLING ATTORNEY: | Esmaili-Metanat, Morvarid |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: | |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Service of subpoena on Zak Mandhro - Invoice Nos. 6147400.70765 - $198.00, 6147400.70770 - $267.00, 6147400.70913 - $248.05 = $713.05

| | | | |
|---|---|---|---|
| HARD DISBURSEMENT CODE(S): | Hand Delivery (HNDDEL); | OFFICE: | SV |
| SPECIAL DELIVERY INSTRUCTIONS: | Mail to payee   12/20/2011 | | |
| | Date Needed by   (call info) Name | Phone | Ext. |

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Escamilla, Diane | *Diane Escamilla* | [redacted] | 12/13/2011 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Esmaili-Metanat, Morvarid | | [redacted] | 12/13/2011 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS: CLIENT DISBURSEMENTS
$500 or less: Office Administrator; $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*
*Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.

ENTERED
DEC 1 0 2011
BY:



RECEIVED
DEC 15 2011
ACCOUNTS PAYABLE

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Date: 12/20/2011

27004

Req. No. 1354818

66-382/412

**PAY** THE SUM OF 1,038 DOLLARS AND 05 CENTS******************************

CHECK AMOUNT  $1,038.05*

TO THE ORDER OF

A & A LEGAL SERVICE
1541 BAYSHORE HWY.
BURLINGAME, CA  94010

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No. 1354818

No. 27004

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|---|---|---|---|---|
| 11/28/2011 | 6147400.70770 | A&ALS | CA SV S#144558/ SA  service of subpoena on Zak Mandhro | $267.00 |

Total Payment This Check: $1,038.05

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R[...]
IN FULL PAYMENT OF THE ITEMIZED AC[...]

Non-Negotiable