# EXHIBIT B

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:  20070648

### MAKE CHECKS PAYABLE TO:

Neel Chatterjee
Orrick, Herrington & Sutcliffe
1000 Marsh Road, Bldg. 1040
Menlo Park, CA 94025

Phone:  (650) 614-7400

adalton@orrick.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:  (408) 288-6150

summer_fisher@cand.uscourts.gov

| | DATE ORDERED | DATE DELIVERED |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 06-07-2010 | 06-08-2010 |

Case Style: CV-08-5780-JW, Facebook v Power Ventures
INV. due upon receipt of transcript.

6/7/10 Judge Ware.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 52 | 0.90 | 46.80 | 52 | 0.60 | 31.20 | 78.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc.  postage | MISC. CHARGES: | 6.75 |
| | TOTAL: | 84.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $84.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE |
|---|---|---|
| | | 06-08-2010 |

(All previous editions of this form are
cancelled and should be destroyed)



ORRICK

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | Summer Fisher | AMOUNT: | $84.75 |
| MAILING ADDRESS: | 280 S. First Street, Room 2112 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | ~~Cash~~ Check |
| CITY: | San Jose | | |

*Submit IRS form W9 for all new vendors.*

| | | | |
|---|---|---|---|
| U. S. STATE | California | PROVINCE | |
| | | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 95113 | COUNTRY   USA | |
| | | SOCIAL SECURITY # (Individuals) | |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "f".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: | Chatterjee, Indra Neel |
| EMPLOYEE NO.: | ▮ | * PRACTICE GROUP LEADER: | Howard, Elizabeth A. |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE:  Transcript before Judge Ware.

| | | | |
|---|---|---|---|
| HARD DISBURSEMENT CODE(S): | Other; Court Transcript | OFFICE:  SV | |

| SPECIAL DELIVERY INSTRUCTIONS: | Send to office | RUSH | LIZ KIM | | |
|---|---|---|---|---|---|
| | | Date Needed by | (call info)  Name | Phone | Ext. |

### APPROVALS

| | Name | Signature Required | Employee No. | Date |
|---|---|---|---|---|
| REQUESTED BY: | | | | |
| APPROVED BY: | Avalos, Julio C. | *(signature)* | ▮ | 06/08/2010 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney;  Over $2,500: Billing Attorney and Practice Leader*

*\* Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

#3044943

**ORRICK HERRINGTON & SUTCLIFFE LLP**
1000 MARSH RD
MENLO PARK, CA. 94025
650-614-7400

BANK OF AMERICA.
MENLO PARK BRANCH #0413
633 SANTA CRUZ AVE
MENLO PARK, CA. 94025
11-35/1210

7544

6/8/2010

PAY TO THE ORDER OF    Summer Fisher                                              $  **84.75

Eighty-Four and 75/100******                                          DOLLARS

Summer Fisher
Official Court Reporter
280 S. First Street, Room 2112
San Jose, CA. 95113

MEMO    16069-2012/10061

---

**ORRICK HERRINGTON & SUTCLIFFE LLP**                                            7544

Summer Fisher                                        6/8/2010
Transcript Fees                                                            84.75

posted 6/10
# 117826

Silicon Valley Checking    16069-2012/10061                                84.75

**ORRICK HERRINGTON & SUTCLIFFE LLP**                                            7544

Summer Fisher                                        6/8/2010
Transcript Fees                                                            84.75

Silicon Valley Checking    16069-2012/10061                                84.75


559073 (12/07)

## Orrick, Herrington & Sutcliffe LLP

 

### Shipment Receipt

| | |
|---|---|
| Vendor: | FedEx |
| Account: | 187011272 |
| Invoice: | 711994735 |
| Date: | Fri, Jun 11 2010 |
| Items: | 1 |
| **Total: $** | **11.13** |

| Invoice Number | Reference | Client-Matter |
|---|---|---|
| Service | Timekeeper ID | Client ID-Matter ID |
| Airbill | Sender | Recipient |
| Picked Up | | |
| Delivered | | |

| | | |
|---|---|---|
| 711994735 | 0016069 002012 009757 | Facebook, Inc.-Facebook v. Power Ventures, Inc. |
| FedEx Priority Overnight (Code: ON) | 009757 | 0016069-002012 |
| 792185406516 | Elizabeth Kim | Official CSR   USDC ND Califor |
| Tue, Jun 08 2010 | Orrick Herrington & Sutcliffe | Summer Fisher |
| Wed, Jun 09 2010 09:47 AM | Elizabeth Kim | 280 S 1st St Rm 2112 |
| | 1000 Marsh Road | SAN JOSE, CA 95113 US |
| | MENLO PARK, CA 94025 US | |

Shipping Charges: $ 11.13

90-4182
1211

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

**ORRICK**

BANK OF AMERICA
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE
WALNUT CREEK, CA 94594

No. **745049**

Req. No. 1262034

Date: 6/28/2010

**PAY** THE SUM OF 14,378 DOLLARS AND 37 CENTS***************************

CHECK
AMOUNT $14,378.37*

ORRICK, HERRINGTON & SUTCLIFFE LLP

BY:

TO THE
ORDER OF

Federal Express Corp
P.O. Box 7221
Pasadena, CA 91109-7321

VOID AFTER 180 DAYS

Req. No. 1262034

No. **745049**

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 6/10/2010 | 711994735 | FEDEXP | FIRM/ID#118669/HR *11.13* | $1,479.96 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A PI
IN FULL PAYMENT OF THE ITEMIZED ACI

# MERRILL CORPORATION

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18179029 | 03/17/2011 | 1805-141314 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/17/2011 | LSF | C0805780JF |

| CASE CAPTION |
|---|
| Facebook, Inc. vs. Power Ventures, et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Neel Chatterjee
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025

```
COPY OF TRANSCRIPT AND WORD INDEX OF:
  Craig Clark                          152 Pages @      3.25/Page      494.00
            EXHIBITS                    12 Pages @       .40/Page        4.80
            TotalTranscript                                            40.00
            Color Copies               42.00 Pages @    1.00/Page      42.00
            Packaging and Handling                                     25.00

                                 TOTAL   DUE  >>>>                    605.80

                                 AFTER 4/16/2011 PAY                  666.38

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

Q309432

TAX ID NO. : ▮▮▮▮▮▮

(650) 614-7400    Fax (650) 614-7401

*Please detach bottom portion and return with payment.*

Neel Chatterjee
Orrick Herrington & Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025

