# EXHIBIT C

## Orrick, Herrington & Sutcliffe LLP

 **psship**   **FedEx** ®

### Shipment Receipt

| | |
|---|---|
| Vendor: | FedEx |
| Account: | ▋▋▋▋▋ |
| Invoice: | 757012444 |
| Date: | Fri, Jul 22 2011 |
| Items: | 1 |
| **Total: $** | **6.98** |

**Invoice Number**
**Service**
**Airbill**
**Picked Up**
**Delivered**

**Reference**
**Timekeeper ID**
**Sender**

**Client-Matter**
**Client ID-Matter ID**
**Recipient**

---

**757012444**

FedEx 2Day (Code: AE)
794975138403
Thu, Jul 14 2011
Mon, Jul 18 2011 02:26 PM

**0016069 002012 013366**

**013366**
Megan Beardsley
Orrick Herrington & Sutcliffe
Megan Beardsley
1000 Marsh Road
MENLO PARK, CA 94025 US

**Facebook, Inc.-Facebook v. Power Ventures, Inc.**
**0016069-002012**
Bursor & Fisher, P A
L  Fisher
2121 N Calif Blvd Ste 1010
WALNUT CREEK, CA 94596 US

---

**Shipping Charges: $ 6.98**

Dis# 32089954

# Orrick, Herrington & Sutcliffe LLP

## Invoice Details
### 757012444

**FedEx**

| Invoice | | Export to Billing and Remittance | |
|---|---|---|---|
| Number: | 757012444 | Export File Name: | FEDEX_110802100801.dat |
| Date: | 07/22/2011 | Export Date: | 08/02/2011 |
| Terms: | 15 days | Export User: | HLR |
| No. of Transactions: | 145 | Remit Status: | Not Remitted |
| No. of Challenges: | 0 | Remit Date: | |
| Master Acct: | | Transaction Ref. Number: | |
| Payment Acct: | | Remit File Name: | |
| | | Remit User: | |

Q331118

| | |
|---|---|
| Invoice Amount: | 2,973.14 |
| Challenges: | - 0.00 |
| **Remit Amount:** | **2,973.14** |

O
ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

Date:   8/5/2011

19562

Req. No.   1332465

56-382
412

PAY  THE SUM OF 14,719 DOLLARS AND 52 CENTS*************************

CHECK
AMOUNT

$14,719.52*

TO THE
ORDER OF

FEDERAL EXPRESS CORP
P.O. BOX 7221
PASADENA, CA 91109-7321

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No.    1332465

No.    19562

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|---|---|---|---|---|
| 7/21/2011 | 757012444 | FEDEXP | FIRM/ID#138080/HR | $2,973.14 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R
IN FULL PAYMENT OF THE ITEMIZED AC

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|



**Total Payment This Check:**     $14,719.52



PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA  94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R
IN FULL PAYMENT OF THIS ITEMIZED AC



**Invoice**

Remit to:
P.O. Box 415018
Kansas City, MO 64141-0518
877-876-7706

| Date | Invoice # |
|------|-----------|
| 9/2/2011 | B29032 |

Tax ID ▓▓▓▓▓

*Orange County ~ Chicago ~ Los Angeles ~ New York ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco*

| Bill To |
|---------|
| Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |

| Ship To |
|---------|
| Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| MV001444 | Net 30 | 10/2/2011 | JP MV | Facebook v Power | 16069-2012 | Amy Dalton |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 935 | Electronic File Conversion - ESI to TIFF (per page) | 0.04 | 37.40T |
| 1 | EDD - Technical Time (per hour): Custom file naming | 95.00 | 95.00 |

Q340761

| | |
|---|---|
| **Subtotal** | $132.40 |
| **Sales Tax (8.25%)** | $3.09 |
| **Invoice Total** | $135.49 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $135.49 |

Signature:

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.



