# EXHIBIT D



# TRANSPERFECT

| Bill To: | | Requested By: | |
|---|---|---|---|
| Orrick Herrington & Sutcliffe LLP | | Megan Beardsley | |
| Attn: Megan Beardsley | | Orrick Herrington & Sutcliffe LLP | |
| 1000 Marsh Road | | 1000 Marsh Road | |
| Menlo Park, CA 94025 | | Menlo Park, CA 94025 | |
| USA | | USA | |

| Invoice #: | 391157 | Sales Contact: | Dylan Chambers |
|---|---|---|---|
| Invoice Date: | 11/16/2011 | | (DChambers@transperfect.com) |
| Invoice Due: | 12/16/2011 | Payment Terms: | Net 30 |
| Contract #: | ███ | Purchase Order #: | |

**Project Notes:**

Facebook Emails
RES  RES  RES  Integrating new changes regarding Facebook, Facebook Connect – URGENT – Eric Santos
(eric.santos@corp.power.com) - 2008-12-18 0230.pdf
RES  Important please download digably and add facebook account they install app on facebook page.pdf
POWER 2011.02.03 000974-77 (AEO).pdf

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English | | | | |
| Certification | 3.00 | Each | 25.000 | 75.00 |
| Translation and Proofreading | 1,500.00 | Words | 0.220 | 330.00 |

| | |
|---|---|
| Total to Bill this Contract: | US$ 405.00 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 405.00 |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
Q353093

**PAYMENT INSTRUCTIONS**

Please remit payment to:
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

Wire Transfer Details:
Citibank, N.A.
A/C #: ███
ABA Routing #: ███
SWIFT CODE:
Tax ID #: ███

Please reference the Contract # ███ and Invoice # 391157 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



ORRICK

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | TransPerfect Translations International Inc. | AMOUNT: | $405.00 |
| MAILING ADDRESS: | Attn.: Accounts Receivable | CURRENCY: | USD U.S. Dollars |
| STREET: | Three Park Avenue, 39th Floor | PAYMENT TYPE: | Wire |
| CITY: | New York | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | New York          PROVINCE | FEDERAL EIN # (Organizations) | 13-3686771 |
| POSTAL/ZIP CODE | 10016          COUNTRY   USA | SOCIAL SECURITY # (Individuals) | |

BILLABLE:   *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▉ | BILLING ATTORNEY: | Beardsley, Megan Michelle |
| EMPLOYEE NO.: | | * PRACTICE GROUP LEADER: | |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE:   Certified translation of documents from Portuguese to English.

| | | | |
|---|---|---|---|
| HARD DISBURSEMENT CODE(S): | Other; Translation | OFFICE: | SV |

SPECIAL DELIVERY INSTRUCTIONS:   *Mail to payee*

| Date Needed by | (call info)  Name | Phone | Ext. |
|---|---|---|---|

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Beardsley, Megan Michelle | *Megan Beardsley* | ▉ | 11/21/2011 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Beardsley, Megan Michelle | *Megan Beardsley* | ▉ | 11/21/2011 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | Tim Johnson | | ▉ | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; over $2,500: Billing Attorney and Practice Leader*

*Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED
NOV 30 2011
BY: _____

RECEIVED
NOV 23 2011
ACCOUNTS PAYABLE

O
ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

Req. No.   1354461

26883

68-382
412

Date:  12/16/2011

**PAY**  THE SUM OF 405 DOLLARS AND 00 CENTS*******************************

CHECK
AMOUNT

$405.00*

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
ATTN:  ACCOUNTS RECEIVABLE
THREE PARK AVENUE, 39TH FLOOR
NEW YORK, NY  10016

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

| Req. No. | 1354461 | | | No. | 26883 |
|---|---|---|---|---|---|
| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | | Amount |
| 11/16/2011 | 391157 | TT | CA SV S#143612/ SA   certified translation of documents from Portugese to English | | $405.00 |
| | | | | Total Payment This Check: | $405.00 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA  94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RI
IN FULL PAYMENT OF THE ITEMIZED AC



# TRANSPERFECT

| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Orrick Herrington & Sutcliffe LLP | Megan Beardsley |
| Attn: Megan Beardsley | Orrick Herrington & Sutcliffe LLP |
| 1000 Marsh Road | 1000 Marsh Road |
| Menlo Park, CA 94025 | Menlo Park, CA 94025 |
| USA | USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 392745 | **Sales Contact:** | Dylan Chambers |
| | | | (DChambers@transperfect.com) |
| **Invoice Date:** | 11/23/2011 | | |
| **Invoice Due:** | 12/23/2011 | **Payment Terms:** | Net 30 |
| **Contract #:** | ▉▉▉ | **Purchase Order #:** | |

**Project Notes:**

Search terms

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| English into Portuguese (BR) Trans/Edit/Proof | 1.00 | Minimum | 195.000 | 195.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 195.00 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 195.00 |

||||||| Q355481

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: ▉▉▉ |
| Three Park Avenue, 39th Floor | ABA Routing #: ▉▉▉ |
| New York, NY 10016 | SWIFT CODE: ▉▉▉ |
| | Tax ID #: ▉▉▉ |

