**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

X   **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed November 22, 2013 at San Francisco, California.

By: /s/ Amy Sommer Anderson

Amy Sommer Anderson