Amy Sommer Anderson (STATE BAR NO. 282634)
anderson@aroplex.com
Aroplex Law
156 2nd Street
San Francisco, California 94105
Telephone: 415-529-5148
Facsimile: 415-520-0606

Attorney for Defendant
POWER VENTURES, INC.

STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA 94704
Telephone: (917) 267-8823

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-05780 LHK |
| Plaintiff, | **DEFENDANTS' OPPOSITION TO FACEBOOK, INC.'S BILL OF COSTS** |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation and d//b/a POWER.COM, a California corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Dept: Courtroom 8, 4th Floor<br>Judge: Hon. Judge Lucy H. Koh |
| Defendants. | |

Defendants Power Ventures, Inc. and Steven Vachani object to the taxation by the Clerk of this Court of the following items in the Bill of Costs filed in this action by Plaintiff Facebook, Inc., on November 8, 2013, as follows:

**1. Defendants Object to Costs Incurred in Unrelated Litigation**

Specifically, Defendants object to invoice number 112912[1] for $122.30, dated 11/27/2012, under "FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS

---

[1] *See* Plaintiff's Itemization, Dkt. No. 382-1 at 2:10.

NECESSARILY OBTAINED FOR USE IN THE CASE," as this cost relates to transcription of a hearing in a separation action.

Defendants further object to invoice number B96474[2] for $685.94, dated 9/12/2012, under "FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE," as this cost does not appear related to the instant action, which was stayed at the time of invoicing.

**2. Defendants Object to Cost Items Included in Order for Discovery Sanctions**

Specifically, Defendants object to invoice number 422744[3] for $5,128.73, dated 3/9/2012, under "FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE," as this cost is for a renewed deposition included in the Court's August 7, 2013 order for costs.

Defendants further object to invoice number 417426[4] for $342.50, dated 3/8/2012, and invoice number 417694[5] for $317.50, dated 3/9/2012, under "OTHER COSTS – TRANSLATION SERVICES," as these costs are already included in the Court's August 7, 2013 order for costs.

Respectfully submitted,

Dated: November 22, 2013   AROPLEX LAW

By  /s/
Aroplex Law
156 2nd Street
San Francisco, California  94105

---

[2] *See* Plaintiff's Itemization, Dkt. No. 382-1 at 3:8.
[3] *See* Plaintiff's Itemization, Dkt. No. 382-1 at 2:7. *See also* Invoice 422744 submitted June 6, 2013, Dkt. No. 348-5 at 2.
[4] *See* Plaintiff's Itemization, Dkt. No. 382-1 at 3:25. *See also* Invoice 417426 submitted June 6, 2013, Dkt. No. 348-4 at 2.
[5] *See* Plaintiff's Itemization, Dkt. No. 382-1 at 3:25. *See also* Invoice 417694 submitted June 6, 2013, Dkt. No. 348-4 at 3.

anderson@aroplex.com
Telephone: 415-529-5148
Facsimile: 415-970-5016
Attorney for Defendant
POWER VENTURES, INC.

Dated: November 22, 2013  STEVEN VACHANI

By /s/
STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA 94704
Telephone: (917) 267-8823

FILER'S ATTESTATION: Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: November 22, 2013  Respectfully submitted,

/s/
Amy Sommer Anderson

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

**X**     **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed November 22, 2013 at San Francisco, California.

By: /s/ Amy Sommer Anderson

Amy Sommer Anderson