Amy Sommer Anderson (STATE BAR NO. 282634)
anderson@aroplex.com
Aroplex Law
156 2nd Street
San Francisco, California 94105
Telephone: 415-529-5148
Facsimile: 415-520-0606

Attorney for Defendant
POWER VENTURES, INC.

STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA 94704
Telephone: (917) 267-8823

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation and d//b/a POWER.COM, a California corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-CV-05780 LHK <br><br> **DECLARATION OF AMY SOMMER ANDERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO FACEBOOK, INC.'S BILL OF COSTS** <br><br> Dept: Courtroom 8, 4th Floor <br> Judge: Hon. Judge Lucy H. Koh |

I, Amy Sommer Anderson, declare as follows:

1. I am an attorney licensed to practice law in the State of California and currently serve as counsel to Power Ventures, Inc. ("Power"). I make this declaration in support of Defendants' Opposition to Facebook, Inc.'s Bill of Costs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. On November 21, 2013, I emailed Defendants' points of opposition to Plaintiff's Bill of Costs to Plaintiff's counsel with a request for agreement and amendment, else a phone conversation to discuss. No response was received, so Defendants proceeded with filing their opposition.

3. Attached hereto as Exhibit A is a true and correct copy of invoice no. 422744 originally submitted June 6, 2013, Dkt. No. 348-5.

4. Attached hereto as Exhibit B is a true and correct copy of invoice nos. 417426 and 417694 originally submitted June 6, 2013, Dkt. No. 348-4.

5. I declare under penalty of perjury under the laws of the United States and the State of California that he foregoing is true and correct. This document is executed at San Francisco, CA.

Dated: November 22, 2013					AROPLEX LAW

								By	/s/ Amy Sommer Anderson

								AMY SOMMER ANDERSON
								AROPLEX LEGAL SERVICES & THE LAW
								PRACTICE OF AMY SOMMER ANDERSON
								156 2nd Street
								San Francisco, CA 94105


								Attorney for Defendant
								POWER VENTURES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) has been or will be filed through the ECF system, and notice will be sent via the following method(s):

**X**   **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed November 22, 2013 at San Francisco, California.

By: /s/ Amy Sommer Anderson

Amy Sommer Anderson