# EXHIBIT A

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 422744 | 3/9/2012 | 337121 |
| **Job Date** | **Case No.** | |
| 3/7/2012 | 5:08-cv-05780 JW (HRL) | |
| **Case Name** | | |
| Facebook, Inc. v. Power Ventures, Inc. | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

Original/Index transcript of deposition of:
    Steve Vachani 30(b)(6)
Videotape Recording of:
    Steve Vachani 30(b)(6).

This invoice includes an expedite surcharge for $1,509.65

**TOTAL DUE  >>>** ▮

**Tax ID:** 95-3312349

Phone: 650-614-7400   Fax:

*Please detach bottom portion and return with payment.*

Monte Cooper, Esq.
Orrick, Herrington & Sutcliffe LLP - (MP)
1000 Marsh Road
Menlo Park CA  94025

Job No.   : 337121      BU ID    :.BCR - SF
Case No.   : 5:08-cv-05780 JW (HRL)
Case Name  : Facebook, Inc. v. Power Ventures, Inc.

Invoice No.  : 422744      Invoice Date : 3/9/2012
**Total Due  :** ▮

Remit To: **Barkley Court Reporters**
       **File No 50217**
       **Los Angeles CA  90074**

## PAYMENT WITH CREDIT CARD  AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature: