# EXHIBIT B



# TRANSPERFECT

**Bill To:**

Orrick Herrington & Sutcliffe LLP
Attn: Amy Dalton
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

**Requested By:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

| | | | |
|---|---|---|---|
| Invoice #: | 417426 | Sales Contact: | Dylan Chambers (DChambers@transperfect.com) |
| Invoice Date: | 03/08/2012 | | |
| Invoice Due: | 04/07/2012 | Payment Terms: | Net 30 |
| Contract #: | tpt365490 | Purchase Order #: | |

**Project Notes:**

Facebook, Inc. v. Power Ventures, Inc.
16069-2012

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English | | | | |
| Certification | 2.00 | Each | | |
| Rush Premium | 1.00 | | | |
| Translation and Proofreading | 1.00 | Word | | |

| | |
|---|---|
| Total to Bill this Contract: | |
| Tax Amount: | |
| Total Amount Due: | |


Q377611

---

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #: 13-3686771 |

Please reference the Contract # tpt365490 and Invoice # 417426 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ · 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555   F +1 212.689.1059 · E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 1



## TRANSPERFECT

**Bill To:**

Orrick Herrington & Sutcliffe LLP
Attn: Amy Dalton
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

**Requested By:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
USA

| | | | |
|---|---|---|---|
| Invoice #: | 417694 | Sales Contact: | Dylan Chambers (DChambers@transperfect.com) |
| Invoice Date: | 03/09/2012 | | |
| Invoice Due: | 04/08/2012 | Payment Terms: | Net 30 |
| Contract #: | tpt365858 | Purchase Order #: | |

**Project Notes:**

Facebook, Inc. v. Power Ventures, Inc.

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Portuguese (BR) to English | | | | |
|    Certification | 1.00 | Each | | |
|    Rush Premium | 1.00 | | | |
|    Translation and Proofreading | 1.00 | Minimum | | |


Q377614

| | |
|---|---|
| Total to Bill this Contract: | |
| Tax Amount: | |
| Total Amount Due: | US |

---

### PAYMENT INSTRUCTIONS

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

Please reference the Contract # tpt365858 and Invoice # 417694 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ · 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 · E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 1