1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
2  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
3  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.,
5  Menlo Park, California  94025
   Telephone:     650-614-7400
6  Facsimile:      650-614-7401

7  FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
   fholden@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.,
9  Menlo Park, California  94025
   Telephone:     415-773-5958
10 Facsimile:      415-773-5759

11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN JOSE DIVISION
16

17
   FACEBOOK, INC.,                                 Case No. 5:08-cv-05780-LHK
18
                  Plaintiff,                       **FACEBOOK, INC.'S NOTICE OF NON-**
19                                                 **OPPOSITION TO DEFENDANTS'**
          v.                                       **OBJECTIONS TO BILL OF COSTS**
20
   POWER VENTURES, INC. a Cayman Island            Dept:     Courtroom 8, 4th Floor
21 corporation, STEVE VACHANI, an individual;      Judge:    Hon. Judge Lucy H. Koh
   DOE 1, d/b/a POWER.COM, DOES 2-25,
22 inclusive,

23                Defendants.

24

25

26

27

28

ORRICK, HERRINGTON &
   SUTCLIFFE LLP
   ATTORNEYS AT LAW
   SILICON VALLEY

OHSUSA:755874054.1                                 FACEBOOK, INC.'S NOTICE OF NON-OPPOSITION
                                                   TO DEFENDANTS' OBJECTIONS TO BILL OF COSTS
                                                   5:08-CV-05780-LHK

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, in light of Defendants' lack of objection to the majority of costs set forth in Plaintiff Facebook, Inc.'s Bill of Costs (Dkt. No. 382), Facebook does not oppose Defendants' objections to the four invoices identified in Defendants' Opposition to Facebook's Bill of Costs (Dkt. No. 385).

Dated: December 10, 2013                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ___/s/ Robert L. Uriarte___
Robert L. Uriarte
Attorneys for Plaintiff
FACEBOOK, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:755874054.1

FACEBOOK, INC.'S NOTICE OF NON-OPPOSITION
TO DEFENDANTS' OBJECTIONS TO BILL OF COSTS
5:08-CV-05780-LHK