1 | I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
2 | MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
3 | ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
5 | Menlo Park, California  94025
Telephone:    650-614-7400
6 | Facsimile:    650-614-7401

7 | FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
8 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
9 | Menlo Park, California  94025
Telephone:    415-773-5958
10 | Facsimile:    415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FACEBOOK, INC., | Case No.  5:08-cv-05780-LHK |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

OHSUSA:755897532.1

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California  94025. On December 10, 2013, I served the within document(s):

1. **FACEBOOK, INC.'S NOTICE OF NONOPPOSITION TO DEFENDANTS' OBJECTIONS TO BILL OF COSTSDOCUMENT NAME HERE.**

.

| | |
|---|---|
| **X** | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 5:30 p.m. on December 10, 2013. |
| | By placing a true and correct copy of the document(s) in a U.P.S. envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid U.P.S. air bill, and causing the envelope to be delivered to a U.P.S. agent for delivery. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on December 10, 2013. |

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:     (917) 267-8823

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, or overnight delivery, to wit, that correspondence be deposited with the United States Postal Service or U.P.S. this same day in the ordinary course of business.

Executed on December 10, 2013 at Menlo Park, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Amy Dalton
Amy Dalton

- 1 -

MASTER PROOF OF SERVICE
5:08-CV-05780-LHK

OHSUSA:755897532.1