```
 1   I. NEEL CHATTERJEE (State Bar No. 173985)
     nchatterjee@orrick.com
 2   MONTE COOPER (State Bar No. 196746)
     mcooper@orrick.com
 3   ROBERT L. URIARTE (State Bar No. 258274)
     ruriarte@orrick.com
 4   ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Rd.,
 5   Menlo Park, California  94025
     Telephone:    650-614-7400
 6   Facsimile:    650-614-7401

 7   FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
     fholden@orrick.com
 8   ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Rd.,
 9   Menlo Park, California  94025
     Telephone:    415-773-5958
10   Facsimile:    415-773-5759

11
     Attorneys for Plaintiff
12   FACEBOOK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780-LHK |
| Plaintiff, | **FACEBOOK, INC.'S NOTICE OF REMOVAL OF ATTORNEY MORVARID METANAT** |
| v. | |
| POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:756605265.1

FACEBOOK, INC.'S NOTICE OF REMOVAL OF
ATTORNEY MORVARID METANAT
5:08-CV-05780-LHK

Pursuant to Civil Local Rule 5(c)(2)(C), Plaintiff Facebook, Inc. ("Facebook") herby notifies the Court that Morvarid Metanat is no longer counsel of record for Facebook and request that Ms. Metanat's name be removed from any list of counsel of record for Facebook and that she be removed from receiving Notices of Electronic Case Filing through the ECF system in this action. The remaining attorneys listed as counsel of record for Facebook will continue to represent Facebook in this action.

Dated:   February 20, 2014                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ I. Neel Chatterjee*
I. NEEL CHATTERJEE
Attorneys for Plaintiff
FACEBOOK, INC.

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 20, 2014.

By: */s/ I. Neel Chatterjee*
I. NEEL CHATTERJEE

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:756605265.1

FACEBOOK, INC.'S NOTICE OF REMOVAL OF
ATTORNEY MORVARID METANAT
5:08-CV-05780-LHK