# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.: 08-CV-5780-LHK |
| Plaintiff, | |
| v. | ORDER DIRECTING PARTIES TO FILE STIPULATION TO EXPAND THE RECORD AND MOTION FOR LEAVE TO UNSEAL DOCUMENTS |
| POWER VENTURES, INC., a Cayman Island corporation, and STEVE VACHANI, an individual, | |
| Defendants. | |

This case was on appeal but was remanded by the Ninth Circuit Court of Appeals on May 23, 2014. ECF No. 35, Ninth Circuit Docket, Case No. 13-17102. In its remand order, the Ninth Circuit Appellate Commissioner held that the appeal was "remanded to the district court for the limited purpose of enabling the district court to consider the motion to expand the district court record to include the expert report of Bob Zeidman and Lawrence Melling that was lodged with and reviewed by the district court in ruling on the parties' motions for summary judgment." *Id.* at 2. The Commissioner also held that "[t]he motion to unseal documents that were filed under seal in the district court pursuant to a protective order is denied without prejudice to renewal after seeking leave from the district court to unseal the documents." *Id.* The "motion to unseal" was meant to refer to Plaintiff's unopposed motion at the Ninth Circuit to unseal documents Plaintiff intended to

1

Case No.: 08-CV-5780-LHK
ORDER DIRECTING PARTIES TO FILE STIPULATION TO EXPAND THE RECORD AND MOTION FOR LEAVE TO UNSEAL DOCUMENTS

include in its Supplemental Excerpts of Record on appeal. ECF No. 32, Ninth Circuit Docket, Case No. 13-17102.

The parties are hereby ordered to file a stipulation and proposed order to expand the district court record to include the expert report of Bob Zeidman and Lawrence Melling by June 4, 2014 at noon. Plaintiff is also ordered to file a motion for leave to unseal any documents Plaintiff wants unsealed by June 4, 2014 at noon.

**IT IS SO ORDERED.**

Dated: May 27, 2014



_____
LUCY H. KOH
United States District Judge

2
Case No.: 08-CV-5780-LHK
ORDER DIRECTING PARTIES TO FILE STIPULATION TO EXPAND THE RECORD AND MOTION FOR LEAVE TO UNSEAL DOCUMENTS