I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:    415-773-5958
Facsimile:    415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                     Plaintiff,<br><br>       v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                     Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**FACEBOOK, INC.'S UNOPPOSED MOTION, PURSUANT TO ORDER OF THE NINTH CIRCUIT, CIVIL LOCAL RULE 7-11, AND THE CONCURRENTLY FILED STIPULATION OF THE PARTIES, FOR ADMINISTRATIVE RELIEF TO UNSEAL CERTAIN MATERIALS AND TO FILE PREVIOUSLY LODGED EXPERT REPORT**<br><br>Dept:         Courtroom 8, 4th Floor<br>Judge:       Hon. Judge Lucy H. Koh |

OHSUSA:758136140.1

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

FACEBOOK, INC.'S UNOPPOSED MOTION,
PURSUANT TO ORDER OF THE NINTH CIRCUIT,
CIVIL LOCAL RULE 7-11, AN
5:08-CV-05780-LHK

Pursuant to Civil Local Rule 7-11, the May 23, 2014 Order of the Ninth Circuit (attached as **Exhibit A**) granting a remand for the limited purpose of unsealing certain materials and updating the record, and this Court's Order Directing Parties To File Stipulation To Expand The Record And Motion For Leave To Unseal Documents (Dkt. No. 393), Plaintiff Facebook, Inc. submits this Administrative Motion to unseal certain documents previously sealed by this court, and to file an expert report previously lodged in this Court. The parties' stipulation concerning this proposed relief is being concurrently filed with this motion.

In support of this motion, Facebook states as follows:

1. In 2008, Facebook brought this suit against Defendants under, among other statutes, the Computer Fraud and Abuse Act (CFAA), 18 U.S.C. § 1030, California Penal Code § 502, and the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 (CAN-SPAM Act), 15 U.S.C. § 7701. This Court entered summary judgment in favor of Facebook, Dkt. No. 275, and granted Facebook damages and injunctive relief, Dkt. No. 372.

2. Defendants' appeal is pending before the Ninth Circuit. *See* 9th Cir. Case Nos. 13-17102, 13-17154. Defendants have filed their opening brief. Prior to Facebook filing its answering brief, the parties filed in the Ninth Circuit a stipulation to correct the record on appeal to include the Expert Report of Bob Zeidman and Lawrence Melling. *See* **Exhibit B** (9th Cir. Stipulation). This Report had been lodged in this Court, but not formally filed, pursuant to a standing order of then-Chief Judge Ware. This report was before this Court when it ruled on Facebook's motion for summary judgment, and this Court cited the report in its summary judgment order. *See* Dkt. No. 275 at 15-16 & 15 n.37.

3. Facebook also filed in the Ninth Circuit an unopposed motion to unseal certain record materials it intends to discuss in its answering brief and include in its Supplemental Excerpts of Record on appeal. *See* **Exhibit C** (9th Cir. Motion). These materials had been sealed

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:758136140.1

FACEBOOK, INC.'S UNOPPOSED MOTION,
PURSUANT TO ORDER OF THE NINTH CIRCUIT,
CIVIL LOCAL RULE 7-11, AN
5:08-CV-05780-LHK

1  by this Court at the request of both Facebook and Defendants, and so absent any action of the
2  parties or the court, would remain sealed on appeal (*see* Ninth Cir. R. 27-13, Adv. Comm. Note).
3  In the view of the parties, however, these materials no longer need to be sealed due to the passage
4  of time, and in light of the Ninth Circuit's admonitions about the limited circumstances under
5  which materials may be sealed on appeal.  *See Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665,
6  678-79 (9th Cir. 2010).

7      4.    On May 23, 2014, the Ninth Circuit issued an order construing the "stipulation to
8  correct the record . . . as a motion for a remand to expand the record and, so construed," granted
9  the motion.  Ex. A (9th Cir. Order), at 1.  The Court "remanded to the district court for the limited
10 purpose of enabling the district court to consider the motion to expand the district court record to
11 include the expert report of Bob Zeidman and Lawrence Melling that was lodged with and
12 reviewed by the district court in ruling on the parties' motions for summary judgment." *Id.* at 1-
13 2.  In addition, with regard to Facebook's unopposed motion to unseal certain documents, the
14 Court "denied [the motion] without prejudice to renewal after seeking leave from the district
15 court to unseal the documents." *Id.* at 2.

