I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:    415-773-5958
Facsimile:    415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER, PURSUANT TO CIVIL LOCAL RULE 7-12, TO FILE PREVIOUSLY LODGED MATERIAL AND UNSEAL PREVIOUSLY SEALED MATERIALS** <br><br> Dept:    Courtroom 8, 4th Floor <br> Judge:   Hon. Judge Lucy H. Koh |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:758136171.1

STIPULATION AND [PROPOSED] ORDER,
PURSUANT TO CIVIL LOCAL RULE 7-12, TO FILE
PREVIOUSLY LODGED MATER
5:08-CV-05780-LHK

This Stipulation is entered into and between Plaintiff Facebook, Inc. ("Facebook"), and Defendants Power Ventures, Inc. and Steven Vachani ("Defendants"). It is hereby stipulated and agreed, pursuant to Civil Local Rule 7-12, that subject to approval of the Court:

1. The Expert Report of Bob Zeidman and Lawrence Melling, previously lodged with and considered by the Court, shall be formally filed so that it may be considered by the Ninth Circuit as part of the record on appeal.

2. For the convenience of the Ninth Circuit, the parties, and the public, certain materials previously sealed by this Court shall now be unsealed: Dkt. Nos. 213-2, 213-4, 217 (main declaration only), 300-1, and 372, as well as the Expert Report of Bob Zeidman and Lawrence Melling (main report only).

Dated: May 28, 2014                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                 */s/ I. Neel Chatterjee*
                                                 I Neel Chatterjee
                                                 Attorney for Plaintiff
                                                 FACEBOOK, INC.


Dated: May 28, 2014                              AROPLEX LAW

                                                 */s/ Amy Sommer Anderson*
                                                 Amy Sommer Anderson
                                                 Attorney for Defendant
                                                 POWER VENTURES, INC.


Dated: May 28, 2014                              */s/ Steven Vachani*
                                                 Steven Vachani
                                                 *Pro Se* Defendant


**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatories.

Dated: May 28, 2014                              */s/ I. Neel Chatterjee*
                                                 I Neel Chatterjee

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2
3  DATED: _____          _____
                                        LUCY KOH
4                                       United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:758136171.1

- 2 -

STIPULATION AND [PROPOSED] ORDER,
PURSUANT TO CIVIL LOCAL RULE 7-12, TO FILE
PREVIOUSLY LODGED MATER
5:08-CV-05780-LHK