I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

FREDERICK D. HOLDEN, JR. (State Bar No. 61526)
fholden@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:   415-773-5958
Facsimile:   415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>             Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER, PURSUANT TO CIVIL LOCAL RULE 7-12, TO FILE PREVIOUSLY LODGED MATERIAL AND UNSEAL PREVIOUSLY SEALED MATERIALS**<br><br>Dept:         Courtroom 8, 4th Floor<br>Judge:       Hon. Judge Lucy H. Koh |

OHSUSA:758136171.1

STIPULATION AND [PROPOSED] ORDER,
PURSUANT TO CIVIL LOCAL RULE 7-12, TO FILE
PREVIOUSLY LODGED MATER
5:08-cv-05780-LHK

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

1   This Stipulation is entered into and between Plaintiff Facebook, Inc. ("Facebook"), and
2   Defendants Power Ventures, Inc. and Steven Vachani ("Defendants").  It is hereby stipulated and
3   agreed, pursuant to Civil Local Rule 7-12, that subject to approval of the Court:

4       1.    The Expert Report of Bob Zeidman and Lawrence Melling, previously lodged with
5   and considered by the Court, shall be formally filed so that it may be considered by the Ninth
6   Circuit as part of the record on appeal.

7       2.    For the convenience of the Ninth Circuit, the parties, and the public, certain
8   materials previously sealed by this Court shall now be unsealed: Dkt. Nos. 213-2, 213-4, 217
9   (main declaration only), 300-1, and 372, as well as the Expert Report of Bob Zeidman and
10  Lawrence Melling (main report only).

Dated:   May 28, 2014                          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                               */s/ I. Neel Chatterjee*
                                               I Neel Chatterjee
                                               Attorney for Plaintiff
                                               FACEBOOK, INC.


Dated:   May 28, 2014                          AROPLEX LAW

                                               */s/ Amy Sommer Anderson*
                                               Amy Sommer Anderson
                                               Attorney for Defendant
                                               POWER VENTURES, INC.


Dated:   May 28, 2014                          */s/ Steven Vachani*
                                               Steven Vachani
                                               *Pro Se* Defendant


**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatories.

Dated:   May 28, 2014                          */s/ I. Neel Chatterjee*
                                               I Neel Chatterjee

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:758136171.1

STIPULATION AND [PROPOSED] ORDER,
PURSUANT TO CIVIL LOCAL RULE 7-12, TO FILE
PREVIOUSLY LODGED MATER
5:08-CV-05780-LHK

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2  DATED: May 29, 2014

3  _____
   LUCY KOH
   United States District Judge

*[Signature: Lucy H. Koh]*

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:758136171.1

- 2 -

STIPULATION AND [PROPOSED] ORDER,
PURSUANT TO CIVIL LOCAL RULE 7-12, TO FILE
PREVIOUSLY LODGED MATER
5:08-CV-05780-LHK