FILED

**NOT FOR PUBLICATION**

AUG 11 2016

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 13-17102 |
|        Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK |
| v. | ORDER |
| POWER VENTURES, INC., dba Power.com, a California corporation; POWER VENTURES, INC., a Cayman Island corporation, | |
|        Defendants, | |
|  and | |
| STEVEN SURAJ VACHANI, an individual, | |
|        Defendant - Appellant. | |

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 13-17154 |
|        Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK |
|  v. | |
| POWER VENTURES, INC., dba Power.com, a California corporation, | |

Defendant,

and

POWER VENTURES, INC., a Cayman
Island corporation; and STEVEN SURAJ
VACHANI, an individual,

Defendants - Appellants.

Before:  GRABER, WARDLAW, and MURGUIA, Circuit Judges.

Appellee is directed to file a response to Appellants' petition for panel

rehearing and petition for rehearing en banc filed with this court on August 09,

2016.  The response shall not exceed 15 pages and shall be filed within 21 days of

the filed date of this order.

Parties who are registered for Appellate ECF must file the response

electronically without submission of paper copies.  Parties who are not registered

Appellate ECF filers must file the original response plus 50 paper copies.