UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 19 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 13-17102 |
| Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK U.S. District Court for Northern California, San Jose |
| v. | |
| POWER VENTURES, INC., dba Power.com, a California corporation and POWER VENTURES, INC., a Cayman Island corporation, | **MANDATE** |
| Defendants, | |
| and | |
| STEVEN SURAJ VACHANI, an individual, | |
| Defendant - Appellant. | |

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 13-17154 |
| Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK U.S. District Court for Northern California, San Jose |
| v. | |
| POWER VENTURES, INC., dba Power.com, a California corporation, | |

      Defendant,

and

POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual,

      Defendants - Appellants.

The judgment of this Court, entered July 12, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT

      By: Craig Westbrooke
      Deputy Clerk
      Ninth Circuit Rule 27-7