1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12   FACEBOOK, INC.,                           Case No. 5:08-cv-05780-LHK

13              Plaintiff,                      **JUDGMENT AND PERMANENT INJUNCTION**

14        v.

15   POWER VENTURES, INC. a Cayman Island
     corporation, STEVE VACHANI, an individual;
16   DOE 1, d/b/a POWER.COM, DOES 2-25,
     inclusive,
17
              Defendants.
18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

1    This matter is on remand from the Ninth Circuit Court of Appeals.

2    The Court held a Case Management Conference on January 11, 2017.  The unrebutted

3    evidence reflects that all of the damages requested by Facebook were incurred on an after

4    December 1, 2008, the date that Power received the cease and desist letter.  In light of the

5    evidence this Court received, it re-affirms the findings of fact and conclusions of law previously

6    set forth in ECF No. 373, relating to the harm Facebook suffered on and after December 1, 2008

7    as a result of Defendants' violations of the CFAA and California Penal Code Section 502(b).

8    Further, the Court also re-affirms the findings of fact and conclusions of law set forth by

9    Magistrate Judge Spero in ECF No. 356 regarding the need for discovery sanctions against

10   Defendant, which findings and conclusions of law the Ninth Circuit has sustained.  *Facebook,*

11   *Inc. v. Power Ventures, Inc.*, No. 13-17154, slip op. at 22.

12   Based upon the foregoing, the Clerk of the Court shall enter Judgment in favor of Plaintiff

13   and against Defendants, jointly and severally, in the following amounts:

14   (1)    $46,883.00, reflecting Facebook's damages on and after December 1, 2008, arising

15          from Defendants' violations of the Computer Fraud and Abuse Act, and California Penal

16          Code Section 502;

17   (2)    $39,796.73, reflecting the costs and attorney fees that Magistrate Judge Spero in

18          ECF 356 ordered Defendants to pay as a discovery sanction;  and

19   (3)    $49,637.93, the costs this Court in ECF No. 390 previously taxed against

20          Defendants.

21   Furthermore, the Court again orders that Facebook is entitled to a permanent injunction

22   against Power Ventures and Steven Vachani as follows:

23   1.     Defendants, their agents, officers, contractors, directors, shareholders,

24   employees, subsidiary companies or entities, affiliated or related companies and entities,

25   assignees, and successors-in-interest, and those in active concert or participation with them,

26   are permanently enjoined from:

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

JUDGMENT AND PERMANENT INJUNCTION
5:08-CV-05780-LHK

A.      Accessing or using, or directing, aiding, facilitating, causing, or conspiring with others to use or access the Facebook website or servers for any commercial purpose, without Facebook's prior permission.

B.      Using any data, including without limitation Facebook-user data and data regarding Facebook's website or computer networks, obtained as a result of the unlawful conduct for which Defendants' have been found liable.

C.      Developing, using, selling, offering for sale, or distributing, or directing, aiding, or conspiring with others to develop, sell, offer for sale, or distribute, any software that allows the user to engage in the conduct found to be unlawful.

2.      Defendants, their agents, officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in- interest, and those in active concert or participation with them shall destroy any software, script(s) or code designed to access or interact with the Facebook website, Facebook users, or the Facebook service.  They shall also destroy Facebook data and/or information obtained from Facebook or Facebook's users, or anything derived from such data and/or information.

3.      Within three calendar days of entry of this permanent injunction and order, Defendants shall affirm that they already have notified, or shall notify, their current and former officers, agents, servants, employees, successors, and assigns, and any persons acting in concert or participation with them of this permanent injunction.

4.      Within seven calendar days of entry of this injunction and order, Defendants shall certify in writing, under penalty of perjury, that they have complied with the provision of this order, and state how notification of this permanent injunction in accordance with paragraph 3 above was accomplished, including the identities of all email accounts (if any) used for notification purposes.

5.      The Court shall continue to retain jurisdiction over the parties for the purpose of enforcing this injunction and order.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:261401367.1

- 2 -

JUDGMENT AND PERMANENT INJUNCTION
5:08-CV-05780-LHK

1   The Clerk shall close the file.

2

3   **IT IS SO ORDERED.**

4   Dated: _____, 2017 _____

5                                          LUCY H. KOH
                                           United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:261401367.1

- 3 -

JUDGMENT AND PERMANENT INJUNCTION
5:08-CV-05780-LHK