Amy Sommer Anderson (STATE BAR NO. 282634)
anderson@aroplex.com
Aroplex Legal Services & the Law Practice of Amy
Sommer Anderson
156 2nd Street
San Francisco, California  94105
Telephone:     415-529-5148
Facsimile:     415-520-0606
Attorney for Defendant
POWER VENTURES, INC.

STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA  94704
Telephone: (917) 267-8823

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-05780 LHK |
| Plaintiff, | **DECLARATION OF AMY SOMMER ANDERSON IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation and d//b/a POWER.COM, a California corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Date:      January 11, 2017 |
| | Time:      2:00 P.M. |
| Defendants. | Judge:     Hon. Lucy H. Koh |
| | Courtroom: 8, 4th Floor |

I, Amy Sommer Anderson, hereby declare:

1.      I am an attorney with the law firm AROPLEX LAW and represent Defendant

POWER VENTURES, INC. in this action. I make this declaration in support of DEFENDANTS'

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE.

2.      Defendants seek to continue the currently scheduled CMC for two weeks until

January 25, 2017 to allow Defendants time to get up to speed on the current status of the various

matters in this action following the Ninth Circuit's Mandate on December 19, 2016 and to ensure

availability of the defendants at the CMC given recent and ongoing personal considerations of both Steven Vachani and myself as counsel for Power Ventures, Inc. Mr. Vachani has been in the hospital with his wife since late December, where he and his wife welcomed their new daughter prematurely and are unfortunately still working through related complications. I personally have recently suffered a loss in my family, which brought an unanticipated and reasonable period of grieving and care for my own resulting health complications over the past few weeks. As such, in addition to the aforementioned reasons, both Mr. Vachani and I require a continuance of the scheduled CMC to recover from their unplanned and unavoidable absences to review and prepare the defendants' case at this stage of litigation in light of the mixed judgment of the Ninth Circuit reversing in part and affirming in part the previous judgment against the defendants.

3.      I contacted opposing counsel, Mr. Monte Cooper, on January 4, 2017, and he stated unequivocally that Plaintiff FACEBOOK, INC. will not object to this request.

4.      There is no harm in changing the time of the scheduled CMC as requested, no prejudiced is posed to the parties, and such change would have no effect on the schedule for this case since (1) the sole opposing party has agreed to the continuance, and (2) no other events are scheduled in this matter.

5.      I declare under penalty of perjury under the laws of the United States and the State of California that he foregoing is true and correct. This document is executed at San Francisco, CA.

Dated: January 6, 2017                    By:  /s/ Amy Sommer Anderson
                                               AMY SOMMER ANDERSON
                                               AROPLEX LAW
                                               156 2nd Street
                                               San Francisco, CA 94105

1

2                              **CERTIFICATE OF SERVICE**

3          I am a citizen of the United States and a resident of the State of California, over the age of

4

5   eighteen years, and not a party to the within action. My business address is Aroplex Legal

6   Services and the Law Practice of Amy Sommer Anderson, 156 2nd Street, San Francisco, CA

7   94105.

8          On January 9, 2017, I served the attached document by the method indicated below:

9      **X   ECF System:** By filing the document(s) listed above on the Court's Electronic Case

10         Filing System, I am informed and believe that the documents will be electronically

11
         served on all individuals registered with such system. To my knowledge, every
12
         individual to whom notice is required is registered with this system and, thus, has been
13
         served with due notice by action of this electronic filing.
14

15         I declare under penalty of perjury under the laws of the State of California that the above

16  statements are true and correct.

17         Executed January 9, 2017 at San Francisco, California.

18

19                                          By:  /s/ Amy Sommer Anderson
                                                 AMY SOMMER ANDERSON
20                                               AROPLEX LAW
                                                 156 2nd Street
21                                               San Francisco, CA 94105

22

23

24

25

26

27

28