Amy Sommer Anderson (STATE BAR NO. 282634)
anderson@aroplex.com
Aroplex Legal Services & the Law Practice of Amy Sommer Anderson
156 2nd Street
San Francisco, California  94105
Telephone:     415-529-5148
Facsimile:     415-520-0606
Attorney for Defendant
POWER VENTURES, INC.

STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA  94704
Telephone: (917) 267-8823

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and d//b/a POWER.COM, a California corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:08-CV-05780 LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　January 11, 2017<br>Time:　　　2:00 P.M.<br>Judge:　　　Hon. Lucy H. Koh<br>Courtroom: 8, 4th Floor |

　　　For good cause shown, Defendants' Ex Parte Application for Continuance of Case Management Conference is hereby granted. The Case Management Conference set for January 11, 2017 is hereby continued to January 25, 2017 at 2:00 PM. The parties shall file a joint case management statement no later than seven (7) days before the Conference.

　　　IT IS SO ORDERED:

Dated: January 9, 2017　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Lucy H. Koh

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Aroplex Legal Services and the Law Practice of Amy Sommer Anderson, 156 2nd Street, San Francisco, CA 94105.

On **January 9, 2017,** I served the within document by the method indicated below:

X   **ECF System:** By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed January 9, 2017 at San Francisco, California.

By: /s/ Amy Sommer Anderson
Amy Sommer Anderson
AROPLEX LAW
156 2nd Street
San Francisco, CA 94105