I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.,
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                    Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**UNOPPOSED MOTION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>Date:     January 25, 2017<br>Time:     2:00 p.m.<br>Dept:     Courtroom 8, 4th Floor<br>Judge:   Hon. Judge Lucy H. Koh |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:766361391.2

UNOPPOSED MOTION TO RESCHEDULE CASE
MANAGEMENT CONFERENCE
5:08-CV-05780-LHK

Pursuant to Civil Local Rule 6-2, Plaintiff Facebook, Inc. ("Facebook") respectfully submits this unopposed motion to reschedule the Case Management Conference set for January 25, 2017 at 2:00 p.m. in this matter, to February 15, 2017, at 2:00 p.m.  No other deadlines should be affected.

The Case Management Conference was originally scheduled for January 11, 2017 (Docket No. 401), but was, at Defendants' request (and unopposed by Facebook) vacated and reset by the Court (Docket No. 406) to occur on January 25, 2017, at 2:00 p.m..  The reasons provided by Defendants for why they sought a re-scheduling of the Case Management Conference related to unanticipated and unavoidable personal difficulties experience both by counsel and defendant Vachani (Docket No. 405).  However, unbeknownst to Defendants, January 25, 2017, the date they suggested for a re-scheduled Case Management Conference, and which the Court ultimately adopted, presents significant scheduling problems for Facebook's lead counsel, Neel Chatterjee, who is scheduled to be in New York City the morning of January 26, 2017.  Accordingly, upon being apprised of this conflict, Defendants both advised Facebook that they agreed to a further re-scheduling of the Case Management Conference to February 15, 2017, assuming that the date is available under the Court's own calendar.  In fact, Defendant Vachani already had plans to be in the United States on February 15, 2017, and this date therefore permits him to attend in person.

The parties originally contemplated filing a joint stipulated motion to extend the Case Management Conference.  On Thursday, January 19, 2017, counsel for Facebook sent the proposed stipulation to Defendant Vachani and counsel for Defendant Power Ventures, Inc. Defendant Vachani provided his written assent to Facebook's proposed stipulation.  However, as of the time of this filing, counsel for Defendant Power Ventures has not provided her assent to Facebook's form of stipulation and has been unreachable through email or voicemail. Declaration of Robert L. Uriarte ¶ 5.  Accordingly, Facebook is unable to file the instant request for relief as a stipulated motion because counsel for Power Ventures has not given express concurrence in the filing of the document Facebook provided to counsel for approval.  *See* N.D. Cal. Civil Local Rule 5-1(i)(3) (requiring attestation).  Rather than continue to wait for a response from Power Ventures' counsel, Facebook hereby files this unopposed motion.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:766361391.2

UNOPPOSED MOTION TO RESCHEDULE CASE
MANAGEMENT CONFERENCE
5:08-CV-05780-LHK

1  Subject to the convenience of the Court, Facebook respectfully requests that the initial
2  Case Management Conference be rescheduled to February 15, 2017, at 2:00 p.m.  If that date is
3  unavailable, Facebook respectfully requests that the Case Management Conference be held on
4  February 1, 2017.

6  Dated: January 20, 2017                           ORRICK, HERRINGTON & SUTCLIFFE LLP

8                                                    By:       */s/ Robert L. Uriarte*
                                                            ROBERT L. URIARTE
9                                                           Attorneys for Plaintiff
                                                            FACEBOOK, INC.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:766361391.2

- 2 -

UNOPPOSED MOTION TO RESCHEDULE CASE
MANAGEMENT CONFERENCE
5:08-CV-05780-JW (JSC)