UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780 LHK |
| Plaintiff, | **[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| Defendants. | |

Good cause having been shown, Facebook, Inc.'s unopposed motion to reschedule the case management conference currently set for January 25, 2017 is GRANTED. A case management conference is hereby set for February 15, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 23, 2017

*Lucy H. Koh*

Hon. Lucy H. Koh
United States District Judge