I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: (650) 752-3100
Fax: (650) 853-1038

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMAITON**<br><br>Judge:　　　Hon. Lucy H. Koh<br>Courtroom:　8, 4th Floor |

1  PLEASE TAKE NOTICE that attorney I. Neel Chatterjee, counsel for Plaintiff, Facebook, Inc., would like to make the following changes to his contact information.  Please forward a copy of all further pleadings, correspondence, or other documents relating to this case to the following address:

I. Neel Chatterjee
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
Email: nchatterjee@goodwinlaw.com

Dated: February 22, 2017                    GOODWIN PROCTER LLP


                                             By:  _____*/s/ I. Neel Chatterjee*_____
                                                  I. NEEL CHATTERJEE
                                                  Attorneys for Plaintiff
                                                  FACEBOOK, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 22, 2017 to all counsel of record who are deemed to have consented to electronic service via the court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

*/s/ I. Neel Chatterjee*
I. NEEL CHATTERJEE