I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:      650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>              Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FACEBOOK'S SUPPLEMENTAL REMEDIES BRIEF AND SUPPORTING MATERIALS**<br><br>Dept:         Courtroom 8, 4th Floor<br>Judge:       Hon. Judge Lucy H. Koh |

Case No. 5:08-cv-05780-LHK

ACTIVE/89744633.3

Plaintiff Facebook, Inc. ("Facebook") hereby moves to file portions of its Supplemental Remedies Brief and supporting materials under seal pursuant to Civil Local Rules 7-11 and 79-5.

The Protective Order provides that a party may not file in the public record in this action any Protected Material designated by the other party. Dkt. No. 95. Defendants have designated as Protected Material the following materials submitted in support of Facebook's Supplemental Remedies Brief:

| Document | Portion to be sealed |
| --- | --- |
| Exhibit 2 to the Declaration of Monte M.F. Cooper, excerpts from the March 7, 2012 Rule 30(b)(6) deposition of Power Ventures | Entire document |
| Exhibit 3 to the Declaration of Monte M.F. Cooper, copy of an email produced by Defendants | Entire Document |
| Exhibit 4 to the Declaration of Monte M.F. Cooper, copy of an email produced by Defendants | Entire document |

Accordingly, pursuant to the Protective Order, Facebook requests permission to files these materials under seal.

Facebook also respectfully requests permission to file under seal information reflecting a special billing arrangement between Facebook and its outside counsel. Specifically, Facebook requests permission to file under seal a single sentence in the declaration of Joseph Cutler describing the billing arrangement and a few other passages in Facebook's brief and supporting documents reflecting special billing rate and the number of hours billed (which could be used to deduce the special billing rate) as follows:

| Document | Portion to be sealed |
| --- | --- |
| Exhibit 5 to the Declaration of Monte M.F. Cooper, Expert Report of Richard Ostiller | Portions reflecting special billing arrangement and numbers of hours billed by Facebook's outside counsel at page 8 ¶ 30 and page 38 |
| Declaration of Joseph Cutler | Portions reflecting special billing arrangement and numbers of hours billed by Facebook's outside counsel at page 1 ¶ 6 and page 2 ¶ 7 |

| Facebook's Supplemental Remedies Brief | Portions reflecting special billing arrangement and numbers of hours billed by Facebook's outside counsel at pages 2, 4, and 5 |
|---|---|

The narrow range of material Facebook requests to seal concerns a special billing arrangement and rates that are not publically known and could prejudice Facebook and its outside counsel in future negotiations. The Court previously authorized Facebook to file such information under seal. *See* Dkt. Nos. 182 & 354 (granting motions to seal portions of prior Cutler declaration discussing *inter alia* billing information); Dkt. 296 (granting motion to file portions of Ostiller report under seal discussing billing amounts).

For the foregoing reasons, Facebook, respectfully requests that the Court grant Facebook permission to file portions of its brief and supporting materials under seal.

Dated: March 8, 2017         Respectfully Submitted,

By:  *I. NEEL CHATTERJEE*
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:      650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.