I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:     650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780-LHK |
| Plaintiff, | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FACEBOOK'S SUPPLEMENTAL REMEDIES BRIEF AND SUPPORTING MATERIALS** |
| v. | |
| POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Dept:        Courtroom 8, 4th Floor<br>Judge:      Hon. Judge Lucy H. Koh |
| Defendants. | |

Plaintiff Facebook, Inc. ("Facebook") has filed an administrative motion to file portions of its Supplemental Remedies Brief and supporting materials under seal pursuant to Civil Local Rules 7-11 and 79-5.  Having reviewed the parties' submissions, and good cause having been shown, the Court grants Facebook's motion.  The following materials may be filed under seal:

| Document | Portion to be sealed |
|---|---|
| Exhibit 2 to the Declaration of Monte M.F. Cooper, excerpts from the March 7, 2012 Rule 30(b)(6) deposition of Power Ventures | Entire document |
| Exhibit 3 to the Declaration of Monte M.F. Cooper, copy of an email produced by Defendants | Entire document |
| Exhibit 4 to the Declaration of Monte M.F. Cooper, copy of an email produced by Defendants | Entire document |
| Exhibit 5 to the Declaration of Monte M.F. Cooper, Expert Report of Richard Ostiller | Portions reflecting special billing arrangement and numbers of hours billed by Facebook's outside counsel at page 8 ¶ 30 and page 38 |
| Declaration of Joseph Cutler | Portions reflecting special billing arrangement and numbers of hours billed by Facebook's outside counsel at page 1 ¶ 6 and page 2 ¶ 7 |
| Facebook's Supplemental Remedies Brief | Portions reflecting the special billing arrangement and numbers of hours billed by Facebook's outside counsel at pages 2, 4, and 5 |

**IT IS SO ORDRED.**

Dated: _____, 2017 _____

HON. LUCY H. KOH
United States District Judge

-1-