1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone:    650-752-3100Thanks
4  Facsimile:    650-853-1038

5  MONTE M.F. COOPER (State Bar No. 196746)
   mcooper@orrick.com
6  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
8  Menlo Park, California  94025
   Telephone:    650-614-7400
9  Facsimile:    650-614-7401

10 Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:08-cv-05780 LHK<br><br>**DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Dept:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Judge Lucy H. Koh |

I, Monte M.F. Cooper, declare and state as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I am a member in good standing of the Bars of the States of California and Colorado. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Exhibit 2 to the Declaration of Monte M.F. Cooper in support of Facebook's Supplemental Remedies Brief is an excerpt from the March 7, 2012 Rule 30(b)(6) deposition of Power Ventures. Defendants designated this entire deposition transcript as Protected Material under the Protective Order.

3. Exhibit 3 to the Declaration of Monte M.F. Cooper in support of Facebook's Supplemental Remedies Brief is an email produced by Defendants in discovery. Defendants designated this entire document as Protected Material under the Protective Order.

4. Exhibit 4 to the Declaration of Monte M.F. Cooper in support of Facebook's Supplemental Remedies Brief is an email produced by Defendants in discovery. Defendants designated this entire document as Protected Material under the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 8th day of March, 2017 in Menlo Park, California.

*/s/ Monte Cooper /s/*
MONTE COOPER