1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone:     650-752-3100
4  Facsimile:     650-853-1038

5
   MONTE COOPER (State Bar No. 196746)
6  mcooper@orrick.com
   ROBERT L. URIARTE (State Bar No. 258274)
7  ruriarte@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  1000 Marsh Rd.
   Menlo Park, California  94025
9  Telephone:     650-614-7400
   Facsimile:     650-614-7401
10
   Attorneys for Plaintiff
11 FACEBOOK, INC.

12
13                           UNITED STATES DISTRICT COURT
14                          NORTHERN DISTRICT OF CALIFORNIA
15                                   SAN JOSE DIVISION

16

17 | FACEBOOK, INC., | Case No. 5:08-cv-05780-LHK |
18 | Plaintiff, | **DECLARATION OF MONTE COOPER IN SUPPORT OF FACEBOOK'S SUPPLEMENTAL REMEDIES BRIEF** |
19 | v. | |
20 | POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Dept:     Courtroom 8, 4th Floor<br>Judge:   Hon. Judge Lucy H. Koh |
21 | | |
22 | Defendants. | |

23
24
25
26
27
28

I, Monte Cooper, hereby declare and state as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I am a member in good standing of the Bars of the States of California and Colorado. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit 1** are excerpts from the deposition transcript of Steven Vachani taken on July 20, 2011.

3. Attached hereto as **Exhibit 2** are excerpts from the deposition transcript of Power Ventures 30 (b) (6) deposition taken on March 7, 2012.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Felipe Herrera to Steve Vachani and Eric Santos, marked as deposition exhibit 238.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Andre Fernandes to Elmo Cruz and Julaine Conceicao, marked as deposition exhibit 245.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the expert report of Richard J. Ostiller, signed on December 19, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 8th day of March, 2017 in Menlo Park, California.

*/s/ Monte Cooper /s/*
MONTE COOPER

OHSUSA:766580454.1