# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   FACEBOOK, INC.              :
 6             Plaintiff,        :
 7                               :
 8        v.                     :
 9                               :
10   POWER VENTURES, INC. d/b/a  :
11   POWER.COM, a California     :
12   corporation; POWER          :      Case No.
13   VENTURES, INC. a Cayman     :      5:08-CV-05780
14   Island Corporation, STEVE   :      JW (HRL)
15   VACHANI, an individual;     :
16   DOE 1, d/b/a POWER.COM, an  :
17   individual and/or business  :
18   entity of unknown nature;   :
19   DOES 2 through 25,          :
20   inclusive, individuals      :
21   and/or business entities    :
22   of unknown nature,          :
23             Defendants.       :
24   _____
25          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                          1
```

1        Videotaped Deposition of STEVEN VACHANI
2   taken on behalf of the Plaintiff at the offices of
3   BURSOR & FISHER, P.A., 369 Lexington Avenue, New
4   York, New York, on Wednesday, July 20, 2011,
5   commencing at 9:47 in the forenoon before PATRICIA
6   MULLIGAN CARRUTHERS, a Certified Court Reporter and
7   Notary Public of the State of New Jersey and Notary
8   Public of the State of New York.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STEVEN VACHANI- HIGHLY CONFIDENTIAL, AEO

**BARKLEY**
Court Reporters

| | | |
|---|---|---|
| 05:00 | 1 | A.     No. From Facebook. I received an |
| 05:01 | 2 | E mail from Mr. Cutler. |
| 05:01 | 3 | Q.     Did you receive the E mail or the |
| 05:01 | 4 | letter from Facebook first? |
| 05:01 | 5 | A.     The E mail. |
| 05:01 | 6 | Q.     Did the E mail include this |
| 05:01 | 7 | letter? |
| 05:01 | 8 | A.     Yes. This was sent on December |
| 05:01 | 9 | 1st, if I remember correctly. |
| 05:01 | 10 | Q.     All right. Going back to Exhibit |
| 05:01 | 11 | 107, could you turn to Page 9 of 107. Do you see |
| 05:01 | 12 | the bottom of Page 9 there's a discussion of |
| 05:01 | 13 | Facebook Connect? |
| 05:01 | 14 | A.     Yes. |
| 05:01 | 15 | Q.     As of December 1st, 2008, had |
| 05:01 | 16 | Power ever evaluated whether they could use |
| 05:01 | 17 | Facebook Connect to connect the Power site or |
| 05:01 | 18 | integrate the Power site with Facebook? |
| 05:02 | 19 | A.     Extensively. |
| 05:02 | 20 | Q.     All right. And do you recall how |
| 05:02 | 21 | long that evaluation lasted? |
| 05:02 | 22 | A.     I don't remember, but we |
| 05:02 | 23 | definitely talked about it, looked at it, and I |
| 05:02 | 24 | made a conclusion that it did not in any way. It |
| 05:02 | 25 | would not in any way enable the functionality that |

290

C E R T I F I C A T I O N

I, PATRICIA MULLIGAN CARRUTHERS, a Certified Shorthand Reporter and Notary Public of the State of New Jersey and a Notary Public of the State of New York, do hereby certify that prior to the commencement of the examination the witness was sworn by me to testify as to the truth, the whole truth, and nothing but the truth.

I do further certify that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth.

I do further certify that I am neither of counsel nor attorney for any party in this action and that I am not interested in the event nor outcome of this litigation.

_____
Patricia Mulligan Carruthers, CSR
Certificate No. XI00780
Notary Public of the State of New York
Notary Public of the State of New Jersey

Dated: JULY 27, 2011

My commission expires October 28, 2015   (N.J.)
My commission expires December 21, 2013  (N.Y.)