| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@goodwinlaw.com |
| 2 | GOODWIN PROCTER LLP |
| | 135 Commonwealth Drive |
| 3 | Menlo Park, CA  94025-1105 |
| | Telephone:     650-752-3100 |
| 4 | Facsimile:      650-853-1038 |

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island Corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>               Defendants. | Case No.  5:08-cv-05780-LHK<br><br>**PROOF OF SERVICE** |

OHSUSA:260698573.2

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On March 8, 2017, I served the within document(s):

1. FACEBOOK'S SUPPLEMENTAL REMEDIES BRIEF;

2. DECLARATION OF JOSEPH CUTLER IN SUPPORT OF FACEBOOK'S SUPPLEMENTAL REMEDIES BRIEF;

3. DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL;

4. EXHIBIT 2 TO DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL;

5. EXHIBIT 3 TO DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL;

6. EXHIBIT 4 TO DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL;

7. EXHIBIT 5 TO DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL;

| | |
|---|---|
| **X** | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below on March 8, 2017. |
| | By placing a true and correct copy of the document(s) in a U.P.S. envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid U.P.S. air bill, and causing the envelope to be delivered to a U.P.S. agent for delivery. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on March 8, 2017. |

| | |
|---|---|
| **Steven Vachani** *(Pro Per)*<br>Email: vachani@yahoo.com<br>2425B Channing, #216<br>Berkeley, CA 94704<br>Tel:    (917) 267-8823 | **Amy Sommer Anderson**<br>anderson@aroplex.com<br>AROPLEX LEGAL SERVICES & THE LAW PRACTICE OF AMY SOMMER ANDERSON<br>156 2nd Street<br>San Francisco, CA 94105<br>Tel: (415) 529-5148<br>Fax: (415) 520-0606<br><br>**COUNSEL FOR DEFENDANT POWER VENTURES, INC.** |

1    I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, or overnight delivery, to wit, that correspondence be deposited with the United States Postal Service or U.P.S. this same day in the ordinary course of business.

Executed on March 8, 2017 at Menlo Park, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ *Amy Dalton*<br>
AMY DALTON