# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

March 13, 2017

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Power Ventures, Inc., et al.
        v. Facebook, Inc.
        No. 16-1105
        (Your No. 13-17102, 13-17154)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 9, 2017 and placed on the docket March 13, 2017 as No. 16-1105.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst