# EXHIBIT A

# Re: Introduction

## Steven Vachani <vachani@outlook.com>

Mon 2/27/2017 11:24 PM

To:Amy Sommer Anderson <anderson@aroplex.com>;

What time tomorrow afternoon can you speak?

Sent from my iPhone

On Feb 28, 2017, at 12:39 AM, Amy Sommer Anderson <anderson@aroplex.com> wrote:

> Yes, I can speak tomorrow afternoon. I think we agree generally as to the goal and high-level arguments...

Amy Sommer Anderson, Esq.
Principal - AROPLEX LAW
156 2nd Street
San Francisco CA 94105
IPI 415.866.4066
IFI 415.970.5016
IEI anderson@aroplex.com

Confidentiality Notice: The information contained in this message, and any attachments, may contain confidential and/or privileged material. It is intended solely for the person(s) or entity to which it is addressed. Any review, retransmission, dissemination, or taking of any action in reliance upon this information by persons or entities other than the intended recipient(s) is prohibited.  If you received this in error, please contact the sender and delete the material from any affected computer or file server.

# Re: Introduction

## Steven Vachani <vachani@outlook.com>

Tue 2/28/2017 12:24 PM

To:Amy Sommer Anderson <anderson@aroplex.com>;

Can you please let me know what time we can speak and give me a call at this time. My phone is 1-917-267-8823

# Re: URGENT - Re: Supreme Court petition

Steven Vachani <vachani@outlook.com>

Sat 3/4/2017 12:07 PM

To: anderson@aroplex.com <anderson@aroplex.com>;

I left more voice mail messages and called multiple times today to try to reach you. I don't even know if you are receiving my messages since you have not responded at all.

We urgently need to speak ASAP this morning. You may already be making a lot of progress, but since we have not communicated, I have no idea whats going on.

As I pointed out yesterday, we have until Wednesday to submit our supreme court petition.

---

**From:** Steven Vachani <vachani@outlook.com>
**Sent:** Friday, March 3, 2017 9:40 PM
**To:** anderson@aroplex.com
**Subject:** Re: URGENT - Re: Supreme Court petition

I don't understand if you are receiving any of my messages for the past few days. Amy, we were supposed to talk a few days ago and you didn't call me and have not responded to any messages. Please let me know how to reach you.

On Mar 3, 2017, at 8:12 PM, Steven Vachani <vachani@outlook.com> wrote:

> Amy, please call me ASAP at 1-917-267-8823. I need to make some important decisions regarding our supreme court petition that is due next Thursday either at 11:59 pm eastern or at 5:00pm eastern time. I think it might be 5:00pm.
>
> I have been talking with an associate/friend/law professor/lawyer at a major firm that specialized in supreme court cases... he also clerked in the supreme court and really knows the ins and outs of the court and the back office politics and other stuff which might give us a fighting chance.
>
> I would love to chat with you ASAP so we can figure this out.
>
> Please let me know when you can speak or even better, just call me at 1-917-267-8823.
>
> thanks,

Steve

---

**From:** Steven Vachani <vachani@outlook.com>
**Sent:** Friday, March 3, 2017 3:49 PM
**To:** anderson@aroplex.com
**Subject:** Re: Supreme Court petition

Please let me know a specific time we can speak today. Our Supreme Court petition needs to be filed by next Thursday

> On Mar 3, 2017, at 4:44 PM, Steven Vachani <vachani@outlook.com> wrote:
>
> I was speaking with a friend who has a lot do experience with Supreme Court petitions. He mentioned that the deadline for us is 90 days from initial judgement which may be march 9th.  Please call me right away so we can discuss everything. 19172678823

# Re: URGENT - Re: Supreme Court petition

## Steven Vachani <vachani@outlook.com>

Mon 3/6/2017 1:43 AM

To:anderson@aroplex.com <anderson@aroplex.com>;

Amy, I am deeply concerned about you at this point. Please let me know that you are okay... I sincerely hope that things have not gotten too much worse with your personal family issues.

Another week has passed without contact or responses to any of my emails. As I mentioned, our supreme court petition needs to be completed and effectively submitted by Wednesday at 2:00pm Pacific time. I have literally sent more than a dozen messages and/or voice mails without a response.

