# Facebook v. Vachani

**Holden Jr., Frederick D.**

Fri 3/17/2017 4:46 PM

\# Facebook PowerImportantEmail

To: Steven Vachani <vachani@outlook.com>;

Cc: Steve Vachani -alt <vachani@yahoo.com>;

1 attachments (320 KB)

766625684(1)_2017-03-17 Joint Status Report.DOC;

Steve,

I propose that we file the attached update for Judge Efremsky. Please send to me next week any comments you may have.

Fred

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.