# Facebook / Bankruptcy

Holden Jr., Frederick D. <fholden@orrick.com>

Thu 10/9/2014 7:17 PM

To: Steve Vachani <vachani@yahoo.com>;

📎 1 attachments (114 KB)

759287168(1)_2014-10-09 Joint Submission of Status Report.doc;

Steve,
Today is our deadline to confer about discovery and other pre-trial matters in Facebook's adversary proceeding in your chapter 7 bankruptcy, alleging that the judgment against you is not dischargeable. I assume you share my view that this would pointless and a wasteful expense, at least while we all wait for the Ninth Circuit to rule on your appeal.
Please look over the attached draft joint filing in the bankruptcy, and let me know if you would like to join in it.
Fred



**FREDERICK D. HOLDEN, JR.**
*Partner*

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669

tel +1-415-773-5985
fax +1-415-773-5759
mobile +1-415-307-6881
fholden@orrick.com
bio • vcard

www.orrick.com

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*