Fwd: FYI - Fwd: Facebook v. Vachani

Lee, Thomas H. <thomas.lee@hugheshubbard.com>

Fri 3/17/2017 9:28 PM

# Thomas-Andrew-Huges-FB-Power Supreme Court

To: eshumsky@orrick.com <eshumsky@orrick.com>; mcooper@orrick.com <mcooper@orrick.com>;

Cc: Schwenk, Andrew <andrew.schwenk@hugheshubbard.com>;

📎  2 attachments (320 KB)

766625684(1)_2017-03-17 Joint Status Report.DOC; ATT00001.htm;

Eric, FYI, Facebook requested a 90-day stay in the federal bankruptcy court action our client has. For symmetry's sake a similar stay here seems appropriate. Tom

**Thomas H. Lee** | Of Counsel

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza | New York, NY 10004-1482
Office +1 (212) 837-6346 | Cell +1 (347) 403-2803
thomas.lee@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Begin forwarded message:

> **From:** "Holden Jr., Frederick D." <fholden@orrick.com>
> **Date:** March 17, 2017 at 1:46:22 PM PDT
> **To:** Steven Vachani <vachani@outlook.com>
> **Cc:** Steve Vachani -alt <vachani@yahoo.com>
> **Subject: Facebook v. Vachani**
> As
>
> Steve,
>
> I propose that we file the attached update for Judge Efremsky. Please send to me next week any comments you may have.
>
> Fred
>
> _____
>
> **NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.
>
> For more information about Orrick, please visit *http://www.orrick.com*.