# Facebook v. Vachani

### Holden Jr., Frederick D.

Fri 3/17/2017 4:46 PM

\# Facebook PowerImportantEmail

To: Steven Vachani <vachani@outlook.com>;

Cc: Steve Vachani -alt <vachani@yahoo.com>;

1 attachments (320 KB)

766625684(1)_2017-03-17 Joint Status Report.DOC;

Steve,

I propose that we file the attached update for Judge Efremsky. Please send to me next week any comments you may have.

Fred

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

FREDERICK D. HOLDEN, JR. (Calif. Bar No. 61526)
MONTE COOPER (Calif. Bar No. 196746)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   (415) 773-5985
Facsimile:   (415) 773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>STEVEN SURAJ VACHANI,<br><br>Debtor. | Case No.  12-47150 RLE<br><br>Chapter 7 |
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SURAJ VACHANI,<br><br>Defendant. | Adv. Proc. No. 13-04226 RLE<br><br>Status Conference and Hearing:<br><br>Date:       April 6, 2017<br>Time:       11:00 a.m.<br>Courtroom: 201<br>Judge:      Hon. Roger L. Efremsky |

**JOINT STATUS REPORT
AND REQUEST FOR CONTINUANCE**

This adversary proceeding has been tolled by the Court, while defendant pursues his appeal of the judgment, which plaintiff seeks to have determined to be non-dischargeable.

On December 9, 2016, the United States Court of Appeals for the Ninth Circuit, in its appeal No. 13-17102, issued its Order and Amended Opinion, reversing in part, vacating in part,

1  affirming in part, and remanding certain issues to the United States District Court for the
2  Northern District of California.
3     The Ninth Circuit's Mandate was issued on December 19, 2016, and briefing is underway
4  in the District Court, pursuant to orders of U.S. District Judge Koh, in No. 5:08-cv-05780-LHK.
5     On March 9, 2017, defendant and his co-defendant under the District Court judgment filed
6  with the Supreme Court of the United States a petition for a writ of certiorari, docketed on
7  March 13, 2017, in No. 16-1105.
8     Defendant and plaintiff have conferred and jointly request that the status conference and
9  all hearings in this adversary proceeding be continued for at least 90 days.

12  Dated: March ___, 2017     ORRICK, HERRINGTON & SUTCLIFFE LLP

14                              By: _____
15                                  Frederick D. Holden, Jr.

16                              Attorneys for Plaintiff FACEBOOK, INC.

19  Dated: March ___, 2017     _____
                                STEVEN SURAJ VACHANI
20                              Defendant, Appearing *Pro Se*

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On March ___, 2017, I served the following document(s):

> JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

> Steven Suraj Vachani
> 2425B Channing Way #216
> Berkeley, CA  94704

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March ___, 2017, at San Francisco, California.

_____
Christine J. Flores