# EXHIBIT 4

| | |
|---|---|
| **From:** | Andre Fernandes |
| **To:** | Elmo Cruz; Juliane Conceicao |
| **Cc:** | Lucas Araujo |
| **Subject:** | FW: Bloqueio do Facebook |
| **Date:** | Monday, December 29, 2008 9:59:42 AM |

Elmo,

Poderia ver com alguém da sua equipe para fazer um Diagnostic só com o Facebook? Dessa forma receberíamos por e-mail quando não conseguisse logar e saberíamos que o Facebook bloqueou novamente. Quem poderia fazer isso era Tyago, mas como ele não está aqui, temos que ver um outra pessoa. Estou vendo uma forma de estarmos sempre mudando o servidor de Proxy de forma mais otimizada.

Att.:

André Fernandes



**From:** Eric Santos [mailto:eric.santos@corp.power.com]
**Sent:** domingo, 28 de dezembro de 2008 15:05
**To:** Juliane Conceicao; SteveVachani; Steve Vachani; Patrick Amorim; Andre Fernandes
**Cc:** Elmo Cruz; operacao; Tyago Valenca; Danilo Delgado; Leandro Mascarenhas
**Subject:** RE: Bloqueio do Facebook

Oi Elmo e André,

Precisamos já desenvolvermos uma solução para ficar criando servidores de proxy automaticamente a cada 6 horas, algo do tipo. Tenho certeza que eles continuarão bloquear o nosso serviço.

Atc,

Eric

--- On **Sun, 12/28/08, Andre Fernandes** *<andre.fernandes@corp.power.com>* wrote:

> From: Andre Fernandes <andre.fernandes@corp.power.com>
> Subject: RE: Bloqueio do Facebook
> To: "Juliane Conceicao" <juliane.conceicao@corp.power.com>, "SteveVachani" <steve@stevevachani.com>, "Steve Vachani" <steve@corp.power.com>, "Eric Santos" <eric.santos@corp.power.com>, "Patrick Amorim" <patrick.amorim@corp.power.com>
> Cc: "Elmo Cruz" <elmo.cruz@corp.power.com>, "operacao" <operacao@corp.power.com>, "Tyago Valenca" <tyago.valenca@corp.power.com>, "Danilo Delgado" <danilo.delgado@corp.power.com>, "Leandro Mascarenhas"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00846

<leandro.mascarenhas@corp.power.com>
Date: Sunday, December 28, 2008, 10:10 AM

Mais uma vez fomos bloqueados pelo Facebook. Configurei um servidor na Amazon para servir como Proxy e no momento o Facebook está logando normalmente.

Att.:

André Fernandes

---

**From:** Andre Fernandes
**Sent:** terça-feira, 23 de dezembro de 2008 19:52
**To:** Juliane Conceicao; SteveVachani; Steve Vachani; Eric Santos; Cornelius Conboy; Patrick Amorim
**Cc:** Elmo Cruz
**Subject:** RE: Bloqueio do Facebook

O Facebook está funcionando novamente na Power.com. Estamos utilizando uma solução de proxy que permite acessar o Facebook através de IPs diferentes dos nossos servidores web.

Att.:

André Fernandes

---

**From:** Juliane Conceicao
**Sent:** Tuesday, December 23, 2008 4:03 PM
**To:** SteveVachani; Steve Vachani; Eric Santos; Cornelius Conboy; Patrick Amorim
**Cc:** Andre Fernandes; Elmo Cruz
**Subject:** Bloqueio do Facebook

Caros,

Nesse momento o PowerSite Facebook está desabilitado porque o Facebook bloqueou o acesso pelos nossos servidores WEB. André está realizando uma configuração para utilização de novos IP (solução de contorno 1).

