FILED

MAY 09 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, <br><br>         Plaintiff - Appellee, <br><br> v. <br><br> POWER VENTURES, INC., dba Power.com, a California corporation; POWER VENTURES, INC., a Cayman Island corporation, <br><br>         Defendants, <br><br> and <br><br> STEVEN SURAJ VACHANI, an individual, <br><br>         Defendant - Appellant. | No. 13-17102 <br><br> D.C. No. 5:08-cv-05780-LHK <br> Northern District of California, <br> San Jose <br><br> ORDER |
| FACEBOOK, INC., a Delaware corporation, <br><br>         Plaintiff - Appellee, <br><br> v. <br><br> POWER VENTURES, INC., dba Power.com, a California corporation, <br><br>         Defendant, <br><br> and | No. 13-17154 <br><br> D.C. No. 5:08-cv-05780-LHK <br> Northern District of California, <br> San Jose |

POWER VENTURES, INC., a Cayman Island corporation, and STEVEN SURAJ VACHANI, an indvidual,

       Defendants - Appellants.

Before: GRABER, WARDLAW, and MURGUIA, Circuit Judges.

Appellee's Unopposed Request for an Exemption From Circuit Rule 46-5 for Hannah R. Garden-Monheit is GRANTED.