Steven Vachani – (Pro-Se Defendant) &
Power Ventures Inc. - Steven Vachani – representative of corporate defendant
Tel: 1-917-267-8823 / email: vachani@yahoo.com

May 9, 2017

Honorable Lucy H. Koh
US District Court, US Northern District of California
280 S. First Street
San Jose, CA 95113

**Facebook, Inc. v. Power Ventures Inc., Steven Vachani, Case No 08-cv5780 LHK**

**Re:** Representation of Compliance with provisions of Sections 1,2,3, and 4 of Judge Koh's order issued May 2, 2017 (Docket 437)

Dear Hon. Judge Koh:

Per this court's order (See Dkt 437) dated May 2nd, 2017, Defendants hereby certify in this written letter that they have complied with all provisions of Sections 1,2,3, and 4 of this order to the best of their knowledge and capabilities. In accordance with section 3 of this order, Corporate Defendant Power Ventures Inc. affirms that they "already have notified or shall notify" by email, telephone, or postal mail, "current and former officers, agents, servants, employees, successors, and assigns, and any persons acting in concert or participation with them of this injunction." If this court needs any further clarification or has any specific requests in relation to this compliance, defendants are fully available to assist or respond to this court.

Very Truly Yours,

Power Ventures Inc. – corporate defendant        Steven Vachani – pro-se defendant

/s/ Steven Vachani                                /s/ Steven Vachani
Corporate Defendant
Represented by Steven Vachani