Steven Vachani – (Pro-Se Defendant) &
Power Ventures Inc. - Steven Vachani – representative of corporate defendant
Tel: 1-917-267-8823 / email: vachani@yahoo.com

May 11, 2017

Honorable Lucy H. Koh
US District Court, US Northern District of California
280 S. First Street
San Jose, CA 95113

**Facebook, Inc. v. Power Ventures Inc., Steven Vachani, Case No 08-cv5780 LHK**

**Re:** Recalling and rescinding letter to this Court (Dkt 439) "Representation of Compliance with provisions of Sections 1,2,3, and 4 of Judge Koh's order issued May 2, 2017. Defendants now intend to file either a revised letters of compliance or appropriate responses to this court's May 2nd order (Docket 437) separately

Dear Hon. Judge Koh:

On May 10th, 2017, Facebook notified defendants that its letter this this court (Docket 439) "Representation of Compliance of provisions of Sections 1,2,3,4" has "numerous serious deficiencies and must be corrected immediately" Facebook requested an immediate response. In response to Facebook's May 10th letter, I am sending this letter to hereby notify this court that defendants are, effective immediately, rescinding and recalling the letter filed on May 9th (Docket 439). As defendants have different requirements, different counsel, and different interests, Defendants intend to file revised letters of compliances or responses to court separately.

Very Truly Yours,

Power Ventures Inc. – corporate defendant        Steven Vachani – pro-se defendant

/s/ Steven Vachani - Corporate Defendan         /s/ Steven Vachani
Represented by Steven Vachani