**Steven Vachani – (Pro-Se Defendant)**
**2425B Channing Way #216, Berkeley, CA 94704**
**Tel: 1-917-267-8823 / email: vachani@yahoo.com**

May 11, 2017

Honorable Lucy H. Koh
US District Court, US Northern District of California
280 S. First Street, San Jose, CA 95113

**Facebook, Inc. v. Power Ventures Inc., Steven Vachani, Case No 08-cv5780 LHK**
**Re:** Representation of Compliance with all provisions of order issued May 2, 2017

Dear Hon. Judge Koh:

Per this court's order (See Dkt 437) dated May 2nd, 2017, I, Steven Vachani hereby certify in this written letter under penalty of perjury that I have fully complied with all provisions. **Section 1** applies to all defendants and is acknowledged, but requires no further action. Sections 2,3, and 4 of the May 2nd order do not directly apply to me in an individual capacity and are specifically directed at the corporate defendant Power Ventures Inc. Power Ventures Inc. owns all IP, code, databases, and everything else that is referenced in this order. I want to make clear that in an individual capacity, I do not have ownership of the property of Power Ventures Inc. and naturally do not have authority as an individual to make representations regarding the property of Power Ventures Inc. Section 2 therefore does not apply to me. Section 3 also does not apply to me since I am an individual and have no "current and former officers, agents, servants, employees, successors, and assigns, and any persons acting in concert or participation" Finally, Section 4 also does not apply to me for the same reasons that section 3 does not apply. Therefore, I represent that I have fully complied with all provisions of this court's May 2nd, 2017 order (Docket 437).

Very Truly Yours,

*/s/ Steven Vachani*

/s/ Steven Vachani
Pro-Se Defendant