**Power Ventures Inc.**
**Tel: 1-917-267-8823 / email: vachani@yahoo.com**

May 11, 2017

Honorable Lucy H. Koh
US District Court, US Northern District of California
280 S. First Street, San Jose, CA 95113

**Facebook, Inc. v. Power Ventures Inc., Steven Vachani, Case No 08-cv5780 LHK**
**Re:** Representation of Compliance with all provisions of order issued May 2, 2017

Dear Hon. Judge Koh:

Per this court's order (See Dkt 437) dated May 2nd, 2017, Power Ventures Inc. hereby certifies in this written letter under penalty of perjury that it has fully complied with all provisions of this order to the best of its knowledge. Power has no reason to believe that it has not fully complied with all provisions. Nonetheless, because Facebook sent an email on May 11th stating that they may still further object to this representation of compliance letter by Power Ventures Inc., in the event that Facebook Inc. has a valid objection which this court agrees with, Power Ventures Inc. reserves the right and will make a best effort to rectify such objection.

    It should also be noted that Power Ventures Inc. once again attempted to reach and communicate with its own corporate counsel on record, Amy Anderson, to assist with completing this representation of compliance letter. Unfortunately, as previously reported to this court (See Docket 421), Power's corporate counsel continues to be unreachable to assist Power Ventures Inc. despite innumerous attempts to communicate. Nonetheless, this letter is confirmation that Power Ventures Inc. has still abided by all the provisions of this court's order to the best of its abilities. Power submitted its initial letter representing its compliance on May 9, 2017 (Docket 239). On May 10th, Facebook provided input to Power Ventures by email of further statements it would like to see defendants include in an updated certification letter of compliance. In response to Facebook's feedback, on May 11th, defendants recalled their initial Representation of compliance letter (docket 437) and defendants have separately resubmitted updated letters certifying their compliance with this court's May 2nd order.

Per **Section 1**, Power Ventures acknowledges this court's injunction and this section requires no further action from Power Ventures Inc.

Per **Section 2** of this order, Power Ventures Inc. represents that all employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them have destroyed any software, script(s) or code designed to access or interact with the Facebook website, Facebook users, or the Facebook service. Power further represents that it has destroyed Facebook data and/or information obtained from Facebook or Facebook's users, or anything derived from such data and/or information

Per **Section 3** of this order, Power Ventures Inc. affirms that they have notified, or shall notify, their current and former officers, agents, servants, employees, successors, and assigns, and any persons acting in concert or participation with them of this permanent injunction.

Per **section 4**, Power Ventures Inc. confirms that on May 9th, 2017, it sent emails to the last known email address to all known parties listed in section 3 with a copy of this court's May 2nd order and permanent injunction. A list of names and email addresses of all parties that have already been notified is attached (Exhibit A). Power Ventures Inc. further confirms that while its primary notification method with these parties has previously been by email, if email is not available for any party, Power Ventures Inc. will communicate with remaining parties by telephone or US mail.

Very Truly Yours,

Power Ventures Inc.

/s/ Steven Vachani – Corporate Representative