# EXHIBIT A

Names & Email Addresses (redacted for privacy purposes) where Injunction Notice was sent by email as of May 9th, 2017

C****@matchettcap.com - Chris M.
ggr****@bedoak.com, - Greg G.
Lenor****@comcast.net, - Lenor
s****@vingo.tv, - Steve B.
dlo**@pinnaclefinancial.com, D. Long
cbe****@tacon.com, - C Bendit
bluemoon.s****@gmail.com,
ri**@sivikhealthcare.com, - Rich
francis.fe****@avmltd.com, - Francis F.
vijay.iye****@gs.com, - Vijay I.
cd*@koeppelcompanies.com, Caleb K.
ni****@aol.com, Nick G.
g****@winnco.com, - G. Winn
hrob****@winnco.com, - H. Roberto
npat****@gmail.com, N. Patti Jr.
sprcol****@gmail.com, Sean Collins
pe***@vitanet.com.br, - Pedro B.
ra**@exellex.com, - Ravi
RobPol****@comcast.net, - Rob P.
za*@cartup.com, - Zak M.
s****@fircapital.com, - Simon O.
raz****@yahoo.com, - Raz O.
mvacha****@yahoo.com, - Mike V.
ericbrazil****@gmail.com, Eric B.
and****@dfj.com, Andreas S.
ti*@dfj.com, Tim D.
ed****@edventure.com, Esther D.
na*@hotmail.com, Neil A.
felipeh****@gmail.com, - Felipe H.
kishorepa*@gmail.com, Kishore P.
brunobenev*@gmail.com, - Bruno B.
michaelp****@yahoo.com, - Michael R.
lillikes****@outlook.com, - Lili K.
daverenn****@hotmail.com, - Dave R.
fsal****@gmail.com, - Francis S.
ju****@aol.com, Judi L.
greg.b****@avmltd.com - Greg B.