I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:     650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK <br><br> **FACEBOOK, INC'S NOTICE OF PRIOR TAXABLE COSTS** <br><br> Dept:     Courtroom 8, 4th Floor <br> Judge:   Hon. Judge Lucy H. Koh |

1   Plaintiff Facebook, Inc. ("Facebook") hereby requests the court to reinstate the prior awarded costs from January 2, 2014, Dkt No. 390, due to its prevailing on its claims for violations of the Computer Fraud and Abuse Act ("CFAA") and California Penal Code Section 502(c) and being awarded both a permanent injunction and $79,640.50 in damages as part of this Court's Judgment entered on May 2, 2017.  Dkt. No. 437.   Facebook also separately received $39,796.73 in discovery sanctions from both Defendants as part of the same Judgment. *Id.*

Facebook previously filed its bill of costs (Dkt Nos. 382-383) following the entry of Judgment in Plaintiff's favor on Sept. 25, 2013.  Dkt. No. 374.   Power filed its opposition on November 22, 2013.  Dkt. No. 385.  Facebook filed a notice of non-opposition to Defendants' opposition on December 12, 2013.  Dkt. 388.  This Court then awarded Facebook its costs. *See* Exhibit 1 (Dkt. No. 390).

Upon remand from the Ninth Circuit this Court held a Case Management Conference on Feb. 15, 2017.  Dkt. No. 414.  At that conference costs were discussed and that costs would only be awarded upon a new final judgement.  2/15/2017 Tr. 5:25-6:2.

Facebook now asks the court to re-order the prior taxable costs.  Facebook is further entitled to post-judgment interest on this amount pursuant to 28 U.S.C. § 1961 compounded at the rate of 0.11% -- the rate applicable[1] on September 25, 2013, when this Court originally entered Judgment on the relevant claims.  Dkt. No. 374.  Facebook also notes that they are filing concurrently a supplemental request for costs incurred post-remand.

---

[1] *See* the federal post-judgment interest rate applicable for the week ending September 20, 2013, available at http://www.utd.uscourts.gov/documents/int2013.html

-1-

Case No. 5:08-cv-05780-LHK

| | |
|---|---|
| Dated: May 16, 2017 | Respectfully Submitted, |

By: _____*I. NEEL CHATTERJEE*_____
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:	650-752-3100
Facsimile:	650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

OHSUSA:766873062.1