| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@goodwinlaw.com |
| 2 | GOODWIN PROCTER LLP |
| | 135 Commonwealth Drive |
| 3 | Menlo Park, CA  94025-1105 |
| | Telephone:      650-752-3100 |
| 4 | Facsimile:       650-853-1038 |

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:      650-614-7400
Facsimile:       650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780-LHK |
| Plaintiff, | **DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF PLAINTIFF FACEBOOK, INC.'S SUPPLEMENTAL BILL OF COSTS** |
| v. | |
| POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Dept:       Courtroom 8, 4th Floor<br>Judge:      Hon. Judge Lucy H. Koh |
| Defendants. | |

OHSUSA:766841627

I, Monte Cooper, declare:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Facebook, Inc. ("Facebook"). I make this declaration in support of Facebook's Supplemental Bill of Costs. I am an active member in good standing of the California and Colorado State Bars, and I am admitted to appear before this Court. I have personal knowledge of the facts set forth in this declaration and I could and would testify competently to them if called as a witness.

2. Facebook's costs for fees of the Reporters' Transcript was necessarily obtained for use in the case for the period of December 2016 through May 2017. The fees for the transcript are based on records maintained by Orrick's accounting department in the ordinary course of business. This cost listed on Facebook's Bill of Costs was necessarily incurred in this action, and are allowable by law. Attached hereto as **Exhibit A** is true and correct copy of the invoice for this cost.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16th, 2017 in Menlo Park, California.

*/s/ Monte Cooper*
MONTE COOPER

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:766841627

COOPER DECL. ISO BILL OF COSTS
5:08-CV-05780-LHK