# EXHIBIT A

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20052274

**MAKE CHECKS PAYABLE TO:**

Amy Dalton
Orrick, Herrington & Sutcliffe, M.P
1000 Marsh Road
Menlo Park, CA 94025

Phone: (650) 614-7400

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone: (408) 287-4580
FAX (408) 535-5329
Tax ID: 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
Lee-Anne_Shortridge@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 02-16-2017

DATE DELIVERED: 02-28-2017

**Case Style:** C-08-05789 LHK, Facebook v Power Ventures, et al.
Reporter's transcript of proceedings held on 2-15-17 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 31 | 4.25 | 131.75 | | 0.90 | | | 0.60 | | 131.75 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 131.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $131.75 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *[signature]*

DATE: 02-28-2017

(All previous editions of this form are cancelled and should be destroyed)