I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:     650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FACEBOOK'S MOTION FOR ATTORNEY'S FEES AND SUPPORTING MATERIALS**<br><br>Dept:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Judge Lucy H. Koh |

Plaintiff Facebook, Inc. ("Facebook") hereby moves to file portions of its Motion for Attorney's Fees and supporting materials under seal pursuant to Civil Local Rules 7-11 and 79-5.

Facebook respectfully requests permission to file under seal information reflecting Facebook's outside counsel's hourly rates and time billed. Specifically, Facebook requests permission to file under seal follows:

| Document | Portion to be sealed |
| --- | --- |
| Facebook's Motion for Attorney's Fees | Outside counsel's hourly rate and time billed as noted in §§ III. B and IV. |
| Declaration of I. Neel Chatterjee In Support of Facebook's Motion for Attorney's Fees | Chart reflecting outside counsel's hourly rate and time billed as noted in pp. 1 and 2; fees reflected in ¶ 4. |
| Declaration of Monte Cooper In Support of Facebook's Motion for Attorney's Fees | Chart reflecting outside counsel's hourly rate and time billed as noted in pp. 1-3; fees reflected in ¶ 4. |

The narrow range of material Facebook requests to seal contains Facebook's, Orrick's and Goodwin's commercially sensitive and proprietary information that are not publically known and could prejudice Facebook and its outside counsel in future negotiations. The Court previously authorized Facebook to file such information under seal. *See* Dkt. No. 346 (granting motion to seal portions of Facebook's Motion to Seal Letter Brief for Costs and Fees and supporting declaration *inter alia* billing information).

For the foregoing reasons, Facebook, respectfully requests that the Court grant Facebook permission to file portions of its brief and supporting materials under seal.

| | |
|---|---|
| Dated: May 16, 2017 | Respectfully Submitted, |

By: _____*I. NEEL CHATTERJEE*_____
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:      650-752-3100
Facsimile:       650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:      650-614-7400
Facsimile:       650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.