I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:	650-752-3100
Facsimile:	650-853-1038

MONTE M.F. COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>                    Defendants. | Case No. 5:08-cv-05780 LHK<br><br>**DECLARATION OF MONTE COOPER IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Dept:         Courtroom 8, 4th Floor<br>Judge:       Hon. Judge Lucy H. Koh |

I, Monte M.F. Cooper, declare and state as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I am a member in good standing of the Bars of the States of California and Colorado. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Facebook seeks to seal portions of its Motion for Attorney's Fees and portions of the Declaration of I. Neel Chatterjee and Monte Cooper because these documents include Facebook's, Orrick's and Goodwin's confidential and proprietary business information, including specific details related to Orrick and Goodwin's legal fees. Facebook, Orrick and Goodwin have a business need to maintain the confidentiality of the legal fees incurred, as such business information is commercially sensitive and not publically known and could prejudice Facebook and its outside counsel in future negotiation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 16th day of May, 2017 in Menlo Park, California.

*/s/ Monte Cooper /s/*
MONTE COOPER