1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone:     650-752-3100
4  Facsimile:      650-853-1038

5  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
6  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.
8  Menlo Park, California  94025
   Telephone:     650-614-7400
9  Facsimile:      650-614-7401

10 Attorneys for Plaintiff
   FACEBOOK, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

| | |
|---|---|
| 16  FACEBOOK, INC., | Case No. 5:08-cv-05780-LHK |
| 17           Plaintiff, | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FACEBOOK'S MOTION FOR ATTORNEY'S FEES AND SUPPORTING MATERIALS** |
| 18       v. | |
| 19  POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | |
| 20 | |
| 21 | Dept:         Courtroom 8, 4th Floor |
|    |           Defendants. | Judge:        Hon. Judge Lucy H. Koh |
| 22 | |

Plaintiff Facebook, Inc. ("Facebook") has filed an administrative motion to file portions of its Motion for Attorney's Fees and supporting materials under seal pursuant to Civil Local Rules 7-11 and 79-5. Having reviewed the parties' submissions, and good cause having been shown, the Court grants Facebook's motion. The following materials may be filed under seal:

| Document | Portion to be sealed |
|---|---|
| Facebook's Motion for Attorney's Fees | Outside counsel's hourly rate and time billed as noted in §§ III. B and IV. |
| Declaration of I. Neel Chatterjee In Support of Facebook's Motion for Attorney's Fees | Chart reflecting outside counsel's hourly rate and time billed as noted in Pp. 1 and 2; fees reflected in ¶ 4. |
| Declaration of Monte Cooper In Support of Facebook's Motion for Attorney's Fees | Chart reflecting outside counsel's hourly rate and time billed as noted in Pp. 1-3; fees reflected in ¶ 4. |

**IT IS SO ORDRED.**

Dated: _____, 2017

_____
HON. LUCY H. KOH
United States District Judge