I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:     650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>            Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION FOR ATTORNEYS' FEES**<br><br>Dept:        Courtroom 8, 4th Floor<br>Judge:       Hon. Judge Lucy H. Koh |

1  The Court, having considered Facebook, Inc.'s Motion for Attorneys' Fees, the papers filed
2  in support of said motion, and the records on file in this action, hereby orders as follows:
3  It is hereby ordered that Facebook's Motion for Attorneys' Fees is GRANTED and
4  Defendants' are ordered to pay the amount of $■■■■■■■ within 30 days of entry of this order.
5  **IT IS SO ORDRED.**

Dated: _____, 2017

_____
HON. LUCY H. KOH
United States District Judge

OHSUSA:766873732.1