I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:     650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>             Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**DECLARATION OF MONTE COOPER IN SUPPORT OF FACEBOOK'S MOTION FOR CONTEMPT**<br><br>Dept:        Courtroom 8, 4th Floor<br>Judge:       Hon. Judge Lucy H. Koh |

I, Monte Cooper, hereby declare and state as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Facebook, Inc. in the above-captioned matter. I am a member in good standing of the Bars of the States of California and Colorado. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. As of May 16, 2017, Power Ventures, Inc. has not paid to Facebook any portion of the discovery sanctions award that is the subject of the Court's February 15, 2017 Order.

3. Attached hereto as Exhibit 1 is a May 11, 2017 email chain between counsel for Facebook and Mr. Vachani regarding Defendants' failure to comply with the Court's Permanent Injunction.

4. Attached hereto as Exhibit 2 is a May 10, 2017 letter from Facebook to Defendants regarding Defendants' failure to comply with the Court's Permanent Injunction.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 16th day of May, 2017 in Menlo Park, California.

                                                                                   */s/ Monte Cooper /s/*
                                                                                   MONTE COOPER