I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:      650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK INC.'S MOTION FOR CONTEMPT** <br><br> Dept:      Courtroom 8, 4th Floor <br> Judge:    Hon. Judge Lucy H. Koh |

      The Court, having considered Facebook, Inc.'s Motion, the papers filed in support of said motion, and the records on file in this action, hereby orders as follows:

      Facebook's motion is GRANTED.  Defendant Power Ventures, Inc. ("Power") is in contempt for failing to comply with the Court's February 15, 2017 order directing Power to pay to Facebook within 30 days the discovery sanctions award affirmed by the Ninth Circuit.  Power is also in contempt for failing to comply with the Permanent Injunction's notice, destruction, and certification provisions.

      Defendant Vachani is in contempt for failing to comply with the Permanent Injunction's notice, destruction, and certification provisions.

      Commencing the first calendar day after entry of this order, Defendants, and each of them, shall be fined $500 per day for each day that they remain noncompliant with the Court's orders.

      Defendants are jointly and severally liable for Facebook's reasonable attorney's fees incurred in connection with Facebook's motion for contempt.

**IT IS SO ORDRED.**

Dated: _____, 2017     _____
                                                     HON. LUCY H. KOH
                                                     United States District Judge