Amy Sommer Anderson #282634
AROPLEX LAW
156 2nd Street, Floor 1
San Francisco, CA 94105
Phone: 415-529-5148
Facsimile: 415-970-5016
Email: Anderson@aroplex.com

Attorney for
POWER VENTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. and STEVEN VACHANI,<br><br>　　　Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**DECLARATION OF AMY SOMMER ANDERSON IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BILL OF COSTS, MOTION FOR ATTORNEY FEES, AND MOTION FOR CONTEMPT** |

　　　I, Amy Sommer Anderson, declare:

　　　1.　　I am an attorney and principal of the law firm AROPLEX LAW and represent Defendant POWER VENTURES, INC. in this action. I make this declaration in support of DEFENDANTS POWER VENTURES, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BILL OF COSTS, MOTION FOR ATTORNEY FEES, AND MOTION FOR CONTEMPT.

　　　2.　　Power's requirement of this small amount of additional time is due to a combination of the volume of work necessary to thoroughly respond to each of Plaintiff's three contemporaneous

objectionable filings, an uncharacteristic and prohibitively burdensome workload on my part, and a lack of available support resources over the long Memorial Day holiday weekend.

3. I have not sought and would be unable to obtain, in all likelihood, a stipulation for an extension of time from the plaintiff, as the need for extension was not realized until long after business hours when I discovered that, despite working diligently through the evening, additional time was required for the defendants to coordinate, review, and complete their joint filings.

4. Judgment in this action was entered by the Court on May 2, 2017 (Dk. No. 437), and there are no pending matters before the Court other than the three filings at issue. As such, a brief extension of time to enable the defendants to file thorough responses to the sole remaining issues has no effect on the case, which is now closed.

5. Denying Power's requested extension would substantially prejudice the defendants, who are inherently outgunned in their defense. The defendants' representation consisting of the *in pro per* individual defendant and the corporate defendant's solo practitioner, whereas the plaintiff is supported by a team of attorneys and the effectively bottomless resources of Orrick, which is backed by the internet giant Facebook, Inc.

6. Defense in this matter has been a relentless uphill challenge and primarily a labor of love since its commencement, and the defendants have persisted despited their significant disadvantage. Granting a short extension, as requested herein, does little to level the field between the parties, but denying Power's request would result in substantial inequity whereby the plaintiff obtains undeserved fruits in this matter simply by virtue of its vast resources, as well as through sheer brute force by burying the defendants in simultaneous objectionable filings.

7. There have been no previous extensions of time sought or obtained by the defendants or granted by the Court.

I declare under penalty of perjury under the laws of the United States and the State of California that he foregoing is true and correct. This document is executed at Oakland, CA.

DATED: 5/30/2017                                              AROPLEX LAW

                                                              By: ___/s/_____
                                                                  Amy Sommer Anderson
                                                                  Attorney for
                                                                  POWER VENTURES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been or will be filed through the ECF system, and notice will be sent via the following method:

**X**   **ECF System:** By filing the within document on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed 5/30/2017 at San Francisco, California.

_____/s/_____
Amy Sommer Anderson