Amy Sommer Anderson #282634
AROPLEX LAW
156 2nd Street, Floor 1
San Francisco, CA 94105
Phone: 415-529-5148
Facsimile: 415-970-5016
Email: Anderson@aroplex.com

Attorney for
POWER VENTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>POWER VENTURES, INC. and STEVEN VACHANI,<br><br>   Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S BILL OF COSTS, MOTION FOR ATTORNEY FEES, AND MOTION FOR CONTEMPT** |

   Having fully considered the matter, and good cause appearing therefore, Defendant POWER VENTURES, INC.'s *Ex Parte* Application to Extend Time to Respond to Plaintiff's Bill of Costs, Motion for Contempt, and Motion for Contempt is hereby GRANTED. The defendants may file their responses by June 1, 2017.

   IT IS SO ORDERED.


DATED: _____                        _____
                                              Hon. Lucy H. Koh

[PROPOSED] ORDER TO EXTEND            1                    Case No. 5:08-cv-05780-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been or will be filed through the ECF system, and notice will be sent via the following method:

**X**    **ECF System:** By filing the within document on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed 5/30/2017 at San Francisco, California.

/s/ AMY SOMMER ANDERSON
Amy Sommer Anderson