UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>POWER VENTURES, INC., et al.,<br><br>          Defendants. | Case No. 08-CV-05780-LHK<br><br>**ORDER DENYING EX PARTE APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 449 |

On May 16, 2017, Plaintiff Facebook, Inc. filed a bill of costs, ECF No. 44, a motion for attorney's fees, ECF No. 446, and a motion for sanctions, ECF No. 447. Defendants' responses to these motions were due on May 30, 2017. Defendants did not file timely responses. On May 31, 2017, Defendant Power Ventures, Inc. filed an Ex Parte Application for Extension of Time. ECF No. 449. This application is hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 31, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge