Amy Sommer Anderson #282634
AROPLEX LAW
156 2nd Street, Floor 1
San Francisco, CA 94105
Phone: 415-529-5148
Facsimile: 415-970-5016
Email: Anderson@aroplex.com
Attorney for Defendant,
POWER VENTURES, INC.

STEVEN VACHANI (*pro se*)
2425B Channing, #216
Berkeley, CA 94704
Telephone: (917) 267-8823
vachani@yahoo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>POWER VENTURES, INC. and STEVEN VACHANI,<br><br>    Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Please take notice that Defendants POWER VENTURES, INC. and STEVEN VACHANI hereby appeal to the United States Court of Appeals for the Ninth Circuit from:

- Order Regarding Remedies and Denying Motion for Stay (Dk. No. 435, entered 5/2/2017);

- Judgment (Dkt. No. 437, entered 5/2/2017); and

- any and all orders, rulings, and judgements underlying any of the foregoing.

DATED: 6/1/2017                           AROPLEX LAW

                                          By:   /s/
                                                Amy Sommer Anderson
                                                Attorney for Defendant,
                                                POWER VENTURES, INC.


Dated: 6/1/2017                           STEVEN VACHANI

                                          By:   /s/
                                                STEVEN VACHANI
                                                Steven Vachani (pro per)
                                                2425B Channing, #216
                                                Berkeley, CA  94704

    FILER'S ATTESTATION: Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: 6/1/2017                           Respectfully submitted,

                                          By:   /s/
                                                Amy Sommer Anderson
                                                Attorney for Defendant,
                                                POWER VENTURES, INC.

**RULE 3-2 REPRESENTATION STATEMENT**

1. Plaintiff Facebook, Inc. is represented by

    I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@goodwinlaw.com
    GOODWIN PROCTER LLP
    135 Commonwealth Drive
    Menlo Park, CA 94025-1105
    Telephone: 650-752-3100
    Facsimile: 650-853-1038

    MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
    ROBERT L. URIARTE (State Bar No. 258274)
    ruriarte@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Rd.
    Menlo Park, California 94025
    Telephone: 650-614-7400
    Facsimile: 650-614-7401

2. Defendant Power Ventures, Inc. is represented by

    Amy Sommer Anderson (State Bar No. 282634)
    anderson@aroplex.com
    AROPLEX LAW
    156 2nd Street
    San Francisco, California  94105
    Telephone:     415-529-5148
    Facsimile:     415-970-5016

3. Defendant Steven Vachani is a *pro se* appellant.

AROPLEX LAW
A California Law Practice

# CERTIFICATE OF SERVICE

I hereby certify that this document has been or will be filed through the ECF system, and notice will be sent via the following method:

**X**  **ECF System:** By filing the within document on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. To my knowledge, every individual to whom notice is required is registered with this system and, thus, has been served with due notice by action of this electronic filing.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

Executed 6/1/2017 at San Francisco, California.

　　　　　　　　　　　　　　/s/　　　　　　　　　　　　
　　　　　　　　　　　　　Amy Sommer Anderson

AROPLEX LAW
A California Law Practice