I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:	650-752-3100
Facsimile:	650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**FACEBOOK, INC'S NOTICE OF DEFENDANT'S FAILURE TO OBJECT TO FACEBOOK'S PROPOSED REINSTATEMENT AND SUPPLEMENTATION OF TAXABLE COSTS**<br><br>Dept:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Judge Lucy H. Koh |

On May 16, 2017, pursuant to Civil Local Rule 54-1, Plaintiff Facebook, Inc. ("Facebook") requested (Dkt. No. 443) that this Court reinstate the taxable costs of $49,637.93 previously awarded the company on January 2, 2014 (Dkt No. 390) due to its once again receiving Judgment in its favor against both Defendants Power Ventures, Inc. and Steven Vachani (Dkt. No. 437), and thereby prevailing on its claims for violations of the Computer Fraud and Abuse Act ("CFAA") and California Penal Code Section 502(c).  Facebook also separately requested (Dkt. No. 444) that the Court supplement its prior award of costs to Facebook in order to reflect that Facebook had incurred $131.75 in additional taxable costs subsequent to the remand of this matter from the Ninth Circuit. *See* Dkt Nos. 444-1 & 444-2.  Accordingly, Facebook requested a total of $49,769.68 in taxable costs.  Facebook further noted that it was entitled to post-judgment interest on all damages and costs awarded pursuant to 28 U.S.C. § 1961 compounded at the rate of 0.11% -- the rate applicable[1] on September 25, 2013, when this Court originally entered Judgment (Dkt. No. 374) on the relevant claims.

Pursuant to Civil Local Rule 54-2, Defendants were required by May 30, 2016 to provide specific objections to any of the taxable costs requested by Facebook, and further to certify that their counsel had met and conferred with counsel for Facebook about the bases for any such objections. Defendants filed no objections to Facebook's Bill of Costs pursuant to Civil Local Rule 54-2(a), nor did they ever seek pursuant to Civil Local Rule 54-2(b) to meet and confer about any such objections.[2]

In light of Defendants' failure to specify any objections to Facebook's Bill of Costs, Facebook asks that the Court award it $49,769.68 in taxable costs, compounded at the rate of 0.11%.

---

[1] *See* the federal post-judgment interest rate applicable for the week ending September 20, 2013, available at http://www.utd.uscourts.gov/documents/int2013.html

[2] Defendant Power Ventures on May 31, 2017 did file an untimely *ex parte* application seeking to extend the date to June 1, 2017 by which it could file any objections to the Bill of Costs.  *See* Dkt. No. 449.  The Court denied that untimely *ex parte* application by Court Order dated May 31, 2017.  *See* Dkt. No. 450.

| | |
|---|---|
| Dated: June 6, 2017 | Respectfully Submitted, |

By:     *I. NEEL CHATTERJEE*
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:       650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:       650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

OHSUSA:766949879.1