I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:      650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK <br><br> **FACEBOOK'S REPLY RE: MOTION FOR ATTORNEYS' FEES** <br><br> Date: <br> Time: <br> Dept:     Courtroom 8, 4th Floor <br> Judge:   Hon. Judge Lucy H. Koh |

1  Facebook respectfully requests that the Court grant Facebook its reasonable attorneys' fees
2  pursuant to California Penal Code § 502(e)(2) in light of Defendants continued litigation
3  misconduct.  Defendants have failed to oppose or otherwise respond to Facebook's motion, further
4  bolstering the very grounds that gave rise to Facebook's original request.  *See* Facebook's Motion
5  for Attorneys' Fees at 3 ("In light of Defendants' behavior just in the short period since that remand
6  order, this Court should award Facebook its attorney's fees).

7  Prior to Facebook's motion, Facebook contacted Defendants to meet and confer on the issue
8  of attorneys' fees as required by N.D. Cal. Local Rule 54-5.  Defendant Power Ventures was unable
9  or unwilling to meet and confer and no conference was held.   On May 16, 2017, Facebook filed a
10 bill of costs, Dkt. 444, a motion for attorneys' fees, ECF No. 446, and a motion for sanctions, Dkt.
11 447.  Defendants' responses to these motions were due on May 30, 2017.  Defendants did not file
12 any response, but instead filed an *ex parte* application for extension of time on May 31, 2017.  On
13 the same day, the Court denied Defendants application.  Dkt. 449.

14 Despite the Court's order, Defendants never filed any opposition or response to Facebook's
15 Motion for Attorneys' Fees.  Defendants have therefore waived any arguments they might have had.
16 *See* N.D. Cal. Local Civil Rule 7-1 ("opposition must be filed and served not more than 14 days after
17 the motion was filed"); *Gwaduri v. INS,* 362 F.3d 1144, 1146 (9th Cir. 2004) ("Courts have
18 consistently exercised their discretion to grant motions on collateral issues [such as attorney's fees],
19 on the basis that, in failing to respond, lack of timely opposition is tantamount to a concession");
20 *Brayton Purcell LLP v. Recordon & Recordon*, 487 F. Supp. 2d 1124, 1130–31 (N.D. Cal. 2007)
21 (same); *Stebley v. Bank of N.Y. Mellon*, 2012 U.S. Dist. LEXIS 154982, *6 (E.D. Cal. Oct. 28, 2012)
22 (failure to respond "deemed a statement of non-opposition to the granting of the motion"); *Pascual
23 v. Wells Fargo Bank, N.A.,* 2014 U.S. Dist. LEXIS 18592, *27-28 (N.D. Cal. Feb. 13, 2014) (failure
24 to timely oppose motion resulted in waiver).

25 For the reasons set forth above and in Facebook's opening brief, Facebook respectfully
26 requests that the Court grant Facebook's motion for attorneys' fees and award Facebook the amount
27 specified in its opening brief.  *See* Facebook's Motion for Attorneys' Fees at 4.
28

Dated: June 6, 2017

Respectfully Submitted,

By:     /s/ *I. Neel Chatterjee*
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:	650-752-3100
Facsimile:	650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.