I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Telephone: 650-752-3100
Facsimile: 650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive,<br><br>             Defendants. | Case No. 5:08-cv-05780-LHK<br><br>**FACEBOOK'S REPLY RE: MOTION FOR CONTEMPT**<br><br>Date:<br>Time:<br>Dept:    Courtroom 8, 4th Floor<br>Judge:   Hon. Judge Lucy H. Koh |

Facebook respectfully requests that the Court find Defendants in contempt and issue coercive sanctions in the form a per diem fine and compensatory sanctions to cover Facebook's attorneys' fees for the instant motion. Defendants' refusal to take this matter seriously and continued disrespect for these proceedings bolsters the showing of contempt set forth in Facebook's opening brief.

On February 15, 2017, the Court entered an order requiring Defendant Power to pay sanctions by March 15, 2017. Dtk. 410. Power never complied. On May 2, 2017, the Court entered a permanent injunction requiring Defendants to certify compliance with the injunction and to provide details of their compliance efforts under penalty of perjury by no later than May 5 and May 9, 2017, respectively. DKt. 437. Defendants never complied with these orders either. Based on Defendants' repeated violations of the Court's unambiguous orders, Facebook filed a motion for contempt on May 16, 2017. Dkt. 447.

Other than an untimely *ex parte* application for an extension of time filed the day after their opposition papers were due (Dkt. 449), Defendants have done absolutely nothing to respond to the serious violations identified in Facebook's motion. Defendants never filed any opposition to Facebook's contempt motion and have therefore waived any arguments they might have had. *See* N.D. Cal. Local Civil Rule 7-1 ("opposition must be filed and served not more than 14 days after the motion was filed"); *Pascual v. Wells Fargo Bank, N.A.,* 2014 U.S. Dist. LEXIS 18592, *27-28 (N.D. Cal. Feb. 13, 2014) (failure to timely oppose motion resulted in waiver); *Stebley v. Bank of N.Y. Mellon*, 2012 U.S. Dist. LEXIS 154982, *6 (E.D. Cal. Oct. 28, 2012) (failure to respond "deemed a statement of non-opposition to the granting of the motion"); *Richmark Corp. v. Timber Falling Consultants,* 959 F.2d 1468, 1473 (9th Cir. 1992) (finding waiver of contemnors arguments that were not timely raised); *Gwaduri v. INS,* 362 F.3d 1144, 1146 (9th Cir. 2004) (noting that courts may find that "lack of timely opposition is tantamount to a concession").

In addition to their failure to oppose Facebook's motion, Defendants have made no attempt to purge themselves of their contempt. Weeks have elapsed and Defendants have chosen to do nothing to effect compliance with any of the Court's outstanding orders. Defendants' conduct cries

out for a finding of contempt, and Defendants' failure to even respond to Facebook's motion for contempt underscores the need for contempt sanctions. "[T]o neglect and ignore a date for action in a court proceeding is in reality a thinly-veiled species of disrespect or contempt for the Court." *Johnson v. Town of Babylon*, 78 F.R.D. 337, 339 (E.D.N.Y. Apr. 25, 1978) (quoting *Canup v. Mississippi Valley Barge Line Co.*, 31 F.R.D. 282, 282 (W.D. Pa. 1962)); *see also Shipley v. Dep't of Educ.*, 2006 U.S. Dist. LEXIS 60643, *15 (D. Haw. Aug. 23, 2006) (sanctioning attorney for repeatedly failing to timely respond to court orders).

For the reasons set forth in Facebook's opening brief and discussed above, Facebook respectfully requests that the Court grant Facebook's motion for contempt.

Dated: June 6, 2017                                 Respectfully Submitted,

By:  *I. Neel Chatterjee*
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:      650-752-3100
Facsimile:       650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:      650-614-7400
Facsimile:       650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.