1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone:    650-752-3100
4  Facsimile:    650-853-1038

5  FREDERICK D. HOLDEN, JR. (Calif. Bar No. 61526)
   fholden@orrick.com
6  JOHN A. FARMER (Calif. Bar No. 242775)
   jfarmer@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, California  94105-2669
9  Telephone:    (415) 773-5985
   Facsimile:    (415) 773-5759
10
   MONTE COOPER (State Bar No. 196746)
11 mcooper@orrick.com
   ROBERT L. URIARTE (State Bar No. 258274)
12 ruriarte@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 1000 Marsh Rd.
   Menlo Park, California  94025
14 Telephone:    650-614-7400
   Facsimile:    650-614-7401
15
   Attorneys for Plaintiff
16 FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 3:17-cv-03184-JST |
| Plaintiff, | **Related with** |
| v. | Case No. 5:08-cv-05780-LHK |
| STEVE SURAJ VACHANI, | **NOTICE OF RELATED CASES (AND REQUEST TO REASSIGN)** |
| Defendant. | |

**PLEASE TAKE NOTICE** that the above-captioned civil action filed originally in the Bankruptcy Court for the Northern District of California by plaintiff Facebook, Inc. ("Facebook") is, within the meaning of Civil Local Rule 3-12, related to *Facebook, Inc. v. Power Ventures, Inc., et al.*, Case No. 5:08-cv-05780 LHK, assigned to the Honorable Lucy H. Koh in the San Jose Division. Facebook hereby requests reassignment of this action to Judge Koh due to her case being the first-filed, the close relationship between the actions, and the significant efficiencies that would be served by such reassignment.

The Motion to Withdraw the Reference in the above-captioned bankruptcy adversary action was identified in its caption as being related to *Facebook, Inc. v. Power Ventures, Inc., et al.*, Case No. 5:08-cv-05780 LHK.  That is because in this adversary proceeding, Facebook seeks a determination that its claim against defendant and debtor Steven Suraj Vachani ("Vachani") is not discharged in his bankruptcy.  That claim is based *entirely* on a judgment already entered by Judge Koh on May 2, 2017 against Vachani and his co-defendant, Power Ventures, Inc. ("Power") in *Facebook, Inc. v. Power Ventures, Inc., et al.*, Case No. 5:08-cv-05780 LHK, as a result of the Defendants having been found to have violated the Computer Fraud and Abuse Act ("CFAA"), and California Penal Code Section 502.  This adversary proceeding will require application of the principles of issue preclusion for resolution.  That would be best done by Judge Koh, the District Judge who issued the CFAA and Penal Code Section 502 judgment.  Also, any appeal of the determination by the Bankruptcy Court of the dischargeability issue would be taken to Judge Koh, as she is the same District Judge who issued the underlying judgment.  Judge Koh also has pending before her post-Judgment motions for contempt, for attorney's fees, and a bill of costs that will impact the bankruptcy proceeding.  It is likely that there will be an unduly burdensome duplication of labor and expense, and a potential for conflicting results if the cases are conducted before different Judges.

Dated: June 8, 2017          Respectfully Submitted,

By:     *I. NEEL CHATTERJEE*
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:       650-752-3100
Facsimile:        650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:       650-614-7400
Facsimile:        650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

OHSUSA:766955454.2