I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:     650-752-3100
Facsimile:      650-853-1038

FREDERICK D. HOLDEN, JR. (Calif. Bar No. 61526)
fholden@orrick.com
JOHN A. FARMER (Calif. Bar No. 242775)
jfarmer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     (415) 773-5985
Facsimile:      (415) 773-5759

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVE SURAJ VACHANI, <br><br> Defendant. | Case No. 3:17-cv-03184-JST <br><br> **Related with** <br><br> Case No. 5:08-cv-05780-LHK <br><br><br> **PROOF OF SERVICE** |

OHSUSA:755897532.1

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California  94025. On June 8, 2017, I served the within document(s):

1. **NOTICE OF RELATED CASES (AND REQUEST TO REASSIGN)**

| | |
|---|---|
| **X** | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 5:30 p.m. on June 8, 2017. |
| | By placing a true and correct copy of the document(s) in a U.P.S. envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid U.P.S. air bill, and causing the envelope to be delivered to a U.P.S. agent for delivery. |
| **X** | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on June 8, 2017. |

**Steven Vachani** *(Pro Per)*
Email: vachani@yahoo.com
2425B Channing, #216
Berkeley, CA 94704
Tel:     (917) 267-8823

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, or overnight delivery, to wit, that correspondence be deposited with the United States Postal Service or U.P.S. this same day in the ordinary course of business.

Executed on June 8, 2017 at Menlo Park, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ *Amy Dalton*
Amy Dalton