FREDERICK D. HOLDEN, JR. (Calif. Bar No. 61526)
fholden@orrick.com
JOHN A. FARMER (Calif. Bar No. 242775)
jfarmer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:   (415) 773-5985
Facsimile:   (415) 773-5759

I. NEEL CHATTERJEE (Calif. Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025-1105
Telephone:   (650) 752-3100
Facsimile:   (650) 853-1038

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SURAJ VACHANI,<br><br>Defendant. | Case No. 5:08-cv-05780-LHK<br><br>**Related with**<br><br>Case No. 3:17-cv-03184-JST<br><br>**NOTICE OF APPEARANCE** |

    John A. Farmer of Orrick, Herrington & Sutcliffe LLP hereby appears in the above-captioned case as counsel for Plaintiff Facebook, Inc., and requests that he be added to all service

/////

/////

/////

1 | lists in this case as set forth below.

        John A. Farmer
        Orrick, Herrington & Sutcliffe LLP
        777 South Figueroa Street, Suite 3200
        Los Angeles, CA  90017-5855
        Telephone:   (213) 629-2482
        Facsimile:   (213) 612-2499
        Email:         jfarmer@orrick.com

Dated: June 8, 2017

Respectfully Submitted,

I. NEEL CHATTERJEE
GOODWIN PROCTER LLP

    and

FREDERICK D. HOLDEN, JR.
JOHN A. FARMER
ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   */s/ John A. Farmer*
      John A. Farmer

Attorneys for Plaintiff FACEBOOK, INC.

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 S. Figueroa Street, Suite 3200, Los Angeles, California 90017-5855. On June 8, 2017, I served the following document:

**NOTICE OF APPEARANCE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

> Steven Suraj Vachani
> 2425B Channing Way #216
> Berkeley, CA  94704

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 8, 2017, at Los Angeles, California.

*/s/ John A. Farmer*
John A. Farmer