UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC., et al., <br><br> Defendants. | Case No. 08-CV-05780-LHK <br><br> **ORDER RELATING CASES** |

On June 8, 2017, Facebook, Inc., Plaintiff in this case and in *Facebook, Inc. v. Vachani*, Case No. 17-CV-03184-JST (the "*Vachani* action"), filed in this case an Administrative Motion to Relate. ECF No. 456. Specifically, Facebook requests that the *Vachani* action, filed on June 5, 2017, be related to this case, *Facebook, Inc. v. Power Ventures, Inc.*, No. 08-CV-05780-LHK (the "*Power Ventures*" action), which was filed on December 30, 2008. No opposition has been filed within the time allowed under Civil Local Rule 7-11.

The Court finds that these actions "concern substantially the same parties, property, transaction or event" and it is "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

1

Case No. 08-CV-05780-LHK
ORDER RELATING CASES

The *Power Ventures* action is the first-filed case and thus has the lowest case number. Under Civil L.R. 3-12(f)(3), "[i]f any Judge decides that any of the cases are related, . . . the Clerk shall reassign all higher-numbered cases to that Judge." Accordingly, the Clerk shall relate the later-filed case, *Facebook, Inc. v. Vachani*, Case No. 17-CV-03184-JST, to the first-filed case, *Facebook, Inc. v. Power Ventures, Inc.*, No. 08-CV-05780-LHK.

**IT IS SO ORDERED.**

Dated: June 16, 2017

_____
LUCY H. KOH
United States District Judge

Case No. 08-CV-05780-LHK
ORDER RELATING CASES