1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone:     650-752-3100
4  Facsimile:     650-853-1038

5  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
6  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.
8  Menlo Park, California  94025
   Telephone:     650-614-7400
9  Facsimile:     650-614-7401

10 Attorneys for Plaintiff
   FACEBOOK, INC.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15

16 | FACEBOOK, INC.,                         | Case No. 5:08-cv-05780-LHK |
17 |            Plaintiff,                    | **FACEBOOK'S NOTICE OF REMOVAL OF ATTORNEY THERESA SUTTON** |
18 |     v.                                   |  |
19 | POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, |  |
20 |                                          |  |
21 |            Defendants.                   |  |

Pursuant to Civil Local Rule 5(c)(2)(C), Plaintiff Facebook, Inc. ("Facebook") herby notifies the Court that Theresa Ann Sutton is no longer counsel of record for Facebook and request that Ms. Sutton's name be removed from any list of counsel of record for Facebook and that she be removed from receiving Notices of Electronic Case Filing through the ECF system in this action. The remaining attorneys listed as counsel of record for Facebook will continue to represent Facebook in this action.

Dated: June 20, 2017                                   Respectfully Submitted,


By:   *Monte Cooper*
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone:	650-752-3100
Facsimile:	650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.