| | |
|---|---|
| **To:** | Facebook, Inc., Plaintiff |
| **From:** | Steven Vachani and Power Ventures, Inc., Defendants |
| **Re:** | Defendants' Certification of Compliance With Permanent Injunction |
| **Case No.:** | 5:08-CV-05780 LHK |
| **Date:** | October 2, 2013 |

To Whom It May Concern:

In compliance with the Court's ORDER GRANTING PLAINTIFF'S MOTION FOR PERMANENT INJUNCTIVE RELIEF ("Permanent Injunction"; Docket No. 372), defendants hereby certify they have taken all necessary steps to comply with and implement the Permanent Injunction.

Defendants have notified officers, agents, servants, employees, successors, and assigns, and any persons acting in concert with them of the permanent injunction.

Defendants, their agents, officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them have destroyed any software, script(s) or code designed to access or interact with the Facebook website, Facebook users, or the Facebook service, and Facebook data and/or information obtained from Facebook or Facebook's users, or anything derived from such data and/or information.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed this 2nd day of October 2013 at San Francisco, CA.

STEVEN VACHANI and POWER VENTURES, INC.

*/s/ Steven Vachani*

Steven Vachani
Individually and for Power Ventures, Inc.
2425B Channing, #216
Berkeley, CA  94704