UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>POWER VENTURES, INC., et al.,<br><br>        Defendants. | Case No. 08-CV-05780-LHK<br><br>**ORDER REGARDING BILLING RECORDS**<br><br>Re: Dkt. No. 445 |

Plaintiff Facebook, Inc. ("Plaintiff") has filed a motion for attorney's fees. ECF No. 445. "[T]he party seeking attorney's fees bears the burden of demonstrating reasonable hours and rates." *Fresh Packing Corp. v. Guicho*, 2016 WL 1718286, at *2 (N.D. Cal. Apr. 29, 2016).

After reviewing Plaintiff's motion for attorney's fees and the attached declarations, the Court finds that Plaintiff has not provided sufficiently "detailed billing records to support the claimed number of hours expended." *Hernandez v. Martinez*, 2014 WL 794341, at *2 (N.D. Cal. Feb. 26, 2014). Thus, "the Court cannot verify whether Plaintiffs' counsel's hours were reasonably expended." *Id.* Therefore, by August 3, 2017, Plaintiff shall file with the Court detailed billing records indicating the hours spent by each biller on each task for which Plaintiff seeks compensation. In addition, Plaintiff shall provide additional justification for their hourly rates.

1  **IT IS SO ORDERED.**

3  Dated: July 27, 2017

_____
LUCY H. KOH
United States District Judge