I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone: 650-752-3100
Facsimile: 650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK <br><br> **FACEBOOK'S ADMINISTRATIVE MOTION FOR *IN CAMERA* REVIEW OF BILLING RECORDS** <br><br> Dept:      Courtroom 8, 4th Floor <br> Judge:    Hon. Judge Lucy H. Koh <br><br> Filed/Lodged Concurrently with: <br> 1. Declaration of Neel Chatterjee <br> 2. Proposed Order |

1    Pursuant to Civil Local Rule 7-11 and 79-5(b), Plaintiff Facebook, Inc. ("Facebook")
2    respectfully submits this administrative motion asking the Court for in camera review of the
3    supporting materials to its Response to the Court's Order Regarding Billing Records.
4    Facebook respectfully request permission to submit Goodwin Procter LLP ("Goodwin") and
5    Orrick, Herrington & Sutcliffe LLP's ("Orrick") billing records for *in camera* review by the Court.
6    Specifically, Facebook requests permission to submit for *in camera* review:

| **Document** |
| --- |
| Supplemental Declaration of I. Neel Chatterjee In Support of Facebook's Response To Order Regarding Billing Records |
| Supplemental Declaration of David Fries In Support of Facebook's Response To Order Regarding Billing Records |

These supporting materials contain Goodwin and Orrick's detailed billing records for all proceedings after the Ninth Circuit's December 2016 remand through April 2017, including descriptions of the services performed for Facebook, Inc. during this time period. Declaration of I. Neel Chatterjee In Support Of Facebook's Administrative Motion For In Camera Review, para. 3. Goodwin and Orrick believe that the Court should review these supporting materials, which potentially contain privileged material, *in camera* in order to determine whether the hours spent and rates charged for such services are reasonable.

Accordingly, Plaintiff requests that the Court accept Goodwin and Orrick's billing records for *in camera* review.

1 | Dated: August 3, 2017
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
...

Respectfully Submitted,

By: */s/ I. Neel Chatterjee*
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone: 650-752-3100
Facsimile: 650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

2
FACEBOOK'S ADMINISTRATIVE MOTION FOR *IN CAMERA REVIEW*
Case No.  5:08-CV-05780-LHK

Dated: August 3, 2017

Respectfully Submitted,

By: */s/ I. Neel Chatterjee*
I. NEEL CHATTERJEE
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone: 650-752-3100
Facsimile: 650-853-1038

MONTE COOPER
mcooper@orrick.com
ROBERT L. URIARTE
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 3, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed **August 3, 2017**.

*/s/  I. Neel Chatterjee*
I. NEEL CHATTERJEE