1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone: 650-752-3100
4  Facsimile: 650-853-1038

5  MONTE M.F. COOPER (State Bar No. 196746)
   mcooper@orrick.com
6  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
8  Menlo Park, California  94025
   Telephone: 650-614-7400
9  Facsimile: 650-614-7401

10 Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780 LHK <br><br> **DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION FOR *IN CAMERA* REVIEW OF BILLING RECORDS** <br><br> Dept:   Courtroom 8, 4th Floor <br> Judge:  Hon. Judge Lucy H. Koh |

I, I. Neel Chatterjee, declare as follows:

1. I am an attorney with the law firm of Goodwin Procter LLP ("Goodwin"), counsel of record to Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the Bar of the States of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Facebook seeks permission to submit Goodwin and Orrick, Herrington & Sutcliffe LLP's ("Orrick") billing for *in camera* review by the Court because these documents include Facebook's, Orrick's and Goodwin's privileged information, including specific details related to Orrick and Goodwin's billing records and services performed. Facebook, Orrick and Goodwin have a business need to maintain the confidentiality of the privileged material, as such business information is commercially sensitive and not publically known and could prejudice Facebook and its outside counsel in future negotiation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 3rd day of August, 2017 in Menlo Park, California.

*/s/ I. Neel Chatterjee*
I. Neel Chatterjee

2

DECLARATION OF I. NEEL CHATTERJEE
Case No. 5:08-cv-05780 LHK