1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone: 650-752-3100
4  Facsimile: 650-853-1038

5  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
6  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.
8  Menlo Park, California  94025
   Telephone: 650-614-7400
9  Facsimile: 650-614-7401

10 Attorneys for Plaintiff
   FACEBOOK, INC.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

16 | FACEBOOK, INC., | Case No. 5:08-cv-05780-LHK |
17 | Plaintiff, | **[PROPOSED] ORDER RE: FACEBOOK'S ADMINISTRATIVE MOTION FOR *IN CAMERA* REVIEW OF BILLING RECORDS** |
18 | v. | |
19 | POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Dept:    Courtroom 8, 4th Floor  Judge:   Hon. Judge Lucy H. Koh |
20 | | |
21 | | |
22 | Defendants. | |

Plaintiff Facebook, Inc. ("Facebook") has filed an administrative motion asking the Court for *in camera* review of the supporting materials to its Response to the Court's Order Regarding Billing Records pursuant to Civil Local Rules 7-11 and 79-5. Having reviewed the parties' submissions, and good cause having been shown, the Court grants Facebook's motion. The following materials may be submitted for *in camera* review:

| Document |
| --- |
| Supplemental Declaration of I. Neel Chatterjee In Support of Facebook's Response To Order Regarding Billing Records |
| Supplemental Declaration of David Fries In Support of Facebook's Response To Order Regarding Billing Records |

**IT IS SO ORDRED.**

Dated: _____, 2017

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE