1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone: 650-752-3100
4  Facsimile: 650-853-1038

5  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
6  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.
8  Menlo Park, California  94025
   Telephone: 650-614-7400
9  Facsimile: 650-614-7401

10 Attorneys for Plaintiff
   FACEBOOK, INC.

11
12                             UNITED STATES DISTRICT COURT
13                            NORTHERN DISTRICT OF CALIFORNIA
14                                    SAN JOSE DIVISION
15

| | |
|---|---|
| 16  FACEBOOK, INC., | Case No. 5:08-cv-05780-LHK |
| 17             Plaintiff, | **FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SUPPORTING MATERIALS** |
| 18          v. | |
| 19  POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Dept:    Courtroom 8, 4th Floor  <br> Judge:   Hon. Judge Lucy H. Koh |
| 20 | |
| 21 | Filed/Lodged Concurrently with: <br> 1. Declaration of I. Neel Chatterjee <br> 2. Proposed Order <br> 3. Redacted and Unredacted Versions <br> 4. Proof of Service |
| 22             Defendants. | |
| 23 | |
| 24 | |

25
26
27
28

Pursuant to Civil Local Rule 7-11 and 79-5(b), Plaintiff Facebook, Inc. ("Facebook") respectfully submits this administrative motion asking the Court to file portions of the supporting materials to its Response to the Court's Order Regarding Billing Records under seal.

Facebook respectfully requests permission to file under seal information reflecting Facebook's outside counsel Goodwin Procter LLP's ("Goodwin") confidential billing and rate-setting practices. Specifically, Facebook requests permission to file under seal:

| Document | Portion to be sealed |
|---|---|
| Supplemental Declaration of Michael R. Caplan In Support Of Facebook's Response To Order Regarding Billing Records | Outside counsel's billing and rate-setting practices reflected in ¶ 5. |

This material contains Goodwin's commercially sensitive and proprietary information that are not publically known and could prejudice Facebook and its outside counsel in future negotiations. Declaration of I. Neel Chatterjee In Support Of Facebook's Administrative Motion To Seal Supporting Materials, para. 2.

For the foregoing reasons, Facebook respectfully requests that the Court grant Facebook permission to portions of the supporting materials to its Response to the Court's Order Regarding Billing Records under seal.

1  Dated: August 3, 2017                    Respectfully Submitted,

2

3                                           By: */s/ I. Neel Chatterjee*
                                                I. NEEL CHATTERJEE
                                                nchatterjee@goodwinlaw.com
4                                               GOODWIN PROCTER LLP
                                                135 Commonwealth Drive
5                                               Menlo Park, CA  94025-1105
                                                Telephone: 650-752-3100
6                                               Facsimile: 650-853-1038

7                                               MONTE COOPER
                                                mcooper@orrick.com
8                                               ROBERT L. URIARTE
                                                ruriarte@orrick.com
9                                               ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                1000 Marsh Rd.
10                                              Menlo Park, California  94025
                                                Telephone: 650-614-7400
11                                              Facsimile: 650-614-7401

12                                              Attorneys for Plaintiff
                                                FACEBOOK, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 3, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service of all publicly filed documents will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed **August 3, 2017**.          /s/ I. Neel Chatterjee
                                                     I. Neel Chatterjee