1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone: 650-752-3100
4  Facsimile: 650-853-1038

5  MONTE M.F. COOPER (State Bar No. 196746)
   mcooper@orrick.com
6  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
8  Menlo Park, California  94025
   Telephone: 650-614-7400
9  Facsimile: 650-614-7401

10 Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation; STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780 LHK <br><br> **DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SUPPORTING MATERIALS** <br><br> Dept:   Courtroom 8, 4th Floor <br> Judge:  Hon. Judge Lucy H. Koh |

I, I. Neel Chatterjee, declare as follows:

1. I am an attorney with the law firm of Goodwin Procter LLP ("Goodwin"), counsel of record to Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the Bar of the States of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Facebook seeks permission to file under seal information reflecting outside counsel Goodwin's confidential billing and rate-setting practices. Facebook and Goodwin have a business need to maintain confidentiality for this material, as such business information is commercially sensitive and not publically known and could prejudice Facebook and its outside counsel in future negotiation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 3rd day of August, 2017 in Menlo Park, California.

*/s/ I. Neel Chatterjee*
I. Neel Chatterjee
