1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone: 650-752-3100
4  Facsimile: 650-853-1038

5  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
6  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
7  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   1000 Marsh Rd.
8  Menlo Park, California  94025
   Telephone:650-614-7400
9  Facsimile:650-614-7401

10 Attorneys for Plaintiff
   FACEBOOK, INC.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

16 FACEBOOK, INC.,                              Case No. 5:08-cv-05780-LHK

17         Plaintiff,                           **[PROPOSED] ORDER RE: FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SUPPORTING MATERIALS**

18         v.

19 POWER VENTURES, INC. a Cayman Island
   corporation, STEVE VACHANI, an individual;   Dept:    Courtroom 8, 4th Floor
20 DOE 1, d/b/a POWER.COM, DOES 2-25,           Judge:   Hon. Judge Lucy H. Koh
   inclusive,
21
         Defendants.
22

23

24

25

26

27

28

Plaintiff Facebook, Inc. ("Facebook") has filed an administrative motion asking the Court to seal portions of the supporting materials to its Response to the Court's Order Regarding Billing Records pursuant to Civil Local Rules 7-11 and 79-5.  Having reviewed the parties' submissions, and good cause having been shown, the Court grants Facebook's motion.  The following materials may be filed under seal:

| Document | Portion to be sealed |
|---|---|
| Supplemental Declaration of Michael R. Caplan In Support Of Facebook's Response To Order Regarding Billing Records | Outside counsel's billing and rate-setting practices reflected in ¶ 5. |

**IT IS SO ORDRED.**


Dated: _____, 2017

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE