I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Telephone: 650-752-3100
Facsimile: 650-853-1038

MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
ROBERT L. URIARTE (State Bar No. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, California  94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, <br><br> Defendants. | Case No. 5:08-cv-05780-LHK <br><br> **PROOF OF SERVICE** <br><br> Dept:   Courtroom 8, 4th Floor <br> Judge:  Hon. Lucy H. Koh |

ACTIVE/91996702.2

PROOF OF SERVICE
Case No. 5:08-cv-05780-LHK

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is: 601 S. Figueroa Street 41st Floor, Los Angeles, California 90017. My email address is aavalos@goodwinlaw.com

I served the following document(s) on the person(s) below:

1. **UNREDACTED SUPPLEMENTAL DECLARATION OF MICHAEL R. CAPLAN IN SUPPORT OF FACEBOOK'S RESPONSE TO ORDER REGARDING BILLING RECORDS**

| | |
|---|---|
| **Steven Vachani (*Pro Per*)**<br>2425B Channing, #216<br>Berkeley, CA 94704 | Tel: (917) 267-8823<br>vachani@yahoo.com |
| **Amy Sommer Anderson**<br>AROPLEX LEGAL SERVICES & THE LAW PRACTICE<br>OF AMY SOMMER ANDERSON<br>156 2nd Street<br>San Francisco, CA 94105 | COUNSEL FOR DEFENDANT<br>POWER VENTURES, INC.<br>Tel: (415) 529-5148<br>Fax: (415) 520-0606<br>anderson@aroplex.com |

☑  (E-MAIL or ELECTRONIC TRANSMISSION)  By electronic service on **August 3, 2017** at. Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 3, 2017**, at Los Angeles, California.

_____Adriana Avalos_____      _____(Signature)_____
(Type or print name)

ACTIVE/91996702.2

1

PROOF OF SERVICE
Case No. 5:08-cv-05780-LHK