1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@goodwinlaw.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA  94025-1105
   Telephone: 650-752-3100
4  Facsimile: 650-853-1038

5  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
6  ROBERT L. URIARTE (State Bar No. 258274)
   ruriarte@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Rd.
8  Menlo Park, California  94025
   Telephone: 650-614-7400
9  Facsimile: 650-614-7401

10 Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-05780-LHK |
| Plaintiff, | **FACEBOOK'S RESPONSE TO ORDER REGARDING BILLING RECORDS** |
| v. | |
| POWER VENTURES, INC. a Cayman Island corporation, STEVE VACHANI, an individual; DOE 1, d/b/a POWER.COM, DOES 2-25, inclusive, | Dept:    Courtroom 8, 4th Floor<br>Judge:   Hon. Judge Lucy H. Koh<br><br>Filed Concurrently with:<br>1. Redacted Version of Michael R. Caplan's Declaration. |
| Defendants. | |

Pursuant to Civil Local Rule 54-5(b) and the Court's Order Regarding Billing Records (ECF No. 464), Facebook submits the following Response to further support its request for attorneys' fees and costs related to the proceedings after the Ninth Circuit's December 2016 remand through April 2017.

Specifically related to services billed by Goodwin Procter LLP ("Goodwin"), the bill totaled $23,745.04, reflecting the various billing rates of the attorneys and paralegal involved from December 2016, through April 2017, including a 12% discount. We are now seeking fees in the reduced amount of $22,105.60 for services performed by Goodwin. We have further removed $1,639.44 of attorneys' fees related to services performed in response to Defendants' Supreme Court petition. In response to the Court's request for detailed billing records indicating the hours spent by each Goodwin biller on each task for which Plaintiff seeks compensation, Goodwin submits the Supplemental Declaration of I. Neel Chatterjee In Support Of Facebook's Response To Order Regarding Billing Records. In addition, Goodwin submits the Supplemental Declaration of Michael R. Caplan In Support Of Facebook's Response To Order Regarding Billing Records to provide additional justification for the firm's hourly rates.

For services billed by Orrick, Herrington & Sutcliffe LLP ("Orrick"), the total bill comes to $122,922.80. Orrick submits the Supplemental Declaration of David Fries In Support Of Facebook's Response To Order Regarding Billing Records, which includes detailed billing records indicating the hours spent by each Orrick biller for each task which Plaintiff seeks compensation, as well as additional justification for Orrick's hourly rates. *See* Fries Decl., Exhibit 1.

In total, Facebook seeks attorneys' fees in the amount of $145,028.40 for all proceedings after the Ninth Circuit's December 2016 remand through April 2017.

Dated: August 3, 2017              Respectfully Submitted,

                                   By:  */s/ I. Neel Chatterjee*
                                        I. NEEL CHATTERJEE
                                        nchatterjee@goodwinlaw.com
                                        GOODWIN PROCTER LLP
                                        135 Commonwealth Drive
                                        Menlo Park, CA  94025-1105
                                        Telephone: 650-752-3100
                                        Facsimile: 650-853-1038

                                        MONTE COOPER
                                        mcooper@orrick.com
                                        ROBERT L. URIARTE
                                        ruriarte@orrick.com
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        1000 Marsh Rd.
                                        Menlo Park, California  94025
                                        Telephone: 650-614-7400
                                        Facsimile: 650-614-7401

                                        Attorneys for Plaintiff
                                        FACEBOOK, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 3, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed **August 3, 2017**.                           /s/ I. Neel Chatterjee
                                                                           I. Neel Chatterjee