# Supplemental Declaration of David Fries in support of Facebook's Response to Order Regarding Billing Records

*PLACE HOLDER OF DOCUMENT SUBMITTED FOR IN CAMERA REVIEW*