**Steven Vachani – (Pro-Se Defendant)**
**Tel: 1-917-267-8823 / email: vachani@yahoo.com**

August 10, 2017

Honorable Lucy H. Koh
US District Court, US Northern District of California
280 S. First Street, San Jose,  CA 95113

**Facebook, Inc. v. Power Ventures  Inc., Steven Vachani, Case No 08-cv5780 LHK**

**Re:** Vachani **recertification** of compliance to May 2nd, 2017 permanent injunction and withdrawal of my May 12, 2017 certification of compliance statement (Dkt 441)

Dear Hon. Judge Koh,

On August 9th, this court issued an order stating "However, in order to clarify whether Vachani is compliant with the permanent injunction, the Court ORDERS that within five days of the instant order, Vachani shall file a certification in writing, under penalty of perjury, that all sections of the permanent injunction apply to Vachani personally. Vachani shall also explicitly certify his compliance in his personal capacity with each section of the permanent injunction. If Vachani fails to file this certification within five days, the Court may find Vachani in contempt of court and order additional sanctions."

In response to this request by the court, I, Steven Vachani hereby withdraw my earlier May 12, 2017 statement that Sections 2, 3, and 4 of the permanent injunction do not apply to myself personally. On July 14th, I jointly filed this statement with my co-defendant Power Ventures Inc recertifying my compliance with May 2, 2017 order. This statement remains valid and in effect.

*"In compliance with the Court's May 2, 2017 ORDER GRANTING PLAINTIFF'S MOTION FOR PERMANENT INJUNCTIVE RELIEF* **(See Dkt 437)***, defendants hereby certify they have taken all necessary steps to comply with and implement the Permanent Injunction. Defendants have notified officers, agents, servants, employees, successors, and assigns, and any persons acting in concert with them of the permanent injunction. Defendants, their agents, officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them have destroyed any software, script(s) or code designed to access or interact with the Facebook website, Facebook users, or the Facebook service, and Facebook data and/or information obtained from Facebook or Facebook's users, or anything derived from such data and/or information. Defendants declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct."*

Furthermore, in addition to my July 14th, 2017 re-certification of compliance, I further represent in my personal capacity the following:

*Per this court's order (See Dkt 437) dated May 2nd, 2017, I, Steven Vachani, hereby certify in my personal capacity under penalty of perjury that I have fully complied with all provisions of this order to the best of my knowledge. I have no reason to believe that I have not fully complied with all provisions. In the event that Facebook Inc. has a valid objection which this court agrees with, I reserve the right and will make a best effort to rectify such objection… Nonetheless, this letter is confirmation that I have abided and will continue to abide with all the provisions of this court's order.*

*Per **Section 1**, I acknowledge this court's injunction and this section requires no further action.*

*Per **Section 2** of this order, I represent that all employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them have destroyed any software, script(s) or code designed to access or interact with the Facebook website, Facebook users, or the Facebook service. I further represent that I have destroyed Facebook data and/or information that Power obtained from Facebook or Facebook's users, or anything derived from such data and/or information*

*Per **Section 3** of this order, I affirm that I or Power Ventures have notified, or shall notify, their current and former officers, agents, servants, employees, successors, and assigns, and any persons acting in concert or participation with them of this permanent injunction.*

*Per **section 4**, I confirm that on May 9th, 2017, Power Ventures Inc. sent emails to the last known email address to all known parties listed in section 3 with a copy of this court's May 2nd order and permanent injunction. A list of names and email addresses of all parties that have already been notified were provided by Power Ventures and this has already been acknowledged by this court.*
*.*
*I also further confirm that while the primary notification method with these parties has previously been by email, if email is not available for any party, defendants will communicate with remaining parties by telephone or US mail.*

Very Truly Yours,

Steven Vachani – pro-se defendant

/s/ Steven Vachani