# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 10, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: Power Ventures, Inc., et al.
v. Facebook, Inc.
No. 16-1105
(Your No. 13-17102, 13-17154)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk