| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JAN 4 2018 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FACEBOOK, INC., a Delaware corporation,

    Plaintiff-Appellee,

  v.

POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual,

    Defendants-Appellants.

No.   17-16161

D.C. No. 5:08-cv-05780-LHK
Northern District of California,
San Jose

ORDER

Before:  Peter L. Shaw, Appellate Commissioner.

    Appellants' opposed motion (Docket Entry No. 16) to file a late opening brief is granted.  The Clerk will file the joint opening brief submitted at Docket Entry No. 14 and will file the excerpts of record submitted at Docket Entry No. 15.

    The answering brief is due April 23, 2018. The optional reply brief is due May 11, 2018.

    Appellee's motion (Docket Entry No. 17) to strike the opening brief and to dismiss this appeal is denied.