

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual,<br><br>　　　　Defendants-Appellants. | No.   17-16161<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: GRABER, M. SMITH[1], and MURGUIA, Circuit Judges.

The panel, as reconfigured, has voted to retain jurisdiction of this case.

Oral argument, if any, will be set at a later date.

---

　　[1] Pursuant to G.O.3.6.d, Judge M. Smith has been drawn to replace Judge Wardlaw.