FILED

## UNITED STATES COURT OF APPEALS

OCT 18 2018

### FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 17-16161 |
| Plaintiff-Appellee, | D.C. No. 5:08-cv-05780-LHK Northern District of California, San Jose |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation; STEVEN SURAJ VACHANI, an indvidual, | ORDER |
| Defendants-Appellants. | |

Before:  GRABER, M. SMITH, and MURGUIA, Circuit Judges.

For the convenience of the court, this case is rescheduled for oral argument from Wednesday, January 16, 2019, at 11:00 a.m. to the same date at 1:00 p.m. in Pasadena, California.  Each party is allotted 20 minutes of argument time.