FILED

DEC 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>            Plaintiff-Appellee,<br><br>v.<br><br>POWER VENTURES, INC., a Cayman Island corporation; STEVEN SURAJ VACHANI, an indvidual,<br><br>            Defendants-Appellants. | No. 17-16161<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California, San Jose<br><br>ORDER |

Before: GRABER, M. SMITH, and MURGUIA, Circuit Judges.

      This case shall be submitted on the briefs and record, without oral argument, on January 16, 2019, in Pasadena, California, pursuant to Federal Rule of Appellate Procedure 34(a)(2).