```
Invoice No.:  18179029
Date        :  03/17/2011
TOTAL DUE   :     605.80
AFTER 4/16/2011 PAY :  666.38


Job No.   :  1805-141314
Case No.  :  C0805780JF
Facebook, Inc. vs. Power Ventures, e
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



ORRICK

# PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | LegaLink, Inc. | AMOUNT: | $605.80 |
| MAILING ADDRESS: | P.O. Box 277951 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Atlanta | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | Georgia PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 30384 COUNTRY | SOCIAL SECURITY # (Individuals) | |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▉ | BILLING ATTORNEY: | Chatterjee, Indra Neel |
| EMPLOYEE NO.: | ▉ | * PRACTICE GROUP LEADER: | Weiss, Gary E. |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Power Ventures |

BUSINESS PURPOSE: Craig Clark Deposition Transcript (Merrill Invoice 18179029)

HARD DISBURSEMENT CODE(S): Deposition/Transcript Expenses (DEPO);   OFFICE: SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee   04/10/2011

Date Needed by   (call info) Name   Phone   Ext.

---

## APPROVALS

| | | | | | |
|---|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | *[signature]* | ▉ | 3/29/2011 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Chatterjee, Indra Neel | *[signature]* | ▉ | 3/29/2011 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

RECEIVED
O.H.S. LLP
APR 0 4 2011

APPROVAL LEVELS: CLIENT DISBURSEMENTS

$500 or less: Office Administrator; $2,500 or less: Billing Attorney; over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate one or more attorneys and relevant practice managers to approve on their behalf.*

ENTERED
APR 14 2011
BY:



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

13037

Req. No.   1313112

Date:   4/14/2011

56-382
412

**PAY** THE SUM OF 1,064 DOLLARS AND 60 CENTS*****************************

CHECK
AMOUNT          $1,064.60*

TO THE
ORDER OF
LEGALINK, INC.
FILE 70206
LOS ANGELES, CA  90074-0206

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

| Req. No. | 1313112 | | | No. | 13037 |
|---|---|---|---|---|---|
| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | | Amount |
| 3/17/2011 | 18179029 | LELIMERR | CA SV S#132755/ SA  Craig Clark depo transcript | | $605.80 |
| | | | | Total Payment This Check: | $1,064.60 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RI
IN FULL PAYMENT OF THE ITEMIZED AC

# INVOICE

**BARKLEY**
*Court Reporters*
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 411198 | 7/27/2011 | 324988 |

| Job Date | Case No. |
|---|---|
| 7/20/2011 | 5:08-cv-05780 JW (HRL) |

| Case Name |
|---|
| Facebook, Inc. v. Power Ventures, Inc. |
| *10069 - 2012* |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Monte Cooper
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

| | |
|---|---|
| Original/Index transcript of deposition of: | |
| Steven Vachani | 4,196.34 |
| Videotape Recording of: | |
| Steven Vachani. | 1,253.00 |
| **TOTAL DUE >>>** | **$5,449.34** |

Location:  New York
This invoice includes an expedite surcharge for $1,193.85

Q335165

Tax ID: ████████                                                        Phone: 650-614-7400   Fax:

---

*Please detach bottom portion and return with payment.*

| | |
|---|---|
| Job No. | : 324988        BU ID        : BCR - NY |
| Case No. | : 5:08-cv-05780 JW (HRL) |
| Case Name | : Facebook, Inc. v. Power Ventures, Inc. |

Monte Cooper
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

| | |
|---|---|
| Invoice No. | : 411198        Invoice Date  : 7/27/2011 |
| **Total Due** | : **$ 5,449.34** |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA  90074**



ORRICK

# PAYMENT AND FUNDS REQUEST FORM - Billable

| | | |
|---|---|---|
| PAYABLE TO: | Barkley Court Reporters | AMOUNT: $5,449.34 |
| MAILING ADDRESS: | File No. 50217 | CURRENCY: USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: Check |
| CITY: | Los Angeles | *Submit IRS form W9 for all new vendors.* |
| U.S. STATE | California   PROVINCE | FEDERAL EIN # (Organizations) 95-3312349 |
| POSTAL/ZIP CODE | 90074   COUNTRY  USA | SOCIAL SECURITY # (Individuals) |

BILLABLE:  *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▉ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | ▉ | * PRACTICE GROUP LEADER: | Weiss, Gary |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook |
| MATTER NO.: | 2012 | MATTER NAME: | Power Ventures, Inc. |

BUSINESS PURPOSE:  Deposition - Steve Vachani (Barkley Invoice #411198)

| | | | |
|---|---|---|---|
| HARD DISBURSEMENT CODE(S): | Depo/Trans (DEPO); | OFFICE: | SV |

SPECIAL DELIVERY
INSTRUCTIONS:  Mail to payee      9/01/11

| | | | |
|---|---|---|---|
| | Date Needed by | (call info)  Name | Phone      Ext. |

## APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen | *[signature]* | ▉ | 8/19/2011 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Chatterjee, Neel | *[signature]* | ▉ | 8/19/11 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | Howard, Elizabeth | *[signature]* | ▉ | 8/19/11 |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing
Attorney;  Over $2,500: Billing Attorney and Practice Leader*

*Practice group leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

**ENTERED**
SEP 0 2 2011
BY:

**RECEIVED**
SEP 0 1 2011
ACCOUNTS PAYABLE

**ORRICK** ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Req. No.   1337024

Date:   9/2/2011

21147

56,382
412

**PAY** THE SUM OF 5,449 DOLLARS AND 34 CENTS***************************

CHECK
AMOUNT   $5,449.34*

TO THE
ORDER OF
**BARKLEY COURT REPORTERS**
FILE #50217
LOS ANGELES, CA  90074-0217

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No.   1337024

No.   21147

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 7/27/2011 | 411198 | BARKLEY | CA SV S#139356/ SA ,depo - Steve Vachani | $5,449.34 |
| | | | Total Payment This Check: | $5,449.34 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED AC

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 414963 | 10/11/2011 | 328465 |

| Job Date | Case No. | |
|---|---|---|
| 10/5/2011 | 5:08-cv-05780 JW (HRL) | |

| Case Name | | |
|---|---|---|
| Facebook, Inc. v. Power Ventures, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Monte Cooper
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

| | |
|---|---|
| Original/Index transcript of deposition of: | |
|    Ed Niehaus | 2,786.92 |
| Videotape Recording of: | |
|    Ed Niehaus. | 1,107.50 |
| | **TOTAL DUE  >>>**   **$3,894.42** |