**ORRICK**

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | Advanced Discovery | AMOUNT: | $135.49 |
| MAILING ADDRESS: | P.O. Box 415018 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Kansas City | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | Missouri  PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 64141-5018  COUNTRY | SOCIAL SECURITY # (Individuals) | |

BILLABLE:    *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: | Chatterjee, Indra Neel |
| EMPLOYEE NO.: | ▮ | * PRACTICE GROUP LEADER: | Weiss, Gary E. |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Power Ventures |

BUSINESS PURPOSE:   Production assistance (Advance Discovery Invoice No. B29032)

| | | | |
|---|---|---|---|
| HARD DISBURSEMENT CODE(S): | Outside Reproduction Service (OSREP); | OFFICE: | SV |

SPECIAL DELIVERY INSTRUCTIONS:   Mail to payee    9/30/2011

| | Date Needed by | (call info)  Name | Phone | Ext. |
|---|---|---|---|---|

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | | ▮ | 9/8/2010 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | | | | |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS: CLIENT DISBURSEMENTS
$500 or less: Office Administrator; $2,500 or less: Billing
Attorney; Over $2,500: Billing Attorney and Practice Leader*
* Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.

ENTERED  SEP 16 2011  BY: _____

RECEIVED  SEP 16 2011  ACCOUNTS PAYABLE

OHS WEST:261328788.1

O
ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

21832

Req. No.   1339079

Date:   9/16/2011

56-382
412

**PAY**  THE SUM OF 462 DOLLARS AND 89 CENTS*********************************

CHECK
AMOUNT        $462.89*

TO THE
ORDER OF   ADVANCED DISCOVERY, LLC
P.O. BOX 415018
KANSAS CITY, MO  64141-0518

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No.   1339079                                                             No.   21832

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|---|---|---|---|---|
| 9/2/2011 | B29032 | ADDISC | CA SV S#139997/ SA  production assistance | $135.49 |
|  |  |  | Total Payment This Check: | $462.89 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA  94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED AC



**ADVANCED™ DISCOVERY**

Remit to:
P.O. Box 415018
Kansas City, MO 64141-0518
877-876-7706

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2011 | B31805 |

| Tax ID | ▮▮▮▮▮ |

*Orange County ~ Chicago ~ Los Angeles ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

| Bill To | Ship To |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| MV001578 | Net 30 | 10/27/2011 | JP MV | · Facebook v Power | 16069-2012 | Amy Dalton |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 432 | Electronic File Conversion - ESI to TIFF (per page) | 0.04 | 17.28T |
| 1 | Technical Time (per hour) Sort Chron and create export folder structure and filenames | 150.00 | 150.00 |

|||||| Q370816

| | |
|---|---|
| **Subtotal** | $167.28 |
| **Sales Tax (8.25%)** | $1.43 |
| **Invoice Total** | $168.71 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $168.71 |

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.



O R R I C K

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | |
|---|---|---|
| PAYABLE TO: | Advanced Discovery | AMOUNT: $168.71 |
| MAILING ADDRESS: | P.O. Box 41-5018 | CURRENCY: USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: Check |
| CITY: | Kansas City | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | MO    PROVINCE | FEDERAL EIN # (Organizations) |
| POSTAL/ZIP CODE | 64141    COUNTRY  USA | SOCIAL SECURITY # (Individuals) |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | |
|---|---|---|
| EMPLOYEE NO.: | | BILLING ATTORNEY: |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: |
| CLIENT NO.: | 16069 | CLIENT NAME: Facebook |
| MATTER NO.: | 2012 | MATTER NAME: Facebook v. Power |

BUSINESS PURPOSE: Electronic file conversation

HARD DISBURSEMENT CODE(S):                                              OFFICE:  SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee

| | Date Needed by | (call info)  Name | Phone | Ext. |
|---|---|---|---|---|

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Amy Dalton | | ▉ | 2/9/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Barbara Whiteley | *(signature)* | ▉ | 2/9/2012 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing
Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED FEB 2 2 2012                          RECEIVED FEB 1 0 2012

**Beatty, Thomas Joseph**

| From: | Works [worksnoreply@works.com] on behalf of Orrick, Herrington & Sutcliffe LLP [remittanceadvice@works.com] |
|---|---|
| Sent: | Wednesday, February 29, 2012 3:42 PM |
| To: | ltutor@advanceddiscovery.com,mtatum@advanceddiscovery.com |
| Subject: | Orrick, Herrington & Sutcliffe LLP Remittance / Advanced Discovery, LLC |

Remittance Advice for Advanced Discovery, LLC / ADDISC-123357. To receive payment for the invoice(s) below, please draft the total amount of

$16,371.56 AS A SINGLE TRANSACTION

on your dedicated Company VISA card with the account number ████████████ and expiration date ████████ If your merchant terminal imposes a lower transaction limit, please process multiple drafts in the largest dollar increments accepted by your merchant terminal totaling $16,371.56. By charging the amount shown as a single transaction within three business days you will significantly reduce the possibility of payment complications.