**Please reference the Contract #** ▉▉▉ **and Invoice # 392745 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 1



**ORRICK**

## PAYMENT AND FUNDS REQUEST FORM – Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | TransPerfect Translations International Inc. | AMOUNT: | $195.00 |
| MAILING ADDRESS: | Attn: Accounts Receivable | CURRENCY: | USD-U.S. Dollars |
| STREET: | Three Park Avenue, 39th Floor | PAYMENT TYPE: | Cash |
| CITY: | New York | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | New York   PROVINCE | FEDERAL EIN # (Organizations) | |
| POSTAL/ZIP CODE | 10016   COUNTRY   USA | SOCIAL SECURITY # (Individuals) | |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | ▮ | * PRACTICE GROUP LEADER: | Weiss, Gary E. |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Translation of production search terms from English to Portuguese.

| | | | |
|---|---|---|---|
| HARD DISBURSEMENT CODE(S): | Other; Translation | OFFICE: | SV |

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee

| | Date Needed by | (call info)   Name | Phone | Ext. |
|---|---|---|---|---|

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Beardsley, Megan Michelle | *Megan Beardsley* | ▮ | 12/5/2011 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | | *(signature)* | | |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS
$500 or less: Office Administrator;  $2,500 or less: Billing
Attorney; over $2,500: Billing Attorney and Practice Leader*

* Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.

**RECEIVED**
DEC 06 2011
ACCOUNTS PAYABLE

**ENTERED**
DEC 06 2011
BY:

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

27238

Req. No.  1355589

56-382
412

Date:  12/23/2011

**PAY** THE SUM OF 195 DOLLARS AND 00 CENTS*******************************

CHECK
AMOUNT

$195.00*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
ATTN:  ACCOUNTS RECEIVABLE
THREE PARK AVENUE, 39TH FLOOR
NEW YORK, NY  10016

VOID AFTER 180 DAYS

Req. No.    1355589

No.    27238

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 11/23/2011 | 392745 | TT | CA SV S#143876/ SA _ translation of production search terms from English to Portuguese | $195.00 |
| | | | Total Payment This Check: | $195.00 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA  94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A R
IN FULL PAYMENT OF THE ITEMIZED ACC



# TRANSPERFECT

| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Orrick Herrington & Sutcliffe LLP<br>Attn: Megan Beardsley<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>USA | Megan Beardsley<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 398087 | **Sales Contact:** | Dylan Chambers<br>(DChambers@transperfect.com) |
| **Invoice Date:** | 12/15/2011 | | |
| **Invoice Due:** | 01/14/2012 | **Payment Terms:** | Net 30 |
| **Contract #:** | ███████ | **Purchase Order #:** | |

**Project Notes:**

Please reference Client-matter #: 16069-2012
Case: Facebook, Inc. v. Power Ventures, Inc.

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **Portuguese (PT) to English** | | | | |
| Certification | 7.00 | Each | 25.000 | 175.00 |
| Translation and Proofreading | 1,412.00 | Words | 0.280 | 395.36 |
| **Portuguese (PT) to English** | | | | |
| Translation and Proofreading | 170.00 | Words | 0.220 | 37.40 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 607.76 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 607.76 |

Q363661

---

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:**<br>TransPerfect Translations International Inc.<br>Attn.: Accounts Receivable<br>Three Park Avenue, 39th Floor<br>New York, NY 10016 | **Wire Transfer Details:**<br>Citibank, N.A.<br>A/C #: ███████<br>ABA Routing #: ███████<br>SWIFT CODE: ███████<br>Tax ID #: ███████ |

Please reference the Contract # ███████ and Invoice # 398087 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



O R R I C K

# PAYMENT AND FUNDS REQUEST FORM - Billable

| | |
|---|---|
| PAYABLE TO: | TransPerfect |
| MAILING ADDRESS: | Attn: Accounts Receivable |
| STREET: | Three Park Avenue, 39th Floor |
| CITY: | New York |
| U. S. STATE | New York |
| POSTAL/ZIP CODE | 10016 |

AMOUNT: $607.76
CURRENCY: USD-U.S. Dollars
PAYMENT TYPE: Check

*Submit IRS form W9 for all new vendors.*

FEDERAL EIN # (Organizations)
SOCIAL SECURITY # (Individuals)

PROVINCE
COUNTRY  USA

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ■ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | ■ | * PRACTICE GROUP LEADER: | Weiss, Gary E. |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Translation of documents from Portugese to English.