16     5.    On May 27, 2014, this Court ordered the parties to act upon the Ninth Circuit's
17 limited remand order by June 4, 2014, at noon.  Dkt. No. 393.

18     6.    Pursuant to the Ninth Circuit's limited remand and this Court's Order, Facebook
19 moves this Court to expand the record to include the expert report of Bob Zeidman and Lawrence
20 Melling that was lodged with and reviewed by the district court in ruling on the parties' motions
21 for summary judgment.  This will allow the Ninth Circuit to consider, as part of the record on
22 appeal, relevant materials that were before this Court when it issued one of the orders now on
23 review by the Ninth Circuit.  The parties stipulate to this request.  *See* Stipulation and Proposed
24 Order, filed concurrently with this motion.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:758136140.1

- 2 -

FACEBOOK, INC.'S UNOPPOSED MOTION, PURSUANT TO ORDER OF THE NINTH CIRCUIT, CIVIL LOCAL RULE 7-11, AN
5:08-CV-05780-LHK

7.      Pursuant to the Ninth Circuit's limited remand, Facebook also moves this Court to unseal certain documents previously sealed by this Court, which describe Facebook's security systems and the way Defendants' computer program interacted with Facebook. The parties are in agreement about this request as well, *see* Stipulation and Proposed Order, because the sensitivities that once made it necessary for these materials to be kept confidential no longer exist, and thus the burden on the Court, the parties, and the public of limiting access to these documents is no longer justified.

In particular, the documents sought to be unsealed are:

| Dkt. No. | Description | Sealing Originally Requested By | Order Sealing |
|---|---|---|---|
| 213-2 | Declaration of Facebook Attorney Joseph Cutler | Facebook (*See* Dkt. No. 167) | Dkt. No. 182 |
| 213-4 | Declaration of Facebook Security Manager Ryan McGeehan | Facebook (*See* Dkt. No. 167) | Dkt. No. 182 |
| 217 | Declaration of Facebook Expert Lawrence Melling (main declaration only to be unsealed, not attachments [Dkt. Nos. 217-1 to -13]) | Defendants (*See* Dkt. No. 168) | Dkt. No. 203 |
| 300-1 | Excerpts of Expert Report of Richard J. Ostiller | Facebook (*See* Dkt. No. 290) | Dkt. No. 296 |
| 372 | Unredacted Version of This Court's "Order Denying Leave To File Motion For Reconsideration, Finding Defendant Steven Vachani Liable As A Matter Of Law, And Granting Damages And Permanent Injunctive Relief" | This Order was sealed because it stated the amount of Facebook's damages described in Dkt. No. 300-1. | n/a |
| n/a | Expert Report of Bob Zeidman and Lawrence Melling, previously lodged with this Court under seal (main report only to be unsealed, not exhibits) | Defendants | n/a |

**CONCLUSION**

For the foregoing reasons, the Administrative Motion to unseal certain documents

OHSUSA:758136140.1

- 3 -

FACEBOOK, INC.'S UNOPPOSED MOTION, PURSUANT TO ORDER OF THE NINTH CIRCUIT, CIVIL LOCAL RULE 7-11, AN
5:08-CV-05780-LHK

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

1 previously sealed by this court and to file an expert report previously lodged in this Court,

2 pursuant to the stipulation of the parties, should be granted.

3

4 Dated: May 28, 2014  ORRICK, HERRINGTON & SUTCLIFFE LLP

5

6 By: ___/s/ I. Neel Chatterjee___
I. Neel Chatterjee
7 Attorneys for Plaintiff
FACEBOOK, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:758136140.1

- 4 -

FACEBOOK, INC.'S UNOPPOSED MOTION,
PURSUANT TO ORDER OF THE NINTH CIRCUIT,
CIVIL LOCAL RULE 7-11, AN
5:08-CV-05780-LHK