Please at a minimum let know know that you are okay personally and please give me a quick phone call at 1-917-267-8823.

Thanks,
Steve


**From:** Steven Vachani <vachani@outlook.com>
**Sent:** Saturday, March 4, 2017 11:57 PM
**To:** anderson@aroplex.com
**Subject:** Re: URGENT - Re: Supreme Court petition

Still no word from you after all my messages and voice mails and attempts to communicate. Please call me now at 1-917-267-8823 or at least let me know that you are receiving messages.

Thanks,
Steve


**From:** Steven Vachani <vachani@outlook.com>
**Sent:** Saturday, March 4, 2017 12:43 PM
**To:** anderson@aroplex.com
**Subject:** Re: URGENT - Re: Supreme Court petition

Amy, are you okay? please try to call me or send me a message in the next hour so we can talk. 1-917-267-8823.

thanks,
Steve

---

**From:** Steven Vachani <vachani@outlook.com>
**Sent:** Saturday, March 4, 2017 12:07 PM
**To:** anderson@aroplex.com
**Subject:** Re: URGENT - Re: Supreme Court petition

I left more voice mail messages and called multiple times today to try to reach you. I don't even know if you are receiving my messages since you have not responded at all.

We urgently need to speak ASAP this morning. You may already be making a lot of progress, but since we have not communicated, I have no idea whats going on.

As I pointed out yesterday, we have until Wednesday to submit our supreme court petition.

---

**From:** Steven Vachani <vachani@outlook.com>
**Sent:** Friday, March 3, 2017 9:40 PM
**To:** anderson@aroplex.com
**Subject:** Re: URGENT - Re: Supreme Court petition

I don't understand if you are receiving any of my messages for the past few days. Amy, we were supposed to talk a few days ago and you didn't call me and have not responded to any messages. Please let me know how to reach you.

On Mar 3, 2017, at 8:12 PM, Steven Vachani <vachani@outlook.com> wrote:

> Amy, please call me ASAP at 1-917-267-8823. I need to make some important decisions regarding our supreme court petition that is due next Thursday either at 11:59 pm eastern or at 5:00pm eastern time. I think it might be 5:00pm.
>
> I have been talking with an associate/friend/law professor/lawyer at a major firm that specialized in supreme court cases... he also clerked in the supreme court and really knows the ins and outs of the court and the back office politics and other stuff which might give us a fighting chance.
>
> I would love to chat with you ASAP so we can figure this out.
>
> Please let me know when you can speak or even better, just call me at 1-917-267-8823.
>
> thanks,
> Steve

**From:** Steven Vachani <vachani@outlook.com>
**Sent:** Friday, March 3, 2017 3:49 PM
**To:** anderson@aroplex.com
**Subject:** Re: Supreme Court petition

Please let me know a specific time we can speak today. Our Supreme Court petition needs to be filed by next Thursday

> On Mar 3, 2017, at 4:44 PM, Steven Vachani <vachani@outlook.com> wrote:
>
> I was speaking with a friend who has a lot do experience with Supreme Court petitions. He mentioned that the deadline for us is 90 days from initial judgement which may be march 9th.  Please call me right away so we can discuss everything. 19172678823

# Extreme Emergency - Still unable to reach you for nearly two weeks - Supreme Court Petition emergency plan - please let me know you are okay and please contact me

Steven Vachani <vachani@outlook.com>

Mon 3/6/2017 8:16 PM

To:Amy Anderson <anderson@aroplex.com>;

Amy, I am deeply concerned about your personal well being and situation. I know these past two months of have extremely difficult as you have been dealing with such difficult family issues. I have done my best to try to be respectful how difficult this moment is for you.

For the past two weeks since the week of February 20th, I have been trying desperately to make contact with you so we could continue progress on our Supreme Court petition before our upcoming deadline. After our meetings the week February 13th, I left understanding that while this time is difficult, we would be able to get everything completed in time.

After many attempts at contact, when you sent me another email on February 27th confirming that everything was okay and we could talk immediately, I tried to give the benefit of the doubt and assume that we would keep things moving forward.