Att.
Juliane

Internal Virus Database is out of date. Checked by AVG - http://www.avg.com Version: 8.0.138 / Virus Database: 270.6.6/1624 - Release Date: 20/8/2008 19:11

Internal Virus Database is out of date.
Checked by AVG - http://www.avg.com
Version: 8.0.138 / Virus Database: 270.6.6/1624 - Release Date: 20/8/2008 19:11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00847

From: Andre Fernandes [IMCEAEX-ANDRE+2EFERNANDES@orrick.com]
Sent: Mon 12/29/2008 1:01 PM
To: Elmo Cruz; Juliane Conceicao
Cc: Lucas Araujo
Subject: FW: Facebook Blockage

Elmo,

Could you please ask someone in your team to run a Diagnostic exclusively with Facebook? This way we would receive a notification via e-mail when login is not possible, and would know when Facebook was blocked again. Tyago could do this, but since he is not here, we have to find someone else. I'm checking a way to always change the Proxy server in a more optimized manner.

Regards,

André Fernandes

**From:** Eric Santos [mailto:eric.santos@corp.power.com]
**Sent:** Sunday, December 28, 2008 3:05 PM
**To:** Juliane Conceicao; SteveVachani; Steve Vachani; Patrick Amorim; Andre Fernandes
**Cc:** Elmo Cruz; operacao; Tyago Valenca; Danilo Delgado; Leandro Mascarenhas
**Subject:** RE: Facebook Blockage

Hi Elmo and André,

We need to develop a solution to create proxy servers every six hours automatically or something similar. I am sure they will continue blocking our service.

Sincerely yours,

Eric

--- On Sun, 12/28/2008, Andre Fernandes <*andre.fernandes@corp.power.com*> wrote:

From: Andre Fernandes <andre.fernandes@corp.power.com>
Subject: RE: Facebook Blockage
To: "Juliane Conceicao" <juliane.conceicao@corp.power.com>, "SteveVachani" <steve@stevevachani.com>, "Steve Vachani" <steve@corp.power.com>, "Eric Santos" <eric.santos@corp.power.com>, "Patrick Amorim" <patrick.amorim@corp.power.com>
Cc: "Elmo Cruz" <elmo.cruz@corp.power.com>, "operacao" <operacao@corp.power.com>, "Tyago Valenca" <tyago.valenca@corp.power.com>, "Danilo Delgado" <danilo.delgado@corp.power.com>, "Leandro Mascarenhas" <leandro.mascarenhas@corp.power.com>
Date: Sunday, December 28, 2008, 10:10 AM

We have been blocked by Facebook yet again. I have configured a server at Amazon to serve as Proxy and Facebook is logging in normally at the moment.

Regards,

André Fernandes

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00848

**From:** Andre Fernandes
**Sent:** Tuesday, December 23, 2008 7:52 PM
**To:** Juliane Conceicao; SteveVachani; Steve Vachani; Eric Santos; Cornelius Conboy; Patrick Amorim
**Cc:** Elmo Cruz
**Subject:** RE: Facebook Blockage

Facebook is working in Power.com again. We are using a proxy solution that allows access to Facebook through different IPs from our web servers.

Regards,

André Fernandes

---

**From:** Juliane Conceicao
**Sent:** Tuesday, December 23, 2008 4:03 PM
**To:** SteveVachani; Steve Vachani; Eric Santos; Cornelius Conboy; Patrick Amorim
**Cc:** Andre Fernandes; Elmo Cruz
**Subject:** Facebook Blockage

Dear All,

PowerSite Facebook is disabled at the moment because Facebook has blocked our access through our WEB servers. André is running a configuration to use new IPs (workaround solution 1).

Regards,
Juliane

Internal Virus Database is out of date. Checked by AVG - http://www.avg.com Version: 8.0.138 / Virus Database: 270.6.6/1624 - Release Date: 20/8/2008 19:11
Internal Virus Database is out of date.
Checked by AVG - http://www.avg.com
Version: 8.0.138 / Virus Database: 270.6.6/1624 - Release Date: 20/8/2008 19:11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00849



**TRANSPERFECT**

## CERTIFICATION OF TRANSLATION

I, Matthew Orr, hereby certify that the attached Portuguese to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability. The following document is included in this certification:

"FW Bloqueio do Facebook"

*[Signature]*
Matthew Orr

Sworn to before me this

March 7, 2012

*[Signature]*
Signature, Notary Public
**CASEY WARNER**
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WA6255670
Qualified in New York County
My Commission Expires February 06, 2016
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NY, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 75 CITIES WORLDWIDE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FBPOWER00850