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

Q348141

Tax ID: ████

Phone: 650-614-7400   Fax:

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

| | | | |
|---|---|---|---|
| Job No. | : 328465 | BU ID | : BCR - SF |
| Case No. | : 5:08-cv-05780 JW (HRL) | | |
| Case Name | : Facebook, Inc. v. Power Ventures, Inc. | | |
| | | | |
| Invoice No. | : 414963 | Invoice Date | : 10/11/2011 |
| **Total Due** | : **$ 3,894.42** | | |

Remit To: **Barkley Court Reporters**
      **File No 50217**
      **Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:         Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:



ORRICK

# PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | Barkley Court Reporters | AMOUNT: | $3,894.42 |
| MAILING ADDRESS: | File No. 50217 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Los Angeles | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | California     PROVINCE | FEDERAL EIN # (Organizations) | 95-3312349 |
| POSTAL/ZIP CODE | 90074     COUNTRY   USA | SOCIAL SECURITY # (Individuals) | |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ██████ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: | |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook |
| MATTER NO.: | 1  2012 | MATTER NAME: | ~~Connectu~~  POWER.COM |

BUSINESS PURPOSE: Deposition transcript.

HARD DISBURSEMENT CODE(S): Deposition transcript (DEPO); Invoice No. ~~414743~~  414963     OFFICE:  SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee     10/28/11

Date Needed by     (call info)  Name          Phone          Ext.

## APPROVALS

| | Name | Signature Required | Employee No. | Date |
|---|---|---|---|---|
| REQUESTED BY: | | | | |
| APPROVED BY: | Monte Cooper | *[signature]* | ██████ | 10/24/11 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | Neel Chatterjee | *[signature]* | ██████ | 10/24/11 |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS
$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

* Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.

ENTERED
OCT 3 1 2011
BY:

RECEIVED
OCT 2 8 2011
ACCOUNTS PAYABLE

**O ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

24836

Req. No.   1348316

Date:  11/10/2011

58-382
412

**PAY**  THE SUM OF 7,526 DOLLARS AND 22 CENTS*****************************

CHECK
AMOUNT

$7,526.22*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

**BARKLEY COURT REPORTERS**
FILE #50217
LOS ANGELES, CA  90074-0217

VOID AFTER 180 DAYS

Req. No.    1348316

No.    24836

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 10/11/2011 | 414963 | BARKLEY | CA SV S#142085/ SA  deposition transcript | $3,894.42 |
| | | | Total Payment This Check: | $7,526.22 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA  94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R
IN FULL PAYMENT OF THE ITEMIZED AC

# INVOICE



**B A R K L E Y**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 414743 | 10/11/2011 | 327755 |
| **Job Date** | | **Case No.** |
| 9/29/2011 | 5:08-cv-05780 JW (HRL) | |

| **Case Name** |
|---|
| Facebook, Inc. v. Power Ventures, Inc. |

| **Payment Terms** |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Monte Cooper
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

| | |
|---|---|
| Original/Index transcript of deposition of: | |
| Rob Pollock | 2,651.80 |
| Videotape Recording of: | |
| Rob Pollock. | 980.00 |
| | **TOTAL DUE  >>>**     **$3,631.80** |

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

Q348144

Tax ID: ▓▓▓▓▓▓

Phone: 650-614-7400    Fax:

---

*Please detach bottom portion and return with payment.*

Monte Cooper
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

Job No.   : 327755        BU ID    : .BCR - SF
Case No.   : 5:08-cv-05780 JW (HRL)
Case Name : Facebook, Inc. v. Power Ventures, Inc.

Invoice No.  : 414743        Invoice Date  : 10/11/2011
**Total Due  : $ 3,631.80**

Remit To: **Barkley Court Reporters**
              **File No 50217**
              **Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

O
ORRICK

# PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | Barkley Court Reporters | AMOUNT: | $3,631.80 |
| MAILING ADDRESS: | File No. 50217 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Los Angeles | | *Submit  IRS form W9 for all new vendors.* |
| U. S. STATE | California           PROVINCE | FEDERAL EIN # (Organizations) | 95-3312349 |
| POSTAL/ZIP CODE | 90074      COUNTRY   USA | SOCIAL SECURITY # (Individuals) | |

BILLABLE:   *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ███████ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: | |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook |
| MATTER NO.: | X   2012 | MATTER NAME: | ~~ConnectU~~  Power.com |
| BUSINESS PURPOSE: | Deposition transcript. | | |
| HARD DISBURSEMENT CODE(S): | Deposition transcript (DEPO); Invoice No. 414743 | OFFICE: | SV |
| SPECIAL DELIVERY INSTRUCTIONS: | Mail to payee          10/28/11 | | |
| | Date Needed by      (call info)   Name | Phone          Ext. |

| APPROVALS | | | | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| REQUESTED BY: | | | | | |
| | Name | Signature Required | Employee No. | | Date |
| APPROVED BY: | Monte Cooper | | ███████ | | 10/24/11 |
| | Name | Signature Required | Employee No. | | Date |
| * APPROVED BY FOR PRACTICE AREA: | Neel Chatterjee | | ███████ | | 10/24/11 |
| | Name | Signature Required | Employee No. | | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing
Attorney; Over $2,500: Billing Attorney and Practice Leader*

ENTERED
OCT 31 2011
BY:

* Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf

RECEIVED
OCT 28 2011
ACCOUNTS PAYABLE

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

Req. No.   1348316      24836

58-382
412

Date: 11/10/2011

**PAY** THE SUM OF 7,526 DOLLARS AND 22 CENTS*****************************

CHECK
AMOUNT          $7,526.22*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

BARKLEY COURT REPORTERS
FILE #50217
LOS ANGELES, CA  90074-0217

VOID AFTER 180 DAYS

Req. No.   1348316                                              No.   24836

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 10/11/2011 | 414743 | BARKLEY | CA SV S#142085/.SA deposition transcript | $3,631.80 |
| | | | Total Payment This Check: | $7,526.22 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R
IN FULL PAYMENT OF THE ITEMIZED AC

# Orrick, Herrington & Sutcliffe LLP



FedEx.