If you have any questions, need assistance or wish to no longer receive this via secure email please reply via e-mail to WHAccountsPayable@orrick.com or call 304-231-2702.

| Invoice | Date | Amount |
|---|---|---|
| ██████████████████ | | |
| B31805 | 2011-09-27 | $168.71 ← |
| | | |

| TOTAL: | | $16,371.56 |

Orrick record identifiers: REQ00001156 , 1367219

Thank You,
Orrick Accounts Payable

1

# Orrick, Herrington & Sutcliffe LLP

 **FedEx** ®

## Shipment Receipt

| | |
|---|---|
| Vendor: | FedEx |
| Account: | ████████ |
| Invoice: | 766140885 |
| Date: | Fri, Oct 14 2011 |
| Items: | 1 |
| **Total: $** | **19.60** |

| Invoice Number | Reference | Client-Matter |
|---|---|---|
| Service | Timekeeper ID | Client ID-Matter ID |
| Airbill | Sender | Recipient |
| Picked Up | | |
| Delivered | | |

| | | |
|---|---|---|
| 766140885 | 0016069 002012 013366 | Facebook, Inc.-Facebook v. Power Ventures, Inc. |
| FedEx Standard Overnight (Code: ST) | 013366 | 0016069-002012 |
| 797600335295 | Megan Beardsley | Bursor & Fisher, P A |
| Thu, Oct 06 2011 | Orrick Herrington & Sutcliffe | L  Fisher |
| Fri, Oct 07 2011 02:57 PM | Megan Beardsley | 1990 N CALIFORNIA BLVD 940 |
| | 1000 Marsh Road | WALNUT CREEK, CA 94596 US |
| | MENLO PARK, CA 94025 US | |

**Shipping Charges: $ 19.60**

Dis # 3240263 8

# Orrick, Herrington & Sutcliffe LLP

### Invoice Details
### 766140885

**FedEx**

| Invoice | | Export to Billing and Remittance | |
|---|---|---|---|
| Number: | 766140885 | Export File Name: | FEDEX_111024091021.dat |
| Date: | 10/14/2011 | Export Date: | 10/24/2011 |
| Terms: | 15 days | Export User: | HLR |
| No. of Transactions: | 96 | Remit Status: | Not Remitted |
| No. of Challenges: | 0 | Remit Date: | |
| Master Acct: | ███ | Transaction Ref. Number: | |
| Payment Acct: | ███ | Remit File Name: | |
| | | Remit User: | |

Q345890

| | |
|---|---|
| Invoice Amount: | 1,663.53 |
| Challenges: | - 0.00 |
| Remit Amount: | 1,663.53 |

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call.
800-289-3557 option 1, option 2

24087

Req. No. 1346057

58-382
412

Date: 10/28/2011

**PAY** THE SUM OF 11,713 DOLLARS AND 13 CENTS***************************

CHECK
AMOUNT

*$11,713.13*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

FEDERAL EXPRESS CORP
P.O. BOX 7221
PASADENA, CA 91109-7321

VOID AFTER 180 DAYS

Req. No. 1346057

No. 24087

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 10/13/2011 | 766140885 | FEDEXP | FIRM/ID#140720/HR | $1,663.53 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R[...]
IN FULL PAYMENT OF THE ITEMIZED AC[...]

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | | Amount |
|------|-----------|-----------|------------------------|--|--------|





CK # 24087

Total Payment This Check:   $11,713.13

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RI
IN FULL PAYMENT OF THE ITEMIZED ACI

**U.S. DOLLAR     S E X P E N S**

| | |
|---|---|
| Name: | Nellis L. Freeman, Jr. |
| Home Office: | SV |
| Department: | MIS |
| Emp.Number: | 6779 |

DATE: 10/25/11

Q345258

Nellis Freeman
6779

## TRANSPORTATION

| DATE | BUSINESS PURPOSE | LOCATION | MILES | 2011 MILEAGE @ 51.0¢ | PARKING | TOLLS | TAXI | OTHER | CLIENT MATTER OR FIRM NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| | | | 0 | $0.00 | | | | | |
| TOTAL | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