HARD DISBURSEMENT CODE(S): Other; Translation                    OFFICE: SV

SPECIAL DELIVERY INSTRUCTIONS: Mail to payee     1/14/2012

| | | | |
|---|---|---|---|
| | Date Needed by | (call info)   Name | Phone | Ext. |

## APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Beardsley, Megan Michelle | *Megan Beardsley* | ■ | 12/28/2011 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | | | | |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   CLIENT DISBURSEMENTS

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

RECEIVED JAN 1 0 2012

*Practice Group Leaders may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED
JAN 1 1 2012
BY:

⭘
ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

# 32707701

28331

Req. No.   1358950

Date:   1/17/2012

56-382
412

**PAY** THE SUM OF 607 DOLLARS AND 76 CENTS***********************************

CHECK
AMOUNT

$607.76*

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
THREE PARK AVE., 39TH FLOOR
NEW YORK, NY  10016

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

NON-NEGOTIABLE

| Req. No. | 1358950 | | | No. | 28331 |
|---|---|---|---|---|---|
| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | | Amount |
| 12/15/2011 | 398087 | TT | CA SV S#145431/ SA      translation of documents from Portuguese to English | | $607.76 |
| | | | Total Payment This Check: | | $607.76 |

NON-NEGOTIABLE

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA  94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RI
IN FULL PAYMENT OF THE ITEMIZED ACI



# TRANSPERFECT

| Bill To: | | Requested By: |
|---|---|---|
| Orrick Herrington & Sutcliffe LLP | | Megan Beardsley |
| Attn: Megan Beardsley | | Orrick Herrington & Sutcliffe LLP |
| 1000 Marsh Road | | 1000 Marsh Road |
| Menlo Park, CA 94025 | | Menlo Park, CA 94025 |
| USA | | USA |

| Invoice #: | 404531 | | Sales Contact: | Dylan Chambers |
|---|---|---|---|---|
| | | | | (DChambers@transperfect.com) |
| Invoice Date: | 01/12/2012 | | | |
| Invoice Due: | 02/11/2012 | | Payment Terms: | Net 30 |
| Contract #: | ▉▉▉▉ | | Purchase Order #: | |

**Project Notes:**

Facebook, Inc. v. Power Ventures, Inc.
Client/Matter: 16069-2012.

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English | | | | |
| Certification | 25.00 | Each | 25.000 | 625.00 |
| Formatting | 5.00 | Hours | 75.000 | 375.00 |
| Translation and Proofreading | 1.00 | | 2,686.090 | 2,686.09 |
| Submission 1 - 10 Files 6,012 words x $0.22 = $1,322.64 Submission 2 - Expedited 4,958 words x $0.275 = $1,363.45 Total = $2,686.09 | | | | |

| | | |
|---|---|---|
| Total to Bill this Contract: | | US$ 3,686.09 |
| Tax Amount: | | US$ 0.00 |
| Total Amount Due: | | US$ 3,686.09 |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
Q370654

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: ▉▉▉▉ |
| Three Park Avenue, 39th Floor | ABA Routing #: ▉▉▉▉ |
| New York, NY 10016 | SWIFT CODE: ▉▉▉▉ |
| | Tax ID #: ▉▉▉▉ |

**Please reference the Contract #▉▉▉▉ and Invoice # 404531 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 1



ORRICK

*2mUS*

# PAYMENT AND FUNDS REQUEST FORM – Billable

| | | | |
|---|---|---|---|
| PAYABLE TO: | TransPerfect Translations International, Inc. | AMOUNT: | $4,569.67 |
| MAILING ADDRESS: | TransPerfect Translations International, Inc. | CURRENCY: | USD-U.S. Dollars |
| STREET: | Three Park Avenue, 39th Floor (Attention Accounts Receivable) | PAYMENT TYPE: | Wire *Check* |
| CITY: | New York | | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | New York          PROVINCE | FEDERAL EIN # (Organizations) | |
| | | SOCIAL SECURITY # (Individuals) | RECEIVED |
| POSTAL/ZIP CODE | 10016          COUNTRY | | FEB 01 2012 |

BILLABLE:     *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*



| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | ▮ | * PRACTICE GROUP LEADER: | Chatterjee, Neel |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE:   Translation of documents (Portuguese to English) Transperfect Invoice No. 405305

HARD DISBURSEMENT CODE(S):   Other; Translation                     OFFICE:   SV

SPECIAL DELIVERY INSTRUCTIONS:   Wire Transfer          2/16/2012

Date Needed by       (call info)   Name                     Phone               Ext.

## APPROVALS

| | | | Employee No. | Date |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | *signature* | ▮ | 1/26/2012 |
| | Name | Signature Required | | |
| APPROVED BY: | Chatterjee, Neel | *signature* | ▮ | 1/30/2012 |
| | Name | Signature Required | | |
| * APPROVED BY FOR PRACTICE AREA: | Chatterjee, Neel | *signature* | ▮ | 1/30/2012 |
| | Name | Signature Required | | |

APPROVAL LEVELS:   **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

*\* Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED FEB 14 2012

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

Req. No.  1364440

30340

Date:  2/15/2012

56-382
412

**PAY** THE SUM OF 4,569 DOLLARS AND 67 CENTS*****************************

CHECK
AMOUNT

$4,569.67*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
THREE PARK AVE., 39TH FLOOR
NEW YORK, NY  10016