After our never responded further for our meeting and after sending you nearly a dozen emails and leaving countless voice mail messages and making so many phone calls, I am truly at a loss as to what happened. While I know you have been dealing with a grave illness and have been caring for someone very close to you and while I am very concerned for you, you have left my stranded and with few options.

Our deadline for submitting our Supreme Court petition is Thursday March 9th, 2016 and I have had absolutely no contact with you since last Monday and only one quick email since February 20th. I imagined that at a minimum you would have made contact with me to let me know what it happening and help take measures to file for an extension for your petition. As the days have passed last week and I received no word or progress on our petition from you, I desperately reached out to any and all contacts who could possibly help with our Supreme Court petition. Over this weekend, I called and sent emails many times each day to make my final attempts to reach you.

As you know, our case has been going on for over eight years and is extremely complicated and important to protecting the most basic human rights of nearly 4 billion internet users. As you also know, my prolonged legal fight in this case combined with everything else, my financial situation to find experienced new legal counsel that can also get up to speed so quickly is nearly impossible.

To make sure we don't lose this opportunity and because of our impending deadline this week, I have

gone ahead and brought on experienced Supreme Court counsel to join our team. I am sending this email as of 8pm on Monday, March 6th. As of this evening, I have just gone ahead and made an arrangement and signed a retainer in this extreme emergency situation to have new counsel join our team to assist most immediately to finish this petition to the Supreme Court. I just executed the retainer and have brought additional counsel to help us with the Supreme Court related petitions and briefings that are immediately due. I have barely slept this weekend trying to find a solution and I was able to make an arrangement with Thomas Lee and his legal team from Hughes Hubbard to help us through this next stage of our process with the Supreme Court. We will work 24x7 to try to help us all through this emergency and make the most of this emergency situation.

I once again hope that you will get this email or my phone calls to you that I will continue making this evening and all throughout the day tomorrow. Again, I pray that everything is okay for you and am desperately requesting that you please send me an email first and then give me a call so that I can know that you are okay and so that we can all try to get through this emergency together.

Amy, my prayers are with you and I will do the best I can in this emergency to keep this process moving forward. I await contact from you. Call me at 1-917-267-8823

Thanks,
Steve

# Supreme Court Petition

## Steven Vachani <vachani@outlook.com>

Tue 3/7/2017 5:45 PM

To:Amy Anderson <anderson@aroplex.com>;

I continue to be deeply concerned about your well being and failure to respond to any communications. As I mentioned to you, our deadline for submitting Supreme Court petition is Thursday at 5:00pm EST and the process for submitting is very traditional with special printers and requirements for everything to be physically submitted.

We effectively need to finish everything tomorrow. As I have not heard from you and have no idea what happened, I did bring on someone on emergency to make sure we don't miss our deadline tomorrow for the Supreme Court petition. Unfortunately, he literally came on Monday and is doing his best to help. It is impossible to get an extension less than 10 days before the deadline. So we don't have the option for that.

Please respond and let me know whats going on so we can plan everything out with Supreme Court and District court and other stuff.

I will be in New York tomorrow and Thursday to assist in getting something submitted.

Please make contact with me.

# still trying to reach you... please get it touch with me

Steven Vachani <vachani@outlook.com>

Thu 3/9/2017 3:26 PM

To:Amy Anderson <anderson@aroplex.com>;

Amy, I'm still trying to reach you with no luck. Today was our deadline to file the Supreme Court petition. By a miracle, I managed to get an experienced Supreme Court lawyer to help us get our petition together and deal with the complexities of the filing. Everything will be filed before 5:00pm today.

As you know Facebook filed their briefs yesterday and we will need to respond.

Again, please try to get in touch with me. I am worried that something terrible has happened you as I can't explain how you just disappeared for so long.

Anyways, I am hoping that everything is okay and that we can speak today or tomorrow. Please let me know you are okay and please get in touch with me.

Thanks,
Steve

# Supreme Court Petition Filed

Steven Vachani <vachani@outlook.com>

Mon 3/13/2017 6:48 PM

To: Amy Anderson <anderson@aroplex.com>;

📎  1 attachments (1 MB)

Petition for Writ_Power v. Facebook FINAL FILED.pdf;

I have now been unable to reach you for over two weeks. Please let me know how I can reach you and that you are okay.