## Shipment Receipt

| | |
|---|---|
| Vendor: | FedEx |
| Account: | 187011272 |
| Invoice: | 766928739 |
| Date: | Fri, Oct 21 2011 |
| Items: | 3 |
| **Total: $** | **31.89** |

**Invoice Number**
**Service**
**Airbill**
**Picked Up**
**Delivered**

**Reference**
**Timekeeper ID**
**Sender**

**Client-Matter**
**Client ID-Matter ID**
**Recipient**

766928739

FedEx Standard Overnight (Code: ST)
797623258353
Thu, Oct 13 2011
Fri, Oct 14 2011 11:52 AM

0016069 002012 013366

013366
Megan Beardsley
Orrick Herrington & Sutcliffe
Megan Beardsley
1000 Marsh Road
MENLO PARK, CA 94025 US

Facebook, Inc.-Facebook v. Power
Ventures, Inc.
0016069-002012
Barkley Court Reporters
Kim Strandberg
222 Front St Ste 600
SAN FRANCISCO, CA 94111 US

Shipping Charges: $ 10.39



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Req. No.   1347438

24624

56-392
412

Date:   11/7/2011

**PAY** THE SUM OF 15,757 DOLLARS AND 83 CENTS************************

CHECK
AMOUNT

$15,757.83*

TO THE
ORDER OF

FEDERAL EXPRESS CORP
P.O. BOX 7221
PASADENA, CA 91109-7321

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No.   1347438

No.   24624

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|



PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RI
IN FULL PAYMENT OF THE ITEMIZED AC

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 10/21/2011 | 766928739 | FEDEXP | FIRM/ID#141782/HR | $2,815.59 |

*$10.39*

Total Payment This Check:     $15,757.83

Non-Nego

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED AC


ORRICK

# PAYMENT AND FUNDS REQUEST FORM - Billable

PAYABLE TO: Debra L. Pas

MAILING ADDRESS: 450 Golden Gate Avenue, Suite 16-6796

STREET:

CITY: San Francisco

U. S. STATE: California     PROVINCE:

POSTAL/ZIP CODE: 94102     COUNTRY: USA

AMOUNT: $76.20

CURRENCY: USD-U.S. Dollars

PAYMENT TYPE: Check

*Submit IRS form W9 for all new vendors.*

FEDERAL EIN # (Organizations):

SOCIAL SECURITY # (Individuals):

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

EMPLOYEE NO.: ███     BILLING ATTORNEY: Beardsley, Megan Michelle

EMPLOYEE NO.:     * PRACTICE GROUP LEADER:

CLIENT NO.: 16069     CLIENT NAME: Facebook, inc.

MATTER NO.: 2012     MATTER NAME: Facebook v. Power Ventures, inc.

BUSINESS PURPOSE: Hearing transcript

HARD DISBURSEMENT CODE(S): Deposition/Transcript Expenses (DEPO);     OFFICE: SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee     ASAP

| | Date Needed by | (call info) Name | Phone | Ext. |

| APPROVALS |
|---|

| | Name | Signature Required | Employee No. | Date |
|---|---|---|---|---|
| REQUESTED BY: Beardsley, Megan Michelle | | *Megn Beardsley* | ███ | 11/9/2011 |
| APPROVED BY: Beardsley, Megan Michelle | | *Mgn Bearsly* | ███ | 11/9/2011 |
| * APPROVED BY FOR PRACTICE AREA: | | | | |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

**Wadia, Parveen**

| | |
|---|---|
| From: | Beardsley, Megan M. |
| Sent: | Thursday, November 10, 2011 11:35 AM |
| To: | Wadia, Parveen |
| Subject: | FW: Facebook vs Power Ventures Hearing Transcript 11-4-2011 |

Hi Parveen,

Below is the email from the court reporter, Debra Pas, asking for funds. c/m: 16069-2012.

Thanks,

Megan

-----Original Message-----
From: Debra_Pas@cand.uscourts.gov [mailto:Debra_Pas@cand.uscourts.gov]
Sent: Wednesday, November 09, 2011 1:31 PM
To: Beardsley, Megan M.
Subject: Facebook vs Power Ventures Hearing Transcript 11-4-2011

Counsel:

        Per your email of 11-7-2011, the cost for the transcript of the hearing before Magistrate Spero will be $76.20. Please provide a FedEx number in order to facilitate receipt of the hard copy transcript.

        Federal Court transcripts are COD.  Please send a check in the amount of $76.20 made payable to Debra L. Pas, CSR to 450 Golden Gate Avenue, Suite 16-6796, San Francisco, California 94102.  Upon receipt of payment, I will begin work on the transcript.

Debra Pas, C.S.R., C.R.R.
Official Reporter - US District Court
(415) 431-1477

====================================================================

This email (including any attachments hereto) is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is confidential. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone
(415-431-1477) or by electronic mail (Debra_Pas@cand.uscourts.gov) immediately.

1

# 3249622

| | | |
|---|---|---|
| **ORRICK, HERRINGTON & SUTCLIFFE LLP** | **WELLS FARGO BANK, N.A.** | 008290 |
| 1000 MARSH RD.<br>MENLO PARK, CA 94025<br>650-614-7400 | 11-24/1210 | |
| | | 11/10/2011 |

PAY TO THE ORDER OF   Debra L. Pas                                    $ **76.20

Seventy-Six and 20/100******                                    DOLLARS

Debra L. Pas, CSR
United States Court Reporter
450 Golden Gate Avenue, Suite 16-6796
San Francisco, CA 94102

MEMO      16069-2012/█████

---

**ORRICK, HERRINGTON & SUTCLIFFE LLP**                                    008290

Debra L. Pas                          11/10/2011
Transcript Fees                                                    76.20

PASD

Wells Fargo - SV Checki   16069-2012/████                          76.20

**ORRICK, HERRINGTON & SUTCLIFFE LLP**                                    008290

Debra L. Pas                          11/10/2011
Transcript Fees                                                    76.20

PAYMENT RECORD

Wells Fargo - SV Checki   16069-2012/████                          76.20

SUPERIOR PRESS  (888)590-7998  IP1586059

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 419096 | 12/20/2011 | 332170 |
| **Job Date** | **Case No.** | |
| 12/14/2011 | 5:08-cv-05780 JW (HRL) | |
| **Case Name** | | |
| Facebook, Inc. v. Power Ventures, Inc. | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Morvarid Metanat, Esq.
Orrick, Herrington & Sutcliffe LLP – (MP)
1000 Marsh Road
Menlo Park CA  94025

| | |
|---|---|
| Original/Index transcript of deposition of: | |
| Zak Mandhro | 3,320.01 |
| Videotape Recording of: | |
| Zak Mandhro. | 1,032.50 |
| | **TOTAL DUE >>>    $4,352.51** |

Client Matter No.: 16069-2012

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

Q363651

Tax ID: ▉▉▉▉                                         Phone: 650-614-7400    Fax:

*Please detach bottom portion and return with payment.*

Morvarid Metanat, Esq.
Orrick, Herrington & Sutcliffe LLP – (MP)
1000 Marsh Road
Menlo Park CA  94025

Job No.   : 332170      BU ID    :.BCR - SF
Case No.  : 5:08-cv-05780 JW (HRL)
Case Name : Facebook, Inc. v. Power Ventures, Inc.