## OTHER EXPENSES

| DATE | BUSINESS PURPOSE | OVERTIME MEALS | OTHER EXPENSES | CLIENT MATTER OR FIRM NUMBER | | |
|---|---|---|---|---|---|---|
| 10/25/2011 | Portable Hard drives | Comph | $149.63 | 16069 | 2012 | |
| | | | | | | |

EMPLOYEE SIGNATURE

APPROVAL SIGNATURE

DIRECT DEPOSIT

NOV 02 2011

### SUMMARY OF EXPENSES

| | |
|---|---|
| Mileage | $0.00 |
| Parking | $0.00 |
| Tolls | $0.00 |
| Taxi | $0.00 |
| Other Transportation | $0.00 |
| O.T. Meals | $0.00 |
| Other Expenses | $448.88 |
| Bus. Meals/Entertainment | $0.00 |
| GRAND TOTAL | $448.88 |

| | | | |
|---|---|---|---|
| TOTALS | | $0.00 | $448.88 |

**Freeman, Nellis L.**

| | |
|---|---|
| **From:** | Dalton, Amy |
| **Sent:** | Tuesday, October 25, 2011 11:07 AM |
| **To:** | SV_IS |
| **Subject:** | External Hard drive |

Hi – I need an external hard drive big enough to fit 109 GB.  I need to get a copy of some data to our experts ASAP.

Billing # is 16069-2012 (Faceook v. Power)

Thanks,

Amy



# 326 56608



**ADVANCED DISCOVERY**

Remit to:
P.O. Box 415018
Kansas City, MO 64141-0518
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/10/2011 | D37218 |

| Tax ID | ███████ |

Orange County ~ Chicago ~ Los Angeles ~ Austin ~ Kansas City
San Jose ~ Mountain View ~ San Francisco ~ Century City

| Bill To | Ship To |
|---------|---------|
| Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| MV001920 | Net 30 | 12/10/2011 | JP MV | Facebook | 16069-2020 2212 | Megan Beardsley |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3.8 | Forensic Services - Data Collection (per hour) | 300.00 | 1,140.00 |

```
Q358491
```

| | |
|---|---|
| **Subtotal** | $1,140.00 |
| **Sales Tax  (8.25%)** | $0.00 |
| **Invoice Total** | $1,140.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,140.00 |

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.



ORRICK



## PAYMENT AND FUNDS REQUEST FORM - Billable

PAYABLE TO: Advanced Discovery

MAILING ADDRESS: P.O. Box 415018

STREET:

CITY: Kansas City

U. S. STATE: Missouri      PROVINCE:

POSTAL/ZIP CODE: 64141-5018      COUNTRY:

AMOUNT: $10,685.62

CURRENCY: USD-U.S. Dollars

PAYMENT TYPE: Check

*Submit IRS form W9 for all new vendors.*

FEDERAL EIN # (Organizations):

SOCIAL SECURITY # (Individuals):

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

EMPLOYEE NO.: ▮      BILLING ATTORNEY: Chatterjee, Indra Neel

EMPLOYEE NO.: ▮      * PRACTICE GROUP LEADER: Weiss, Gary E.

CLIENT NO.: 16069      CLIENT NAME: Facebook, Inc.

MATTER NO.: 2012      MATTER NAME: Power Ventures

BUSINESS PURPOSE: Discovery Production Assistance (Advance Discovery Invoice No. B37210 and B37218)

HARD DISBURSEMENT CODE(S): Outside Reproduction Service (OSREP);      OFFICE: SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee      ~~12/30/2011~~

Date Needed by      (call info) Name      Phone      Ext.

| APPROVALS | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | | | 12/21/2010 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Chatterjee, Indra Neel | | | 12/21/2010 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | Guy, G. Hopkins | | | 12/21/2010 |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS: **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

* Practice Group may designate in writing attorneys and relevant practice managers to approve on their behalf.