VOID AFTER 180 DAYS



Req. No.  1364440

No.  30340

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 1/12/2012 | 404531 | TT | CA SV S#147096/ SA   translation of documents (Portuguese to English) | $3,686.09 |
|  |  |  | Total Payment This Check: | $4,569.67 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA  94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED AC



# TRANSPERFECT

| | | |
|---|---|---|
| **Bill To:** | **Requested By:** | |
| Orrick Herrington & Sutcliffe LLP | Megan Beardsley | |
| Attn: Megan Beardsley | Orrick Herrington & Sutcliffe LLP | |
| 1000 Marsh Road | 1000 Marsh Road | |
| Menlo Park, CA 94025 | Menlo Park, CA 94025 | |
| USA | USA | |

| | | | |
|---|---|---|---|
| **Invoice #:** | 405305 | **Sales Contact:** | Dylan Chambers (DChambers@transperfect.com) |
| **Invoice Date:** | 01/17/2012 | | |
| **Invoice Due:** | 02/16/2012 | **Payment Terms:** | Net 30 |
| **Contract #:** | ▓▓▓▓ | **Purchase Order #:** | |

**Project Notes:**

Facebook, Inc. v. Power Ventures, Inc.
Client/Matter: 16069-2012.

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English | | | | |
| Certification | 10.00 | Each | 25.000 | 250.00 |
| Formatting | 1.00 | Hour | 75.000 | 75.00 |
| Translation and Proofreading | 2,539.00 | Words | 0.220 | 558.58 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 883.58 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 883.58 |

Q370651

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: |
| Three Park Avenue, 39th Floor | ABA Routing #: ▓▓▓▓ |
| New York, NY 10016 | SWIFT CODE: ▓▓▓▓ |
| | Tax ID #: ▓▓▓▓ |

Please reference the Contract # ▓▓▓▓ and Invoice # 405305 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 1



ORRICK



## PAYMENT AND FUNDS REQUEST FORM - Billable

| | |
|---|---|
| PAYABLE TO: | TransPerfect Translations International, Inc. |
| MAILING ADDRESS: | TransPerfect Translations International, Inc. |
| STREET: | Three Park Avenue, 39th Floor (Attention Accounts Receivable) |
| CITY: | New York |
| U. S. STATE | New York   PROVINCE |
| POSTAL/ZIP CODE | 10016   COUNTRY |

AMOUNT:  $4,569.67

CURRENCY:  USD-U.S. Dollars

PAYMENT TYPE:  Wire  *Check*

*Submit IRS form W9 for all new vendors.*

FEDERAL EIN # (Organizations)

SOCIAL SECURITY # (Individuals)   **RECEIVED**
FEB 0 1 2012

BILLABLE:  *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | ▮ | * PRACTICE GROUP LEADER: | Chatterjee, Neel |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE:  Translation of documents (Portuguese to English) Transperfect Invoice No. 405305

HARD DISBURSEMENT CODE(S):  Other; Translation                          OFFICE:  SV

SPECIAL DELIVERY INSTRUCTIONS:  Wire Transfer   2/16/2012

Date Needed by   (call info)  Name                    Phone          Ext.

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | *[signature]* | ▮ | 1/26/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Chatterjee, Neel | *[signature]* | ▮ | 1/30/2012 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | Chatterjee, Neel | *[signature]* | ▮ | 1/30/2012 |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED FEB 1 4 2012

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

Req. No.  1364440

30340

58;382
412

Date:  2/15/2012

**PAY** THE SUM OF 4,569 DOLLARS AND 67 CENTS********************************

CHECK
AMOUNT

$4,569.67*

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
THREE PARK AVE., 39TH FLOOR
NEW YORK, NY  10016

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

Req. No.   1364440

No.   30340

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 1/17/2012 | 405305 | TT | CA SV S#147096/ SA  translation of documents (Portuguese to English) | $883.58 |
| | | | Total Payment This Check: | $4,569.67 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RI
IN FULL PAYMENT OF THE ITEMIZED ACl



# TRANSPERFECT

| **Bill To:** | **Requested By:** |
|---|---|
| Orrick Herrington & Sutcliffe LLP<br>Attn: Amy Dalton<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025<br>USA | Amy Dalton<br>Orrick Herrington & Sutcliffe LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025<br>USA |

| Invoice #: | 412391 | Sales Contact: | Dylan Chambers<br>{DChambers@transperfect.com} |
|---|---|---|---|
| Invoice Date: | 02/17/2012 | | |
| Invoice Due: | 03/18/2012 | Payment Terms: | Net 30 |
| Contract #: | ███ | Purchase Order #: | |

**Project Notes:**

Facebook, Inc. v. Power Ventures, Inc.
Client/Matter: 16009-2012.