As I hope you have seen from my messages, Supreme Court petition was due last Thursday. We filed the attached Petition. Please get in contact with me. We have so much to get caught up on.

Thanks,
Steve

Still trying to locate you? - Steven Vachani
Case 5:08-cv-05780-LHK    Document 420-1    Filed 03/28/17    Page 14 of 22
3/28/17, 4:13 AM

# Still trying to locate you?

## Steven Vachani <vachani@outlook.com>

Fri 3/24/2017 6:39 AM

To:anderson@aroplex.com <anderson@aroplex.com>;

Amy, it's now been over month since I have been able to speak with you. I have literally made about 50 or more attempts to reach you by email, Facebook, text messages, voice mails, etc.

I am at a loss to understand what is going on? I have sent you text messages discussing the important and urgent deadlines that are looking.

Please get in contact with me and let me know when I can speak with you.

Thaks,
Steve

3/28/17, 4:18 AM

Messenger

Search Facebook

Steve    Home 2

12

**Messenger**

Search Messenger

**Ariane Amorim**   Mon
Ariane sent a video.

**Stan Fourteau**   Sun
Happy you are doing ...

**Danielle Erica Cen...**   Sun
😊 We are doing som...

**Francisca Walder...**   Sun
Yes I had! We missed ...

**Mark Neeleman**   Sat
You: When will you be ...

**Henry Whitfield**   Sat
You: I'm out here in Ca...

**Bob Chandra**   Sat
You: how are things g...

**Joe Firmage**   Sat
You: and continuing to...

**Thomas Skybakmoen**   Fri
I'll be out of miles until...

**Anant Krishna**   Fri

---

**Amy Sommer Anderson**
Active 12h ago

**Amy Sommer Anderson**
You're friends on Facebook
Owner/Attorney at Aroplex Law
Lives in San Francisco, California

MAR 4TH, 4:17PM

Amy, I have been leaving messages for you by email, voice mail, etc for several days and left many messages in the last 24 hours. It's urgent. Can you please me ASAP at 1-917-267-8823 and also confirm here if you receiving all my email and voice mail messages over the past week and especially those sent in the last 24 hours

MAR 5TH, 7:48AM

?

Please call me ASAP at 1-917-267-8823

MAR 8TH, 1:32PM

Amy, I am deeply concerned about you

Please let me that everything is

Type a message...

---

**Amy Sommer Ande...**
Active 12h ago

Options

🔍  Search in Conversation

✏️  Edit Nicknames

🎨  Change Color

👍  Change Emoji

Mute Notifications

Facebook Profile

https://facebook.com/amy.s.anderson.355



Search Facebook

Steve Home 2 13

Messenger

Amy Sommer Anderson
Active 12h ago

Search Messenger

Amy Sommer A... 4:22am
You: Amy, its now Mar...

**Ariane Amorim** Mon
**Ariane sent a video.**

**Stan Fourteau** Sun
**Happy you are doing ...**

**Danielle Erica Cen...** Sun
**🙂 We are doing som...**

**Francisca Walder...** Sun
**Yes I had! We missed ...**

Mark Neeleman Sat
You: When will you be ...

Henry Whitfield Sat
You: I'm out here in Ca...

Bob Chandra Sat
You: how are things g...

Joe Firmage Sat
You: and continuing to...

Thomas Skybakmoen Fri

Please call me ASAP at 1-917-267-8823

MAR 8TH, 1:32PM

Amy, I am deeply concerned about you

Please let me that everything is okay

MAR 9TH, 8:22AM

Amy, please let me know if you are okay

And please call me

MAR 18TH, 2:11PM

Amy's its now been almost 3 weeks without any response from you. I am deeply concerned for your well being as I have not heard from you.

4:22AM

Amy, its now March 28th. It's been over one month that I have no been able to speak with you. When finally sent me the first

Type a message...