Invoice No. : 419096      Invoice Date  :12/20/2011
**Total Due  : $ 4,352.51**

Remit To: **Barkley Court Reporters**
          **File No 50217**
          **Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



ORRICK

# PAYMENT AND FUNDS REQUEST FORM - Billable

| PAYABLE TO: | Barkley Court Reporters | AMOUNT: | $4,352.51 |
|---|---|---|---|
| MAILING ADDRESS: | File No. 50217 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Los Angeles | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | California   PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 90074   COUNTRY   USA | SOCIAL SECURITY # (Individuals) | |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: | Esmaili-Metanat, Morvarid |
|---|---|---|---|
| EMPLOYEE NO.: | ▮ | * PRACTICE GROUP LEADER: | Howard, Elizabeth A. |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Transcript/videotaped deposition of Zak Mandhro taken Dec. 14, 2011 - Invoice No. 419096 ($4,352.51)

HARD DISBURSEMENT CODE(S): Deposition/Transcript Expenses (DEPO);     OFFICE: SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee   12/28/2011

Date Needed by        (call info)   Name                     Phone              Ext.

## APPROVALS

| REQUESTED BY: | Escamilla, Diane | *Diane Escanilla* | ▮ | 12/21/2011 |
|---|---|---|---|---|
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Esmaili-Metanat, Morvarid | | ▮ | 12/21/2011 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | Howard, Elizabeth A. | | ▮ | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$2,500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader

*Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

RECEIVED JAN 10 2012

ENTERED

JAN 11 2012

BY:

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

28760

Req. No.   1359972

56-382
412

Date:   1/19/2012

**PAY**  THE SUM OF 4,352 DOLLARS AND 51 CENTS****************************

CHECK
AMOUNT       $4,352.51*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

**BARKLEY COURT REPORTERS**
FILE #50217
LOS ANGELES, CA  90074-0217

VOID AFTER 180 DAYS



Req. No.   1359972

No.   28760

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 12/20/2011 | 419096 | BARKLEY | CA SV S#145431/SA  transcript/ videotaped deposition of Zak Mandhro taken Dec. 14, 2011 | $4,352.51 |
| | | | Total Payment This Check: | $4,352.51 |

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA  94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED AC

# INVOICE

**BARKLEY**
*Court Reporters*
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 420149 | 1/13/2012 | 333018 |

| Job Date | Case No. |
|---|---|
| 1/9/2012 | 5:08-cv-05780 JW (HRL) |

| Case Name |
|---|
| Facebook, Inc. v. Power Ventures, Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

I. Neel Chatterjee, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA 94025

| | |
|---|---|
| Original/Index transcript of deposition of: | |
| Designee Steven Vachani 30(b)(6) | 4,741.32 |
| Videotape Recording of: | |
| Designee Steven Vachani 30(b)(6). | 1,515.00 |
| | **TOTAL DUE >>>**   **$6,256.32** |

This invoice includes an expedite surcharge for $1,443.96


Q370423

Tax ID: ████████

Phone: 650-614-7400    Fax:

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 333018 | BU ID | :.BCR - SF |
| Case No. | : 5:08-cv-05780 JW (HRL) | | |
| Case Name | : Facebook, Inc. v. Power Ventures, Inc. | | |

I. Neel Chatterjee, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA 94025

| | | | |
|---|---|---|---|
| Invoice No. | : 420149 | Invoice Date | : 1/13/2012 |
| **Total Due** | : **$ 6,256.32** | | |

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA 90074**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



ORRICK

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | Barkley Court Reporters | AMOUNT: | $6,256.32 |
| MAILING ADDRESS: | File No. 50217 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Los Angeles | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | California | PROVINCE | FEDERAL EIN # (Organizations) |
| POSTAL/ZIP CODE | 90074 | COUNTRY | SOCIAL SECURITY # (Individuals) |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ■ | BILLING ATTORNEY: | Chatterjee, Indra Neel |
| EMPLOYEE NO.: | ■ | * PRACTICE GROUP LEADER: | Chatterjee, Indra Neel |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Power Ventures |

BUSINESS PURPOSE: Steve Vachani Depo Transcript and Video (Barkley Invoice 420149)

HARD DISBURSEMENT CODE(S): Deposition/Transcript Expenses (DEPO);          OFFICE:  SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee          02/13/2012

|  | Date Needed by | (call info)  Name | Phone | Ext. |
|---|---|---|---|---|

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | *(signature)* | ■ | 01/23/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Chatterjee, Indra Neel | | ■ | 01/23/2012 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | Chatterjee, Indra Neel | | ■ | 01/23/2012 |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:    CLIENT DISBURSEMENTS

$500 or less: Office Administrator; $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED FEB 0 9 2012          RECEIVED JAN 2 4 2012

O
ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Req. No.   1364034

30157

56-382
412

Date:   2/13/2012

**PAY**  THE SUM OF 6,256 DOLLARS AND 32 CENTS*****************************   CHECK AMOUNT   $6,256.32*

TO THE
ORDER OF

**BARKLEY COURT REPORTERS**
**FILE #50217**
**LOS ANGELES, CA  90074-0217**

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No.   1364034

No.   30157

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|---|---|---|---|---|
| 1/13/2012 | 420149 | BARKLEY | CA SV S#146881/.SA  Steve Vachani depo transcript and video | $6,256.32 |
| | | | Total Payment This Check: | $6,256.32 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R[...]
IN FULL PAYMENT OF THE ITEMIZED AC[...]