**RECEIVED**
DEC 2 3 2011
ACCOUNTS PAYABLE

**ENTERED**
DEC 2 8 2011
BY: OHS WEST:261328788.1

**Beatty, Thomas Joseph**

| | |
|---|---|
| **From:** | Works [worksnoreply@works.com] on behalf of Orrick, Herrington & Sutcliffe LLP [remittanceadvice@works.com] |
| **Sent:** | Thursday, January 19, 2012 8:54 AM |
| **To:** | ltutor@advanceddiscovery.com,mtatum@advanceddiscovery.com |
| **Subject:** | Orrick, Herrington & Sutcliffe LLP Remittance / Advanced Discovery, LLC |

Remittance Advice for Advanced Discovery, LLC / ADDISC-123357. To receive payment for the invoice(s) below, please draft the total amount of

$10,685.62 AS A SINGLE TRANSACTION

on your dedicated Company VISA card with the account number ████████████ and expiration date ████████ If your merchant terminal imposes a lower transaction limit, please process multiple drafts in the largest dollar increments accepted by your merchant terminal totaling $10,685.62. By charging the amount shown as a single transaction within three business days you will significantly reduce the possibility of payment complications.

If you have any questions, need assistance or wish to no longer receive this via secure email please reply via e-mail to WHAccountsPayable@orrick.com or call 304-231-2702.

| Invoice | Date | Amount |
|---|---|---|
| ████████████████████████████████ | | |
| B37218 | 2011-11-10 | $1,140.00 |
| TOTAL: | | $10,685.62 |

Orrick record identifiers: REQ00001058 , 1358719

Thank You,
Orrick Accounts Payable



**ADVANCED DISCOVERY**

Remit to:
P.O. Box 415018
Kansas City, MO 64141-0518
877-876-7706

*Orange County ~ Chicago ~ Los Angeles  ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

# Invoice

| Date | Invoice # |
|---|---|
| 11/23/2011 | B37210 |

| Tax ID | ▆▆▆▆▆ |

| Bill To | Ship To |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| MV001995 | Net 30 | 12/23/2011 | JP MV | Facebook v Power | 16069-2020 *2012* | Amy Dalton |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 25,554 | OCR (Optical Character Recognition) | 0.02 | 511.08T |
| 35 | Electronic Data Discovery- Deduplication-Search Terms: Culling | 50.00 | 1,750.00 |
| 1 | Hard Drive | 150.00 | 150.00T |
| 24 | Native File Processing; includes metadata and text extraction with native file links - per GB | 295.00 | 7,080.00 |

Q358488

*$10,685.62*

| | |
|---|---|
| Subtotal | $9,491.08 |
| Sales Tax  (8.25%) | $54.54 |
| Invoice Total | $9,545.62 |
| Payments/Credits | $0.00 |
| Balance Due | $9,545.62 |

**Signature:**

**TERMS:** This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.



O R R I C K



## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | Advanced Discovery | AMOUNT: | $10,685.62 |
| MAILING ADDRESS: | P.O. Box 415018 | CURRENCY: | USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: | Check |
| CITY: | Kansas City | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | Missouri  PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 64141-5018  COUNTRY | SOCIAL SECURITY # (Individuals) | |

BILLABLE:  *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▉ | BILLING ATTORNEY: | Chatterjee, Indra Neel |
| EMPLOYEE NO.: | ▉ | * PRACTICE GROUP LEADER: | Weiss, Gary E. |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Power Ventures |

BUSINESS PURPOSE:  Discovery Production Assistance (Advance Discovery Invoice No. B37210 and B37218)

HARD DISBURSEMENT CODE(S):  Outside Reproduction Service (OSREP);     OFFICE:  SV

SPECIAL DELIVERY INSTRUCTIONS:  Mail to payee     12/30/2011

Date Needed by     (call info)  Name          Phone          Ext.

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | *Signature Required* | ▉ Employee No. | 12/21/2010 Date |
| | Name | | | |
| APPROVED BY: | Chatterjee, Indra Neel | *Signature Required* | ▉ Employee No. | 12/21/2010 Date |
| | Name | | | |
| * APPROVED BY FOR PRACTICE AREA: | Guy, G. Hopkins | *Signature Required* | ▉ Employee No. | 12/21/2010 Date |
| | Name | | | |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

*Practice Group may designate in writing attorneys and relevant practice managers to approve on their behalf.