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English | | | | |
| Certification | 10.00 | Each | 25.000 | 250.00 |
| Formatting | 3.00 | Hours | 75.000 | 225.00 |
| Proofreading | 12.00 | Hours | 75.000 | 900.00 |
| Translation and Proofreading | 7,000.00 | Words | 0.220 | 1,540.00 |

| | |
|---|---|
| Total to Bill this Contract: | US$ 2,915.00 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 2,915.00 |

Q371044

| **PAYMENT INSTRUCTIONS** | |
|---|---|
| **Please remit payment to:**<br>TransPerfect Translations International Inc.<br>Attn.: Accounts Receivable<br>Three Park Avenue, 39th Floor<br>New York, NY 10016 | **Wire Transfer Details:**<br>Citibank, N.A.<br>A/C #: ███<br>ABA Routing #: ███<br>SWIFT CODE: ███<br>Tax ID #: ███ |

Please reference the Contract # ███ and Invoice # 412391 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM


ORRICK

## PAY NOW - INCLUDE ON PREBILL

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | |
|---|---|---|
| PAYABLE TO: | TransPerfect Translations International, Inc. | AMOUNT: $2,915.00 |
| MAILING ADDRESS: | TransPerfect Translations International, Inc. | CURRENCY: USD-U.S. Dollars |
| STREET: | Three Park Avenue, 39th Floor (Attention Accounts Receivable) | PAYMENT TYPE: Wire |
| CITY: | New York | *Submit IRS form W9 for all new vendors.* |
| U. S. STATE | New York    PROVINCE | FEDERAL EIN # (Organizations) |
| POSTAL/ZIP CODE | 10016    COUNTRY | SOCIAL SECURITY # (Individuals) |

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | |
|---|---|---|
| EMPLOYEE NO.: | ▇ | BILLING ATTORNEY: Chatterjee, Neel |
| EMPLOYEE NO.: | ▇ | * PRACTICE GROUP LEADER: Chatterjee, Neel |
| CLIENT NO.: | 16069 | CLIENT NAME: Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: **Translation of documents (Portuguese to English) Transperfect Invoice No. 412391**

HARD DISBURSEMENT CODE(S): Other; Translation       OFFICE:  SV

SPECIAL DELIVERY INSTRUCTIONS: Wire Transfer     3/15/2012

|  | Date Needed by | (call info)  Name | Phone | Ext. |
|---|---|---|---|---|

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | *[signature]* | ▇ | 2/24/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | Chatterjee, Neel | | ▇ | 2/24/2012 |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | Chatterjee, Neel | *[signature]* | ▇ | 2/24/2012 |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:   **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney;  Over $2,500: Billing Attorney and Practice Leader*

*Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED FEB 2 8 2012

**RECEIVED FEB 2 8 2012**

O
ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

Date:   3/19/2012

Req. No.   1370039

32160

66-382
412

**PAY** THE SUM OF 2,915 DOLLARS AND 00 CENTS*****************************

CHECK
AMOUNT          $2,915.00

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
THREE PARK AVE., 39TH FLOOR
NEW YORK, NY  10016

VOID AFTER 180 DAYS

| Req. No. | 1370039 | | | No. | 32160 |
|---|---|---|---|---|---|
| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | | Amount |
| 2/17/2012 | 412391 | TT | CA SV S#147830/.SA — translation of documents (Portuguese to English) | | $2,915.00 |
| | | | Total Payment This Check: | | $2,915.00 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED ACC



# TRANSPERFECT

**Bill To:**

Orrick Herrington & Sutcliffe LLP
Attn: Megan Beardsley
1000 Marsh Road
Menlo Park, CA 94025
USA

**Requested By:**

Megan Beardsley
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 414944 | **Sales Contact:** | Dylan Chambers (DChambers@transperfect.com) |
| **Invoice Date:** | 02/28/2012 | | |
| **Invoice Due:** | 03/29/2012 | **Payment Terms:** | Net 30 |
| **Contract #:** | ▮▮▮▮ | **Purchase Order #:** | |

**Project Notes:**

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English | | | | |
| Certification | 1.00 | | 25.000 | 25.00 |
| Rush Premium | 1.00 | | 97.500 | 97.50 |
| Translation | 1.00 | Minimum | 195.000 | 195.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 317.50 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 317.50 |

Q375254

---

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: ▮▮▮▮
ABA Routing #: ▮▮▮▮
SWIFT CODE:
Tax ID #: ▮▮▮▮

**Please reference the Contract #** ▮▮▮▮ **and Invoice # 414944 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 1


ORRICK

## PAY NOW - INCLUDE ON PREBILL

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | |
|---|---|
| PAYABLE TO: | TransPerfect Translations International, Inc. |
| MAILING ADDRESS: | TransPerfect Translations International, Inc. |
| STREET: | Three Park Avenue, 39th Floor (Attention Accounts Receivable) |
| CITY: | New York |
| U. S. STATE | New York |
| POSTAL/ZIP CODE | 10016 |