Amy Sommer Ande...
Active 12h ago

Options

Search in Conversation

Edit Nicknames

Change Color

Change Emoji

Mute Notifications

Facebook Profile

https://facebook.com/amy.s.anderson.355

Case 5:08-cv-05780-LHK  Document 420-1  Filed 03/28/17  Page 17 of 22

< 486

A

Amy S (lawyer)

ⓘ

Sat, Mar 18, 2:46 PM

Amy, this is Steve. Can you please call me here

1 (929) 364-3623

Sat, Mar 18, 4:48 PM

Great. I'll give you a call when I can talk.

Thanks

Sat, Mar 18, 6:43 PM

I boarding a flight to La now and will be free at 8:30pm

Sat, Mar 18, 9:18 PM

Are you free to chat now?

Call me when free

Sat, Mar 18, 11:01 PM

I guess we can speak tomorrow. Tonight is fine until midnight or we

Subject

iMessage



‹ 486                                                      ⓘ

A

Amy S (lawyer)

Amy please call me

Tuesday 11:56 AM

Please let me know what time we can speak or just call me the moment have are free without scheduling. I'll make myself available

Tuesday 5:30 PM

Amy, I understand and sympathize that you have been going through challenging times but one month of not answering my messages and not speaking with so much going on is not correct. Please call me

Tuesday 7:19 PM

Amy? Can you please respond. We really need to catch up on Supreme Court petition, to discuss response to Facebook in district court, and very importantly, to discuss getting the district case stayed while we await a decision there. We also need to get our response to

Subject

iMessage                                     🎤



‹ 484



A

Amy S (lawyer)

ⓘ

Sat, Mar 18, 2:46 PM

Amy, this is Steve. Can you please call me here

1 (929) 364-3623

Sat, Mar 18, 4:48 PM

Great. I'll give you a call when I can talk.

Thanks

Sat, Mar 18, 6:43 PM

I boarding a flight to La now and will be free at 8:30pm

Sat, Mar 18, 9:18 PM

Are you free to chat now?

Call me when free

Sat, Mar 18, 11:01 PM

I guess we can speak tomorrow. Tonight is fine until midnight or we

Subject

iMessage

Case 5:08-cv-05780-LHK Document 120-1 Filed 03/28/17 Page 20 of 22

< 484

**A**

Amy S (lawyer)

I guess we can speak tomorrow. Tonight is fine <u>until midnight</u> or we can set a specific time. You can call me any time after 10:00am tomorrow

Or until midnight tonight

Sun, Mar 19, 8:58 PM

Are you free to speak?

Sun, Mar 19, 10:23 PM

Call me when ever you are free

Mon, Mar 20, 1:55 PM

You free to speak?

Mon, Mar 20, 5:36 PM

Can you please call me or answer phone

Mon, Mar 20, 6:37 PM

I can't at the moment. What is the emergency?

Subject

iMessage

‹ **484**

Ⓐ

Amy S (lawyer)

ⓘ

Mon, Mar 20, 6:37 PM

I can't at the moment. What is the emergency?

Mon, Mar 20, 8:37 PM

Amy, you disappeared and did not respond to any emails, voice mails, phone calls, Facebook messages or any attempts to contact for weeks. You completely disappeared when we had a Supreme Court petition due the 9th. By grace of god and through an introduction from a good friend, I managed to find a friends friend to help put together a cert petition in 3 days while trying to explain where you were. Luckily we got that in. Right now, we have a range of issues going on at the district court and also need to discuss our response to Facebook and most importantly, we also need to discuss getting a motion to judge Koh to stay the district court case for 90 days or until there is a response and we need to do it early enough so if it is rejected we can

Subject

iMessage





484

A

Amy S (lawyer)



> Anyways, please call me and we can discuss and figure out the best plan. I am preparing for the worst right now and will need to approach judge Koh tomorrow morning to update her on everything and try to get an extension while I figure out what happened with you. More importantly though, with our Supreme Court appeal, it doesn't even make sense for us to be going through all these district court proceedings until we have a decision from the Supreme Court. We need to request for judge Koh to stay this case for those reasons.

> Anyways, please call me as soon as possible. I'm getting desperate and really am completely confused as to what has been happening with you and why you have disappeared. It just doesn't make any sense. I know you are dealing with your very serious personal emergency but I just needed you to communicate with me

Delivered

  

Subject

iMessage