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20111190

### MAKE CHECKS PAYABLE TO:

Neel Chatterjee
Orrick, Herrington & Sutcliffe -
1000 Marsh Road
Menlo Park, CA 94025

Phone:   (650) 614-7400

Katherine Powell Sullivan
Official Court Reporter
450 Golden Gate Avenue
16th Floor, Room 6782
San Francisco, CA 94102

Phone:   (415) 794-6659
FAX      (415) 522-3149

Katherine_Sullivan@cand.uscourts.gov

| | | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 01-23-2012 | 01-27-2012 |

Case Style: C 08-5780 JW, Facebook, Inc. v Power Ventures, Inc., et al.
Cost to prepare the original and two pdf copies of the Transcript of
Proceedings held on January 23, 2012, before Hon. James Ware.  40 total
pages split between the parties.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 20 | 4.85 | 97.00 | 20 | 0.90 | 18.00 | | | | 115.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 115.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |

Q370676

| Date Paid: | Amt: | TOTAL DUE: | $115.00 |
|---|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 01-27-2012 |

(All previous editions of this form are
cancelled and should be destroyed)



O R R I C K

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | Katherine Powell Sullivan | AMOUNT: | $115.00 |
| MAILING ADDRESS: | 450 Golden Gate Ave. | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | 16th Floor, Room 6782 | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | California          PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 94102          COUNTRY | SOCIAL SECURITY # (Individuals) | |

BILLABLE:    *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | ▮ | * PRACTICE GROUP LEADER: | Chatterjee, Neel |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE:    Jan. 23, 2012 Hearing transcript

HARD DISBURSEMENT CODE(S):    Court Photocopy/Document Retrieval Fee (CRTCPY);          OFFICE:   SV

SPECIAL DELIVERY INSTRUCTIONS:    Mail to payee          02/20/2012

| Date Needed by | (call info)  Name | Phone | Ext. |
|---|---|---|---|

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | *(signature)* | ▮ | 1/31/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | | *(signature)* | | |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:    **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice ma~~nagers to~~ approve on their behalf.*

RECEIVED FEB 0 3 2012

ENTERED FEB 1 4 2012

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Req. No. 1365636

30598

56:382
412

Date:  2/22/2012

PAY  THE SUM OF 115 DOLLARS AND 00 CENTS*****************************

CHECK
AMOUNT

$115.00*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

KATHERINE POWELL SULLIVAN, OFFICIAL REPORTER
US DISTRICT COURT
16TH FLOOR, ROOM 6782
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

VOID AFTER 180 DAYS

---

Req. No.    1365636

No.    30598

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 1/23/2012 | 20111190 | SULLKA | CA SV S#147096/SA    1/23/12 hearing transcript | $115.00 |
| | | | Total Payment This Check: | $115.00 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R
IN FULL PAYMENT OF THE ITEM(S) LIACK

Non-Negotiable

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20120955

MAKE CHECKS PAYABLE TO:

Morvarid Metanat
Orrick, Herrington & Sutcliff LLP
1000 Marsh Road
Menlo Park, CA 94025

Phone:  (650) 614-7620
FAX:    (650) 614-7401

vfeeman@orrick.com

DEBRA L. PAS, CSR, CRR
United States Court Reporter
450 Golden Gate Avenue
Suite 16-6796
San Francisco, CA 94102

Phone:  (415) 431-1477
FAX     (415) 522-3149

Debra_Pas@cand.uscourts.gov

| | CRIMINAL | X | CIVIL | DATE ORDERED: 02-24-2012 | DATE DELIVERED: 02-27-2012 |

Case Style:  C08-5780 JW (JCS), Facebook, Inc. v Power Ventures, Inc.
Transcript of Proceedings before Joseph C. Spero, Magistrate
- hearing held 2-24-2012
- ECF unlocked 2-27-2012; ASCII emailed 2-27-2012

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 16 | 6.05 | 96.80 | 16 | 1.20 | 19.20 | | | | 116.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 116.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| Q373351 | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:          Amt: | TOTAL DUE: $116.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE  02-27-2012 |

(All previous editions of this form are
cancelled and should be destroyed)



ORRICK

# PAY NOW – Client Electronically Billed

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | |
|---|---|---|
| PAYABLE TO: | Debra L. Pas, CSR, CRR | AMOUNT: $116.00 |
| MAILING ADDRESS: | United States District Court | CURRENCY: USD-U.S. Dollars |
| STREET: | 450 Golden Gate Ave., Suite 16-6796 | PAYMENT TYPE: Check |
| CITY: | San Francisco | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | California      PROVINCE | FEDERAL EIN # (Organizations) |
| POSTAL/ZIP CODE | 94102      COUNTRY | SOCIAL SECURITY # (Individuals) |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▮▮ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | ▮▮ | * PRACTICE GROUP LEADER: | Chatterjee, Neel |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Feb. 24, 2012 Hearing transcript costs. D. Pas Invoice No. 20120955

| | | |
|---|---|---|
| HARD DISBURSEMENT CODE(S): | Court Photocopy/Document Retrieval Fee (CRTCPY); | OFFICE: SV |

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee    (RUSH)    Date Needed by    (call info)   Name        Phone        Ext.

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | *[signature]* | ▮▮ | 2/28/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | | *[signature]* | | |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing
Attorney; Over $2,500: Billing Attorney and Practice Leader*

*\* Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED MAR 01 2012                    RECEIVED MAR 01 2012

O
ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Req. No.   1367393

31214

Date:   3/1/2012

56-382
412

**PAY** THE SUM OF 116 DOLLARS AND 00 CENTS********************************

CHECK
AMOUNT

$116.00*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

DEBRA L. PAS
UNITED STATES COURT REPORTER
450 GOLDEN GATE AVE., SUITE 16, 6796
SAN FRANCISCO, CA  94102

VOID AFTER 180 DAYS

Req. No.   1367393

No.   31214

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|---|---|---|---|---|
| 2/27/2012 | 20120955 | PASD | CA SV S#147998/ SA — Feb. 24, 2012 hearing transcript costs | $116.00 |
|  |  |  | Total Payment This Check: | $116.00 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED AC