**RECEIVED**
DEC 2 3 2011
ACCOUNTS PAYABLE

ENTERED
DEC 2 8 2011
BY: OHS WEST:261328788.1

**Beatty, Thomas Joseph**

| | |
|---|---|
| **From:** | Works [worksnoreply@works.com] on behalf of Orrick, Herrington & Sutcliffe LLP [remittanceadvice@works.com] |
| **Sent:** | Thursday, January 19, 2012 8:54 AM |
| **To:** | ltutor@advanceddiscovery.com,mtatum@advanceddiscovery.com |
| **Subject:** | Orrick, Herrington & Sutcliffe LLP Remittance / Advanced Discovery, LLC |

Remittance Advice for Advanced Discovery, LLC / ADDISC-123357. To receive payment for the invoice(s) below, please draft the total amount of

$10,685.62 AS A SINGLE TRANSACTION

on your dedicated Company VISA card with the account number ███████████ and expiration date ███████. If your merchant terminal imposes a lower transaction limit, please process multiple drafts in the largest dollar increments accepted by your merchant terminal totaling $10,685.62. By charging the amount shown as a single transaction within three business days you will significantly reduce the possibility of payment complications.

If you have any questions, need assistance or wish to no longer receive this via secure email please reply via e-mail to WHAccountsPayable@orrick.com or call 304-231-2702.

| Invoice | Date | Amount |
|---|---|---|
| B37210 | 2011-11-23 | $9,545.62 ← |
| | | |
| TOTAL: | | $10,685.62 |

Orrick record identifiers: REQ00001058 , 1358719

Thank You,
Orrick Accounts Payable

# Orrick, Herrington & Sutcliffe LLP

 psship        **FedEx**.

### Shipment Receipt

| | |
|---|---|
| Vendor: | FedEx |
| Account: | ▉▉▉▉▉▉ |
| Invoice: | 777244816 |
| Date: | Fri, Jan 27 2012 |
| Items: | 1 |
| **Total: $** | **9.04** |

**Invoice Number**
**Service**
**Airbill**
**Picked Up**
**Delivered**

**Reference**
**Timekeeper ID**
**Sender**

**Client-Matter**
**Client ID-Matter ID**
**Recipient**

---

777244816

FedEx Standard Overnight® (Code: ST)
797956208017
Tue, Jan 17 2012
Thu, Jan 19 2012 01:13 PM

0016069 002012 013366

013366
Megan Beardsley
Orrick Herrington & Sutcliffe
Megan Beardsley
1000 Marsh Road
MENLO PARK, CA 94025 US

**Facebook, Inc.-Facebook v. Power Ventures, Inc.**
**0016069-002012**
Bursor & Fisher, P A
L Fisher
2121 N California Blvd Ste 101
WALNUT CREEK, CA 94596 US

**Shipping Charges: $ 9.04**

---

Dis. # 32818234

# Orrick, Herrington & Sutcliffe LLP

**Invoice Details**
777244816

**FedEx**

| Invoice | Export to Billing and Remittance |
|---|---|
| Number: 777244816 | Export File Name: FEDEX_120209130235.dat |
| Date: 01/27/2012 | Export Date: 02/09/2012 |
| Terms: 15 days | Export User: OHSNT\HLR |
| No. of Transactions: 147 | Remit Status: Not Remitted |
| No. of Challenges: 0 | Remit Date: |
| Master Acct: ■■■■ | Transaction Ref. Number: |
| Payment Acct: ■■■■ | Remit File Name: |
| | Remit User: |

Q369353

| | |
|---|---|
| Invoice Amount: | 2,601.67 |
| Challenges: | - 0.00 |
| **Remit Amount:** | **2,601.67** |



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

30069

Req. No.   1363817

Date:   2/10/2012

56-382
412

PAY  THE SUM OF 14,398 DOLLARS AND 85 CENTS*************************      CHECK
                                                                         AMOUNT      $14,398.85

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF
FEDERAL EXPRESS CORP
P.O. BOX 7221
PASADENA, CA 91109-7321

VOID AFTER 180 DAYS

Rec. No.    1363817

No.   30069

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 1/26/2012 | 777244816 | FEDEXP | FIRM/ID#146893/HR | $2,601.67 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R[...]
IN FULL PAYMENT OF THE ITEMIZED AC[...]