AMOUNT: **$317.50**

CURRENCY: USD-U.S. Dollars

PAYMENT TYPE: Wire ✗ *Check*

*Submit IRS form W9 for all new vendors.*

FEDERAL EIN # (Organizations) _____

SOCIAL SECURITY # (Individuals) _____

PROVINCE _____

COUNTRY _____

BILLABLE: *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | | |
|---|---|---|---|
| EMPLOYEE NO.: | ▉ | BILLING ATTORNEY: | Chatterjee, Neel |
| EMPLOYEE NO.: | ▉ | * PRACTICE GROUP LEADER: | Chatterjee, Neel |
| CLIENT NO.: | 16069 | CLIENT NAME: | Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: | Facebook v. Power Ventures, Inc. |

BUSINESS PURPOSE: Translation of documents (Portuguese to English) Transperfect Invoice No. 414944

HARD DISBURSEMENT CODE(S): Other; Translation

OFFICE: SV

SPECIAL DELIVERY INSTRUCTIONS: ⬭▉ 3/20/2012 _____ _____ _____

Date Needed by    (call info)  Name          Phone          Ext.

## APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | *(signature)* | ▉ | 3/06/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | | *(signature)* | | |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS: **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

*Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED MAR 1 9 2012

RECEIVED MAR 0 9 2012

OHSUSA:261523548.1

# 32956347

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Req. No.   1372141

32973

Date:   3/29/2012

56-382
412

PAY  THE SUM OF 317 DOLLARS AND 50 CENTS*******************************

CHECK
AMOUNT

$317.50

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
THREE PARK AVE., 39TH FLOOR
NEW YORK, NY  10016

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

| Req. No. | 1372141 | | | No. | 32973 |
| --- | --- | --- | --- | --- | --- |
| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | | Amount |
| 2/28/2012 | 414944 | TT | CA SV S#148823/.SA – Translation of documents (Portugese to English) | | $317.50 |
| | | | Total Payment This Check: | | $317.50 |

Non-Negotiable

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A P
IN FULL PAYMENT OF THE ITEMIZED AC



# TRANSPERFECT

**Bill To:**

Orrick Herrington & Sutcliffe LLP
Attn: Amy Dalton
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

**Requested By:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

| | |
|---|---|
| **Invoice #:** | 417426 |
| **Invoice Date:** | 03/08/2012 |
| **Invoice Due:** | 04/07/2012 |
| **Contract #:** | ▆▆▆▆ |

| | |
|---|---|
| **Sales Contact:** | Dylan Chambers (DChambers@transperfect.com) |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | |

**Project Notes:**

Facebook, Inc. v. Power Ventures, Inc.
16069-2012

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English | | | | |
| Certification | 2.00 | Each | 25.000 | 50.00 |
| Rush Premium | 1.00 | | 97.500 | 97.50 |
| Translation and Proofreading | 1.00 | Word | 195.000 | 195.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 342.50 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 342.50 |

Q377611

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C # ▆▆▆▆ |
| Three Park Avenue, 39th Floor | ABA Routing #: ▆▆▆▆ |
| New York, NY 10016 | SWIFT CODE: ▆▆▆▆ |
| | Tax ID #: ▆▆▆▆ |

Please reference the Contract # ▆▆▆▆ and Invoice # 417426 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



ORRICK

## PAY NOW - INCLUDE ON PREBILL

## PAYMENT AND FUNDS REQUEST FORM - Billable

PAYABLE TO:  TransPerfect Translations International, Inc.

MAILING ADDRESS:  TransPerfect Translations International, Inc.

STREET:  Three Park Avenue, 39th Floor (Attention Accounts Receivable)

CITY:  New York

U. S. STATE  New York        PROVINCE

POSTAL/ZIP CODE  10016        COUNTRY

AMOUNT:  $342.50

CURRENCY:  USD-U.S. Dollars

PAYMENT TYPE:  Wire   C/K

*Submit IRS form W9 for all new vendors.*

FEDERAL EIN #
(Organizations)

SOCIAL SECURITY #
(Individuals)

BILLABLE:  *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

EMPLOYEE NO.:  ▮

EMPLOYEE NO.:  ▮

CLIENT NO.:  16069

MATTER NO.:  2012

BILLING ATTORNEY:  Chatterjee, Neel

* PRACTICE GROUP LEADER:  Chatterjee, Neel

CLIENT NAME:  Facebook, Inc.

MATTER NAME:  Facebook v. Power Ventures, Inc.

BUSINESS PURPOSE:  Translation of documents (Portuguese to English) Transperfect Invoice No. 417426

HARD DISBURSEMENT
CODE(S):  Other; Translation

OFFICE:  SV

SPECIAL DELIVERY
INSTRUCTIONS:  C/K  Wire Transfer    04/01/2012

Date Needed by    (call info)  Name              Phone          Ext.