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2810

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 422744 | 3/9/2012 | 337121 |

| Job Date | Case No. |
|---|---|
| 3/7/2012 | 5:08-cv-05780 JW (HRL) |

| Case Name |
|---|
| Facebook, Inc. v. Power Ventures, Inc. |

*16069·2012*

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

| | | | | |
|---|---|---|---|---|
| Original/Index transcript of deposition of: | | | | |
| Steve Vachani 30(b)(6) | 277.00 Pages | @ | 4.95 | 1,371.15 |
| Exhibit | 289.00 Pages | @ | 0.62 | 179.18 |
| .Realtime Text (at deposition)(p) | 264.00 Pages | @ | 1.75 | 462.00 |
| BarkleyAccess Pkg/Vid (ASCII, DpSync Vdo, PDF Trnscpts & Exhbts) | | | 20.00 | 20.00 |
| Delivery of Original | | | 20.00 | 20.00 |
| Videographer Present (p) | 277.00 Pages | @ | 0.50 | 138.50 |
| Administering of Oath - C.C.P. 2093(b), Gov.C.8211(b) | | | 10.00 | 10.00 |
| Hourly Fee | 5.25 Hours | @ | 40.00 | 210.00 |
| Delivery of Copy | | | 20.00 | 20.00 |
| Transcript Production fee | | | 42.00 | 42.00 |
| Exhibit Linking: LiveNote Evidence Format (LEF) File Creation | | | 75.00 | 75.00 |
| Expedite Charge | 277.00 | @ | 5.45 | 1,509.65 |
| Rough Disk (p) | | | 45.00 | 45.00 |
| Videotape Recording of: | | | | |
| Steve Vachani 30(b)(6). | | | | |
| Videographer - First 2 Hours | | | 325.00 | 325.00 |
| Videographer: Hourly Rate | 5.00 Hours | @ | 105.00 | 525.00 |

Tax ID: ▓▓▓▓▓

· Phone: 650-614-7400     Fax:

*Please detach bottom portion and return with payment.*

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

Job No.     : 337121          BU ID     : .BCR - SF
Case No.    : 5:08-cv-05780 JW (HRL)
Case Name   : Facebook, Inc. v. Power Ventures, Inc.

Invoice No.  : 422744          Invoice Date  : 3/9/2012
**Total Due   : $5,128.73**

Q384175

Remit To:  **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**          AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone #:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.857.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 422744 | 3/9/2012 | 337121 |

| Job Date | Case No. | |
|---|---|---|
| 3/7/2012 | 5:08-cv-05780 JW (HRL) | |

| Case Name | | |
|---|---|---|
| Facebook, Inc. v. Power Ventures, Inc. | | |

| | Payment Terms | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

| | | | | | |
|---|---|---|---|---|---|
| Video Synchronization (h) | 5.25 Hours | @ | 25.00 | 131.25 |
| Media Stock | | | 10.00 | 10.00 |
| Video: Service Fee | | | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | | | **$5,128.73** |

This invoice includes an expedite surcharge for $1,509.65

Tax ID: ▮▮▮▮▮▮▮

Phone: 650-614-7400   Fax:

*Please detach bottom portion and return with payment*

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

Job No.      : 337121            BU ID        : .BCR - SF
Case No.     : 5:08-cv-05780 JW (HRL)
Case Name    : Facebook, Inc. v. Power Ventures, Inc.

Invoice No.  : 422744           Invoice Date  : 3/9/2012
Total Due    : $5,128.73

Remit To:  **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA  90074**

PAYMENT WITH CREDIT CARD                    AMEX  MasterCard  VISA

Cardholder's Name:_____
Card Number:_____
Exp. Date:_____     Phone #:_____
Billing Address:_____
Zip:_____   Card Security Code:_____
Amount to Charge:_____
Cardholder's Signature:_____

*X Pls. Expedite*

◯
**ORRICK**

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | Barkley Court Reporters | AMOUNT: | $5128.73 |
| MAILING ADDRESS: | File No. 50217 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Los Angeles | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | California    PROVINCE | FEDERAL EIN # (Organizations) | 95-3312349 |
| POSTAL/ZIP CODE | 90074    COUNTRY   USA | SOCIAL SECURITY # (Individuals) | |

BILLABLE:  *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: | Cooper, Monte |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: | |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE:  Deposition transcript (Steve Vachani)

HARD DISBURSEMENT CODE(S):  Deposition/Transcript Expenses (DEPO);        OFFICE:  SV

SPECIAL DELIVERY INSTRUCTIONS:  *Mail to payee* **RUSH**

Date Needed by    (call info)   Name            Phone         Ext.

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Bursik, Helena E. | *Helena Bursik* | | 4/10/12 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Cooper, Monte | *Monte Cooper* /hh | ▮ | 4/10/12 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | *Liz Howard* | | | |
| | Name | Signature Required | Employee No. | Date |

*SIGN HERE*

APPROVAL LEVELS:   **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

* Practice Group Leaders can designate in writing attorneys and relevant practice managers to approve on their behalf.

*ENTERED APR 2 3 2012*

**RECEIVED APR 2 0**

ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Req. No. 1376105

34263

Date:   4/23/2012

58-382
412

**PAY**  THE SUM OF 5,128 DOLLARS AND 73 CENTS*****************************     CHECK     $5,128.73
                                                                              AMOUNT

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

BARKLEY COURT REPORTERS
FILE #50217
LOS ANGELES, CA  90074-0217

VOID AFTER 180 DAYS

| Req. No. | 1376105 | | | No. | 34263 |
|---|---|---|---|---|---|
| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | | Amount |
| 3/9/2012 | 422744 | BARKLEY | CA SV S#150541/ SA deposition transcript (Steve Vachani) | | $5,128.73 |
| | | | Total Payment This Check: | | $5,128.73 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A BILL
IN FULL PAYMENT OF THE ITEMIZED ACCOUNT

16069 ~2012

| AO44<br>(Rev. 12/80) | UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO:  00001044

## MAKE CHECKS PAYABLE TO:

Monte M. Cooper
__Orrick, Herrington
1000 Marsh Road
Menlo Park, CA 94025

Phone:   (650) 614-7400

mcooper@orrick.com

Connie Kuhl, RMR, CRR
Official Reporter, USDC
450 Golden Gate Avenue
16th Floor, Room 6766
San Francisco, CA 94102

Phone:      (415) 431-2020
FAX        (415) 522-3149
Tax ID:     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
Connie_Kuhl@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED:  08-07-2012 | DATE DELIVERED:  08-29-2012 |
|---|---|---|---|

Case Style: C 08-5780 JW, Facebook, Inc. v Power Ventures, Inc., et al.
Transcript of Proceedings held on Monday, August 6, 2012 before the Hon.
Chief Judge Ware.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL<br>CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 13 | 3.65 | 47.45 | 13 | 0.90 | 11.70 | 13 | 0.60 | 7.80 | 66.95 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 66.95 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| Q406614 | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $66.95 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE   Connie Kuhl | DATE   08-29-2012 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)