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|



Total Payment This Check:   $14,398.85



PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA  94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED ACC



**Remit to:**
P.O. Box 415018
Kansas City, MO 64141-0518
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/29/2012 | D45272 |

| Tax ID | |

*Orange County ~ Chicago ~ Los Angeles  ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

| Bill To | Ship To |
|---------|---------|
| Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| MV002416 | Net 30 | 3/30/2012 | JP MV | Facebook/Power | 15906-2006 | Amy Dalton |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 16,635 | EDD - OCR (Optical Character Recognition) | 0.02 | 332.70T |
| 1 | Hard Drive | 125.00 | 125.00T |
| 54.1 | Native File Processing; includes metadata and text extraction with native file links - per GB | 275.00 | 14,877.50 |
| 10 | Forensic Services - Data Restoration, Conversion, Manipulation (per hour) | 300.00 | 3,000.00 |

Q377083

| | | |
|---|---|---|
| **Subtotal** | | $18,335.20 |

**Signature:**

| **Sales Tax (8.25%)** | $37.76 |
|---|---|
| **Invoice Total** | $18,372.96 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $18,372.96 |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.



ORRICK

## PAY NOW - INCLUDE ON PREBILL

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | |
|---|---|---|
| PAYABLE TO: | Advanced Discovery | AMOUNT: $18,372.96 |
| MAILING ADDRESS: | P.O. Box 415018 | CURRENCY: USD-U.S. Dollars |
| STREET: | | PAYMENT TYPE: Check |
| CITY: | Kansas City | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | Missouri       PROVINCE | FEDERAL EIN # (Organizations) |
| POSTAL/ZIP CODE | 64141-5018    COUNTRY | SOCIAL SECURITY # (Individuals) |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | |
|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: Chatterjee, Indra Neel |
| EMPLOYEE NO.: | ▮ | * PRACTICE GROUP LEADER: Chatterjee, Indra Neel |
| CLIENT NO.: | 16069 | CLIENT NAME: Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: Power Ventures |

BUSINESS PURPOSE: Discovery Production Assistance (Advance Discovery Invoice No. B45272)

HARD DISBURSEMENT CODE(S): Outside Reproduction Service (OSREP);          OFFICE:  SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee      03/20/2012

Date Needed by      (call info)   Name          Phone          Ext.

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | | ▮ | 03/14/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Chatterjee, Indra Neel | | ▮ | 03/14/2012 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | Chatterjee, Indra Neel | | ▮ | 03/14/2012 |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED MAR 2 1 2012                    RECEIVED MAR 1 9 2012

OHS WEST:261328788.1

**Beatty, Thomas Joseph**

| | |
|---|---|
| From: | Works [worksnoreply@works.com] on behalf of Orrick, Herrington & Sutcliffe LLP [remittanceadvice@works.com] |
| Sent: | Wednesday, March 21, 2012 3:05 PM |
| To: | ltutor@advanceddiscovery.com,mtatum@advanceddiscovery.com |
| Subject: | Orrick, Herrington & Sutcliffe LLP Remittance / Advanced Discovery, LLC |

Remittance Advice for Advanced Discovery, LLC / ADDISC-123357. To receive payment for the invoice(s) below, please draft the total amount of

$18,372.96 AS A SINGLE TRANSACTION

on your dedicated Company VISA card with the account number ████████████ and expiration date ███████. If your merchant terminal imposes a lower transaction limit, please process multiple drafts in the largest dollar increments accepted by your merchant terminal totaling $18,372.96. By charging the amount shown as a single transaction within three business days you will significantly reduce the possibility of payment complications.

If you have any questions, need assistance or wish to no longer receive this via secure email please reply via e-mail to WHAccountsPayable@orrick.com or call 304-231-2702.

| Invoice | Date | Amount |
|---|---|---|
| B45272 | 2012-02-29 | $18,372.96 ← |
| TOTAL: | | $18,372.96 |

Orrick record identifiers: REQ00001190 , 1370739

Thank You,
Orrick Accounts Payable

1



**ADVANCED**
**DISCOVERY**

Remit to:
P.O. Box 3173
Wichita, KS 67202-3173
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/12/2013 | B96474 |