### APPROVALS

REQUESTED BY:  Mudurian, Karen N.
Name          Signature Required      ▮          3/15/2012
                                    Employee No.    Date

APPROVED BY:
Name          Signature Required      Employee No.    Date

* APPROVED BY FOR
PRACTICE AREA:
Name          Signature Required      Employee No.    Date

APPROVAL LEVELS:   CLIENT DISBURSEMENTS
$500 or less: Office Administrator;  $2,500 or less: Billing
Attorney; Over $2,500: Billing Attorney and Practice Leader*

*Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

ENTERED MAR 28 2012

RECEIVED MAR 26 2012

○ ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Req. No.   1372231

32994

56-382
412

Date:   3/29/2012

**PAY** THE SUM OF 660 DOLLARS AND 00 CENTS*******************************

CHECK
AMOUNT        $660.00*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
THREE PARK AVE., 39TH FLOOR
NEW YORK, NY  10016

VOID AFTER 180 DAYS

Req. No.   1372231

No.   32994

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 3/8/2012 | 417426 | TT | CA SV/JJ S#149260   Translation srvcs | $342.50 |
| | | | Total Payment This Check: | $660.00 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED ACC



# TRANSPERFECT

**Bill To:**

Orrick Herrington & Sutcliffe LLP
Attn: Amy Dalton
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

**Requested By:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

| Invoice #: | 417694 |
|---|---|
| Invoice Date: | 03/09/2012 |
| Invoice Due: | 04/08/2012 |
| Contract #: | ███████ |

| Sales Contact: | Dylan Chambers (DChambers@transperfect.com) |
|---|---|
| Payment Terms: | Net 30 |
| Purchase Order #: | |

**Project Notes:**

Facebook, Inc. v. Power Ventures, Inc.



| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English | | | | |
| Certification | 1.00 | Each | 25.000 | 25.00 |
| Rush Premium | 1.00 | | 97.500 | 97.50 |
| Translation and Proofreading | 1.00 | Minimum | 195.000 | 195.00 |

| Total to Bill this Contract: | US$ 317.50 |
|---|---|
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 317.50 |

Q377614

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: ████████ |
| Three Park Avenue, 39th Floor | ABA Routing #: ████████ |
| New York, NY 10016 | SWIFT CODE: ████████ |
| | Tax ID #: ████████ |

Please reference the Contract # ███████ and Invoice # 417694 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



ORRICK

**PAY NOW - INCLUDE ON PREBILL**

## PAYMENT AND FUNDS REQUEST FORM - Billable

| | | |
|---|---|---|
| PAYABLE TO: | TransPerfect Translations International, Inc. | AMOUNT: $317.50 |
| MAILING ADDRESS: | TransPerfect Translations International, Inc. | CURRENCY: USD-U.S. Dollars |
| STREET: | Three Park Avenue, 39th Floor (Attention Accounts Receivable) | PAYMENT TYPE: Wire C/C |
| CITY: | New York | Submit IRS form W9 for all new vendors. |
| U. S. STATE | New York    PROVINCE | FEDERAL EIN # (Organizations) |
| POSTAL/ZIP CODE | 10016    COUNTRY | SOCIAL SECURITY # (Individuals) |

BILLABLE:    *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

| | | |
|---|---|---|
| EMPLOYEE NO.: | ▮ | BILLING ATTORNEY: Chatterjee, Neel |
| EMPLOYEE NO.: | ▮ | * PRACTICE GROUP LEADER: Chatterjee, Neel |
| CLIENT NO.: | 16069 | CLIENT NAME: Facebook, Inc. |
| MATTER NO.: | 2012 | MATTER NAME: Facebook v. Power Ventures, Inc. |

*ENTERED MAR 28 2012*

BUSINESS PURPOSE:    Translation of documents (Portuguese to English) Transperfect Invoice No. 417694

HARD DISBURSEMENT
CODE(S):    Other; Translation        OFFICE:   SV

SPECIAL DELIVERY
INSTRUCTIONS:    C.K
                 Wire Transfer    04/00/2012

                 Date Needed by    (call info)  Name              Phone        Ext.

---

### APPROVALS

| | | | | |
|---|---|---|---|---|
| REQUESTED BY: | Mudurian, Karen N. | _(signature)_ | ▮ | 3/15/2012 |
| | Name | Signature Required | Employee No. | Date |
| APPROVED BY: | | _(signature)_ | | |
| | Name | Signature Required | Employee No. | Date |
| * APPROVED BY FOR PRACTICE AREA: | | | | |
| | Name | Signature Required | Employee No. | Date |

APPROVAL LEVELS:    **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator;  $2,500 or less: Billing
Attorney; Over $2,500: Billing Attorney and Practice Leader*

* *Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

**RECEIVED MAR 2 6 2012**

OHSUSA:261523548.1

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For Inquiries call:
800-289-3557 option 1, option 2

Req. No.   1372231

32994

56-382
412

Date:   3/29/2012

**PAY** THE SUM OF 660 DOLLARS AND 00 CENTS*******************************

CHECK
AMOUNT

$660.00*

ORRICK, HERRINGTON & SUTCLIFFE LLP

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
THREE PARK AVE., 39TH FLOOR
NEW YORK, NY  10016

VOID AFTER 180 DAYS

Req. No.   1372231

No.   32994

| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | Amount |
|------|-----------|-----------|------------------------|--------|
| 3/9/2012 | 417694 | TT | CA  SV/JJ  S#149260   Translation srvcs | $317.50 |
| | | | Total Payment This Check: | $660.00 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RE
IN FULL PAYMENT OF THE ITEMIZED ACC