O R R I C K

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | |
|---|---|---|
| PAYABLE TO: | Connie Kuhl, RMR, CRR | AMOUNT: $66.95 |
| MAILING ADDRESS: | 450 Golden Gate Avenue | CURRENCY: USD-U.S. Dollars |
| STREET: | 16th Floor, Room 6766 | PAYMENT TYPE: Check |
| CITY: | San Francisco | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | California    PROVINCE | FEDERAL EIN # (Organizations) |
| POSTAL/ZIP CODE | 94102    COUNTRY   USA | SOCIAL SECURITY # (Individuals)   530-33-112B |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▇ | BILLING ATTORNEY: | Cooper, Monte |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: | |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Transcript of hearing proceedings (8/6/12)

HARD DISBURSEMENT CODE(S): Deposition/Transcript Expenses (DEPO);          OFFICE:  SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee

| | Date Needed by | (call info)  Name | Phone | Ext. |
|---|---|---|---|---|

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Bursik, Helena E. | *signature* | ▇ | 8/30/12 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Cooper, Monte | *Monte Cooper/hb* | ▇ | 8/30/12 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | *signature* | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED SEP 0 7 2012          RECEIVED SEP 0 6 2012

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call.
800-289-3557 option 1, option 2

Req. No. 1399125

41789

Date:   9/7/2012

56-382
412

**PAY**   THE SUM OF 66 DOLLARS AND 95 CENTS********************************

CHECK
AMOUNT

$66.95*

TO THE
ORDER OF:

CONNIE KUHL
OFFICIAL REPORTER, USDC
450 GOLDEN GATE AVE.
16TH FLOOR, ROOM 6766
SAN FRANCISCO, CA  94102

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No.   1399125

No.   41789

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 8/7/2012 | 00001044 | KUHLC | CA SV S#156986/ SA  transcript of hearing proceedings (8/6/12) | $66.95 |
| | | | Total Payment This Check: | $66.95 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES
IN FULL PAYMENT OF THE ITEMIZEE

AO 435
(Rev. 03/08)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*Please Read Instructions:*

| 1. NAME<br>Christine J. Flores | 2. PHONE NUMBER<br>(415) 773-5566 | 3. DATE<br>11/27/2012 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>Orrick, 405 Howard Street | 5. CITY<br>San Francisco | 6. STATE<br>CA | 7. ZIP CODE<br>94105 |
| 8. CASE NUMBER<br>12-32488 TEC | 9. JUDGE<br>Carlson | DATES OF PROCEEDINGS | |
| 12. CASE NAME<br>In re Power Ventures, Inc. | 10. FROM 11/27/2012 | 11. TO | |
| | LOCATION OF PROCEEDINGS | | |
| | 13. CITY San Francisco | 14. STATE CA | |

15. ORDER FOR

| [ ] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [X] BANKRUPTCY |
|---|---|---|---|
| [ ] NON-APPEAL | [ ] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Motion to Convert or Dismiss | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to<br>Clerk for Records of the Court) | FIRST COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [X] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE<br>11/27/2012 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY

11/29/2012                              Orrick, Herrington & Sutcliffe LLP                        Repdrt: AP
3:20 PM                                     Invoice Session Edit List                             Req'd By: GOI
                                                                                                  Currency: XXX

From/To Session:        160917 -- 160917                                 *posted 11/29/12*
From/To Create Date:    11/29/2012 -- 11/29/2012

Session:     160917

| Invoice #/ Vendor ID/ Reference # | Invoice Date/ Vendor Name/ Narrative | Direct Deposit? | Invoice Status | Invoice Type/ Terms Code | Due Date/ Discount Date | Invoice Amount/ Discount Amount/ Sales-Use-Tax |
|---|---|---|---|---|---|---|
| 112912 | 11/29/2012 | N | N | INV | Standard Operations  11/29/2012 | $122.30 |
| PALMER | Palmer Reporting Services | | | NONE | Due upon receipt  11/29/2012 | |

SF\local checking #160917\GI\ transcript of hearing held November 27, 2012

| Disbursement ID/ Disbursement Type/ Narrative | Date | Client Code | Matter Code | Base Amount | ToBill Amo  Quantity Reference | Tkpr Code | Hold Date/ Timekeeper Name |
|---|---|---|---|---|---|---|---|
| 33717454 | 11/29/2012 | 16069 | 2012 | $122.30 | $122 30 | 0.00 | |
| DEPO   Deposition/Transcript Expenses | | | | | | 7545 | Holden Jr., Frederick D |

VENDOR: Palmer Reporting Services; INVOICE#: 112912; DATE: 11/29/2012 -  SF\local checking #160917\GI\ transcript of hearing held November 27, 2012

|  | | |  |
|---|---|---|---|
| Disb Offset Total:     1 | 122.30 | 122.30 | 0.00 |
| Session Invoice Total:          122.30 | GL Offset Count: | Disb Offset Count:  1 | |
| Session Total:                  122.30 | Invoice Count:    1 | | |
| Report Total:                   122.30 | Invoice Count:    1 | | |

Start Time: 3:20 PM
End Time:  3:20 PM

RECEIVED

NOV 2 9 2012

ACCOUNTING DEPT.



ORRICK

PAYMENT AND FUNDS REQUEST FORM - Billable



Q415947

| | | | |
|---|---|---|---|
| PAYABLE TO: | Palmer Reporting | AMOUNT: | $122.30 |
| MAILING ADDRESS: | c/o U.S. Bankruptcy Court | CURRENCY: | USD-U.S. Dollars |
| STREET: | 235 Pine Street | PAYMENT TYPE: | Check |
| CITY: | San Francisco | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | California    PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 94111    COUNTRY | SOCIAL SECURITY # (Individuals) | |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | | BILLING ATTORNEY: | |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: | |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Transcript of hearing held November 27, 2012

HARD DISBURSEMENT CODE(S): Deposition/Transcript Expenses (DEPO);          OFFICE: SF

SPECIAL DELIVERY INSTRUCTIONS:

| Call | 11/29/2012 | Christine Flores | | 5566 |
|---|---|---|---|---|
| | Date Needed by | (call info)   Name | Phone | Ext. |

## APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Holden Jr., Frederick D. | *signature* | ▮▮ | 11/29/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | | | | |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing
Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD ST
SAN FRANCISCO, CA 94105-2669

002313

DATE Nov. 29, 2012

11-24/1210

PAY TO THE ORDER OF _Palmer Reporting_                    $ 122.30

Xxx One Hundred Twenty Two & 30/100 Xx _____ DOLLARS

Wells Fargo Bank, N.A.

MEMO _Transcript of hearing held 11/27/12_

160917   Posted 11/29/12
Reg # 1913104

PAlmer