Tax ID ███████

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

| Bill To |
|---------|
| Orrick, Herrington & Sutcliffe LLP |
| 1000 Marsh Road |
| Menlo Park, CA 94025-1015 |

| Ship To |
|---------|
| Orrick, Herrington & Sutcliffe LLP |
| 1000 Marsh Road |
| Menlo Park, CA 94025-1015 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| MV004499 | Net 30 | 10/12/2013 | JP MV | Facebook v. Power | 16069-2012 | Amy Dalton |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4,341 | Blowback Printing - w/ Assembly | 0.10 | 434.10T |
| 303 | Index Tabs | 0.25 | 75.75T |
| 123 | Custom Tabs-Blank | 0.30 | 36.90T |
| 6 | 2" - View D-Ring Binder | 8.00 | 48.00T |
| 3 | 3" - View D-Ring Binder | 12.00 | 36.00T |

Q477426

Signature:

| | |
|---|---|
| Subtotal | $630.75 |
| Sales Tax  (8.75%) | $55.19 |
| Invoice Total | $685.94 |
| Payments/Credits | $0.00 |
| Balance Due | $685.94 |

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.



ORRICK

PAY NOW - INCLUDE ON PREBILL

## PAYMENT AND FUNDS REQUEST FORM - Billable

PAYABLE TO: Advanced Discovery      AMOUNT: $685.94

MAILING ADDRESS: P.O. Box 3173      CURRENCY: USD-U.S. Dollars

STREET:      PAYMENT TYPE: Check

CITY: Wichita      *Submit IRS form W9 for all new vendors.*

U. S. STATE  Kansas      PROVINCE      FEDERAL EIN #
(Organizations)

POSTAL/ZIP CODE  67202-3173      COUNTRY      SOCIAL SECURITY #
(Individuals)

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

EMPLOYEE NO.: ▇      BILLING ATTORNEY: Chatterjee, Indra Neel

EMPLOYEE NO.: ▇      * PRACTICE GROUP LEADER: Chatterjee, Indra Neel

CLIENT NO.: 16069      CLIENT NAME: Facebook, Inc.

MATTER NO.: 2012      MATTER NAME: Power Ventures

BUSINESS PURPOSE: Discovery Production Assistance (Advance Discovery Invoice No. B96474)

HARD DISBURSEMENT
CODE(S): Outside Reproduction Service (OSREP);      OFFICE: SV

SPECIAL DELIVERY
INSTRUCTIONS: Mail to payee    10/10/2013

Date Needed by    (call info)  Name      Phone      Ext.

### APPROVALS

| | Name | Signature Required | Employee No. | Date |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | | ▇ | 09/12/2013 |
| APPROVED BY: | Chatterjee, Indra Neel | | ▇ | 09/12/2013 |
| * APPROVED BY FOR PRACTICE AREA: | Chatterjee, Indra Neel | | ▇ | 09/12/2013 |

APPROVAL LEVELS: CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing
Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

RECEIVED SEP 1 6 2013

ENTERED SEP 1 8 2013

**Beatty, Thomas Joseph**

| | |
|---|---|
| **From:** | Works [worksnoreply@works.com] on behalf of Orrick, Herrington & Sutcliffe LLP [remittanceadvice@works.com] |
| **Sent:** | Thursday, September 19, 2013 10:37 AM |
| **To:** | ltutor@advanceddiscovery.com,mtatum@advanceddiscovery.com |
| **Subject:** | Orrick, Herrington & Sutcliffe LLP Remittance / Advanced Discovery, LLC |

Remittance Advice for Advanced Discovery, LLC / ADDISC-123357. To receive payment for the invoice(s) below, please draft the total amount of

$5,971.33 AS A SINGLE TRANSACTION

on your dedicated Company VISA card with the account number ▮▮▮▮▮▮▮▮▮▮▮ and expiration date ▮▮▮▮▮▮. If your merchant terminal imposes a lower transaction limit, please process multiple drafts in the largest dollar increments accepted by your merchant terminal totaling $5,971.33. By charging the amount shown as a single transaction within three business days you will significantly reduce the possibility of payment complications.

If you have any questions, need assistance or wish to no longer receive this via secure email please reply via e-mail to WHAccountsPayable@orrick.com or call 304-231-2702.

| Invoice | Date | Amount |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| B96474 | 2013-09-12 | $685.94 ← |
| TOTAL: | | $5,971.33 |

Orrick record identifiers: REQ00001976 , 1461156

Thank You,
Orrick Accounts Payable

1