16069 - 2012



# TRANSPERFECT

**Bill To:**

Orrick Herrington & Sutcliffe LLP
Attn: Amy Dalton
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

**Requested By:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

| Invoice #: | 425160 | | Sales Contact: | Dylan Chambers (DChambers@transperfect.com) |
|---|---|---|---|---|
| Invoice Date: | 04/05/2012 | | | |
| Invoice Due: | 05/05/2012 | | Payment Terms: | Net 30 |
| Contract #: | ▓▓▓▓ | | Purchase Order #: | |

**Project Notes:**

Facebook, Inc. v. Power Ventures, Inc.

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English Certification | 1.00 | Each | 25.000 | 25.00 |
| Translation and Proofreading | 1.00 | Minimum | 195.000 | 195.00 |

| | |
|---|---|
| Total to Bill this Contract: | US$ 220.00 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 220.00 |



Q384159

---

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: ▓▓▓▓ |
| Three Park Avenue, 39th Floor | ABA Routing #: ▓▓▓▓ |
| New York, NY 10016 | SWIFT CODE: ▓▓▓▓ |
| | Tax ID #: ▓▓▓▓ |

Please reference the Contract # ▓▓▓▓ and Invoice # 425160 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM


O R R I C K

## PAY NOW - INCLUDE ON PREBILL

## PAYMENT AND FUNDS REQUEST FORM - Billable

PAYABLE TO:   TransPerfect Translations International, Inc.

AMOUNT:   $220.00

MAILING ADDRESS:   TransPerfect Translations International, Inc.

CURRENCY:   USD-U.S. Dollars

STREET:   Three Park Avenue, 39th Floor (Attention : Accounts Receivable)

PAYMENT TYPE:   Wire

CITY:   New York   .

*Submit IRS form W9 for all new vendors.*

U. S. STATE   New York        PROVINCE

FEDERAL EIN #
(Organizations)

POSTAL/ZIP CODE   10016        COUNTRY

SOCIAL SECURITY #
(Individuals)

BILLABLE:   *DO NOT use a firm chargeable number, i.e. any number beginning with a "1".*

EMPLOYEE NO.:   ██         BILLING ATTORNEY:   Chatterjee, Neel

EMPLOYEE NO.:   ██        * PRACTICE GROUP LEADER:   Chatterjee, Neel

CLIENT NO.:   16069         CLIENT NAME:   Facebook, Inc.

MATTER NO.:   2012         MATTER NAME:   Facebook v. Power Ventures, Inc.

BUSINESS PURPOSE:   Translation of documents (Portuguese to English) Transperfect Invoice No. 425160

HARD DISBURSEMENT CODE(S):   Other; Translation

OFFICE:   SV

SPECIAL DELIVERY INSTRUCTIONS:   Wire Transfer (  05/0█/2012 )

Date Needed by    (call info)  Name            Phone         Ext.

### APPROVALS

REQUESTED BY:   Mudurian, Karen N.

Name        Signature Required        ██ Employee No.    04/16/2012  Date

APPROVED BY:

Name        Signature Required        Employee No.    Date

* APPROVED BY FOR PRACTICE AREA:

Name        Signature Required        Employee No.    Date

APPROVAL LEVELS:   **CLIENT DISBURSEMENTS**

$500 or less: Office Administrator; $2,500 or less: Billing Attorney; Over $2,500: Billing Attorney and Practice Leader*

*⁴ Practice Group Leader may designate in writing attorneys and relevant practice managers to approve on their behalf.*

RECEIVED APR 1 9 2012

ENTERED APR 1 9 2012

OHSUSA:261523548.1

O
ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CA 94105

Wells Fargo Bank, N.A.
Van Wert, OH
For inquiries call:
800-289-3557 option 1, option 2

Date:   5/7/2012

35101

Req. No.   1378646

56-382
412

PAY  THE SUM OF 220 DOLLARS AND 00 CENTS*******************************

CHECK
AMOUNT          $220.00

TO THE
ORDER OF

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
THREE PARK AVE., 39TH FLOOR
NEW YORK, NY  10016

ORRICK, HERRINGTON & SUTCLIFFE LLP

VOID AFTER 180 DAYS

| Req. No. | 1378646 | | | No. | 35101 |
|---|---|---|---|---|---|
| Date | Invoice # | Vendor ID | VENDOR/PAYEE/NARRATIVE | | Amount |
| 4/5/2012 | 425160 | TT | CA SV S#150268/ SA - translation of documents (Portuguese to English) | | $220.00 |
| | | | Total Payment This Check: | | $220.00 |

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

ORRICK, HERRINGTON & SUTCLIFFE LLP
SAN FRANCISCO, CA 94111

WHEN DETACHED AND PAID THIS CHECK BECOMES A RECEIPT
IN FULL PAYMENT OF THE ITEMIZED ACCOUNT

Non-Negotiable